IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEÑA-TORRES, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNIVERSITY OF SCIENCE, ARTS AND )<br>TECH, et al., )<br><br>Defendants. )<br> ) | CIVIL ACTION<br>NO. 19-cv-01707-WGY |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UNDER FED. R. CIV. P. 56**

**SUPPORTING STATEMENT OF MATERIAL FACTS UNDER L.Cv.R. 56(b)**

1. "Other RICO victims" are not plaintiffs in this case. Second Amended Complaint ("2d Am. Compl.") Caption; and ¶¶ 11, 44, 46, 47 57, 62-64, 67-72 (citing "other RICO victims" alone), 73, 78-85, 88, 89, 93, 94, 96, 101, 104, and 109-111.

2. University of Science, Arts and Technology, Montserrat, LLC ("USAT") was established in 2003 in Montserrat. Defendants' Exhibit A, Government of Montserrat License to USAT, dated September 26, 2003.

3. The Plaintiffs applied to University of Science, Arts and Technology, Montserrat, LLC ("USAT") between January 2017 and June 2018. Defendants' Exhibits C-K.

4. The Plaintiffs signed Enrollment Agreements with USAT between February 2017 and June 2018. Defendants' Exhibits C-K.

5. Each of the Plaintiffs needed to complete two or more years of study in order

**2**

to graduate from USAT with the MD degree. Declaration of Carla M. Konyk, ¶ 3.

6.    ECFMG is the only regulatory agency Plaintiffs cite in their Complaint. 2d Am. Compl., ¶¶ 3. 5), 63-77, 81, 82, 84, 89, 116-118, 131, and 139

7.    Students officially enrolled at USAT during the years from 2003-2018 are current; and graduates of USAT during the years from 2003-2018 are current and both such students and graduates are eligible to apply to ECFMG for ECFMG Examination and Certification. World Directory of Medical Schools [https://search.wdoms.org/home/SchoolDetail/F0000836] (last visited Dec. 4, 2020); and Defendants' Motion for Summary Judgment, ¶ 10.

8.    Plaintiffs assert no facts to support a claim under 18 U.S.C. § 1962(a). 2d Am. Compl., ¶¶ 124-135.

9.    The Plaintiffs assert no facts in their 2d Am. Compl. to support a claim under 18 U.S.C. § 1962(b). 2d Am. Compl., ¶¶ 124-135.

10.    The Plaintiffs assert in their 2d Am. Compl. that Defendant USAT is "the enterprise" under 18 U.S.C. § 1962(c). 2d. Am. Compl. ¶ 3. 2).