# Appendix

## Defendants' Exhibits A-K

| Ex. | Title | PDF Page |
|---|---|---|
| **A** | Agreement Between the Gov't of Montserrat and University of Arts, Sciences and Technology, Executed on Sept. 26, 2003 | 2 |
| **B** | Letter, dated 17 October 2018, from Montserrat's Permanent Secretary of Ministry of Education, Youth Affairs & Sports to ECFMG confirming the Government of Montserrat's permission Granted to USAT to temporarily conduct classes outside Montserrat | 11 |
| **C** | Plaintiff Sujeil Peña-Torres USAT Application; Fee Schedule; and Enrollment Agreement 07/10/2017 | 13 |
| **D** | Plaintiff Jose E. Blasco-Jusino USAT Application; Fee Schedule; and Enrollment Agreement 02/17/2017 | 23 |
| **E** | Plaintiff Lucero Rodriguez-Fernández USAT Application; Fee Schedule; and Enrollment Agreement 04/04/2018 | 33 |
| **F** | Plaintiff Lisa M. Torres-Colon USAT Application; Fee Schedule; and Enrollment Agreement 08/22/2017 | 43 |
| **G** | Plaintiff Joffre E. Gómez-Frontera USAT Application; Fee Schedule; and Enrollment Agreement 06/04/2018 | 54 |
| **H** | Plaintiff Zabdiel A. Nieves-Rivera USAT Application; Fee Schedule; and Enrollment Agreement 06/02/2018 | 65 |
| **I** | Plaintiff Enny de Jesús-Ureña USAT Application; Fee Schedule; and Enrollment Agreement 01/02/2018 | 76 |
| **J** | Plaintiff Loraima M. Rosado-Villafañe USAT Application; Fee Schedule; and Enrollment Agreement 06/02/2018 | 87 |
| **K** | Plaintiff Paola M. Prosper-Crespo USAT Application; Fee Schedule; and Enrollment Agreement 07/05/2017 | 98 |

# Defendants' Exhibit A

An Agreement

Between

The Government of Montserrat

And

Medical College of London (MCL),

University of Science, Arts and
Technology

(Montserrat) Ltd. (USAT)

Executed September 26, 2003

By:  Mr. JOHN A. OSBORNE
　　　Minister for Finance and
　　　Economic Development on behalf
　　　of the Government of Montserrat

By:  Dr. ORIEN L. TULP
　　　President, USAT, and Director
　　　Medical College of London

# AN AGREEMENT

## BETWEEN

## THE GOVERNMENT OF MONTSERRAT



## AND

## MEDICAL COLLEGE OF

## LONDON (MCL),

## UNIVERSITY OF SCIENCE, ARTS

## AND

## TECHNOLOGY

## (MONTSERRAT) LTD. (USAT)



MONTSERRAT

A.D.   2003

A G R E E M E N T

THIS AGREEMENT made the ......21th.... day of .....September...,2003 between:

THE GOVERNMENT OF MONTSERRAT (hereinafter referred to as "the Government" which expression shall where the context so admits include its assigns and successors) whose address for service is THE CHIEF MINISTER'S OFFICE, BRADES, MONTSERRAT and MEDICAL COLLEGE OF LONDON (MCL), UNIVERSITY OF SCIENCE, ARTS AND TECHNOLOGY (Montserrat) LTD (USAT), a duly incorporated company (hereinafter referred to as 'the MCL-USAT' which expression shall where the context so admits include its assigns and successors) whose address is BRADES, Montserrat.

WITNESSETH AS FOLLOWS: -

1.    DEFINITIONS

In this agreement the following expressions shall have the meaning herein ascribed to them.

"Agreement Period" means a period of 20 years commencing with the date on which this agreement is executed. The MCL-USAT will have the option to review and renew the Agreement.

"Contributions" means a contribution payable to the Social Security Fund.

"Expatriate Staff" means staff recruited from overseas who are not citizens of Montserrat or are not ordinarily resident in Montserrat for tax purposes.

"USAT" means UNIVERSITY OF SCIENCE, ART AND TECHNOLOGY (MONTSERRAT) LTD.

2.    TAX EXEMPTIONS

2.1    The MCL-USAT will not pay a Corporation Tax or any other taxes or fees save and except those provided in this agreement.

2.2 The MCL-USAT will pay to the Government on annual license fee of US$5,000 to be reviewed every ten (10) years. The fee will be changed with the mutual agreement of the parties hereto.

2.3 The MCL-USAT will be exempt from property tax for a period of ten (10) years after which MCL-USAT will pay one-half (50%) of all property taxes levied on properties owned by MCL-USAT.

## 3. CUSTOMS DUTIES

3.1 The Government shall grant customs duties exemption and consumption tax exemptions to the MCL-USAT on its imports of educational and operational equipment and furniture. This exemption is also extended to materials for the construction and development of the Medical School for the duration of the agreement period. MCL-USAT will be permitted to import motor vehicles free of duty and consumption taxes for the sole use of MCL-USAT over the Agreement period.

3.2 The MCL-USAT shall be exempt from service tax on all items imported for the establishment and construction of the Medical School for a period of ten (10) years. Thereafter, MCL-USAT will pay 8 % service charge on CIF for its imports of educational and operational equipment, furniture and materials related to the operation of a medical school for the period of the agreement.

3.3 The Government shall grant expatriate staff and students a waiver from the payment of Customs Duties, Consumption Taxes and Service Tax on new household and personal effects on first arrival to the island. Such items shall be imported within six months of arrival on island. Special cases can be sent to the Comptroller of Customs for consideration.

## 4. STUDENTS PERMIT FEES

4.1 The MCL-USAT will ensure that all students enrolled at its campus pay a student a fee of US$300 per annum for the duration of the agreement period. Notwithstanding this, the permit fee shall be reduced by 25% where the number of students exceeds 300 and 50% where it exceeds 500 in any given year.

4.2 Student permit fees shall not apply to Montserratians, including employees of the University who seek to continue their education at UM while actively employed by the institution regardless of the country of origin of the employee.

4.3 Notwithstanding the above, students of MCL-USAT who are enrolled at campus locations outside of Montserrat shall be subject to payment of individual student permit fees as determined by GOM.

4.4 The permit fee will be changed only by mutual agreement of the parties.

5. **CADAVERS IMPORTATION**

5.1 The Government shall grant the MCL-USAT exemptions from customs duties, consumption taxes, service charge and all other fees except port charges on cadavers imported into Montserrat.

5.2 The MCL-USAT will comply with all relevant health and legal requirements with respect to the importation of cadavers.

5.3 The MCL-USAT will re-export or cremate the remains of the cadavers subject to all the relevant health and legal requirements.

5.4 The MCL-USAT shall ensure that all chemical and biological agents used by the University are stored and/or disposed of through safe and generally accepted procedures such that they do not pose a risk to the environment.

6. **WORK PERMIT FOR EXPATRIATE EMPLOYEES**

6.1 MCL-USAT will at the beginning of each year of the agreement period provide a list of names of its academic and administrative staff requiring work permits and in addition shall supply all relevant information needed for the processing of the work permits.

6.2 Government of Montserrat shall issue the necessary work permits and visas to enable MCL-USAT staff, students and families to remain on island for the period of their employment or study subject to the significance of any information provided on Police Records.

6.3   The Government will not seek to influence or interfere with the MCL-USAT's decisions regarding appointments to key positions within its academic and administrative staff.

6.4   MCL-USAT will comply with the administrative procedures required by the Immigration Act.

6.5   In individual cases where work permits are required at short notice, MCL-USAT will provide as soon as practicable the information relating to the employee.

6.6   Expatriate employees, students and their families may after five (5) years of continuous residence on Montserrat apply for permanent residence in accordance with the Laws of Montserrat.

6.7   Government of Montserrat on application by expatriate employees may grant permanent or economic residence in accordance with the Immigration Act.

7.   INCOME TAX AND SOCIAL SECURITY CHARGES

7.1   Faculty and key administrators recruited by the MCL-USAT from overseas (except for Montserrat and CARICOM employees) shall not be required to pay the employee contributions to Social Security for the duration of the agreement.  Expatriate faculty MCL-USAT and administrative employees will be exempt from the provisions of the Social Security Act so long as they have not been granted permanent residence or Montserrat citizenship.

7.2   MCL-USAT will ensure that income tax is paid in respect of each of its employees.

8.   GENERAL

8.1   The Government undertakes to establish a registry to record certification obtained by medical graduates of MCL-USAT.

8.2   The Government of Montserrat will at the request of MCL-USAT request the listing of MCL-USAT with the World Directory of Medical Schools published by WHO, Geneva, Switzerland.

8.3   The Government will permit the MCL-USAT to use its medical facilities on such terms and conditions as determined by the Chief

Medical Officer in the Ministry of Health. The use of any such facilities will be determined by a specific written understanding.

8.4   The Government of Montserrat will consider and where appropriate grant upon the application of MCL-USAT, permission for MCL-USAT to establish a clinical hospital training relationship for its students at existing hospitals and other medical treatment facilities. The terms and conditions will be developed on the advice of the Chief Medical Officer on behalf of GOM.

8.5   MCL-USAT will comply with all administrative procedures required by law in relation to its operations.

8.6   MCL-USAT undertakes to actively pursue the feasibility of providing technical assistance to the science programmes at the Montserrat Secondary School or the Montserrat Community College.

8.7   MCL-USAT will attempt to secure the services of local medical professionals as teaching staff at the MCL-USAT campus where and to the extent possible.

8.8   The Government of Montserrat shall issue the necessary immigration visas to the dependants of students, faculty members and other expatriate staff to enable them to enter and remain on island during the period of study or employment with MCL-USAT.

8.9   MCL-USAT will provide at least one (1) scholarship to a Montserratian every five (5) years to the school tenable in Montserrat or any other institution that the President of MCL-USAT may determine in consultation with the Ministry of Education.

8.10  Montserratian students so selected for scholarship assistance as outlined in 8.9 above shall be exempt from the student permit fees identified in 4.1.

8.11  The MCL-USAT is hereby permitted to establish a kindergarten, primary, and/or secondary school primarily but not limited to the children of MCL-USAT's students or employees. These schools will conform to acceptable educational standards prescribed by law and any regulation related thereto.

8.12  The MCL-USAT will be permitted to generate standby power. The use of any power generating facility will be determined by a specific written agreement with Montserrat Electricity Services Ltd.

8.12    The MCL-USAT will be permitted to generate standby power. The use of any power generating facility will be determined by a specific written agreement with Montserrat Electricity Services Ltd.

