IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| PEÑA-TORRES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 19-cv-01707-WGY |
| UNIVERSITY OF SCIENCE, ARTS AND TECH, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF CARLA M. KONYK

I, Carla M. Konyk, MBBS, state:

1.    I am the Vice President and Director of Administration of the University of Science, Arts and Technology, Montserrat, College of Medicine ("USAT").

2.    In my capacity as Director of Administration of USAT, I am the custodian of the student records included as exhibits in support of the Motion for Summary Judgment. The records were made at or near the time of the occurrence of the matters set forth by the students. The records were kept in the course of the regularly conducted activity. The records were made by the regularly conducted activity as a regular practice. The exhibits are exact duplicates of the original records and are true, accurate, and complete copies of those USAT student records.

3.    Each of the Plaintiffs needed to complete two or more years of study in order to graduate from USAT with the MD degree.

4.    USAT is not also known as Metropolitan Innovative Group, Inc., because USAT is not now nor has USAT ever been in any manner connected to or associated with Defendant Metropolitan Innovative Group, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2020.

s/ Carla M. Konyk
_____
**CARLA M. KONYK, Declarant**

1