IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEÑA-TORRES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 19-cv-01707-WGY |
| UNIVERSITY OF SCIENCE, ARTS AND ) | |
| TECH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF KAREN BALDWIN

I, Karen Baldwin, state:

1.   My current job title, which changed in 2020, is Office Manager for University of Science, Arts and Technology ("USAT"). My immediate prior title was Director of Special Projects for USAT.

2.   USAT is not also known as Metropolitan Innovative Group, Inc.

3.   I am not now nor have I ever been in any manner connected to or associated with Defendant Metropolitan Innovative Group, Inc.

Executed on December 30, 2020.

s/ Karen Baldwin

**KAREN BALDWIN, Declarant**