IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| PEÑA-TORRES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 19-cv-01707-WGY |
| UNIVERSITY OF SCIENCE, ARTS AND TECH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF ORIEN L. TULP**

I, Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S., state:

1.    I am a Professor at and the President of the University of Science, Arts and Technology, Montserrat ("USAT").

2.    Included as an exhibit supporting the Motion for Summary Judgment is a true, accurate, and complete copy of the license granted by and the agreement between the Government of Montserrat and Medical College of London (MCL), University of Science, Arts and Technology (Montserrat) Ltd. (USAT), dated September 26, 2003.

3.    Included as an exhibit supporting the Motion for Summary Judgment is a true, accurate, and complete copy of the correspondence from the Permanent Secretary of the Ministry of Education, Youth Affairs & Sports of Montserrat to ECFMG, dated 17 October 2018, regarding the permission the Government of Montserrat granted to USAT in the license agreement at section 8.13, dated September 26, 2003, to conduct classes outside of Montserrat.

4.    USAT is not also known as Metropolitan Innovative Group, Inc., because USAT is not now nor has USAT ever been in any manner connected to or associated with Defendant Metropolitan Innovative Group, Inc.

1

**2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2020.

s/ Orien L. Tulp
_____

**ORIEN L. TULP, Declarant**

**2**