# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; ET ALS**<br><br>PLAINTIFFS<br><br>VS.<br><br>**UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ET ALS**<br><br>DEFENDANTS | CIVIL NO. 19-1707<br><br><br>RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO);<br>FRAUDULENT INDUCEMENT;<br>BREACH OF CONTRACT;<br>UNJUST ENRICHMENT;<br>TORT DAMAGES<br><br>TRIAL BY JURY DEMANDED |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is Sujeil M. Peña Torres. I am of legal age, student, single, domiciled and resident of San Juan, Puerto Rico.

2. My address is the following: Urb. Venus Gardens Calle Peliux #771, San Juan, P.R. 00926.

3. In May 3rd of 2017, I was searching for a medical school to apply in order to get into a career in medicine.

4. On or around July 8th of 2017, I was contacted and interviewed by Manuel José Ortiz-Bustillo ("Ortiz") and Daniela Cabrera-Pujadas ("Cabrera").

5. Ortiz and Cabrera represented themselves as officials of the medical school known as University of Science, Arts and Technology ("USAT").

6. Ortiz and Cabrera represented to me that USAT was an accredited college of medicine in Puerto Rico.

7. On July 8th of 2017, I received various materials regarding USAT, such as a brochures, applications and enrollment agreements. These materials made representations that USAT was an accredited college of medicine in Puerto Rico, as well as other states.

8. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Orien L. Tulp ("Tulp") is the President of USAT, Carla M. Konyk ("Konyk") is the Vice-President and Director of Administration and Finances of USAT, and Karen Baldwin ("Baldwin") is the Administrator of USAT.

9. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Ortiz is the Dean of the USAT College of Medicine in Puerto Rico, and that Cabrera is the Clinical Coordinator of Student Affairs of the USAT College of Medicine in Puerto Rico.

10. As such, my understanding was that Tulp, Konyk, Baldwin, Ortiz and Cabrera (jointly "USAT Officials") were all officials and representatives of USAT.

11. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT was accredited by the Educational Commission for Foreign Medical Graduates ("ECFMG") so that USAT students may be able to take the United States Medical Licensing Examinations.

12. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that being a student of USAT would allow me to take the United States Medical Licensing Examinations.

13. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT also had other satellite campuses or schools in other states in the United States, such as in Florida, Maryland and Texas.

14. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT had its main Administrative Office in the state of Colorado, in the United States.

15. I understood that the USAT officials have been working at USAT for some time.

16. The USAT Officials made representations that USAT's purpose was to provide me an education in medicine if I applied to be a student.

17. In consideration of providing me an education in medicine if I became a student, USAT would request payments from me.

18. The USAT Officials made representations that once the payments would be received, they would provide the education in medicine and I would be able to take the United States Medical Licensing Examinations.

19. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I was induced and made the decision to apply to USAT, thinking that I was going to be able to receive a valid medical education in Puerto Rico and will be able to apply for and take the United States Medical Licensing Examinations.

20. On July 11th of 2017 and August 2nd of 2017, I submitted all the required documents and required payments to USAT in order to apply.

21. On July 12th of 2017, I received a letter from Tulp which informed me that I was admitted to the medical doctor program of USAT. The letter said it was a typical four-year program of scientific and medical education. The Letter indicated that I must pay no less than four thousand nine hundred dollars ($4,900.00) per semester plus other expenses such as a Matriculation Fee, Medical Student Malpractice Insurance Fee, Anatomy Lab Fee, Technology Fee, Clinical Fee and Graduation Fee which amounted to approximately nine thousand one hundred forty-five dollars ($9,145.00).

22. Once I was admitted by USAT, USAT Officials from both Puerto Rico and Colorado came to attend the White Coat Ceremony making the representation that we were going to start a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

23. Once I was admitted by USAT, the USAT officials oriented me as to the manner of payment and the possibility of taking out a loan.

24. I paid for my education directly to Dhamaris Frías at the USAT administrative office in Puerto Rico Campus with my credit card.

25. On July 11th of 2017, I paid de amount of $125 corresponding to USAT application fee.

26. On August 2nd of 2017, I paid de amount of $6,000 corresponding to USAT One Time Matriculation Fee ($600), Tuition of Semester August 2017 to December 2017 ($4,900) and Anatomy Lab Fee ($500).

27. On January 24th of 2018, I paid de amount of $4,000 corresponding to USAT Semester January 2018 to May 2018. Then on April 3rd of 2018, I paid $400 corresponding to USAT Semester January 18 to May 2018.

28. On May 16th of 2018, I paid de amount of $5,400 corresponding to USAT Summer classes, including $500 corresponding to a pending balance of the Semester January 2018 to May 2018.

29. On September 25th of 2018, I paid de amount of $4,900 corresponding to USAT Semester August 2018 to December 2018.

30. From the date of my admission until September of 2018, USAT had received the sum amount of $25,725, for providing education in medicine.

31. From the date of my admission until September of 2018, while USAT received the sum amount of $25,725, I understood that I was receiving a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

32. On August of 2018, I was studying and applied to take the United States Medical Licensing Examinations.

33. After I applied, ECFMG requested me to submit information under penalty of perjury via an affidavit to describe the USAT medical school information and asking whether I had physically attended the USAT medical classes at Montserrat.

34. On August of 2018, the ECFMG informed me that I was not eligible for the United States Medical Licensing Examination.

35. On September 14th of 2018, I was notified by the USAT Officials of the ECFMG irregularities.

36. On September 24th of 2018, the USAT Officials notified me of a telephone conference to be held on September 26th of 2018 to discuss the ECFMG irregularities.

37. On September 26th of 2018, a telephone conference was held with Tulp and the attorneys of USAT to address me and other students' concerns regarding the denial to take the United States Medical Licensing Examination.

38. During that September 26th telephone conference, Tulp instructed me and the other students to falsely inform ECFMG that I and the other students took the USAT medical education at the Montserrat main campus.

39. Tulp made the representation that ECFMG had been provided false information regarding USAT students and the USAT location of colleges of medicine.

40. After this telephone conference, I began send numerous communications to the USAT Officials inquiring as to why I could not take the United States Medical Licensing Examination.

41. During September, October and November of 2018, the USAT Officials dodged and evaded questions by me and other students regarding their lack of eligibility for the United States Medical Licensing Examination.

42. During early November of 2018, the USAT Officials instructed me and the other students to not send additional information to ECFMG outside the instructions of USAT.

43. During early November of 2018, the USAT Officials instructed me and the other students to send all information regarding ECFMG to Konyk, who would then refer me and the other students to USAT's attorney.

44. During early November of 2018, the USAT Officials also tried to invite me and the other students to transfer to start again at other medical schools suggested by USAT.

45. On November 8th of 2018, Ortiz sent an e-mail to me and the other students regarding ECFMG's decision to find me and the other students not eligible for the United States Medical Licensing Examination. In that e-mail, Ortiz falsely represented to me and the other students that USAT was "surprised" by ECFMG's decision.

46. Subsequent to this e-mail, me and the other students demanded a physical meeting with Ortiz to discuss face to face these surprising events.

47. On November 16th of 2018, USAT Officials sent an electronic mail to some Plaintiffs invoking a meeting on that same date at around 5:30 pm.

48. However, the meeting was delayed until 10 pm, when Ortiz arrived.

49. At 10 pm, me and the other students met with Ortiz and asked him a line of questions concerning whether USAT had licensing and/or certification status in Puerto Rico and whether me and other students' finances and personal loans that was controlled by the USAT Officials in Colorado would be returned.

50. Ortiz did not answer our questions, answering them evasively and without any concrete answers.

51. Another meeting was held by Ortiz on December 18th, 2018 to try to resolve the situation.

52. Ortiz physically met me and the other students at the Mall of San Juan in December of 2018.

53. During said meeting, Ortiz admitted to me and the other students that they should not bother going to the other medical schools suggested by USAT.

54. Additionally, Ortiz admitted during the meeting that USAT lawyers advised him to not speak about USAT's activities for approximately five years.

55. When me and the other students asked what he meant about not speaking about USAT activities for approximately five years, Ortiz admitted that the USAT lawyers advised him to not testify as to anything until the statute of limitations runs out.

56. On December of 2018, I noticed that USAT Officials vacated the USAT college of medicine school in Puerto Rico.

57. USAT took me and the other students medical school documents to an unknown location.

58. During September of 2018, Konyk, Tulp and Baldwin email me and the other students that they will resolve our situation as to taking United States Medical Licensing Examination.

59. However, USAT never resolved me and the other student's situation and we were unable to take the United States Medical Licensing Examination via USAT.

60. On December 31st of 2018, I requested USAT to deliver certain transcripts about my medical education and they did not provide the same.

61. Instead, on January 11th of 2019, USAT began to send me invoices from their Colorado Office with fabricated expenses and costs, requesting me to make more payments.

62. On February 20th of 2019, I made the payment of $250 and requested USAT to deliver transcripts about my medical education.

63. On February 28th of 2019, I received the transcript of my medical education from USAT.

64. However, these transcripts of medical education from USAT were not accepted by other medical schools.

65. All applications made for School of Medicine in US were rejected and did not accept the USAT medical education.

66. Therefore, I had to start my medical education again because this situation.

67. Based on the above, USAT received a sum amount of $25,725 from me, without providing a valid medical education in Puerto Rico.

68. Based on the above, USAT received a sum amount of $25,725 from me for providing an invalid medical education that resulted in my inability to take the United States Medical Licensing Examinations.

69. All the USAT Officials participated in the false representation that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

70. USAT falsely represented to me and many other students throughout 2017 and 2018 that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

71. However, the reality is that USAT did not provide to me and the other students a valid medical education, which resulted in me being unable to take the United States Medical Licensing Examinations.

72. From the October 16th of 2017, until December 15th of 2018, USAT and the USAT officials kept repeating their false statements that they were providing a valid medical education and I would be able to take the United States Medical Licensing Examination, so long as I kept paying them, which I did because USAT received the sum amount of $25,725 from me.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. sec. 1746.

Dated at San Juan, PR, this 29th day of March, 2021.

_____

Sujeil M. Peña Torres

Fwd: USAT

Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:48 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

📎 5 archivos adjuntos (5 MB)
Brochure USAT.pdf; Brochure II USAT.pdf; Application Checklist.pdf; USAT PR Fee Schedule.pdf; Enrollment Agreement.pdf;

Sent from my iPhone

Begin forwarded message:

> **From:** Daniela Cabrera <daniela.cabrera@usat.edu>
> **Date:** July 8, 2017 at 1:35:41 PM ADT
> **To:** sujeilpt@gmail.com, sujeilpt@live.com
> **Subject: USAT**
>
> Buenas Tardes,
>
> Adjunto información de la escuela, fee schedule y enrollment agreement los mismos forman parte de los requisitos para aplicar.
>
> -El fee schedule hay que firmarlo y poner la fecha en la parte de abajo.
>
> -El enrollment agreement poner iniciales en las paginas y llenar la información en la ultima pagina.
>
> Cualquier duda me deja saber
>
> Welcome Aboard!!!🖼
> --
>
> Dr. Daniela A. Cabrera Pujadas
>
> Clinical Coordinator- Student Affairs Of Puerto Rico
> University of Science, Arts and Technology (USAT)

# *University of Science Arts & Technology*

*4288 Youngfield St.*
*Wheat Ridge, CO 80033*
*303.371.0252*
*www.usat.edu*

## Application Checklist:

- Apply online at  https://usat.maestrosis.com/FECreateAccount.aspx

- Background Check

- Resume

- Letter of recommendation #1

- Letter of recommendation #2

- Enrollment Agreement

- Fee schedule

- Official Transcripts from previous schools (can accept unofficial for acceptance review but we will need officials within the first 6 weeks after starting the program)

   **Please note that without all the items above submitted applications will not be reviewed for acceptance**

Our prestigious, accredited, U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professinoal (HCP) to Medical Doctor (MD) bridge program. We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

Our educational philosophy is founded on well-established traditional, and "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional            expertise.

USAT was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became IMED listed the same year. We Are now the fastest growing School in the Caricom, and possess the largest HCP to MD bridge program. We are listed by the ECFMG in the top 100 MD schools worldwide in 2013.



## Contact Details and Admissions:

Dr. Manuel Jose Ortiz Bustillo

Dean of Clinical Sciences

And Student Affairs

**Puerto Rico Information Office:**

University of Science, Arts

& Technology,

College of Medicine

P.O. Box 364363

San Juan, PR 00936-4363

Telephone:

787-450-5845

787-679-1583

Email:

manuel.ortizbustillo@Usat.edu

University of Science, Arts & Technology, College of Medicine

---

Start, Continue or Finish Your Professional Journey at U.S.A.T.!





## Application Checklist

- Apply online at:

  https://usat.maestrosis.com/FECreateAccount.aspx

- Background Check

- Resume

- Letter of Recommendation #1 and #2

- Enrollment Agreement

- Fee Schedule

- Official Transcripts from previous schools
  (can accept unofficial for acceptance
  review bet we will need officials within the
  first 6 weeks after starting the program)

*Please note that without all the items above submitted applications
will not be reviewed for acceptance.



## MD Program Curriculum

**Semester I 20 Credits:** Includes Gross
Anatomy lecture, Functional Anatomy Lab,
Medical Embryology, Histology, Introduction to
Human Nutrition, Medical Physics, and Free
Elective.

