**EXHIBIT 2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; ET ALS**<br><br>PLAINTIFFS<br><br>VS.<br><br>**UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ET ALS**<br><br>DEFENDANTS | CIVIL NO. 19-1707<br><br><br>RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO);<br>FRAUDULENT INDUCEMENT;<br>BREACH OF CONTRACT;<br>UNJUST ENRICHMENT;<br>TORT DAMAGES<br><br>TRIAL BY JURY DEMANDED |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is Jose Enrique Blasco Jusino. I am of legal age, student, single, domiciled and resident of Ponce, Puerto Rico.

2. My address is the following: 1369 Urb. Mercedita, Bonita St. Ponce, PR 00717.

3. In February, 2017, I was searching for a medical school to apply in order to get into a career in medicine.

4. On or around July 12, 2017. I met Manuel José Ortiz-Bustillo ("Ortiz") in The Hilton Garden Miami Airport Hotel West Doral in Miami, FL.

5. Ortiz and Cabrera represented themselves as officials of the medical school known as University of Science, Arts and Technology ("USAT").

6. Ortiz and Cabrera represented to me that USAT was an accredited college of medicine in Puerto Rico.

7. Between February 2017 and June 21, 2017, I received various materials regarding USAT, such as a brochures, applications and enrollment agreements. These materials made representations that USAT was an accredited college of medicine in Puerto Rico, as well as other states.

8. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Orien L. Tulp ("Tulp") is the President of USAT, Carla M.

Konyk ("Konyk") is the Vice-President and Director of Administration and Finances of USAT, and Karen Baldwin ("Baldwin") is the Administrator of USAT.

9.  Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Ortiz is the Dean of the USAT College of Medicine in Puerto Rico, and that Cabrera is the Clinical Coordinator of Student Affairs of the USAT College of Medicine in Puerto Rico.

10. As such, my understanding was that Tulp, Konyk, Baldwin, Ortiz and Cabrera (jointly "USAT Officials") were all officials and representatives of USAT.

11. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT was accredited by the Educational Commission for Foreign Medical Graduates ("ECFMG") so that USAT students may be able to take the United States Medical Licensing Examinations.

12. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that being a student of USAT would allow me to take the United States Medical Licensing Examinations.

13. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT also had other satellite campuses or schools in other states in the United States, such as in Florida, Maryland and Texas.

14. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT had its main Administrative Office in the state of Colorado, in the United States.

15. I understood that the USAT officials have been working at USAT for some time.

16. The USAT Officials made representations that USAT's purpose was to provide me an education in medicine if I applied to be a student.

17. In consideration of providing me an education in medicine if I became a student, USAT would request payments from me.

18. The USAT Officials made representations that once the payments would be received, they would provide the education in medicine and I would be able to take the United States Medical Licensing Examinations.

19. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I was induced and made the decision to apply to USAT, thinking that I was going

to be able to receive a valid medical education in Puerto Rico and will be able to apply for and take the United States Medical Licensing Examinations.

20. From June 15, 2017 up to July 11, 2017, I submitted all the required documents and required payments to USAT in order to apply.

21. On June 21, 2017, I received a letter from Tulp which informed me that I was admitted to the medical doctor program of USAT. The letter said it was a typical four-year program of scientific and medical education. The Letter indicated that I must pay no less than four thousand nine hundred dollars ($4,900.00) per semester plus other expenses such as a Matriculation Fee, Medical Student Malpractice Insurance Fee, Anatomy Lab Fee, Technology Fee, Clinical Fee and Graduation Fee which amounted to approximately three thousand one hundred forty-five dollars ($3,145.00).

22. Once I was admitted by USAT, USAT Officials from both Puerto Rico and Colorado came to attend the White Coat Ceremony making the representation that we were going to start a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

23. Once I was admitted by USAT, the USAT officials oriented me as to the manner of payment and the possibility of taking out a loan.

24. On June 22, 2017, the USAT officials assisted me in submitting a loan application with SouthEast Bank ("SB") in order to pay USAT.

25. On June 18, 2017, I submitted a loan application to SB, which was accepted and they provided a personal loan to me for the sum amount of $60,000.00.

26. On September 1, 2017 and December 1, 2017, SB disbursed the personal loan and directed to the offices of USAT located in Colorado.

27. I did not receive the personal loan directly, but instead had to request USAT to deliver me certain sum amounts from the personal loan.

28. The USAT officials located in Colorado were the ones that had full control of my SB personal loan.

29. On September 13, 2017, USAT would deduct the sum amount of $12,060.00 from the $60,000.00.

30. From the date of my admission until September of 2018, USAT had received the sum amount of $28,695.00 for providing education in medicine.

31.    From the date of my admission until September of 2018, while USAT received the sum amount of $28,965.00, I understood that I was receiving a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

32.    On September 28, 2018, I was studying and applied for the ECFMG number. Number required to take and apply for the USMLE.

33.    After I applied, ECFMG requested me to submit information under penalty of perjury via an affidavit to describe the USAT medical school information and asking whether I had physically attended the USAT medical classes at Montserrat.

34.    On October 18, 2018, the ECFMG informed me that I was not eligible for the United States Medical Licensing Examination.

35.    On September 14, 2018, I was notified by the USAT Officials of the ECFMG irregularities.

36.    On September 24th of 2018, the USAT Officials notified me of a telephone conference to be held on September 26th of 2018 to discuss the ECFMG irregularities.

37.    On September 26th of 2018, a telephone conference was held with Tulp and the attorneys of USAT to address me and other students' concerns regarding the denial to take the United States Medical Licensing Examination.

38.    During that September 26th telephone conference, Tulp instructed me and the other students to falsely inform ECFMG that the me and the other students took the USAT medical education at the Montserrat main campus.

39.    Tulp made the representation that ECFMG had been provided false information regarding USAT students and the USAT location of colleges of medicine.

40.    After this telephone conference, I began send numerous communications to the USAT Officials inquiring as to why I could not take the United States Medical Licensing Examination.

41.    During September, October and November of 2018, the USAT Officials dodged and evaded questions by me and other students regarding their lack of eligibility for the United States Medical Licensing Examination.

42.    During early November of 2018, the USAT Officials instructed me and the other students to not send additional information to ECFMG outside the instructions of USAT.

43. During early November of 2018, the USAT Officials instructed me and the other students to send all information regarding ECFMG to Konyk, who would then refer me and the other students to USAT's attorney.

44. During early November of 2018, the USAT Officials also tried to invite me and the other students to transfer to start again at other medical schools suggested by USAT.

45. On November 8th of 2018, Ortiz sent an e-mail to me and the other students regarding ECFMG's decision to find me and the other students not eligible for the United States Medical Licensing Examination. In that e-mail, Ortiz falsely represented to me and the other students that USAT was "surprised" by ECFMG's decision.

46. Subsequent to this e-mail, me and the other students demanded a physical meeting with Ortiz to discuss face to face these surprising events.

47. On November 16th, 2018, USAT Officials sent an electronic mail to some Plaintiffs invoking a meeting on that same date at around 5:30 pm.

48. However, the meeting was delayed until 10 pm, when Ortiz arrived.

49. At 10 pm, me and the other students met with Ortiz and asked him a line of questions concerning whether USAT had licensing and/or certification status in Puerto Rico and whether me and other students' finances and personal loans that was controlled by the USAT Officials in Colorado would be returned.

50. Ortiz did not answer our questions, answering them evasively and without any concrete answers.

51. On December of 2018, I noticed that USAT Officials vacated the USAT college of medicine school in Puerto Rico.

52.  USAT took me and the other students medical school documents to an unknown location.

53. However, USAT never resolved me and the other student's situation and we were unable to take the United States Medical Licensing Examination via USAT.

54. On January 28, 2019. I requested USAT to deliver certain transcripts about my medical education and they did not provide the same. I started requesting the document with the USAT official email, by January 28th, 2019 they have closed my email account, so I started asking for them through my personal email account.

55. Instead, on February 16, 2019, USAT began to send me invoices from their Colorado Office with fabricated expenses and costs, requesting me to make more payments.

56. On March 14, 2019, I received the transcript of my medical education from USAT.

57. However, these transcripts of medical education from USAT were not accepted by other medical schools.

58. On December 3, 2018, I applied to Xavier School of Medicine, which did not accept the USAT medical education. On April 8, 2019, I applied to St. Matthew University School of Medicine, which did not accept the USAT medical education. Also, I applied to three (3) Medical Schools in Puerto Rico and four (4) Podiatric Medical Schools in the United State.

59. Therefore, I had to start my medical education again as if I did not receive any.

60. Based on the above, USAT received a sum amount of$48,965.00($20,000.00 of the total amount, is money they never reimbursed), from my $120,000.00, without providing a valid medical education in Puerto Rico.

61. Based on the above, USAT received a sum amount of $48,965.00($20,000.00 of the total amount, is money they never reimbursed), from my $120,000.00 for providing an invalid medical education that resulted in my inability to take the United States Medical Licensing Examinations.

62. All the USAT Officials participated in the false representation that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

63. USAT falsely represented to me and many other students throughout October 16, 2017 up to December 9, 2018 that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

64. However, the reality is that USAT did not provide to me and the other students a valid medical education, which resulted in me being unable to take the United States Medical Licensing Examinations.

65. From the February 12, 2017 until November 8, 2018, USAT and the USAT officials kept repeating their false statements that they were providing a valid medical education and I would be able to take the United States Medical Licensing Examination, so long as I kept paying them, which I did because USAT received the sum amount of $48,965.00($20,000.00 of the total amount, is money they never reimbursed), from my $120,000.00.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. sec. 1746.

Dated at San Juan, PR, this 29 day of March, 2021.

Jose E. Blasco-Jusino, M.M.S.

Case 3:19-cv-01707-WGY    Document 78-3    Filed 03/31/21    Page 8 of 97

 Gmail

Jose Blasco <jose.e.blasco@gmail.com>

---

## USAT Puerto Rico

---

**USAT Puerto Rico** <pradmissions@usat.edu>
To: jose.e.blasco@gmail.com
Cc: Daniela Cabrera <daniela.cabrera@usat.edu>, Manuel Ortiz Bustillo <manuel.ortizbustillo@usat.edu>

Tue, May 16, 2017 at 10:56 PM

Saludos;

Es un placer saludarle y poder servirle. En las pasadas horas David Huffmann de la oficina de Colorado me refiere su expediente para cotejo del mismo. Efectivo abril 2017 toda admision a USAT que sea procedente de Puerto Rico y/o Republica Dominicana tendra que ser evaluada por el equipo de trabajo de USAT PR Extension. Esta localidad de USAT en PR estara ubicada en 598 Ave. Barbosa, Esquina calle Guayama en el area de Hato Rey, y la misma manejara todo los procesos estudiantiles entiendase; admisiones, ciencias basicas y clinicas, asuntos financieros, afiliaciones a instituciones hospitalarias, entre otras.

En las proximas 24-48 horas un representante de la misma se estara comunicando con usted para poder aclarar cualquier duda o inquietud que le pueda presentar.

Gracias por su interes en USAT PR!

PR Admissions.







*View from Montserrat*

# USAT
## MONTSERRAT

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

**P.O. Box 506, South Mayfield Estate Drive,
Olveston, Montserrat, British West Indies
Tel: 727-388-2687 / Fax:303-399-4106
U.S. Information Office: 3442 Ash Street; Denver, CO 80207
Local Phone: 303-371-0252, Fax 303-371-6967/0117
http://usat.edu
Email: admissions@usat.edu & Admissions2@usat.edu**

*Office of the President*

Thank you for your interest in the University of Science, Arts and Technology (USAT), and the programs offered.

We recognize that professionals, like yourself, are interested in pursuing a medical career while still working a traditional schedule and living life. We try to accommodate our students by offering our lectures in four day weekend blocks (Thursday - Sunday), one weekend a month. This allows students to commute to Florida, Texas, or Maryland for the once monthly sessions, and complete the clinical portion of their MD training in hospitals and clinics nearer their home. This is a ladder type blended program (combines progressive distance education and scheduled core lectures) program that builds on your current level of medical education, rather than duplicating it as many other MD programs do. It is also structured such that students may continue employment during their study for the MD degree. Moreover, there are no age restrictions on enrollment or matriculation.

This is a two phase program, conducted in, but not limited to The United States. Phase I is 12 to 15 months of focused lectures and examinations in a seminar, clinic, or hospital setting, and represent the basic medical sciences review part of the program. The curriculum is based on an integrative systems model, and the lectures are supplemented by slide sets are provided to matriculated students. Most lecturers for this program are USA MD-PhD credentialed.

The second [Clinical] Phase consists of 80 weeks of clinical training preferably close to your home, so as to enable you to continue essentially full time employment while studying. Clinical training may be completed in any state and in some foreign countries. The Clinical training phase includes 50 weeks of core specialties and 30 weeks of elective specialties of your selection. All clinical training must be completed in an accredited institution or clinic authorized by the University. An advanced standing student must attend a minimum of 12.5 hours of mentoring with a clinical mentor in any given week in order for the session(s) to count as a satisfactory week.

We encourage students to complete USMLE Step I within one year of matriculation or as soon thereafter as they can schedule it, so that they will be on track for Step II and residency when that time come. Note that the greatest delays in the USMLE exams are for USMLE Step II CS due to limited seats for that exam, and then getting the results back from the ECFMG in a timely manner. The average Step I test score for HCP to MD students for academic year 2009-10 was 89% and for step II 95% (with a top scores to date of 99% for both steps) for this program, nearly 10 points above the average for graduates of US medical schools and approximately 15 points better than other foreign medical school grads undertaking the same exam.

Our students sit for the same USMLE exams as US students, and are graded on the same standard. In addition, all 2009 graduates have now been offered top notch residency positions for the 2010 academic year in Florida and other states. USAT normally awards two qualifying medical degrees to HCP to MD students: the MBBS (Bachelor of Medicine, Bachelor of Surgery) about 2/3 of the way through the program and the MD upon completion of all didactic and clinical requirements. The intermediate MBBS is intended to enable the student to get a time advantage when applying for residency as it is by itself a qualifying degree for the ECFMG certification. USAT is licensed to award the MBBS, MD, and DO degrees, and students may elect to apply for any one or all three degrees. All three degrees qualify for registration to sit for the USMLE.

Currently, we are accredited by IMED, ASIC, FAIMER, ECFMG, and USMLE. This means that our students are able to obtain licensure in the U.S., Canada and abroad. You may verify the status of USAT on the IMED/FAIMER web site. Select Caribbean for the region, and then select Montserrat as the country in the Caribbean. You will see USAT listed, thus the graduates can qualify for licensure in the USA and most other nations by virtue of having been listed on the ECFMG register. USAT grads qualify for post graduate training in the USA and other nations. USAT is accredited by the Government of Montserrat and the American Association for Higher Education and Accreditation in the USA. This program qualifies for Veterans Administration Educational Benefits for qualified Veterans or their designate(s) of the US Armed Forces. `

Tuition is modest, currently at US $4900/semester for the base tuition for this program. HCPs, including PAs, NPs and DCs must be enrolled for a minimum of 9 semesters in order to satisfy minimal ECFMG criterion for medical licensure. Entry level HCP may require an additional 2 semesters to complete the entire program.

Thanks again for your correspondence. I have enclosed an application for your review.

Orien L Tulp, PhD, MD, FACN, CNS
Professor of Pharmacology and Nutritional Sciences
President, University of Science Arts and Technology

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003) USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education © 2010 USAT*

# USAT
## MONTSERRAT



*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free:  866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## APPLY ONLINE

**Apply online** at https://usat.maestrosis.com/FECreateAccount.aspx. By applying online you will be able to upload all of your documents and view the status of your application. **Important, your browser pop-up blocker must be disabled for the portal to function properly.**

**Application Notes: You must upload all required documents to the online application** portal including the two recommendation letters, resume/CV, background (records) check, application fee, enrollment agreement, fee schedule agreement, and unofficial transcripts. The only exception is the official transcripts (required within 90 days of admission) which must be sent via mail to USAT by either the institution, or the prospective student may send the official transcripts in the original **unopened and sealed** envelope they obtained from the institution. Mail official transcripts to USAT Admissions Department, 3442 Ash St., Denver, CO 80207. The background/records check may be obtained by your local police or Sheriff's department. Once we receive your **complete** application with all required documents your application will be forwarded to the admissions board. Once it is forwarded you should receive a decision in less than two weeks depending on application volume.

Important, if you were referred by another student you must type their name in the field related to where you heard about USAT. This will ensure they receive the referral credit.

If you have any questions and your last name starts with **A-L** contact David Huffman at admissions@usat.edu and for last names **M-Z** contact Sean Moudy at admissions2@usat.edu.

# Upload All Required Documents into the Online Application Portal

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003)   USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education   © 2003-2012 USAT*



# USAT
## MONTSERRAT

*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687, Toll Free: 866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu

*Office of the Director*

## Contacts for USAT:

**Phone: 303-371-0252**

| | | |
|---|---|---|
| **Admissions (A-L): David Huffman** | Ext. 103 | admissions@usat.edu |
| **Admissions (M-Z): Sean Moudy** | Ext. 104 | admissions2@usat.edu |
| **Montserrat Administration: Tracy Scipio** | 727-388-2687 | t.scipio@usat.edu |
| **Student Services: Stephanie Majors** | Ext. 102 | studentservices@usat.edu |
| **Academic Requirements/ECFMG: Dr. Tulp** | | o.tulp@usat.edu |
| **Director/Student Accounts: Carla Konyk** | Ext. 101 | c.konyk@usat.edu |
| **Registrar (A-L): Nadine Cruz** | Ext. 105 | registrar@usat.edu |
| **Registrar (M-Z) & IDs: Mary Hickling** | Ext. 106 | registrar2@usat.edu |
| **Webinars: Karen Baldwin** | Ext. 107 | karen.baldwin@usat.edu |

*While USAT encourages study groups and student interactions, it is the policy of USAT to protect the privacy of both our instructors and our students. We will not provide contact information for the professors, the students or the graduates of the university without their express permission.*

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2010 USAT*

# 2017 University of Science, Arts and Technology
# LECTURE CONFERENCE SCHEDULE

| 2017 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19M | 20M | 21M | 22M | 23L | 24L | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | | |
| FEB | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9T | 10T | 11T | 12T | 13 | 14 | 15 | 16M | 17M | 18M | 19M | 20 | 21 | 22 | 23D | 24D | 25D | 26D | 27 | 28 | | | | | | |
| MAR | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16M | 17M | 18M | 19M | 20L | 21L | 22 | 23D | 24D | 25D | 26D | 27 | 28 | 29 | 30 | 31 | | | |
| APR | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | *20M | *21M | *22M | *23M | 24 | 25 | 26 | 27D | 28D | 29D | 30D | |
| MAY | | 1 | 2 | 3 | 4T | 5T | 6T | 7T | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18M | 19M | 20M | 21M | 22L | 23L | 24 | 25D | 26D | 27D | 28D | 29 | 30 | 31 | | | | | |
| JUN | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8T | 9T | 10T | 11T | 12 | 13 | 14 | 15M | 16M | 17M | 18M | 19 | 20 | 21 | 22 | 23D | 24D | 25D | 26 | 27 | 28 | 29 | 30 | | | |
| JUL | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13M | 14M | 15M | 16M | 17L | 18L | 19 | 20D | 21D | 22D | 23D | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| AUG | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10T | 11T | 12T | 13T | 14 | 15 | 16 | 17M | 18M | 19M | 20M | 21 | 22 | 23 | 24D | 25D | 26D | 27D | 28 | 29 | 30 | 31 | | | | |
| SEP | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14M | 15M | 16M | 17M | 18L | 19L | 20 | 21D | 22D | 23D | 24D | 25 | 26 | 27 | 28 | 29 | 30 | | |
| OCT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19M | 20M | 21M | 22M | 23 | 24 | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | | |
| NOV | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9M | 10M | 11M | 12M | 13L | 14L | 15 | 16D | 17D | 18D | 19D | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | | |
| DEC | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14M | 15M | 16M | 17M | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

**TAMPA** — **BALTIMORE/MIAMI** — **DALLAS**

**MUST SIGN-UP PRIOR FOR ANATOMY LAB**

**GRADUATION IN MIAMI**

**Tampa, Florida Location = T**
Hilton Westshore Tampa Airport Hotel
2225 N. Lois Avenue
Tampa, FL 33607
Reservations: (813) 877-6688

**Miami, FL Location = M**
The Hilton Garden Miami Airport Hotel West Doral
3550 NW 74th Avenue
Miami, FL 33122
Reservation: (305) 629-7701

**Baltimore, MD Location = M**
DoubleTree by Hilton Baltimore – BWI Airport
890 Elkridge Landing Rd,
Linthicum Heights, MD 21090
Reservation: (410) 859-8400

**Dallas/Ft Worth Location = D**
Four Points by Sheraton
1580 Point West Blvd
Coppell, TX 75019
Reservation: (469) 702-6311

*April 20-23 in MIAMI ONLY the lecture will be held at the Homewood Suites next door all four days. Reservations 305-629-7831*

**Class times are: Thursday 1pm to 6pm/ Friday 9am to 6pm/ Saturday 8am to 6pm (testing from 9-10)/ Sunday 8am to 6pm**



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY
P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

June 21, 2017

Blasco Jusino, Jose E.
2267 Igualdad St.
Ponce, PR 00717

Re: Admission to MD Program

Dear Jose Blasco,

Congratulations, on behalf of the admissions committee I am pleased to advise of you of your admission to the MD program at the University of Science, Arts and Technology. This is typically a 4-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission with advanced standing starting with a projected minimum of 13 semesters to graduate based on your previous education and qualifications. However, if you can show completion of basic science "Reinforcement Courses," and "Intensified USMLE Step 1 review may be changed to 12 semesters to complete your educational requirements.

The tuition for the MD program is currently USD $4,900 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $895), Anatomy Lab fee (USD $500/lab), a Technology fee (USD $250), and a Graduation fee of (USD $900 for the first degree and $500 for each additional degree).  The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Information Department, 4288 Youngfield St., Wheat Ridge, CO 80033 or USAT PR, PO Box 364363, San Juan, PR 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program.  We offer our lectures in 4 day, weekend blocks (Thursday – Sunday), one weekend a month, with Orientation for new students occurring on Thursdays at 1:00 pm.  Generally, our Tampa, FL site is held on the 2nd weekend of each month, Miami, FL and Baltimore, MD sites are held on the 3rd weekend of each month, and our Dallas/ Ft. Worth, TX site is held on the 4th weekend of each month.  The same lecture material is offered at the FL, MD, and TX locations.  You may complete remaining matriculation activities on that weekend.  Should you need accommodations during the weekend, contact the hotel and identify the University and they may be able to book you at our corporate rate. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc:  Dr. Konyk

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*



# USAT MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

> make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
> work to foster good relationships between individuals from different groups;
>
> observe and develop the diversity of skills and talents within its student body, current faculty and staff;
>
> build an environment based on trust and mutual respect;
>
> undertake a plan of action to make and enforce equality procedures;
>
> regularly monitor the effectiveness of equal opportunity policies;
>
> communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: __JEB__                                                                                    1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:
1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be:

1.) Informed of the results of any examination taken;
2.) Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**

1.) A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.) A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.) At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.) Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.

5.) The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.
Assessment methods may include the following:
Written examinations;
Practical examinations;

Initials: JEB                                                                                          2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

**H. Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

**I. AWARDS**
1.1          Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1.2
A) UNDERGRADUATE DEGREES
             Bachelor of Science (BSc)
             Bachelor of Arts (BA)
             Bachelor of Medicine and Bachelor of Surgery (MBBS)
             Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
             Master of Science (MSc)
             Master of Arts (MA)
             Master of Public Health (MPH)
             Doctor of Public health (DPH)
             Medical Doctor (MD)
             Doctor of Dental Medicine and Surgery (DDS)
             Doctor of Philosophy (PhD)
C) OTHER
             The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: JEB___                                                                                                    3

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

<u>All students must adhere to the following USAT University Policies while enrolled in all programs:</u>

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: JEB___                                                                                                                     4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract:** If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1.  Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2.  For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3.  All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4.  Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5.  Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student Signature:* _____

*Printed Name:* Jose E. Blasco _____
*Date:* _____ February 17, 2017

Initials: __JEB__                                                                                 5

UNIVERSITY OF SCIENCE
3442 ASH ST
DENVER, CO 802070000

07 11 2017
Merchant ID:
Terminal ID:
267539451885

12:27:27
000000003143424
06544366

CREDIT CARD

VISA SALE

| | |
|---|---|
| CARD = | XXXXXXXXXXXX7704 |
| INVOICE | 2590004 |
| Batch =: | 000259 |
| Approval Code: | 830281 |
| Entry Method: | Manual |
| Mode: | Online |

SALE AMOUNT $600.00

I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)

X CC auth form
Jose E. Blasco
Jusino

MERCHANT COPY
matriculation fee

# SouthEast Bank Private Loan Credit Agreement

| Loan Date | Account ID | Loan Number |
|---|---|---|
| 6/19/2017 | XXXX645963-01 | 358 |

| Lender: | SouthEast Bank | School: | University of Science, Arts and Technology |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Student Borrower:** | Jose E Blasco Jusino<br>Urb Playa Del Sur<br>48 Fragato St.<br>Guanica, PA 00653 | **Lender:**   SouthEast Bank | 12700 Kingston Pike<br>Knoxville, TN 37934 |
| **Cosigner:** | Edmundo Jusino<br>Urb Playa Del Sur<br>Fragata St #48<br>Ensenada, PA 00647 | **Servicer:**   ReliaMax Lending Services | PO Box 91910<br>Sioux Falls, SD 57109-1910 |

*(No alterations, scratch outs or white-outs will be accepted on this form.)*

**1. DEFINITIONS.**

In this Private Loan Credit Agreement (the "Agreement"), the words "I", "me", "mine", "my", mean each person who signs this Agreement as Borrower or as Cosigner, jointly and severally unless the applicable language specifically refers to only one or the other or specifies a different meaning.

"Application" means the application for a Loan submitted by me for this Loan (as applicable).

"Business Days" are Monday through Friday, excluding days when a bank in the State of Tennessee is required or permitted to be closed.

"Capitalized Interest" or "Capitalized" means any interest unpaid as of the date the loan enters repayment and at the conclusion of a deferment or forbearance will be capitalized (added to the principal balance). Interest then begins accruing on the increased principal balance.

"Current Index" means the Three-Month London Interbank Offered Rate (LIBOR) referred to as "3 Month LIBOR" as published on The Wall Street Journal's website (or any generally recognized successor method or means of publication) (See Section 9 below for specific information regarding the Index for this Credit Agreement.)

"Deferment/Forbearance" means under certain circumstances, you may be eligible to receive a deferment or forbearance that allows you to temporarily postpone or reduce your loan payments.

"Disbursement Date" means the date on any Loan check or any date the Lender electronically transmits funds to the Eligible Institution.

