**EXHIBIT 7**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **Lucero Rodriguez-Fernandez; ET ALS**<br><br>PLAINTIFFS<br><br>VS.<br><br>**UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ET ALS**<br><br>DEFENDANTS | CIVIL NO. 19-1707<br><br>RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO);<br>FRAUDULENT INDUCEMENT;<br>BREACH OF CONTRACT;<br>UNJUST ENRICHMENT;<br>TORT DAMAGES<br><br>TRIAL BY JURY DEMANDED |

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is LUCERO RODRIGUEZ FERNANDEZ. I am of legal age, student, single, domiciled and resident of San Juan, Puerto Rico.

2. My address is the following: Urb. Levittown Lakes AM 16 Toa Baja PR, 00949.

3. In (21/03/2018), I was searching for a medical school to apply in order to get into a career in medicine.

4. On or around (04/04/2018), I applied via online to the medical program of USAT PR, campus. From April/2018 to May/2018) I was in contact for all the admissions process with Manuel José Ortiz-Bustillo ("Ortiz") and Damaris Frías (USAT Officials).

5. Ortiz represented themselves as officials of the medical school known as University of Science, Arts and Technology ("USAT").

6. Ortiz represented to me that USAT was an accredited college of medicine in Puerto Rico.

7. On (22/03/2018, 28/03/2018, 04/04/2018) I received various materials regarding USAT, such as a brochures, applications and enrollment agreements. These materials made representations that USAT was an accredited college of medicine in Puerto Rico, as well as other states.

8. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Orien L. Tulp ("Tulp") is the President of USAT,

Carla M. Konyk ("Konyk") is the Vice-President and Director of Administration and Finances of USAT, and Karen Baldwin ("Baldwin") is the Administrator of USAT.

9. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Ortiz is the Dean of the USAT College of Medicine in Puerto Rico, and that Cabrera is the Clinical Coordinator of Student Affairs of the USAT College of Medicine in Puerto Rico.

10. As such, my understanding was that Tulp, Konyk, Baldwin, Ortiz and Cabrera (jointly "USAT Officials") were all officials and representatives of USAT.

11. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT was accredited by the Educational Commission for Foreign Medical Graduates ("ECFMG") so that USAT students may be able to take the United States Medical Licensing Examinations.

12. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that being a student of USAT would allow me to take the United States Medical Licensing Examinations.

13. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT also had other satellite campuses or schools in other states in the United States, such as in Florida, Maryland and Texas.

14. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT had its main Administrative Office in the state of Colorado, in the United States.

15. I understood that the USAT officials have been working at USAT for some time.

16. The USAT Officials made representations that USAT's purpose was to provide me an education in medicine if I applied to be a student.

17. In consideration of providing me an education in medicine if I became a student, USAT would request payments from me.

18. The USAT Officials made representations that once the payments would be received, they would provide the education in medicine and I would be able to take the United States Medical Licensing Examinations.

19. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I was induced and made the decision to apply to USAT, thinking that I was going to be able to receive a valid medical education in Puerto Rico and will be able to apply for and take the United States Medical Licensing Examinations.

20. On (04/04/2018, 05/04/2018, 06/04/2018, 10/04/2018, 11/04/2018) I submitted all the required documents and required payments to USAT in order to apply.

21. On (17/04/2018), I received a letter from Tulp which informed me that I was admitted to the medical doctor program of USAT. The letter said it was a typical four-year program of scientific and medical education. The Letter indicated that I must pay no less than five thousand four hundred dollars ($6,495), per semester plus other expenses such as a Matriculation Fee, Medical Student Malpractice Insurance Fee, Anatomy Lab Fee, Technology Fee, Clinical Fee and Graduation Fee which amounted to approximately nine thousand one hundred forty-five dollars ($9,145.00).

22. Once I was admitted by USAT, USAT Officials from both Puerto Rico and Colorado came to attend the White Coat Ceremony making the representation that we were going to start a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

23. Once I was admitted by USAT, the USAT officials oriented me as to the manner of payment and the possibility of taking out a loan.

