**EXHIBIT 9**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ZABDIEL A. NIEVES RIVERA; ET ALS** | CIVIL NO. 19-1707 |
| PLAINTIFFS | |
| VS. | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO); |
| **UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ET ALS** | FRAUDULENT INDUCEMENT; BREACH OF CONTRACT; UNJUST ENRICHMENT; TORT DAMAGES |
| | TRIAL BY JURY DEMANDED |
| DEFENDANTS | |

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is Zabdiel A. Nieves Rivera. I am of legal age, student, single, domiciled and resident of Washington, United States.

2. My address is the following: 9127 Mil Park Avenue Tacoma, Washington Zip Code 98433.

3. In May 29, 2018, I was searching for a medical school to apply in order to get into a career in medicine.

4. Ortiz and Cabrera represented themselves as officials of the medical school known as University of Science, Arts and Technology ("USAT").

5. Ortiz and Cabrera represented to me that USAT was an accredited college of medicine in Puerto Rico.

6. On June 1, 2018, I received various materials regarding USAT, such as a brochures, applications and enrollment agreements. These materials made representations that USAT was an accredited college of medicine in Puerto Rico, as well as other states.

7. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Orien L. Tulp ("Tulp") is the President of USAT, Carla M. Konyk ("Konyk") is the Vice-President and Director of Administration and Finances of USAT, and Karen Baldwin ("Baldwin") is the Administrator of USAT.

8. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Ortiz is the Dean of the USAT College of

Medicine in Puerto Rico, and that Cabrera is the Clinical Coordinator of Student Affairs of the USAT College of Medicine in Puerto Rico.

9. As such, my understanding was that Tulp, Konyk, Baldwin, Ortiz and Cabrera (jointly "USAT Officials") were all officials and representatives of USAT.

10. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT was accredited by the Educational Commission for Foreign Medical Graduates ("ECFMG") so that USAT students may be able to take the United States Medical Licensing Examinations.

11. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that being a student of USAT would allow me to take the United States Medical Licensing Examinations.

12. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT also had other satellite campuses or schools in other states in the United States, such as in Florida, Maryland and Texas.

13. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT had its main Administrative Office in the state of Colorado, in the United States.

14. I understood that the USAT officials have been working at USAT for some time.

15. The USAT Officials made representations that USAT's purpose was to provide me an education in medicine if I applied to be a student.

16. In consideration of providing me an education in medicine if I became a student, USAT would request payments from me.

17. The USAT Officials made representations that once the payments would be received, they would provide the education in medicine and I would be able to take the United States Medical Licensing Examinations.

18. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I was induced and made the decision to apply to USAT, thinking that I was going to be able to receive a valid medical education in Puerto Rico and will be able to apply for and take the United States Medical Licensing Examinations.

19. On June 4, 2018, I submitted all the required documents and required payments to USAT in order to apply.

20. On June 4, 2018 I received a letter from Tulp which informed me that I was admitted to the medical doctor program of USAT. The letter said it was a typical four-year program of scientific and medical education. The Letter indicated that I must pay no

less than five thousand four hundred dollars ($5,400.00) per semester plus other expenses such as a Matriculation Fee, Medical Student Malpractice Insurance Fee, Anatomy Lab Fee, Technology Fee, Clinical Fee and Graduation Fee which amounted to approximately nine thousand one hundred forty-five dollars ($9,145.00).

21. Once I was admitted by USAT, USAT Officials from both Puerto Rico and Colorado came to attend the White Coat Ceremony making the representation that we were going to start a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

22. Once I was admitted by USAT, the USAT officials oriented me as to the manner of payment and the possibility of taking out a loan.

23. On June 4, 2018  the USAT officials assisted me in submitting a loan application with SouthEast Bank ("SB") in order to pay USAT.

24. On July 13, 2018, I submitted a loan application to SB, which was accepted and they provided a personal loan to me for the sum amount of $46,237.50.

25. On August 15, 2018, SB disbursed the personal loan and directed to the offices of USAT located in Colorado.

26. I did not receive the personal loan directly, but instead had to request USAT to deliver me certain sum amounts from the personal loan.

