**EXHIBIT 10**

*University of Sciences, Arts and Technology of Puerto Rico*

cordially invites you to the

# White Coat Ceremony

September 22, 2018

4:00p.m.

Teatro Municipal de Cayey



"Wherever the art of medicine is loved, there is also a love of human

Hippocrates











