

**EXHIBIT 11**



| |
|---|
| Government of Puerto Rico |
| Department of State |
| |
| Transaction Date: 11-Jul-2017 |
| Register No: 397675 |
| Order No: 1313829 |

# Government of Puerto Rico

## Certificate of Incorporation of a Stock Corporation

### Article I - Corporation Name

**The name of the Domestic Corporation is:  METROPOLITAN INNOVATIVE GROUP INC.**
**Desired term for the entity name is:  Inc.**

### Article II - Designated Office and Resident Agent

Its designated office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **Urb. Monte Alto #185, GURABO, PR, 00778** |
| Mailing Address | **PO Box 364363, SAN JUAN, PR, 00936-4363** |
| Phone | **(787) 450-5845** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **Ortiz Bustillo, Manuel Jose** |
| Street Address | **Urb. Monte Alto #185, GURABO, PR, 00778** |
| Mailing Address | **Urb. Monte Alto #185, GURABO, PR, 00778** |
| Email | **mjortizbustillo@hotmail.com** |
| Phone | **(787) 450-5845** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**Education Consulting, Farming, Medical Services.**

### Article IV - Capital Stock

The number and classes of authorized capital stock of this corporation are as follows:

| | |
|---|---|
| Class | **Common** |
| Share Number | **100** |
| Par Value | **$0.01** |

The denomination, faculties, preferences, and rights of the stock are:

**Fixed by the Board of Directors by corporate resolution.**

### Article V - Incorporators

The name, street and mailing address of each Incorporator is as follows:

| | |
|---|---|
| Name | **Ortiz Bustillo, Manuel Jose** |
| Street Address | **PO Box 364363, SAN JUAN, PR, 00936-4363** |
| Mailing Address | **PO Box 364363, SAN JUAN, PR, 00936-4363** |

METROPOLITAN INNOVATIVE GROUP INC.                                                    Domestic Corporation

Email              **mjortizbustillo@hotmail.com**

## Article VI - Officers

If the faculties of the Incorporators will end upon the filing of the Certificate of Incorporation of a Stock Corporation, the names, physical and mailing address of the persons who will act as Officers until the first annual meeting of the members or until their successors replace them are as follows:

Name              **Ortiz Bustillo, Manuel Jose**
Title             **President, Secretary, Treasurer**
Street Address    **PO Box 364363, SAN JUAN, PR, 00936-4363**
Mailing Address   **PO Box 364363, SAN JUAN, PR, 00936-4363**
Email             **mjortizbustillo@hotmail.com**
Expiration Date   **Indefinite**

Name              **Ortiz Alvarado, Manuel Antonio**
Title             **Vice president**
Street Address    **Bo membrillo sector bajuras, CAMUY, PR, 00627**
Mailing Address   **PO Box 364363, SAN JUAN, PR, 00936**
Email             **mjortizbustillo@hotmail.com**
Expiration Date   **Indefinite**

## Article VII - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **11-Jul-2017**

## Supporting Documents

| Document | Date Issued |
|----------|-------------|

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Ortiz Bustillo, Manuel Jose, the undersigned, for the purpose of forming a corporation pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 11th day of July, 2017.