**EXHIBIT 20**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br>            **Plaintiff,** | CIVIL ACTION |
| **v.** | |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND<br>DR. WILLIAM W. PINSKY,<br>            **Defendants.** | NO.  18-5540 |

### ORDER

**AND NOW**, this 25th day of June, 2019, upon consideration of Defendant Education

Commission for Foreign Medical Graduates' Motion for Summary Judgment (ECF No. 31), and

Plaintiff's opposition thereto (ECF No. 33), **IT IS HEREBY ORDERED** that Defendant's

Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.


**BY THE COURT:**



/S/Wendy Beetlestone, J.



**WENDY BEETLESTONE, J.**