**EXHIBIT 21**

LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| Dr. Orien L. Tulp : | UNITED STATES DISTRICT |
| President of the : | COURT FOR THE EASTERN |
| University of Science, Arts, and Technology : | DISTRICT OF PENNSYLVANIA |
| : | CIVIL ACTION NO. 2:18-cv-05540-WB |
| vs. : | |
| Educational Commission for : | |
| Foreign Medical Graduates : | |
| and : | JURY TRIAL DEMANDED |
| Dr. William W. Pinsky : | |
| President and CEO : | |
| Education Commission for : | |
| Foreign Medical Graduates : | |

**NOTICE OF APPEAL**

Plaintiff, Dr. Orien L. Tulp, appeals to the United States Court of Appeals for the Third

Circuit, the Orders of the Honorable Wendy Beetlestone, granting summary judgment to

defendants (DKT. #36); and the Order granting, in part, the motion to dismiss by defendants

(DKT. #29). A copy of these Orders are attached as Exhibits "A" and "B," respectfully.

Respectfully,

William C. Reil

William C. Reil, Esquire
Attorney for Plaintiff
I.D. # 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
For: Tommy Swate, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. ORIEN L. TULP,
      Plaintiff,

    v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES AND
DR. WILLIAM W. PINSKY,
      Defendants.

CIVIL ACTION

NO.  18-5540

## ORDER

**AND NOW**, this 25th day of June, 2019, upon consideration of Defendant Education Commission for Foreign Medical Graduates' Motion for Summary Judgment (ECF No. 31), and Plaintiff's opposition thereto (ECF No. 33), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/S/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**



### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND<br>DR. WILLIAM W. PINSKY,<br>Defendants. | NO. 18-5540 |

## ORDER

**AND NOW**, this 26th day of March, 2019, upon consideration of Defendants' Motion to Dismiss and support thereof (ECF Nos. 20 & 25), and Plaintiff's Response in Opposition thereto (ECF No. 24), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendants' Motion to Dismiss Plaintiff's common law due process claim against ECFMG is **DENIED**;

2. Defendants' Motion to Dismiss the remainder of Plaintiff's claims against Defendants is **GRANTED**. Such claims are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Wendy Beetlestone

_____

**WENDY BEETLESTONE, J.**



LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635       ATTORNEY FOR PLAINTIFFS

| | | |
|---|---|---|
| Dr. Orien L. Tulp | : | UNITED STATES DISTRICT |
| President of the | : | COURT FOR THE EASTERN |
| University of Science, Arts, and Technology | : | DISTRICT OF PENNSYLVANIA |
| | : | CIVIL ACTION NO. 2:18-cv-05540-WB |
| vs. | : | |
| Educational Commission for | : | |
| Foreign Medical Graduates | : | |
| and | : | JURY TRIAL DEMANDED |
| Dr. William W. Pinsky | : | |
| President and CEO | : | |
| Education Commission for | : | |
| Foreign Medical Graduates | : | |

## CERTIFICATE OF SERVICE

I, William C. Reil, Esquire, hereby Certify that on this 23rd day of July, 2019, a true and

correct of the Notice of Appeal was served on the following attorney for all defendants by ECF

electronic service and FedEx:

Elisa P. McEnroe, Esquire
Morgan, Lewis, and Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dated: July 23, 2019

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
I.D. # 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
For: Tommy Swate, Esquire