**EXHIBIT 3**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; et als.** | CIVIL NO. 19-1707 |
| PLAINTIFFS | |
| VS. | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO); |
| **UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; et als.** | FRAUDULENT INDUCEMENT; BREACH OF CONTRACT; UNJUST ENRICHMENT; TORT DAMAGES |
| | TRIAL BY JURY DEMANDED |
| DEFENDANTS | |

### NOTICE OF TAKING OF DEPOSITION *DUCES TECUM*

TO:       **ORIEN L. TULP**
           **Through his legal counsel**
           **CHRIS PAULSEN, ESQ.**
           **AMEXIS J. BONILLA NIEVES, ESQ.**

FROM:    **SUJEIL PEÑA-TORRES et als. ("PLAINTIFFS")**
           **Through their legal counsel,**
           **VICTOR M. RIVERA-RIOS, ESQ.**

You are hereby required to appear via Zoom Video Conference[1], on **Wednesday, May 24th, 2023, at 9:00 a.m.,** for the taking of your deposition *duces tecum* under oath, pursuant to the Federal Rules of Civil Procedure, in relation to the above-captioned case pending before the United States District Court for the District of Puerto Rico. Your oral examination will continue as necessary until completed, and will be conducted in English.

You are hereby instructed to produce **on or prior May 18th, 2023** the following documents:

---

[1] Zoom Video Conference instructions and link to appear will be sent to the electronic mail addresses of your Legal Counselors Chris Paulsen, Esq. and Amexis J. Bonilla Nieves, Esq.

1.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that University of Science, Arts and Tech ("USAT") is a United States or Canadian medical school program leading to the Medical Doctor ("MD") degree that is accredited by the Liaison Committee on Medical Education ("LCME").

2.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a United States medical school leading to the Doctor of Osteopathic Medicine ("DO") degree that is accredited by the Commission on Osteopathic College Accreditation ("COCA").

3.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a medical school that is outside the US and Canada listed in the World Directory of Medical Schools as meeting Educational Commission for Foreign Medical Graduates ("ECFMG") eligibility requirements and that meets other eligibility criteria of the ECFMG.

4.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is accredited by LCME or COCA or ECFMG.

5.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Puerto Rico Medical School Branch.

6.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Florida Medical School Branch.

2

7.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Maryland Medical School Branch.

8.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Texas Medical School Branch.

9.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Colorado Medical School Branch.

10.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all brochures and/or communications sent to Sujeil Peña-Torres, Jose E. Blasco-Jusino, Lucero Rodriguez-Fernandez, Lisa M. Torres-Colon, Joffre E. Gomez-Frontera, Zabdiel A. Nieves-Rivera Enny de Jesus-Ureña, Loraima M. Rosado-Villafañe, Paola M. Prosper-Crespo and Wendoly M. Vazquez Oliveras (jointly referred as "Plaintiffs") before their application to the USAT Puerto Rico Medical School Branch.

11.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school applications received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

12.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school tuitions

3

and registrations related to the Plaintiffs education at the USAT Puerto Rico Medical School Branch.

13.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all payments received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

14.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all loan applications and payments received in favor of the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

15.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) which contains evidence which you propose to use at trial.

16.    A list containing the names, addresses, and telephone numbers of the witnesses that you intend to use at trial.

17.    Any other documents in your possession or under your control which may be reasonably related to the answer of the complaint, or which may lead to discoverable information, regardless of whether you intend to use them at the trial.

You are hereby notified if you do not produce the aforementioned documents on the above-specified date and time, the Plaintiffs could request the imposition of penalties under Federal Rule of Civil Procedure 37.

In San Juan, Puerto Rico, on this 12th day of May, 2023.

