Responses to Requests for Production by Tulp, Konyk, and Baldwin

**EXHIBIT 4**

1.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that University of Science, Arts and Tech ("USAT") is a United States or Canadian medical school program leading to the Medical Doctor ("MD") degree that is accredited by the Liaison Committee on Medical Education ("LCME").

**Dr. Tulp:** No such documents exist because the Government of Montserrat, British West Indies, by agreement dated September 26, 2003, licensed USAT, including USAT's College of Medicine.

**Ms. Konyk:** I do not control, possess, or have custody of such documents.

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

2.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a United States medical school leading to the Doctor of Osteopathic Medicine ("DO") degree that is accredited by the Commission on Osteopathic College Accreditation ("COCA").

**Dr. Tulp:** No such documents exist because USAT is not a U.S. medical or osteopathic medical school.

**Ms. Konyk:** I do not control, possess, or have custody of such documents.

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

3.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a medical school that is outside the US and Canada listed in the World Directory of Medical Schools as meeting Educational Commission for Foreign Medical Graduates ("ECFMG") eligibility requirements and that meets other eligibility criteria of the ECFMG.

**Dr. Tulp:** The World Directory of Medical Schools lists USAT's College of Medicine. USAT's College of Medicine meets the eligibility criteria of ECFMG for all students and graduates who completed their medical educations at USAT's College of Medicine from September 26, 2003, through December 31, 2018.

**Ms. Konyk:** The documents I possess are attached, and labeled "Item 3."

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

Responses to Requests for Production by Tulp, Konyk, and Baldwin

4.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is accredited by LCME or COCA or ECFMG.

**Dr. Tulp:** Reference to any document claiming USAT is "accredited by ECFMG," is "ECFMG-accredited," or other claims to the same effect should be interpreted to mean students and graduates of USAT's College of Medicine, whose work is completed between September 26, 2003, and through December 31, 2018, are eligible to be certified by ECFMG.

**Ms. Konyk:** I do not control, possess, or have custody of such documents.

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

5.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Puerto Rico Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** The documents I possess are attached, and labeled "Item 5."

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

6.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Florida Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** The activities that took place at all of the conference sites included orientation, demonstration lectures, online lectures and USMLE ® preparation and review. The documents I possess are attached, and labeled "Item 6."

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

7.      Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Maryland Medical School Branch.

Responses to Requests for Production by Tulp, Konyk, and Baldwin

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** I do not control, possess, or have custody of such documents. The activities that took place at all of the conference sites included orientation, demonstration lectures, online lectures and USMLE ® preparation and review.

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

8.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Texas Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** I do not control, possess, or have custody of such documents. The activities that took place at all of the conference sites included orientation, demonstration lectures, online lectures and USMLE ® preparation and review.

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

9.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Colorado Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** The documents I possess are attached, and labeled "Item 9."

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

10.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all brochures and/or communications sent to Sujeil Peña-Torres, Jose E. Blasco-Jusino, Lucero Rodriguez-Fernandez, Lisa M. Torres-Colon, Joffre E. Gomez-Frontera, Zabdiel A. Nieves-Rivera Enny de Jesus-Ureña, Loraima M. Rosado-Villafañe, Paola M. Prosper-Crespo and Wendoly M. Vazquez Oliveras (jointly referred as "Plaintiffs") before their application to the USAT Puerto Rico Medical School Branch.

Responses to Requests for Production by Tulp, Konyk, and Baldwin

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** I do not control, possess, or have custody of such documents.

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

11.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school applications received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** I am a custodian of the documents attached and labeled "Item 11."

**Ms. Baldwin:** In May 2019, I became a custodian of the documents attached and labeled "Item 11."

12.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school tuitions and registrations related to the Plaintiffs education at the USAT Puerto Rico Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** I am the custodian of the documents attached and labeled "Item 12., Item 13, and Item 14."

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

13.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all payments received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** I am the custodian of the documents attached and labeled "Item 12., Item 13, and Item 14."

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

Responses to Requests for Production by Tulp, Konyk, and Baldwin

14.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all loan applications and payments received in favor of the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

**Ms. Konyk:** I am the custodian of the documents attached and labeled "Item 12., Item 13, and Item 14."

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.

15.    Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) which contains evidence which you propose to use at trial.

**Dr. Tulp:** To date, USAT's Motion for Summary Judgment exhibits appended, ECF No. 55-2, and USAT's Answer to Third Amended Complaint exhibits appended, ECF No. 131-1.

**Ms. Konyk:** To date, USAT's Motion for Summary Judgment exhibits appended, ECF No. 55-2, and USAT's Answer to Third Amended Complaint exhibits appended, ECF No. 131-1.

**Ms. Baldwin:** To date, USAT's Motion for Summary Judgment exhibits appended, ECF No. 55-2, and USAT's Answer to Third Amended Complaint exhibits appended, ECF No. 131-1.

16.    A list containing the names, addresses, and telephone numbers of the witnesses that you intend to use at trial.

**Dr. Tulp:** I do not control, possess, or have custody of such document.

**Ms. Konyk:** I do not control, possess, or have custody of such document.

**Ms. Baldwin:** I do not control, possess, or have custody of such document.

17.    Any other documents in your possession or under your control which may be reasonably related to the answer of the complaint, or which may lead to discoverable information, regardless of whether you intend to use them at the trial.

**Dr. Tulp:** I do not control, possess, or have custody of such documents.

Responses to Requests for Production by Tulp, Konyk, and Baldwin

**Ms. Konyk:** I do not control, possess, or have custody of such documents.

**Ms. Baldwin:** I do not control, possess, or have custody of such documents.