8.13    MCL-USAT agrees to maintain operations in Montserrat with regard to its Medical and other Programmes for the duration of the agreement unless unforeseen circumstances and/or natural disaster arise that the MCL-USAT may choose to relocate to an area of convenience for the MCL-USAT for a time period to be determined by MCL-USAT. This would not affect any permission granted to the MCL-USAT by the Government of Montserrat.

8.14    The MCL-USAT may grant academic and professional degrees to duly qualified students of the institution and commensurate with an institution of higher education who have completed the academic and professional requirements of the degree for which they have been considered, and who have been recommended for such by the faculty and directors of MCL-USAT. The specific degrees authorized shall include Doctor of Philosophy (PH.D.), the Doctor of Medicine (M.D.) or Bachelor of Surgery (M.B.B.S), Bachelor of Dental Surgery (B.D.S.), the Master of Public Health (M.P.H.), the Master of Science (M.Sc.), the Master of Arts (M.A.), the Bachelor of Science (B.Sc.) and the Bachelor of Arts (B.A.).

8.16    The MCL-USAT shall arrange to have its programmes evaluated by independent and competent regional and international institutions established for this purpose. The results of such evaluation shall be made available to GOM and shall be published. Notwithstanding this MCL-USAT shall endeavour to maintain the highest standards of excellence through continuous self-assessment, peer reviews, research and publications in international journals.

8.17    MCL-USAT shall prepare and publish a students' charter within the first two (2) years of operation. The charter shall outline the rights and responsibilities of the University, the faculty and the students to promote a high degree of accountability and transparency within the institution.

9.    CONSTRUCTION

9.1    This agreement shall be governed by and construed in accordance with the Laws of Montserrat.

6

9.2     This licence agreement shall be issued with the understanding that MCL-USAT will be responsible for ensuring that the school meets regional/international accreditation standards and that its students shall have access to an accredited hospital clinical training programme capable of facilitating the process of licensure to practice in the United Kingdom, the United States and/or other relevant countries.

9.3     In the event that the whole or any part of any clause or clauses in this Agreement shall be void and ineffective, the remainder of this agreement shall nevertheless remain in full force and effect.

9.4     MCL-USAT and GOM after this agreement comes into effect shall mutually agree to any changes to this agreement.

9.5     At the end of the agreement period MCL-USAT shall have the option to extend the agreement for a further period to be determined by MCL-USAT and GOM.

9.6     Notwithstanding the above, the offer included in this agreement shall be valid for a period of one (1) year from the date of this agreement after which the terms and conditions may be subject to re-negotiation however, if MCL-USAT makes any substantial property investment or undertakes any major contractual obligation referable to and in reliance on this Agreement, then the terms set out shall become final and binding on the Government.

IN WITNESS whereof the parties or the duly authorised representative of the parties have signed this Deed on the day first above written.

Signed by Mr. John A. Osborne
Minister for Finance and
Economic Development on behalf
of the Government of Montserrat

Dr. Orien L. Tulp
President, USAT, and Director
Medical College of London

Before and in the presence of:

Esco Henry-Greer
Attorney General

Before and in the presence of:

Esco Henry-Greer
Attorney General

7

# Defendants' Exhibit B

Letter dated 17 October 2018

From:

COLIN H.T. FERGUS
  Government of Montserrat
    Permanent Secretary
      Ministry of Education, Youth
      Affairs & Sports

To:

Educational Commission for Foreign
Medical Graduates

Re:

[Confirmation of the Government of
Montserrat's] Permission Granted to
USAT to Temporarily Conduct Classes
outside Montserrat

 **Ministry of Education, Youth Affairs & Sports**

**P O Box 103**
**Government Headquarters**
**Brades**
**Montserrat**

*Tel:*  **664-491-2541/2542**
*Fax:*  **664-491-6941**
*Email:*  **education@gov.ms**
*Ref:*  **MEYA&S/E/C/117**

17 October 2018

ECFMG
3624 Market Street
Philadelphia, PA 19104-2685
United States
Email: info@ecfmg.org

Dear Sir/Madam

**Permission Granted to USAT to Temporarily Conduct Classes outside Montserrat**

It has come to our attention that graduates of the University of Science, Art and Technology (USAT) are being asked to justify why they were exempted from taking classes in Montserrat. Further that if students are claiming to have taken classes in Montserrat that they should provide evidence of classes taken and proof of being on Island for the times stated.

Please be advised that on 26th September 2003, the University of Science, Arts and Technology (Montserrat) Ltd. (USAT), was granted approval by the Government of Montserrat to operate an institution of tertiary education on Montserrat offering academic and professional degrees in medical and other programmes. The agreement provided for the USAT operations in Montserrat to be relocated to a location outside of Montserrat if unforeseen circumstances and/or natural disaster arose. Following an increase in volcanic activity on the island, USAT started to conduct its classes and teachings at alternative locations outside Montserrat.

In light of the fact that there has been no significant volcanic activity in Montserrat for many years now, we have held recently discussions, and continue to hold discussions, with USAT regarding its plans to relocate to Montserrat.

We would, therefore, be grateful if ECFMG would consider this information in its deliberation on this matter.

Yours sincerely

Colin H T Fergus
Permanent Secretary

# Defendants' Exhibit C

Plaintiff SUJEIL PEÑA-TORRES

University of Science, Arts and Technology
   Application
   Fee Schedule
   Enrollment Agreement 07/10/2017

USAT :: Edit Application



**U.S.A.T.**
*This is Lifelong Learning*

Welcome Carla Konyk [University - Administrator]
Today is Thursday, 12/24/2020
Your session will expire in 20 minutes.
You have 367 new messages.

Home  Applications  Students  Professors  Mentors  Courses  Sections  Enrollments  Reports  Organizations  Documents  Administration

Pena Torres, Sujeil Marie

**Edit Application Pena Torres, Sujeil**

### Application Home
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

### Message Center
- Messages

### External Links

---

**Application Information**

Application Status: ACCEPTED

Created On: 7/10/2017 11:08:41 AM
Last Updated On: 8/28/2017 5:42:41 PM

**School Information**

District University of Science, Arts and Technology
School: USAT

**Student Personal Information**

First Name: Sujeil
Last Name: Pena Torres
Date Of Birth (MM/DD/YYYY): ▮▮/1986

Middle Name: Marie
Suffix:
Gender: Female
Last 4 Digits of SSN: 4064
Native Language: English
Previous Names:
Degree program for which you are applying: MPH
Is this your first application to USAT? Yes

Private Notes: USAT Puerto Rico

**Student Account Information**

User Name: ▮▮▮▮
Password: ▮▮▮▮

**Academic Background Information**

Institution Name: Universidad Interamericana de Puerto Rico
Institution Address: Carr #1 Calle Francisco Sein, Rio Piedras PR 00919
Education: Bachelor's Degree
Major: Biology
Start Date: 8/16/2004
G P A 3.31

Institution Phone: 7872501912
Did you earn a degree? Yes
Graduation Date: 6/11/2011
End Date: 5/20/2011

Institution Name: Academia Nuestra Senora de la Providencia
Institution Address: 1733 PR-8176 Urb. San Gerardo, San Juan PR 00926
Education: High School Diploma
Major: High School Diploma
Start Date: 8/5/1996
G P A

Were you ever the recipient of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations?
No
Institution Phone: 7877676552
Did you earn a degree? No
Have you ever matriculated at or attended any medical school as a candidate for th
No
Graduation Date: 5/21/2004
End Date: 5/14/2004
Were you ever a party in a civil lawsuit?
No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with
No

**Medical College Admission Test Information. Leave blank if not available.**
Date:  VR:  PS:

If taken, TOEFL score:  IELTS
Date taken:  Date

**Student Race/Ethnicity Information**

Country of citizenship: PUERTO RICO

Ethnicity: Hispanic / Latino

Place of Birth:
Race:
☐ American Indian or Alaskan Native  City: San Juan  State: Puerto Rico
☐ Asian

USAT :: Edit Application

☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

### Student Program Association

○Program:: ▼

### Student Contact

○Primary Phone: [REDACTED] ▼
○Secondary Phone: [REDACTED] ▼    ○Default Email: [REDACTED]

Address: [REDACTED]    ☑ Copy
○Street1: [REDACTED]    ○Street2:
○City: San Juan    Country: UNITED STATES ▼
○Zip: 00926    ○State: PUERTO RICO ▼

Address: [REDACTED]
○Street1: [REDACTED]    ○Street2:
○City: San Juan    Country: UNITED STATES ▼
○Zip: 00926    ○State: PUERTO RICO ▼

### Contacts

#### Emergency Contact    ✕

☐ New or Select: Torres Vega, Iris
○First Name: Iris    ○Last Name: Torres Vega
○Primary Language Spanish ▼    ○Occupation Nurse
Comments: Mother
○Primary Phone: [REDACTED] ▼    ○Default Email: [REDACTED]
○Secondary Phone: [REDACTED] ▼

Address: [REDACTED] ▼
○Street1: [REDACTED]    ○Street2:
○City: San Juan    Country: UNITED STATES ▼
○Zip: 00926    ○State: PUERTO RICO ▼

#### Spouse

☐ New or Select:
First Name:    Last Name:
Primary Language English ▼    Occupation
Comments:
Primary Phone: ▼    Default Email:
Secondary Phone: ▼

Address: ▼
Street1:    Street2:
City:    Country: UNITED STATES ▼
Zip:    State: ▼

### Document Requirements

**Document Requirements**

○How do you plan to finance your medical education?
Loans

○From what source or individual did you hear about the University?
Family or Friend ▼

If "Family or Friend", please list:

**Signature Confirmation**

*I understand that this constitutes a legal signature confirming that all inforr
acknowledge and agree to the all Terms of Acceptance to the University.*

USAT :: Edit Application



| Document | Modified | Status | Description |
|---|---|---|---|
| | | | Applicant Signature: Sujeil Pena Torres |
| Application Fee | 7/11/2017 | RECEIVED | |
| Background Check | 7/10/2017 | RECEIVED | |
| Enrollment Agreement | 9/25/2019 | RECEIVED | |
| Fee Schedule | 11/22/2020 | RECEIVED | |
| Letter of Recommendation 1 | 7/10/2017 | RECEIVED | |
| Letter of Recommendation 2 | 7/10/2017 | RECEIVED | |
| Resume/CV | 7/10/2017 | RECEIVED | |
| Unofficial Transcripts | 7/15/2019 | RECEIVED | |
| SCHOOL USE ONLY - OTRX | 7/2/2019 | RECEIVED | |
| Matriculation Fee | 9/25/2019 | RECEIVED | |
| SCHOOL USE ONLY - Insurance | 4/23/2018 | RECEIVED | |
| Anatomy Lab Fee | 4/23/2018 | RECEIVED | |
| SCHOOL USE ONLY - Letter of Acceptance | 7/11/2019 | RECEIVED | |

Records: 15          Page 1 Of 1 Pages

### Additional Information

Your application has been sent in for review.dh

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



# USAT
## MONTSERRAT

*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free:  866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

One-Time Application --------------------------------------------------$125.00**
One-Time Matriculation----------------------------------------------$600.00**
Medical Student Malpractice Insurance ----------------------$895.00**
Tuition per Semester------------------------------------------------$4,900.00
Anatomy Lab Fee --------------------------------------------------$500.00 (per lab experience)
Technology Fee ------------------------------------------------------$250.00
Graduation Fee-----------------------------------------------------$900.00 (first degree)
Additional Fee per Degree -----------------------------------$500.00

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.