**Semester II min 20 Credits:** Includes Medical
Physiology I, Medical Biochemistry I, Intro Cell
Biology, Medical Imaging I, Neurosciences,
Medical Biostatistics for the USMLE, and free
elective

**Semester III min 20 Credits:** Includes
Advanced Physiology & Pathophysiology,
Microbiology I, II, Pharmacology

**Semester IV min 18 credits:** Includes
additional modules in microbiology & Infectious
Diseases, Pathology & Pathophysiology,
Pharmacology II and III, Medical Ethics, Physical
Diagnosis, Basic Cardiac Life Support [BCLS],
and free electives as desired

**Semester V min 12 credits:** Includes
Introduction to Clinical Medicine, Advanced
Cardiac Life Support, Epidemiology, Public
Health, & Preventive Medicine, Toxicology &
Medical Practice, and free electives as desired.

**Semester VI min 12 credits:** Intensive Basic
Sciences Preparatory Course

**Core Clinical Specialties:** 50 weeks in
duration, may be completed in any sequence.
The designated specialty or substantial
equivalent, and may be completed in any
hospital or clinical environment approved by
USAT.
General Medicine / Family Medicine, minimum 4
weeks
Internal Medicine, minimum 12 weeks
General Surgery, minimum 12 weeks
Emergency Medicine or Urgent Care, minimum 4
weeks
Obstetrics & Gynecology, minimum 6 weeks
Pediatrics, minimum 6 weeks
General Psychiatry, minimum 6 weeks

**Elective Clinical Specialties:** 30
weeks minimum.
Note: Clinical Electives may be
completed in virtually any area of
medicine as practiced by physicians
[MD or DO] physicians.
Recommended Clinical Electives:
[recommended 2 to 4 weeks each,
minimum 30 weeks total
Dermatology, 4 weeks
Cardiology, 4 weeks
Radiology, 2 to 4 weeks
Orthopedics, 2 to 4 weeks
Ophthalmology, ENT, 2 to 4 weeks

Free Electives, any additional clinical
specialties including but not limited
to Pathology, Hematology &
Oncology, Rheumatology, Tropical
Medicine, Physical Medicine,
Acupuncture & Pain Management,
Clinical Nutrition, Allergy & Infectious
Diseases, Integrative Medicine,
Plastic & Reconstructive Surgery.



## Our Accreditations

Accreditation Service for International Schools, Colleges, and Universities (ASIC)

USAT is included in the International Medical Education Directory (IMED)

The Foundation for Advancement of International Medical Education and Research (FAIMER – IMED)

Educational Commission for Foreign Medical Graduates (ECFMG)

AAHEA (American Association for Higher Education and Accreditation)

The World Federation for Medical Education (WFME) CAPER Listing





## Examinations Rankings

Graduates are qualified to Do the application for the USA Medical Licensing Examination

Graduates are qualified to make application to residency training programs in the USA & Abroad

Pass Rate At First Attempt Usmle Step 1: 93%*
Pass Rate On Usmle Step 1 CK (First Attempt) 98%
Pass Rate On Usmle Step II CS (First Attempt) 99%*

### Join Our Family

Ave. Barbosa, San Juan, PR

(787) 450-5845/ (787) 679-1583

www.USAT.edu



# University of Science Arts and Technology

## College of Medicine

## Puerto Rico

# Our Standards

We believe in the pursuit of excellence in education, research, patient care, community service with integrity, ethical behavior and respect for everyone. We value humanism and compassion for all people without distinction of age, race, sex, national origin, belief, or ethnicity. We are committed to working cooperatively and collaboratively with our students, teachers, staff, and community who make invaluable contributions to our institution and the development of our mission and vision every single day of their lives





## Start, Continue or Finish Your Professional Journey at U.S.A.T !

### Mission

To provide Medical Graduate study programs presented in a humanistic manner that embraces high standards of excellence and professionalism. We believe these attributes are necessary to train the "Leaders of Tomorrow"

### Vision

Our educational philosophy is founded on well-established traditional, & "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professional (HCP) to Medical Doctor (MD) bridge program.

We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

# 2017 University of Science, Arts and Technology
# LECTURE CONFERENCE SCHEDULE

| 2017 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19M | 20M | 21M | 22M | 23L | 24L | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | |
| FEB | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9T | 10T | 11T | 12T | 13 | 14 | 15 | 16M | 17M | 18M | 19M | 20 | 21 | 22 | 23D | 24D | 25D | 26D | 27 | 28 | | | | | |
| MAR | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16M | 17M | 18M | 19M | 20L | 21L | 22 | 23D | 24D | 25D | 26D | 27 | 28 | 29 | 30 | 31 | | |
| APR | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | *20M | *21M | *22M | *23M | 24 | 25 | 26 | 27D | 28D | 29D | 30D |
| MAY | | 1 | 2 | 3 | 4T | 5T | 6T | 7T | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18M | 19M | 20M | 21M | 22L | 23L | 24 | 25D | 26D | 27D | 28 | 29 | 30 | 31 | | | | |
| JUN | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8T | 9T | 10T | 11T | 12 | 13 | 14 | 15M | 16M | 17M | 18M | 19 | 20 | 21 | 22 | 23D | 24D | 25D | 26 | 27 | 28 | 29 | 30 | | |
| JUL | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13M | 14M | 15M | 16M | 17L | 18L | 19 | 20D | 21D | 22D | 23D | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| AUG | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10T | 11T | 12T | 13T | 14 | 15 | 16 | 17M | 18M | 19M | 20M | 21 | 22 | 23 | 24D | 25D | 26D | 27D | 28 | 29 | 30 | 31 | | | |
| SEP | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14M | 15M | 16M | 17M | 18L | 19L | 20 | 21D | 22D | 23D | 24D | 25 | 26 | 27 | 28 | 29 | 30 | |
| OCT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19M | 20M | 21M | 22M | 23 | 24 | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | |
| NOV | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9M | 10M | 11M | 12M | 13L | 14L | 15 | 16D | 17D | 18D | 19D | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | |
| DEC | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14M | 15M | 16M | 17M | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

TAMPA          BALTIMORE/MIAMI          DALLAS

**MUST SIGN-UP PRIOR FOR ANATOMY LAB**          **GRADUATION IN MIAMI**

| | | |
|---|---|---|
| **Tampa, Florida Location = T**<br>Hilton Westshore Tampa Airport Hotel<br>2225 N. Lois Avenue<br>Tampa, FL 33607<br>Reservations: (813) 877-6688 | **Miami, FL Location = M**<br>The Hilton Garden Miami Airport Hotel West Doral<br>3550 NW 74th Avenue<br>Miami, FL 33122<br>Reservation: (305) 629-7701<br><br>**Baltimore, MD Location = M**<br>DoubleTree by Hilton Baltimore – BWI Airport<br>890 Elkridge Landing Rd,<br>Linthicum Heights, MD 21090<br>Reservation: (410) 859-8400 | **Dallas/Ft Worth Location = D**<br>Four Points by Sheraton<br>1580 Point West Blvd<br>Coppell, TX 75019<br>Reservation: (469) 702-6311 |

*April 20-23 in MIAMI ONLY the lecture will be held at the Homewood Suites next door all four days. Reservations: 305-629-7831*

**Class times are: Thursday 1pm to 6pm/ Friday 9am to 6pm/ Saturday 8am to 6pm (testing from 9-10)/ Sunday 8am to 6pm**

# 2018 University of Science, Arts and Technology
## LECTURE CONFERENCE SCHEDULE

| 2018 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11t | 12t | 13t | 14t | 15 | 16 | 17 | 18m | 19m | 20m | 21m | 22l | 23l | 24 | 25d | 26d | 27d | 28d | 29 | 30 | 31 | | | | |
| Feb | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19 | 20 | 21 | 22d | 23d | 24d | 25d | 26 | 27 | 28 | | | | |
| Mar | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19l | 20l | 21 | 22d | 23d | 24d | 25d | 26 | 27 | 28 | 29 | 30 | 31 | |
| Apr | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19M | 20m | 21m | 22m | 23 | 24 | 25 | 26d | 27d | 28d | 29d | 30 | | | | | | |
| May | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10t | 11t | 12t | 13t | 14 | 15 | 16 | 17m | 18m | 19m | 20m | 21l | 22l | 23 | 24d | 25d | 26d | 27d | 28 | 29 | 30 | 31 | | | |
| Jun | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7t | 8t | 9t | 10t | 11 | 12 | 13 | 14m | 15m | 16m | 17m | 18 | 19 | 20 | 21 | 22d | 23d | 24d | 25 | 26 | 27 | 28 | | | |
| Jul | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19m | 20m | 21m | 22m | 23l | 24l | 25 | 26d | 27d | 28d | 29d | 30 | 31 | | | | | |
| Aug | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9t | 10t | 11t | 12t | 13 | 14 | 15 | 16m | 17m | 18m | 19m | 20 | 21 | 22 | 23d | 24d | 25d | 26d | 27 | 28 | 29 | 30 | 31 | | |
| Sep | | | | | | | 1 | 2 | 3 | 4 | 5 | 6t | 7t | 8t | 9t | 10 | 11 | 12 | 13m | 14m | 15m | 16m | 17l | 18l | 19 | 20d | 21d | 22d | 23d | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Oct | | 1 | 2 | 3 | 4t | 5t | 6t | 7t | 8 | 9 | 10 | 11m | 12m | 13m | 14m | 15 | 16 | 17 | 18d | 19d | 20d | 21d | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | |
| Nov | | | | | 1t | 2t | 3t | 4t | 5 | 6 | 7 | 8m | 9m | 10m | 11m | 12l | 13l | 14 | 15d | 16d | 17d | 18d | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | | |
| Dec | | | | | Nov 30t | 1t | 2t | 3 | 4 | 5 | 6m | 7m | 8m | 9m | 10 | 11 | 12 | 13 | 14d | 15d | 16d | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | | | |

TAMPA    MIAMI    DALLAS
GRADUATION IN MIAMI

MUST SIGN-UP AND PREPAY FOR ANATOMY LAB

**Tampa, FL Location = t**
DoubleTree Tampa Airport Westshore
4500 West Cypress Street
Tampa, FL 33607
Reservations: 813-879-4800

**Miami, FL Location = m**
Hilton Garden Miami Airport West Doral
3550 NW 74th Avenue
Miami, FL 33122
Reservations: 305-629-7701

**Dallas, TX Location = d**
Hilton Garden DFW North
205 W. State Hwy. 114
Grapevine, TX 76051
Reservations: 817-421-1172

**The Tampa site in January will be at the Hilton Westshore 2225 N. Lois Ave (813)877-6688 **

Class times are: Thursday 1300 - 1800 / Friday 0900 - 1800 / Saturday 0800 - 1800 (testing from 0900-1000) / Sunday 0800 - 1800



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

Sujeil Peña Torres
Urb. Venus Gardens Calle Peliux 771
San Juan, PR 00926

July 11, 2017

Re: Admission to the MD Program

Dear Sujeil Peña;

Congratulations, on behalf of the admissions committee I am pleased to advise of you of your admission to the MD program at the University of Science, Arts and Technology. This is typically a 4-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been admitted with a projected 14 terms to graduation.

The tuition for the USAT PR MD program is currently USD $5,400 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995), Anatomy Lab fee (USD $600/lab), a Technology fee (USD $95 p/term), and a Graduation fee of (USD $900).  The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT PR Admissions Department, PO Box 364363. San Juan, PR USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
Cc: Dr. Konyk

*The University of Science, Arts& Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*





View from Montserrat

# USAT
## MONTSERRAT

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free: 866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

https://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

*[The first three on the list must be paid in order to receive an ID Badge from the University]*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.

Printed Name: _Sujeil Peña Torres_

Signature: _(signature)_      Date: 7/10/2017

Located in Beautiful Montserrat, the Emerald Isle of the Caribbean
Registered in the USA (FL SD700-01 [004], & Montserrat (Co# 17-2003). USAT has been formally listed by
The International Medical Education Directory (SAIMED/FAIMER) and others.
An Equal Opportunity Employer «Excellence and Professionalism in Medical Education» ©2002-2012 USAT

Scanned by CamScanner

# USAT
## MONTSERRAT



*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free: 866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-6252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: Aijul Peña Jones

Signature: _____    Date: 7/10/2017

*Located in Beautiful Montserrat, the "Emerald Isle of the Caribbean"*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003) USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education*  © 2003-2012 USAT

Scanned by CamScanner



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Peña Torres, Sujeil                                    Student ID: 1010
. Sept-Dec. 2018

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | Intro to Clinicals | | | | Organ System III | |
| 9:00-10:00am | ll | | Organ System III | | ll | |
| 10:00-11:00am | ll | | ll | | ll | |
| 11:00-12:00md | ll | | ll | | ll | |
| 12:00-1:00pm | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* |
| 1:00-2:00pm | Intro to Clinical/Lab | Psychology | ACN | | Intro to Clinicals | |
| 2:00-3:00pm | ll | ll | ll | | ll | |
| 3:00-4:00pm | | | | | ll | |
| 4:00-5:00pm | | | | | ll | |
| 5:00-6:00pm | | | | | | |
| 6:00-7:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME |
|---|---|---|---|---|
| ICM 600 | 001 | Introduction to Clinical Medicine | 205 | M 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine Lab | 205 | M 1:00pm-3:00pm |
| BHS 600 | 001 | Psychology | 204 | T 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | W 9:00am-12:00md |
| GPS 602 | 001 | Advanced Clinical Nutrition | 204 | W 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | K 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine | 204 | F 1:00pm-5:00pm |