"Disclosure Statement" means any Application and Solicitation Disclosure, Approval Disclosure and/or Final Disclosure pursuant to the Federal Truth in Lending Act collectively that may be provided separately from this Agreement. The Approval Disclosure and the Final Disclosure are incorporated by reference into this Agreement. In the event of any conflict between the terms of the Final Disclosure and this Agreement, the Final Disclosure shall govern.

"Eligible Institution" means the entity set forth above as "School".

"Interim In-School Deferred Period" means the time period beginning with the first Disbursement Date, continuing while the Student is attending the Eligible Institution on at least a half-time basis, and ending six (6) months after: (i) the

Student's withdrawal or dismissal from the Eligible Institution; (ii) the Student is no longer attending the Eligible Institution on at least a half-time basis, or (iii) the Student graduates from the Eligible Institution and the student does not enroll in an Internship/Residency program within the six months. If the student enrolls in an Internship/Residency program within six (6) months of graduating from the Eligible Institution, the loan will enter repayment thirty-six (36) months after graduating from the Eligible Institution.

"Lender", "you" and "your" mean SouthEast Bank, or any subsequent holder of this Agreement, and also any agent or servicer acting on behalf of Lender and any guarantors/insurers or any subsequent holder of this Agreement, unless the applicable language specifies a different meaning.

"Loan" means any and all loan advances made by the Lender under the terms and conditions of this Agreement.

"Loan Date" means the date set forth as 'Disbursement Date".

"Loan Origination Fee" means a fee assessed by the Lender for processing a new Loan application. The Loan Origination Fee for this loan is 2.75%.

"Loan Period" means the time period specified by the Eligible Institution regardless of whether a different period was specified by me in the Application. This represents the corresponding academic period for which I am requesting the loan. The Loan Period cannot exceed 12 months.

"Margin" means 6.95%.

"Principal Sum" or "Principal Balance" means the loan amount you borrowed plus any capitalized interest.

"Repayment Period" means (i) if Total Deferred is elected for the repayment option during the Interim In-School Deferred Period, the time period beginning after the Interim In-School Deferred Period ends, or (ii) if immediate repayment of principal and interest is elected for the repayment option, the time period beginning within fifty (50) days after the final Disbursement Date and in each case, ending when the Loan is required to be paid in full. The Repayment Period will not exceed twenty (20) years.

**2. AGREEMENT TO PAY.**

To the extent advanced, I agree to pay, to the order of Lender, the principal sum which is the amount disbursed by the Lender and received by the Eligible Institution plus any Loan Fee I owe under Section 8 below ("Origination Loan

Fee"). The Principal Sum will not exceed the lesser of the amount requested by me or the amount approved by the Eligible Institution. I also agree to pay accrued interest as described in Section 9 below (see also Section 10); and all other charges, fees and costs that become due as required in this Agreement. In the event of default, I also promise to pay reasonable attorney's fees, and reasonable collection agency commissions, fees and costs, court and other collection costs, to the extent permitted by law. I understand that I will be liable to pay all of these amounts, in full, even if another person also signs this Agreement.

### 3. APPROVAL AND CANCELLATION OF AGREEMENT.

I understand that when you accept my signed Agreement, you are not agreeing to lend me money and I am not bound by the terms and conditions set forth in this Agreement, and there is no such agreement until the Disbursement Date and you have funded the Loan. If you decide to make a Loan to me, I hereby authorize you at your option and on my behalf to transfer the Loan funds electronically or via check to the Eligible Institution identified on this credit agreement. You have the right not to make the Loan or not make a disbursement on the Loan, as permitted by applicable law. Further, you have the right to lend an amount different from the amount requested in my Application based upon information received from the Eligible Institution. I agree to accept an amount less than the amount I requested on the Application and to repay the entire Loan amount that you actually lend to me based upon information from the Eligible Institution.

**Approval:** I understand that I am not legally obligated to repay any amounts owed under this Agreement until such amounts are disbursed by the Lender. I understand that I am signing this Agreement before this Loan has been fully approved by the Lender because the Lender has not yet received all required information and the Lender has not yet received certifications from the Eligible Institution. Once all information is obtained by the Lender and the Loan is fully approved, the Lender will provide me with the appropriate Disclosure(s) showing the principal amount that has been approved and other important information.

**Cancellation:** If I do accept the Loan offer, Lender will provide me with a Final Disclosure. The Final Disclosure will be sent to me before any advances on the Loan are disbursed to the Eligible Institution. **If I am not satisfied with the terms and conditions of my Loan as approved by the Lender, I may cancel this Agreement and all Loan disbursements by the deadline for cancellation set forth in my Final Disclosure.** To cancel this Agreement, I must give you notice of cancellation using the methods set forth in the Final Disclosure, together with any verification of identity and/or of authorization that you may require, by no later than the deadline for cancellation set forth in my Final Disclosure. If I cancel this Agreement and the Loan during the cancellation period identified in the Final Disclosure, no advances will be disbursed to the Eligible Institution and the Loan will be cancelled. However, cancellation of this Agreement will not affect the continuing validity of Section 19 below ("Arbitration Agreement"). I acknowledge that the Lender may cancel my Loan at any time in accordance with applicable law.

### 4. LOAN PURPOSE.

I certify to Lender that the proceeds of the Loan will be used only to pay for qualified higher education expenses, as described in Section 221(d)(2) of the Internal Revenue Code of 1986 (as amended), 26 U.S.C. Section 221(d)(2), ("Qualified Higher Education Expenses") relating to my enrollment and attendance at the Eligible Institution on at least a half-time basis during the Loan Period, as approved by the Eligible Institution and/or Lender, as applicable. Moreover, I agree to return to the Lender any Loan proceeds not attributable to such expenses.

### 5. DISBURSEMENTS.

I authorize you, at your option, to disburse Loan funds in whole or in part (a) electronically to the Eligible Institution, to be applied to the Student's account, or (b) by check made jointly payable to me and the Eligible Institution, that is mailed to the Eligible Institution (at your discretion). I understand that disbursements to the Eligible Institution may be made in stages, as tuition and other applicable Qualified Education Expenses become due and payable.

### 6. STOPPING DISBURSEMENTS.

I may ask you to stop making disbursements. To stop a disbursement, and any further disbursements, you must receive my request via electronic mail, or in writing, together with any verification of identity and/or of authorization that you may require, by no later than the deadline for cancellation set forth in my Final Disclosure. You may stop a disbursement, and any further disbursements, if any Loan check is not endorsed, deposited and cleared within ninety (90) days, if I am in default at any time (see Section 11), or if you learn that I am no longer attending the Eligible Institution on at least a half-time basis. I will be liable to repay all disbursements made under this Agreement, even if you or I stop subsequent disbursements.

### 7. RETURNING FUNDS.

If all or any part of the Loan funds disbursed on any Disbursement Date are returned to you directly by the Eligible Institution, or if a Loan check is not endorsed, deposited and cleared within ninety (90) days of that Disbursement Date, Lender will charge no interest and will not assess any Loan Fee with respect to the funds returned or with respect to the funds represented by the uncashed Loan check.

### 8. LOAN ORIGINATION FEE.

I will pay you a Loan Origination Fee at the time each disbursement in made on my behalf to the Eligible Institution under this Loan. The dollar amount of any Loan Origination Fee will be determined as a percentage of the Principal Sum. The Loan Origination Fee I will pay will be shown within the Itemization of Amount Financed on my Disclosure Statement and added to the principal balance of my loan and deducted from the loan proceeds when such loan proceeds are disbursed. To the extent permitted by law, and unless I timely cancel a disbursement I will not be entitled to a refund of any Loan Origination Fee relating to that disbursement. The Loan Origination Fee is fully earned by Lender when it is assessed (subject to Section 7 above)

### 9. INTEREST.

**Accrual.** Beginning on the first Disbursement Date, interest will be calculated at the Variable Rate (see "Variable Rate" below) and charged on the Principal Sum, and on any unpaid interest later added to the Principal Sum as set forth herein. Interest will be calculated at the Variable Rate and charged on the "Principal Sum" of this Agreement until all amounts are paid in full. Interest will be calculated on a daily simple interest basis. The daily interest rate will be equal to the annual interest rate in effect on that day, divided by the average number of days in a calendar year (365.25). Interest accrues on the unpaid principal balance of the Loan (including any Loan Fee) from the Disbursement Date until the date the Loan is repaid in full (subject to Section 7 above).

**Capitalization of Interest.** Upon entering the Repayment Period of the loan, any outstanding accrued interest shall be "capitalized" and added to the unpaid principal of the loan. Such capitalized interest shall be subject to the same interest accrual as the principal sum.

The Lender, at its discretion, may allow a deferment or forbearance of payments on the loan. In such an event, any interest that has accrued during such periods shall also be capitalized at the end of the deferment or forbearance period and added to the outstanding principal balance of the loan.

**Variable Rate:** The Variable Rate is equal to the Current Index, plus a margin of 6.95% as calculated according to the loan program rules and as disclosed to me on my Disclosure Statement. The Variable Rate may change quarterly on the first day of each January, April, July and October (the "Change Date(s))" if the Current Index changes. Any increase will take the form of higher payment amounts, any decrease will take the form of lower payment amounts, unless my monthly payment amount is less than $100.00 (principal and interest) or the unpaid balance (whichever is less) which will result in my loan being paid off in a repayment period of less than originally disclosed.

**Current Index:** The "Current Index" for any calendar quarter beginning on a Change Date (or for any shorter period beginning on the Disbursement Date and ending on the first Change Date) is the three-month London Interbank Offered Rate ("LIBOR") published in the "Money Rates" section of The Wall Street Journal on the 20th day of the month preceding the applicable Change Date as applied according to the following rules (or on any successor or

EDMED_06012016_10453655

substitute page of a successor available source providing such quotations). You will use the three-month LIBOR as published without regard to the two-day delayed effective date. If the 20th day of the month is not a business day, you will use the preceding business day to determine the Current Index. For purposes of this Paragraph "business day" means any day the banks in New York and London are open for the transaction of business. You may round the current Index higher to two decimal places. For example, 6.68751% may be rounded to 6.69%. (This is an example and may not reflect the actual LIBOR.) LIBOR is the British Banker's Association average of interbank offered rates for dollar deposits in the London market based on quotations at 16 major banks. LIBOR is only a pricing index and is not necessarily the lowest interest rate index used by you or any other lender. If LIBOR is no longer available, you will choose a comparable index.

In no event will the amount of interest due or any payment or fee in the nature of interest payable by me under this Agreement exceed the lesser of eighteen percent (18%) per year or the maximum rate of interest allowed by applicable law, as amended from time to time. If any interest is charged or received by you in excess of that amount, the excess sum will be credited as a payment of principal, unless I notify you, in writing, that I elect to have the sum returned to me. Interest shall be computed on the basis of a 365.25 day year.

**Variable Rate Changes:** You will notify me of any changes in the Interest Rate as required by law. A change in the rate may cause the amount of the final payment to change or may cause the amount of the monthly payment to increase or decrease.

**Interest After Default:** If I default (see Section 11), and/or if Lender obtains a judgment against me on this Agreement, interest will continue to accrue on all amounts I owe under this Agreement at the Variable Rate applicable to this Loan before default and before judgment. The interest rate will continue to be adjusted quarterly as described above, before and after default and before and after judgment.

## 10. REPAYMENT.

If I elected Total Deferred - During the Interim In-school Deferred Period, if any, you may send the Borrower statements (showing the total of my loan disbursements and the interest that accrues on my loan). Statements will be sent to the address shown on your records. I am not required to make payments during the Interim In-school Deferred Period, however it is in my best interest to make payments during this time period. You will add any interest that I do not pay during the Interim In-school Deferred Period to the principal balance, as described in section 9.

If I elected the "Immediate Principal and Interest Repayment" option, I will make monthly payments of principal and accrued interest during the In-School Period and my first payment will be due within fifty (50) days after the final disbursement of my Loan. If I fail to make the full payment due, and I have not graduated or not ceased to be enrolled at least half-time; my loan will convert to "Interim In-School Deferred."

**Repayment Options:** During the Repayment Period, alternative or graduated repayment options may be available upon request. If I desire an alternative repayment option, I will contact my servicer upon receipt of my "Welcome Letter" with the payment option I prefer.

**Repayment Schedule:** I will make consecutive monthly payments of principal and accrued interest during the Repayment Period until all amounts I owe in connection with this Loan are paid in full. However, I agree that my scheduled monthly payments of principal and interest will not be less than $100 which may result in a repayment term of less than twenty (20) years.

**Monthly Statements:** During the Repayment Period I will receive monthly statements for the repayment of my Loan. Failure to receive a monthly statement does not relieve me from my obligation to make all payments as required by the terms of this Agreement (as those payments may be changed by Lender to reflect interest rate changes).

**Revised Payment of Principal and Interest:** If my Variable Rate changes, as provided in Section 9 above, Lender may change the monthly payment of principal and interest I am required to pay, so that the payments will allow me to repay the unpaid balance of principal, interest and other charges due over the remaining term of the Repayment Period at the new interest rate. If

Lender does this, the change in the monthly payment amount will be provided on my monthly statement.

**Application of Payments:** Payments will be applied first to Return payment fees if applicable, then to accrued interest, then to principal up to the monthly payment amount, then to late fees. I understand that all accrued interest must be paid before the principal balance can be reduced.

**Prepayment:** I may, at my option, prepay all or any part of the principal, interest and other charges at any time before payment is due (whether during the In-School Interim Deferred Period or the Repayment Period) without penalty. Because of the way interest is calculated, I will not receive any interest refund or rebate if I prepay in full. Because the Loan Origination Fee is earned when assessed, I will not receive a rebate of any portion of the Loan Origination Fee if I prepay my Loan in full after it has been disbursed **(subject to Section 7 above).**

Prepayment of more than the monthly installment amount due under this Agreement will be applied to future monthly payments but no more than three months into the future, unless I clearly direct in writing submitted with such prepayment that I do not want such funds applied toward future monthly payments. If I instruct you to not apply a prepayment to future monthly payments, the prepayment will not reduce the amount of my required monthly payment until Lender recalculates the Repayment Schedule due to interest rate changes, and will not excuse me from having to make all previously scheduled future monthly payments on their due dates. However, prepayment of more than the monthly installment amount due under this Agreement may reduce the number of payments I must make and/or the amount of my future payments.

**Late Payments, Partial Payments, and "Payment in Full":** To the extent permitted by applicable law, Lender may accept late payments, partial payments or payments marked "Payment in Full" or having similar language, without waiving any of its rights under this Agreement or under applicable law, notwithstanding any act, omission or thing which might operate as a legal or equitable discharge.

**Late Charges:** If you do not receive a payment by its due date, my Loan may be in default (see Section 11). In addition, I will pay a late charge if you do not receive any part of a monthly payment within fifteen (15) days after it becomes due. The late charge will be $50 or 5% of the unpaid amount of the payment, whichever is less.

**Returned Check Charges:** I agree to pay a Returned Check Charge of $15 for any check or other instrument you receive as payment of amounts due under this Agreement, that is dishonored for any reason, or if any bank returns any other payments to you (including electronic payments) unpaid. This fee is in addition to any fee that my bank may also charge me, and is in addition to the late charge described above.

**Amount Owing at the End of the Repayment Period:** Since interest accrues daily upon the unpaid principal balance of my Loan (including capitalized interest), if I make payments after my payment due dates, I may owe additional interest and late charges at the end of the Repayment Period. In such cases, my last monthly payment shall be the amount necessary to repay my Loan in full, including the outstanding principal balance, all accrued and unpaid interest, and all other charges, fees and costs that are due under the terms of this Agreement.

**Payment Due Despite Withdrawal from the Eligible Institution, Death or Disability:** I understand that I have to repay this Loan in full, even if I withdraw or am dismissed from the Eligible Institution without graduating or completion, even if such failure is caused by the Eligible Institution ceasing to provide education services. If I die, the terms of this Agreement will be binding on my estate, which will be liable for my unpaid indebtedness. I also understand that if I become totally and permanently disabled, my unpaid indebtedness on this Loan shall not be canceled.

**11. DEFAULT.** To the extent permitted by applicable law, my Loan will be in default if any of the following occurs: (a) A monthly payment is not received on or before its due date; (b) I break any promise made in this Agreement; (c) Lender discovers any false or misleading statement in any information I have given Lender in connection with this Agreement or the Application for this Loan; (d) I fail to use the proceeds of this Loan solely for Qualified Higher Education Expenses; (e) I make an assignment for the

benefit of creditors or have voluntary or involuntary bankruptcy proceedings instituted by or against me; (f) I am adjudicated incompetent; (g) I fail to notify you of any change in my name, address, telephone number, or school enrollment status within 10 days after a change occurs; (h) I allow another person to forge my signature on any document.

**12. LENDER'S REMEDIES AFTER DEFAULT.** If a default occurs, then after any applicable notice and right to cure default that is required by applicable law (see Section 13), Lender may declare the entire balance of principal, interest and other charges owed under this Loan immediately due and payable, in full, without further notice to me. Lender may then take action to collect the entire Loan balance, including (without limitation): (a) bringing a lawsuit against me and obtaining a judgment against me and/or (b) referring my Loan to a third party (such as a collection agency) for further collection efforts. To the extent permitted by applicable law, I agree to pay any reasonable collection agency commissions, fee and charges, reasonable attorneys' fees and actual court costs (including fees and costs in bankruptcy court and in appellate courts), and any other costs of collection incurred by Lender as the result of a default. If I default, then after any applicable waiting periods or notices required by applicable law, and as permitted by applicable law, Lender may also disclose information about my default to one or more national consumer credit reporting agencies, which may adversely affect my ability to obtain other credit. To maintain a good credit rating, it is to my advantage to meet my obligations under this Agreement.

**13. NOTICES.** I must immediately notify you in writing (within 30 days) after any of the following occurs: (a) a change in my mailing address (including my electronic mail address, if I have agreed to receive notices and other communications electronically from you) and/or my name; (b) I cease to be enrolled on at least a half-time basis at an the Eligible Institution; or (c) I graduate from the Eligible Institution. Any notice I send you will be sent to the address you have most recently provided me for that purpose. If you have not provided any address to me, notices may be sent to the address shown on my monthly statements.

Except as otherwise provided by applicable law, any notice you are required to give me will be effective when mailed by first class mail to the latest address you have for me. Alternatively, if I have agreed to receive notices and other communications electronically, such notice will be effective when transmitted electronically to the latest electronic mail address you have for me. To the extent permitted by applicable law, any notice you send to any one of us will be considered sent to all of us.

**14. GOVERNING LAW; UNSECURED AGREEMENT; INVALID PROVISIONS; WAIVERS; EXTENSION, RENEWAL, OR RELEASE; ASSIGNMENT; CHANGES TO AGREEMENT.**

**Governing Law:** I understand and agree that Lender is headquartered in Tennessee and the Loan will be disbursed by Lender from Tennessee through a third-party agent. **Consequently, the provisions of this Agreement (except for Section 19) will be governed by federal law and (to the extent not preempted by federal law) the laws of the State of Tennessee, without regard to conflict of law rules.** Section 19 (Arbitration Agreement) is governed by the Federal Arbitration Act, and not by any state law concerning arbitration.

**Unsecured Agreement:** Lender waives any right it may have under any other document to claim a security interest in property to secure this Agreement. This Agreement is unsecured.

**Invalid Provisions:** If any provision of this Agreement is held invalid or unenforceable in arbitration under Section 19 or by a court having jurisdiction, the remaining provisions of this Agreement shall not be affected, and this Agreement shall be construed as if such invalid or unenforceable provisions had not been included in this Agreement. However, Section 19 (Arbitration Agreement) shall be null and void if the "Class action waiver" paragraph in Section 19 is held to be invalid or unenforceable, as described more fully in Section 19 below.

**Waivers:** Unless prohibited by applicable law, I waive my rights to require you to demand payment of amounts due (known as "presentment"), to give notice that amounts due have not been paid (known as "notice of dishonor"), to obtain an official certification of non-payment (known as "protest"), and, to the extent permitted by applicable law, to give any other notices or demands in connection with this Agreement.

You may delay, fail to exercise, or waive any of your rights on any occasion without losing your entitlement to exercise any and all of your rights on any future occasion.

**YOU AND I EACH WAIVE THE RIGHT TO A JURY TRIAL CONCERNING ANY CLAIM OR DISPUTE RELATING TO OR ARISING FROM THE APPLICATION, ANY DISCLOSURE STATEMENT, THIS AGREEMENT, OR THE LOAN (REGARDLESS OF WHETHER THE CLAIM OR DISPUTE IS WITHIN THE SCOPE OF THE ARBITRATION AGREEMENT AND REGARDLESS OF WHETHER I OPT OUT OF THE ARBITRATION AGREEMENT).**

**Extension, Renewal or Release:** You may extend or renew this Agreement at your discretion and you may release any one of us without affecting or releasing any of the rest of us.

**Assignment:** I may not assign this Agreement or any of its benefits or obligations. You have the right to assign your rights and duties under this Agreement without my consent and without notice to me. If this Agreement is sold or otherwise transferred, my rights under the law or under this Agreement are in no way altered or impaired.

**Changes to Agreement:** Except as otherwise indicated in this Agreement, no term or provision of this Agreement may be changed unless agreed to in writing by both Lender and me.

**Savings Clause:** If a law which applies to this Agreement and which sets maximum Interest or finance charges is finally interpreted so that the Interest or other charges collected or to be collected in connection with this Agreement exceeds the permitted limits, then: (a) any such charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. You may choose to make this refund by reducing the Principal I owe under this Agreement or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial prepayment.

**No Accord and Satisfaction:** A restrictive endorsement on any payment item (such as "paid in full") will not be considered an accord and satisfaction of what I owe under this Agreement. If I dispute any amount owed you, I must write to ReliaMax Lending Services, PO BOX 91910, Sioux Falls, SD 57109-1910, or such other address provided by you to me for correspondence.

**Bankruptcy:** If I file for bankruptcy I may still be required to pay the amount due under this Agreement.

**Set-Off:** Whenever my Loan is in default (and regardless of whether you have declared the entire Loan balance to be immediately due and payable, in full), you may apply any funds of mine in your possession or control against amounts owed under this Loan without any notice.

**General:** Section and paragraph headings and captions in this Agreement are for convenience and reference purposes only, and are not intended to limit the meaning of any provision of this Agreement. Whenever applicable in this Agreement, the use of the singular includes the plural and use of the plural includes the singular.

**Signatures:** I agree that if I sign this Agreement and transmit such signed Agreement to you via facsimile, electronically transmitted portable document format, or via electronic signature and submission, such transmission shall be treated in all manner and respects as an original signature (or counterpart thereof) and shall be considered to have the same binding legal effects as if it were the original signed version thereof delivered in person. I agree not to raise the use of a facsimile machine, electronic transmission in portable document format, or electronic signature and submission to deliver a signature or the fact that any signature was transmitted or communicated through the use of facsimile machine, electronic transmission in portable document format or electronic signature and submission as a defense to enforceability of this Agreement and I forever waive any such defense.

**15. PRIVACY MATTERS.**

**Communicating with Me:** To the extent permitted by applicable law, and without limiting any other rights you may have, I expressly consent and authorize you, your affiliates or agents, and Lender, and its affiliates or agents, and any subsequent holder or servicer of my Loan to communicate with me, in

EDMED_06012016_10453655

Page **4** of **8**

connection with the application or my Loan, and in connection with all other current or future loans, using any phone number or email address that I provided in the application, or using any phone number or email address that I provide in the future. You, your affiliates or agents, and Lender, and its affiliates or agents, and any subsequent holder or servicer of my Loan, to the extent permitted by governing law, may communicate with me, using any current or future means of communication, including, but not limited to, automated telephone dialing equipment, artificial or pre-recorded voice messages, SMS text messages, email directed to me at a mobile telephone service, or email otherwise directed to me. I AUTHORIZE THE USE OF SUCH MEANS OF COMMUNICATION EVEN IF I WILL INCUR COSTS TO RECEIVE SUCH PHONE MESSAGES, TEXT MESSAGES, OR EMAILS.

**Updating Information:** I agree to give you updated financial, enrollment status, contact, mailing and other information about me, and updated information about the Student, any time required under this Agreement or any time you reasonably request.

**The Eligible Institution:** To the extent permitted by applicable law, I authorize that you may provide a copy of any application, this Agreement, or any other document or information regarding my Loan request to, and may report my payment history to, the Eligible Institution.

**Receipt of and Reporting of Credit Information:** I authorize you to investigate my creditworthiness and to receive credit information about me (and my spouse if I live in a community property state) from others, including other lenders, consumer credit reporting agencies, and educational loan information clearinghouses. You may also furnish information about my Loan, including but not limited to, late payments, missed payments or other defaults on my account, to credit reporting agencies and other persons who may legally receive such information. A negative credit report reflecting on my credit record may be submitted to a credit reporting agency if I fail to fulfill the terms of my Loan obligations.

**Communications Regarding Loan and Release of Loan Information:** To the extent permitted by applicable law, I authorize you and the Eligible Institution to communicate with each other, and to release information pertinent to this Loan to each other and (unless I submit written directions otherwise) to members of my immediate family, including my spouse. I further authorize any lender or holder of any of my outstanding educational loans to release any information on any of my outstanding educational loans to any other lender or holder of any of my other educational loans. I authorize the Eligible Institution to release to you, your servicer or your agents any requested information pertinent to this Loan including (but not limited to) enrollment status, prior loan history and your current telephone number and address.

**Communications Regarding the Loan Certification and Disbursement Process:** To the extent permitted by applicable law, I authorize you and the Eligible Institution to communicate with any third-party service provider utilized by you to facilitate the certification of my Loan request by the Eligible Institution or to facilitate the process of disbursing my loan funds to the Eligible Institution.

**Inquiries to Learn Current Address and Telephone Number:** I authorize you to release information and make inquiries to the individuals listed as references on the Application for the purpose of learning my current address and telephone number.

**Social Security Number:** You and the Eligible Institution may verify my Social Security number with the Social Security Administration (SSA). If the number on my Loan records is incorrect or missing, then I authorize the SSA to disclose my correct Social Security number to you and the Eligible Institution.

**Department of Education Information:** I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to you.

**16. STATE AND LOCAL TAXES AND FEES** (if applicable): I understand that I am responsible for payment of any and all taxes and/or fees imposed by any state or local government authority arising as a result of the indebtedness evidenced by this Agreement.

**17. STATE LAW NOTICES.** I understand that the following notices are required by or necessary under state law and that these notices may not describe all of the rights that I have under state and federal law. Unless otherwise indicated, each notice applies to borrowers and/or cosigners who live in the indicated state on the date that they submitted the application and to borrowers and/or cosigners who are residents of the state.