24. I did not take loans to cover the expenses of tuition. I made all the payments directly with Dhamaris Frías (USAT Officials) via telephone call and also at the facilities of USAT PR campus.

25. On (06/04/2018), I paid $125 for the application fee.

26. On (10/05/2018), I paid $600 for enrollment fee and $1,400 for tuition.

27. On (14/08/2018), I paid $1,800 for tuition.

28. On (21/09/2018), I was notified by the USAT Officials of the ECFMG irregularities.

29. On September 24th of 2018, the USAT Officials notified me of a telephone conference to be held on September 26th of 2018 to discuss the ECFMG irregularities.

30. On (24/10/2018), I received an email from USAT presenting their position regarding the recent emails from the ECFMG irregularities.

31. During September, October and November of 2018, the USAT Officials dodged and evaded questions by me and other students regarding their lack of eligibility for the United States Medical Licensing Examination.

32. During early November of 2018, the USAT Officials instructed me and the other students to not send additional information to ECFMG outside the instructions of USAT.

33. During early November of 2018, the USAT Officials instructed me and the other students to send all information regarding ECFMG to Konyk, who would then refer me and the other students to USAT's attorney.

34. During early November of 2018, the USAT Officials also tried to invite me and the other students to transfer to start again at other medical schools suggested by USAT.

35. On November 8th of 2018, Ortiz sent an e-mail regarding ECFMG's decision to find me and the other students not eligible for the United States Medical Licensing Examination. In that e-mail, Ortiz falsely represented to me and the other students that USAT was "surprised" by ECFMG's decision.

36. Subsequent to this e-mail, me and the other students demanded a physical meeting with Ortiz to discuss face to face these surprising events.

37. On November 16th, 2018, USAT Officials sent an electronic mail to some Plaintiffs invoking a meeting on that same date at around 5:30 pm.

38. On December of 2018, I noticed that USAT Officials vacated the USAT college of medicine school in Puerto Rico.

39. USAT took me and the other students medical school documents to an unknown location.

40. However, USAT never resolved me, and the other student's situation and we were unable to take the United States Medical Licensing Examination via USAT.

41. On (11/12/2018) I requested USAT to deliver certain transcripts about my medical education and they did not provide the same.

42. Instead, on (31/12/2018) USAT began to send me invoices from their Colorado Office with fabricated expenses and costs, requesting me to make more payments.

43. However, these transcripts of medical education from USAT were not accepted by other medical schools.

44. On (April/2020), I applied to my new school Universidad Autónoma de Guadalajara, which did not accept the USAT medical education, also I applied to other schools that neither accepted the USAT medical education.

45. Therefore, I had to start my medical education again as if I did not receive any.

46. Based on the above, USAT received a sum amount of ($3,925) from my (personal savings), without providing a valid medical education in Puerto Rico.

47. Based on the above, USAT received a sum amount of ($3,925) from my (personal savings), for providing an invalid medical education that resulted in my inability to take the United States Medical Licensing Examinations.

48.  All the USAT Officials participated in the false representation that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

49.  USAT falsely represented to me and many other students throughout 2017 and 2018 that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

50.  However, the reality is that USAT did not provide to me and the other students a valid medical education, which resulted in me being unable to take the United States Medical Licensing Examinations.

51.  From the (05/17/2018) until (15/12/2018), USAT and the USAT officials kept repeating their false statements that they were providing a valid medical education and I would be able to take the United States Medical Licensing Examination. USAT received the sum amount of ($3,925) from my (personal savings)

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. sec. 1746.

Dated at San Juan, PR, this 29 day of March, 2021.