27. The USAT officials located in Colorado were the ones that had full control of my SB personal loan.

28. On August 25, 2018, USAT would deduct the sum amount of $6,495.00 from the $46,237.50.

29. From the date of my admission until September of 2018, USAT had received the sum amount of $18,990.00 for providing education in medicine.

30. From the date of my admission until September of 2018, while USAT received the sum amount of $18,990.00, I understood that I was receiving a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

31. On September 14, 2018 I was notified by the USAT Officials of the ECFMG irregularities.

32. On November 8th of 2018, Ortiz sent an e-mail to me and the other students regarding ECFMG's decision to find me and the other students not eligible for the United States Medical Licensing Examination. In that e-mail, Ortiz falsely represented to me and the other students that USAT was "surprised" by ECFMG's decision.

33. However, USAT never resolved me and the other student's situation and we were unable to take the United States Medical Licensing Examination via USAT.

34. On December 2018, I requested USAT to deliver transcripts about my medical education.

35. On June 2019, I received the transcript of my medical education from USAT.

36. All the attempts of applications that were realized to other schools were denied because they didn't accept USAT credits or education.

37. On January 2019, all applications for medical schools in the US were rejected and they did not accept the USAT medical education.

38. Based on the above, USAT received a sum amount of $18,990.00 from my $50,000 without providing a valid medical education in Puerto Rico.

39. All the USAT Officials participated in the false representation that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

40. USAT falsely represented to me and many other students throughout 2017 and 2018 that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

41. However, the reality is that USAT did not provide to me and the other students a valid medical education, which resulted in me being unable to take the United States Medical Licensing Examinations.

42. From the August 2, 2018 until December 15, 2018 USAT and the USAT officials kept repeating their false statements that they were providing a valid medical education and I would be able to take the United States Medical Licensing Examination, so long as I kept paying them, which I did because USAT received the sum amount of $18,990.00 from my $50,000.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. sec. 1746.

Dated at Tacoma, WA, this 31 of March, 2021

Zabdiel A Nieves Rivera

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professinoal (HCP) to Medical Doctor (MD) bridge program. We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

Our educational philosophy is founded on well-established traditional, and "time proven", academia pursuits. Each carefully-designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise.

USAT was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became IMED listed the same year. We Are now the fastest growing School in the Caricom, and possess the largest HCP to MD bridge program. We are listed by the ECFMG in the top 100 MD schools worldwide in 2013.



## Contact Details and Admissions:

Dr. Manuel Jose Ortiz Bustillo

Dean of Clinical Sciences

And Student Affairs

Puerto Rico Information Office:

University of Science, Arts

& Technology,

College of Medicine

P.O. Box 364363

San Juan, PR 00936-4363

Telephone

787-450-5845

787-679-1583

Email

manuelortizbustillo@usat.edu



University of Science, Arts
& Technology,
College of Medicine

---

# Start, Continue or Finish Your Professional Journey at U.S.A.T.!





## Application Checklist

- Apply online at:

https://usat.maestrosis.com/FECreateAccount.aspx

- Background Check

- Resume

- Letter of Recommendation #1 and #2

- Enrollment Agreement

- Fee Schedule

- Official Transcripts from previous schools (can accept unofficial for acceptance review bet we will need officials within the first 6 weeks after starting the program)

*"Please note that without all the items above submitted applications will not be reviewed for acceptance.



## MD Program Curriculum

Semester I 20 Credits. Includes Gross Anatomy lecture, Functional Anatomy Lab, Medical Embryology, Histology, Introduction to Human Nutrition, Medical Physics and Free Elective.

Semester II min 20 Credits. Includes Medical Physiology I, Medical Biochemistry I, Intro Cell Biology, Medical Imaging I, Neurosciences, Medical Biostatistics for the USMLE, and free elective.

Semester III min 20 Credits. Includes Advanced Physiology & Pathophysiology, Microbiology I, II, Pharmacology.