*/S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE

4

SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
Mobile: (787) 565-3477
E-Mail: victorriverarios@rcrtrblaw.com
         info.vrr@rcrtrblaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; et als.** <br><br> PLAINTIFFS <br><br> VS. <br><br> **UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; et als.** <br><br> DEFENDANTS | CIVIL NO. 19-1707 <br><br> RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO); <br> FRAUDULENT INDUCEMENT; <br> BREACH OF CONTRACT; <br> UNJUST ENRICHMENT; <br> TORT DAMAGES <br><br> TRIAL BY JURY DEMANDED |

**NOTICE OF TAKING OF DEPOSITION *DUCES TECUM***

**TO:**     **CARLA M. KONYK**
**Through his legal counsel**
**CHRIS PAULSEN, ESQ.**
**AMEXIS J. BONILLA NIEVES, ESQ.**

**FROM:**     **SUJEIL PEÑA-TORRES et als. ("PLAINTIFFS")**
**Through their legal counsel,**
**VICTOR M. RIVERA-RIOS, ESQ.**

You are hereby required to appear via Zoom Video Conference[1], on **Thursday, May 25th, 2023, at 9:00 a.m.,** for the taking of your deposition *duces tecum* under oath, pursuant to the Federal Rules of Civil Procedure, in relation to the above-captioned case pending before the United States District Court for the District of Puerto Rico. Your oral examination will continue as necessary until completed, and will be conducted in English.

You are hereby instructed to produce **on or prior May 18th, 2023** the following documents:

---

[1] Zoom Video Conference instructions and link to appear will be sent to the electronic mail addresses of your Legal Counselors Chris Paulsen, Esq. and Amexis J. Bonilla Nieves, Esq.

1.  Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that University of Science, Arts and Tech ("USAT") is a United States or Canadian medical school program leading to the Medical Doctor ("MD") degree that is accredited by the Liaison Committee on Medical Education ("LCME").

2.  Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a United States medical school leading to the Doctor of Osteopathic Medicine ("DO") degree that is accredited by the Commission on Osteopathic College Accreditation ("COCA").

3.  Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a medical school that is outside the US and Canada listed in the World Directory of Medical Schools as meeting Educational Commission for Foreign Medical Graduates ("ECFMG") eligibility requirements and that meets other eligibility criteria of the ECFMG.

4.  Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is accredited by LCME or COCA or ECFMG.

5.  Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Puerto Rico Medical School Branch.

6.  Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Florida Medical School Branch.

2

7.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Maryland Medical School Branch.

8.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Texas Medical School Branch.

9.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Colorado Medical School Branch.

10.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all brochures and/or communications sent to Sujeil Peña-Torres, Jose E. Blasco-Jusino, Lucero Rodriguez-Fernandez, Lisa M. Torres-Colon, Joffre E. Gomez-Frontera, Zabdiel A. Nieves-Rivera Enny de Jesus-Ureña, Loraima M. Rosado-Villafañe, Paola M. Prosper-Crespo and Wendoly M. Vazquez Oliveras (jointly referred as "Plaintiffs") before their application to the USAT Puerto Rico Medical School Branch.

11.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school applications received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

12.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school tuitions

3

and registrations related to the Plaintiffs education at the USAT Puerto Rico Medical School Branch.

13.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all payments received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

14.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all loan applications and payments received in favor of the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

15.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) which contains evidence which you propose to use at trial.

16.     A list containing the names, addresses, and telephone numbers of the witnesses that you intend to use at trial.

17.     Any other documents in your possession or under your control which may be reasonably related to the answer of the complaint, or which may lead to discoverable information, regardless of whether you intend to use them at the trial.

You are hereby notified if you do not produce the aforementioned documents on the above-specified date and time, the Plaintiffs could request the imposition of penalties under Federal Rule of Civil Procedure 37.

In San Juan, Puerto Rico, on this 12th day of May, 2023.