Printed Name: *Aujul Peña Jones*

Signature: _____    Date: 7/10/2017

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003). USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*

**Scanned by CamScanner**



# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

#### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts  To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world

#### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work  In order to achieve this aim, the University seeks to

- make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
- work to foster good relationships between individuals from different groups;
- observe and develop the diversity of skills and talents within its student body, current faculty and staff;
- build an environment based on trust and mutual respect;
- undertake a plan of action to make and enforce equality procedures;
- regularly monitor the effectiveness of equal opportunity policies;
- communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance  Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University

Registration and matriculation of students takes place at orientation  Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file  No student shall be permitted to attend classes until properly registered

All students are expected to adhere to the University's attendance policy as follows
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations  Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance  These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary

Initials: _SPT_

1

Scanned by CamScanner

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

### International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be

1.) Informed of the results of any examination taken;
2.) Awarded any degree or other qualification, to include official transcripts.

### D. Withdrawal from examinations

1.) A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C"

2.) A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.) At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.) Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.

5.) The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

### E. Reassessment/failure

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

### F. Illness

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

### G. Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following.

Written examinations;

Practical examinations;

Initials: SPJ

2

Essays and/or reports;

Dissertations;

Written accounts of laboratory experiments or of fieldwork;

Multiple-choice questions;

Oral examinations;

Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

**H. Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

**I. AWARDS**

1.1    Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")

1.2

A) UNDERGRADUATE DEGREES

Bachelor of Science (BSc)

Bachelor of Arts (BA)

Bachelor of Medicine and Bachelor of Surgery (MBBS)

Bachelor of Dental Surgery (BDS)

B) GRADUATE DEGREES

Master of Science (MSc)

Master of Arts (MA)

Master of Public Health (MPH)

Doctor of Public health (DPH)

Medical Doctor (MD)

Doctor of Dental Medicine and Surgery (DDS)

Doctor of Philosophy (PhD)

C) OTHER

The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: _SPI_

3

Scanned by CamScanner

## II. General Regulations for Examinations

### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: SPT

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**. If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

Student
Signature: _____

Printed Name: _____
Date: _____

Initials: _____

5

# Defendants' Exhibit D

Plaintiff JOSE E. BLASCO-JUSINO

University of Science, Arts and Technology
   Application
   Fee Schedule
   Enrollment Agreement 02/17/2017



1/28/2017                                          USAT :: Edit Application

Welcome David Huffman [USAT (Top Level) - Admissions/Studer
Today is Saturday,
Your session will expire in 20 minute
You have 42 new

**U.S.A.T.**
This is Lifelong Learning

Home  Applications  Students  Professors  Courses  Sections  Enrollments  Reports  Organizations  Documents  Administration

**Edit Application Blasco, Jo:**

Blasco, Jose Enrique

Application Home
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

Message Center
- Messages

External Links

**Save**

**Application Information**

⊘Application Status: PENDING_DOCUMENTS ▼

Created On: 1/20/2017 7:53:38 AM
Last Updated On: 1/28/2017 1:02:47 PM

**School Information**

District USAT
⊘School: University of Science, Arts and Technology

**Student Personal Information**

⊘First Name: Jose                    ⊘Middle Name: Enrique
⊘Last Name: Blasco                   ⊘Suffix:
⊘Date Of Birth (MM/DD/YYYY): ███ 1992    ⊘Gender: Male
                                      ⊘Language: Spanish
⊘Last 4 Digits of SSN: 2521          ⊘Occupation: Student
⊘Maiden Name / Previous Names:        ⊘Please indicate the program of study: Medicine (MD/MBBS/DO) ▼
⊘Degree program for which you are applying: M.D. ▼
⊘Is this your first application to USAT? Yes ▼

**Student Account Information**

⊘User Name: ████████████            Password: ██████████

**Academic Background Information**

Select the '+' icon to add Institutions Attended.

Institution Name: University of Puerto Rico in Ponce
Institution Address:                  Institution Phone:
Education 1: Bachelor's Degree ▼      Did you earn a degree?: Yes ▼
Major: Biomedical Sciences           Graduation Date: 6/16/2017
Start Date: 8/23/2010                End Date: 5/18/2017
                                     GPA: 3.08

Institution Name: Ponce Health and Science University
Institution Address:                  Institution Phone:
Education 1: Master's Degree ▼        Did you earn a degree?: Yes ▼
Major: Medical Sciences              Graduation Date: 6/17/2016
Start Date: 8/3/2015                 End Date: 5/16/2017
                                     GPA: 3.00

Institution Name: Iberoamerican University UNIBE
Institution Address:                  Institution Phone:
Education 1: Doctoral Degree ▼        Did you earn a degree?: No ▼
Major: Medicine                      Graduation Date:
Start Date: 9/4/2017                 End Date: 5/15/2020
                                     GPA: 3.07

⊘Were you ever the recipient of any action by any college or medical school for: 1.) unacceptable academic performance (e.g., dismissal, disqualification, suspension, etc.) or 2.) conduct violations?

No ▼

⊘Have you ever matriculated at or attended any medical school as a candidate for the M.D. degree?

Yes ▼    ⊘Explain: I am currently studying at UNIBE in the Dominican Republic, but I am seeking a transfer to USAT.

⊘Were you ever a party in a civil lawsuit?

No ▼

⊘Have you ever been convicted of, or charged with, a felony or misdemeanour, with the exception of parking violations?

No ▼

1/28/2017                                    USAT :: Edit Application

**Medical College Admission Test Information. Leave blank if not available.**

⊙Date: 1/22/2016          ⊙VR: 118          ⊙PS: 119          ⊙WS: 121          ⊙BS: 121

⊙If taken, TOEFL score: 86          ⊙IELTS band: 
⊙Date taken: 6/3/2016          ⊙Date taken: 

### Student Race/Ethnicity Information

⊙Ethnicity: Hispanic / Latino ▼          Race:  ☐ American Indian or Alaskan Native    ☐ Asian
                                                 ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
                                                 ☑ White

⊙Country of citizenship: UNITED STATES ▼

**Place of Birth:**

⊙City: Ponce          ⊙State: Puerto Rico          ⊙Country: Puerto Rico

### Student Contact

⊙Primary Phone: [redacted]          ⊙ Home ▼          ⊙Default Email: [redacted]
⊙Secondary Phone:          ⊙ ▼

Address: [redacted] ▼
⊙Street1: [redacted]                              ⊙Street2: Vista Alegre
⊙City: Ponce                                       Country: UNITED STATES
⊙Zip: 00717-2309                                   ⊙State: PUERTO RICO

Address: ▼
Street1:                                           Street2:
City:                                              Country: UNITED STATES
Zip:                                               State:

### Contacts

#### Emergency Contact

                                                   ☐ New or Select: Blasco Diaz, Jose A.
⊙First Name: Jose A.                               ⊙Last Name: Blasco Diaz
⊙Primary Language Spanish ▼                        ⊙Occupation Self Employed
Comments:

⊙Primary Phone: [redacted] ▼                       ⊙Default Email: [redacted]
⊙Secondary Phone: [redacted] ▼

Address: [redacted] ▼
⊙Street1: [redacted]                              ⊙Street2: Vista Alegre
⊙City: Ponce                                       Country: UNITED STATES
⊙Zip: 00717-2309                                   ⊙State: PUERTO RICO

#### Spouse

                                                   ☐ New or Select:
First Name:                                        Last Name:
Primary Language ▼                                 Occupation
Comments:

Primary Phone: ▼                                   Default Email:
Secondary Phone: ▼

Address: ▼
Street1:                                           Street2:
City:                                              Country: UNITED STATES
Zip:                                               State:

### Document Requirements

#### Document Requirements:

1/28/2017                                          USAT :: Edit Application

| Document | Modified | Status | Description | Download |
|---|---|---|---|---|
| | | ▼ | | |
| Application Fee | | NOT_SUBMITTED | | 📎 |
| Background Check | 1/22/2017 | SUBMITTED | | |
| Enrollment Agreement | | NOT_SUBMITTED | | 📎 |
| Fee Schedule | | NOT_SUBMITTED | | 📎 |
| Letter of Recommendation 1 | | NOT_SUBMITTED | | 📎 |
| Letter of Recommendation 2 | | NOT_SUBMITTED | | 📎 |
| Resuma/CV | 1/22/2017 | SUBMITTED | | |
| Unofficial Transcripts | 1/26/2017 | SUBMITTED | | |

Records: 11                          << | < | Page 1 Of 1 Pages | > | >>

**Additional Information**

Additional Information:

⊙How do you plan to finance your medical education?          ⊙Do you have relatives or friends who
Student Loans                                                 are (were) students at USAT?  No  ▼

⊙From what source or individual did you hear about the University?
Website/Search Engine  ▼

**Signature Confirmation**

*I understand that this constitutes a legal signature confirming that all information provided is accurate, and I also
acknowledge and agree to the all Terms of Acceptance to the University.*          True  ▼

⊙Applicant Signature:  Jose E. Blasco Jusino          Date Signed: 1/28/2017

Save

3.7.1
Maestro SIS © 2017 BocaVox, LLC. All Rights Reserved



**USAT**
**MONTSERRAT**

*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
**Montserrat, British West Indies**
Tel: 727-388-2687 Toll Free: 866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

    One-Time Application ------------------------------------------$125.00**
    One-Time Matriculation-----------------------------------------$600.00**
    Medical Student Malpractice Insurance ----------------------$895.00**
    Tuition per Semester------------------------------------------$4,900.00
    Anatomy Lab Fee ---------------------------------------------$500.00 (per lab experience)
    Technology Fee ------------------------------------------------$250.00
    Graduation Fee------------------------------------------------$900.00 (first degree)
    Additional Fee per Degree------------------------------------$500.00

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

**ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT**

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

## **If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.****

Please retain a copy of this schedule for your reference.