Student: _____

Date: _____

Date _____





# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: <u>Peña Torres, Sujeil M.</u>            Student ID: <u>PR-03-17-1010</u>
May-August 2018  Fourth Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | Org. Systems | | Org. Systems | PHS | | |
| 9:00-10:00am | Org. Systems | | Org. Systems | PHS | | |
| 10:00-11:00am | Org. Systems | | Org. Systems | PHS | | |
| 11:00-12:00md | Org. Systems | | Org. Systems | PHS | | |
| 12:00-1:00pm | *Lunch* | | *Lunch* | *Lunch* | | |
| 1:00-2:00pm | Clinical Skills | | | Psychopatho | | |
| 2:00-3:00pm | Clinical Skills | | | Psychopatho | | |
| 3:00-4:00pm | Clinical Skills | | | Psychopatho | | |
| 4:00-5:00pm | | | | | | |
| 5:00-6:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME | |
|---|---|---|---|---|---|
| ORG 600 | 001 | Organ Systems I | 205 | M | 8:00-12:00md |
| | | | | W | 8:00-12:00md |
| CKS 600 | 001 | Clinical Skills | 204 | M | 1:00-4:00pm |
| PHS 601 | 001 | Public Health Sciences | 204 | T | 8:00-12:00md |
| BHS 601 | 001 | Psychopathology | 204 | T | 1:00-4:00pm |

Student: _____

Processed By: _____

Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

# REGISTRATION

Student Name: Peña Torres, Sujeil M.                    Student ID: PR-03-17-1010
Jan-Apr. 2018  Third Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|------|-----|-----|-----|-------|-----|-----|
| 8:00-9:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 9:00-10:00am | Org. Systems | Biochemistry | Org. Systems | Pharmacology | Org. Systems | |
| 10:00-11:00am | Org. Systems | Biochemistry | Org. Systems | Pharmacology | Org. Systems | |
| 11:00-12:00md | Org. Systems | Gen. Pathology | Org. Systems | Pharmacology | Org. Systems | |
| 12:00-1:00pm | | Gen. Pathology | *Lunch* | *Lunch* | *Lunch* | |
| 1:00-2:00pm | | *Lunch* | Med. Ethics | | Med. Ethics | |
| 2:00-3:00pm | | Immunology | Med. Ethics | | Med. Ethics | |
| 3:00-4:00pm | | Immunology | Med. Ethics | | | |
| 4:00-5:00pm | | Biochemistry | TTS-II | | | |
| 5:00-6:00pm | | Biochemistry | | | | |
| 6:00-7:00 | | | | | | |
| 7:00-8:00 | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME | |
|----------|-------|--------------|------|----------|--|
| ORG 509 | 001 | Organ Systems X | 205<br>205 | M<br>W<br>F | 8:00-12:00md<br>8:00-12:00md<br>8:00-12:00md |
| GPS 507 | 001 | General Principles II (Biochemistry) | 204 | K | 9:00-11:00am<br>4:00-6:00pm |
| GPS 507 | 001 | General Principles II (Immunology) | 205 | K | 2:00-4:00pm |
| BSC 563 | 001 | Pharmacology | 205 | T | 8:00-12:00md |
| BHS 514 | 001 | Medical Ethics & Professionalism Skills | 205 | W<br>F | 1:00-4:00pm<br>1:00-3:00pm |
| CSC 508 | 001 | Test Taking Strategies II | 205 | W | 4:00-5:00pm |

Student: _____

Processed By: _____          Date: 7/22/2018



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Peña Torres, Sujeil M.            Student ID: PR-03-17-1010
Aug-Dec. 2017    First Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 9:00-10:00am | Microbiology | Physiology | Physiology | Microbiology | Neuroanatomy | |
| 10:00-11:00am | Microbiology | Physiology | Physiology | Microbiology | Neuroanatomy | |
| 11:00-12:00md | | Physiology | Physiology | Microbiology | Neuroanatomy | |
| 12:00-1:00pm | | | | | | |
| 1:00-2:00pm | | Molecular Bio | | Embryology | | |
| 2:00-3:00pm | | Molecular Bio | | Embryology | | |
| 3:00-4:00pm | | Genetics | Med. Imaging | Gross Anatomy | Histology | |
| 4:00-5:00pm | | Genetics | Med. Imaging | Gross Anatomy | Histology | |
| 5:00-6:00pm | TTS | TTS | TTS | TTS | TTS | |

| COURSE # | SEC # | COURSE TITLE | CRED | RM # | DAY/TIME |
|---|---|---|---|---|---|
| BSC 501 | 001 | Human Body Structure – (Embryology) | 2 | 203 | T    1:00-3:00pm |
| BSC 501 | 001 | Human Body Structure – (Gross Anatomy) | 2 | 203 | T    3:00-5:00pm |
| GPS 502 | 001 | General Principles I – (Micro/Immuno) | 5 | 203 | K    9:00-11:00am<br>T    9:00-12:00md |
| BSC 501 | 001 | Human Body Structure – (Medical Img) | 1 | 203 | W    3:00-5:00pm |
| GPS 502 | 001 | General Principles I – (Physiology) | 6 | 203 | K-W 9:00-12:00md |
| CSC 503 | 001 | Clinical Test Taking Strategies | 1 | 203 | M-F 5:00-6:00pm |
| GPS 502 | 001 | General Principles I – (Molecular Biology) | 3 | 203 | K    1:00-3:00pm |
| GPS 502 | 001 | General Principles I – (Genetics) | 3 | 203 | K    3:00-5:00pm |
| BSC 501 | 001 | Human Body Structure – (Neuroanatomy) | 2 | 203 | F    9:00-12:00md |
| BSC 501 | 001 | Human Body Structure – (Histology) | 2 | 203 | F    3:00-5:00pm |

Student: _____

Processed By: _____    Date: 11/16/2017

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

University of Science, Art and Technology (USAT)
4288 Youngfield Street,
Wheat Ridge, CO 80033

|||||||||||||||||||||||||||||||||||||||||||||||

9590 9402 4633 8323 7357 51

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 2/-/

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

 Gmail

Sujeil Pena <sujeilpt@gmail.com>

## Please Note Re: I want to make my payment
4 mensajes

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
Para: sujeilpt@gmail.com

20 de febrero de 2019, 10:05

This is an automated response:
For students requesting a letter of graduation please note that I am
not authorized to send this unless your tuition is paid in full.
Please contact Carla Konyk in finance for more information.

Sincerely,
Mary

--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu <registrar2@usat.edu>*

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
Para: sujeilpt@gmail.com

20 de febrero de 2019, 11:51

This is an automated response:
For students requesting a letter of graduation please note that I am
not authorized to send this unless your tuition is paid in full.
Please contact Carla Konyk in finance for more information.
Also,

We at USAT hereby acknowledge the recent email from ECFMG regarding
transfer credits/courses after 2018. Information told to school
officials seems to have been incorrect.

We are still committed to doing all we can to facilitate transfers of
USAT students to other recommended medical programs.
We will continue to provide information and options to help our
students move forward.
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: sujeil.pena@usat.edu

25 de febrero de 2019, 16:07

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>

25 de febrero de 2019, 16:07

2/25/2019, 4:22 PM

Para: sujeil.pena@usat.edu


Sent from my iPhone

Begin forwarded message:

> **From:** "Mary Hickling - Registrar (M-Z)" <registrar2@usat edu>
> **Date:** February 20, 2019 at 10:05:55 AM AST
> **To:** sujeilpt@gmail com
> **Subject: Please Note Re: I want to make my payment**

[El texto citado está oculto]

 Gmail

Sujeil Pena <sujeilpt@gmail.com>

## Payment Evidence

6 mensajes

**Sujeil Pena** <sujeilpt@gmail.com>                                    20 de febrero de 2019, 19:54
Para: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>, registrar2@usat.edu, o.tulp@usat.edu, drorientulp@usat.edu, admissions@usat.edu

Hi,

This is the evidence of the payment issued. It will be arriving tomorrow between 8:00 a.m. to 12:00 p.m. Attached is the last statement sent by Dr. Konyk. I appreciate your response and I hope to receive the 3 requested official transcripts and my statement in $0.00 soon.

Thank you.

Sujeil Peña

Evidence of payment:

**4 archivos adjuntos**



**image1.jpeg**
3567K

2/25/2019 4:21 PM

https://mail.google.com/mail/u/0?ik=03de6f1749&view=pt&sear



**image2.jpeg**
1927K



**image3.jpeg**
2547K

📎 **attachment 1.pdf**
61K

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
Para: Sujeil Pena <sujeilpt@gmail.com>

20 de febrero de 2019, 19:56

Great thank you Sujeil. I will send you 3 official diplomas tomorrow.
Mary
[El texto citado está oculto]
--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

20 de febrero de 2019, 23:51

Thank You so much!!

Sent from my iPhone
[El texto citado está oculto]

---

**carla.konyk** <carla.konyk@gmail.com>
Para: Sujeil Pena <sujeilpt@gmail.com>

21 de febrero de 2019, 10:51

Ok, Sujeil,
If you are spending the money to send the payment by express mail, then why are you also spending money to come to Miami?

f 3

https://mail.google.com/mail/u/0?ik=03de6ff749&view=pt&searc

Please explain.

Carla

Sent from my Verizon, Samsung Galaxy smartphone
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>                                                    21 de febrero de 2019, 13:14
Para: "carla.konyk" <carla.konyk@gmail.com>
Cc: registrar2@usat.edu, admissions@usat.edu, o.tulp@usat.edu, Carla Konyk <carla.konyk@gmail.com>,
c.konyk@usat.edu

Excuse me?

Are you questioning me in what I spend my money? Because it is what it seems! And I truly believe that it is a
lack of respect.

I explained clearly in previous emails, why I urgently need my official transcript. And you made it very clear to me
that if I did not have my statement up to date you would not send me my transcript. I complied with you. Now I
hope you comply sending me my official transcripts and my statement with balance at $ 0.00.

Thank you.

Sujeil Peña
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>                                                    25 de febrero de 2019, 16:06
Para: sujeil.pena@usat.edu

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

of 3

2/25/2019 4:21 PM

```
========================================
              CUPEY
      369 CALLE SAN CLAUDIO FRNT
              SAN JUAN
                PR
             00926-9998
             4284770024
02/20/2019    (800)275-8777    2:26 PM
========================================
========================================
Product          Sale       Final
Description       Qty        Price

PM Exp 1-Day       1        $25.50
Flat Rate Env
    (Domestic)
    (WHEAT RIDGE, CO  80033)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Date)
    (Thursday 02/21/2019 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE416959825US)
PM Exp             1        $0.00
Insurance
    (Up to $100.00 included)
Return             1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909402463383237235751)

Total                      $28.30

Cash                       $28.30

Includes up to $100 insurance

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

         Preview your Mail
        Track your Packages
         Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

        HELP US SERVE YOU BETTER
      (AYUDENOS A SERVIRLE MEJOR)

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE
      (DEJENOS SABER ACERCA DE SU MÁS
     RECIENTE EXPERIENCIA CON EL CORREO)

           Go to (Vaya a):
       https://postalexperience.com/Pos

      840-5006-0113-001-00044-64155-02

        or scan this code with
        your mobile device:
       (o escanee este código con
        su dispositivo móvil:)
```



customers may submit a refund request by visiting USPS.com. Retail customers may refund request either online at USPS.com or at retail locations. Refund requests be submitted no later than 30 days from the date of mailing; Extra Services fees must be submitted no later than 60 days from the date of mailing. Each tracking be submitted once for all applicable refunds. Refund requests for PME or PME must be combined into a single submission.

Thank you for choosing Priority Mail Express service.

Tracking: For USPS Tracking, scan the QR Code below or go to USPS.com or call

EE 416 959 825    Priority Mail Express tracking



Insurance coverage: The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Certain items are not insurable. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.

LABEL 11-B   JULY 2018    PSN 7690-02-000-9990

```
========================================
              CUPEY
      369 CALLE SAN CLAUDIO FRNT
              SAN JUAN
                PR
             00926-9998
             4284770024
02/20/2019    (800)275-8777    2:10 PM
========================================
========================================
Product          Sale       Final
Description       Qty        Price

Dom M.O. -                 $250.00
Value
    (Serial#:25377390123)
Dom M.O. Fee                $1.25

Total                      $251.25

Cash                       $260.00
Change                      ($8.75)

         Preview your Mail
        Track your Packages
         Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

        HELP US SERVE YOU BETTER
      (AYUDENOS A SERVIRLE MEJOR)

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE
      (DEJENOS SABER ACERCA DE SU MAS
     RECIENTE EXPERIENCIA CON EL CORREO)

           Go to (Vaya a):
       https://postalexperience.com/Pos

      840-5006-0113-001-00044-63918-01

        or scan this code with
        your mobile device:
       (o escanee este código con
        su dispositivo móvil:)
```

```
        or call (o llame al)
         1-800-410-7420.

      YOUR OPINION COUNTS
      (SU OPINIÓN CUENTA)
```

```
Bill #:  840-50060113-1-4463918-1
Clerk:   2
```



**CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | University of Sacco Art and Technology (USAT) | KEEP THIS |
| NOT NEGOTIABLE | Address | 4288 Youngfield Street Wheat Ridge CO 80033 | RECEIPT FOR YOUR RECORDS |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
| 25377390123 | 2019-02-20 | 009260 | $250.00 | 2 |

Case 3:19-cv-01707-WGY Document 78-2 Filed 03/31/21 Page 31 of 96

 **USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Statement from University of Science, Arts and Technology (USAT)
1 message

**c.konyk@usat.edu** <c.konyk@usat.edu>
To: sujeil.pena@usat.edu

Wed, Feb 20, 2019 at 4:59 AM

Dear Sujeil :

Your statement is attached. Please remit payment at your earliest convenience.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

📄 Statement1_from_USAT_Montserrat_LLC.17492.pdf
61K

**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Statement**

| Date |
|---|
| 2/19/2019 |

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #        303-399-4106

| To: |
|---|
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

EIN# 46-1491367

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #854010. | -4,000.00 | 59,475.00 |
| 04/30/2018 | PMT #298090. | -400.00 | 59,075.00 |
| 05/16/2018 | PMT #720014. | -5,400.00 | 53,675.00 |
| 05/16/2018 | CREDMEM #3816. | -1,895.00 | 51,780.00 |
| | --- Graduation Charge USD -900.00 | | |
| | --- Insurance Fee. USD -995.00 | | |
| 09/25/2018 | PMT #025940. | -4,900.00 | 46,880.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 39,800.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 600.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |
| 02/17/2019 | CREDMEM #3828. | -350.00 | 250.00 |
| | --- Lab Fee Sept USD -100.00 | | |
| | --- Technology USD -250.00 | | |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | USD 250.00 |

 Gmail

Sujeil Pena <sujeilpt@gmail.com>

---

## I want to make my payment

7 mensajes

---

**Sujeil Pena** <sujeilpt@gmail.com>                                        19 de febrero de 2019, 12:56
Para: Carla Konyk <carla.konyk@gmail.com>, c.konyk@usat.edu, admissions@usat.edu, registrar2@usat.edu, o.tulp@usat.edu

Hi,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600.  Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

*PLEASE I NEED TO KNOW:*

*1- Where do I send payment to.*
*2- The method of payment, can it be money order or certified check?*
*3- How long will it take you to send me official transcript?*
*4- Since I need 3 official transcripts, is there an additional cost for these?  If so, how much so that I can include it with payment I will send?*

Can any take 5 minutes of your time and answer me this questions?