**ALABAMA RESIDENTS:** (For purposes of the following notice, the word "you" refers to the Student Borrower and the Cosigner, not the Lender): CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

**CALIFORNIA RESIDENTS ONLY:** I have the right to prohibit the use of information contained in my credit file in connection with transactions not initiated by me. I may exercise this right by notifying the consumer credit reporting agency. A married applicant may apply for a separate account. If you take any adverse action as defined by Section 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, I have the right to obtain within 60 days a free copy of my consumer credit report from the consumer reporting agency who furnished you my consumer credit report and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. I have the right as described by Section 1785.16 of the California Civil Code to dispute the accuracy or completeness of any information in a consumer credit report furnished by the consumer credit reporting agency.

**CALIFORNIA AND UTAH RESIDENTS:** As required by California and Utah law, I am hereby notified that a negative credit report reflecting on my credit record may be submitted to a credit reporting agency if I fail to fulfill the terms of my credit obligations.

**IOWA RESIDENTS ONLY:** If you are an Iowa resident and your amount financed is Twenty-Five Thousand Dollars ($25,000) or less, this is a consumer credit transaction.

**IOWA KANSAS AND NEBRASKA RESIDENTS ONLY: (For purposes of the following notice, the word "you" refers to the Student Borrower, not the Lender): NOTICE TO CONSUMER. This is a consumer credit transaction. 1. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THIS CREDIT AGREEMENT. 2. YOU ARE ENTITLED TO A COPY OF THIS CREDIT AGREEMENT. 3. YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY AND MAY BE ENTITLED TO A REFUND OF UNEARNED CHARGES IN ACCORDANCE WITH LAW.**

**MARYLAND RESIDENTS ONLY:** Lender and I have agreed that this Credit Agreement is governed by federal law and the laws of Tennessee without regard to conflict of laws rules; if any court should nevertheless determine that this Credit Agreement is subject to Maryland laws concerning credit, then only to the extent that Maryland law applies, Lender and I agree and elect that this loan is made under and governed by Subtitle 10, Credit Grantor Closed End Credit Provisions, of Title 12 of the Commercial Law Article of the Annotated Code of Maryland, except as preempted by federal law.

**MASSACHUSETTS RESIDENTS ONLY:** Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

**MISSOURI RESIDENTS ONLY: ORAL AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR FORBEAR FROM ENFORCING REPAYMENT OF DEBT INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE. TO PROTECT ME AND YOU (THE LENDER) FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.**

**NEBRASKA RESIDENTS:** A credit agreement must be in writing to be enforceable under Nebraska law. To protect you (Borrower(s)) and us (Lender) from any misunderstandings or disappointments, any contract, promise, undertaking, or offer to forbear repayment of money or to make any

EDMED_06012016_10453655

Page 5 of 8

other financial accommodation in connection with this loan of money or grant or extension of credit, or any amendment of, cancellation of, waiver of, or substitution for any or all of the terms or provisions of any instrument or document executed in connection with this loan of money or grant or extension of credit, or any amendment of, cancellation of, waiver of, or substitution for any or all of the terms or provisions of any instrument or document executed in connection with this loan of money or grant or extension of credit, must be in writing to be effective.

**NEVADA RESIDENTS ONLY:** This is a loan for study.

**NEW JERSEY RESIDENTS ONLY:** The section headings of the Agreement are a table of contents and not contract terms. Portions of this Agreement with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Agreement, acts or practices (i) by you which are or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may or will be taken by you unless prohibited by "applicable law" are permitted by New Jersey law.

**NEW YORK, RHODE ISLAND and VERMONT RESIDENTS:** I understand and agree that you may obtain a consumer credit report in connection with this application and in connection with any updates, renewals or extensions of any credit as a result of this application. If I ask, I will be informed whether or not such a report was obtained and, if so, the name and address of the agency that furnished the report. I also understand and agree that you may obtain a consumer credit report in connection with the review or collection of any loan made to me as a result of this application or for other legitimate purposes related to such loans.

**NEW YORK RESIDENTS ONLY:** If any debt incurred on the account is ever in default, that fact may become a part of my credit record.

**OHIO RESIDENTS ONLY:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**OKLAHOMA RESIDENTS ONLY:** If I am in default and only if the total amount disbursed under this Note is greater than $3,600 (or any higher dollar amount established by law for the payment of such fees), I agree to pay the Lender's attorney's fees and court costs up to 15% of the unpaid debt.

**SOUTH DAKOTA RESIDENTS ONLY:** Any improprieties in making the loan or in loan practices may be referred to Division of Banking, South Dakota Department of Labor and Regulation, 1601 N. Harrison Avenue, Suite 1, Pierre, SD 57501, Phone: 605.773.3421, Fax: 866.326.7504 ReliaMax Lending Services, LLC originates and services loans for lenders and is licensed by the South Dakota Division of Banking. If you have questions, concerns or disagree with a determination, you can contact the Division of Banking at: 1601 N. Harrison Avenue, Suite 1, Pierre, SD, 57501 or (605)773-3421.

**TEXAS RESIDENTS ONLY: Lender does not have to give me notice that Lender is demanding or intends to demand immediate payment of all that I owe.**

**UTAH RESIDENTS ONLY:** This Agreement is the final expression of the agreement between me and you and it may not be contradicted by evidence of an alleged oral agreement.

**VERMONT RESIDENTS ONLY:** BY SIGNING THIS CREDIT AGREEMENT, YOU CONSENT TO THE LENDER OBTAINING YOUR CONSUMER REPORT FROM A CONSUMER REPORTING AGENCY IN CONNECTION WITH THE TRANSACTION OR EXTENSION OF CREDIT FOR PURPOSES OF REVIEWING YOUR LOAN ACCOUNT, FOR THE PURPOSE OF TAKING COLLECTION ACTION ON YOUR LOAN ACCOUNT, OR FOR OTHER LEGITIMATE PURPOSES ASSOCIATED WITH YOUR LOAN ACCOUNT.

**WISCONSIN RESIDENTS ONLY:**
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE PRECEDING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY

BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS CREDIT AGREEMENT AND MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

**WISCONSIN RESIDENTS ONLY:** If I am a married Wisconsin resident: (1) My signature confirms that this loan obligation is being incurred in the interest of my marriage or family. (2) No provision of any marital property agreement, unilateral statement under §766.59 of the Wisconsin Statutes or court decree under §766.70 adversely affects your interest unless, prior to the time that the loan is approved, you are furnished with a copy of the marital property agreement, statement, or decree or have actual knowledge of the adverse provision. (3) My spouse has actual knowledge that this credit is being extended to me and has waived the requirements of §766.56(3)(b) of the Wisconsin Statutes, as acknowledged by his or her signature on the Notice to Married Wisconsin Residents that I receive with this Agreement.

**18. FEDERAL LAW NOTICES.**

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government report the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for me: When I apply for a student loan, you will ask for my name, address, date of birth and other information that will allow you to identify me. You may also ask to see my driver's license or other identifying documents.

**REPORTING INFORMATION TO A CREDIT BUREAU:**

**NOTICE: The Lender may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in the borrower's credit report.**

**HOLDER NOTICE:** I understand that the following notice is only applicable to loans issued to finance attendance at for-profit educational institutions or institutions otherwise subject to the FTC Holder Rule under 16 CFR 433.2.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**NOTICE TO COSIGNER, if any: (In this Notice to Cosigner, "you" and "your" mean any Cosigner signing this Agreement.)**

You are being asked to guarantee this debt. Think carefully before you do. If the Borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of this debt if the Borrower does not pay. You may also have to pay late charges, which increases this amount.

The Lender can collect this debt from you without first trying to collect from the Borrower. The Lender can use the same collection methods against you that can be used against the Borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become part of *your* credit record.

This notice is not the contract that makes you liable for the debt.

**19. ARBITRATION AGREEMENT. - Please read carefully.**

To the extent permitted under federal law, you and I agree that either party may elect to arbitrate – and require the other party to arbitrate – any Claim under the following terms and conditions. This Arbitration Agreement is part of the Agreement.

This Arbitration provision will apply to my credit agreement, unless: (A) I notify you in writing that I reject the Arbitration provisions within sixty (60) days of signing my credit agreement: (B) I am a covered borrower as defined by the Military Lending Act, 10. U.S.C. §987; or (C) I am afforded statutory protections that prohibit submission of a dispute to arbitration. RIGHT TO REJECT: I MAY REJECT THIS Arbitration Agreement by mailing a signed rejection notice to ATTN: Arbitration Agreement Rejections, 1415 Ritner Highway, Carlisle, PA 17013. Any Rejection Notice must include my name, address, telephone number and loan or account number.

2. IMPORTANT WAIVERS: If you or I elect to arbitrate a Claim, you and I both waive the right to: (1) have a court or jury decide the Claim; (2) PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION, WHETHER AS A CLASS REPRESENTATIVE, CLASS MEMBER OR OTHERWISE; (3) ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; OR (4) JOIN OR CONSOLIDATE CLAIM(S) WITH CLAIMS INVOLVING ANY OTHER PERSON IN COURT OR IN ARBITRATION. The arbitrator shall have no authority to conduct any arbitration inconsistent with the Class Action and Multi-Party Waivers.

3. DEFINITIONS: In this Arbitration Agreement, the following definitions will apply:

"I," "me" and "my" means the Borrower on this Agreement; the Student on whose behalf the proceeds of the Agreement have been advanced; the cosigner on this Agreement; and the heirs, executors and assigns of all the foregoing. "You," "your" and "yours" mean the Lender; any other subsequent holder of this Agreement; SouthEast Bank; all of their parents, wholly or majority owned subsidiaries and affiliates; any predecessors, successors and assigns of these entities; and all officers, directors, employees, agents and representatives thereof. These terms also include any party named as a co-defendant with you in a Claim asserted by me, such as investors or potential investors, credit bureaus, credit insurance companies, closing agents, escrow agents, insurance agents, loan originators, rating agencies, loan servicers, debt collectors, loan guarantors, performance bond trustees, tuition recovery funds, the Eligible Institution, and any of the Eligible Institution's financial aid offices or officers. "Claimant" means the party who first asserts a Claim in a lawsuit or arbitration proceeding. "Administrator" means, as applicable, the American Arbitration Association, 335 Madison Avenue, New York, NY 10017, www.adr.org (800) 778-7879 or any other party that you and I agree to in writing, provided that the Administrator must not have in place a formal or informal policy that is inconsistent with and purports to override the terms of this Arbitration Agreement.

4. "CLAIM" means any legal claim, dispute or controversy between you and me that arises from or relates in any way to this Agreement, including any dispute arising before the date of this Arbitration Agreement and any dispute relating to: (1) the imposition or collection of principal, interest, attorney's fees, collection costs or other fees or charges relating to this Agreement; (2) other provisions of this Agreement; (3) any application, disclosure or other document relating in any way to this Agreement or the transactions evidenced by this Agreement: (4) any insurance or other service or product offered or made available by or through you in connection with this Agreement, and any associated fees or charges; (5) your methods of soliciting my business; and (6) any documents, instruments, advertising or promotional materials that contain information about this Agreement or any associated insurance or other service or product. This includes, without limitation, disputes concerning the validity, enforceability, arbitrability or scope of this Arbitration Agreement or this Agreement; disputes involving alleged fraud or misrepresentation, breach of contract or fiduciary duty, negligence or other torts, or violation of statute, regulation or common law. It includes disputes involving requests for injunctions, other equitable relief or declaratory relief. However, "Claim" does not include any individual action brought by me in small claims court or my state's equivalent court, unless such action is transferred, removed or appealed to a different court. Also, "Claim" does not include any challenge to the validity and effect of the Class Action and Multi-Party Waivers, which must be decided by a court.

If there is an Arbitration Agreement in place (a "Prior Arbitration Agreement") governing a prior Agreement to you (a "Prior Agreement"), "Claim" also includes disputes relating to the Prior Agreement. If I do not reject this Arbitration Agreement, any such Claim will be governed by this Arbitration Agreement rather than the Prior Arbitration Agreement. If I reject this Arbitration Agreement, the Claim will be governed by the Prior Arbitration Agreement, provided that, if I never had the chance to reject the Prior Arbitration Agreement and no demand for arbitration has been previously made, my rejection of this Arbitration Agreement will also serve as my rejection of the Prior Arbitration Agreement.

5. STARTING ARBITRATION: To initiate arbitration, you or I must give written notice of an election to arbitrate. This notice may be given after a lawsuit has been filed and may be given in papers or motions in the lawsuit. If such a notice is given, the Claim shall be resolved by arbitration under this Arbitration Agreement and the applicable rules of the Administrator(s) will be selected under the Administrator's rules, except that the arbitrator(s) must be a lawyer with at least ten years of experience or a retired judge, unless you and I agree otherwise.

6. LOCATION AND COSTS: You will consider (and generally honor) any good faith request to bear the fees charged by the Administrator and the arbitrator. Each party must normally pay the expense of that party's attorneys, experts and witnesses, regardless of which party prevails in the arbitration; unless otherwise determined by the arbitrator(s).

7. DISCOVERY; GETTING INFORMATION: Either party may obtain from the other party prior to the hearing any information available under the Administrator's rules or any relevant information the arbitrator determines should in fairness be made available.

8. EFFECT OF ARBITRATION AWARD: Any state or federal court with jurisdiction and venue may enter an order enforcing this Arbitration Agreement, enter judgment upon the arbitrator's award and/or take any action authorized under the Federal Arbitration Act, 9 U.S.C. §§1 et seq. (the "FAA"). For any arbitration-related proceedings in which courts are authorized to take actions under the FAA, each party hereto expressly consents to the non-exclusive jurisdiction and venue of any state court of general jurisdiction or any state court of equity that is reasonably convenient to me, *provided* that the parties to any such judicial proceeding shall have the right to initiate such proceeding in federal court or remove the proceeding to federal court if authorized to do so by applicable federal law. The arbitrator's award will be final and binding, except for any appeal right under the FAA. Any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider *de novo* any aspect of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Except as provided in Paragraph 6 above, the appealing party will pay the Administrator's and arbitrator's costs of the appeal.

9. GOVERNING LAW: This Arbitration Agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA, and not by any state law concerning arbitration. The arbitrator shall follow applicable substantive law to the extent consistent with the FAA, applicable statutes of limitation and applicable privilege rules, and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (subject to constitutional limits that would apply in court), declaratory, injunctive and other equitable relief, and attorneys' fees and costs. Upon the timely request of either party, the arbitrator shall write a brief explanation of the basis of his or her award. The arbitrator will follow rules of procedure and evidence consistent with the FAA, this Arbitration Agreement and the Administrator's rules.

10. SURVIVAL, SEVERABILITY, PRIMACY: This Arbitration Agreement shall survive my full payment of the Agreement; your sale or transfer of the Agreement; any legal proceeding to collect a debt owed by me to you; any bankruptcy or insolvency; any forbearance or modification granted pursuant to the Agreement; any cancellation, or request for cancellation, of the Agreement or any or all disbursements under the Agreement; and any change in the School enrollment status of the Student. If any portion of this Arbitration Agreement cannot be enforced, the rest of the Arbitration Agreement will continue to apply,

EDMED_06012016_10453655

Page 7 of 8

provided that the entire Arbitration Agreement (other than this sentence) shall be null and void with respect to any Claim asserted on a class, representative or multi-party basis if the Class Action and Multi-Party Waivers are held to be invalid, subject to any right to appeal such holding. In the event of any conflict or inconsistency between this Arbitration Agreement and the Administrator's rules or the Agreement, this Arbitration Agreement will govern.

11. NOTICE OF CLAIM; RIGHT TO RESOLVE; SPECIAL PAYMENT: Prior to initiating, joining or participating in any judicial or arbitration proceeding, whether individually, as a class representative or participant or otherwise, regarding any Claim, the Claimant shall give the other party written notice of the Claim (a "Claim Notice") and a reasonable opportunity, not less than 30 days to resolve the Claim. Any Claim Notice I send must include my name, address, telephone number and loan or account number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. I may only submit a Claim Notice on my own behalf and not on behalf of any other party. The Claimant must reasonably cooperate in providing any information about the Claim that the other party reasonably requests.

CAUTION: IT IS IMPORTANT THAT EACH THE BORROWER AND COSIGNER THOROUGHLY READS THIS AGREEMENT BEFORE SIGNING BELOW. This Agreement contains all of the terms and conditions that apply to the Loan. This Agreement completely replaces any earlier understandings or communications any Borrower or Cosigner may have had with Lender, the Eligible Institution, or any other party about the Loan.

Before signing this Agreement, I, have read, understood and agree to all the provisions of this Agreement, including without limitation Section 19 (Arbitration Agreement). I and each of us agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement. Furthermore, I and each of us understand that consummation of this transaction does not occur upon the signing of this Agreement, but rather upon the disbursement of funds by the Lender as set forth in Section 3 above, meaning that my obligations under this Agreement only arise once such funds are disbursed. I agree that any and all proceeds of this Loan will be used solely for educational purposes as set forth in Section 4 above.

---

Prior to signing this Agreement, I have read and understood all the provisions of this Agreement. I agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement.

 CAUTION: IT IS IMPORTANT THAT EACH BORROWER AND COSIGNER THOROUGHLY READS THIS AGREEMENT AND ENSURE THAT THERE ARE NO BLANK SPACES CONTAINED IN THE NOTE BEFORE SIGNING BELOW.

STUDENT BORROWER SIGNATURE & DATE

| Jose E Blasco Jusino | Date (mm/dd/yyyy) |
|---|---|

ARIZONA RESIDENTS ONLY: For purposes of this notice, the words "you" and "your" refer to the Cosigner:  Marital Community Property Joinder: If you are a married Arizona resident your signature confirms that this loan obligation is being incurred in the interest of your marriage or family and that you will properly notify your spouse and join him or her to this loan obligation in accordance with Ariz. Rev. Stat. § 25-214 or other applicable law. You further affirm that no provision of any marital property agreement or court decree adversely affects your interest in this loan obligation

VERMONT RESIDENTS ONLY: For purposes of this notice, the word "you" and "your" refer to the Cosigner(s). NOTICE TO COSIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.

SPECIAL NOTICE FOR RESIDENTS OF GEORGIA: By signing as Cosigner, you waive any right to require the Lender to commence an action against the Student Borrower as provided in the Official Code of Georgia Annotated §10-7-24.

SPECIAL NOTICE FOR RESIDENTS OF NORTH CAROLINA: By signing as Cosigner, I waive any right I have to require the Lender to proceed in accordance with the provisions of North Carolina General Statutes §26-7 through §26-9 and acknowledge that the Lender may proceed against me without first proceeding against the Student Borrower.

Prior to signing this Agreement below, I have read and understood all the provisions of this Agreement (including without limitation Sections 17 and 19 and the Notice to Cosigner). I agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement.

COSIGNER SIGNATURE & DATE

| Edmundo Jusino | Date (mm/dd/yyyy) |
|---|---|

 **Private Education Loan
Applicant Self-Certification**

This space for lender use only

OMB No. 1845-0101
Form Approved
Exp. Date 07-31-2019

**Important:** Pursuant to Section 155 of the Higher Education Act of 1965, as amended, (HEA) and to satisfy the requirements of Section 128(e)(3) of the Truth in Lending Act, a lender must obtain a self-certification signed by the applicant before disbursing a private education loan. The school is required on request to provide this form or the required information only for students admitted or enrolled at the school. Throughout this Applicant Self-Certification, "you" and "your" refer to the applicant who is applying for the loan. The applicant and the student may be the same person.

**Instructions:** Before signing, carefully read the entire form, including the definitions and other information on the following page. Submit the signed form to your lender.

## SECTION 1: NOTICES TO APPLICANT

- Free or lower-cost Title IV federal, state, or school student financial aid may be available in place of, or in addition to, a private education loan. To apply for Title IV federal grants, loans and work-study, submit a Free Application for Federal Student Aid (FAFSA) available at www.fafsa.ed.gov, or by calling 1-800-4-FED-AID, or from the school's financial aid office.
- A private education loan may reduce eligibility for free or lower-cost federal, state, or school student financial aid.
- You are strongly encouraged to pursue the availability of free or lower-cost financial aid with the school's financial aid office.
- The financial information required to complete this form can be obtained from the school's financial aid office. If the lender has provided this information, you should contact your school's financial aid office to verify this information and to discuss your financing options.

## SECTION 2: COST OF ATTENDANCE AND ESTIMATED FINANCIAL ASSISTANCE

If information is not already entered below, obtain the needed information from the school's financial aid office and enter it on the appropriate line. Sign and date where indicated. See Section 5 for definitions of financial aid terms.

A.  Student's cost of attendance for the period of enrollment covered by the loan     $ 60,000.00
B.  Estimated financial assistance for the period of enrollment covered by the loan     $ .00
C.  Difference between amounts A and B     $ 60,000.00
    **WARNING:** If you borrow more than the amount on line C, you risk reducing your eligibility for free or lower-cost federal, state, or school financial aid.

## SECTION 3: APPLICANT INFORMATION

**Enter or correct the information below.**

Full Name and Address of School _University of Science, Arts and Technology - College of Medicine_ 3450 Ash St      Denver      CO  80207

Applicant Name (last, first, MI) _Blasco Jusino, Jose E_      Date of Birth (mm/dd/yyyy) _10/09/1992_ /

Permanent Street Address _Urb Playa Del Sur_      48 Fragato St.

City, State, Zip Code _Guanica, PA 00653_

Area Code / Telephone Number  Home ( ) _(787) 638-5908_      Other ( ) _(939) 292-6426_

E-mail Address _jose.e.blasco@gmail.com_

Period of Enrollment Covered by the Loan (mm/dd/yyyy)     From _08/22/2017_ /      to _05/05/2018_ /

**If the student is not the applicant, provide the student's name and date of birth.**

Student Name (last, first, MI) _____      Student Date of Birth (mm/dd/yyyy)____ / ___ / _____

## SECTION 4: APPLICANT SIGNATURE

I certify that I have read and understood the notices in Section 1 and, that to the best of my knowledge, the information provided on this form is true and correct.

Signature of Applicant _____      Date (mm/dd/yyyy) _____

0006940605

## SECTION 5: DEFINITIONS

**Cost of attendance** is an estimate of tuition and fees, room and board, transportation, and other costs for the period of enrollment covered by the loan, as determined by the school. A student's cost of attendance may be obtained from the school's financial aid office.

**Estimated financial assistance** is all federal, state, institutional (school), private, and other sources of assistance used in determining eligibility for most Title IV student financial aid, including amounts of financial assistance used to replace the expected family contribution. The student's estimated financial assistance is determined by the school and may be obtained from the school's financial aid office.

A **lender** is a private education lender as defined in Section 140 of the Truth in Lending Act and any other person engaged in the business of securing, making, or extending private education loans on behalf of the lender.

A **period of enrollment** is the academic year, academic term (such as semester, trimester, or quarter), or the number of weeks of instructional time for which the applicant is requesting the loan.

A **private education loan** is a loan provided by a private education lender that is not a Title IV loan and that is issued expressly for postsecondary education expenses, regardless of whether the loan is provided through the school that the student attends or directly to the borrower from the private education lender. A private education loan does not include **(1)** An extension of credit under an open-end consumer credit plan, a reverse mortgage transaction, a residential mortgage transaction, or any other loan that is secured by real property or a dwelling; or **(2)** An extension of credit in which the school is the lender if the term of the extension of credit is 90 days or less or an interest rate will not be applied to the credit balance and the term of the extension of credit is one year or less, even if the credit is payable in more than four installments.

**Title IV student financial aid** includes the Federal Pell Grant Program, the Federal Supplemental Educational Opportunity Grant (FSEOG) Program, the Federal Work-Study (FWS) Program, the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Perkins Loan Program, and the Teacher Education Assistance for College and Higher Education (TEACH) Grant Program. To apply for Title IV federal grants, loans, and work-study, submit a Free Application for Federal Student Aid (FAFSA), which is available at www.fafsa.gov, by calling 1-800-4-FED-AID, or from the school's financial aid office.

## SECTION 6: PAPERWORK REDUCTION NOTICE

**Paperwork Reduction Notice:** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0101. The time required to complete this information collection is estimated to average 0.25 hours (15 minutes) per response, including the time to review instructions, search existing data resources, gather and maintain the data needed and complete and review the information collection.

*If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to:* U.S. Department of Education, Washington, DC 20202-4651

*If you have any comments or concerns regarding the status of your individual submission of this form, contact your lender.*

0006940605

Rev. 04/2015

| **FACTS** | **WHAT DOES SOUTHEAST BANK DO WITH YOUR PERSONAL INFORMATION?** |

| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |

| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and Income<br>• Account Balances and Payment History<br>• Credit Scores and Credit History |

| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons SouthEast Bank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does SouthEast Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For our nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | • Call toll-free 1-844-732-2657 (1-844-SEBANKS) - our menu will prompt you through your choice(s)<br>• Visit your local branch<br>• Mail a letter to the following address requesting to opt out:<br><br>SouthEast Bank-Privacy Opt Out<br>12700 Kingston Pike<br>Farragut, TN 37934<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. |

| **Questions?** | Call toll-free 1-844-732-2657 (1-844-SEBANKS) or go to www.southeastbank.com |

**PAGE 2**

## Who We Are

| Who is providing this notice? | This notice is provided by SouthEast Bank. |
|---|---|

## What we do

| How does SouthEast Bank protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
|---|---|
| How does SouthEast Bank collect my personal information? | We collect your personal information, for example, when you <br>• Open an account <br>• Deposit money <br>• Pay your bills <br>• Apply for a loan <br>• Use your credit or debit card <br><br>We also collect your personal information from others; such as, credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only <br>• sharing for affiliates' everyday business purposes - information about your creditworthiness <br>• affiliates from using your information to market to you <br>• sharing for nonaffiliates to market to you <br>State laws and individual companies may give you additional rights to limit sharing. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choice will apply to everyone on your account. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br>*Our affiliates include:* <br>• *Financial companies such as: Educational Services of America, Inc. (Edsouth Services), Southeast Bancorp, and SouthEast Wealth Management.* |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. <br>• *SouthEast Bank does not share with nonaffiliates so they can market to you.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br>• *Our joint marketing partners include credit card companies and insurance companies.* |

# CHECKLIST

To continue processing your loan we need the following additional documentation:

## STUDENT BORROWER

### Loan Documentation

- Signed Credit Agreement via electronic signature      ☒ Received      ☒ Approved

- Signed Self Certification Form      ☒ Received      ☒ Approved

### Identity Verification Documents

- Copy of Valid, unexpired federal or state government issued photo identification (photo ID or Driver's License)      ☒ Received      ☒ Approved

- Copy of Social Security Card      ☒ Received      ☒ Approved

## COSIGNER

### Loan Documentation

- Signed Credit Agreement via electronic signature      ☒ Received      ☒ Approved

### Identity Verification Documents

- Copy of Valid, unexpired federal or state government issued photo identification (photo ID or Driver's License)      ☑ Received      ☑ Approved

- Copy of Social Security Card      ☑ Received      ☑ Approved

## RETURN BY ANY OF THE FOLLOWING METHODS:

| | |
|---|---|
| Upload: | www.campusdoor.com/SouthEastBank/Account |
| Fax: | 717-241-3188 |
| Email*: | additionalinformation@campusdoor.com |
| Mail: | SouthEast Bank, 1415 Ritner Highway, Carlisle PA 17013 |

The quicker we get your documentation, the faster we can disburse your funds.
If you have any questions, please contact us at 717-254-2381
Monday through Friday from 8:00 a.m. to 6:00 p.m. ET.
*Email transmissions may not be secure and is therefore not encouraged. Please ensure to properly protect or encrypt any personal information you elect to provide via email.