_____

(Lucero Rodríguez Fernández)



Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

## Proceso de Admision

**Admisiones Puerto Rico** <admisiones.pr@usat.edu>                    2 de abril de 2018, 11:04
Para: Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

Saludos Lucero,

Gracias por su interes, Estamos aceptando estudiantes transfer en su caso tendria que aplicar online como le informamos anteriormente los pasos adjuntos y en el area de transcripcion de creditos subir una foto o screenshoot de las notas y clases que a tomado y esta cursando para asi evaluar en que semestre caeria. Contestando su pregunta referente a prestamos no contamos con prestamos federales hasta el momento, en ese caso le ofrecemos prestamos estudiantiles privados el cual le administrare el link. Cualquier duda o pregunta no dude en comunicarse.

http://reliamax.hs-sites.com/edmed-program

Bonito Dia,

[El texto citado está oculto]
--
[El texto citado está oculto]

# USAT MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

#### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

#### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

> make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
> work to foster good relationships between individuals from different groups;
>
> observe and develop the diversity of skills and talents within its student body, current faculty and staff;
>
> build an environment based on trust and mutual respect;
>
> undertake a plan of action to make and enforce equality procedures;
>
> regularly monitor the effectiveness of equal opportunity policies;
>
> communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: _LRF_

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:
1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**
Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program of study,)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science. Arts and Technology, Montserrat will not be:

1.)    Informed of the results of any examination taken;
2.)    Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**
1.)    A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."
2.)    A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.
3.)    At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.
4.)    Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.
5.)    The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**
A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**
Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**
The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.
Assessment methods may include the following:
Written examinations;
Practical examinations;

Initials: ___LRF___

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

**H. Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

**I. AWARDS**
1.1        Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1.2
A) UNDERGRADUATE DEGREES
        Bachelor of Science (BSc)
        Bachelor of Arts (BA)
        Bachelor of Medicine and Bachelor of Surgery (MBBS)
        Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
        Master of Science (MSc)
        Master of Arts (MA)
        Master of Public Health (MPH)
        Doctor of Public health (DPII)
        Medical Doctor (MD)
        Doctor of Dental Medicine and Surgery (DDS)
        Doctor of Philosophy (PhD)
C) OTHER
        The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: ___LRF___

3

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: LRF

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student*
*Signature:* Lucero Rodriguez Fernandez _Lucero Rodriguez Fernández_

*Printed Name:* _Lucero Rodriguez Fernandez_
*Date:* april 4, 2018 _April 4, 2018_

Initials:LRF



# CREDIT CARD AUTHORIZATION FORM

Date _April 5, 2018_

I _Lucero Rodriguez Fernandez_ hereby authorize the University of Science, Arts and
(NAME)       Technology (USAT) to charge my credit card listed below, not to exceed the amount shown.

☐ Please make this a recurring monthly charge on the _____ day of the month until further notice.

AMOUNT: $_____ USD. AP Fee _X_ Mat. Fee _____ Lab Fee _____ Tuition Fee _____ Other_____

CREDIT CARD TYPE _Master Card_

CREDIT CARD # _5118 5850 3036 1925_

EXPIRATION DATE _11 / 20_

3/4 DIGIT CODE _379_

BILLING ADDRESS _Urb. Cumbres III - IV_
_Calle Kennedy #5 San Juan P.R. 00924_

BILLING ZIP CODE _____

NAME ON CARD _Lucero Rodriguez Fernandez_
(As it appears on card)

YOUR EMAIL ADDRESS (for receipt) _lucero.rodriguez@upr.edu_

_____
(PRINT STUDENT NAME IF DIFFERENT FROM ABOVE)

_____    _April 5, 2018_
SIGNATURE                         DATE

**FAX OR MAIL TO:** USAT
Administration Office
4288 Youngfield Street
Wheat Ridge, CO  80033
Ph: 303-371-0252
Fax: 303-371-0117
Cell: 727-252-6205

Lucero Rodríguez, Application Fee

**USAT**
**4288 YOUNGFIELD ST.**
**WHEAT RIDGE, CO 80033**
**303-371-0252**

04 06 2018                    09:57:27

CREDIT CARD

MC SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX1925 |
| SEQ #: | 1 |
| Batch #: | 1 |
| Trans #: | 1 |
| Approval Code: | 253569 |
| TRANS ID: | MIUZ78AM00406 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | S |