Semester IV min 18 credits. Includes additional modules in microbiology & Infectious Diseases, Pathology & Pathophysiology, Pharmacology II and III, Medical Ethics, Physical Diagnosis, Basic Cardiac Life Support (BCLS), and free electives as desired

Semester V min 12 credits. Includes, Introduction to Clinical Medicine, Advanced Cardiac Life Support, Epidemiology, Public Health & Preventive Medicine, Toxicology & Medical Practice, and free electives as desired.

Semester VI min 12 credits. Intensive Basic Sciences Preparatory Course.

Core Clinical Specialties, 50 weeks in duration, may be completed in any sequence. The designated specialty or substantial equivalent, and may be completed in any hospital or clinical environment approved by USAT.
General Medicine / Family Medicine, minimum 4 weeks
Internal Medicine, minimum 12 weeks
General Surgery, minimum 12 weeks
Emergency Medicine or Urgent Care, minimum 4 weeks
Obstetrics & Gynecology, minimum 6 weeks
Pediatrics, minimum 6 weeks
General Psychiatry, minimum 6 weeks

**Elective Clinical Specialties**: 30 weeks minimum.
Note: Clinical Electives may be completed in virtually any area of medicine as practiced by physicians [MD or DO] physicians.
Recommended Clinical Electives:
[recommended 2 to 4 weeks each, minimum 30 weeks total
Dermatology, 4 weeks
Cardiology, 4 weeks
Radiology, 2 to 4 weeks
Orthopedics, 2 to 4 weeks
Ophthalmology, ENT, 2 to 4 weeks

Free Electives, any additional clinical specialties including but not limited to Pathology, Hematology & Oncology, Rheumatology, Tropical Medicine, Physical Medicine, Acupuncture & Pain Management, Clinical Nutrition, Allergy & Infectious Diseases, Integrative Medicine, Plastic & Reconstructive Surgery.



## Our Accreditations

Accreditation Service for International Schools, Colleges, and Universities (ASIC)

USAT is included in the International Medical Education Directory (IMED)

The Foundation for Advancement of International Medical Education and Research (FAIMER - IMED)

Educational Commission for Foreign Medical Graduates (ECFMG)

AAHEA (American Association for Higher Education and Accreditation)

The World Federation for Medical Education (WFME) CAPER Listing



## Examinations Rankings

Graduates are qualified to Do the application for the USA Medical Licensing Examination

Graduates are qualified to make application to residency training programs in the USA & Abroad

Pass Rate At First Attempt Usmle Step 1 98%
Pass Rate On Usmle Step 1 CK (First Attempt) 98%
Pass Rate On Usmle Step II CS (First Attempt) 99%



# University of Science Arts and Technology



### Join Our Family

Ave. Barbosa, San Juan, PR

(787) 450-5845/ (787) 679-1583

www.USAT.edu

# College of Medicine

# Puerto Rico

# Our Standards



We believe in the pursuit of excellence in education, research, patient care, community service with integrity, ethical behavior and respect for everyone. We value humanism and compassion for all people without distinction of age, race, sex, national origin, belief, or ethnicity. We are committed to working cooperatively and collaboratively with our students, teachers, staff, and community who make invaluable contributions to our institution and the development of our mission and vision every single day of their lives



## Start, Continue or Finish Your Professional Journey at U.S.A.T !

### Mission

To provide Medical Graduate study programs presented in a humanistic manner that embraces high standards of excellence and professionalism. We believe these attributes are necessary to train the "Leaders of Tomorrow"

### Vision

Our educational philosophy is founded on well established traditional & time proven academic pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise.

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professional (HCP) to Medical Doctor (MD) bridge program.

We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

Emails that were answered by USAT. These emails were writing by March 6, 2019

**Formal Withdrawal, Request Transcription Credit, Good Satnding Letter Request**    ⌄  🖶  ☑

Inbox ×

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>    ✉ Mar 6, 2019, 8:46 PM  ☆  ↩  ⋮
to David ▾

Regards Mr. Huffman

I fill the two documents of withdrawal. Enclosed these documents. Also, I want to request my official credit transcription. you can check my case file and you gone see that I don't have any debt with the university. My full name is Zabdiel Nieves Rivera. Other thing that I need is a good standing letter addressed to the admission committee of University of Guadalajara School of Medicine with the letterhead of your Institution. This needed to be send to the following direction:  654 Ave. Muñoz Rivera, Suite 1124, San Juan, PR 00918-4133 or to the following email address uagpr@uag.edu or maria@uag.edu .