*/S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE

4

SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
Mobile: (787) 565-3477
E-Mail: victorriverarios@rcrtrblaw.com
           info.vrr@rcrtrblaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; et als.**<br><br>PLAINTIFFS<br><br>VS.<br><br>**UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; et als.**<br><br>DEFENDANTS | CIVIL NO. 19-1707<br><br>RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO);<br>FRAUDULENT INDUCEMENT;<br>BREACH OF CONTRACT;<br>UNJUST ENRICHMENT;<br>TORT DAMAGES<br><br>TRIAL BY JURY DEMANDED |

**NOTICE OF TAKING OF DEPOSITION *DUCES TECUM***

    **TO:**        **KAREN BALDWIN**
                 **Through his legal counsel**
                 **CHRIS PAULSEN, ESQ.**
                 **AMEXIS J. BONILLA NIEVES, ESQ.**

    **FROM:**     **SUJEIL PEÑA-TORRES et als. ("PLAINTIFFS")**
                 **Through their legal counsel,**
                 **VICTOR M. RIVERA-RIOS, ESQ.**

You are hereby required to appear via Zoom Video Conference[1], on **Friday, May 26th, 2023, at 9:00 a.m.,** for the taking of your deposition *duces tecum* under oath, pursuant to the Federal Rules of Civil Procedure, in relation to the above-captioned case pending before the United States District Court for the District of Puerto Rico. Your oral examination will continue as necessary until completed, and will be conducted in English.

You are hereby instructed to produce **on or prior May 18th, 2023** the following documents:

---

[1] Zoom Video Conference instructions and link to appear will be sent to the electronic mail addresses of your Legal Counselors Chris Paulsen, Esq. and Amexis J. Bonilla Nieves, Esq.

1.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that University of Science, Arts and Tech ("USAT") is a United States or Canadian medical school program leading to the Medical Doctor ("MD") degree that is accredited by the Liaison Committee on Medical Education ("LCME").

2.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a United States medical school leading to the Doctor of Osteopathic Medicine ("DO") degree that is accredited by the Commission on Osteopathic College Accreditation ("COCA").

3.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a medical school that is outside the US and Canada listed in the World Directory of Medical Schools as meeting Educational Commission for Foreign Medical Graduates ("ECFMG") eligibility requirements and that meets other eligibility criteria of the ECFMG.

4.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is accredited by LCME or COCA or ECFMG.

5.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Puerto Rico Medical School Branch.

6.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Florida Medical School Branch.

7.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Maryland Medical School Branch.

8.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Texas Medical School Branch.

9.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Colorado Medical School Branch.

10.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all brochures and/or communications sent to Sujeil Peña-Torres, Jose E. Blasco-Jusino, Lucero Rodriguez-Fernandez, Lisa M. Torres-Colon, Joffre E. Gomez-Frontera, Zabdiel A. Nieves-Rivera Enny de Jesus-Ureña, Loraima M. Rosado-Villafañe, Paola M. Prosper-Crespo and Wendoly M. Vazquez Oliveras (jointly referred as "Plaintiffs") before their application to the USAT Puerto Rico Medical School Branch.

11.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school applications received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

12.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school tuitions

and registrations related to the Plaintiffs education at the USAT Puerto Rico Medical School Branch.

13.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all payments received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

14.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all loan applications and payments received in favor of the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

15.     Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) which contains evidence which you propose to use at trial.

16.     A list containing the names, addresses, and telephone numbers of the witnesses that you intend to use at trial.

17.     Any other documents in your possession or under your control which may be reasonably related to the answer of the complaint, or which may lead to discoverable information, regardless of whether you intend to use them at the trial.

You are hereby notified if you do not produce the aforementioned documents on the above-specified date and time, the Plaintiffs could request the imposition of penalties under Federal Rule of Civil Procedure 37.

In San Juan, Puerto Rico, on this 12th day of May, 2023.

*/S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE

4

SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
Mobile: (787) 565-3477
E-Mail: victorriverarios@rcrtrblaw.com
info.vrr@rcrtrblaw.com