Printed Name:

Signature:                                              Date:

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*

 MONTSERRAT

# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: __JEB__

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:
1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be:

1.) Informed of the results of any examination taken;
2.) Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**

1.) A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.) A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.) At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.) Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.

5.) The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

Written examinations;

Practical examinations;

Initials: JEB

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

**H. Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

**I. AWARDS**

1.1      Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")

1.2

**A) UNDERGRADUATE DEGREES**

     Bachelor of Science (BSc)
     Bachelor of Arts (BA)
     Bachelor of Medicine and Bachelor of Surgery (MBBS)
     Bachelor of Dental Surgery (BDS)

**B) GRADUATE DEGREES**

     Master of Science (MSc)
     Master of Arts (MA)
     Master of Public Health (MPH)
     Doctor of Public health (DPII)
     Medical Doctor (MD)
     Doctor of Dental Medicine and Surgery (DDS)
     Doctor of Philosophy (PhD)

**C) OTHER**

     The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: JEB____

## II. General Regulations for Examinations

### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: JEB

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student*
*Signature:* _____

*Printed Name:* Jose E. Blasco
*Date:* _____February 17, 2017_____

Initials: _JEB_

5

# Defendants' Exhibit E

Plaintiff LUCERO RODRIGUEZ-FERNÁNDEZ

University of Science, Arts and Technology
  Application
  Fee Schedule
  Enrollment Agreement 04/04/2018

## U.S.A.T.
*This is Lifelong Learning*

Welcome Carla Konyk [University - Administrator]
Today is Thursday, 12/24/2020
Your session will expire in 20 minutes.
You have 367 new messages.

Home   Applications   Students   Professors   Mentors   Courses   Sections   Enrollments   Reports   Organizations   Documents   Administration

**Rodriguez, Lucero**

### Edit Application Rodriguez, Lucero

**Application Home**
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

**Message Center**
- Messages

**External Links**

### Application Information
- **Application Status:** ACCEPTED
- Created On: 4/2/2018 10:21:19 PM
- Last Updated On: 4/16/2018 2:00:41 PM

### School Information
- District University of Science, Arts and Technology
- **School:** Puerto Rico

### Student Personal Information
- **First Name:** Lucero
- **Last Name:** Rodriguez
- **Date Of Birth (MM/DD/YYYY):** ___ 1992
- **Middle Name:**
- **Suffix:**
- **Gender:** Female
- **Last 4 Digits of SSN:** 3162
- **Maiden Name / Previous Names:** English
- **Private Notes:**
- **Degree program for which you are applying:** M.D.
- **Is this your first application to USAT?** Yes

### Student Account Information
- **User Name:** ____
- **Password:** ____

### Academic Background Information
- **Institution Name** Medical University of the Americas
- **Institution Address** Potworks, Nevis West Indies
- **Education** Doctoral Degree
- **Major** MD
- **Start Date** 9/5/2017
- **G P A**

- **Institution Phone** (869) 469-9177
- Were you ever the recipient of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations? No
- Did you earn a degree? No
- **Graduation Date** 4/20/2021
- Have you ever matriculated at or attended any medical school as a candidate for the **End Date** 4/20/2021 — Yes — **Explain:** I am in my second semester of medicine in Medical Un
- Were you ever a party in a civil lawsuit? No
- Have you ever been convicted of, or charged with, a felony or misdemeanour, with No

**Medical College Admission Test Information. Leave blank if not available.**
- **Date:** 4/22/2017   **VR:**   **PS:**
- If taken, TOEFL score:   IELTS
- **Date taken:**   Date

### Student Race/Ethnicity Information
- **Country of citizenship:** PUERTO RICO
- **Ethnicity:** Hispanic / Latino
- **Race:**
  - ☐ American Indian or Alaskan Native
  - ☐ Asian
  - ☐ Black or African American
  - ☐ Native Hawaiian or Other Pacific Islander
  - ☐ White
- **Place of Birth:**
  - **City:** Caguas
  - **State:** PR

## Student Program Association

Program:: Basic Science

## Student Contact

Primary Phone [ ] ● Home
Secondary Phone [ ] ●
●Default Email: [ ]

▣ Address: [ ] ☑ Copy
●Street1: [ ]    ●Street2: [ ]
●City: Toa Baja, PR    Country: PUERTO RICO
●Zip: 00949    ●State: Unknown

▣ Address: [ ]
●Street1: [ ]    ●Street2: [ ]
●City: Toa Baja, PR    Country: PUERTO RICO
●Zip: 00949    ●State: Unknown

## Contacts

### Emergency Contact

☐ New or Select: Marrero Santiago, Christian

●First Name: Christian    ●Last Name: Marrero Santiago
●Primary Language English    ●Occupation
Comments:
●Primary Phone: [ ]    ●Default Email: [ ]
●Secondary Phone: [ ]

▣ Address: [ ]
●Street1: [ ]    ●Street2: [ ]
●City: Toa Baja, PR    Country: PUERTO RICO
●Zip: 00949    ●State: Unknown

### Spouse

☐ New or Select: [ ]

First Name: [ ]    Last Name: [ ]
Primary Language English    Occupation
Comments:
Primary Phone: [ ]    Default Email: [ ]
Secondary Phone: [ ]

▣ Address: [ ]
Street1: [ ]    Street2: [ ]
City: [ ]    Country: UNITED STATES
Zip: [ ]    State: [ ]

## Document Requirements

### Document Requirements

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| Application Fee | 7/3/2019 | RECEIVED | | ⬇ | ▨ |
| Background Check | 4/12/2018 | RECEIVED | ●How do you plan to finance your medical education? | ⬇ | ▨ |
| Enrollment Agreement | 9/25/2019 | RECEIVED | Student Loan | | ▨ |
| Letter of Recommendation 1 | 4/12/2018 | RECEIVED | ●From what source or individual did you hear about the University? | ⬇ | ▨ |
| Letter of Recommendation 2 | 4/13/2018 | RECEIVED | Website/Search Engine | | ▨ |
| Resume/CV | 4/12/2018 | RECEIVED | | | ▨ |
| Unofficial Transcripts | 7/15/2019 | RECEIVED | | | ▨ |
| SCHOOL USE ONLY - OTRX | 7/3/2019 | RECEIVED | | | ▨ |
| Matriculation Fee | 7/8/2019 | RECEIVED | | | ▨ |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | | | |
| Anatomy Lab Fee | | NOT_SUBMITTED | ▤ Signature Confirmation | | ▨ |
| SCHOOL USE ONLY - Letter of Acceptance | 1/14/2019 | RECEIVED | *I understand that this constitutes a legal signature confirming that all infor* | | |
| Fee Schedule PR | 7/3/2019 | RECEIVED | *acknowledge and agree to the all Terms of Acceptance to the University.* | | ▨ |

Records: 14    |◀ ◀ Page 1 Of 1 Pages ▶ ▶|    ●Applicant Signature: Lucero Rodriguez Fernandez

## Additional Information

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

   a.  Application Fee.............$125
   b.  Matriculation Fee......... $600
   c.  Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _Lucero Rodriguez Fernandez_

Signature: _____    Date: 4 / Abril / 2018

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*



# USAT MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.

#### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world

#### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear  The University's Equal Opportunities statement is as follows

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to.

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;

work to foster good relationships between individuals from different groups.

observe and develop the diversity of skills and talents within its student body, current faculty and staff.

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies,

communicate to students, faculty, staff and others the support of equal opportunities within University policies

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance  Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University

Registration and matriculation of students takes place at orientation  Students must read and understand Academic Regulations of the University  The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file  No student shall be permitted to attend classes until properly registered

All students are expected to adhere to the University's attendance policy as follows
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%  All students are expected to arrive on time to all classes and examinations  Lateness may also accrue to represent possible absence at the discretion of the instructor

Daily attendance lists will be used to track attendance  These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary

Initials: LRF

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures

1  Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc

2  Student shall be given a written counseling if the situation does not resolve after verbal counsel.

3  Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling

4  Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas  Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed  In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts  If it is determined that the student is not planning to attend the University after being given documentation to join the program  the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees  The following regulations have been made in accordance with those provisions

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered,

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole,

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded

b  A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science  Arts and Technology, Montserrat will not be

1 )    Informed of the results of any examination taken,

2 )    Awarded any degree or other qualification, to include official transcripts

## D. Withdrawal from examinations

1 )    A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program  not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program  The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered  The passing grade for all examinations shall be 70% or a letter grade of "C "

2 )    A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3 )    At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, may submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination

4 )    Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element

5 )    The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study

## E. Reassessment/failure

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School

## F. Illness

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above

## G. Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations, however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs

Assessment methods may include the following:

Written examinations;

Practical examinations;

Initials: ___LRF

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements  All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures

## II. Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision,

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations

## I. AWARDS
1 1     Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1 2

**A) UNDERGRADUATE DEGREES**
    Bachelor of Science (BSc)
    Bachelor of Arts (BA)
    Bachelor of Medicine and Bachelor of Surgery (MBBS)
    Bachelor of Dental Surgery (BDS)
**B) GRADUATE DEGREES**
    Master of Science (MSc)
    Master of Arts (MA)
    Master of Public Health (MPH)
    Doctor of Public health (DPH)
    Medical Doctor (MD)
    Doctor of Dental Medicine and Surgery (DDS)
    Doctor of Philosophy (PhD)
**C) OTHER**
    The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: __LRF__

3

## II  General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations

b  In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit  The passing score for all examinations shall be 70% or the letter grade of "C"

c  The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures

<u>All students must adhere to the following USAT University Policies while enrolled in all programs.</u>

**Behavioral Policies:**  *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus  This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college  Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE  All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus  Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus  Campus Security must approve any exception  Possession and use of fireworks on the college campus is prohibited  Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus  The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community  Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal  Examples of dishonest practice include but are not limited to  *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination, otherwise, they will be considered improper  An "examination" is defined as "any testing situation in which the score will be used for credit in a course "  *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work)  An assignment is defined as "any materials submitted or presented by a student for credit in a course "

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college  The director shall notify the student and appropriate agency (counselor, medical consultant, etc ) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College  The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: LRF

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract:** If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees

**Issuance of Transcripts:**
USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.

**Finality** - Decisions made by the College are final

**Refund Policy:** A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised

I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.