Thank you.

Sujeil Peña

---

📎 **attachment 1.pdf**
147K

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>                    19 de febrero de 2019, 13:06
Para: Sujeil Pena <sujeilpt@gmail.com>
Cc: Carla Konyk <carla.konyk@gmail.com>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Admissions Office <admissions@usat.edu>, Orien Tulp <o.tulp@usat.edu>

Hi Sujeil,
Once I get confirmation of your payment I can send you official transcripts. There is no charge for them. What address do you want them sent to?
Mary
[El texto citado está oculto]
--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*

---

of 3

2/25/2019, 4:22 PM

registrar2@usat.edu

---

**Orien Tulp** <o.tulp@usat.edu>                                    19 de febrero de 2019, 22:01
Para: Sujeil Pena <sujeilpt@gmail.com>

Dear Sujeil,

If there is an overpayment, USAT gives a refund.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

On Tue, Feb 19, 2019 at 9:56 AM Sujeil Pena <sujeilpt@gmail.com> wrote:
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>                               20 de febrero de 2019, 10:05
Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Ok. I need *3 official transcript* send to:

*Urb. Venus Gardens C/Peliux #771*
*San Juan, Puerto Rico 00926*

As soon as I make the money order, I will send evidence.

Thank You!

Sujeil Peña

[El texto citado está oculto]

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>         20 de febrero de 2019, 11:37
Para: Sujeil Pena <sujeilpt@gmail.com>

Hi Sujeil,
Is this your address and should I address it to Sujeil Pena?
Thanks,
Mary
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>                               20 de febrero de 2019, 11:51

Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Hi,

Yes! This is my addres and you should be address to Sujeil Peña Torres.

Thank You!

Sujeil Peña

Sent from my iPhone
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: sujeil.pena@usat.edu

25 de febrero de 2019, 16:07

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

 **Gmail**

## Doubt about Payment

1 mensaje

**Sujeil Pena** &lt;sujeilpt@gmail.com&gt;

19 de febrero de 2019, 7:12

Para: c.konyk@usat.edu, Carla Konyk &lt;carla.konyk@gmail.com&gt;
Cc: admissions@usat.edu, registrar2@usat.edu

Dr. Konyk,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600. Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

I need to know:
1- Where do I send payment to.
2- The method of payment, can it be money order or certified check?
3- How long will it take you to send me official transcript?
4- Since I need 3 official transcripts, is there an additional cost for these? If so, how much so that I can include it with payment I will send?

I appreciate your quickly response.

Thank you.


Sujeil Peña



**USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Invoice 2828 from USAT, Montserrat, LLC.
4 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>      Mon, Feb 18, 2019 at 4:23 AM
To: sujeil.pena@usat.edu

USAT, Montserrat, LLC.

**Invoice**
2828            Amount Due: **$500.00**

Dear Sujeil Pena Torres:

Your invoice-2828 for 500.00 is attached. Please remit payment at your earliest convenience.

Thank you.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

View & Pay Invoice

📄 **Inv_2828_from_USAT_Montserrat_LLC._17188.pdf**
147K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Mon, Feb 18, 2019 at 11:58 AM
To: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>
Cc: admissions@usat.edu, registrar2@usat.edu, drorientulp@usat.edu, Orien Tulp <o.tulp@usat.edu>

Dr. Konyk,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600. Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

I need to know:
1- Where do I send payment to.
2- The method of payment, can it be money order or certified check?
3- How long will it take you to send me official transcript?
4- Since I need 3 official transcripts, is there an additional cost for these? If so, how much so that I can include it with payment I will send?

I appreciate your quickly response.

Case 3:19-cv-01707-WGY Document 78-2 Filed 03/31/21 Page 38 of 96

Thank you.


Sujeil Peña
[Quoted text hidden]

      <Inv_2828_from_USAT_Montserrat_LLC._17188.pdf>

---

**Orien Tulp** <o.tulp@usat.edu>
To: Sujeil Peña Torres <sujeil.pena@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Mon, Feb 18, 2019 at 12:43 PM

Thank you for the clarification. The check may be sent to USAT, 7583 S. Sourdough Drive, Morrison, CO 80465.


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: Orien Tulp <o.tulp@usat.edu>

Mon, Feb 18, 2019 at 12:57 PM

Thank you,

I need to know, how long will it take you to send me official transcript?
And, since I need 3 official transcripts, is there an additional cost for these? If so, how much so that I can include it with payment I will send?

Sujeil Peña
[Quoted text hidden]

**USAT, Montserrat, LLC.**

| Invoice Date | Invoice # |
|---|---|
| 7/11/2017 | 2828 |

**TUITION INVOICE**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Phone #** 727-252-6205    **Fax #** 303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

**PLEASE PAY**

**THIS AMOUNT**    **See Amount Below**

Make checks payable to:    **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and
indicate change(s) on reverse side.

Have E-Mail? _____

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | *Application Fee* | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | *Matriculation Fee* | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | *Graduation Ch...* | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | *Insurance Fee* | One-Time Fee | 995.00 | 995.00 |
| | *Laboratory* | Dissection Lab   M.A.R.C. (Required) | 600.00 | 600.00 |
| | *Technology Fee.* | One-Time Fee. | 500.00 | 500.00 |
| 12 | *MD Program.* | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to graduation. Thank you.

| **Total** | USD 69,600.00 |
|---|---|
| **Payments/Credits** | USD -69,100.00 |
| **Balance Due** | USD 500.00 |

Billing Inqueries? Call    727-252-6205

 **Gmail**

Sujeil Pena <sujeilpt@gmail.com>

## Payment

5 mensajes

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: Carla Konyk <carla.konyk@gmail.com>, c.konyk@usat.edu, admissions@usat.edu, registrar2@usat.edu

18 de febrero de 2019, 14:37

Dr. Konyk,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600. Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

I need to know:
1- Where do I send payment to.
2- The method of payment, can it be money order or certified check?
3- How long will it take you to send me official transcript?
4- Since I need 3 official transcripts, is there an additional cost for these?  If so, how much so that I can include it with payment I will send?

I appreciate your quickly response.

Thank you.


Sujeil Peña

---

**David Huffman - Admissions (A-L)** <admissions@usat.edu>
Para: Sujeil Pena <sujeilpt@gmail.com>

19 de febrero de 2019, 13:20

Good Morning Sujeil Pena,

I can answer a couple of the questions, but not all of them, you will need to hear back from the Registrar and Finance Dept.

1) If you send it so, it arrives before March 1st it can be sent to 4288 Youngfield Street, Wheat Ridge, CO 80033. However, after that it will need to be sent to: 5400 Ward Road, Building 3 Suite 150, Arvada, CO 80002

2) Yes, you can send it as a money order or certified check. Make it out to USAT, or University of Science, Arts and Technology. Also make sure that in the notes you put that it is to pay off your balance. Please make sure that your address and name are included.

3) Registrar will have to answer this along with Finance Dept., but I do know that neither of them will move forward with your request until Finance Dept. has the money and notified Registrar to clear the release.

4) Registrar and Finance Dept. will have to answer this as I do not know what it is, but do know that there usually is a charge.

I hope that this helps and wish there was more I could do to help. Mary is also aware of the email and should be or may have already sent a response as well.
[El texto citado está oculto]
--

2/25/2019. 4:19 PM

Respectfully,

David Huffman
Director of Admissions
University of Science, Arts and Technology
admissions@usat.edu
303-371-0252 (9am to 2pm MST)

---

**Sujeil Pena** <sujeilpt@gmail.com>          20 de febrero de 2019, 10:08
Para: "David Huffman - Admissions (A-L)" <admissions@usat.edu>

Thank you so much for your answer and help. I appreciate that

Sent from my iPhone
[El texto citado está oculto]

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>      21 de febrero de 2019, 14:47
Para: Sujeil Pena <sujeilpt@gmail.com>

hi Sujeil,
Just FYI we receive your FEDEX packet today.
Mary

On Mon, Feb 18, 2019 at 11:37 AM Sujeil Pena <sujeilpt@gmail.com> wrote:
[El texto citado está oculto]


--


*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

---

**Sujeil Pena** <sujeilpt@gmail.com>          25 de febrero de 2019, 16:06
Para: sujeil.pena@usat.edu


Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Statement**

| Date |
| --- |
| 2/14/2019 |

Phone #    727-252-6205          carla.konyk@gmail.com
Fax #        303-399-4106

| To: |
| --- |
| Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926 |

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
| --- | --- |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 04/30/2018 | PMT #298090. | -400.00 | 59,075.00 |
| 05/16/2018 | PMT #720014. | -5,400.00 | 53,675.00 |
| 05/16/2018 | CREDMEM #3816. | -1,895.00 | 51,780.00 |
| | --- Graduation Charge USD -900.00 | | |
| | --- Insurance Fee. USD -995.00 | | |
| 09/25/2018 | PMT #PR CC. | -4,900.00 | 46,880.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 39,800.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 600.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |

Thank you for your payment.

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | USD 600.00 |

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 43 of 96



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

# Evidence

4 messages

---

**Sujeil Peña Torres <sujeil.pena@usat.edu>**      Wed, Feb 13, 2019 at 11:37 PM
To: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>, drorientulp@usat.edu, admissions@usat.edu, registrar2@usat.edu, Orien Tulp <o.tulp@usat.edu>

Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**2 attachments**

**image2.jpeg**
88K

**image3.png**
316K

---

**Orien Tulp <o.tulp@usat.edu>**      Thu, Feb 14, 2019 at 12:20 AM
To: Sujeil Peña Torres <sujeil.pena@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Carla, FYI.

Preview attachment image2.jpeg



image2.jpeg
88 KB
Preview attachment image3.png



image3.png

315 KB

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

On Wed, Feb 13, 2019 at 8:37 PM Sujeii Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**Carla Konyk** <carla.konyk@gmail.com>                                                  Thu, Feb 14, 2019 at 2:45 AM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Sujeil,
I have made a credit for the grad and ins fees. There is no charge there for the additional degree.
When you look at the statement, you can see all the charges at the top of the statement, then
all the payments you made and then credits we gave you are listed below that.
If all the payments you made are shown then you can see that they were applied to the balance.
If we gave you a credit for something, that amount is also applied to the balance and zeroes out the charge.

I'll send you the updated statement.

*Carla M. Konyk,*
*Vice President, Director of Administration*

University of Science, Arts and Technology (USAT)
*Office* **303-371-0252**
*Cell* **727-252-6205**

On Wed, Feb 13, 2019 at 8:37 PM Sujeii Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                                            Thu, Feb 14, 2019 at 8:24 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 45 of 96



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Statement from University of Science, Arts and Technology (USAT)

5 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>                Wed, Feb 13, 2019 at 12:39 PM
To: sujeil.pena@usat.edu

Dear Sujeil :

Your statement is attached. Please review this statement and let me know if we have missed any of your payment made.
I'll send you an invoice you can pay online, assuming all is correct.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

---

📎 **Statement1_from_USAT_Montserrat_LLC.15960.pdf**
61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>             Wed, Feb 13, 2019 at 3:41 PM
To: Carla Konyk - Director/Vice President <c.konyk@usat.edu>, Orien Tulp <drorientulp@usat.edu>, Carla Konyk
<carla.konyk@gmail.com>, "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>, "David Huffman - Admissions (A-L)"
<admissions@usat.edu>

Thanks for the statement but I need to clarify the following, I will appreciate your response in each of these questions:

    1. Why am I being charged 5,490.00 (is this the tuition fee?) cause according to document I signed it states tuition fee as 4,900.00?
    2. Why do you only reflect 4 payments on my behalf when I made 6 payments. The 2 payments missing are:

        Payment of $400.00 on 4/30/18

        Payment of 5,400.00 on 5/16/2018

    3. Why is there a credit of 12 @ 590.00 and another one of 8 @ 4,900.00.  where does the 590.00 and 4,900 come from?

I really need for you to explain this statement to me in detail.  Because according to all the receipts I have and the USAT Fee
Schedule document I signed with Daniela Cabrera and Dr. Manuel Bustillo on July 10. 2017 I paid everything and therefore there
shouldn't be no amount due.  So, I don't understand why the statement reflects an amount due of 8,295.00.