# SouthEast Bank Private Loan Credit Agreement

| Loan Date | Account ID | Loan Number |
|---|---|---|
| 6/13/2018 | XXXX929587-01 | 358 |

| Lender: | SouthEast Bank | School: | University of Science, Arts and Technology |
|---|---|---|---|

**Student Borrower:**   Jose E Blasco Jusino
Urb Playa Del Sur
48 Fragato St.
Guanica, PA 00653

**Lender:**   SouthEast Bank   12700 Kingston Pike
Knoxville, TN 37934

**Cosigner:**

Edmundo Jusino
Urb Playa Del Sur
Fragata St #48
Ensenada, PA 00647

**Servicer:**   ReliaMax Lending Services   PO Box 91910
Sioux Falls, SD 57109-1910

*(No alterations, scratch outs or white-outs will be accepted on this form.)*

**1. DEFINITIONS.**
In this Private Loan Credit Agreement (the "Agreement"), the words "I", "me", "mine", "my", mean each person who signs this Agreement as Borrower or as Cosigner, jointly and severally unless the applicable language specifically refers to only one or the other or specifies a different meaning.

"**Application**" means the application for a Loan submitted by me for this Loan (as applicable).

"**Business Days**" are Monday through Friday, excluding days when a bank in the State of Tennessee is required or permitted to be closed.

"**Capitalized Interest**" or "**Capitalized**" means any interest unpaid as of the date the loan enters repayment and at the conclusion of a deferment or forbearance will be capitalized (added to the principal balance). Interest then begins accruing on the increased principal balance.

"**Current Index**" means the Three-Month London Interbank Offered Rate (LIBOR) referred to as "3 Month LIBOR" as published on The Wall Street Journal's website (or any generally recognized successor method or means of publication) (See Section 9 below for specific information regarding the Index for this Credit Agreement.)

"**Deferment/Forbearance**" means under certain circumstances, you may be eligible to receive a deferment or forbearance that allows you to temporarily postpone or reduce your loan payments.

"**Disbursement Date**" means the date on any Loan check or any date the Lender electronically transmits funds to the Eligible Institution.

"**Disclosure Statement**" means any Application and Solicitation Disclosure, Approval Disclosure and/or Final Disclosure pursuant to the Federal Truth in Lending Act collectively that may be provided separately from this Agreement. The Approval Disclosure and the Final Disclosure are incorporated by reference into this Agreement. In the event of any conflict between the terms of the Final Disclosure and this Agreement, the Final Disclosure shall govern.

"**Eligible Institution**" means the entity set forth above as "School".

"**Interim In-School Deferred Period**" means the time period beginning with the first Disbursement Date, continuing while the Student is attending the Eligible Institution on at least a half-time basis, and ending six (6) months after: (i) the

Student's withdrawal or dismissal from the Eligible Institution; (ii) the Student is no longer attending the Eligible Institution on at least a half-time basis, or (iii) the Student graduates from the Eligible Institution and the student does not enroll in an Internship/Residency program within the six months. If the student enrolls in an Internship/Residency program within six (6) months of graduating from the Eligible Institution, the loan will enter repayment thirty-six (36) months after graduating from the Eligible Institution.

"**Lender**", "**you**" **and** "**your**" mean SouthEast Bank, or any subsequent holder of this Agreement, and also any agent or servicer acting on behalf of Lender and any guarantors/insurers or any subsequent holder of this Agreement, unless the applicable language specifies a different meaning.

"**Loan**" means any and all loan advances made by the Lender under the terms and conditions of this Agreement.

"**Loan Date**" means the date set forth as 'Disbursement Date'.

"**Loan Origination Fee**" means a fee assessed by the Lender for processing a new Loan application. The Loan Origination Fee for this loan is 2.75%.

"**Loan Period**" means the time period specified by the Eligible Institution regardless of whether a different period was specified by me in the Application. This represents the corresponding academic period for which I am requesting the loan. The Loan Period cannot exceed 12 months.

"**Margin**" means 6.95%.

"**Principal Sum**" or "**Principal Balance**" means the loan amount you borrowed plus any capitalized interest.

"**Repayment Period**" means (i) if Total Deferred is elected for the repayment option during the Interim In-School Deferred Period, the time period beginning after the Interim In-School Deferred Period ends, or (ii) if immediate repayment of principal and interest is elected for the repayment option, the time period beginning within fifty (50) days after the first Disbursement Date and in each case, ending when the Loan is required to be paid in full. The Repayment Period will not exceed twenty (20) years.

**2. AGREEMENT TO PAY.**

To the extent advanced, I agree to pay, to the order of Lender, the principal sum which is the amount disbursed by the Lender and received by the Eligible Institution plus any Loan Fee I owe under Section 8 below ("Origination Loan

Fee"). The Principal Sum will not exceed the lesser of the amount requested by me or the amount approved by the Eligible Institution. I also agree to pay accrued interest as described in Section 9 below (see also Section 10); and all other charges, fees and costs that become due as required in this Agreement. In the event of default, I also promise to pay reasonable attorney's fees, and reasonable collection agency commissions, fees and costs, court and other collection costs, to the extent permitted by law. I understand that I will be liable to pay all of these amounts, in full, even if another person also signs this Agreement.

## 3. APPROVAL AND CANCELLATION OF AGREEMENT.

I understand that when you accept my signed Agreement, you are not agreeing to lend me money and I am not bound by the terms and conditions set forth in this Agreement, and there is no such agreement until the Disbursement Date and you have funded the Loan. If you decide to make a Loan to me, I hereby authorize you at your option and on my behalf to transfer the Loan funds electronically or via check to the Eligible Institution identified on this credit agreement. You have the right not to make the Loan or not make a disbursement on the Loan, as permitted by applicable law. Further, you have the right to lend an amount different from the amount requested in my Application based upon information received from the Eligible Institution. I agree to accept an amount less than the amount I requested on the Application and to repay the entire Loan amount that you actually lend to me based upon information from the Eligible Institution.

**Approval:** I understand that I am not legally obligated to repay any amounts owed under this Agreement until such amounts are disbursed by the Lender. I understand that I am signing this Agreement before this Loan has been fully approved by the Lender because the Lender has not yet received all required information and the Lender has not yet received certifications from the Eligible Institution. Once all information is obtained by the Lender and the Loan is fully approved, the Lender will provide me with the appropriate Disclosure(s) showing the principal amount that has been approved and other important information.

**Cancellation:** If I do accept the Loan offer, Lender will provide me with a Final Disclosure. The Final Disclosure will be sent to me before any advances on the Loan are disbursed to the Eligible Institution. **If I am not satisfied with the terms and conditions of my Loan as approved by the Lender, I may cancel this Agreement and all Loan disbursements by the deadline for cancellation set forth in my Final Disclosure.** To cancel this Agreement, I must give you notice of cancellation using the methods set forth in the Final Disclosure, together with any verification of identity and/or of authorization that you may require, by no later than the deadline for cancellation set forth in my Final Disclosure. If I cancel this Agreement and the Loan during the cancellation period identified in the Final Disclosure, no advances will be disbursed to the Eligible Institution and the Loan will be cancelled. However, cancellation of this Agreement will not affect the continuing validity of Section 19 below ("Arbitration Agreement"). I acknowledge that the Lender may cancel my Loan at any time in accordance with applicable law.

## 4. LOAN PURPOSE.

I certify to Lender that the proceeds of the Loan will be used only to pay for qualified higher education expenses, as described in Section 221(d)(2) of the Internal Revenue Code of 1986 (as amended), 26 U.S.C. Section 221(d)(2), ("Qualified Higher Education Expenses") relating to my enrollment and attendance at the Eligible Institution on at least a half-time basis during the Loan Period, as approved by the Eligible Institution and/or Lender, as applicable. Moreover, I agree to return to the Lender any Loan proceeds not attributable to such expenses.

## 5. DISBURSEMENTS.

I authorize you, at your option, to disburse Loan funds in whole or in part (a) electronically to the Eligible Institution, to be applied to the Student's account, or (b) by check made jointly payable to me and the Eligible Institution, that is mailed to the Eligible Institution (at your discretion). I understand that disbursements to the Eligible Institution may be made in stages, as tuition and other applicable Qualified Education Expenses become due and payable.

## 6. STOPPING DISBURSEMENTS.

I may ask you to stop making disbursements. To stop a disbursement, and any further disbursements, you must receive my request via electronic mail, or in writing, together with any verification of identity and/or of authorization that you may require, by no later than the deadline for cancellation set forth in my Final Disclosure. You may stop a disbursement, and any further disbursements, if any Loan check is not endorsed, deposited and cleared within ninety (90) days, if I am in default at any time (see Section 11), or if you learn that I am no longer attending the Eligible Institution on at least a half-time basis. I will be liable to repay all disbursements made under this Agreement, even if you or I stop subsequent disbursements.

## 7. RETURNING FUNDS.

If all or any part of the Loan funds disbursed on any Disbursement Date are returned to you directly by the Eligible Institution, or if a Loan check is not endorsed, deposited and cleared within ninety (90) days of that Disbursement Date, Lender will charge no interest and will not assess any Loan Fee with respect to the funds returned or with respect to the funds represented by the uncashed Loan check.

## 8. LOAN ORIGINATION FEE.

I will pay you a Loan Origination Fee at the time each disbursement in made on my behalf to the Eligible Institution under this Loan. The dollar amount of any Loan Origination Fee will be determined as a percentage of the Principal Sum. The Loan Origination Fee I will pay will be shown within the Itemization of Amount Financed on my Disclosure Statement and added to the principal balance of my loan and deducted from the loan proceeds when such loan proceeds are disbursed. To the extent permitted by law, and unless I timely cancel a disbursement I will not be entitled to a refund of any Loan Origination Fee relating to that disbursement. The Loan Origination Fee is fully earned by Lender when it is assessed (subject to Section 7 above)

## 9. INTEREST.

**Accrual.** Beginning on the first Disbursement Date, interest will be calculated at the Variable Rate (see "Variable Rate" below) and charged on the Principal Sum, and on any unpaid interest later added to the Principal Sum as set forth herein. Interest will be calculated at the Variable Rate and charged on the "Principal Sum" of this Agreement until all amounts are paid in full. Interest will be calculated on a daily simple interest basis. The daily interest rate will be equal to the annual interest rate in effect on that day, divided by the average number of days in a calendar year (365.25). Interest accrues on the unpaid principal balance of the Loan (including any Loan Fee) from the Disbursement Date until the date the Loan is repaid in full (subject to Section 7 above).

**Capitalization of Interest.** Upon entering the Repayment Period of the loan, any outstanding accrued interest shall be "capitalized" and added to the unpaid principal of the loan. Such capitalized interest shall be subject to the same interest accrual as the principal sum.

The Lender, at its discretion, may allow a deferment or forbearance of payments on the loan. In such an event, any interest that has accrued during such periods shall also be capitalized at the end of the deferment or forbearance period and added to the outstanding principal balance of the loan.

**Variable Rate:** The Variable Rate is equal to the Current Index, plus a margin of 6.95% as calculated according to the loan program rules and as disclosed to me on my Disclosure Statement. The Variable Rate may change quarterly on the first day of each January, April, July and October (the "Change Date(s))" if the Current Index changes. Any increase will take the form of higher payment amounts, any decrease will take the form of lower payment amounts, unless my monthly payment amount is less than $100.00 (principal and interest) or the unpaid balance (whichever is less) which will result in my loan being paid off in a repayment period of less than originally disclosed.

**Current Index:** The "Current Index" for any calendar quarter beginning on a Change Date (or for any shorter period beginning on the Disbursement Date and ending on the first Change Date) is the three-month London Interbank Offered Rate ("LIBOR") published in the "Money Rates" section of The Wall Street Journal on the 20th day of the month preceding the applicable Change Date as applied according to the following rules (or on any successor or

substitute page of a successor available source providing such quotations). You will use the three-month LIBOR as published without regard to the two-day delayed effective date. If the 20th day of the month is not a business day, you will use the preceding business day to determine the Current Index. For purposes of this Paragraph "business day" means any day the banks in New York and London are open for the transaction of business. You may round the current Index higher to two decimal places. For example, 6.68751% may be rounded to 6.69%. (This is an example and may not reflect the actual LIBOR.) LIBOR is the British Banker's Association average of interbank offered rates for dollar deposits in the London market based on quotations at 16 major banks. LIBOR is only a pricing index and is not necessarily the lowest interest rate index used by you or any other lender. If LIBOR is no longer available, you will choose a comparable index.

In no event will the amount of interest due or any payment or fee in the nature of interest payable by me under this Agreement exceed the lesser of eighteen percent (18%) per year or the maximum rate of interest allowed by applicable law, as amended from time to time. If any interest is charged or received by you in excess of that amount, the excess sum will be credited as a payment of principal, unless I notify you, in writing, that I elect to have the sum returned to me. Interest shall be computed on the basis of a 365.25 day year.

**Variable Rate Changes:** You will notify me of any changes in the Interest Rate as required by law. A change in the rate may cause the amount of the final payment to change or may cause the amount of the monthly payment to increase or decrease.

**Interest After Default:** If I default (see Section 11), and/or if Lender obtains a judgment against me on this Agreement, interest will continue to accrue on all amounts I owe under this Agreement at the Variable Rate applicable to this Loan before default and before judgment. The interest rate will continue to be adjusted quarterly as described above, before and after default and before and after judgment.

**10. REPAYMENT.**

If I elected Total Deferred - During the Interim In-school Deferred Period, if any, you may send the Borrower statements (showing the total of my loan disbursements and the interest that accrues on my loan). Statements will be sent to the address shown on your records. I am not required to make payments during the Interim In-school Deferred Period, however it is in my best interest to make payments during this time period. You will add any interest that I do not pay during the Interim In-school Deferred Period to the principal balance, as described in section 9.

If I elected the "Immediate Principal and Interest Repayment" option, I will make monthly payments of principal and accrued interest during the In-School Period and my first payment will be due within fifty (50) days after the first disbursement of my Loan. If I fail to make the full payment due, and I have not graduated or not ceased to be enrolled at least half-time; my loan will convert to "Interim In-School Deferred."

**Repayment Options:** During the Repayment Period, alternative or graduated repayment options may be available upon request. If I desire an alternative repayment option, I will contact my servicer upon receipt of my "Welcome Letter" with the payment option I prefer.

**Repayment Schedule:** I will make consecutive monthly payments of principal and accrued interest during the Repayment Period until all amounts I owe in connection with this Loan are paid in full. However, I agree that my scheduled monthly payments of principal and interest will not be less than $100 which may result in a repayment term of less than twenty (20) years.

**Monthly Statements:** During the Repayment Period I will receive monthly statements for the repayment of my Loan. Failure to receive a monthly statement does <u>not</u> relieve me from my obligation to make all payments as required by the terms of this Agreement (as those payments may be changed by Lender to reflect interest rate changes).

**Revised Payment of Principal and Interest:** If my Variable Rate changes, as provided in Section 9 above, Lender may change the monthly payment of principal and interest I am required to pay, so that the payments will allow me to repay the unpaid balance of principal, interest and other charges due over the remaining term of the Repayment Period at the new interest rate. If

Lender does this, the change in the monthly payment amount will be provided on my monthly statement.

**Application of Payments:** Payments will be applied first to Return payment fees if applicable, then to accrued interest, then to principal up to the monthly payment amount, then to late fees. I understand that all accrued interest must be paid before the principal balance can be reduced.

**Prepayment:** I may, at my option, prepay all or any part of the principal, interest and other charges at any time before payment is due (whether during the In-School Interim Deferred Period or the Repayment Period) without penalty. Because of the way interest is calculated, I will not receive any interest refund or rebate if I prepay in full. Because the Loan Origination Fee is earned when assessed, I will not receive a rebate of any portion of the Loan Origination Fee if I prepay my Loan in full after it has been disbursed **(subject to Section 7 above).**

Prepayment of more than the monthly installment amount due under this Agreement will be applied to future monthly payments but no more than three months into the future, unless I clearly direct in writing submitted with such prepayment that I do not want such funds applied toward future monthly payments. If I instruct you to not apply a prepayment to future monthly payments, the prepayment will not reduce the amount of my required monthly payment until Lender recalculates the Repayment Schedule due to interest rate changes, and will not excuse me from having to make all previously scheduled future monthly payments on their due dates. However, prepayment of more than the monthly installment amount due under this Agreement may reduce the number of payments I must make and/or the amount of my future payments.

**Late Payments, Partial Payments, and "Payment in Full":** To the extent permitted by applicable law, Lender may accept late payments, partial payments or payments marked "Payment in Full" or having similar language, without waiving any of its rights under this Agreement or under applicable law, notwithstanding any act, omission or thing which might operate as a legal or equitable discharge.

**Late Charges:** If you do not receive a payment by its due date, my Loan may be in default (see Section 11). In addition, I will pay a late charge if you do not receive any part of a monthly payment within fifteen (15) days after it becomes due. The late charge will be $50 or 5% of the unpaid amount of the payment, whichever is less.

**Returned Check Charges:** I agree to pay a Returned Check Charge of $15 for any check or other instrument you receive as payment of amounts due under this Agreement, that is dishonored for any reason, or if any bank returns any other payments to you (including electronic payments) unpaid. This fee is in addition to any fee that my bank may also charge me, and is in addition to the late charge described above.

**Amount Owing at the End of the Repayment Period:** Since interest accrues daily upon the unpaid principal balance of my Loan (including capitalized interest), if I make payments after my payment due dates, I may owe additional interest and late charges at the end of the Repayment Period. In such cases, my last monthly payment shall be the amount necessary to repay my Loan in full, including the outstanding principal balance, all accrued and unpaid interest, and all other charges, fees and costs that are due under the terms of this Agreement.

**Payment Due Despite Withdrawal from the Eligible Institution, Death or Disability:** I understand that I have to repay this Loan in full, even if I withdraw or am dismissed from the Eligible Institution without graduating or completion, even if such failure is caused by the Eligible Institution ceasing to provide education services. If I die, the terms of this Agreement will be binding on my estate, which will be liable for my unpaid indebtedness. I also understand that if I become totally and permanently disabled, my unpaid indebtedness on this Loan shall not be canceled.

**11. DEFAULT.** To the extent permitted by applicable law, my Loan will be in default if any of the following occurs: (a) A monthly payment is not received on or before its due date; (b) I break any promise made in this Agreement; (c) Lender discovers any false or misleading statement in any information I have given Lender in connection with this Agreement or the Application for this Loan; (d) I fail to use the proceeds of this Loan solely for Qualified Higher Education Expenses; (e) I make an assignment for the

EDMED_06012016_10453655

Page 3 of 8

benefit of creditors or have voluntary or involuntary bankruptcy proceedings instituted by or against me; (f) I am adjudicated incompetent; (g) I fail to notify you of any change in my name, address, telephone number, or school enrollment status within 10 days after a change occurs; (h) I allow another person to forge my signature on any document.

**12. LENDER'S REMEDIES AFTER DEFAULT.** If a default occurs, then after any applicable notice and right to cure default that is required by applicable law (see Section 13), Lender may declare the entire balance of principal, interest and other charges owed under this Loan immediately due and payable, in full, without further notice to me. Lender may then take action to collect the entire Loan balance, including (without limitation): (a) bringing a lawsuit against me and obtaining a judgment against me and/or (b) referring my Loan to a third party (such as a collection agency) for further collection efforts. To the extent permitted by applicable law, I agree to pay any reasonable collection agency commissions, fee and charges, reasonable attorneys' fees and actual court costs (including fees and costs in bankruptcy court and in appellate courts), and any other costs of collection incurred by Lender as the result of a default. If I default, then after any applicable waiting periods or notices required by applicable law, and as permitted by applicable law, Lender may also disclose information about my default to one or more national consumer credit reporting agencies, which may adversely affect my ability to obtain other credit. To maintain a good credit rating, it is to my advantage to meet my obligations under this Agreement.

**13. NOTICES.** I must immediately notify you in writing (within 30 days) after any of the following occurs: (a) a change in my mailing address (including my electronic mail address, if I have agreed to receive notices and other communications electronically from you) and/or my name; (b) I cease to be enrolled on at least a half-time basis at an the Eligible Institution; or (c) I graduate from the Eligible Institution. Any notice I send you will be sent to the address you have most recently provided me for that purpose. If you have not provided any address to me, notices may be sent to the address shown on my monthly statements.

Except as otherwise provided by applicable law, any notice you are required to give me will be effective when mailed by first class mail to the latest address you have for me. Alternatively, if I have agreed to receive notices and other communications electronically, such notice will be effective when transmitted electronically to the latest electronic mail address you have for me. To the extent permitted by applicable law, any notice you send to any one of us will be considered sent to all of us.

**14. GOVERNING LAW; UNSECURED AGREEMENT; INVALID PROVISIONS; WAIVERS; EXTENSION, RENEWAL, OR RELEASE; ASSIGNMENT; CHANGES TO AGREEMENT.**

**Governing Law:** I understand and agree that Lender is headquartered in Tennessee and the Loan will be disbursed by Lender from Tennessee through a third-party agent. **Consequently, the provisions of this Agreement (except for Section 19) will be governed by federal law and (to the extent not preempted by federal law) the laws of the State of Tennessee, without regard to conflict of law rules.** Section 19 (Arbitration Agreement) is governed by the Federal Arbitration Act, and not by any state law concerning arbitration.

**Unsecured Agreement:** Lender waives any right it may have under any other document to claim a security interest in property to secure this Agreement. This Agreement is unsecured.

**Invalid Provisions:** If any provision of this Agreement is held invalid or unenforceable in arbitration under Section 19 or by a court having jurisdiction, the remaining provisions of this Agreement shall not be affected, and this Agreement shall be construed as if such invalid or unenforceable provisions had not been included in this Agreement. However, Section 19 (Arbitration Agreement) shall be null and void if the "Class action waiver" paragraph in Section 19 is held to be invalid or unenforceable, as described more fully in Section 19 below.

**Waivers:** Unless prohibited by applicable law, I waive my rights to require you to demand payment of amounts due (known as "presentment"), to give notice that amounts due have not been paid (known as "notice of dishonor"), to obtain an official certification of non-payment (known as "protest"), and, to the extent permitted by applicable law, to give any other notices or demands in connection with this Agreement.

You may delay, fail to exercise, or waive any of your rights on any occasion without losing your entitlement to exercise any and all of your rights on any future occasion.

**YOU AND I EACH WAIVE THE RIGHT TO A JURY TRIAL CONCERNING ANY CLAIM OR DISPUTE RELATING TO OR ARISING FROM THE APPLICATION, ANY DISCLOSURE STATEMENT, THIS AGREEMENT, OR THE LOAN (REGARDLESS OF WHETHER THE CLAIM OR DISPUTE IS WITHIN THE SCOPE OF THE ARBITRATION AGREEMENT AND REGARDLESS OF WHETHER I OPT OUT OF THE ARBITRATION AGREEMENT).**

**Extension, Renewal or Release:** You may extend or renew this Agreement at your discretion and you may release any one of us without affecting or releasing any of the rest of us.

**Assignment:** I may not assign this Agreement or any of its benefits or obligations. You have the right to assign your rights and duties under this Agreement without my consent and without notice to me. If this Agreement is sold or otherwise transferred, my rights under the law or under this Agreement are in no way altered or impaired.

**Changes to Agreement:** Except as otherwise indicated in this Agreement, no term or provision of this Agreement may be changed unless agreed to in writing by both Lender and me.

**Savings Clause:** If a law which applies to this Agreement and which sets maximum Interest or finance charges is finally interpreted so that the Interest or other charges collected or to be collected in connection with this Agreement exceeds the permitted limits, then: (a) any such charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. You may choose to make this refund by reducing the Principal I owe under this Agreement or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial prepayment.

**No Accord and Satisfaction:** A restrictive endorsement on any payment item (such as "paid in full") will not be considered an accord and satisfaction of what I owe under this Agreement. If I dispute any amount owed you, I must write to ReliaMax Lending Services, PO BOX 91910, Sioux Falls, SD 57109-1910, or such other address provided by you to me for correspondence.

**Bankruptcy:** If I file for bankruptcy I may still be required to pay the amount due under this Agreement.

**Set-Off:** Whenever my Loan is in default (and regardless of whether you have declared the entire Loan balance to be immediately due and payable, in full), you may apply any funds of mine in your possession or control against amounts owed under this Loan without any notice.

**General:** Section and paragraph headings and captions in this Agreement are for convenience and reference purposes only, and are not intended to limit the meaning of any provision of this Agreement. Whenever applicable in this Agreement, the use of the singular includes the plural and use of the plural includes the singular.

**Signatures:** I agree that if I sign this Agreement and transmit such signed Agreement to you via facsimile, electronically transmitted portable document format, or via electronic signature and submission, such transmission shall be treated in all manner and respects as an original signature (or counterpart thereof) and shall be considered to have the same binding legal effects as if it were the original signed version thereof delivered in person. I agree not to raise the use of a facsimile machine, electronic transmission in portable document format, or electronic signature and submission to deliver a signature or the fact that any signature was transmitted or communicated through the use of facsimile machine, electronic transmission in portable document format or electronic signature and submission as a defense to enforceability of this Agreement and I forever waive any such defense.

**15. PRIVACY MATTERS.**

**Communicating with Me:** To the extent permitted by applicable law, and without limiting any other rights you may have, I expressly consent and authorize you, your affiliates or agents, and Lender, and its affiliates or agents, and any subsequent holder or servicer of my Loan to communicate with me, in

EDMED_06012016_10453655                                               Page 4 of 8

connection with the application or my Loan, and in connection with all other current or future loans, using any phone number or email address that I provided in the application, or using any phone number or email address that I provide in the future. You, your affiliates or agents, and Lender, and its affiliates or agents, and any subsequent holder or servicer of my Loan, to the extent permitted by governing law, may communicate with me, using any current or future means of communication, including, but not limited to, automated telephone dialing equipment, artificial or pre-recorded voice messages, SMS text messages, email directed to me at a mobile telephone service, or email otherwise directed to me. I AUTHORIZE THE USE OF SUCH MEANS OF COMMUNICATION EVEN IF I WILL INCUR COSTS TO RECEIVE SUCH PHONE MESSAGES, TEXT MESSAGES, OR EMAILS.