**SALE AMOUNT          $125.00**

THANK YOU

CUSTOMER COPY

**USAT, Montserrat, LLC.**

| Invoice Date | Invoice # |
|---|---|
| 4/6/2018 | 3660 |

**TUITION INVOICE**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Phone #**   727-252-6205   **Fax #**   303-399-4106

**Bill To:**

Lucera Rodriguez Fernandez
Calle Arturo Cadilla EB-20
Apt 1 Urb. Levitown
Toa Baja, PR 00949

**PLEASE PAY**

**THIS AMOUNT**

See Amount Below

Make checks payable to:   **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

Have E-Mail? _____

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Insurance Fee. | Professional Liability Insurance for Medical Students | 995.00 | 995.00 |
| 2.7 | Technology Fees | Technology, Data Storage per Year. | 710.00 | 1,917.00 |
| 8 | Clinical Fees | Clinical Science Fee per Semester. | 690.00 | 5,520.00 |
| 8 | PR MD Program | Total of Required Semesters | 6,495.00 | 51,960.00 |
| | PR Anatomy Lab | Anatomy Lab (Required for all Students) | 895.00 | 895.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to graduation. Thank you.

| Total | USD 62,012.00 |
|---|---|
| Payments/Credits | USD -45,330.00 |
| **Balance Due** | USD 16,682.00 |

**Billing Inqueries? Call**   727-252-6205



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

April 17, 2018

Re: Admission to MD Program

Dear Lucero Rodríguez:

Congratulations! On behalf of the Admissions Committee it is my pleasure to offer you a place to the MD program at the University of Science, Arts and Technology. This is typically a 4 years program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission with advanced standing starting with a projected minimum of **8 semesters** to graduate based on your previous education and qualifications.

The tuition for the MD program is currently USD $6,495.00 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995.00), Anatomy Lab fee (USD $895.00/lab), a Technology fee (USD $710.00), and a Graduation fee of (USD $900.00). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Admission Department, PO Box 364363, San Juan, Puerto Rico USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc: Dr. Konyk

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
*Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003)   USAT has been favorably listed by*
*The International Medical Education Directory (USA:IMED/FAIMER), and others.*
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education   © 2010 USAT*

Case 3:19-cv-01707-WGY     Document 78-8     Filed 03/31/21     Page 16 of 33



# UPR
## Universidad de Puerto Rico

## Admission decision

**Gigi Capo** <g.capo@usat.edu>                                    17 de abril de 2018, 16:15
Para: lucero.rodriguez@upr.edu

Lucero:

Please discard previous admission letter for USAT PR.  Our apologies for the inconvenience.

Sincerely,



Lic. Hilda M. Capo Iriarte, CPL, MEd, NCC
**Registrar / Professional Counselor**
**USAT - Puerto Rico Campus**
Tel. 787-300-2111
Fax 787-300-2049

On Tue, Apr 17, 2018 at 1:43 PM, Gigi Capo <g.capo@usat.edu> wrote:
Dear Lucero:

Please see attached admission  letter for USAT - School of Medicine, MD Program.  Welcome to the USAT PR Family!!  Please call us if you have any questions or concerns.

Sincerely,



Lic. Hilda M. Capo Iriarte, CPL, MEd, NCC
**Registrar / Professional Counselor**
**USAT - Puerto Rico Campus**
Tel. 787-300-2111
Fax 787-300-2049

📑 **Lucero Rodriguez - LOA May 2018.pdf**
   150K



Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

---

## (sin asunto)

---

**Admisiones Puerto Rico <admisiones.pr@usat.edu>**    23 de abril de 2018, 10:18
Para: Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

Saludos Lucero,

Comunicate lo antes posible con nosotros via telefono para discutir una opcion con tu caso de metodo financiero si aun estas interesada.