I tried in the past communicate with Miss Konyk, but with no success to know about a refund about an extra semester that I pay. I want to know who else can help me to resolve this situation.

I gone to appreciate a lot, if you can help me with all these things that I have to do. Thanks for your attention.

Zabdiel Nieves Rivera

**2 Attachments**    ⬇  ▲



📄 Formal Withdrawal ...  ▼      📄 Formal Withdrawal ... ▼

David Huffman was the person that answered me at first and help me to communicate directly with Miss Konyk by the reason that she is hardly to find.



📄 Formal Withdrawal ...  ▼      📄 Formal Withdrawal ... ▼

**David Huffman - Admissions (A-L)**    Mar 7, 2019, 4:44 PM  ☆  ↩  ⋮
to me ▾

Good Afternoon Zabdiel Nieves,

I will bring this to Carla Konyk's attention, but please understand that she oversees all of the Finance Dept. and determines "approval" to release any official documents or refunds.

•••

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>    Mar 8, 2019, 5:29 PM  ☆  ↩  ⋮
to David ▾

Good Afternoon Mr Huffman

Thank you for letting me know, today Miss Konyk answer me. I gone be comunicating with here.

Have a nice day.

•••

↩ Reply      ➡ Forward



Invoice 3472 from University of Science, Arts and Technology (USAT)    Recibidos ×    ⟳    🖶    ⬀

c.konyk@usat.edu    vie., 8 mar. 14:48    ☆    ↰    ⋮
para mí ▾

文A Inglés ▾    >    español ▾    Traducir mensaje    Desactivar para: inglés ×

**USAT, Montserrat, LLC.**

**Invoice** Due:06/25/2018    Amount Due: **$280.70**
3472

Dear Zabdiel Nieves Rivera :

Your invoice is attached. Please remit payment at your earliest convenience.
HI, There is just a small amount due on your invoice.
Then, we can release your official documents.

Thank you for your payment- we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-388-2687

**View & Pay Invoice**

---

**carla.konyk** <carla.konyk@gmail.com>    13 mar. 2019 2:54    ☆    ↰    ⋮
para mí ▾

文A inglés ▾    >    español ▾    Traducir mensaje    Desactivar para: inglés ×

Hello
Thank you for your email.
I can send you a statement that will show all the charges, all the payments made and the credits that were applied for the unfinished semesters.

I'm flying to Miami in a few hours, so I'll try to send it very soon.

Carla


Sent from my Verizon, Samsung Galaxy smartphone

•••

**Zabdiel Nieves** <zabdiel.nieves5@gmail.com>    14 mar. 2019 11:56    ☆    ↰    ⋮
para carla.konyk ▾

Hi Miss Konyk

I hope you find well and arrived safe to Miami. I will appreciate a lot if you can send me that statement because I need to send the transcript credit and the good standing letter to Guadalajara University. I want to mention that of the three semesters only two of them I complete them in full since the other one I could not continue due to the situation of the university.

Thanks for your attention and your help.

•••

By March 13, 2019 was the las time that she wrote, and it is supposed that same day I have that document, but I never received it. After that message that I send on March 14, 2019 I don't have any answered of Miss Konyk.

This message are the ones that are not answered.



**Zabdiel Nieves** <zabdiel.nieves5@gmail.com>    8 mar. 2019 18:00
para c.konyk ▾

Good Afternoon Miss Konyk

I hope you find well. I don't understand well why I must pay a tuition invoice? If you can explain to me better. I gone appreciate very much and, I want to know if a pay this invoice you going to send me: my transcript credit and my good standing letter.

I have a question regarding the extra semester that I am charged what happened with that money and if you are going reimburse me that semester?

Thanks for your time and quick response.