*Student*
*Signature:* __Lucero Rodriguez Fernandez__ *Lucero Rodriguez Fernández*

*Printed Name:* __Lucero Rodriguez Fernandez__
*Date:* __april 4, 2018__ *April 4, 2018*

Initials:LRF

5

# Defendants' Exhibit F

Plaintiff LISA M. TORRES-COLON

University of Science, Arts and Technology
  Application
  Fee Schedule
  Enrollment Agreement 08/22/2017



Welcome Ada Huffman [University of Science, Arts and Technology, (USAT) - Administrator]
Today is Friday, 8/11/2017
Your session will expire in 20 minutes    Logout
You have no new messages

**U.S.A.T.**
*This is Lifelong Learning*

Home   Applications   Students   Professors   Mentors   Courses   Sections   Enrollments   Reports   Organizations   Documents   Administration

TORRES, LISA MARIEL

Application Home

Application Info
Edit Application
Application History
Application Ledger
Family
Forms

Message Center
Messages

External Links

**Edit Application TORRES, LISA**

Save

### Application Information

Application Status: SUBMITTED

Created On: 3/28/2017 3:09:22 PM
Last Updated On: 8/10/2017 3:41:13 PM

### School Information

District University of Science, Arts and Technology
School: USAT

### Student Personal Information

First Name: LISA
Last Name: TORRES
Date Of Birth (MM/DD/YYYY): ████ 1991

Middle Name: MARIEL
Suffix:
Gender: Female
Language: English

Private Notes:

Last 4 Digits of SSN: 4497
Maiden Name / Previous Names:
Degree program for which you are applying: M.D.
Is this your first application to USAT? Yes

Occupation: M.D. STUDENT
Please indicate the program of study: Medicine (MD/MBBS/DO)

### Student Account Information

User Name: ████
Password: ████

### Academic Background Information

Select the + icon to add Institutions Attended.

Institution Name: UNIBE
Institution Address: AVE. FRANCIA 129 GAZCUE, SANTO DOMINGO DR
Education: Doctoral Degree
Major: M.D
Start Date: 9/5/2016

Institution Phone: 809-689-4111
Did you earn a degree? No
Graduation Date: 5/1/2021
End Date: 5/1/2021

GPA: (FISRT SEMESTER) 3.33 - (SECOND SEMESTER) 2.78

Were you ever the recipient of any action by any college or medical school for: 1.) unacceptable academic performance (e.g., dismissal, disqualification, suspension, etc.) or 2.) conduct violations?

No

Have you ever matriculated at or attended any medical school as a candidate for the M.D. degree?

Yes    Explain: I AM CURRENTLY STUDYING MEDICINE AT UNIBE IN THE DOMINICAN REPUBLIC.

Were you ever a party in a civil lawsuit?

No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with the exception of parking violations?

No

**Medical College Admission Test Information. Leave blank if not available.**

Date:         VR:        PS:        WS:        BS:

If taken, TOEFL score:         IELTS band:

Date taken:         Date taken:

## Student Race/Ethnicity Information

Ethnicity:  Hispanic / Latino        Race:  

- American Indian or Alaskan Native
- Asian
- Black or African American
- Native Hawaiian or Other Pacific Islander
- White

Country of citizenship:  UNITED STATES

**Place of Birth:**

City: PONCE        State: PR        Country: USA

## Student Program Association

Program  Basic Science

## Student Contact

Primary Phone: ████████        Mobile        Default Email: ████████

Secondary Phone: ████████

Address:  Residential        Copy

Street1:        Street2:

| | | |
|---|---|---|
| ⚲City: VILLALBA | Country: | UNITED STATES ▼ |
| ⚲Zip: 00766 | ⚲State: | PUERTO RICO ▼ |

| Address: | ▼ | Copy | |
|---|---|---|---|
| ⚲Street1: | | ⚲Street2: | |
| ⚲City: FITCHBURG | | Country: | UNITED STATES ▼ |
| ⚲Zip: 01420 | | ⚲State: | MASSACHUSETTS ▼ |

## 👥 Contacts

### 🔒 Emergency Contact ✕

| | | | |
|---|---|---|---|
| | | ☐ New or Select: | COLON, SONIA |
| ⚲First Name: | SONIA | ⚲Last Name: | COLON |
| ⚲Primary Language | English ▼ | ⚲Occupation | SENIOR QUALITY INSPECTOR . |
| Comments: | | | |
| ⚲Primary Phone: | ▼ | ⚲Default Email: | ✉ |
| ⚲Secondary Phone: | ▼ | | |

| Address: | ▼ | | |
|---|---|---|---|
| ⚲Street1: | | ⚲Street2: | |
| ⚲City: FITCHBURG | | Country: | UNITED STATES ▼ |
| ⚲Zip: 01420 | | ⚲State: | MASSACHUSETTS ▼ |

### 👤 Spouse

| | | | |
|---|---|---|---|
| | | ☐ New or Select: | |
| First Name: | | Last Name: | |
| Primary Language | English ▼ | Occupation | |
| Comments: | | | |
| Primary Phone: | ▼ | Default Email: | ✉ |
| Secondary Phone: | ▼ | | |

| Address: | ▼ | | |
|---|---|---|---|
| Street1: | | Street2: | |
| City: | | Country: | UNITED STATES ▼ |
| Zip: | | State: | ▼ |

## 📄 Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| | | ▼ | | | |
| Application Fee | | NOT_SUBMITTED | | 🔗 | 📖 |
| Background Check | | NOT_SUBMITTED | | | 📖 |
| Enrollment Agreement | | NOT_SUBMITTED | | 🔗 | 📖 |
| Fee Schedule | | NOT_SUBMITTED | | 🔗 | 📖 |
| Letter of Recommendation 1 | | NOT_SUBMITTED | | 🔗 | 📖 |
| Letter of Recommendation 2 | | NOT_SUBMITTED | | 🔗 | 📖 |
| Resume/CV | | NOT_SUBMITTED | | | 📖 |
| Unofficial Transcripts | | NOT_SUBMITTED | | | 📖 |
| SCHOOL USE ONLY - OTRX | | NOT_SUBMITTED | | | 📖 |
| SCHOOL USE ONLY - Matriculation | | NOT_SUBMITTED | | | 📖 |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | | | 📖 |

Records: 11    `<<` `<` Page 1 Of 1 Pages `>` `>>`

## Additional Information

Additional Information

How do you plan to finance your medical education?
MY PARENTS ARE GOING TO HELP ME, AND ALSO I THINK I AM GOII

From what source or individual did you hear about the University?
Family or Friend

Do you have relatives or friends who are (were) students at USAT? Yes

If "Yes", please list the name(s): JOSE BLASCO

Please list the relationship(s): FRIEND

## Signature Confirmation

*I understand that this constitutes a legal signature confirming that all information provided is accurate, and I also acknowledge and agree to the all Terms of Acceptance to the University.*    True

Applicant Signature: LISA M. TORRES    Date Signed: 8/11/2017

Save

3.9.0
Maestro SIS © 2017 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

Main Administrative Office:
4288 Youngfield St., Wheat Ridge, CO 80033
Tel: (303) 371-0252  Fax: (303) 317-0117
Puerto Rico:
PO Box 364363, San Juan PR 00936
Tel: (787) 300-2111  Fax: (787) 300-2049
www.usat.edu

## Puerto Rico Student Fee Schedule

The following information is in regards to all fees pertaining to the USAT MD programs:

    One-Time Application------------------------------------------ $125.00**
    One-Time Matriculation--------------------------------------- $600.00**
    Medical Student Malpractice Insurance--------------------- $995.00**
    Tuition per Semester------------------------------------------- $5,490.00
    Laboratory Fee-------------------------------------------------- $2,000.00
    Technology Fee-------------------------------------------------- $1,450.00
    Clinical Fee------------------------------------------------------ $3,200.00
    Graduation Fee-------------------------------------------------- $900.00

*(The first three on the list must be paid in order to receive an **ID Badge** from the University)*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

<u>ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT</u>

After graduation, all students with a zero balance due will receive two (2) sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: _Lisa M. Torres_          Date: _8/22/17_

Signature: _____

*The University of Science, Arts & Technology does not to discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*



# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: **LTC**

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science. Arts and Technology, Montserrat will not be:

1.)        Informed of the results of any examination taken;

2.)        Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**

1.)        A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.)        A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.)        At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.)        Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.

5.)        The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

Written examinations;

Practical examinations;

Initials: **LTC**

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

## H. Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

## I. AWARDS
1.1     Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter
            referred to as "the College")
1.2
A) UNDERGRADUATE DEGREES
            Bachelor of Science (BSc)
            Bachelor of Arts (BA)
            Bachelor of Medicine and Bachelor of Surgery (MBBS)
            Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
            Master of Science (MSc)
            Master of Arts (MA)
            Master of Public Health (MPH)
            Doctor of Public health (DPII)
            Medical Doctor (MD)
            Doctor of Dental Medicine and Surgery (DDS)
            Doctor of Philosophy (PhD)
C) OTHER
            The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: LTC

3

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: LTC

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student Signature:* _____

*Printed Name:* Lisa M. Torres

*Date:* 8 / 22 / 17

Initials: LTC

5

# Defendants' Exhibit G

Plaintiff JOFFRE E. GÓMEZ-FRONTERA

University of Science, Arts and Technology
   Application
   Fee Schedule
   Enrollment Agreement 06/04/2018



## Student Program Association

Program::    ⌄

## Student Contact

Primary Phone: ▮▮▮▮▮▮▮▮ ⌄        Default Email: ▮▮▮▮▮▮▮▮
Secondary Phone: ▮▮▮▮▮▮▮▮ ⌄

Address: ▮▮▮▮▮▮▮▮ ⌄  ☑ Copy
Street1: ▮▮▮▮▮▮▮▮        Street2:
City: Maricao        Country: PUERTO RICO    ⌄
Zip: 00606        State: Unknown    ⌄

Address:    ⌄
Street1:        Street2:
City:        Country: UNITED STATES    ⌄
Zip:        State:    ⌄

## Contacts

### Emergency Contact    ✕

☐ New or Select: Gomez, Joffre
First Name: Joffre        Last Name: Gomez
Primary Language English    ⌄        Occupation Banker
Comments:
Primary Phone: ▮▮▮▮▮▮▮▮ ⌄        Default Email: ▮▮▮▮▮▮▮▮
Secondary Phone: ▮▮▮▮▮▮▮▮ ⌄