Also, the medical student malpractice insurance ($895.00), graduation fee ($900.00) and additional fee per degree ($500.00) I don't
have to pay for those since I never requested graduation, nor title, nor rotations.

With this email I include once more the evidence of payments and the document of fees I signed.

Please I ask you kindly once again to clarify and adjust this statement so that it shows that I do not owe anything, and you can send
me my transcript.  I urgently need my official transcript.  As I have said before not only my future is at stake here but also my
daughter's roof and stability.

Thank you.

[Quoted text hidden]

---

**2 attachments**

                   **USAT FEE PICTURE.jpg**
                   2812K

Case 3:19-cv-01707-WGY Document 78-2 Filed 03/31/21 Page 46 of 96



📄 **Payments of USAT.pdf**
500K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: Me <sujeilpt@gmail.com>

Wed, Feb 13, 2019 at 4:03 PM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

**2 attachments**



**USAT FEE PICTURE.jpg**
2812K

📄 **Payments of USAT.pdf**
500K

---

**Orien Tulp** <o.tulp@usat.edu>
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Thu, Feb 14, 2019 at 12:40 AM

i believe Dr Konyk went back to your admission letter and made the adjustments.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Thu, Feb 14, 2019 at 8:24 AM

Sent from my iPhone

Begin forwarded message:

**USAT, Montserrat, LLC.**

**Statement**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Date |
|---|
| 2/13/2019 |

Phone #    727-252-6205          carla.konyk@gmail.com
Fax #        303-399-4106

To:

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

### Please Mail  Payments to:

### USAT Administration Office
### 4288 Youngfield Street
### Wheat Ridge, CO 80033

| | | | EIN# 46-1491367 |
|---|---|---|---|

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 09/25/2018 | PMT #PR CC. | -4,900.00 | 54,575.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 47,495.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 8,295.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 8,295.00 | USD 8,295.00 |

Case 3:19-cv-01707-WGY     Document 78-2     Filed 03/31/21     Page 48 of 96

 **U.S.A.T**

*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Statement from University of Science, Arts and Technology (USAT)

2 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>                                      Wed, Feb 13, 2019 at 6:00 PM
To: sujeil.pena@usat.edu

Dear Sujeil:

Your statement is attached. Please remit payment at your earliest convenience.
Please look at the two credit memos sent to you so that you can see what they were for.
I can't find evidence of your payments from 4-30-18 and 5-16-18f.
Do you have a receipt or other proof you can send?


Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

---

📄 **Statement1_from_USAT_Montserrat_LLC.19436.pdf**
    61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                               Wed, Feb 13, 2019 at 8:20 PM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com


Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]


---

📄 **Statement1_from_USAT_Montserrat_LLC.19436.pdf**
    61K

---

 Gmail

**Sujeil Pena <sujeilpt@gmail.com>**

___

## I really appreciate your help
6 mensajes

___

**Sujeil Pena** <sujeilpt@gmail.com>                12 de febrero de 2019, 17:09
Para: Carla Konyk <carla.konyk@gmail.com>, carla.konyk@usat.edu, drorientulp@usat.edu

Good afternoon,

I hope you are fine. I know that you have been working hard with all the situations that USAT has been going through, and I know that this situation has affected us all. I am writing to you, because I am very worried and sad because I have sent several emails requesting my official transcription and I have not received an answer. I really need my transcript to continue studying. I have already lost a full year and I also lost this semester because all the medical schools to which I have applied have requested my official transcript. As a result of this situation, other important things have become complicated in my life. I have not been able to get a job and since I cannot present evidence that I am studying, I'm going to lose my house. I have a 12-year-old daughter who is totally dependent on me. As I wrote earlier, I know that this has also affected you, but I have no fault that USAT Puerto Rico has closed and is going through this whole situation. I really need to continue with my studies. Please do not let my life fall apart and my career be paralyzed by a transcript. In previous emails I sent you evidence that I do not owe anything and my payments are up to date. I paid everything completely with a lot of sacrifice. I have tried to stay calm, be positive and not get depressed but I cannot anymore. It's been several months since I got the news that USAT Puerto Rico was going to close and I'm still standing here without being able to do anything and everything for me gets more and more complicated. I need my official transcript to continue my career and move forward. I am 32 years old and have a daughter who depends on me. I cannot keep wasting time. I ask you to please understand my situation and send me my official transcript to Urb. Venus Gardens, C / Peliux # 771 San Juan, PR 00926. I feel desperate and very depressed with all this situation that I am going through since November. This is really hard and emotionally exhausting.

I appreciate all the help you can give me.


Sujeil Peña

___

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>        12 de febrero de 2019, 17:09
Para: sujeilpt@gmail.com

 ## No se ha encontrado la dirección

Tu mensaje no se ha entregado a **carla.konyk@usat.edu**
porque no se ha encontrado la dirección o esta no puede recibir correo.

MÁS INFORMACIÓN

La respuesta fue:

```
The email account that you tried to reach does not exist. Please try double-
checking the recipient's email address for typos or unnecessary spaces. Learn
more at https //support.google.com/mail/?p=NoSuchUser 207sor2861849ybe.66 - gsmtp
```

Final-Recipient: rfc822; carla.konyk@usat.edu
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser 207sor2861849ybe.66 - gsmtp
Last-Attempt-Date: Tue, 12 Feb 2019 13:09:08 -0800 (PST)

---------- Mensaje reenviado ----------
From: Sujeil Pena <sujeilpt@gmail.com>
To: Carla Konyk <carla.konyk@gmail.com>, carla.konyk@usat.edu, drorientulp@usat.edu
Cc:
Bcc:
Date: Tue, 12 Feb 2019 17:09:05 -0400
Subject: I really appreciate your help
Good afternoon,

I hope you are fine. I know that you have been working hard with all the situations that USAT has been going through, and I know that this situation has affected us all. I am writing to you, because I am very worried and sad because I have sent several emails requesting my official transcription and I have not received an answer. I really need my transcript to continue studying. I have already lost a full year and I also lost this semester because all the medical schools to which I have applied have requested my official transcript. As a result of this situation, other important things have become complicated in my life. I have not been able to get a job and since I cannot present evidence that I am studying, I'm going to lose my house. I have a 12-year-old daughter who is totally dependent on me. As I wrote earlier, I know that this has also affected you, but I have no fault that USAT Puerto Rico has closed and is going through this whole situation. I really need to continue with my studies. Please do not let my life fall apart and my career be paralyzed by a transcript. In previous emails I sent you e
----- Message truncated -----

Orien Tulp <o.tulp@usat.edu>                       12 de febrero de 2019, 20:23
Para: Sujeil Pena <sujeilpt@gmail.com>

Dear Sujeil,

Thank you for the email. I am saddened to learn of your story, but we are doing all we can to resolve this issue. The ECFMG isue was a shock to us, as we had no warning whatsoever. We operated for over 15 years without a single blemish or issue from the ECFMG, then were falsely accused by someone who was representing someone who was actually a student at another school, and not an active USAT student at any time.

Our new school in the Virgin Islands will be opening hopefully within days, it has been licensed for over 6 months, and we are just patiently waiting for the students to enrol and start operations there, so that the WDOMS listing can be completed. It is now pending.

WE also did not know the PR director was planning to close our school site. That caught us completely off guard, We have not heard from him since sometime in mid to late November and have been unable to locate him.

Please dont dispair, we are not going away and USAT is not closing any time soon.


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
www.usat.edu
Cell: 727-252-6210

[El texto citado está oculto]

---

Sujeil Pena <sujeilpt@gmail.com>                 13 de febrero de 2019, 12:14
Para: Orien Tulp <o.tulp@usat.edu>, Carla Konyk <carla.konyk@gmail.com>, c.konyk@usat.edu,
registrar2@usat.edu, admissions@usat.edu

Thanks for the info. I hope you can resolve your situation with the ECFMG and in the new university you do well. As you know, I am no longer a USAT student. And the only thing that I want is that you send me my official transcript. I need it as soon as possible to be able to continue my studies, not lose my house and not waste any more time. This situation has brought my daughter and me many complications on a personal, physical and emotional level. As I mentioned in the previous email, I sent evidence that my payments were always up-to-date, so I do not owe you any money. Please, I really need this transcript to continue with my studies and solve my housing. I will never recover The year and a half I have lost. I can only continue and start again, but for this I need my official transcript. Do not let my life fall apart and my career be paralyzed by a document that you can send me by mail. I joined USAT because I trusted your institution and Dr. Bustillo. I am asking you not to defraud me now when I most need your help and do not let things continue to complicate my life. If I need to pay for my transcript, I can send a money order, a check or even send the stamps. But please do not let the days go by and I still cannot solve anything because I do not have my official transcript.


I appreciate all the help you can give me and please respond this email indicating when will you send me my transcript.


Thank you.


Sujeil Peña

[El texto citado está oculto]

---

**Carla Konyk** <carla.konyk@gmail.com>          13 de febrero de 2019, 12:45
Responder a: c.konyk@usat.edu
Para: Sujeil Pena <sujeilpt@gmail.com>

Dear Sujeil,
Thank you for your kind email.
I'have adjusted your invoice based on the credits we gave for the reduction of the cost for each semester and then for the reduction of the number of semesters.
Please if you know of any other payments that are not listed, please let me know and I will get them recorded.

Thank you.

Carla
*Carla M. Konyk,*
*Vice President, Director of Administration*

---

**University of Science, Arts and Technology (USAT)**
*Office* | **303-371-0252**
*Cell* | **727-252-6205**

[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>          25 de febrero de 2019, 16:09
Para: sujeil.pena@usat.edu

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

USAT, Montserrat, LLC.

# Credit Memo

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #    727-252-6205          carla.konyk@gmail.com
Fax #       303-399-4106          www.usat.edu

| Date | Credit No. |
|------|-----------|
| 1/17/2019 | 3715 |

| Customer |
|----------|
| Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926 |

| P.O. No. | Project |
|----------|---------|
|          |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| The student should have been charged $4,900.00 per semester. | -12 | 590.00 | -7,080.00 |

| | |
|--|--|
| Total | USD -7,080.00 |
| Invoices | USD 7,080.00 |
| **Balance Credit** | USD 0.00 |



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Credit Memo 3716 from University of Science, Arts and Technology (USAT)
3 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>          Wed, Feb 13, 2019 at 5:56 PM
To: sujeil.pena@usat.edu

Dear Sujeil Pena Torres :

Your credit memo is included in a separate attachment. We have reduced your account balance by the amount shown on the credit memo.

📄 **Cr_Memo_3716_from_USAT_Montserrat_LLC._19436.pdf**
25K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>          Wed, Feb 13, 2019 at 8:19 PM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Cr_Memo_3716_from_USAT_Montserrat_LLC._19436.pdf**
25K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>          Wed, Feb 13, 2019 at 8:19 PM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

> **From:** <c.konyk@usat.edu>
> **Date:** February 13, 2019 at 5:56:48 PM AST
> **To:** <sujeil.pena@usat.edu>
> **Subject: Credit Memo 3716 from University of Science, Arts and Technology (USAT)**
>
> Dear Sujeil Pena Torres :
>
> Your credit memo is included in a separate attachment. We have reduced your account balance by the amount shown on the credit memo.

📄 **Cr_Memo_3716_from_USAT_Montserrat_LLC._19436.pdf**
25K

USAT, Montserrat, LLC.

# Credit Memo

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Date | Credit No. |
|------|-----------|
| 1/17/2019 | 3716 |

Phone #    727-252-6205    carla.konyk@gmail.com
Fax #       303-399-4106    www.usat.edu

| Customer |
|----------|
| Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926 |

| P.O. No. | Project |
|----------|---------|
|          |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
|             | -8  | 4,900.00 | -39,200.00 |

| | |
|---|---|
| Total | USD -39,200.00 |
| Invoices | USD 39,200.00 |
| **Balance Credit** | USD 0.00 |

2/14/2019      University of Science Arts and Technology Mail - USAT Admissions - Email regarding clarification about statement/balance

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 56 of 96



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## USAT Admissions - Email regarding clarification about statement/balance

2 messages

**David Huffman - Admissions (A-L)** <admissions@usat.edu>      Wed, Feb 13, 2019 at 4:05 PM
To: sujeil.pena@usat.edu

Good Afternoon Sujeil,

I (David) received your email (in Admissions), and see that it was sent to others as well. I printed out a copy of the email along with the attachments that you provided and will give the physical documents to Carla.

It is my hope that by receiving the email from you and the physical documents from me that she will responded to your email sooner then later. Wish there was more I could do to help, but I don't have access to any of the financial records.

—

Respectfully,

David Huffman
Director of Admissions
University of Science, Arts and Technology
admissions@usat.edu
303-371-0252 (9am to 2pm MST)

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Wed, Feb 13, 2019 at 8:18 PM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**Sujeil Peña Torres <sujeil.pena@usat.edu>**

---

## Thanks
1 message

---

**Sujeil Peña Torres <sujeil.pena@usat.edu>**                 Wed, Feb 13, 2019 at 5:31 PM
To: admissions@usat.edu

Hello David,

I appreciate all the help you can give me. I am in a very difficult situation. That official transcript would solve many of the situations that I am going through and avoid others. I think that what is happening is very unfair because I paid everything I had to pay with a lot of sacrifice. On the other hand, that lost time does not recover. I'm against the clock.

Thank you!