**Updating Information:** I agree to give you updated financial, enrollment status, contact, mailing and other information about me, and updated information about the Student, any time required under this Agreement or any time you reasonably request.

**The Eligible Institution:** To the extent permitted by applicable law, I authorize that you may provide a copy of any application, this Agreement, or any other document or information regarding my Loan request to, and may report my payment history to, the Eligible Institution.

**Receipt of and Reporting of Credit Information:** I authorize you to investigate my creditworthiness and to receive credit information about me (and my spouse if I live in a community property state) from others, including other lenders, consumer credit reporting agencies, and educational loan information clearinghouses. You may also furnish information about my Loan, including but not limited to, late payments, missed payments or other defaults on my account, to credit reporting agencies and other persons who may legally receive such information. A negative credit report reflecting on my credit record may be submitted to a credit reporting agency if I fail to fulfill the terms of my Loan obligations.

**Communications Regarding Loan and Release of Loan Information:** To the extent permitted by applicable law, I authorize you and the Eligible Institution to communicate with each other, and to release information pertinent to this Loan to each other and (unless I submit written directions otherwise) to members of my immediate family, including my spouse. I further authorize any lender or holder of any of my outstanding educational loans to release any information on any of my outstanding educational loans to any other lender or holder of any of my other educational loans. I authorize the Eligible Institution to release to you, your servicer or your agents any requested information pertinent to this Loan including (but not limited to) enrollment status, prior loan history and your current telephone number and address.

**Communications Regarding the Loan Certification and Disbursement Process:** To the extent permitted by applicable law, I authorize you and the Eligible Institution to communicate with any third-party service provider utilized by you to facilitate the certification of my Loan request by the Eligible Institution or to facilitate the process of disbursing my loan funds to the Eligible Institution.

**Inquiries to Learn Current Address and Telephone Number:** I authorize you to release information and make inquiries to the individuals listed as references on the Application for the purpose of learning my current address and telephone number.

**Social Security Number:** You and the Eligible Institution may verify my Social Security number with the Social Security Administration (SSA). If the number on my Loan records is incorrect or missing, then I authorize the SSA to disclose my correct Social Security number to you and the Eligible Institution.

**Department of Education Information:** I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to you.

**16. STATE AND LOCAL TAXES AND FEES** (if applicable): I understand that I am responsible for payment of any and all taxes and/or fees imposed by any state or local government authority arising as a result of the indebtedness evidenced by this Agreement.

**17. STATE LAW NOTICES.** I understand that the following notices are required by or necessary under state law and that these notices may not describe all of the rights that I have under state and federal law. Unless otherwise indicated, each notice applies to borrowers and/or cosigners who live in the indicated state on the date that they submitted the application and to borrowers and/or cosigners who are residents of the state.

**ALABAMA RESIDENTS:** (For purposes of the following notice, the word "you" refers to the Student Borrower and the Cosigner, not the Lender): CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

**CALIFORNIA RESIDENTS ONLY:** I have the right to prohibit the use of information contained in my credit file in connection with transactions not initiated by me. I may exercise this right by notifying the consumer credit reporting agency. A married applicant may apply for a separate account. If you take any adverse action as defined by Section 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, I have the right to obtain within 60 days a free copy of my consumer credit report from the consumer reporting agency who furnished you my consumer credit report and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. I have the right as described by Section 1785.16 of the California Civil Code to dispute the accuracy or completeness of any information in a consumer credit report furnished by the consumer credit reporting agency.

**CALIFORNIA AND UTAH RESIDENTS:** As required by California and Utah law, I am hereby notified that a negative credit report reflecting on my credit record may be submitted to a credit reporting agency if I fail to fulfill the terms of my credit obligations.

**IOWA RESIDENTS ONLY:** If you are an Iowa resident and your amount financed is Twenty-Five Thousand Dollars ($25,000) or less, this is a consumer credit transaction.

**IOWA KANSAS AND NEBRASKA RESIDENTS ONLY: (For purposes of the following notice, the word "you" refers to the Student Borrower, not the Lender): NOTICE TO CONSUMER. This is a consumer credit transaction. 1. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THIS CREDIT AGREEMENT. 2. YOU ARE ENTITLED TO A COPY OF THIS CREDIT AGREEMENT. 3. YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY AND MAY BE ENTITLED TO A REFUND OF UNEARNED CHARGES IN ACCORDANCE WITH LAW.**

**MARYLAND RESIDENTS ONLY:** Lender and I have agreed that this Credit Agreement is governed by federal law and the laws of Tennessee without regard to conflict of laws rules; if any court should nevertheless determine that this Credit Agreement is subject to Maryland laws concerning credit, then only to the extent that Maryland law applies, Lender and I agree and elect that this loan is made under and governed by Subtitle 10, Credit Grantor Closed End Credit Provisions, of Title 12 of the Commercial Law Article of the Annotated Code of Maryland, except as preempted by federal law.

**MASSACHUSETTS RESIDENTS ONLY:** Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

**MISSOURI RESIDENTS ONLY: ORAL AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR FORBEAR FROM ENFORCING REPAYMENT OF DEBT INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE. TO PROTECT ME AND YOU (THE LENDER) FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.**

**NEBRASKA RESIDENTS:** A credit agreement must be in writing to be enforceable under Nebraska law. To protect you (Borrower(s)) and us (Lender) from any misunderstandings or disappointments, any contract, promise, undertaking, or offer to forbear repayment of money or to make any

EDMED_06012016_10453655

other financial accommodation in connection with this loan of money or grant or extension of credit, or any amendment of, cancellation of, waiver of, or substitution for any or all of the terms or provisions of any instrument or document executed in connection with this loan of money or grant or extension of credit, or any amendment of, cancellation of, waiver of, or substitution for any or all of the terms or provisions of any instrument or document executed in connection with this loan of money or grant or extension of credit, must be in writing to be effective.

**NEVADA RESIDENTS ONLY:** This is a loan for study.

**NEW JERSEY RESIDENTS ONLY:** The section headings of the Agreement are a table of contents and not contract terms. Portions of this Agreement with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Agreement, acts or practices (i) by you which are or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may or will be taken by you unless prohibited by "applicable law" are permitted by New Jersey law.

**NEW YORK, RHODE ISLAND and VERMONT RESIDENTS:** I understand and agree that you may obtain a consumer credit report in connection with this application and in connection with any updates, renewals or extensions of any credit as a result of this application. If I ask, I will be informed whether or not such a report was obtained and, if so, the name and address of the agency that furnished the report. I also understand and agree that you may obtain a consumer credit report in connection with the review or collection of any loan made to me as a result of this application or for other legitimate purposes related to such loans.

**NEW YORK RESIDENTS ONLY:** If any debt incurred on the account is ever in default, that fact may become a part of my credit record.

**OHIO RESIDENTS ONLY:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**OKLAHOMA RESIDENTS ONLY:** If I am in default and only if the total amount disbursed under this Note is greater than $3,600 (or any higher dollar amount established by law for the payment of such fees), I agree to pay the Lender's attorney's fees and court costs up to 15% of the unpaid debt.

**SOUTH DAKOTA RESIDENTS ONLY:** Any improprieties in making the loan or in loan practices may be referred to Division of Banking, South Dakota Department of Labor and Regulation, 1601 N. Harrison Avenue, Suite 1, Pierre, SD 57501, Phone: 605.773.3421, Fax: 866.326.7504 ReliaMax Lending Services, LLC originates and services loans for lenders and is licensed by the South Dakota Division of Banking. If you have questions, concerns or disagree with a determination, you can contact the Division of Banking at: 1601 N. Harrison Avenue, Suite 1, Pierre, SD, 57501 or (605)773-3421.

**TEXAS RESIDENTS ONLY: Lender does not have to give me notice that Lender is demanding or intends to demand immediate payment of all that I owe.**

**UTAH RESIDENTS ONLY:** This Agreement is the final expression of the agreement between me and you and it may not be contradicted by evidence of an alleged oral agreement.

**VERMONT RESIDENTS ONLY:** BY SIGNING THIS CREDIT AGREEMENT, YOU CONSENT TO THE LENDER OBTAINING YOUR CONSUMER REPORT FROM A CONSUMER REPORTING AGENCY IN CONNECTION WITH THE TRANSACTION OR EXTENSION OF CREDIT FOR PURPOSES OF REVIEWING YOUR LOAN ACCOUNT, FOR THE PURPOSE OF TAKING COLLECTION ACTION ON YOUR LOAN ACCOUNT, OR FOR OTHER LEGITIMATE PURPOSES ASSOCIATED WITH YOUR LOAN ACCOUNT.

**WISCONSIN RESIDENTS ONLY:**
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE PRECEDING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY

BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS CREDIT AGREEMENT AND MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

**WISCONSIN RESIDENTS ONLY:** If I am a married Wisconsin resident: (1) My signature confirms that this loan obligation is being incurred in the interest of my marriage or family. (2) No provision of any marital property agreement, unilateral statement under §766.59 of the Wisconsin Statutes or court decree under §766.70 adversely affects your interest unless, prior to the time that the loan is approved, you are furnished with a copy of the marital property agreement, statement, or decree or have actual knowledge of the adverse provision. (3) My spouse has actual knowledge that this credit is being extended to me and has waived the requirements of §766.56(3)(b) of the Wisconsin Statutes, as acknowledged by his or her signature on the Notice to Married Wisconsin Residents that I receive with this Agreement.

**18. FEDERAL LAW NOTICES.**

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government report the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for me: When I apply for a student loan, you will ask for my name, address, date of birth and other information that will allow you to identify me. You may also ask to see my driver's license or other identifying documents.

**REPORTING INFORMATION TO A CREDIT BUREAU:**

**NOTICE: The Lender may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in the borrower's credit report.**

**HOLDER NOTICE:** I understand that the following notice is only applicable to loans issued to finance attendance at for-profit educational institutions or institutions otherwise subject to the FTC Holder Rule under 16 CFR 433.2.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**NOTICE TO COSIGNER, if any: (In this Notice to Cosigner, "you" and "your" mean any Cosigner signing this Agreement.)**

You are being asked to guarantee this debt. Think carefully before you do. If the Borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of this debt if the Borrower does not pay. You may also have to pay late charges, which increases this amount.

The Lender can collect this debt from you without first trying to collect from the Borrower. The Lender can use the same collection methods against you that can be used against the Borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become part of *your* credit record.

This notice is not the contract that makes you liable for the debt.

**19. ARBITRATION AGREEMENT. - Please read carefully.**

To the extent permitted under federal law, you and I agree that either party may elect to arbitrate – and require the other party to arbitrate – any Claim under the following terms and conditions. This Arbitration Agreement is part of the Agreement.

EDMED_06012016_10453655                                    Page 6 of 8

1. This Arbitration provision will apply to my credit agreement, unless: (A) I notify you in writing that I reject the Arbitration provisions within sixty (60) days of signing my credit agreement: (B) I am a covered borrower as defined by the Military Lending Act, 10. U.S.C. §987; or (C) I am afforded statutory protections that prohibit submission of a dispute to arbitration. RIGHT TO REJECT: I MAY REJECT THIS Arbitration Agreement by mailing a signed rejection notice to ATTN: Arbitration Agreement Rejections, 1415 Ritner Highway, Carlisle, PA 17013. Any Rejection Notice must include my name, address, telephone number and loan or account number.

2. IMPORTANT WAIVERS: If you or I elect to arbitrate a Claim, you and I both waive the right to: (1) have a court or jury decide the Claim; (2) PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION, WHETHER AS A CLASS REPRESENTATIVE, CLASS MEMBER OR OTHERWISE; (3) ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; OR (4) JOIN OR CONSOLIDATE CLAIM(S) WITH CLAIMS INVOLVING ANY OTHER PERSON IN COURT OR IN ARBITRATION. The arbitrator shall have no authority to conduct any arbitration inconsistent with the Class Action and Multi-Party Waivers.

3. DEFINITIONS: In this Arbitration Agreement, the following definitions will apply:

"I," "me" and "my" means the Borrower on this Agreement; the Student on whose behalf the proceeds of the Agreement have been advanced; the cosigner on this Agreement; and the heirs, executors and assigns of all the foregoing. "You," "your" and "yours" mean the Lender; any other subsequent holder of this Agreement; SouthEast Bank; all of their parents, wholly or majority owned subsidiaries and affiliates; any predecessors, successors and assigns of these entities; and all officers, directors, employees, agents and representatives thereof. These terms also include any party named as a co-defendant with you in a Claim asserted by me, such as investors or potential investors, credit bureaus, credit insurance companies, closing agents, escrow agents, insurance agents, loan originators, rating agencies, loan servicers, debt collectors, loan guarantors, performance bond trustees, tuition recovery funds, the Eligible Institution, and any of the Eligible Institution's financial aid offices or officers. "Claimant" means the party who first asserts a Claim in a lawsuit or arbitration proceeding. "Administrator" means, as applicable, the American Arbitration Association, 335 Madison Avenue, New York, NY 10017, www.adr.org (800) 778-7879 or any other party that you and I agree to in writing, provided that the Administrator must not have in place a formal or informal policy that is inconsistent with and purports to override the terms of this Arbitration Agreement.

4. "CLAIM" means any legal claim, dispute or controversy between you and me that arises from or relates in any way to this Agreement, including any dispute arising before the date of this Arbitration Agreement and any dispute relating to: (1) the imposition or collection of principal, interest, attorney's fees, collection costs or other fees or charges relating to this Agreement; (2) other provisions of this Agreement; (3) any application, disclosure or other document relating in any way to this Agreement or the transactions evidenced by this Agreement: (4) any insurance or other service or product offered or made available by or through you in connection with this Agreement, and any associated fees or charges; (5) your methods of soliciting my business; and (6) any documents, instruments, advertising or promotional materials that contain information about this Agreement or any associated insurance or other service or product. This includes, without limitation, disputes concerning the validity, enforceability, arbitrability or scope of this Arbitration Agreement or this Agreement; disputes involving alleged fraud or misrepresentation, breach of contract or fiduciary duty, negligence or other torts, or violation of statute, regulation or common law. It includes disputes involving requests for injunctions, other equitable relief or declaratory relief. However, "Claim" does not include any individual action brought by me in small claims court or my state's equivalent court, unless such action is transferred, removed or appealed to a different court. Also, "Claim" does not include any challenge to the validity and effect of the Class Action and Multi-Party Waivers, which must be decided by a court.

If there is an Arbitration Agreement in place (a "Prior Arbitration Agreement") governing a prior Agreement to you (a "Prior Agreement"), "Claim" also includes disputes relating to the Prior Agreement. If I do not reject this Arbitration Agreement, any such Claim will be governed by this Arbitration Agreement rather than the Prior Arbitration Agreement. If I reject this Arbitration Agreement, the Claim will be governed by the Prior Arbitration Agreement, provided that, if I never had the chance to reject the Prior Arbitration Agreement and no demand for arbitration has been previously made, my rejection of this Arbitration Agreement will also serve as my rejection of the Prior Arbitration Agreement.

5. STARTING ARBITRATION: To initiate arbitration, you or I must give written notice of an election to arbitrate. This notice may be given after a lawsuit has been filed and may be given in papers or motions in the lawsuit. If such a notice is given, the Claim shall be resolved by arbitration under this Arbitration Agreement and the applicable rules of the Administrator then in effect. The arbitrator(s) will be selected under the Administrator's rules, except that the arbitrator(s) must be a lawyer with at least ten years of experience or a retired judge, unless you and I agree otherwise.

6. LOCATION AND COSTS: You will consider (and generally honor) any good faith request to bear the fees charged by the Administrator and the arbitrator. Each party must normally pay the expense of that party's attorneys, experts and witnesses, regardless of which party prevails in the arbitration, unless otherwise determined by the arbitrator(s).

7. DISCOVERY; GETTING INFORMATION: Either party may obtain from the other party prior to the hearing any information available under the Administrator's rules or any relevant information the arbitrator determines should in fairness be made available.

8. EFFECT OF ARBITRATION AWARD: Any state or federal court with jurisdiction and venue may enter an order enforcing this Arbitration Agreement, enter judgment upon the arbitrator's award and/or take any action authorized under the Federal Arbitration Act, 9 U.S.C. §§1 et seq. (the "FAA"). For any arbitration-related proceedings in which courts are authorized to take actions under the FAA, each party hereto expressly consents to the non-exclusive jurisdiction and venue of any state court of general jurisdiction or any state court of equity that is reasonably convenient to me, *provided* that the parties to any such judicial proceeding shall have the right to initiate such proceeding in federal court or remove the proceeding to federal court if authorized to do so by applicable federal law. The arbitrator's award will be final and binding, except for any appeal right under the FAA. Any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider *de novo* any aspect of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Except as provided in Paragraph 6 above, the appealing party will pay the Administrator's and arbitrator's costs of the appeal.

9. GOVERNING LAW: This Arbitration Agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA, and not by any state law concerning arbitration. The arbitrator shall follow applicable substantive law to the extent consistent with the FAA, applicable statutes of limitation and applicable privilege rules, and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (subject to constitutional limits that would apply in court), declaratory, injunctive and other equitable relief, and attorneys' fees and costs. Upon the timely request of either party, the arbitrator shall write a brief explanation of the basis of his or her award. The arbitrator will follow rules of procedure and evidence consistent with the FAA, this Arbitration Agreement and the Administrator's rules.

10. SURVIVAL, SEVERABILITY, PRIMACY: This Arbitration Agreement shall survive my full payment of the Agreement; your sale or transfer of the Agreement; any legal proceeding to collect a debt owed by me to you; any bankruptcy or insolvency; any forbearance or modification granted pursuant to the Agreement; any cancellation, or request for cancellation, of the Agreement or any or all disbursements under the Agreement; and any change in the School enrollment status of the Student. If any portion of this Arbitration Agreement cannot be enforced, the rest of the Arbitration Agreement will continue to apply,

provided that the entire Arbitration Agreement (other than this sentence) shall be null and void with respect to any Claim asserted on a class, representative or multi-party basis if the Class Action and Multi-Party Waivers are held to be invalid, subject to any right to appeal such holding. In the event of any conflict or inconsistency between this Arbitration Agreement and the Administrator's rules or the Agreement, this Arbitration Agreement will govern.

11. **NOTICE OF CLAIM; RIGHT TO RESOLVE; SPECIAL PAYMENT:** Prior to initiating, joining or participating in any judicial or arbitration proceeding, whether individually, as a class representative or participant or otherwise, regarding any Claim, the Claimant shall give the other party written notice of the Claim (a "Claim Notice") and a reasonable opportunity, not less than 30 days to resolve the Claim. Any Claim Notice I send must include my name, address, telephone number and loan or account number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. I may only submit a Claim Notice on my own behalf and not on behalf of any other party. The Claimant must reasonably cooperate in providing any information about the Claim that the other party reasonably requests.

CAUTION: IT IS IMPORTANT THAT EACH THE BORROWER AND COSIGNER THOROUGHLY READS THIS AGREEMENT BEFORE SIGNING BELOW. This Agreement contains all of the terms and conditions that apply to the Loan. This Agreement completely replaces any earlier understandings or communications any Borrower or Cosigner may have had with Lender, the Eligible Institution, or any other party about the Loan.

Before signing this Agreement, I, have read, understood and agree to all the provisions of this Agreement, including without limitation Section 19 (Arbitration Agreement). I and each of us agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement. Furthermore, I and each of us understand that consummation of this transaction does not occur upon the signing of this Agreement, but rather upon the disbursement of funds by the Lender as set forth in Section 3 above, meaning that my obligations under this Agreement only arise once such funds are disbursed. I agree that any and all proceeds of this Loan will be used solely for educational purposes as set forth in Section 4 above.

---

Prior to signing this Agreement, I have read and understood all the provisions of this Agreement. I agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement.

 CAUTION: IT IS IMPORTANT THAT EACH BORROWER AND COSIGNER THOROUGHLY READS THIS AGREEMENT AND ENSURE THAT THERE ARE NO BLANK SPACES CONTAINED IN THE NOTE BEFORE SIGNING BELOW.
STUDENT BORROWER SIGNATURE & DATE

| Jose E Blasco Jusino  X | Date (mm/dd/yyyy)  06/14/2018 |
|---|---|

**ARIZONA RESIDENTS ONLY:** For purposes of this notice, the words "you" and "your" refer to the Cosigner: **Marital Community Property Joinder: If you are a married Arizona resident your signature confirms that this loan obligation is being incurred in the interest of your marriage or family and that you will properly notify your spouse and join him or her to this loan obligation in accordance with Ariz. Rev. Stat. § 25-214 or other applicable law. You further affirm that no provision of any marital property agreement or court decree adversely affects your interest in this loan obligation**

**VERMONT RESIDENTS ONLY:** For purposes of this notice, the word "you" and "your" refer to the Cosigner(s). **NOTICE TO COSIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

**SPECIAL NOTICE FOR RESIDENTS OF GEORGIA:** By signing as Cosigner, you waive any right to require the Lender to commence an action against the Student Borrower as provided in the Official Code of Georgia Annotated §10-7-24.

**SPECIAL NOTICE FOR RESIDENTS OF NORTH CAROLINA:** By signing as Cosigner, I waive any right I have to require the Lender to proceed in accordance with the provisions of North Carolina General Statutes §26-7 through §26-9 and acknowledge that the Lender may proceed against me without first proceeding against the Student Borrower.

**Prior to signing this Agreement below, I have read and understood all the provisions of this Agreement (including without limitation Sections 17 and 19 and the Notice to Cosigner). I agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement.**

COSIGNER SIGNATURE & DATE

| Edmundo Jusino  X | Date (mm/dd/yyyy) |
|---|---|



# Private Education Loan
# Applicant Self-Certification

This space for lender use only

OMB No. 1845-0101
Form Approved
Exp. Date 07-31-2019

**Important:** Pursuant to Section 155 of the Higher Education Act of 1965, as amended, (HEA) and to satisfy the requirements of Section 128(e)(3) of the Truth in Lending Act, a lender must obtain a self-certification signed by the applicant before disbursing a private education loan. The school is required on request to provide this form or the required information only for students admitted or enrolled at the school. Throughout this Applicant Self-Certification, "you" and "your" refer to the applicant who is applying for the loan. The applicant and the student may be the same person.

**Instructions: Before signing, carefully read the entire form, including the definitions and other information on the following page. Submit the signed form to your lender.**

## SECTION 1: NOTICES TO APPLICANT

- Free or lower-cost Title IV federal, state, or school student financial aid may be available in place of, or in addition to, a private education loan. To apply for Title IV federal grants, loans and work-study, submit a Free Application for Federal Student Aid (FAFSA) available at www.fafsa.ed.gov, or by calling 1-800-4-FED-AID, or from the school's financial aid office.
- A private education loan may reduce eligibility for free or lower-cost federal, state, or school student financial aid.
- You are <u>strongly</u> encouraged to pursue the availability of free or lower-cost financial aid with the school's financial aid office.
- The financial information required to complete this form can be obtained from the school's financial aid office. If the lender has provided this information, you should contact your school's financial aid office to verify this information and to discuss your financing options.

## SECTION 2: COST OF ATTENDANCE AND ESTIMATED FINANCIAL ASSISTANCE

If information is not already entered below, obtain the needed information from the school's financial aid office and enter it on the appropriate line. Sign and date where indicated. See Section 5 for definitions of financial aid terms.

A. Student's cost of attendance for the period of enrollment covered by the loan — $ 60,000.00
B. Estimated financial assistance for the period of enrollment covered by the loan — $ .00
C. Difference between amounts A and B — $ 60,000.00

**WARNING:** If you borrow more than the amount on line C, you risk reducing your eligibility for free or lower-cost federal, state, or school financial aid.

## SECTION 3: APPLICANT INFORMATION

Enter or correct the information below.

Full Name and Address of School University of Science, Arts and Technology - College of Medicine  3450 Ash St    Denver    CO  80207

Applicant Name (last, first, MI) Blasco Jusino, Jose E    Date of Birth (mm/dd/yyyy) 10/09/1992

Permanent Street Address Urb Playa Del Sur    48 Fragato St

City, State, Zip Code Guanica, PA 00653

Area Code / Telephone Number   Home ( ) (787) 638-5908    Other ( ) (939) 292-6426

E-mail Address jose.e.blasco@gmail.com

Period of Enrollment Covered by the Loan (mm/dd/yyyy)    From 01/09/2018    to 05/05/2018

**If the student is <u>not</u> the applicant, provide the student's name and date of birth.**

Student Name (last, first, MI) _____    Student Date of Birth (mm/dd/yyyy) ___/___/___

## SECTION 4: APPLICANT SIGNATURE

**I certify** that I have read and understood the notices in Section 1 and, that to the best of my knowledge, the information provided on this form is true and correct.

Signature of Applicant _____    Date (mm/dd/yyyy) _____

00079886493

Rev. 04/2015

| **FACTS** | **WHAT DOES SOUTHEAST BANK DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|

| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and Income<br>• Account Balances and Payment History<br>• Credit Scores and Credit History |
|---|---|

| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons SouthEast Bank chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does SouthEast Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For our nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | • Call toll-free 1-844-732-2657 (1-844-SEBANKS) - our menu will prompt you through your choice(s)<br>• Visit your local branch<br>• Mail a letter to the following address requesting to opt out:<br><br>SouthEast Bank-Privacy Opt Out<br>12700 Kingston Pike<br>Farragut, TN 37934<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. |
|---|---|

| **Questions?** | Call toll-free 1-844-732-2657 (1-844-SEBANKS) or go to www.southeastbank.com |
|---|---|

**PAGE 2**

| Who We Are | |
|---|---|
| **Who is providing this notice?** | This notice is provided by SouthEast Bank. |

| What we do | |
|---|---|
| **How does SouthEast Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| **How does SouthEast Bank collect my personal information?** | We collect your personal information, for example, when you<br>• Open an account              • Apply for a loan<br>• Deposit money              • Use your credit or debit card<br>• Pay your bills<br>We also collect your personal information from others; such as, credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choice will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>*Our affiliates include:*<br>• *Financial companies such as: Educational Services of America, Inc. (Edsouth Services), Southeast Bancorp, and SouthEast Wealth Management.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *SouthEast Bank does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include credit card companies and insurance companies.* |

## SECTION 5: DEFINITIONS

**Cost of attendance** is an estimate of tuition and fees, room and board, transportation, and other costs for the period of enrollment covered by the loan, as determined by the school. A student's cost of attendance may be obtained from the school's financial aid office.

**Estimated financial assistance** is all federal, state, institutional (school), private, and other sources of assistance used in determining eligibility for most Title IV student financial aid, including amounts of financial assistance used to replace the expected family contribution. The student's estimated financial assistance is determined by the school and may be obtained from the school's financial aid office.

A **lender is** a private education lender as defined in Section 140 of the Truth in Lending Act and any other person engaged in the business of securing, making, or extending private education loans on behalf of the lender.