Cordialmente,
[El texto citado está oculto]
--

*Office of Admissions*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919

Tel. (787) 300-2111    Fax (787) 300-2049

www.usat.edu



# Cita con Decano

---

**Info Puerto Rico** <infopr@usat.edu>                                    25 de abril de 2018, 11:12
Para: Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

Buenos días Lucero:

Puedes pasar hoy por USAT si necesitas aclarar dudas con tu préstamo.

Por favor nos avisas si puedes venir y a que hora.

Gracias,

*Dhamaris Frías*
*Office of the Dean & Director*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252 .

05/10/2018                         11:35:18
MID: XXXXXXXXXXX597          TID: XXXXX787

CREDIT CARD

VISA SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX2784 |
| SEQ #: | 1 |
| Batch #: | 8 |
| Trans #: | 1 |
| Approval Code: | 695069 |
| TRANS ID: | 388130628832252 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | G |

SALE AMOUNT              $1100.00

X _Lucero Rodriguez_
_Tuition_

THANK YOU

MERCHANT COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252
05/10/2018                          11:38:13
MID: XXXXXXXXXXX597      TID: XXXXX787

CREDIT CARD

MC SALE

Card #                     XXXXXXXXXXXX1925
SEQ #:                                    2
Batch #:                                  8
Trans #:                                  2
Approval Code:                       360880
TRANS ID:                     MIUL1IWOM0510
Entry Method:                        Manual
Mode:                                Online
Avs Code:                                 S

SALE AMOUNT                    $900.00

X _Lucaso Rodziguer_
_Mat. / Tuition_
                    THANK YOU

MERCHANT COPY



Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

---

## Fwd: HORARIO DE COMIENZO DE CLASES - MAYO 2018

---

**Info Puerto Rico** <infopr@usat.edu>                                    14 de mayo de 2018, 13:36
Cc: USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Omar Caro <o.caro@usat.edu>, Hilda Capo <g.capo@usat.edu>
Cco: lucero.rodriguez@upr.edu

Estimados estudiantes:

Por este medio les queremos informar que el próximo miércoles 16 de mayo de 2018, todos los estudiantes deberán presentarse a las facilidades de USAT PR, desde las **8:00am** hasta las **12:00** del mediodía.

Los esperamos.

Cordialmente,

*Dhamaris Frías on behalf of,*

*Dr. Manuel J. Ortiz Bustillo*
*Office of the Dean & Director*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**
P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu
admisiones.pr@usat.edu

*Office of Admissions*

Estimado estudiante:

¡Saludos cordiales!

Revisando nuestros récords, hemos identificado que no has completado el proceso de admisión.

Si continúas interesado en ser parte de la Universidad de Ciencias, Arte y Tecnología de Puerto Rico (USAT), deberás completar los documentos requeridos en o antes del **16 de abril de 2018**.  El próximo semestre comienza en **mayo 16, 2018**.

De no estar interesado en continuar recibiendo estas comunicaciones, agradeceremos nos dejes saber por e-mail (infopr@usat.edu) o por teléfono al 787-300-2111 o 787-300-2112.

En USAT queremos conocerte.

¡Te esperamos!

Departamento de Admisiones

*The University of Science, Arts & Technology does not discriminate based on race, creed, color, sex, sexual orienation, gender identity, national origin, disability or religion in its programs, activities or employment practices*



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR**
PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

May 23, 2018

## CERTIFICATION

This is to certify that ***Lucero Rodríguez,*** is currently enrolled as a full time student (17 credits) at the University of Science, Arts and Technology, Puerto Rico Extension. Lucero is a student in good standing in the MD program at our Institution.   I certify that the information of the student is correct to the best of my knowledge.

Please feel free to contact our Administrative office with any questions you may have regarding this student at 787-300-2111 or by email at hilda.capo@usat.edu .