•••

**Zabdiel Nieves**    8 mar. 2019 18:01    ☆
———— Forwarded message ———— From: Zabdiel Nieves <zabdiel.nieves5@gmail.com> Date: vie., 8 mar. 2019 a las 18:00 Subject: Re: Invoice 3472 from U...

**Zabdiel Nieves** <zabdiel.nieves5@gmail.com>    12 mar. 2019 16:25    ☆  ◄  ⋮
para c.konyk ▾

Good Afternoon Miss Konyk

I hope you find well. I am writing you to know if you already see my email? I need as soon as possible the transcription credit and good standing letter and know the reason of the payment for the tuition invoice.

Thanks for your attention.

•••

**carla.konyk**    13 mar. 2019 2:54    ☆
Hello Thank you for your email. I can send you a statement that will show all the charges, all the payments made and the credits that were applied for the unfin

In this message below, I wrote to the old employee that USAT have working in Puerto Rico to this day Miss Bustillo make the favor to wrote directly but at this day March 31,2019 I don't have a answered.



Letter to Miss Konyk    Inbox ×

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>    Fri, Mar 22, 5:01 PM (9 days ago)    ☆  ◄  ⋮
to Yanire ▾

Hi Yanire and good afternoon.

I hope you are doing well I wan to let you know that I always respect you because in all time you help me and demonstrate respect for me as student. I appreciated a lot what you are doing for me.

I going to attached a document that you can send to Miss Konyk I have been trying to communicate with her for a lot of days with no answer. I know that she is very busy, but I need a reply of her before the 26 of march.

Thanks for your attention and help.

**2 Attachments**

📄 May 2018 USAT-P...    📄 finalDocStatement...

**Yanire Bustillo**    Fri, Mar 22, 5:57 PM (9 days ago)    ☆  ◄  ⋮
to Carla, me ▾

Good afternoon Zabdiel,

Thank you for been so respectful and patience with USAT administration always. I am copying Mrs.Konyk with all your information so she can verify your request.

Best Regards,

She was very friendly a look to help me but the same employee they ignored them.

All this email below are a series of emails for the time that the university in that moment was open all the conversation is with miss Konyk and is very clear that I have difficulty to get the remaining of my loan.

## Loan disbursment

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>
to Carla

Aug 13, 2018, 8:23 PM

Greetings Ms. Konyk

I am writing to notify you that I applied for the loan and I recived an email from the bank where I was notified that the university will disburse me before or on August 15. I wan to know is my loan is alredy sent to the university ?

Thank you and sorry for the hour, Zabdiel Nieves

**Carla Konyk** <carla.konyk@gmail.com>
to me

Aug 14, 2018, 6:06 PM

Yes, it is here. How much can we put towards tuition? One or two semesters?

Carla

*Carla M. Konyk,*
*Vice President, Director of Administration*

---

**University of Science, Arts and Technology (USAT)**
*Office*  303-371-0252
*Cell*  727-252-6205

•••

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>
to Carla

Tue, Aug 14, 2018, 8:02 PM

Hi Ms.Konyk

Oh that great. Well I want to know if it can be the full disbursment for the three semesters ? and if not well for two semester.

Thanks for you're attention and help.

•••

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>
to Carla

Tue, Aug 14, 2018, 8:09 PM

Sorry, I forgot to answer the question.

For the tution if I can secure or pay the nexts semesters that would be great.

•••

**carla.konyk** <carla.konyk@gmail.com>
to me

Wed, Aug 15, 2018, 1:55 AM

So, one semester paid from each disbursement?

Carla

Sent from my Verizon, Samsung Galaxy smartphone

•••



**Zabdiel Nieves** <zabdiel.nieves@usat.edu>                                    Wed, Aug 15, 2018, 2:52 PM    ☆    ↰    ⋮
to carla.konyk ▾

That correct Ms.Konyk

•••

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>                                    Tue, Aug 28, 2018, 6:39 PM    ☆    ↰    ⋮
to carla.konyk ▾

Hi Ms.Konyk

I hope you find well. I wan to know if you send the loan to Puerto Rico sorry if I bothering you. I am worried for the money did not arrived yet.