Address: ▮▮▮▮▮▮▮▮ ⌄
Street1: ▮▮▮▮▮▮▮▮        Street2:
City: Maricao        Country: PUERTO RICO    ⌄
Zip: 00606        State: Unknown    ⌄

### Spouse

☐ New or Select:
First Name:        Last Name:
Primary Language English    ⌄        Occupation
Comments:
Primary Phone:    ⌄        Default Email:
Secondary Phone:    ⌄

Address:    ⌄
Street1:        Street2:
City:        Country: UNITED STATES    ⌄
Zip:        State:    ⌄

## Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| | | ⌄ | | | |
| Application Fee | 7/3/2019 | RECEIVED | | ⬇ | ☑ |
| Background Check | 7/3/2019 | RECEIVED | How do you plan to finance your medical education? | ⬇ | ☑ |
| Enrollment Agreement | 9/25/2019 | RECEIVED | Loan | | ☑ |
| Letter of Recommendation 1 | 7/3/2019 | RECEIVED | From what source or individual did you hear about the University? | ⬇ | ☑ |
| Letter of Recommendation 2 | 7/3/2019 | REJECTED | Family or Friend    ⌄ | | ☑ |
| Resume/CV | 7/3/2019 | RECEIVED | | | ☑ |
| Unofficial Transcripts | 7/3/2019 | RECEIVED | | | ☑ |
| SCHOOL USE ONLY - OTRX | 8/15/2018 | RECEIVED | If "Family or Friend", please list: | | ☑ |
| Matriculation Fee | | NOT_SUBMITTED | | | |
| SCHOOL USE ONLY - Insurance | 7/3/2019 | REJECTED | | | |
| Anatomy Lab Fee | | NOT_SUBMITTED | | | |
| SCHOOL USE ONLY - Letter of Acceptance | 7/3/2019 | RECEIVED | *I understand that this constitutes a legal signature confirming that all infor...* | ⬇ | |
| Fee Schedule PR | 7/3/2019 | RECEIVED | *acknowledge and agree to the all Terms of Acceptance to the University.* | | |

### 🖊 Signature Confirmation

Records: 14    ◄◄ ◄ Page 1 Of 1 Pages ► ►►    Applicant Signature: Joffre Gomez

## Additional Information

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

a. Application Fee............$125
b. Matriculation Fee......... $600
c. Anatomy Lab Fee.........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _Joffre Gómez_

Signature: _____    Date: _6/4/18_

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

**USAT** MONTSERRAT

**UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT**

**OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM**

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.**

**Mission Statement**

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

**Equal Opportunities Statement**

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

*Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

*Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

*Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

*Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

**Matriculation, Enrollment and Orientation**

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials: *JGF*

1

## Attendance Policy:

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

## Graduation and Completion of Program

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study,)

A.  Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
B.  Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
C.  Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
D.  A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science. Arts and Technology, Montserrat will not be:
    a.  Informed of the results of any examination taken;
    b.  Awarded any degree or other qualification, to include official transcripts.

## Withdrawal from examinations

1.  A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.
2.  At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.
3.  Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.
4.  The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials: _JEGF_     2

## Reassessment/Failure/Illness

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

## Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

## Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a        Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b        Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials: *JEbF*

3

## Awards

1.1 Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the University")

1.2

### A) UNDERGRADUATE DEGREES
Bachelor of Science (BSc)
Bachelor of Arts (BA)
Bachelor of Medicine and Bachelor of Surgery (MBBS)

### B) GRADUATE DEGREES
Master of Science (MSc)
Master of Public Health (MPH)
Doctor of Medicine (MD)
Doctor of Public Health (DPH)
Doctor of Philosophy (PhD)
Doctor of Science (ScD)
Doctor of Education (EdD)

### C) OTHER
The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

### A. General
A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

## All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

### Behavioral Policies:
*Alcoholic Beverages, Narcotics, and Drugs*: USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence*: Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: _JEbF_                                                                                                 4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 15 hours per week must be documented and certified by each physician preceptor with proper documentation sent to the University.
3. All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality** - Decisions made by the University are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

Student Signature: _____

Printed Name: _Toffre Gomer_____

Date: _6/4/18_____

Initials: _JEGF_    5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty. Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presentations.

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents
*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's signature or information on any academic document.*

## Plagiarism
*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## Cheating
*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, electronic devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including intellectual property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may include, but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics
*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or more of the following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of USAT will consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** _____

**Printed Name:** Joffre Gomer

**Date:** 6/4/18

Initials: *JEGF*

6

# Defendants' Exhibit H

Plaintiff ZABDIEL A. NIEVES-RIVERA

University of Science, Arts and Technology
  Application
  Fee Schedule
  Enrollment Agreement 06/02/2018

USAT :: Edit Application

**U.S.A.T.**
*This is Lifelong Learning*

Welcome Carla Konyk [University - Administrator]
Today is Wednesday, 11/25/2020
Your session will expire in 20 minutes.
You have 367 new messages.

Home   Applications   Students   Professors   Mentors   Courses   Sections   Enrollments   Reports   Organizations   Documents   Administration

Nieves, Zabdiel

**Application Home**

Application Info
Edit Application
Application History
Application Ledger
Family
Forms

**Message Center**

Messages

**External Links**

**Edit Application Nieves, Zabdiel** 🖨

### Application Information

Application Status: [ACCEPTED ▾]          Created On: 5/2/2018 4:34:45 PM
                                          Last Updated On: 6/4/2018 3:42:18 PM

### School Information

District University of Science, Arts and Technology
School: Puerto Rico

### Student Personal Information

First Name: Zabdiel                          Middle Name:
Last Name: Nieves                            Suffix:
Date Of Birth ████/1995                      Gender: Male ▾
(MM/DD/YYYY):                                Last 4 Digits of SSN: 8867
                                             Language: English ▾
Previous Names:
Private Notes:                               Degree program for
                                             which you are applying: M.D. ▾
                                             Is this your first
                                             application to USAT? Yes ▾

### Student Account Information

User Name: ████████          Password: ████████

### Academic Background Information

Institution Name: Interamericana Recinto de San German
Institution Address: Calle Luna, San Germán, 00683, Puerto Rico
Education: Bachelor's Degree ▾         Were you ever the subject of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations?
Major: Biology                         Did you earn a degree? Yes ▾
Start Date: 8/19/2013                  [No ▾]
GPA 2.96                               Graduation Date: 6/7/2017
                                       Have you ever matriculated at or attended any medical school as a candidate for the
                                       End Date: 5/26/2017
                                       [Yes ▾]    Explain: UHSA, problem with loan reimbursement.
                                       Were you ever a party in a civil lawsuit?
                                       [No ▾]
                                       Have you ever been convicted of, or charged with, a felony or misdemeanour, with
                                       [No ▾]

Medical College Admission Test Information. Leave blank if not available.
Date: [        ]          VR:          PS:
If taken, TOEFL score:    IELTS
Date taken: [        ]    Date

### Student Race/Ethnicity Information

                                       Country of citizenship: PUERTO RICO ▾
☐ American Indian or Alaskan Native    **Place of Birth:**
☐ Asian                                City: San German          State: Puerto Rico
Ethnicity: [Hispanic / Latino ▾]   Race: ☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White

## 👤 Student Program Association

❖Program:: Basic Science ⌄

## 📞 Student Contact

❖Primary Phone ▮▮▮▮▮▮▮▮ ⌄　　❖Default Email: ▮▮▮▮▮▮▮▮
❖Secondary Phone ▮▮▮▮▮▮▮▮ ⌄

📇 Address: ▮▮▮▮▮▮▮▮ ⌄ ☑ Copy
❖Street1: ▮▮▮▮▮▮▮▮　　❖Street2: Calle Paz H2
❖City: San German　　Country: PUERTO RICO ⌄
❖Zip: 00683　　❖State: Unknown ⌄

📇 Address: ▮▮▮▮▮▮▮▮ ⌄
❖Street1: ▮▮▮▮▮▮▮▮　　❖Street2:
❖City: San German　　Country: PUERTO RICO ⌄
❖Zip: 00683　　❖State: Unknown ⌄

## 👥 Contacts

### 👤 Emergency Contact ✕

☐ New or Select: ▮▮▮▮▮▮▮▮
❖First Name: Gisela　　❖Last Name: ▮▮▮▮▮▮▮▮
❖Primary Language Spanish ⌄　　❖Occupation ▮▮▮▮▮▮▮▮
Comments:
❖Primary Phone ▮▮▮▮▮▮▮▮ ⌄　　❖Default Email: ▮▮▮▮▮▮▮▮
❖Secondary Phone ▮▮▮▮▮▮▮▮ ⌄

📇 Address: ▮▮▮▮▮▮▮▮ ⌄
❖Street1: ▮▮▮▮▮▮▮▮　　❖Street2: Calle Paz H2
❖City: San German　　Country: PUERTO RICO ⌄
❖Zip: 00683　　❖State: Unknown ⌄

### 👤 Spouse

☐ New or Select:
First Name:　　Last Name:
Primary Language English ⌄　　Occupation
Comments:
Primary Phone:　　 ⌄　　Default Email:
Secondary Phone:　　 ⌄

📇 Address: ⌄
Street1:　　Street2:
City:　　Country: UNITED STATES ⌄
Zip:　　State: ⌄

## 📘 Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| | | ⌄ | | | |
| Application Fee | 11/25/2020 | RECEIVED | | ⬇ | ✎ |
| Background Check | 6/4/2018 | RECEIVED | ❖How do you plan to finance your medical education? | ⬇ | ✎ |
| Enrollment Agreement | 11/25/2020 | RECEIVED | Loan | | ✎ |
| Letter of Recommendation 1 | 6/4/2018 | RECEIVED | ❖From what source or individual did you hear about the University? | ⬇ | ✎ |
| Letter of Recommendation 2 | 6/4/2018 | RECEIVED | Family or Friend ⌄ | | ✎ |
| Resume/CV | 6/4/2018 | RECEIVED | | | ✎ |
| Unofficial Transcripts | 7/3/2019 | RECEIVED | | | ✎ |
| SCHOOL USE ONLY - OTRX | 7/3/2019 | RECEIVED | If "Family or Friend", please list: | | |
| Matriculation Fee | 7/3/2019 | RECEIVED | | | ✎ |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | 📋 **Signature Confirmation** | | |
| Anatomy Lab Fee | | NOT_SUBMITTED | | | ✎ |
| SCHOOL USE ONLY - Letter of Acceptance | 11/25/2020 | RECEIVED | *I understand that this constitutes a legal signature confirming that all inforr* | | |
| Fee Schedule PR | 11/25/2020 | RECEIVED | *acknowledge and agree to the all Terms of Acceptance to the University.* | ⬇ | |

Records: 14　　⏮ ⏪ Page 1 Of 1 Pages ⏩ ⏭　　❖Applicant Signature: Zabdiel Nieves Rivera

## 📗 Additional Information

Additional Information:



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| **Tuition\*** (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| **Fees:** | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| **Total** | **$20,365** | **$20,365** | **$23,430** | **$24,330** |

NOTES:
(\*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee…………$125
    b.   Matriculation Fee……… $600
    c.   Anatomy Lab Fee……...$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name:   Zabdiel A Nieves Rivera _____

Signature: _~~Zabdiel A Nieves Rivera~~_____ Date: 06/02/2018 _____

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

**USAT** MONTSERRAT

**UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT**

OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM

<u>Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat</u>

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.**

## Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

## Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

*Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

*Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

*Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

*Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

## Matriculation, Enrollment and Orientation

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials: *[signature]*

1

**Attendance Policy:**

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

## Graduation and Completion of Program

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study,)

    A.   Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

    B.   Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

    C.   Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

    D.   A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science. Arts and Technology, Montserrat will not be:

        a.   Informed of the results of any examination taken;

        b.   Awarded any degree or other qualification, to include official transcripts.