Sujeil Peña

 **USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

# Evidence

4 messages

---

**Sujeil Peña Torres <sujeil.pena@usat.edu>**                    Wed, Feb 13, 2019 at 11:37 PM
To: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>, drorientulp@usat.edu, admissions@usat.edu, registrar2@usat.edu, Orien Tulp <o.tulp@usat.edu>

Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**2 attachments**

**image2.jpeg**
88K

**image3.png**
316K

---

**Orien Tulp <o.tulp@usat.edu>**                    Thu, Feb 14, 2019 at 12:20 AM
To: Sujeil Peña Torres <sujeil.pena@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Carla, FYI.

Preview attachment image2.jpeg


image2.jpeg
88 KB
Preview attachment image3.png


image3.png

---

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

On Wed, Feb 13, 2019 at 8:37 PM Sujeil Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**Carla Konyk** <carla.konyk@gmail.com>      Thu, Feb 14, 2019 at 2:45 AM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Sujeil,
I have made a credit for the grad and ins fees. There is no charge there for the additional degree.
When you look at the statement, you can see all the charges at the top of the statement, then
all the payments you made and then credits we gave you are listed below that.
If all the payments you made are shown then you can see that they were applied to the balance.
If we gave you a credit for something, that amount is also applied to the balance and zeroes out the charge.

I'll send you the updated statement.

*Carla M. Konyk,*
*Vice President, Director of Administration*

---

University of Science, Arts and Technology (USAT)
*Office* **303-371-0252**
*Cell* **727-252-6205**

On Wed, Feb 13, 2019 at 8:37 PM Sujeil Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Thu, Feb 14, 2019 at 8:24 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 60 of 96

 **USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

# Revised Statement from University of Science, Arts and Technology (USAT)

2 messages

**c.konyk@usat.edu** <c.konyk@usat.edu>                                   Sat, Jan 26, 2019 at 4:37 AM
To: sujeil.pena@usat.edu

Dear Sujeil :

Your statement is attached. Please remit payment at your earliest convenience.
Good news! I found the missing payment from Sept. 2018.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

---

Statement1_from_USAT_Montserrat_LLC.33856.pdf
61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                              Tue, Jan 29, 2019 at 9:47 AM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

Statement1_from_USAT_Montserrat_LLC.33856.pdf
61K

**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #    727-252-6205       carla.konyk@gmail.com
Fax #       303-399-4106

**Statement**

| Date |
|---|
| 1/25/2019 |

To:

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
|---|---|

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | — Application Fee USD 125.00 | | |
| | — Matriculation Fee USD 600.00 | | |
| | — Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 09/25/2018 | PMT #PR CC. | -4,900.00 | 54,575.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 47,495.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 8,295.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |

Thank you for your payment.

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 8,295.00 | USD 8,295.00 |

2/14/2019         Universty of Science Arts and Technology Mail - Invoice 2828 from USAT, Montserrat, LLC.

**Case 3:19-cv-01707-WGY     Document 78-2     Filed 03/31/21     Page 62 of 96**



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Invoice 2828 from USAT, Montserrat, LLC.

2 messages

---

c.konyk@usat.edu <c.konyk@usat.edu>              Wed, Feb 13, 2019 at 12:42 PM
To: sujeil.pena@usat.edu

USAT, Montserrat, LLC.

**Invoice**   *Due 07/11/2017*           Amount Due: **$8,295.00**
2828

Dear Sujeil Pena Torres:

Your invoice-2828 for $8,295.00 is attached. Please remit payment at your
earliest convenience.

Thank you for your tuition payment - we appreciate it very much.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

View & Pay Invoice

📄 **Inv_2828_from_USAT_Montserrat_LLC._15960.pdf**
   147K

---

Sujeil Peña Torres <sujeil.pena@usat.edu>          Wed, Feb 13, 2019 at 8:18 PM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Inv_2828_from_USAT_Montserrat_LLC._15960.pdf**
   147K

---

**USAT, Montserrat, LLC.**

| Invoice Date | Invoice # | **TUITION INVOICE** |
|---|---|---|
| 7/11/2017 | 2828 | |

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #  727-252-6205   Fax #   303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

**PLEASE PAY**

**THIS AMOUNT**

**See Amount Below**

Make checks payable to:   **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and
indicate change(s) on reverse side.

Have E-Mail? _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Graduation Ch... | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | Insurance Fee | One-Time Fee | 995.00 | 995.00 |
| | Laboratory | Dissection Lab   M.A.R.C. (Required) | 600.00 | 600.00 |
| | Technology Fee. | One-Time Fee. | 500.00 | 500.00 |
| 12 | MD Program. | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to
graduation. Thank you.

| **Total** | USD 69,600.00 |
|---|---|
| **Payments/Credits** | USD -61,305.00 |
| **Balance Due** | USD 8,295.00 |

Billing Inqueries? Call    727-252-6205

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 64 of 96

 USAT
This is Lifelong Learning

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Invoice 2828 from USAT, Montserrat, LLC.

2 messages

**c.konyk@usat.edu** <c.konyk@usat.edu>                          Fri, Jan 18, 2019 at 3:21 AM
To: sujeil.pena@usat.edu

USAT Montserrat, LLC.

### Invoice  *Due:07/11/2017*                  Amount Due: **$13,195.00**
2828

Dear Sujeil Pena Torres:

Thank you for your emails.
I have adjusted your invoice to change the amount per semester to $4,900.00
and then changed the amount of semesters to 4.

Your invoice-2828 for $13,195.00 is attached. Please remit payment at your
earliest convenience.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

View & Pay Invoice

📄 **Inv_2828_from_USAT_Montserrat_LLC._22932.pdf**
   147K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                   Fri, Jan 18, 2019 at 8:45 AM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Inv_2828_from_USAT_Montserrat_LLC._22932.pdf**
   147K

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Invoice Date | Invoice # | **TUITION INVOICE** |
|---|---|---|
| 7/11/2017 | 2828 | |

Phone #   727-252-6205      Fax #    303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

........................................................
: **PLEASE PAY**         [ **See Amount Below** ]
:
: **THIS AMOUNT**
........................................................

Make checks payable to:     USAT, Montserrat, LLC.

☐  Please check box if address is incorrect or has changed, and
     indicate change(s) on reverse side.              Have E-Mail? _____

- - - - - - - - - - - - - - - - - - - - - - PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT - - - - - - - - - - - - - - -

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

[ **Please Pay Amount Below** ]

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Graduation Ch... | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | Insurance Fee | One-Time Fee | 995.00 | 995.00 |
| | Laboratory | Dissection Lab   M.A.R.C. (Required) | 600.00 | 600.00 |
| | Technology Fee. | One-Time Fee. | 500.00 | 500.00 |
| 12 | MD Program. | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to
graduation. Thank you.

| Total | USD 69,600.00 |
|---|---|
| Payments/Credits | USD -56,405.00 |
| **Balance Due** | USD 13,195.00 |

Billing Inquiries? Call        727-252-6205

 **U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Statement from University of Science, Arts and Technology (USAT)

10 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>          Fri, Jan 18, 2019 at 3:24 AM
To: sujeil.pena@usat.edu

Dear Sujeil :

Your statement is attached. As you can see, you paid the application fee only one time.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

📄 **Statement1_from_USAT_Montserrat_LLC.22932.pdf**
    61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>         Fri, Jan 18, 2019 at 8:46 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Statement1_from_USAT_Montserrat_LLC.22932.pdf**
    61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>         Fri, Jan 18, 2019 at 2:52 PM
To: Carla Konyk - Director/Vice President <c.konyk@usat.edu>, Orien Tulp <drorientulp@usat.edu>, Carla Konyk <carla.konyk@gmail.com>
Cc: Karen Baldwin <karen.baldwin@usat.edu>, "David Huffman - Admissions (A-L)" <admissions@usat.edu>, USAT Lectures <lectures@usat.edu>

Mrs. Konyk,

I think you're not understanding me. I DO NOT HAVE ANY DEBT WITH ITS INSTITUTION (USAT). I paid each of the things that I was required to pay during my 4 semesters of medicine in USAT Puerto Rico. As I mentioned in the previous email, I have evidence that proof it. What you are doing is a lack of respect, ethics and fraud. You played and keeps playing with my future, which I WILL NOT ALLOW. I need my correct statement, my 2 official transcripts and drop off from the university. This is the last email I'm going to send asking for the same. If you insist on NOT DOING IT, as I mentioned in the email I sent before, I will do it through my lawyer and I will take this situation to the ultimate consequences.

Sujeil Peña
[Quoted text hidden]

Case 3:19-cv-01707-WGY   Document 78-2   Filed 03/31/21   Page 67 of 96

**Carla Konyk** <carla.konyk@gmail.com>                              Fri, Jan 18, 2019 at 2:55 PM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

*Dear Sujeil,*
*Thank you for your email.*
*If you have made payments that are not listed on the statement,*
*I want know what they are so I can correct them.*
*Please send me the receipts or other proof of payments you have.*
*I will attend to this today for you.*

*Carla Konyk*
*Carla M. Konyk,*
*Vice President, Director of Administration*

**University of Science, Arts and Technology (USAT)**
*Office* **303-371-0252**
*Cell* **727-252-6205**

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                        Tue, Jan 22, 2019 at 3:50 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                        Tue, Jan 22, 2019 at 3:52 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> [Quoted text hidden]

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                        Tue, Jan 22, 2019 at 3:53 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>

2/14/2019     Universty of Science Arts and Technology Mail - Statement from University of Science, Arts and Technology (USAT)

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 68 of 96

[Quoted text hidden]

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>        Tue, Jan 22, 2019 at 3:53 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> [Quoted text hidden]

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>        Wed, Jan 23, 2019 at 6:31 PM
To: Carla Konyk - Director/Vice President <c.konyk@usat.edu>

Payments:

Application Fee
    $125. 00 – paid in July 7, 2017
        Approval Code of Transaction: 242533

Semester September 2017 - December 2017: $4,900.00
Anatomy Lab Fee: $250.00
Technology Fee: $250.00
Matriculation: $600.00
    Total: $6,000.00 – paid in August 2, 2017
        Approval Code of Transaction: 986866

Semester January 2018 – May 2018:
    $4,000.00: paid in January 24, 2018
        Approval Code of Transaction: 854010
    $400.00: paid in April 30, 2018
        Approval Code of Transaction: 298090

Semester May 2018 – September 2018:
    $5,400.00: paid in May 16, 2018
        $4.900.00 – Semester
        $500.00 – Semester of January 2018 – May 2018 that was owed.
        Approval Code of Transaction: 720014

Semester September 2018 – December 2018
    $4,900.00 – paid in September 25, 2018
        Approval Code of Transaction: 025940

The fees belonging to Medical Student Malpractice Insurance ($895.00), Graduation ($900.00) and Degree ($500.00), don't correspond to me to pay it. As you know, I was only 4 semesters in USAT. I paid ALL THE FEES corresponding to the time I was studying at your institution. I hope that with this breakdown you can verify the payments made and send me the two requested transcripts to the address that I wrote in the previous emails.

Sujeil Peña

2/14/2019     University of Science Arts and Technology Mail - Statement from University of Science, Arts and Technology (USAT)

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 69 of 96

 Libre de virus. www.avast.com

[Quoted text hidden]

 Libre de virus. www.avast.com

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>             Tue, Jan 29, 2019 at 9:47 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> [Quoted text hidden]

[Quoted text hidden]

**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Statement**

| Date |
| --- |
| 1/17/2019 |

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #        303-399-4106

| To: |
| --- |
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

**Please Mail  Payments to:**

**USAT Administration Office**
**4288 Youngfield Street**
**Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
| --- | --- |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828.<br>--- Application Fee USD 125.00<br>--- Matriculation Fee USD 600.00<br>--- Graduation Charge USD 900.00<br>--- Insurance Fee USD 995.00<br>--- Laboratory USD 600.00<br>--- Technology Fee. USD 500.00<br>--- MD Program., 12 @ USD 5,490.00 = 65,880.00 | 69,600.00 | 69,600.00 |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 01/17/2019 | CREDMEM #3715.<br>--- MD Program, 12 @ USD 590.00 = -7,080.00 | -7,080.00 | 52,395.00 |
| 01/17/2019 | CREDMEM #3716.<br>--- MD Program, 8 @ USD 4,900.00 = -39,200.00 | -39,200.00 | 13,195.00 |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 13,195.00 | USD 13,195.00 |



U S A T
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## USMLE Prep Course Option

2 messages

**USAT Lectures** <lectures@usat.edu>
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Mon, Jan 14, 2019 at 4:32 PM

Dear Students,

### USMLE Prep Course; Step One and Step Two CS:

We are considering offering a USMLE Prep Course for both Step One and Step Two CS at the Puerto Rico site on February 4th through February 8th, 2019 and possibly February, 18th through February 22nd, 2019. Please reply to this email if you are interested in this course, the cost of the week-long course (not for credit) will be $895.00 per person. Students will need to make their own flights, and accommodations. Depending on the response, we may be able to offer more than one session. The minimum number of students needed for a session is ten. More details will follow as soon as ten students have been confirmed for attendance.

Thank you,
USAT Administration

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Tue, Jan 29, 2019 at 9:47 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



# Documents
3 messages

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                                    Fri, Jan 11, 2019 at 12:16 PM
Cc: Carla Konyk <carla.konyk@gmail.com>

Good afternoon,

My name is SUJEIL MARIE PENA TORRES from USAT Puerto Rico. This is the 5th time that I request the following documents:

- 2 official credit transcripts sent to: Urb. Venus Gardens C / Peliux 771 San Juan, PR 00926

- Financial statement

- Drop off from the university

All my payments was make on date. I tried to request the documents by the Master application but it has been impossible.