A **period of enrollment** is the academic year, academic term (such as semester, trimester, or quarter), or the number of weeks of instructional time for which the applicant is requesting the loan.

A **private education loan** is a loan provided by a private education lender that is not a Title IV loan and that is issued expressly for postsecondary education expenses, regardless of whether the loan is provided through the school that the student attends or directly to the borrower from the private education lender. A private education loan does not include **(1)** An extension of credit under an open-end consumer credit plan, a reverse mortgage transaction, a residential mortgage transaction, or any other loan that is secured by real property or a dwelling; or **(2)** An extension of credit in which the school is the lender if the term of the extension of credit is 90 days or less or an interest rate will not be applied to the credit balance and the term of the extension of credit is one year or less, even if the credit is payable in more than four installments.

**Title IV student financial aid** includes the Federal Pell Grant Program, the Federal Supplemental Educational Opportunity Grant (FSEOG) Program, the Federal Work-Study (FWS) Program, the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Perkins Loan Program, and the Teacher Education Assistance for College and Higher Education (TEACH) Grant Program. To apply for Title IV federal grants, loans, and work-study, submit a Free Application for Federal Student Aid (FAFSA), which is available at www.fafsa.gov, by calling 1-800-4-FED-AID, or from the school's financial aid office.

## SECTION 6: PAPERWORK REDUCTION NOTICE

**Paperwork Reduction Notice**: According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0101. The time required to complete this information collection is estimated to average 0.25 hours (15 minutes) per response, including the time to review instructions, search existing data resources, gather and maintain the data needed and complete and review the information collection.

*If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to:* U.S. Department of Education, Washington, DC 20202-4651

*If you have any comments or concerns regarding the status of your individual submission of this form, contact your lender.*

0007988693

# CHECKLIST

To continue processing your loan we need the following additional documentation:

**STUDENT BORROWER**

**Loan Documentation**

- Signed Credit Agreement via electronic signature     ☐ Received     ☐ Approved

- Signed Self Certification Form     ☐ Received     ☐ Approved

**Identity Verification Documents**

- Copy of Valid, unexpired federal or state government issued photo identification (photo ID or Driver's License)     ☐ Received     ☐ Approved

- Copy of Social Security Card     ☐ Received     ☐ Approved

**COSIGNER**

**Loan Documentation**
- Signed Credit Agreement via electronic signature     ☐ Received     ☐ Approved

**Identity Verification Documents**
- Copy of Valid, unexpired federal or state government issued photo identification (photo ID or Driver's License)     ☑ Received     ☑ Approved

- Copy of Social Security Card     ☑ Received     ☑ Approved

**RETURN BY ANY OF THE FOLLOWING METHODS:**

| | |
|---|---|
| Upload: | www.campusdoor.com/SouthEastBank/Account |
| Fax: | 717-241-3188 |
| Email*: | additionalinformation@campusdoor.com |
| Mail: | SouthEast Bank, 1415 Ritner Highway, Carlisle PA 17013 |

The quicker we get your documentation, the faster we can disburse your funds.
If you have any questions, please contact us at 717-254-2381
Monday through Friday from 8:00 a.m. to 6:00 p.m. ET.
*Email transmissions may not be secure and is therefore not encouraged. Please ensure to properly protect or encrypt any personal information you elect to provide via email.

Case 3:19-cv-01707-WGY    Document 78-3    Filed 03/31/21    Page 46 of 97

 **USAT**

Sujeil Peña Torres <sujeil.pena@usat.edu>

# Montserrat USMLE Review and Clinicals with Dr. Brown Feb 2018

2 messages

Karen Baldwin <karen.baldwin@usat.edu>                     Mon, Jan 8, 2018 at 1:21 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students,

**There are still a few seats left for the Montserrat Feb 2018 USMLE Step 1 Review with Dr. Brown and as well as clinical rotations. Please see below for details and let me know ASAP if you are interested in attending so we can gather the needed paperwork. If you have any questions please also let me know.**

The next USMLE Prep course and clinical rotation has been set to run February 17, 2018 thru March 3, 2018. This is an opportunity for students who have completed the Review of Systems or transferred as a 3rd year medical student to experience the best of Montserrat. Students can complete 30 clinical training hours in Tropical Medicine and/or Family Medicine from 9am-12pm (M-F), then head to campus to enjoy a catered luncheon followed by USMLE Step I prep daily from 1:30pm-6:30pm (M-F) and Saturday from 9am-1pm (58 hours total). Save the evening for enjoying the local amenities that Montserrat offers as the 'Emerald Isle of the Caribbean'. By completing the 30 hours of clinicals on Montserrat you will then be eligible to receive a Diploma in International Medicine.

**In order to reserve your space please contact** Karen.baldwin@usat.edu **by January 19, 2018. You will need to pay the course fee of $800 along with your lodging cost option in full before your space is guaranteed. Please note without making the** payment by February 1st you will not be able to attend. You will need a white coat along with a current USAT Student ID and a letter from USAT for immigration in order to be allowed entry to the country.

**BSC 817. USMLE Step I preparation & review**, February 19, 2018 to March 2, 2018 [3 credits]. This course will enable the student to complete that last minute push before taking the required NBME versions 13 and above then followed by Step I. Students must bring a laptop or tablet, capable of receiving and sending information.

**Clinical Rotations: Tropical Medicine and/or Family Medicine**, February 19, 2018 to March 2, 2018. Students will participate in clinical training in a tropical environment for approximately 3-4 hours daily, in one of the various Government run clinics in Montserrat, including Glendon Hospital. For students who prefer another option you are also able to work with Dr. Brown to gain clinical research elective credits with the Harvard Data-verse Project Clerkship.

The tuition for this combined program is only $800, excluding transportation and accommodations for USAT students, $1250 for other interested parties. Off campus lodging is available from February 17, 2018 to March 3, 2018 for $400 for 2 weeks for a double occupancy room or $600 for a single room for 2 weeks (housing is shared with up to 7 other students).

Travel to Montserrat is via the VC Bird International Airport in St Johns, Antigua & Barbuda, airport code ANU. Travel to Montserrat is via a 90 minute ferry: https://discovermni.com/ferry-schedule

Travel by air (prop plane) on Fly Montserrat https://www.flymontserrat.com or
ABM Air Montserrat http://montserrat-flights.com

The Faculty for this course will be Dr. Tony Brown. We will offer High Speed Internet.

As an added bonus your passport will include the Montserrat cloverleaf stamp!

Thank you,
Karen Baldwin
University of Science Arts & Technology
karen.baldwin@usat.edu
303.371.0252

Sujeil Peña Torres <sujeil.pena@usat.edu>                   Mon, Dec 10, 2018 at 6:39 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, MONTSERRAT.

Main Campus,
Camelot Estate, P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat,
British West Indies
Administrative Office:
4288 Youngfield Street, Wheatridge, CO 80033.
Puerto Rico Extension:
PO Box 364363, San Juan, PR 00936-4363.

## Enrollment Certification

November 8, 2017

RE: Student Doctor Jose Blasco Jusino,

To: Whom it May Concern

This letter is to certify that our student Jose Blasco Jusino, is a full time enrolled student in good standing in the MD program at the University of Science, Arts and Technology, Puerto Rico Extension.

Please feel free to contact the Department of Admissions with any questions you may have regarding this student at pradmissions@usat.edu. For written correspondence, please contact me at PO Box 364363 San Juan, Puerto Rico.

Regards,

Manuel A. Ortiz Bustillo, MD
Director & Dean of Clinical Sciences
The University of Science, Arts and Technology
Puerto Rico Extension



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

December 5, 2017

## CERTIFICATION

This is to certify that *José Blasco-Jusino,* is currently enrolled at the University of Science, Arts and Technology, Puerto Rico Extension. José is a student in good standing in the MD program at our Institution.   I certify that the information of the student is correct to the best of my knowledge.

Please feel free to contact our Administrative office with any questions you may have regarding this student at 787-300-2111 or by email at hilda.capo@usat.edu .

Sincerely,

Hilda M. Capó-Iriarte
Registrar

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

# M Gmail

Jose Blasco <jose.e.blasco@gmail.com>

## Student Loan Final Disclosure

1 message

**answers@campusdoor.com** <answers@campusdoor.com>
To: jose.e.blasco@gmail.com

Mon, Jun 25, 2018 at 9:37 AM



06/25/2018

Jose E Blasco Jusino
2267 Igualdad St.
Vista Alegre
Ponce, PR 00717

RE: Application Identification Number 5001929587-01

Dear Jose E Blasco Jusino

Congratulations on your education loan approval!

We have created a Final Disclosure which sets forth the final terms of your loan and saved it to your account and, if applicable, your cosigner's account. Please carefully review this disclosure because it sets forth the final terms of your loan. Note that if you or your cosigner, if applicable, requested any reduction in your loan amount, it will be reflected in the Final Disclosure.

Unless you or your cosigner, if applicable, contact us to cancel the loan by the date set forth on the first page of the Final Disclosure, we will disburse your loan funds to your school as set forth below:

-
- 
| Disbursement Date | Disbursement Amount |
| --- | --- |
| 7/16/2018 | $20,000.00 |
| 11/15/2018 | $20,000.00 |
| 3/15/2019 | $20,000.00 |

If you have any questions regarding this notice, please contact:

- SouthEast Bank
- 1415 Ritner Highway
- Carlisle, PA 17013
- 717-254-2381

We're available to assist you any time Monday through Friday from 8:00 a.m. to 6:00 p.m. ET. For your convenience, you may e-mail us at answers@campusdoor.com. If you e-mail us, be sure to include your telephone number and the best time for us to reach you.

Sincerely,

SouthEast Bank

Please note: This message was sent as a service e-mail to facilitate the opening of the new account you requested. Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.

FDCLB

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or in hard copy format.*
*Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.*

Safari  File  Edit  View  History  Bookmarks  Window  Help          22% ⬛  Fri Jul 27  3:03

ECFMG Web Site Authentication - jose.e.blasco@gmail.com - Gmail                    Application for ECFMG Certification

# ECFMG® EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

**On-line Services**

Phone (215) 386-5900
M-F, 9:00 a.m.-5:00 p.m.
Eastern Time in the U.S.

**USMLE ID:** 1-059-608-B                    **Name:** Blasco Jusino, Jose E.

*Application for ECFMG Certification*

**Overview**

**View/Print Application Instructions**



Norton
SECURED
powered by digicert

**Logout**

## Application for ECFMG Certification Confirmation

Your payment has been approved. Your payment confirmation number is **AY0A0DEB4DBC**. Please make a note of this number for your records.

You have successfully submitted the Application for ECFMG Certification. ECFMG will send you an e-mail to confirm receipt.

To print a copy of your Application for ECFMG Certification, please click here.

Proceed to IWA Homepage

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2012, 2014-2017 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms and Conditions of Use | Privacy Policy

IMG-5304.JPG

2/20/19, 3:51 PM



**Important Information Regarding the EdMed Program** Inbox ☆

**S** Schools    •••
to
Jul 23  View details

Hello,

This letter is to inform you that SouthEast Bank is suspending the EdMed Loan Program. All outstanding, scheduled disbursements must be completed by August 15, 2018. We have notified University of Science, Arts and Technology-College of Medicine  so that you can work with the financial aid office as appropriate.

You may can elect to forgo some or all of the loan amount by notifying ReliaMax Lending Services, LLC by email or in writing prior to August 15, 2018. Our contact information is noted below.

If you have any questions concerning this notification, please contact us as soon as possible to ensure timely processing.

IMG-5243.JPG

2/20/19, 3:51 PM

ꜳ T-Mobile  LTE          11:13 AM          68% ◼

account. Please carefully review this disclosure
because it sets forth the final terms of your loan.
Note that if you or your cosigner, if applicable,
requested any reduction in your loan amount, it
will be reflected in the Final Disclosure.

Unless you or your cosigner, if applicable,
contact us to cancel the loan by the date set
forth on the first page of the Final Disclosure, we
will disburse your loan funds to your school as
set forth below:

- 
  Disbursement Date  Disbursement Amount
- 

| Disbursement Date | Disbursement Amount |
| --- | --- |
| 7/16/2018 | $20,000.00 |
| 11/15/2018 | $20,000.00 |
| 3/15/2019 | $20,000.00 |

If you have any questions regarding this notice,
please contact:

- SouthEast Bank
- 1415 Ritner Highway
- Carlisle, PA 17013
- 717-254-2381


# U.S.A.T.
*This is Lifelong Learning*

Jose E. Blasco Jusino <jose.blasco@usat.edu>

## Student Loans
4 messages

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Fri, Jul 27, 2018 at 2:33 PM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>
Cc: Info Puerto Rico <infopr@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>

Good afternoon Mrs. Konyk;

My name is Jose Blasco, current MD student from USAT-Puerto Rico. I am a contacting you because of an Email I receive about the student loans. USAT Puerto Rico office told me to contact you, and ask you for a "certification" that will then be send to the Student Loan Bank. For me this Loan is very important because is my only source of income, so the situation got me worried.

Recently I applied for my next year student loan and the disbursement days are as followed:
July 16, 2018
November 15, 2018
March 15, 2018

I want to know what will happen with this disbursements, will I lose them or they will all come as one?

Attached to this mail will be the Disbursement dates (official SouthEast Bank email) and the Email I received telling me about the problem with the Loans.


Thanks in advance;



Jose E. Blasco Jusino
jose.e.blasco@gmail.com
jose.blasco@usat.edu
1(787)638-5908

**2 attachments**



**IMG-5243.JPG**
561K



**IMG-5304.JPG**
577K

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>    Mon, Jul 30, 2018 at 1:01 PM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

[Quoted text hidden]

## 2 attachments

**IMG-5243.JPG**
561K

**IMG-5304.JPG**
577K

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>    Wed, Aug 1, 2018 at 11:50 AM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

[Quoted text hidden]

## 2 attachments



**IMG-5243.JPG**
561K

**IMG-5304.JPG**
577K

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Thu, Aug 2, 2018 at 9:05 AM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

[Quoted text hidden]

## 2 attachments

**IMG-5243.JPG**
561K

**IMG-5304.JPG**
577K

 Gmail                                               Jose Blasco <jose.e.blasco@gmail.com>

# Change in the Terms of your Student Loan

1 message

**answers@campusdoor.com** <answers@campusdoor.com>                Thu, Aug 2, 2018 at 12:22 PM
To: jose.e.blasco@gmail.com

08/02/2018

Jose E Blasco Jusino,

You or your school have requested a loan change for application ID: 5001929587-01.

| Disbursement Date | Previous Amount | Current Amount |
|---|---|---|
| 07/13/2018 | $20,000.00 | $20,000.00 |
| 08/15/2018 | $20,000.00 | $20,000.00 |
| 08/15/2018 | $20,000.00 | $20,000.00 |
| **Total Loan Amount** | | $60,000.00 |

This notice is a confirmation that your request has been
processed.

Sincerely,
SouthEast Bank

Please note: This message was sent as a service e-mail to
facilitate the opening of the new account you requested. Email
is not a secure method of communication because it may be
intercepted by third parties. Please do not include any sensitive
or private information in your email correspondence directed to
CampusDoor.

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If*
*you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information*
*contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please*
*immediately contact the sender and destroy the material in its entirety, whether in electronic or in hard copy format.*
*Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any*
*sensitive or private information in your email correspondence directed to CampusDoor.*



**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #       303-399-4106

**Statement**

| Date |
|---|
| 8/22/2018 |

| To: |
|---|
| Jose' E. Blasco Jusino<br>PO Box 3504<br>PMB 176<br>Mercedita, PR 00715 |

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
|---|---|

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 0.00 |
| 03/07/2017 | INV #2568. | 66,970.00 | 66,970.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance USD 895.00 | | |
| | --- Lab Fee Sept USD 500.00 | | |
| | --- Technology USD 250.00 | | |
| | --- MD Program, 13 @ USD 4,900.00 = 63,700.00 | | |
| 03/07/2017 | PMT #034348. | -125.00 | 66,845.00 |
| 07/11/2017 | PMT #830281. | -600.00 | 66,245.00 |
| 09/13/2017 | PMT #Loan Proceeds. | -30,000.00 | 36,245.00 |
| 09/13/2017 | INV #2862. | 12,060.00 | 48,305.00 |
| | --- Tuition Sept 1 USD 12,030.00 | | |
| | --- Shipping USD 30.00 | | |
| 12/31/2017 | PMT #Loan Proceeds. | -30,000.00 | 18,305.00 |
| 02/02/2018 | INV #3109. | 30,000.00 | 48,305.00 |
| | --- MD Program USD 30,000.00 | | |
| 04/01/2018 | CREDMEM #3232. | -500.00 | 47,805.00 |
| | --- Referral USD -500.00 | | |
| 07/13/2018 | PMT #Loan Proceeds. | -20,000.00 | 27,805.00 |
| 08/07/2018 | INV #3442. | 10,200.00 | 38,005.00 |
| | --- Tuition USD 10,200.00 | | |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,200.00 | 0.00 | 0.00 | 0.00 | 27,805.00 | USD 38,005.00 |

M Gmail

Jose Blasco <jose.e.blasco@gmail.com>

**ECFMG y Préstamo**
3 messages

---

**Jose Blasco** <jose.e.blasco@gmail.com>                                                                          Tue, Sep 18, 2018 at 1:37 PM
To: "Dr. Manuel Ortiz Bustillo" <manuel.ortizbustillo@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>

Buenas tardes Dr.

Le escribo, pues estoy al tanto de la situación que tiene USAT con el ECFMG.  Por mi parte ya yo tenia un numero asignado, pues hice el tramite previo al problema, pero me encuentro con el percance que ahora la pagina no me permite ver las fechas disponibles, sino que me aparece un documento

---

**Jose Blasco** <jose.e.blasco@gmail.com>                                                                          Fri, Sep 21, 2018 at 10:20 AM
To: "Dr. Manuel Ortiz Bustillo" <manuel.ortizbustillo@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>

Buen dia Dr. Bustillo,

Le escribo, pues estoy al tanto de la situación que tiene USAT con el ECFMG.  Por mi parte ya yo tenia un numero asignado, pues hice el tramite previo al problema, pero me encuentro con el percance que ahora la pagina no me permite ver las fechas disponibles, sino que me aparece un documento "Certification of Identification Form (form 186)".

Con respecto al préstamo, me llego el cheque del segundo desembolso, pero falta un tercero.  Me gustaria saber el estatus de ese cheque o si es que la administración lo va a aguantar.  Aparte de eso, me gustaria conocer que esta pasando con la situación de la escuela y los prestamos.

Gracias anticipadas;

*Jose E. Blasco Jusino, MS*
*jose.e.blasco@gmail.com*
*787-638-5908*

---

**Dr. Manuel Ortiz Bustillo** <m.ortizbustillo@usat.edu>                                                            Fri, Sep 21, 2018 at 10:16 PM
To: Jose Blasco <jose.e.blasco@gmail.com>

Saludos,

El Form 186 es requsito completarla y notarizarla antes de hasta poder escoger fecha. Ese documento lo debes llenar tal y como exige ECFMG por lo que es algo normal dentro del proceso. Voy a darle seguimiento nuevamente a finanzas para conocer el status de tu desmbolso.

En lo personal esta semana no he tenido nueva informacion sobre los prestamos pero hasta donde ultimo se me informo el banco estaba en negociacion con un nuevo "lender" que reemplace a Reliamax. Nuevamente permitame indagar mas informacion durante estos proximos dias, pero no me cabe duda que esto es un tema sumamente prioritario para nuestra administracion y directivos y asi poder ofrecerles opciones de ayudas economicas a la mayor brevedad posible.

Cordialmente,
Dr. Manuel Ortiz
[Quoted text hidden]
--
**Associate Dean of Clinical Sciences**

**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111

www.usat.edu

**ECFMG CERTIFICATION OF IDENTIFICATION FORM (FORM 186)**



**ECFMG ID® Number:** 1-059-608-8
**Name:** Jose E. Blasco Jusino
**Date of Birth:** 09 Oct 1992
**Gender:** Male



PHOTOGRAPH
Insert color, full-face photo here

Official: place
seal/stamp so
it covers part
of photo and
part of form

**IMPORTANT NOTE:** When completed and submitted to ECFMG, this Certification of Identification Form will become part of your ECFMG record. All information on the Certification of Identification Form is subject to verification and acceptance by ECFMG. This form will be used to identify you when you submit an application to ECFMG for any of its programs or services, including an application for a USMLE® Step or Step Component.

**CERTIFICATION OF IDENTIFICATION BY OFFICIAL (To be completed by official)**
I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph printed hereto, (b) comparing his/her physical appearance with the passport photograph, and (c) comparing his/her original passport with the copy of the attached passport.

X_____    _____
Signature of Official                                   Title (with English translation, if not in English)

**APPLICANT RELEASE OF INFORMATION AND CERTIFICATION (To be completed by physician)**

**Release of Information Authorization**
I request and authorize every person, medical school, university, hospital, government agency, or other entity to release information to ECFMG bearing on the content of my request or any document submitted to ECFMG, including, but not limited to, records, diplomas, transcripts, and other documents concerning my identity, citizenship or immigration status, educational, academic or professional history and status, or enrollment.

I hereby authorize ECFMG to transmit any information in its possession, or that may otherwise become available to ECFMG, bearing on the content of my request or any other document submitted to ECFMG, including, but not limited to, records, diplomas, transcripts, and other documents concerning my identity, citizenship or immigration status, educational, academic or professional history and status, or enrollment, and determinations of irregular behavior to any federal, state, or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

I also extend absolute immunity to, and release, other agencies, medical schools, universities, institutions, hospitals and clinics, and registration and licensing authorities providing information, their employees, representatives, directors, and officers, and any third parties and organizations for their acts, communications, reports, records, diplomas, transcripts, statements, documents, recommendations, or disclosures involving me, made in good faith and without malice, requested by ECFMG.

I HAVE READ, UNDERSTOOD, AND AGREE TO THIS RELEASE OF INFORMATION AUTHORIZATION AND I INTEND TO BE LEGALLY BOUND BY IT.

**Certification**
I certify that I am the individual named above, am represented in the attached photograph, the attached passport is a copy of the passport that was issued to me, and that the signature below is my signature.

I hereby certify that I have read, understood, and agree to all of the above statements. I also certify that I have read the *Policies and Procedures Regarding Irregular Behavior* and agree to abide by these policies and procedures. I certify I understand that, as provided in the *Policies and Procedures Regarding Irregular Behavior*, among other things, ECFMG may find that submission of falsified documents to ECFMG during the certification process constitutes irregular behavior, which could result in actions including permanent revocation of or permanent bar to ECFMG Certification, and permanent annotation of your ECFMG record, among other things. I also certify that I have read, understood and agree to the ECFMG Privacy Notice, which is available on the ECFMG website at https://www.ecfmg.org/annc/privacy.html.

X_____    _____    Date
Signature of Applicant

THIS CERTIFICATION OF IDENTIFICATION FORM (FORM 186) MUST BE SUBMITTED TO ECFMG BY 17 SEP 2019

Form 186, September 2018

 **ECFMG**®

# Certification of Identification Form (Form 186) Instructions

The Certification of Identification Form (Form 186) is required as part of the ECFMG certification process to confirm your identity. Once ECFMG accepts Form 186, it typically remains valid indefinitely, and you can apply for additional certification-related services, including applying for the United States Medical Licensing Examination® (USMLE®).

Form 186 must be completed and notarized using NotaryCam, which provides convenient, on-line access to professionally licensed and certified notaries. On-demand NotaryCam sessions are available seven days a week, 3:00 a.m. to 11:00 p.m., Eastern Time in the United States. Appointments can be made for any time. Fees for using NotaryCam were included in your application fee, therefore, you will not be required to pay fees to have NotaryCam certify Form 186. Visit https://www.notarycam.com/ecfmg for detailed instructions.

**To use NotaryCam to complete Form 186, you will need:**

- PDF file of Form 186 ECFMG provided to you (image files not accepted)
- a scanned, color image of the required page(s) of your passport
- a computer with a webcam (Visit https://www.notarycam.com/faq/ for system requirements.)

**Form 186:** As part of your NotaryCam session, you will be required to upload the PDF of Form 186 ECFMG provided to you (either after completion of the on-line portion of the Application for ECFMG Certification or via a link in ECFMG's Interactive Web Applications (IWA)). Form 186 must be completed during the NotaryCam session, and it must be received by ECFMG within one year of the date it was created.

**Passport:** As part of your NotaryCam session, you will be required to upload a scan of your current, unexpired passport. A copy of your passport scan will be provided to ECFMG for your permanent file. *Passports are used by ECFMG for identity verification only.*

| INCLUDE: | BE: |
|---|---|
| - The page with your name* and photograph<br>- The passport expiration date (may be a separate page from name/photo page)<br>- The section of your passport in Latin characters (if the page with name/photo is not in Latin characters) | - Actual size of passport page<br>- Clear and legible with all edges and corners<br>- In color<br>- In (JPEG) format<br>- A file size of 2MB or less |

**\*Important Note:** if the name, gender, and date of birth you submitted as part of the Application for ECFMG Certification do not match exactly the same information in your passport, you cannot use NotaryCam to complete Form 186. Please contact ECFMG's Applicant Information Services for more information.

**Photograph:** As part of your NotaryCam session, NotaryCam will capture a still photograph of you. This image will be placed by the notary onto Form 186 and provided to ECFMG for your permanent file. Please keep this in mind when scheduling and preparing for your NotaryCam session. Make sure you are sitting in a well-lit area and that you are presenting yourself in a professional manner.

**Contact ECFMG Applicant Information Services** at (215) 386-5900 or info@ecfmg.org if you have questions about NotaryCam or, if for any reason, you cannot complete Form 186 using NotaryCam.

Case 3:19-cv-01707-WGY    Document 78-3    Filed 03/31/21    Page 62 of 97



# USAT
*This is Lifelong Learning*

# IMPORTANT INFORMATION FROM ECFMG / ACTION REQUIRED - Update from USAT

**Karen Baldwin** <karen.baldwin@usat.edu>                    Fri, Sep 14, 2018 at 2:04 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students,

USAT is aware of the new request for attendance information from ECFMG. We are currently working on gathering more information. Please be patient and wait for us to provide you with more information before moving forward with the requested information. Please do not contact the ECFMG or send any response to them regarding this until you receive information from our administration. Please do not call Dr. Tulp as he is trying to work on this and will have us send out more information when he has answers.

Thank you so much,

USAT Administration
University of Science Arts & Technology
karen.baldwin@usat.edu
303.371.0252

**Karen Baldwin** <karen.baldwin@usat.edu>                    Sat, Sep 15, 2018 at 1:26 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students,

Please see this message from Dr. Tulp:

The ECFMG has just introduced a new format to determine student attendance of International students during completion of basic sciences. We are awaiting clarification from the ECFMG on how best to complete the form, what they are seeking to learn, and how to address the volcanic eruption item that permits off campus activities, which is covered in our Montserrat license. ( and has no cut-off date.) Please wait for us to obtain the necessary information from the ECFMG as to how to proceed.
Note: we have until Nov 1st 2018 to resolve the issue.