Sincerely,

Hilda M. Capó-Iriarte
Registrar

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

08/14/2018                          11:15:23

CREDIT CARD

VISA SALE

Card #:              XXXXXXXXXXXX2784
SEQ #:                              2
Batch #:                            6
Trans #:                            2
Approval Code:                 582769
TRANS ID:            308226615042373
Entry Method:                  Manual
Mode:                          Online
Avs Code:                           G

SALE AMOUNT          $1800.00

THANK YOU

CUSTOMER COPY



Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

## ;in asunto)

**Lucero Rodriguez Fernandez** <lucero.rodriguez@upr.edu>          30 de diciembre de 2018, 15:02
Para: lectures@usat.edu

My name is Lucero Rodriguez from USAT Puerto Rico, I am not interest in the offer to transfer to a new school. I want to withdraw from USAT. I sended a prior message with the same request.

Thanks.



**UPR**

Universidad de Puerto Rico

Lucero Rodriguez Fernandez <lucero.rodriguez@upr.edu>

---

## ...voice 3660 from USAT, Montserrat, LLC.

---

**c.konyk@usat.edu** <c.konyk@usat.edu>                                  31 de diciembre de 2018, 21:13
Para: lucero.rodriguez@upr.edu

### USAT, Montserrat, LLC.

**Invoice**  *Due:04/06/2018*         Amount Due: **$16,682.00**
*3660*

Dear Lucera Rodriguez Fernandez:

Your invoice-3660 for 16,682.00 is attached. Please remit payment at your
earliest convenience.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

**View & Pay Invoice**

---

📄 **Inv_3660_from_USAT_Montserrat_LLC._7616.pdf**
146K



## ⌐nvoice 3660 from USAT, Montserrat, LLC.

**Lucero Rodriguez Fernandez** &lt;lucero.rodriguez@upr.edu&gt;                    2 de enero de 2019, 15:41
Para: c.konyk@usat.edu

Hi, I did the payments of App fee and Matriculation fee with some payments of the tuition. Can you please review my payments because there is an error in the total debt. I have all the recipts of the paymenys that I done.


Thanks for your help.
[El texto citado está oculto]



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
| --- | --- | --- | --- | --- |
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

- a. Application Fee............$125
- b. Matriculation Fee......... $600
- c. Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _Lucero Rodriguez Fernandez_

Signature: _____    Date: _4 / Abril / 2018_

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## TRANSCRIPT EVALUATION SHEET

**BASIC SCIENCES COURSES**
*First Term*

**BSC 501 Human Body Structure & Development**
    Gross Anatomy/ Anatomy Dis.
    Medical Embryology
    Histology
    Neuroanatomy
    Medical Imaging

**GPS 502 General Principles I**
    Molecular Biology
    Intr. to Physiology
    Intr. to Pharmacology
    Intr. to Microbiology
    Medical Genetics

    CSC 503 Test Taking Strategies I

*Second Term*
    **BSC 504 Medical Physiology**
    **BSC 506 Pharmacology**

**GPS 507 General Principles II**
    Microbiology & Immunology
    General Pathology
    Biochemistry Nutrition & Metabolism

    CSC 508 Test Taking Strategies II

*Third Term*
**ORG 509 Organ Systems I** ✱
    Blood & Lymphoreticular system
    Cardiovascular System
    Respiratory System
    Renal & Urinary System

**BHS 510 Public Health Sciences**✱
    Biostatistics
    Epidemiology
    Well Patient & Preventive Medicine
    Healthcare Delivery
    Quality & Safety

    **BHS 511 Psychology** ✱
    **CSC 512 Clinical Skills I**

*Fourth Term*
**ORG 513 Organ Systems II**
    Nervous System & special senses
    Endocrine System
    Musculoskeletal System
    Skin & Subcutaneous Tissue

    **BHS 514 Medical Ethics & Professional Skills**
    **BSC 515 Psychiatry**✱
    **CSC 516 Clinical Skills II**

*Fifth Term*
**ORG 513 Organ Systems III**
    Male Reproductive System
    Female Reproductive System & Breast
    Pregnancy, Childbirth & Puerperium
    **ELE 524 Elective**
    ELE 526
    ELE 528
    ELE 530