Thanks and sorry for the moment.

•••

**Carla Konyk** <carla.konyk@gmail.com>                                          Wed, Aug 29, 2018, 10:16 PM    ☆    ↰    ⋮
to me ▾

Dear Zabdiel,
I sent your check along with others to the USAT PR Site  day before yesterday.
I think Express takes about five business days.

•••

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>                                    Sep 4, 2018, 7:43 AM    ☆    ↰    ⋮
to Carla ▾

Ms.Konyk

Thank you very much I wan to ask you for something. You can send me a statement of the money that I recieved and if I have to pay something else ?

That correct Ms.Konyk

**Zabdiel Nieves**                                                              Aug 28, 2018, 6:39 PM    ☆
Hi Ms.Konyk I hope you find well. I wan to know if you send the loan to Puerto Rico sorry if I bothering you. I am worried for the money did not arrived yet. Th

**Carla Konyk** <carla.konyk@gmail.com>                                          Aug 29, 2018, 10:16 PM    ☆    ↰    ⋮
to me ▾

Dear Zabdiel,
I sent your check along with others to the USAT PR Site  day before yesterday.
I think Express takes about five business days.

•••

**Zabdiel Nieves** <zabdiel.nieves@usat.edu>                                    Sep 4, 2018, 7:43 AM    ☆    ↰    ⋮
to Carla ▾

Ms.Konyk

Thank you very much I wan to ask you for something. You can send me a statement of the money that I recieved and if I have to pay something else ?

Thank you for you help and attention.

•••

↰ Reply        ➡ Forward

I gone attached a document that is a letter that I wrote with evidence explain of the money that they owe me.

Good afternoon and greeting Miss Konyk

I would appreciate your attention on my situation. I want to ask for a statement that you mention to me. That you going to send me. I am waiting for that statement, please help me, because the end date as March 26, 2019. Urgent, I need that statement, the reason is because I want to know why I must pay the $280.70 of the tuition invoice. Also, I need my credit transcription and a good standing letter, this letter needs to be addressed to the admissions committee School of Medicine Autonomous University of Guadalajara, and both documents must be sent to the following direction: 654 Ave. Muñoz Rivera, Suite 1124, San Juan, PR 00918-4133 and by the following emails: uagpr@uag.edu with a copy to maria@uag.edu. If the letter is sent by mail it must be in stamped sealed envelope.

Also, I ask for a refund because I pay three semester and I just take two them due to the situation at the university. I do some calculation and the university owe me that last semester that I don't took for the situation that happened the quantity is $6,495.00. When I received my first disbursement I received $24,954.94 that's what I received after I was charged for the three semesters and my loan was $45,000.00. I wan to know when I gone received that disbursement of the money left of that third semester?

Please help me, at this moment I need to finish the studies process to continue my professional carrier.

Sincerely yours

Zabdiel Nieves Rivera

Enclosure USAT-PR Tuition
            Student loan information

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

# Change in the Terms of your Student Loan

**answers@campusdoor.com**
para mí ▼

文A  inglés ▼   >   español ▼   Traducir mensaje

08/02/2018

Zabdiel A Nieves,


You or your school have requested a loan change for application ID: 5001924276-01.

| Disbursement Date | Previous Amount | Current Amount |
|---|---|---|
| 07/30/2018 | $15,000.00 | $15,000.00 |
| 11/30/2018 | $15,000.00 | $15,000.00 |
| 03/30/2019 | $15,000.00 | $15,000.00 |
| **Total Loan Amount** | | $45,000.00 |


This notice is a confirmation that your request has been processed.


Sincerely,
SouthEast Bank



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| **Tuition*** (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| **Fees:** | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| **Total** | **$20,365** | **$20,365** | **$23,430** | **$24,330** |

NOTES:
(*) Includes: Three semesters per year of $6,495. → I studied 2 semesters.

The following one-time fees are due at the moment of admission and are not included above:

a. Application Fee.............$125  I paid this amount.
b. Matriculation Fee......... $600
c. Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _____

Signature: _____Date:_____

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*