## Withdrawal from examinations

1. A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.

2. At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.

3. Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.

4. The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials: _[signature]_

2

**Reassessment/Failure/Illness**

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

**Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

**Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a       Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b       Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials: *[signature]*

3

## Awards

1.1  Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the University")

1.2

    A) UNDERGRADUATE DEGREES
        Bachelor of Science (BSc)
        Bachelor of Arts (BA)
        Bachelor of Medicine and Bachelor of Surgery (MBBS)

    B) GRADUATE DEGREES
        Master of Science (MSc)
        Master of Public Health (MPH)
        Doctor of Medicine (MD)
        Doctor of Public Health (DPH)
        Doctor of Philosophy (PhD)
        Doctor of Science (ScD)
        Doctor of Education (EdD)

    C) OTHER
        The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

### A. General

A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

## Behavioral Policies:

*Alcoholic Beverages, Narcotics, and Drugs*: USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence*: Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: _[signature]_

4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of <u>15 hours per week</u> must be documented and certified by each physician preceptor with proper documentation sent to the University.
3. All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality** - Decisions made by the University are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, <u>with the exception of the application fee and the matriculation fee which are NON-Refundable</u>. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

| | |
|---|---|
| **Student Signature:** | *[signature]* |
| **Printed Name:** | Zabdiel A Nieves Rivera |
| **Date:** | 06/02/2018 |

Initials: *[initials]*

5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty.
Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presentations.

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents
*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's' signature or information on any academic document.*

## Plagiarism
*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## Cheating
*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, electronic devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including intellectual property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may include, but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics
*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or more of the following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of USAT will consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** _____

**Printed Name:**   Zabdiel A Nieves Rivera

**Date:**   06/02/2018

Initials: _____

6

# Defendants' Exhibit I

Plaintiff ENNY DE JESÚS-UREÑA

University of Science, Arts and Technology
  Application
  Fee Schedule
  Enrollment Agreement 01/02/2018



*acknowledge and agree to the all Terms of Acceptance to the University.*     are (were) students at USAT?

### Student Race/Ethnicity Information

Ethnicity: Not Hispanic / Latino     Race:

☐ American Indian or Alaskan Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White

### Student Program Association

Program

### Student Contact

Primary Phone: ███████████     Default Email: ███████████
Secondary Phone: ███████████

Address:
Street1: ███████████     ☑ Copy     Copy     Street2:
City: Milwaukee     Country: UNITED STATES
Zip: 53204     State: WISCONSIN

Address:
Street1:     Same     Copy     Street2:
City:     Country:
Zip:     State:

### Contacts

#### Emergency Contact                                                    ✕

☐ New or Select: ███████████  ▾
First Name: Milagros     Last Name: ███████████
Primary Language English     Occupation
Comments:
Primary Phone: ███████████     Default Email: ███████████
Secondary Phone: ███████████

Address:
Street1: ███████████     Same     Street2:
City: Milwaukee     Country: UNITED STATES
Zip: 53204     State: WISCONSIN

#### Spouse

☐ New or Select: ███████████  ▾
First Name:     Last Name:
Primary Language English     Occupation
Comments:
Primary Phone:     Default Email:
Secondary Phone:

Address:
Street1:     Same     Street2:
City:     Country: UNITED STATES
Zip:     State:

### Document Requirements

**Document Requirements**



| Document | Modified | Status | Description | Downloa | Upload |
|---|---|---|---|---|---|
| Application Fee | 1/2/2018 | SUBMITTED | | | |
| Background Check | 1/3/2018 | SUBMITTED | | | |
| Enrollment Agreement | 1/2/2018 | SUBMITTED | | | |
| Fee Schedule | 1/2/2018 | SUBMITTED | | | |
| Letter of Recommendation 1 | 1/4/2018 | SUBMITTED | | | |
| Letter of Recommendation 2 | | NOT_SUBMITTED | | | |
| Resume/CV | 1/2/2018 | SUBMITTED | | | |
| Unofficial Transcripts | 1/3/2018 | SUBMITTED | | | |
| SCHOOL USE ONLY - OTRX | | NOT_SUBMITTED | | | |
| Matriculation Fee | | NOT_SUBMITTED | | | |

Records: 12     Page 1 Of 1 Pages

**Additional Information**

Additional Information:

**Save**

3.9.0
Maestro SIS © 2018 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT

## Olveston Campus

**P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free:  866-596-9577**

**U.S. Information Office: 4288 Youngfield St. Wheat Ridge, CO 80033
Local Phone: 303-371-0252, Fax: 303-371-6967/0117**

**http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu**

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application ⟶ | $125.00** *Non-Refundable* |
| One-Time Matriculation ⟶ | $600.00** *Non-Refundable* |
| Medical Student Malpractice Insurance ⟶ | $995.00** |
| Tuition per Semester ⟶ | $5,490.00 |
| Anatomy Lab Fee ⟶ | $600.00 (per lab experience) |
| Technology Fee ⟶ | $500.00 |
| Graduation Fee ⟶ | $900.00 (first degree) |
| Additional Fee per Degree ⟶ | $300.00 |

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

**ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT**

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

**Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.**

Printed Name:   Enny M De Jesus Urena

Signature:   *D Jesus*     Date:   01/2/1018

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003) USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*

 **USAT** MONTSERRAT

**UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT**

## OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

> *Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

> *Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

> *Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

> *Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

### Matriculation, Enrollment and Orientation

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials: _____

1

## **Attendance Policy:**

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## **International Students**

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

## **Graduation and Completion of Program**

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study,)

A. Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
B. Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
C. Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
D. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science. Arts and Technology, Montserrat will not be:
    a. Informed of the results of any examination taken;
    b. Awarded any degree or other qualification, to include official transcripts.

## **Withdrawal from examinations**

1. A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.
2. At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.
3. Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.
4. The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials: _DJu_                                                                                2

**Reassessment/Failure/Illness**

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

**Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

**Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a. Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b. Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials: _CJU_                                                                                                  3

**Awards**

1.1   Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the University")

1.2

  A) UNDERGRADUATE DEGREES
  Bachelor of Science (BSc)
  Bachelor of Arts (BA)
  Bachelor of Medicine and Bachelor of Surgery (MBBS)

  B) GRADUATE DEGREES
  Master of Science (MSc)
  Master of Public Health (MPH)
  Doctor of Medicine (MD)
  Doctor of Public Health (DPH)
  Doctor of Philosophy (PhD)
  Doctor of Science (ScD)
  Doctor of Education (EdD)

  C) OTHER
  The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

### A. General

A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a.   Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b.   In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c.   The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

## Behavioral Policies:

*Alcoholic Beverages, Narcotics, and Drugs*: USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence*: Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: _DJU_                                                                                                                4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.

2. For each week to be valid, a minimum of <u>15 hours per week</u> must be documented and certified by each physician preceptor with proper documentation sent to the University.

3. All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.

4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.

5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality** - Decisions made by the University are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, <u>with the exception of the application fee and the matriculation fee which are NON-Refundable</u>. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

**Student
Signature:** _D Jesus_

**Printed
Name:** Enny M De Jesus Urena

**Date:** 01/2/1018

Initials: _DJU_                                                                                                       5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty.
Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presentations.

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents
*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's' signature or information on any academic document.*

## Plagiarism
*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## *Cheating*
*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, electronic devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including intellectual property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may include, but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics
*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or more of the following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of USAT will consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** *D Jesus*

**Printed Name:** Enny M De Jesus Urena

**Date:** 01/2/2018

Initials: *DJu*                                                                                                          6

# Defendants' Exhibit J

Plaintiff LORAIMA M. ROSADO-VILLAFAÑE

University of Science, Arts and Technology
   Application
   Fee Schedule
   Enrollment Agreement 06/02/2018



USAT - Edit Application

Welcome Carla Konyk [University - Administrator]
Today is Thursday, 12/24/2020
Your session will expire in 20 minutes.
You have 367 new messages.

U.S.A.T.
This is Lifelong Learning

Home   Applications   Students   Professors   Mentors   Courses   Sections   Enrollments   Reports   Organizations   Documents   Administration

Rosado Villafane, Loraima Michelle

**Application Home**
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

**Message Center**
- Messages

**External Links**

### Edit Application Rosado Villafane, Loraima

**Application Information**

Application Status: ACCEPTED

Created On: 5/2/2018 4:10:33 PM
Last Updated On: 6/4/2018 3:43:23 PM

**School Information**

District University of Science, Arts and Technology
School: Puerto Rico

**Student Personal Information**

First Name: Loraima
Last Name: Rosado Villafane
Date Of Birth (MM/DD/YYYY): 1993

Middle Name: Michelle
Suffix:
Gender: Female
Last 4 Digits of SSN: 8232
Maiden Name English
Previous Names:

Private Notes:

Degree program for which you are applying: BSc
Is this your first application to USAT? Yes

**Student Account Information**

User Name:                                   Password:

**Academic Background Information**

Institution Name: University of Puerto Rico, Campus Cayey
Institution Address: 205, Calle Antonio R. Barceló, Cayey, 00736
Education: Bachelor's Degree
Major: Natural sciences
Start Date: 8/11/2011
G P A

Institution Phone: (287) 738-2181
Did you earn a degree? Yes
Graduation Date: 5/27/2016
End Date: 5/18/2016

Were you ever the recipient of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations?
No

Have you ever matriculated at or attended any medical school as a candidate for th
Yes   Explain: UHSA, loan reimbursement problems.