I would appreciate a quick response. If I have to pay for the transcripts, please let me know how much is and where I have to send the payment.

Sujeil Peña

---

**Carla Konyk** <carla.konyk@gmail.com>                                         Fri, Jan 11, 2019 at 12:26 PM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Dear Sujeil,
Your invoice has been adjusted to reflect the total number
of semesters you completed. It will be sent you shortly.

Carla
*Carla M. Konyk,*
*Vice President, Director of Administration*

---

**University of Science, Arts and Technology (USAT)**
*Office*  303-371-0252
*Cell*  727-252-6205

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                                    Sat, Jan 12, 2019 at 10:45 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

# U.S.A.T.
*This is Lifelong Learning*

**Sujeil Peña Torres <sujeil.pena@usat.edu>**

## Statement from University of Science, Arts and Technology (USAT)
2 messages

---

**c.konyk@usat.edu <c.konyk@usat.edu>**           Fri, Jan 11, 2019 at 12:25 PM
To: sujeil.pena@usat.edu

Dear Sujeil :

Your statement is attached. Please remit payment at your earliest convenience.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

---

📄 **Statement1_from_USAT_Montserrat_LLC.5620.pdf**
   61K

---

**Sujeil Peña Torres <sujeil.pena@usat.edu>**           Sat, Jan 12, 2019 at 10:44 AM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

📄 **Statement1_from_USAT_Montserrat_LLC.5620.pdf**
   61K

---

**USAT, Montserrat, LLC.**

**Statement**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Date |
|------|
| 1/11/2019 |

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #        303-399-4106

| To: |
|-----|
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

**Please Mail  Payments to:**

**USAT Administration Office**
**4288 Youngfield Street**
**Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
|---|---|

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 01/11/2019 | CREDMEM #3684. | -32,940.00 | 26,535.00 |
| | --- MD Program., 6 @ USD 5,490.00 = -32,940.00 | | |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 26,535.00 | USD 26,535.00 |

2/14/2019　　　University of Science Arts and Technology Mail - Invoice 2828 from University of Science, Arts and Technology (USAT)

Case 3:19-cv-01707-WGY　　Document 78-2　　Filed 03/31/21　　Page 75 of 96

**U S A T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

# Invoice 2828 from University of Science, Arts and Technology (USAT)

2 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>　　　　　　　　　　　Fri, Jan 11, 2019 at 12:26 PM
To: sujeil.pena@usat.edu

USAT, Montserrat, LLC.

**Invoice**　*Due:07/11/2017*　　　　Amount Due: **$26,535.00**
2828

Dear Sujeil Pena Torres :

Your invoice is attached. Please remit payment at your earliest convenience.

Thank you for your payment- we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-388-2687

View & Pay Invoice

---

📄 **Inv_2828_from_USAT_Montserrat_LLC._5620.pdf**
　147K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>　　　　　　　Sat, Jan 12, 2019 at 10:45 AM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

📄 **Inv_2828_from_USAT_Montserrat_LLC._5620.pdf**
　147K

---

**USAT, Montserrat, LLC.**

| | **TUITION INVOICE** |
|---|---|
| Invoice Date | Invoice # |
| 7/11/2017 | 2828 |

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #    727-252-6205    Fax #    303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

**PLEASE PAY**

**THIS AMOUNT**    See Amount Below

Make checks payable to:    USAT, Montserrat, LLC.

☐ Please check box if address is incorrect or has changed, and
indicate change(s) on reverse side.

Have E-Mail? _____

- - - - - - - - - - - - - - - - PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT - - - - - - - - - - - - - - - -

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Graduation Ch... | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | Insurance Fee | One-Time Fee | 995.00 | 995.00 |
| | Laboratory | Dissection Lab  M.A.R.C. (Required) | 600.00 | 600.00 |
| | Technology Fee. | One-Time Fee. | 500.00 | 500.00 |
| 12 | MD Program. | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to graduation. Thank you.

| Total | USD 69,600.00 |
|---|---|
| Payments/Credits | USD -43,065.00 |
| Balance Due | USD 26,535.00 |

Billing Inqueries? Call        727-252-6205

Case 3:19-cv-01707-WGY Document 78-2 Filed 03/31/21 Page 77 of 96


**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## VISITAS A OFICINAS ADMINISTRATIVAS
1 message

**Info Puerto Rico** <infopr@usat.edu>                                                   Tue, Dec 11, 2018 at 8:44 PM
To: "Maria I. Alvarez" <maria.i.alvarez@usat.edu>, Georgianna Asencio <georgianna.asencio@usat.edu>, Ivanette Caraballo <ivanette.caraballo@usat.edu>, Nemesis Cardona <nemesis.cardona@usat.edu>, Leenethsy Crespo <lee.crespo@usat.edu>, Keyshla Cruz <keyshla.cruz@usat.edu>, Jose De Leon <jose.deleon@usat.edu>, Jimnellys Diaz <jimnellys.diaz@usat.edu>, Andrae Echevarria <andrae.echevarria@usat.edu>, Dempsey Garcia <dempsey.garcia@usat.edu>, Ashley Ann Gordils <ashley.gordils@usat.edu>, Dagmary Groennou <dagmary.groennou@usat.edu>, Adriana Hernandez <adriana.hernandez@usat.edu>, Hillary Manso <hillary.manso@usat.edu>, Yahaira Morales <yahaira.morales@usat.edu>, Dorimar Nazario <dorimar.nazario@usat.edu>, Nilza Negron <nilza.negron@usat.edu>, John Pablos <john.pablos@usat.edu>, Neyshkalisse Perez <neyshka.perez@usat.edu>, Vanessa Ramos <vanessa.ramos@usat.edu>, Hiroshi Rivera <hiroshi.rivera@usat.edu>, Carlos Rodriguez <carlos.rodriguez@usat.edu>, Heidi Rosas <heidi.rosas@usat.edu>, Rocio Santana <rocio.santana@usat.edu>, Elsa Santiago <elsa.santiago@usat.edu>, Saul Alvarado <saul.alvarado@usat.edu>, Jaime Arroyave <jaime.arroyave@usat.edu>, Javier Camacho <javier.camacho@usat.edu>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, Israel Ferrer <israel.ferrer@usat.edu>, Joffre Gomez <joffre.gomez@usat.edu>, Kenny Nieves <kenny.nieves@usat.edu>, Zabdiel Nieves <zabdiel.nieves@usat.edu>, Jose Nigaglioni <jose.nigaglioni@usat.edu>, Keishla Ocasio <keishla.ocasio@usat.edu>, Cesar Roman <cesar.roman@usat.edu>, Jonathan Serrano <jonathan.serrano@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, John Galarza Crespo <john.galarzacrespo@usat.edu>, "Catalina C. Jiménez Cortes" <catalina.jimenezcortes@usat.edu>, Lucero Rodriguez <lucero.rodriguez@usat.edu>, Loraima Rosado <loraima.rosado@usat.edu>, Yaima Barrabi <yaima.barrabi@usat.edu>, Daniela Cabrera <d.cabrera@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Viana Cabrera <viana.cabrera@usat.edu>, Ray Cabrera <ray.cabrera@usat.edu>, Esteban Caraballo Santos <esteban.caraballo@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Waldo Muñiz Irizarry <waldo.muniz@usat.edu>, Waldemar Muniz Quinones <waldemar.muniz@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, José Pérez <jose.perez@usat.edu>, Paola Prosper <paola.prosper@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, Mario Rojas <mario.rojas@usat.edu>, Neshenie Rodríguez <neshenie.rodriguez@usat.edu>, Lisa Torres <lisa.torres@usat.edu>, Dayna Sorrentini Carlo <dayna.sorrentini@usat.edu>, Wendoly Vazquez <wendoly.vazquez@usat.edu>, "Luis G. De Jesús III" <luis.dejesus@usat.edu>, Jesus Rosado <jesus.rosado@usat.edu>
Cc: Yanire Bustillo <prregistrar@usat.edu>

Se corrige el asunto en el email.

Buenas tardes:

Les informamos que durante las siguientes semanas las Oficinas Administrativas estarán cerradas al público.

Estamos trabajando con el reporte de notas, para que la Registradora Mary Hickling pueda tener las transcripciones de crédito oficiales a más tardar el 20 de diciembre.

De tener alguna situación relacionada con el área financiera, deberán comunicarse por correo electrónico con Carla Konyk (c.konyk@usat.edu) o llamar al 303-371-0252.

Toda solicitud de baja debe ser enviada mediante correo electrónico a David Huffman (admissions@usat.edu).

Esperamos la acostumbrada cooperación de todos y nos mantendremos en contacto via correo electrónico.

Gracias,

*Office of the Dean & Director*

## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel: (787) 300-2111 or (787) 300-2112

Case 3:19-cv-01707-WGY    Document 78-2    Filed 03/31/21    Page 78 of 96



Sujeil Peña Torres <sujeil.pena@usat.edu>

# CONVOCATORIA A REUNIÓN NO OFICIAL e INFORMAL CON EL DECANO

4 messages

---

**Info Puerto Rico** <infopr@usat.edu>             Fri, Nov 16, 2018 at 11:29 AM
To: Paola Prosper <paola.prosper@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Sujeil Peña Torres
<sujeil.pena@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>,
David Pagán Maldonado <david.pagan@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, Wendoly Vazquez
<wendoly.vazquez@usat.edu>
Cc: "Dr. J Santiago" <j.santiago@usat.edu>, Yanire Bustillo <prregistrar@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

Buenos días:

Luego de haber recibido información de que un grupo de estudiantes está exigiendo reunirse con la Administración en el día de hoy o de realizar algún tipo de manifestación en las facilidades y aun cuando el propio Decano desconocía sobre el tema; se tomó la decision de tomar unos 20 minutos de su cargada agenda actual para recibirles en el salón de Facultad, a las 5:30pm. Esto dependerá de que no surja cancelación de su vuelo en la tarde de hoy.

Se les instruye a que solamente se atenderá al grupo aquí convocado y no se aceptará ningún tipo de conducta inapropiada, o se dará por terminada la conversación. Cualquier tipo de manifestación adversa, afectará negativamente los resultados de estas conversaciones de tipo informal. Recordemos que toda comunicación efectiva, logra grandes éxitos.

Esperando la cooperación de todos para que se acaten las instrucciones en esta comunicación.

Cordialmente,

df on behalf of,

--

**Manuel J. Ortiz Bustillo, MD**

**Associate Dean of Clinical Sciences**



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu

---



**229B6C6CDCAA4FA08F4F0D90A4A1F7E9.png**
29K

 **USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

# Financial Statements
3 messages

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: carla.konyk@usat.edu

Thu, Nov 15, 2018 at 1:04 PM

Good afternoon Ms. Konyk. Im sending you this email asking for a statement of my payments through this whole year.