We also noted that effective today, all USMLE applications must now be processed through web.notary rather than through USAT or any other medical school as in the past. They have increased the certification fee for new ECFMG applicants to $125 effective yesterday to accommodate the costs of the web.notary service. The fee for the examinations remains at the previous level of $910 each for Step I and Step 2 CK, and is expected to increase slightly to an undetermined amount on or about Jan 1st, 2019.

So in response to the new ECFMG regulations, just please be patient until we get clarification from the ECFMG, probably early next week. We will notify everyone when we get the clarification.

Kindest Regards,

Orion L. Tulp, PhD, MD, FACN, CNS

Dear Students,

In light of the many calls and emails USAT has received since sending this email please see the updates below:

In regards to the details for the new school, we are currently working on the details and will send you more information as soon as it is available.

In regards to the clinical rotations, we are also finalizing those details and will also update you as soon as we have that information.

ECFMG has placed USAT and YOU in a very difficult position and we are working daily on this and will update you with more information as soon as we have it. Please remember that USAT was only made aware of these changes last week and your patience in this matter is greatly appreciated and we are working hard to help you.

Thank you,
USAT Administration
[Quoted text hidden]

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Wed, Oct 24, 2018 at 5:17 PM
To: Jose Blasco Diaz <jablascodiaz@gmail.com>

[Quoted text hidden]

 **U.S.A.T.**
*This is Lifelong Learning*

Jose E. Blasco Jusino <jose.blasco@usat.edu>

# Loan Disbursement & Financial Statement

6 messages

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Wed, Oct 31, 2018 at 10:24 AM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>
Cc: "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info
Puerto Rico <infopr@usat.edu>

Good Morning Mrs. Konyk,

I am writing you because I still have one last disbursement from the school to me.  I want to know when I am going to
receive that money.  I also want a new Financial statement.

Thanks in advance,

*Jose E. Blasco*
787-638-5908
jose.blasco@usat.edu

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Thu, Nov 1, 2018 at 2:27 PM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>,
Info Puerto Rico <infopr@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Wed, Oct 31, 2018 at 10:24 AM
Subject: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>
Cc: Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info
Puerto Rico <infopr@usat.edu>

Good Morning Mrs. Konyk,

I am writing you because I still have one last disbursement from the school to me.  I want to know when I am going to
receive that money.  I also want a new Financial statement.

Thanks in advance,

*Jose E. Blasco*
787-638-5908
jose.blasco@usat.edu

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>    Fri, Nov 2, 2018 at 11:45 AM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>,
Info Puerto Rico <infopr@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Thu, Nov 1, 2018 at 2:27 PM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo
<m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Wed, Oct 31, 2018 at 10:24 AM
Subject: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>
Cc: Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info
Puerto Rico <infopr@usat.edu>

Good Morning Mrs. Konyk,

I am writing you because I still have one last disbursement from the school to me.  I want to know when I am going to
receive that money.  I also want a new Financial statement.

Thanks in advance,

*Jose E. Blasco*
787-638-5908
jose.blasco@usat.edu

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>    Sat, Nov 3, 2018 at 9:56 AM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>,
USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Fri, Nov 2, 2018 at 11:45 AM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo
<m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

---------- Forwarded message ----------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Thu, Nov 1, 2018 at 2:27 PM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo
<m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>


---------- Forwarded message ----------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Wed, Oct 31, 2018 at 10:24 AM
Subject: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>
Cc: Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info
Puerto Rico <infopr@usat.edu>


Good Morning Mrs. Konyk,


I am writing you because I still have one last disbursement from the school to me.  I want to know when I am going to
receive that money.  I also want a new Financial statement.


Thanks in advance,


*Jose E. Blasco*
787-638-5908
jose.blasco@usat.edu

---

Jose E. Blasco Jusino <jose.blasco@usat.edu>                                    Mon, Nov 5, 2018 at 6:52 AM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>,
Info Puerto Rico <infopr@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>


---------- Forwarded message ----------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Sat, Nov 3, 2018 at 9:56 AM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo
<m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>


---------- Forwarded message ----------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Fri, Nov 2, 2018 at 11:45 AM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo
<m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Thu, Nov 1, 2018 at 2:27 PM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Wed, Oct 31, 2018 at 10:24 AM
Subject: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>
Cc: Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>

Good Morning Mrs. Konyk,

I am writing you because I still have one last disbursement from the school to me.  I want to know when I am going to receive that money.  I also want a new Financial statement.

Thanks in advance,

*Jose E. Blasco*
787-638-5908
jose.blasco@usat.edu

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Tue, Nov 13, 2018 at 7:58 PM
To: apagangarcialaw@gmail.com

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Mon, Nov 5, 2018 at 6:52 AM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Sat, Nov 3, 2018 at 9:56 AM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Fri, Nov 2, 2018 at 11:45 AM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo
<m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Thu, Nov 1, 2018 at 2:27 PM
Subject: Fwd: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Dr. Manuel Ortiz Bustillo
<m.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>

---------- Forwarded message ---------
From: **Jose E. Blasco Jusino** <jose.blasco@usat.edu>
Date: Wed, Oct 31, 2018 at 10:24 AM
Subject: Loan Disbursement & Financial Statement
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>
Cc: Dr. Manuel Ortiz Bustillo <m.ortizbustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info
Puerto Rico <infopr@usat.edu>

Good Morning Mrs. Konyk,

I am writing you because I still have one last disbursement from the school to me.  I want to know when I am going to receive that money.  I also want a new Financial statement.

Thanks in advance,

*Jose E. Blasco*
787-638-5908
jose.blasco@usat.edu



# University of Science, Arts & Technology (USAT) Faculty of Medicine

Montserrat

School Details    Contact Information    Program Details    Sponsor Notes

The information below has been provided by the World Directory's sponsoring organizations.

- Students and graduates of this medical school are eligible to apply to ECFMG for ECFMG Certification and for examination, provided that:
  - For medical school students officially enrolled in this school, the graduation years are listed below as "current".
  - For graduates of this medical school, their graduation year is included in the graduation years listed below.
    Graduation Years:
    2003 - 2018
  - All other eligibility requirements are met. Refer to the ECFMG Information Booklet for detailed information.

- Note: As of January 1, 2019, students and graduates of this medical school with a graduation year of 2019 and later are not eligible to apply to ECFMG for ECFMG Certification, which also renders them ineligible to apply to ECFMG for the United States Medical Licensing Examinations (USMLE) as a step toward ECFMG Certification.

- Currently, students and graduates of USAT are subject to enhanced procedures that must be met in order to be eligible to apply for ECFMG Certification related services, including but not limited to: ECFMG Certification, USMLE examinations that lead to ECFMG Certification, and Electronic Residency Application Service (ERAS®) Support Services. ECFMG will provide information and instructions to applicants upon receipt of application.

# University of Science, Arts & Technology (USAT), Montserrat
*Not Accredited*

## June 2012 Determination: *Not Accredited*

Following the submission of documents to the CAAM-HP – unsolicited – and a request for accreditation, a visit was carried out in October 2011. Team members were:

1. Professor Renn Holness
2. Dr. Rhonda Sealey-Thomas

**Decision:**    The CAAM-HP at its meeting held June 22-23, 2012 received and considered the report of reviewers Professor Renn Holness and Dr Rhonda Sealey-Thomas on the site visit of October 7, 2011 to the campus of the University of Science, Arts and Technology (USAT) in Montserrat.

Following discussions of the reviewers' report CAAM-HP determined that the school had not provided sufficient evidence to indicate that teaching activities were actually taking place in Montserrat. Furthermore, CAAM-HP's requirements for adequate resources had not been satisfied. Consequently, CAAM-HP determined that there was not sufficient evidence to merit reversal of its initial decision of May 2007 not to grant initial provisional accreditation to USAT.

## February 2007 Determination: *Not Accredited*

Application for initial provisional accreditation was received from the University of Science, Arts and Technology (USAT) for the establishment of an offshore medical school on the island of Montserrat. In February 2007, a review was done by the following persons:

1. Dr. David Hawkins
2. Dr. George Mahy
3. Professor Phyllis Pitt-Miller

**Decision:**    The CAAM-HP after examination of the reports determined that it could not grant provisional accreditation for the programme as presented.



Jose E. Blasco Jusino <jose.blasco@usat.edu>

# Ecfmg update

1 message

**Karen Baldwin** <karen.baldwin@usat.edu>                                    Fri, Nov 2, 2018 at 2:07 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear students,

USAT has heard that some students are being asked to provide additional information to ECFMG above and beyond the affidavit. If you are one of these students we ask that you please not send them any additional information at this time. We ask you to instead please send an email to Carla Konyk at c.konyk@usat.edu with the title "ecfmg additional information". She would like to refer you to work directly with USAT's counsel individually. Our attorney will get to all of you either today or over the weekend.

Thank you,
USAT Administration
University of Science Arts & Technology
lectures@usat.edu
303.371.0252



## U.S.A.T.
*This is Lifelong Learning*

Jose E. Blasco Jusino <jose.blasco@usat.edu>

---

# Student Loan Check & Financial Statement.

2 messages

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                                      Tue, Nov 6, 2018 at 7:57 AM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>,
Info Puerto Rico <infopr@usat.edu>
Cc: Jose Blasco <jose.e.blasco@gmail.com>, Jose Blasco Diaz <jablascodiaz@gmail.com>

Good morning Mrs Konyk and Mr. Ortiz-Bustillo,


This is my 6th day trying to reach you in concern of my Student Loan Check. I am on a point where I need the money
to fulfill my personal needs. I am also requesting an up to date Financial Statement to have a clearer view of where
my money have been "invested".

Mr. Ortiz-Bustillo told me he was going to help me with this sedulity. I have tried to reach him, in his office, by mail, and
by phone, and it has been imposible to contact him.

I am really trying to do this with patients, but since I have receive no response from neither of you, I might be taking
some other actions.


Waiting for a prompt response,



*Jose E. Blasco Jusino, MS*
787-638-5908
jose.blasco@usat.edu
jose.e.blasco@gmail.com

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                                      Tue, Nov 13, 2018 at 7:58 PM
To: apagangarcialaw@gmail.com

[Quoted text hidden]



## U.S.A.T.
*This is Lifelong Learning*

José E. Blasco Jusino <jose.blasco@usat.edu>

---

## MENSAJE IMPORTANTE DEL DECANO USAT PR
2 messages

**Info Puerto Rico** <infopr@usat.edu>                                                                        Thu, Nov 8, 2018 at 12:59 PM
To: Adriana Hernandez <adriana.hernandez@usat.edu>, Ambar Perez <ambar.perez@usat.edu>, Andrae Echevarria <andrae.echevarria@usat.edu>, Angel Casillas <angel.casillas@usat.edu>, Angel Negron <angel.negron@usat.edu>, Anibal Pagan <anibal.pagan@usat.edu>, Berenice Colon <berenice.colon@usat.edu>, Betzy Santiago <betzy.m.santiago@usat.edu>, Carlos Negron <carlos.negron@usat.edu>, Carlos Rivera <carlos.rivera@usat.edu>, Carlos Rodriguez <carlos.rodriguez@usat.edu>, Carola Bermúdez <carola.bermudez@usat.edu>, Cesar Roman <cesar.roman@usat.edu>, Chanelle Silva <chanelle.silva@usat.edu>, Christian Diaz <christian.diaz@usat.edu>, Christian Orama <christian.orama@usat.edu>, Cristina Vazquez <cristina.vazquez@usat.edu>, Christopher Robles <chris.robles@usat.edu>, Conchita Jacobo Oyola <conchita.jacobo@usat.edu>, Dagmary Groennou <dagmary.groennou@usat.edu>, Daniel Bernier <daniel.bernier@usat.edu>, David Febo <david.febo@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, David Perez <david.perez.agosto@usat.edu>, Dayna Sorrentini Carlo <dayna.sorrentini@usat.edu>, Dempsey Garcia <dempsey.garcia@usat.edu>, Dianelisse Butler <dianelisse.butler@usat.edu>, Dorimar Nazario <dorimar.nazario@usat.edu>, Edmarie Vazquez <edmarie.vazquez@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, Eliz Fuentes Perez <eliz.fuentesperez@usat.edu>, Elrick Cabrera <elrick.cabrera@usat.edu>, Elsa Santiago <elsa.santiago@usat.edu>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, Erick Lopez <erick.lopez@usat.edu>, Esteban Caraballo Santos <esteban.caraballo@usat.edu>, Fernan E Munoz <fernan.munoz@usat.edu>, "Fernando A. Pena" <fernando.pena@usat.edu>, Fernando Rivera <fernando.rivera@usat.edu>, Franchel Cruz <franchel.cruz@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, Gabriel Guzman <gabriel.guzman@usat.edu>, Gabriel Plaud <gabriel.plaud@usat.edu>, Gabriela Santiago <gabriela.santiago@usat.edu>, Genaro Marcial <g.marcial@usat.edu>, Georgianna Asencio <georgianna.asencio@usat.edu>, Giselle Perez <giselle.perez@usat.edu>, Heidi Rosas <heidi.rosas@usat.edu>, Hillary Manso <hillary.manso@usat.edu>, Hiroshi Rivera <hiroshi.rivera@usat.edu>, Ileana Calderon <ileana.calderon@usat.edu>, Israel Ferrer <israel.ferrer@usat.edu>, Ivanette Caraballo <ivanette.caraballo@usat.edu>, Izamar Martes <izamar.martes@usat.edu>, Jaime Arroyave <jaime.arroyave@usat.edu>, Janeira Quintana <janeira.quintana@usat.edu>, Javier Camacho <javier.camacho@usat.edu>, Jeanette Vazquez <jeanette.vazquez@usat.edu>, Jessica Chang <jessica.chang@usat.edu>, Jesus Rosado <jesus.rosado@usat.edu>, Jimnellys Diaz <jimnellys.diaz@usat.edu>, Joffre Gomez <joffre.gomez@usat.edu>, John Galarza Crespo <john.galarzacrespo@usat.edu>, John Pablos <john.pablos@usat.edu>, Jonathan Rivera Crespo <jonathan.riveracrespo@usat.edu>, Johnathan Serrano <jonathan.serrano@usat.edu>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, Jorge Luis Sanchez <jorge.sanchez@usat.edu>, Jose De Leon <jose.deleon@usat.edu>, Jose Diaz <jose.diaz@usat.edu>, "Jose E. Almonte" <jose.almonte@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Jose Marin <jose.marin@usat.edu>, Jose Nigaglioni <jose.nigaglioni@usat.edu>, José Pérez <jose.perez@usat.edu>, Jose Santiago <jose.santiago@usat.edu>, Josean Sepulveda <josean.sepulveda@usat.edu>, Joselyn Rodriguez <joselyn.rodriguez@usat.edu>, Jossan Gomez <jossan.gomez@usat.edu>, Juliana Belen <juliana.belen@usat.edu>, Keishla Ocasio <keishla.ocasio@usat.edu>, Kenny Nieves <kenny.nieves@usat.edu>, Keyshla Cruz <keyshla.cruz@usat.edu>, Keyshla Santana <keyshla.santana@usat.edu>, Kimberly Martinez <kimberly.martinez@usat.edu>, Leenethsy Crespo <lee.crespo@usat.edu>, "Leishla Y. Vazquez" <leishla.vazquez@usat.edu>, Lenianne Ramirez <lenianne.ramirez@usat.edu>, Llani Chiclana <llani.chiclana@usat.edu>, Lidmarie Rodriguez <lidmarie.rodriguez@usat.edu>, Lillanet Gonzalez <lillanet.gonzalez@usat.edu>, Lilybeth Figueroa <lilybeth.figueroa@usat.edu>, Lisa Irizarry <lisa.irizarry@usat.edu>, Lisa Torres <lisa.torres@usat.edu>, Loraima Rosado <loraima.rosado@usat.edu>, Loraine Bueno <loraine.bueno@usat.edu>, Lorena Valentin <lorena.valentin@usat.edu>, Lucero Rodriguez <lucero.rodriguez@usat.edu>, Luis Almodovar <luis.almodovar@usat.edu>, Luis Cuebas <luis.cuebas@usat.edu>, "Luis G. De Jesús III" <luis.dejesus@usat.edu>, Luis Perez <perez.marquez@usat.edu>, Manuel Acosta <manuel.acosta@usat.edu>, Mara Perez <mara.perez@usat.edu>, Marcos Collazo <marcos.collazo@usat.edu>, "Maria I. Alvarez" <maria.l.alvarez@usat.edu>, Mariafernanda Marquez <marife.marquez@usat.edu>, Marle Ramirez <marle.ramirez@usat.edu>, Mario Rojas <mario.rojas@usat.edu>, Marta Irizarry <marta.irizarry@usat.edu>, Mayraliz Enamorado <mayra.enamorado@usat.edu>, Michael Almodovar <michael.almodovar@usat.edu>, "Milaris M. Sanchez" <milaris.m.sanchez@usat.edu>, Monica Fumero <monica.fumero@usat.edu>, Nahir Perez <nahir.perez@usat.edu>, Nemesis Cardona <nemesis.cardona@usat.edu>, Neshenie Rodriguez <neshenie.rodriguez@usat.edu>, Neyshkalisse Perez <neyshka.perez@usat.edu>, Nitza Negron <nitza.negron@usat.edu>, Niren Valdesuso <niren.valdesuso@usat.edu>, Noel Santos <noel.santos@usat.edu>, Paola Prosper <paola.prosper@usat.edu>, Paulette Salas <paulette.salas@usat.edu>, Patricia Figueroa <patricia.figueroa@usat.edu>, "Priscilla M. Ruiz" <priscilla.ruiz@usat.edu>, Ramsel Irizarry <ramsel.irizarry@usat.edu>, Randall Castillo <randall.castillo@usat.edu>, Ray Cabrera <ray.cabrera@usat.edu>, Roberto Cedeno <roberto.cedeno@usat.edu>, Rocio Santana <rocio.santana@usat.edu>, Saul Alvarado <saul.alvarado@usat.edu>, Saul Fernandez <saul.fernandez@usat.edu>, Siule Martir <siule.martir@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, Sully Cintron <sully.cintron@usat.edu>, Tahlianna Almonte <tahlianna.almonte@usat.edu>, USAT Med <jose.arce@usat.edu>, Vanessa Ramos <vanessa.ramos@usat.edu>, Viana Cabrera <viana.cabrera@usat.edu>, Vonmarie Martinez Rodriguez <vonmarie.martinezrodriguez@usat.edu>, Waldemar Muniz Quinones <waldemar.muniz@usat.edu>, Waldo Muñiz Irizarry <waldo.muniz@usat.edu>, Wilcanor Lopez <wilcanor.lopez@usat.edu>, Wilmary Ortiz <wilmary.ortiz@usat.edu>, Xavier Domenech <xavier.domenech@usat.edu>, Xiomara Diaz <xiomara.diaz@usat.edu>, Yahaira Morales <yahaira.morales@usat.edu>, Yalma Barrabi <yalma.barrabi@usat.edu>, Yanira Torres <yanira.torres@usat.edu>, Yari Ojeda Alvarado <yari.ojeda@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Ylam Dieppa <yiam.dieppa@usat.edu>, Zabdiel Nieves <zabdiel.nieves@usat.edu>, "Catalina C. Jiménez Cortes" <catalina.jimenezcortes@usat.edu>, Ana Berlingeri Ortiz <ana.berlingeri@usat.edu>, Soleil Rodriguez <soleil.rodriguez@usat.edu>, Daviana Rios <daviana.rios@usat.edu>, Alice Rodriguez <alice.rodriguez@usat.edu>, Fernando Rivera <fernando.rivera.dones@usat.edu>, Francelys Mercado <francelys.mercado@usat.edu>, Ivan Betancourt <ivan.betancourt@usat.edu>, Ivan Mercado <ivan.mercado@usat.edu>, Jasmary Lopez <jasmary.lopez@usat.edu>, Jeannelle Soto <jeannelle.soto@usat.edu>, Joan González <joan.gonzalez@usat.edu>, Joann Morales <joann.morales@usat.edu>, Laura Cobian <laura.cobian@usat.edu>, Surilo Acosta <surilo.acosta@usat.edu>, Xavier Orama <xavier.orama@usat.edu>, Yassem Mendez <yassem.mendez@usat.edu>, Ashley Ann Gordils <ashley.gordils@usat.edu>
Cc: USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Yanire Bustillo <yanire.bustillo@usat.edu>, Omar Caro <o.caro@usat.edu>, "Dr. Jeffrey Quiñones" <j.quinones@usat.edu>, "Dr. J Santiago" <j.santiago@usat.edu>, "Dr. Ivan Hourruitiner" <dr.i.hourruitiner@usat.edu>, "Dr. Mario Ferandez" <m.fernandez@usat.edu>, Indira Barbosa <indira.barbosa@usat.edu>, "Dr. Gustavo Sanchez Sanchez" <g.sanchez@usat.edu>, Daniela Cabrera <daniela.cabrera@usat.edu>

Estimados estudiantes:

Les extiendo un caluroso saludo de parte de todo nuestro equipo de trabajo y el mío propio.

Durante las pasadas semanas, se han diseminado comunicaciones de parte de la ECFMG, las cuales han causado mucha incertidumbre, especulación, pero sobre todo, desenfoque académico y es por esto por lo que me dirijo a ustedes. Según la información que este servidor ha recibido de parte de la alta administración de nuestra institución, ellos al igual que sus estudiantes, fueron sorpresivamente notificados *sin previo aviso alguno*.

Afligido en mi carácter personal y como empleado directivo local, ajeno a más información fuera de la que se les ha comunicado a todos los estudiantes mediante correo electrónico, me sentí en la obligación de trasladarme a Colorado y hacer sentido de los eventos ocurridos. Estando reunido con todo el equipo administrativo, es que logro presenciar que efectivamente este acto de parte de la ECFMG había tomado a la más alta administración por sorpresa y al igual que nosotros, éstos se encuentran afectados inmensamente por el mismo. No obstante, éstos se mantienen arduamente trabajando en conjunto con su batería de representantes legales, en poder esclarecer lo ocurrido y tomar cualquier acción requerida.

En el ínterin de tiempo en el cual los altos administrativos puedan brindar más información concreta, se han comenzado a establecer mecanismos preventivos que se estarán difundiendo en las próximas semanas por venir para el beneficio de sus estudiantes; esto tomando en consideración las limitaciones particulares de cada uno de los estudiantes. Debo enfatizar que de ninguna manera la institución tiene intención alguna de cerrar sus puertas y/o cesar sus ofrecimientos académicos. Nuestros administrativos están tomando todas las debidas acciones con autoridades locales y del exterior para que esto tenga una pronta resolución.

Habiendo dicho todo lo anterior, sería irresponsable de mi parte especular y ofrecerles información adicional la cual no poseo y/o no sea certera en este momento. Pero deseo que tengan la certeza que contarán con mi transparencia absoluta en el manejo de toda información obtenida durante este transcurso. Espero aprecien entender que este servidor, en capacidad personal y profesional inconsecuente a todas las ataduras y límites que eso representa, me encuentro incansablemente trabajando en posibles alternativas efectivas para sobre todas las cosas, asegurar el bienestar de ustedes los estudiantes y futuros colegas.

Finalmente les exhorto encarecidamente a que continúen su ejemplar desempeño académico como de costumbre y se les agradece inmensamente su continua cooperación y paciencia. Estaremos en constante comunicación con el Consejo de Estudiantes y todo el estudiantado sobre cualquier novedad

que surja en los próximos días por venir.

Confiado en Dios se despide,

Dr. Manuel Ortiz Bustillo
--
**Associate Dean of Clinical Sciences**





**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111

www.usat.edu

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>
To: Jose Blasco <jose.e.blasco@gmail.com>

Thu, Nov 8, 2018 at 1:03 PM

[Quoted text hidden]

# M Gmail

Jose Blasco <jose.e.blasco@gmail.com>

---

## Followup

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                  Tue, Nov 13, 2018 at 12:01 PM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>,
USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Info Puerto Rico <infopr@usat.edu>
Cc: Jose Blasco Diaz <jablascodiaz@gmail.com>, Jose Blasco <jose.e.blasco@gmail.com>

Good morning Mrs Konyk and Mr Ortiz-Bustillo;

I just want to follow up on the status of the <u>Disbursement Check</u>, and the <u>Financial Statement</u>. I have seen, in past financial statements, that some upcoming trimesters where debited from my student loans, along with the Malpractice Fee. I want to take advance of the opportunity to notify that I will like to receive that money, and when it is the time to make those payment I will personally make them without problem. I prefer to have the money in my side and pay as every other student does.


Thanks in advance and looking for a prompt responce,


## *Jose E. Blasco Jusino, MS*
jose.blasco@usat.edu
1(787)638-5908

## M Gmail

Jose Blasco <jose.e.blasco@gmail.com>

# Fwd: CONVOCATORIA A REUNIÓN NO OFICIAL e INFORMAL CON EL DECANO

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>
To: Jose Blasco <jose.e.blasco@gmail.com>

Fri, Nov 16, 2018 at 11:38 AM

---------- Forwarded message ---------
From: **Info Puerto Rico** <infopr@usat.edu>
Date: Fri, Nov 16, 2018 at 11:29 AM
Subject: CONVOCATORIA A REUNIÓN NO OFICIAL e INFORMAL CON EL DECANO
To: Paola Prosper <paola.prosper@usat.edu>, Jose E. Blasco Jusino <jose.blasco@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, Wendoly Vazquez <wendoly.vazquez@usat.edu>
CC: Dr. J Santiago <j.santiago@usat.edu>, Yanire Bustillo <prregistrar@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

Buenos días:

Luego de haber recibido información de que un grupo de estudiantes está exigiendo reunirse con la Administración en el día de hoy o de realizar algún tipo de manifestación en las facilidades y aun cuando el propio Decano desconocía sobre el tema; se tomó la decision de tomar unos 20 minutos de su cargada agenda actual para recibirles en el salón de Facultad, a las 5:30pm.  Esto dependerá de que no surja cancelación de su vuelo en la tarde de hoy.

Se les instruye a que solamente se atenderá al grupo aquí convocado y no se aceptará ningún tipo de conducta inapropiada, o se dará por terminada la conversación.  Cualquier tipo de manifestación adversa, afectará negativamente los resultados de estas conversaciones de tipo informal.  Recordemos que toda comunicación efectiva, logra grandes éxitos.

Esperando la cooperación de todos para que se acaten las instrucciones en esta comunicación.

Cordialmente,


df on behalf of,
--
**Manuel J. Ortiz Bustillo, MD**
**Associate Dean of Clinical Sciences**

 Gmail

Jose Blasco <jose.e.blasco@gmail.com>

## Fwd: USAT weekly update

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Wed, Nov 21, 2018 at 8:13 AM
To: Jose Blasco <jose.e.blasco@gmail.com>

---------- Forwarded message ---------
From: **Karen Baldwin** <karen.baldwin@usat.edu>
Date: Tue, Nov 20, 2018 at 11:54 PM
Subject: USAT weekly update
To:

Dear Students,

USAT wishes you a safe and happy Thanksgiving holiday.  Please know that the administrative offices will be closed from 12:00pm on Wednesday November 21, 2018 and will reopen on Monday November 26, 2018 MST.

Webinars will not be held this week and will start back up on Monday November 26, 2018.

There are currently no further updates in regards to ECFMG due to the holiday this week.  The new school continues to progress with more updates coming in the next few weeks.

Happy Thanksgiving,
USAT Administration

Case 3:19-cv-01707-WGY    Document 78-3    Filed 03/31/21    Page 78 of 97

 Gmail

Jose Blasco <jose.e.blasco@gmail.com>

---

## Fwd: Orientacion

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>
To: Jose Blasco <jose.e.blasco@gmail.com>

Mon, Dec 10, 2018 at 9:51 AM

---

---------- Forwarded message ---------
From: **Yanire Bustillo** <yanire.bustillo@usat.edu>
Date: Mon, Dec 10, 2018 at 9:49 AM
Subject: Re: Orientacion
To: Jose E. Blasco Jusino <jose.blasco@usat.edu>

Buenos días Jose,

Se tiene que adelantar el cierre de semestre ya que tenemos muchas solicitudes de transcripciones y Mary Hickling necesita recibir las notas para poder preparar las transcripciones de crédito oficiales. En Colorado se trabaja todo documento oficial.
Sin dejar de mencionar que tenemos acreditación hasta el 31 de diciembre por lo cual se esta acelerando el proceso para que tengan sus papeles en ley para cualquier solicitud que presenten en instituciones.
Mas adelante seguiremos en comunicación.

Atentamente,


Yanire Bustillo
*Registrar & Human Resource Supervisor*



**Office of the Registrar**
**USAT - School of Medicine**
**Puerto Rico Satellite**
Tel. 787-300-2111
Fax 787-300-2049


On Sun, Dec 9, 2018 at 10:54 PM Jose E. Blasco Jusino <jose.blasco@usat.edu> wrote:
  Buenas noches Sra. Bustillo,

Le escribo, pues encontre un poco preocupante el email que envío en la tarde de hoy ademas de las acciones que están tomando los doctores con sus respectivas clases.  Me gustaría conocer si tienen alguna update de la situación de la escuela, donde me encuentro yo parado, como estudiante de USAT. Ademas de que me gustaría saber como están los trabajos en Tortola.  Le escribo directamente a usted, pues como bien sabe no soy de escuchar rumores de pasillo, si no que me gusta conocer la información de la fuente.

Muchas gracias y espero escuchar pronto de ustedes;


Jose E. Blasco Jusino

 **U.S.A.T.**
*This is Lifelong Learning*

Jose E. Blasco Jusino <jose.blasco@usat.edu>

## Student Loan Check

2 messages

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Tue, Dec 11, 2018 at 9:15 PM
To: Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Good night mMrs. Konyk

It has been a while since I last emailed you in concern of the money you have illegally appropriate.  It is a check of $20,000 that was disburse to the institution on August 15, 2018. Beside of that money, I want also the money that you took from my money for upcoming trimesters, GRADUATION fee (I was suppose to graduate on 2020), Anatomy lab fee (this class was Transferred from other school), and Insurance fee (why malpractice? I barely finished my Basic Sciences), without my concern.  I have been trying to reach you since SEPTEMBER, and I have NEVER receive an answer.

Waiting for a prompt response;

Jose E. Blasco Jusino, MS
jose.blasco@usat.edu
787-638-5908

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>                    Tue, Dec 11, 2018 at 9:15 PM
To: Jose Blasco <jose.e.blasco@gmail.com>

[Quoted text hidden]

 Gmail

Jose Blasco <jose.e.blasco@gmail.com>

---

# Fwd: USAT updates

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>
To: Jose Blasco <jose.e.blasco@gmail.com>

Wed, Dec 12, 2018 at 11:39 PM

---------- Forwarded message ---------
From: **USAT Lectures** <lectures@usat.edu>
Date: Wed, Dec 12, 2018 at 10:54 PM
Subject: USAT updates
To:

Congratulations to all of the students who made this years graduation ceremonies record breaking for USAT. USAT had over 200 graduates in attendance! Staff and faculty would like to send our heartfelt congratulations and warm holiday wishes to the graduates, the student body and all of their families.

For those students needing diplomas, transcripts, deans letters and ECFMG certifications please be advised to receive these documents all tuition and fees must be <u>paid in full</u>. If you are in need of a financial balance invoice, that is payable online, please send an email with the following information to lectures@usat.edu and c.konyk@usat.edu:
1. Your full name
2. The documents you need
3. The best email to reach you on, if not your @usat.edu email

**New school updates:**
Information has been sent to the World Directory of Medical Schools (WDOMS) for registration. You can apply to attend this new school using the current online application system (Maestro) starting on Dec 28, 2018. More details will follow. We have identified a location for the school and more details will be sent as soon as they are available.

**USAT Administrative Holiday Closures:** The offices will be closed from December 21 through December 25, 2018. The offices will be open from December 26 through 28, and will be closed from December 29, 2018 through January 2, 2019.

**USAT Puerto Rico Holiday Closures:** The offices will be closed for the Holidays starting on December 14th.

USAT has received some concerning reports that students have been using threatening or intimidating behavior either verbal or physical and this will not be tolerated. These students have been identified and will be expelled from the University, this will also appear on their transcript.

Thank you,
USAT Administration

Case 3:19-cv-01707-WGY    Document 78-3    Filed 03/31/21    Page 82 of 97

 **U.S.A.T.**
*This is Lifelong Learning*

Jose E. Blasco Jusino <jose.blasco@usat.edu>

---

## USAT updates

---

**USAT Lectures** <lectures@usat.edu>                                         Wed, Dec 12, 2018 at 10:54 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Congratulations to all of the students who made this years graduation ceremonies record breaking for USAT. USAT had over 200 graduates in attendance! Staff and faculty would like to send our heartfelt congratulations and warm holiday wishes to the graduates, the student body and all of their families.

For those students needing diplomas, transcripts, deans letters and ECFMG certifications please be advised to receive these documents all tuition and fees must be <u>paid in full</u>. If you are in need of a financial balance invoice, that is payable online, please send an email with the following information to lectures@usat.edu and c.konyk@usat.edu:
1. Your full name
2. The documents you need
3. The best email to reach you on, if not your @usat.edu email

**New school updates:**
Information has been sent to the World Directory of Medical Schools (WDOMS) for registration. You can apply to attend this new school using the current online application system (Maestro) starting on Dec 28, 2018. More details will follow. We have identified a location for the school and more details will be sent as soon as they are available.

**USAT Administrative Holiday Closures:** The offices will be closed from December 21 through December 25, 2018. The offices will be open from December 26 through 28, and will be closed from December 29, 2018 through January 2, 2019.

**USAT Puerto Rico Holiday Closures:** The offices will be closed for the Holidays starting on December 14th.


USAT has received some concerning reports that students have been using threatening or intimidating behavior either verbal or physical and this will not be tolerated. These students have been identified and will be expelled from the University, this will also appear on their transcript.


Thank you,
USAT Administration


## U.S.A.T.
*This is Lifelong Learning*

Jose E. Blasco Jusino <jose.blasco@usat.edu>

---

# Documents
1 message

---

**Jose E. Blasco Jusino** <jose.blasco@usat.edu>       Thu, Dec 13, 2018 at 9:13 AM
To: USAT Lectures <lectures@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Good morning USAT administration,


My name is Jose Blasco, and I am writing because I want to receive:
- -Transcript
- -Deans Letter
- -Financial Statement

You can reach me at this same email.

Thanks in advance;

---

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Invoice Date | Invoice # |
|---|---|
| 8/26/2018 | 3499 |

**TUITION INVOICE**

**Phone #**   727-252-6205     **Fax #**   303-399-4106

**Bill To:**

Jose' E. Blasco Jusino
PO Box 3504
PMB 176
Mercedita, PR 00715

**PLEASE PAY**

**THIS AMOUNT**     See Amount Below

Make checks payable to:   **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and
indicate change(s) on reverse side.

Have E-Mail? _____

------------------------------------------------------------

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | *Tuition* | Semester Tuition added back after Loan Proceeds Refund. Four semesters | 20,400.00 | 20,400.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to
graduation. Thank you.

| **Total** | USD 20,400.00 |
|---|---|
| **Payments/Credits** | USD -1,995.00 |
| **Balance Due** | USD 18,405.00 |

**Billing Inqueries? Call**     727-252-6205

# M Gmail

Jose Blasco <jose.e.blasco@gmail.com>

---

## Statement

---

**Jose Blasco** <jose.e.blasco@gmail.com>                   Wed, Feb 13, 2019 at 1:19 PM
To: c.konyk@usat.edu

Good evening Mrs. Konyk,

I am reaching you because I wrote about a misunderstanding with an invoice and my statement, and I want to know if you got the chance to review my profile. I want to continue my journey, but without my official transcript, it is kind of impossible. I know Dr. Tulp was aware of my situation because he read my email and redirected to you, and so did David. Keep me in touch.

Thanks in advance;


## Jose E. Blasco, MS
jose.e.blasco@gmail.com

 **Gmail**

Jose Blasco <jose.e.blasco@gmail.com>

---

## Financial Situation/Official Transcript

---

**Jose Blasco** <jose.e.blasco@gmail.com>                          Sat, Feb 16, 2019 at 3:14 PM
To: registrar2@usat.edu, c.konyk@usat.edu, "David Huffman - Admissions (A-L)" <admissions@usat.edu>,
drorientulp@usat.edu, USAT Lectures <lectures@usat.edu>

Hello,

I am writing again to see if you had the chance to review the Invoice that do not match with the statement, that do not match with what I studied. I want this to get clear so I can have in my hands my official transcription of credits. I need this situation to be solved so I can move on with my career.

Hope to hear from you all soon;

### *Jose E. Blasco Jusino, MS*
jose.e.blasco@gmail.com

2/20/19, 4:25 PM

 **Gmail**

Jose Blasco <jose.e.blasco@gmail.com>

# Please Note Re: Financial Situation/Official Transcript
5 messages

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>                    Sat, Feb 16, 2019 at 3:15 PM
To: jose.e.blasco@gmail.com

For students requesting a letter of graduation please note that I am
not authorized to send this unless your tuition is paid in full.
Please contact Carla Konyk in finance for more information.

Sincerely,
Mary

--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu <registrar2@usat.edu>*

---

**Jose Blasco** <jose.e.blasco@gmail.com>                    Sat, Feb 16, 2019 at 3:17 PM
To: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Thank you for answering.


The situation is that my tuition was fully covered with the loans USAT provided.  I have a statement that confirms that
the school charged more than my 4 trimesters.
[Quoted text hidden]

---

**Jose Blasco** <jose.e.blasco@gmail.com>                    Sat, Feb 16, 2019 at 3:26 PM
To: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

4 trimesters x $4,900 = $19, 600
Lab fee = $500
Technology Fee = $250
Total: $20,350

USAT charged me $27,805.00. Meaning that I fully paid what I studied and also the pertinent Fees. It also shows that I
have a credit of $7,455.00.
[Quoted text hidden]

📄 **Statement1_from_USAT_Montserrat_LLC.1856.pdf**
    428K

---

**Jose Blasco** <jose.e.blasco@gmail.com>                    Sat, Feb 16, 2019 at 3:27 PM
To: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Case 3:19-cv-01707-WGY     Document 78-3     Filed 03/31/21     Page 88 of 97

I have also been trying yo contact Carla Konyk since September and I have received no response.

[Quoted text hidden]

---

**Jose Blasco** <jose.e.blasco@gmail.com>                                    Sat, Feb 16, 2019 at 6:29 PM
To: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>, c.konyk@usat.edu

This situation is getting very uncomfortable. I have been writing you emails for the past two weeks, I have been trying to reach Mrs. Konyk since September and the answers are vague or none. **Is there any other way I can contact another person from the school to get my Documents?** I have been very patient, but this process is not helping. There is a lot of questions and uncertainty. I am not just requesting my transcript, I have the right to demand it because there is proof that I have paid beyond what I have studied, in addition to the student loan check of $20,000 that was never handed to me. I spent almost two years on your institution and right now I have nothing, with the Transcript I will be able to at least continue my career or start it all over. Once again, I have tried to handle this in a good way, but USAT administration is not helping. Please, I NEED you to be more diligent with your work and empathic with this situation. I request a solution as soon as possible!

Waiting for a prompt response;

## *Jose E. Blasco Jusino, MS*

jose.e.blasco@gmail.com

On Sat, Feb 16, 2019 at 3:15 PM Mary Hickling - Registrar (M-Z) <registrar2@usat.edu> wrote:
[Quoted text hidden]

Gmail - Official documents                                                                                                                                2/20/19, 4:25 PM

 **Gmail**

Jose Blasco <jose.e.blasco@gmail.com>

---

## Official documents

3 messages

---

**Jose Blasco** <jose.e.blasco@gmail.com>                                                             Thu, Feb 14, 2019 at 12:51 PM
To: "c.konyk@usat.edu" <c.konyk@usat.edu>, "registrar2@usat.edu" <registrar2@usat.edu>

Hello!

I am writing again to check if the financial situation was reviewd ir resolved. I really REALLY need my documents to move forward. I will appreciate if you take my concern in considerations because at the time I am woth my hands tight. I cannot move formward.

Thanks in advance!

---

**Carla Konyk** <carla.konyk@gmail.com>                                                               Wed, Feb 20, 2019 at 6:00 AM
Reply-To: c.konyk@usat.edu
To: Jose Blasco <jose.e.blasco@gmail.com>

Hi Jose,
I'm making adjustments to your invoice.
If you are due a refund, it can take up to two months for processing.

Carla Konyk
*Carla M. Konyk,*
*Vice President, Director of Administration*

---

## University of Science, Arts and Technology (USAT)
*Office*   303-371-0252
*Cell*   727-252-6205

[Quoted text hidden]

---

**Jose Blasco** <jose.e.blasco@gmail.com>                                                             Wed, Feb 20, 2019 at 3:28 PM
To: c.konyk@usat.edu

Ok, thank you.
[Quoted text hidden]

---

# M Gmail

## Transcript

2 messages

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>    Wed, Mar 13, 2019 at 11:13 AM
To: Jose Blasco <jose.e.blasco@gmail.com>

Hello Jose,
Attached is a copy of your transcript. Is the address on it correct? I just need to confirm with Carla that I can send you an official and then I can mail them to you.
Please let me know,
Sincerely,
Mary

--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

📄 **Blasco, Jose USAT Transcript 190312.pdf**
249K

**Jose Blasco** <jose.e.blasco@gmail.com>    Wed, Mar 13, 2019 at 11:30 AM
To: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Good day, Mrs. Hickling

The new Adress is:

    **1369 Mercedita**
    **Bonita St.**
    **Ponce PR 00717**
Thanks,

Jose E. Blasco Jusino, MS

[Quoted text hidden]

 **Gmail**

# Transcript

2 messages

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>                    Wed, Mar 13, 2019 at 11:13 AM
To: Jose Blasco <jose.e.blasco@gmail.com>

Hello Jose,
Attached is a copy of your transcript. Is the address on it correct? I just need to confirm with Carla that I can send you an official and then I can mail them to you.
Please let me know,
Sincerely,
Mary

--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

---

📄 **Blasco, Jose USAT Transcript 190312.pdf**
249K

---

**Jose Blasco** <jose.e.blasco@gmail.com>                    Wed, Mar 13, 2019 at 11:30 AM
To: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Good day, Mrs. Hickling

The new Adress is:

**1369 Mercedita**
**Bonita St.**
**Ponce PR 00717**

Thanks,

Jose E. Blasco Jusino, MS

[Quoted text hidden]

---

nail – Transcript

Mary
[Quoted text hidden]

---

Thu, Mar 14, 2019 at 6:09 PM

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
To: Jose Blasco <jose.e.blasco@gmail.com>

Hello Jose,
I am sending your transcripts tomorrow and they will require a signature. I have sent you a tracking number as well.
Sincerely,
Mary
[Quoted text hidden]

# M Gmail

## Transcript

4 messages

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
To: Jose Blasco <jose.e.blasco@gmail.com>

Wed, Mar 13, 2019 at 11:13 AM

Hello Jose,
Attached is a copy of your transcript. Is the address on it correct? I just need to confirm with Carla that I can send you an official and then I can mail them to you.
Please let me know,
Sincerely,
Mary

--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

---

📄 **Blasco, Jose USAT Transcript 190312.pdf**
249K

---

**Jose Blasco** <jose.e.blasco@gmail.com>
To: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Wed, Mar 13, 2019 at 11:30 AM

Good day, Mrs. Hickling

The new Adress is:
       **1369 Mercedita**
       **Bonita St.**
       **Ponce PR 00717**
Thanks,


Jose E. Blasco Jusino, MS

[Quoted text hidden]

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
To: Jose Blasco <jose.e.blasco@gmail.com>

Thu, Mar 14, 2019 at 6:00 PM

Thank you Jose,
I am still waiting on confirmation from Carla Konyk to send your transcript. If you have a zero balance statement that you can send me that would speed up the process as Carla is out of town.
Please let me know,



# USAT

*MONTSERRAT*

**OFFICIAL TRANSCRIPT**

# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, MONTSERRAT

Main Campus,
Camelot Estate, P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat,
British West Indies *www.usat.edu*
Admissions Office
4288 Youngfield St. Wheat Ridge, CO 80033

NAME: Jose Enrique Blasco Jusino      I.D.:001- 2521      DOB: 10/9/1992

ADDRESS: 2267 Igualdad St., Ponce, PR 00717

EMAIL: jose.blasco@usat.edu

PREVIOUS INSTITUTIONS ATTENDED: Ponce Health Sciences University

MAJOR: MEDICINE

MATRICULATION DATE:

DEGREE SOUGHT: MBBS/MD

Page 1 of 1

| DEPARTMENT | COURSE NR | TOPIC / COURSE TITLE | CREDITS | GRADE | QUALPTS | REMARKS |
|---|---|---|---|---|---|---|
| | | **TRANSFERRED FROM PONCE HEALTH SCIENCES UNIVERSITY** | | | | |
| | ANM-6051 | HISTOLOGY AND CELL BIOLOGY | 5 | TPASS | CR | |
| | ANM-6011 | GROSS ANATOMY, EMBRYO & IMAGING | 9 | TPASS | CR | |
| | BCM-6121 | BIOCHEMISTRY AND MEDICAL GENETICS | 9 | TPASS | CR | |
| | MEM-6350 | MEDICAL ETHICS | 1 | TPASS | CR | |
| | MIM-6420 | MICROBIOLOGY AND IMMUNOLOGY | 4 | TPASS | CR | |
| | PHM-6020 | NEUROSCIENCE | 4 | TPASS | CR | |
| | PHM-6921 | PHYSIOLOGY | 7 | TPASS | CR | |
| | | **CUM TRANSFERRED BASIC SCIENCES** | **39** | **TPASS** | **CR** | |
| | | **USAT BASIC SCIENCES** | | | | |
| | BSC640 | NEUROANATOMY | 3 | A | 12.0 | |
| | BSC560 | MEDICAL IMAGING | 3 | A- | 11.1 | |
| | BSC542 | MOLECULAR BIOLOGY | 3 | A | 12.0 | |
| | BSC529 | INTRO TO PHYSIOLOGY | 1 | A- | 3.7 | |
| | BSC675 | INTRO TO PHARMACOLOGY | 1 | A- | 3.7 | |
| | BSC511 | INTRO TO MICROBIOLOGY | 1 | A | 3.7 | |
| | TTS600 | TEST TAKING STRATEGIES I | 0.5 | P | CR | |
| | BSC530 | MEDICAL PHYSIOLOGY | 3 | A | 12.0 | |
| | BSC670 | PHARMACOLOGY | 3 | A- | 11.1 | |
| | BSC525 | MICROBIOLOGY AND IMMUNOLOGY | 3 | A | 12.0 | |
| | BSC789 | GENERAL PATHOLOGY | 3 | A | 12.0 | |
| | BSC540 | BIOCHEMISTRY | 3 | A | 12.0 | |
| | TTS601 | TEST TAKING STRATEGIES II | 0.5 | P | CR | |
| | BSC350 | PUBLIC HEALTH | 3 | A+ | 12.9 | |
| | CSK600 | CLINICAL SKILLS I | 2.5 | B+ | 8.3 | |
| | BSC902B | PSYCHOPATHOLOGY | 3 | B- | 8.1 | |
| | BSC612 | MEDICAL ETHICS | 3 | B | 9.0 | |
| | BSC903B | ORGAN SYSTEMS I | 9 | B | 27.0 | |
| | BSC903C | ORGAN SYSTEMS II | 9 | B- | 24.3 | |
| | BSC903D | ORGAN SYSTEMS III | 9 | A | 36.0 | |
| | ICM600 | INTRO TO CLINICAL | 12 | P | CR | |
| | | **CUM GPA** | **78.5** | **3.52** | **230.9** | |
| | | **CUM BASIC SCIENCES** | **117.5** | **3.30** | **CR** | |

**//////////END OF TRANSCRIPT NOTHING FOLLOWS//////////**

COMMENTS:      WITHDREW DECEMBER 2018

**Not Valid if Black and White.**      Registrar:_____      Date Issued:_____

USA (FL Cert Nr. L12000078671), Montserrat (Cert Nr. 17-2003).

Member Institution of Med Ed Central, WHO Global Alliance on Healthcare, WDOMS World Medical Schools, ASIC (UK) & IPSP (ITALY), AAHEA. AICP. USAT is IMED/FAIMER listed.

USAT is an Equal Opportunity Employer. © USAT 2015  *www.usat.edu*

*Excellence and Professionalism in Research and Education.*      01/2015



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Blasco Jusino, Jose E.
Sept-Dec. 2018

Student ID: 1017

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | Intro to Clinicals | | | | Organ System III | |
| 9:00-10:00am | II | | Organ System III | | II | |
| 10:00-11:00am | II | | II | | II | |
| 11:00-12:00md | II | | II | | II | |
| 12:00-1:00pm | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* |
| 1:00-2:00pm | Intro to Clinical/Lab | | ACN | | Intro to Clinicals | |
| 2:00-3:00pm | II | | II | | II | |
| 3:00-4:00pm | | | | | II | |
| 4:00-5:00pm | | | | | II | |
| 5:00-6:00pm | | | | | | |
| 6:00-7:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME |
|---|---|---|---|---|
| ICM 600 | 001 | Introduction to Clinical Medicine | 205 | M 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine Lab | 205 | M 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | W 9:00am-12:00md |
| GPS 602 | 001 | Advanced Clinical Nutrition | 204 | W 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | K 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine | 204 | F 1:00pm-5:00pm |

Student _____ Date _____

Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: <u>Blasco Jusino, Jose E.</u>
Jan-Apr. 2018

Student ID: <u>PR-02-17-1017</u>

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|------|-----|-----|-----|-------|-----|-----|
| 8:00-9:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 9:00-10:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 10:00-11:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 11:00-12:00md | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 12:00-1:00pm | | | *Lunch* | *Lunch* | *Lunch* | |
| 1:00-2:00pm | | | Med. Ethics | | Med. Ethics | |
| 2:00-3:00pm | | Immunology | Med. Ethics | | Med. Ethics | |
| 3:00-4:00pm | | Immunology | Med. Ethics | | | |
| 4:00-5:00pm | Psychology | | TTS-II | | | |
| 5:00-6:00pm | Psychology | | | | | |
| 6:00-7:00pm | Psychology | | | | | |
| 7:00-8:00pm | Psychology | | | | | |

| COURSE # | SEC # | | COURSE TITLE | RM # | | DAY/TIME |
|----------|-------|---|--------------|------|---|----------|
| ORG 509 | 001 | B | Organ Systems X | 205 205 | M W F | 8:00-12:00md 8:00-12:00md 8:00-12:00md |
| GPS 507 | 001 | A | General Principles II (Immunology) | 205 | K | 2:00-4:00pm |
| BSC 563 | 001 | B | Pharmacology | 205 | T | 8:00-12:00md |
| BHS 514 | 001 | B | Medical Ethics & Professionalism Skills | 205 | W F | 1:00-4:00pm 1:00-3:00pm |
| CSC 508 | 001 | A | Test Taking Strategies II | 205 | W | 4:00-5:00pm |
| BHS 511 | 001 | | Psychology | 203 | M | 4:00-8:00pm |

Student: _____

Processed By: _____    Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: <u>Blasco Jusino, Jose E.</u>                    Student ID: <u>PR-02-17-1017</u>
Aug.-Dec. 2017    Second Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 9:00-10:00am | Micro/Immuno | Physiology | Physiology | Micro/Immuno | Neuroanatomy | |
| 10:00-11:00am | Micro/Immuno | Physiology | Physiology | Micro/Immuno | Neuroanatomy | |
| 11:00-12:00md | | Physiology | Physiology | Micro/Immuno | Neuroanatomy | |
| 12:00-1:00pm | | | | | | |
| 1:00-2:00pm | | Molecular Bio | Biochemistry | | Biochemistry | |
| 2:00-3:00pm | | Molecular Bio | Biochemistry | | Biochemistry | |
| 3:00-4:00pm | Gen. Pathology | | Med. Imaging | | | |
| 4:00-5:00pm | Gen. Pathology | | Med. Imaging | | | |
| 5:00-6:00pm | TTS | TTS | TTS | TTS | TTS | |

| COURSE # | SEC # | COURSE TITLE | CRED | RM # | DAY/TIME |
|---|---|---|---|---|---|
| GPS 507 | 001 | General Principles II – (Micro/Immuno) | 5 | 203 | M  9:00-11:00am<br>T  9:00-12:00md |
| BSC 501 | 001 | Human Body Structure – (Neuroanatomy) | 3 | 203 | F  9:00-12:00md |
| GPS 502 | 001 | General Principles I – (Physiology) | 6 | 203 | K-W 9:00-12:00md |
| GPS 507 | 001 | General Pathology | 2 | 203 | M  3:00-5:00pm |
| CSC 503 | 001 | Clinical Test Taking Strategies | 1 | 203 | M-F 5:00-6:00pm |
| BSC 501 | 001 | Human Body Structure – (Medical Img) | 2 | 203 | W  3:00-5:00pm |
| GPS 502 | 001 | General Principles I – (Molecular Biology) | 3 | 203 | K  1:00-3:00pm |
| GPS 507 | 001 | Biochemistry: Nutrition & Metabolism | 6 | 203 | W  1:00-3:00pm<br>F  1:00-3:00pm |

Student: _____

Processed By: _____    Date: 11/16/2017