*Sixth Term*
    **BSC 522 Integrated Course on Basic Sciences & Clinical Strategies**

**CLINICAL SCIENCES COURSES**
*Seventh Term*
**CKS 600 Clinical Knowledge I**
    Infectious Disease
    Cardiology
    Endocrinology
    Pulmonology

    **CKS 602 Obstetrics & Gynecology**

*Eight Term*
**CKS 604 Clinical Knowledge II**
    Rheumatology
    Hematology & Oncology
    Gastroenterology
    Neurology
    Nephrology

    **CKS 606 Pediatrics & Neonatology**
    **CKS 608 Surgery**

Elective Specialties
    Orthopedics
    Dermatology
    Radiology
    Cardiology
    Rheumatology
    Gastroenterology
    Otolaryngology
    Pulmonology
    Tropical Medicine
    Preventive Medicine
    Clinical Nutrition
    Critical Care
    Wound Care & Management
    Neurology
    Pathology
    Urgent care
    Clinical Research
    General / Fam. Medicine
    Pain Management
    Ophthalmology
    Alternative medicine Clinic



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR**
PO Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel: (787) 300-2111  Fax: (787) 300-2049
admisiones.pr@usat.edu

*Office of Admissions*

Welcome!

We appreciate your interest in our campus. You could find more information at www.usat.edu and apply online, following these steps:

### APPLICATION CHECKLIST

- ✓ Apply online at https://usat.maestrosis.com/FECreateAccount.aspx
- ✓ Background Check
- ✓ Resume
- ✓ Two (2) letters of recommendation
- ✓ One (1) digital photographs
- ✓ Immunization Records
- ✓ Enrollment Agreement
- ✓ Fee schedule
- ✓ Admission Interview
- ✓ Family Educational Rights and Privacy Act of 1974 ("FERPA")
- ✓ Application fee of $125.00
- ✓ Official Transcripts from previous schools (can accept unofficial for acceptance review, but officials are required within the first 6 weeks after starting the program).
- ✓ To apply for financial aid, go to: http://reliamax.hs-sites.com/edmed-program

All documents should be uploaded directly by applicants to our *MaestroSIS* online portal. We will only receive immunization reports and photographs via email, postal mail, and/or in person at our administrative offices with prior announcement.

**\*\*Please note that without all the items mentioned above, submitted applications will not be considered for interview and/or acceptance\*\***

*The University of Science, Arts & Technology does not to discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*

Case 3:19-cv-01707-WGY Document 78-8 Filed 03/31/21 Page 31 of 33

**STUDENT'S LAST NAME, SECOND LAST NAME & MIDDLE NAME**

Rodriguez, Lucero

# USAT
## SCHOOL OF MEDICINE



598 Ave. Barbosa Esq. Guayama
San Juan, PR 00919
Tel: (787) 300-2111

**GRADE REPORT**
TERM: NOV.2017 - JAN. 2018

| | COURSE | INSTRUCTOR | GRADE | CRD |
|---|---|---|---|---|
| BSC 501 | HUMAN BODY STRUCTURE | O. CARO | | 14.00 |
| | Gross Anatomy Anatomy Dis. | | | |
| | Medical Embryology | | | |
| | Histology | | | |
| | Neuroanatomy | | | |
| | Medical Imaging | | | |
| GPS 502 | GENERAL PRINCIPLES I | O. CARO | | 9.00 |
| | Molecular Biology | | | |
| | Intr. to Physiology | | | |
| | Intr. to Pharmacology | | | |
| | Intr. to Microbiology | | | |
| | Medical Genetics | | | |
| CSC 503 | Test Taking Strategies I | M. ORTIZ | | 2.00 |
| BSC 504 | Medical Physiology | | 90 | 6.00 |
| PHA 600 | Pharmacology | J.QUINONES | 87 | 6.00 |
| GPS 507 | GENERAL PRINCIPLES II | M. FERNANDEZ | | 11.00 |
| | Microbiology & Immunology | | | |
| | General Pathology | | 93 | |
| | Biochemistry | | 90 | |
| CSC 508 | Test Taking Strategies II | M.ORTIZ | | 0.50 |
| | | | | |
| ORG 509 | ORGAN SYSTEMS I | M. FERNANDEZ | | 9.00 |
| BHS 510 | Public Health Sciences | | | |
| | Biostatistics | | | |
| | Epidemiology | | | |
| | Well Patient & Preventive Med. | | | |
| | Healthcare Delivery | | | |
| | Quality & Safety | | | |
| CSC 512 | Clinical Skills I | | | 2.50 |
| ORG 513 | ORGAN SYSTEMS II | | | 9.00 |
| BHS 514 | Medical Ethics | | | 2.00 |
| BHS 511 | Psychology | R. VELEZ | | 3.00 |

**OUTSTANDING ACTIVITIES AND ACHIEVEMENTS**

ENTRY:
GRADUATION:
TRANSFER:

**AT THE END OF**

| GPA | |
|---|---|
| NUMBER OF CREDITS EARNED | |
| ELECTIVES | |
| | |
| | |
| OTHER | |

OFFICIAL CERTIFYING THIS REPORT

NOTE: **This is not an official Transcript

DATE: September 4, 2018



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Rodriguez Fernandez, Lucero                    Student ID: 1986
Sept-Dec. 2018

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | | | | PHS | | |
| 9:00-10:00am | | | | II | | |
| 10:00-11:00am | | | | II | | |
| 11:00-12:00md | | | | II | | |
| 12:00-1:00pm | | | *LUNCH* | | *LUNCH* | *LUNCH* |
| 1:00-2:00pm | | PSYCHOLOGY | OS-2 | | | |
| 2:00-3:00pm | | II | II | | | |
| 3:00-4:00pm | OS-2 | | II | | | |
| 4:00-5:00pm | II | | II | | | |
| 5:00-6:00pm | | | | | | |
| 6:00-7:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME |
|---|---|---|---|---|
| ORG 601 | 001 | Organ Systems- II | 204 | **M** 3:00pm-5:00pm |
| BHS 600 | 001 | Psychology | 204 | **T** 1:00pm-3:00pm |
| ORG 601 | 001 | Organ Systems- II | 204 | **T** 3:00p-6:00pm |
| PHS 601 | 001 | Public Health Science | 205 | **K** 8:00am-12:00pm |

Student: _____                    Date_____

Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name:  Rodríguez Fernández, Lucero
May-August. 2018  Second Term

Student ID: PR-01-18-1002

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 10:00-11:00am | | | | | | |
| 11:00-12:00md | | | | | | |
| 12:00-1:00pm | | | | | | |
| 1:00-2:00pm | | Gen. Pathology | | Pharmacology | Physiology | |
| 2:00-3:00pm | | Gen. Pathology | | Pharmacology | Physiology | |
| 3:00-4:00pm | | Gen. Pathology | | Pharmacology | Physiology | |
| 4:00-5:00pm | | Biochem | | Pharmacology | Physiology | |
| 5:00-6:00pm | | Biochem | | | | |
| 6:00-7:00pm | | Biochem | | | | |
| 7:00-8:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME |
|---|---|---|---|---|
| BSC 501 | 001 | General Pathology | 203 | K 1:00pm-4:00pm |
| BSC 501 | 001 | Biochemistry | 203 | K 4:00pm-7:00pm |
| BSC 501 | 001 | General Principles I-(Pharmacology) | 203 | T 1:00pm-5:00pm |
| PHS 510 | 001 | General Principles I – (Physiology) | 203 | F 1:00pm-5:00pm |

Student: _____

Processed By: _____

Date: 5/17/2018