Were you ever a party in a civil lawsuit?
No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with
No

Medical College Admission Test Information. Leave blank if not available.
Date: 1/28/2017      VR: 118      PS:

If taken, TOEFL score:                IELTS
Date taken:                            Date

**Student Race/Ethnicity Information**

Country of citizenship: PUERTO RICO

☐ American Indian or Alaskan Native     **Place of Birth:**
☐ Asian                                 City: Ponce      State: PR
Ethnicity: Hispanic / Latino    Race: ☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White



4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| **Tuition*** (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| **Fees:** | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| **Total** | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee............$125
    b.   Matriculation Fee......... $600
    c.   Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: Loraima M. Rosado Villafañe

Signature: *Loraima M. Rosado Villafañe*   Date: June 2, 2018

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

# USAT MONTSERRAT
# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

*Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

*Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

*Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

*Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

### Matriculation, Enrollment and Orientation

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials:

1

## Attendance Policy:

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

## Graduation and Completion of Program

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study.)

A. Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
B. Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
C. Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
D. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science, Arts and Technology, Montserrat will not be:
    a. Informed of the results of any examination taken;
    b. Awarded any degree or other qualification, to include official transcripts.

## Withdrawal from examinations

1. A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.
2. At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.
3. Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.
4. The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials: _AMRV_

2

## Reassessment/Failure/Illness

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

## Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

## Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a       Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b       Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials: _AHRV_

3

**Awards**

1.1   Awards of the University of Science, Arts     Technology, Montserrat conferred by University of Sci     and Medicine (hereinafter referred to as "the University")

1.2

A) UNDERGRADUATE DEGREES

   Bachelor of Science (BSc)
   Bachelor of Arts (BA)
   Bachelor of Medicine and Bachelor of Surgery (MBBS)

B) GRADUATE DEGREES

   Master of Science (MSc)
   Master of Public Health (MPH)
   Doctor of Medicine (MD)
   Doctor of Public Health (DPH)
   Doctor of Philosophy (PhD)
   Doctor of Science (ScD)
   Doctor of Education (EdD)

C) OTHER

   The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

### A. General

A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

## All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

### Behavioral Policies:

*Alcoholic Beverages, Narcotics, and Drugs*: USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence*: Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: *LMRU*

4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract:** If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person(s) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

**Policies for Student Clinical Training:**
1.  Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2.  For each week to be valid, a minimum of 15 hours per week must be documented and certified by each physician preceptor with proper documentation sent to the University.
3.  All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.
4.  Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.
5.  Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

**Issuance of Transcripts:**
USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality - Decisions made by the University are final.

**Refund Policy:** A pro-rated refund policy applies to all tuition payments and fees, <u>with the exception of the application fee and the matriculation fee which are NON-Refundable</u>. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

Student
Signature: *Loraima M Rosado Villafañe*

Printed
Name: Loraima M. Rosado Villafañe

Date: June 2, 2018

Initials *LMRV*

5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty. Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presenta

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents

*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's' signature or information on any academic document.*

## Plagiarism

*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## Cheating

*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, ele devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including inte property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics

*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or mor following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of U consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** *Leiaima M. Rosado Villafañe*

**Printed Name:** Loraima M. Rosado Villafañe

**Date:** June 2, 2018

**Initials:** LMRV

6

# Defendants' Exhibit K

Plaintiff PAOLA M. PROSPER-CRESPO

University of Science, Arts and Technology
  Application
  Fee Schedule
  Enrollment Agreement 07/05/2017



### U.S.A.T.
*This is Lifelong Learning*

Welcome Carla Konyk [University - Administrator]
Today is Thursday, 12/24/2020
Your session will expire in 20 minutes.
You have 367 new messages.

Home  Applications  Students  Professors  Mentors  Courses  Sections  Enrollments  Reports  Organizations  Documents  Administration

Prosper, Paola Michelle

**Edit Application Prosper, Paola**

**Application Home**
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

**Message Center**
- Messages

**External Links**

## Application Information

Application Status: ACCEPTED

Created On: 6/27/2017 5:46:04 PM
Last Updated On: 8/23/2017 3:17:14 PM

## School Information

District University of Science, Arts and Technology
School: USAT

## Student Personal Information

First Name: Paola
Last Name: Prosper
Date Of Birth (MM/DD/YYYY): ▓▓ 1990

Middle Name: Michelle
Suffix:
Gender: Female
Last 4 Digits of SSN: 5995
Native Language: Spanish
Maiden Name / Previous Names: Crespo

Private Notes: USAT PR-

Degree program for which you are applying: M.D.
Is this your first application to USAT? Yes

## Student Account Information

User Name: ▓▓▓▓▓
Password: ▓▓▓▓▓

## Academic Background Information

Institution Name: Ponce Health Sciences University
Institution Address: 388 Zona Ind Reparada 2, Ponce, 00716
Education: Master's Degree
Major: Master of Science in Medical Sciences
Start Date: 8/3/2015
G P A  3.13

Institution Phone: (787)840-2575
Did you earn a degree? Yes
Graduation Date: 6/10/2017
End Date: 5/22/2017

Institution Name: University of Puerto Rico of Mayaguez
Institution Address: PR-108, Mayagüez, 00682
Education: Bachelor's Degree
Major: Biology
Start Date: 8/11/2009
G P A  3.05

Institution Phone: (787)832-4040
Did you earn a degree? Yes
Graduation Date: 6/13/2014
End Date: 5/25/2014

Were you ever the recipient of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations?
No

Have you ever matriculated at or attended any medical school as a candidate for th
No

Were you ever a party in a civil lawsuit?
No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with
No

**Medical College Admission Test Information. Leave blank if not available.**
Date: 1/28/2017    VR: 119    PS:
If taken, TOEFL score: 481    IELTS
Date taken:    Date

Country of citizenship: UNITED STATES

Place of Birth:

## Student Race/Ethnicity Information

Ethnicity: Hispanic / Latino

Race:
☐ American Indian or Alaskan Native
☐ Asian

City: Orlando    State: Florida

☐ Black or African American

☐ Native Hawaiian or Other Pacific Islander

☑ White

## Student Program Association

Program:: ⌄

## Student Contact

Primary Phone: [redacted] ⌄    Default Email: [redacted]

Secondary Phone: [redacted] ⌄

Address: [redacted] ⌄ ☑ Copy

Street1: [redacted]     Street2:

City: Mayaguez     Country: UNITED STATES ⌄

Zip: 00680     State: PUERTO RICO ⌄

Address: [redacted] ⌄

Street1: [redacted]     Street2:

City: Mayaguez     Country: UNITED STATES ⌄

Zip: 00680     State: PUERTO RICO ⌄

## Contacts

### Emergency Contact     ✕

First Name: Victor     ☐ New or Select: [redacted]     Last Name: [redacted]

Primary Language Spanish ⌄     Occupation [redacted]

Comments:

Primary Phone: [redacted] ⌄     Default Email: [redacted]

Secondary Phone: [redacted] ⌄

Address: [redacted] ⌄

Street1: [redacted]     Street2:

City: Mayaguez     Country: UNITED STATES ⌄

Zip: 00680     State: PUERTO RICO ⌄

### Spouse

First Name:     ☐ New or Select:     Last Name:

Primary Language English ⌄     Occupation

Comments:

Primary Phone:   ⌄     Default Email:

Secondary Phone:   ⌄

Address:   ⌄

Street1:     Street2:

City:     Country: UNITED STATES ⌄

Zip:     State: ⌄

## Document Requirements

**Document Requirements**

How do you plan to finance your medical education?

Loans

From what source or individual did you hear about the University?

Family or Friend ⌄

If "Family or Friend", please list:

### Signature Confirmation

*I understand that this constitutes a legal signature confirming that all infor*
*acknowledge and agree to the all Terms of Acceptance to the University.*

USA.P.: Edit Application



| Document | Modified | Status | Description |
|---|---|---|---|
| | | | Applicant Signature: Paola M. Prosper Crespo |
| Application Fee | 7/18/2017 | RECEIVED | |
| Background Check | 7/3/2019 | RECEIVED | |
| Enrollment Agreement | 7/18/2017 | RECEIVED | |
| Fee Schedule | 7/18/2017 | RECEIVED | |
| Letter of Recommendation 1 | 7/18/2017 | RECEIVED | |
| Letter of Recommendation 2 | 7/18/2017 | RECEIVED | |
| Resume/CV | 7/31/2018 | RECEIVED | |
| Unofficial Transcripts | 7/15/2019 | RECEIVED | |
| SCHOOL USE ONLY - OTRX | 7/3/2019 | RECEIVED | |
| Matriculation Fee | 8/23/2017 | APPROVED | |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | |
| Anatomy Lab Fee | | NOT_SUBMITTED | |
| SCHOOL USE ONLY - Letter of Acceptance | 2/7/2019 | RECEIVED | |

Records: 15    ⏮ ◀ Page 1 Of 1 Pages ▶ ⏭

Additional Information

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



**USAT**

## MONTSERRAT

*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT

## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free:  866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

*The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

**ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT**

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: Paola Prosper Crespo

Signature: Paulieu    Date: 07/05/2017

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*



# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;

work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.


**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: _PUP_

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

### International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be:

1.)     Informed of the results of any examination taken;
2.)     Awarded any degree or other qualification, to include official transcripts.

### D. Withdrawal from examinations

1.)     A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.)     A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.)     At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.)     Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.

5.)     The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

### E. Reassessment/failure

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

### F. Illness

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

### G. Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

Written examinations;
Practical examinations;

Initials: PWD                                                                                                          2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

### H. Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

### I. AWARDS
1.1     Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1.2
A) UNDERGRADUATE DEGREES
      Bachelor of Science (BSc)
      Bachelor of Arts (BA)
      Bachelor of Medicine and Bachelor of Surgery (MBBS)
      Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
      Master of Science (MSc)
      Master of Arts (MA)
      Master of Public Health (MPH)
      Doctor of Public health (DPH)
      Medical Doctor (MD)
      Doctor of Dental Medicine and Surgery (DDS)
      Doctor of Philosophy (PhD)
C) OTHER
      The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: _PW_

3

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: PLP

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of <u>12 hours per week</u> must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

**Student Signature:** _Paulee_

**Printed Name:** _Paola Prosper Crespo_
**Date:** _07/05/2017_

Initials: _PUP_

5