Thank you

Sujeil Peña

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: sujeil.pena@usat.edu

Thu, Nov 15, 2018 at 1:04 PM



## Address not found

Your message wasn't delivered to **carla.konyk@usat.edu** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
The email account that you tried to reach does not exist. Please try double-checking the recipient's email
address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser
t206sor15395432vsc.9 - gsmtp
```

Final-Recipient: rfc822; carla.konyk@usat.edu
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser t206sor15395432vsc.9 - gsmtp
Last-Attempt-Date: Thu, 15 Nov 2018 09:04:03 -0800 (PST)

---------- Forwarded message ----------
From: "Sujeil Peña Torres" <sujeil.pena@usat.edu>
To: carla.konyk@usat.edu
Cc:
Bcc:
Date: Thu, 15 Nov 2018 13:04:00 -0400
Subject: Financial Statements
Good afternoon Ms. Konyk. Im sending you this email asking for a statement of my payments through this whole year.

Thank you

Sujeil Peña

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Mon, Dec 10, 2018 at 11:49 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## RECIBOS

6 messages

---

**Info Puerto Rico** <infopr@usat.edu>                    Wed, Nov 14, 2018 at 2:41 PM
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Buenas tardes:

Según solicitado, incluyo copia de los recibos de pago que has realizado hasta el presente.

Saludos,
df

*Office of the Dean & Director*

## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu

---

2 attachments



**229B6C6CDCAA4FA08F4F0D90A4A1F7E9.png**
29K

📄 **Peña, Sujeil - Payments.pdf**
497K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                   Wed, Nov 14, 2018 at 5:55 PM
To: Info Puerto Rico <infopr@usat.edu>

Gracias mil!

Sent from my iPhone
[Quoted text hidden]

       <Peña, Sujeil - Payments.pdf>

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                   Thu, Nov 15, 2018 at 1:04 PM
To: sujeilpt@live.com

Case 3:19-cv-01707-WGY Document 78-2 Filed 03/31/21 Page 82 of 96

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Peña, Sujeil - Payments.pdf**
497K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Mon, Dec 10, 2018 at 11:36 AM

Sent from my iPhone

Begin forwarded message:

> **From:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> **Date:** November 15, 2018 at 1:04:29 PM AST
> **To:** sujeilpt@live.com
> **Subject: Fwd: RECIBOS**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Info Puerto Rico <infopr@usat.edu>
> > **Date:** November 14, 2018 at 2:41:55 PM AST
> > **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> > **Subject: RECIBOS**
> >
> > Buenas tardes:
> >
> > Según solicitado, incluyo copia de los recibos de pago que has realizado hasta el presente.
> >
> > Saludos,
> > df
> >
> > *Office of the Dean & Director*
> >
> >
> > # UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR
> >
> > PO Box 364363, San Juan, PR 00936-4363
> >
> > 598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
> >
> > Tel. (787) 300-2111 or (787) 300-2112
> >
> > www.usat.edu

---

**2 attachments**

UNIVERSITY OF SCIENCE
2442 ASH ST
DENVER CO 802070000
07 11 2017                    12:26:03
Merchant ID        000000003143424
Terminal ID               06544366
267539451885

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXXX0694
INVOICE                    2590003
Batch #                     000259
Approval Code               242533
Entry Method:               Manual
Mode                         Online

SALE AMOUNT                 $125.00

CC auth form
Sujeil Pena Torry
application fee

MERCHANT COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

08/02/2017                    11:22:15
MID: XXXXXXXXXXXX597    TID: XXXXX787

CREDIT CARD

VISA SALE

Card #                    XXXXXXXXXXXX7244
SEQ #:                              2
Batch #:                            2
Trans #:                            2
Approval Code:                 986866
TRANS ID:             287214624870482
Entry Method:                 Swiped
Mode:                         Online

SALE AMOUNT           $6000.00

X _____
    JOSE R PENA-FIGUEROA

THANK YOU

MERCHANT COPY

Sujeil Peña Torres

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

01/24/2018                           08:48:09

CREDIT CARD

VISA SALE

Card #                XXXXXXXXXXXX0694
SEQ #:                              16
Batch #:                             2
Trans #:                            16
Approval Code:                  854010
TRANS ID:              30602452931281+
Entry Method:                   Manual
Mode:                           Online
Avs Code:                            G
Card Code:                           M


# SALE AMOUNT          $4000.00


THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

04/30/2018                    14:52:02
CREDIT CARD

VISA SALE

Card #                XXXXXXXXXXXX0694
SEQ #:                              3
Batch #:                            2
Trans #:                            3
Approval Code:                 298090
TRANS ID:             588120746148338
Entry Method:                  Manual
Mode:                          Online
Avs Code:                           G

## SALE AMOUNT        $400.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

05/16/2018                    06:58:30

CREDIT CARD

VISA SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX0694 |
| SEQ #: | 2 |
| Batch #: | 0 |
| Trans #: | 2 |
| Approval Code: | 720014 |
| TRANS ID: | 388136461715767 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | G |

## SALE AMOUNT          $5400.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252
09/25/2018                     12:12:23
MID: XXXXXXXXXXXX597    TID: XXXXX787

CREDIT CARD

MC SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX6812 |
| SEQ #: | 2 |
| Batch #: | 1 |
| Trans #: | 2 |
| Approval Code: | 025940 |
| TRANS ID: | MDSI01D7V0925 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | Y |

SALE AMOUNT              $4900.00

X.

THANK YOU

MERCHANT COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252
09/25/2018                     12:12:23

CREDIT CARD

MC SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX6812 |
| SEQ #: | 2 |
| Batch #: | 1 |
| Trans #: | 2 |
| Approval Code: | 025940 |
| TRANS ID: | MDSI01D7V0925 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | Y |

SALE AMOUNT              $4900.00

THANK YOU

CUSTOMER COPY


## U.S.A.T.
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Ecfmg update
2 messages

**USAT Lectures** <lectures@usat.edu>
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Fri, Nov 2, 2018 at 2:08 PM

Dear students,

USAT has heard that some students are being asked to provide additional information to ECFMG above and beyond the affidavit. If you are one of these students we ask that you please not send them any additional information at this time. We ask you to instead please send an email to Carla Konyk at c.konyk@usat.edu with the title "ecfmg additional information". She would like to refer you to work directly with USAT's counsel individually. Our attorney will get to all of you either today or over the weekend.

Thank you,
USAT Administration
lectures@usat.edu
303.371.0252

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Mon, Dec 10, 2018 at 11:31 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Ecfmg update
2 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>                                          Fri, Nov 2, 2018 at 2:07 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear students,

USAT has heard that some students are being asked to provide additional information to ECFMG above and beyond the affidavit. If you are one of these students we ask that you please not send them any additional information at this time. We ask you to instead please send an email to Carla Konyk at c.konyk@usat.edu with the title "ecfmg additional information". She would like to refer you to work directly with USAT's counsel individually. Our attorney will get to all of you either today or over the weekend.

Thank you,
USAT Administration
University of Science Arts & Technology
lectures@usat.edu
303.371.0252

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                                    Mon, Dec 10, 2018 at 11:31 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T**

*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## ECFMG 2nd Affidavit Request

2 messages

---

Karen Baldwin <karen.baldwin@usat.edu>                 Thu, Oct 18, 2018 at 10:39 AM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students,

USAT has become aware of the 2nd affidavit request sent by the ECFMG. We are having counsel review the document and will provide you with more information by early next week. We ask that you please await further information before submitting this 2nd affidavit. We are pleased to tell you that as of today, we have verified that several students have received email confirmations and restored access to ECFMG services, after their affidavits were reviewed.

USAT thanks you for your continued patience and understanding at this time.

USAT Administration
303.371.0252

---

Sujeil Peña Torres <sujeil.pena@usat.edu>              Mon, Dec 10, 2018 at 11:26 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## USAT Conference Call Invitations

2 messages

| | |
|---|---|
| **Karen Baldwin** <karen.baldwin@usat.edu> | Mon, Sep 24, 2018 at 11:02 PM |

Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students and Graduates,

USAT would like to invite you to join the first of two conference calls, one that will take place tomorrow, September 25th, from 4pm-5pm eastern time and another that will take place on September 26th, from 4pm-5pm eastern time, please see below to determine which call applies to you. During this call we hope to answer some of the questions we know you have as well as provide you with more information. We ask that if you have additional questions during the call to please email them to Carla Konyk at c.konyk@usat.edu.

We are holding this first conference call for those students that have received the affadavit from ECFMG.

We ask that those students who have not received the affidavit to please join the conference call the following day, September 26th, at 4pm eastern time in order to better accommodate all students.

Please see below for the call instructions:
Dial in number: 712.432.3900
Participant ID: 585537#

Thank you,
USAT Administration

| | |
|---|---|
| **Sujeil Peña Torres** <sujeil.pena@usat.edu> | Mon, Dec 10, 2018 at 11:16 AM |

To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]


**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## USAT Conference Call Invitations

2 messages

**USAT Lectures** <lectures@usat.edu>
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Mon, Sep 24, 2018 at 11:02 PM

Dear Students and Graduates,

USAT would like to invite you to join the first of two conference calls, one that will take place tomorrow, September 25th, from 4pm-5pm eastern time and another that will take place on September 26th, from 4pm-5pm eastern time, please see below to determine which call applies to you. During this call we hope to answer some of the questions we know you have as well as provide you with more information. We ask that if you have additional questions during the call to please email them to Carla Konyk at c.konyk@usat.edu.

We are holding this first conference call for those students that have received the affadavit from ECFMG.

We ask that those students who have not received the affidavit to please join the conference call the following day, September 26th, at 4pm eastern time in order to better accommodate all students.

Please see below for the call instructions:
Dial in number: 712.432.3900
Participant ID: 585537#

Thank you,
USAT Administration

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Mon, Dec 10, 2018 at 11:16 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## ECFMG - USAT update

3 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Tue, Sep 18, 2018 at 5:04 PM

Please see the message below from Dr. Tulp.

Dear Students,

USAT thanks you in advance for your patience in this matter. We are currently still researching the request from the ECFMG in regards to the affidavit. We are consulting experts in this area in order to move forward in helping you to complete the affidavit. Please trust that we are only taking this extra time because we have your best interests in mind. Please try to refrain from contacting Dr. Tulp as he is working diligently on this and is taken away from doing so by the numerous calls, emails and texts he is receiving.

It is our goal to provide you with updated information by the end of the week.

Thank you again,

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

---

**Karen Baldwin** <karen.baldwin@usat.edu>
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Fri, Sep 21, 2018 at 6:11 PM

Dear Students,

Please see the updated information in regards ECFMG from Dr. Tulp below.

Dear Students,

ECFMG is questioning our delivery of the basic sciences because some students didn't attend on Montserrat due to past volcanic activity on Montserrat. As you may know, there is a provision in the USAT license that does not require students to be on Island because of natural disasters like the volcano for safety reasons. Accordingly, many USAT lectures are delivered via a live, interactive webinar platform, a widely accepted blended instructional format which we have been using for many years without incident or comment from the ECFMG.

We will now begin offering the Basic Science portion of our program at our campus on Montserrat as early as October 1, 2018 and at our new British Virgin Islands campus as soon as January, 2019. Our University counsel will be in discussion with the ECFMG next week to allow current students and graduates to continue to take the Step Exams and proceed into the 2019 match.

It is strongly advised that you don't return the affidavit forms at this time because this situation is a gray area that still needs to be explored before we submit anything.

Thank you for your patience during this challenging time.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

Thank you,
Karen Baldwin
University of Science Arts & Technology



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## ECFMG - USAT update

3 messages

---

**USAT Lectures** <lectures@usat.edu>                                    Tue, Sep 18, 2018 at 5:04 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Please see the message below from Dr. Tulp.

Dear Students,

USAT thanks you in advance for your patience in this matter. We are currently still researching the request from the ECFMG in regards to the affidavit. We are consulting experts in this area in order to move forward in helping you to complete the affidavit. Please trust that we are only taking this extra time because we have your best interests in mind. Please try to refrain from contacting Dr. Tulp as he is working diligently on this and is taken away from doing so by the numerous calls, emails and texts he is receiving.

It is our goal to provide you with updated information by the end of the week.

Thank you again,

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

---

**USAT Lectures** <lectures@usat.edu>                                    Fri, Sep 21, 2018 at 6:11 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students,

Please see the updated information in regards ECFMG from Dr. Tulp below.

Dear Students,

ECFMG is questioning our delivery of the basic sciences because some students didn't attend on Montserrat due to past volcanic activity on Montserrat. As you may know, there is a provision in the USAT license that does not require students to be on Island because of natural disasters like the volcano for safety reasons. Accordingly, many USAT lectures are delivered via a live, interactive webinar platform, a widely accepted blended instructional format which we have been using for many years without incident or comment from the ECFMG.

We will now begin offering the Basic Science portion of our program at our campus on Montserrat as early as October 1, 2018 and at our new British Virgin Islands campus as soon as January, 2019. Our University counsel will be in discussion with the ECFMG next week to allow current students and graduates to continue to take the Step Exams and proceed into the 2019 match.

It is strongly advised that you don't return the affidavit forms at this time because this situation is a gray area that still needs to be explored before we submit anything.

Thank you for your patience during this challenging time.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                            Mon, Dec 10, 2018 at 11:16 AM
To: sujeilpt@live.com

 **USAT**

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Montserrat USMLE Review and Clinicals with Dr. Brown Feb 2018

2 messages

**Karen Baldwin** <karen.baldwin@usat.edu>                  Mon, Jan 8, 2018 at 1:21 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students,

**There are still a few seats left for the Montserrat Feb 2018 USMLE Step 1 Review with Dr. Brown and as well as clinical rotations. Please see below for details and let me know ASAP if you are interested in attending so we can gather the needed paperwork. If you have any questions please also let me know.**

The next USMLE Prep course and clinical rotation has been set to run February 17, 2018 thru March 3, 2018. This is an opportunity for students who have completed the Review of Systems or transferred as a 3rd year medical student to experience the best of Montserrat. Students can complete 30 clinical training hours in Tropical Medicine and/or Family Medicine from 9am-12pm (M-F), then head to campus to enjoy a catered luncheon followed by USMLE Step I prep daily from 1:30pm-6:30pm (M-F) and Saturday from 9am-1pm (58 hours total). Save the evening for enjoying the local amenities that Montserrat offers as the 'Emerald Isle of the Caribbean'. By completing the 30 hours of clinicals on Montserrat you will then be eligible to receive a Diploma in International Medicine.

**In order to reserve your space please contact** Karen.baldwin@usat.edu **by January 19, 2018. You will need to pay the course fee of $800 along with your lodging cost option in full before your space is guaranteed. Please note without making the** payment by February 1st you will not be able to attend. You will need a white coat along with a current USAT Student ID and a letter from USAT for immigration in order to be allowed entry to the country.

**BSC 817. USMLE Step I preparation & review**, February 19, 2018 to March 2, 2018 [3 credits]. This course will enable the student to complete that last minute push before taking the required NBME versions 13 and above then followed by Step I. Students must bring a laptop or tablet, capable of receiving and sending information.

**Clinical Rotations: Tropical Medicine and/or Family Medicine**, February 19, 2018 to March 2, 2018. Students will participate in clinical training in a tropical environment for approximately 3-4 hours daily, in one of the various Government run clinics in Montserrat, including Glendon Hospital. For students who prefer another option you are also able to work with Dr. Brown to gain clinical research elective credits with the Harvard Data-verse Project Clerkship.

The tuition for this combined program is only $800, excluding transportation and accommodations for USAT students, $1250 for other interested parties. Off campus lodging is available from February 17, 2018 to March 3, 2018 for $400 for 2 weeks for a double occupancy room or $600 for a single room for 2 weeks (housing is shared with up to 7 other students).

Travel to Montserrat is via the VC Bird International Airport in St Johns, Antigua & Barbuda, airport code ANU. Travel to Montserrat is via a 90 minute ferry: https://discovermni.com/ferry-schedule

Travel by air (prop plane) on Fly Montserrat https://www.flymontserrat.com or
ABM Air Montserrat http://montserrat-flights.com

The Faculty for this course will be Dr. Tony Brown. We will offer High Speed Internet.

As an added bonus your passport will include the Montserrat cloverleaf stamp!

Thank you,
Karen Baldwin
University of Science Arts & Technology
karen.baldwin@usat.edu
303.371.0252

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                 Mon, Dec 10, 2018 at 6:39 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message: