**Item 3.**

**EXHIBIT 5**

"3. Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects that USAT is a medical school that is outside the US and Canada listed in the World Directory of Medical Schools as meeting Educational Commission for Foreign Medical Graduates ("ECFMG") eligibility requirements and that meets other eligibility criteria of the ECFMG."



# World Directory of Medical Schools

| Home | About | Sponsors | Subscription | Search |

Home                                                                        New Search

## University of Science, Arts & Technology (USAT) Faculty of Medicine

**Montserrat**

| School Details | Contact Information | Program Details | **Sponsor Notes** |

The information below has been provided by the World Directory's sponsoring organizations.

**Canada**

- Unless indicated otherwise, Medical degrees obtained from this medical school are acceptable to the provincial/territorial medical regulatory authorities in Canada, and therefore acceptable to all medical organizations in Canada. For more information about the acceptable medical schools as defined in the Model Standards for Medical Registration in Canada click here.

- À moins d'avis contraire, les diplômes de médecine de cette faculté de médecine sont acceptables aux ordres des médecins dans les provinces et territoires du Canada, et par conséquent acceptables à toute autre organisation au Canada qui œuvre dans le domaine médical. Pour plus d'information au sujet des facultés de médecine acceptables, telles que définies dans les normes modèles pour l'inscription médicale au Canada, cliquez ici.

**Educational Commission for Foreign Medical Graduates (ECFMG), United States of America**

- Students and graduates of this medical school are eligible to apply to ECFMG for ECFMG Certification and for examination, provided that:
  - For medical school students officially enrolled in this school, the graduation years are listed below as "current".
  - For graduates of this medical school, their graduation year is included in the graduation years listed below.
    Graduation Years:
    2003 - Current

FAIMER SCHOOL ID: F0000836

Copyright © 2014-2015 by the World Federation for Medical Education and the Foundation for Advancement of International Medical Education and Research. All rights reserved.
Terms | Privacy

(downloaded: July 11, 2018)                                                    **1**

# University of Science, Arts & Technology (USAT) Faculty of Medicine

**Montserrat**

School Details    Contact Information    Program Details    Sponsor Notes

The information below has been provided by the World Directory's sponsoring organizations.

provincial/territorial medical regulatory authorities in Canada, and therefore acceptable to all medical organizations in Canada. For more information about the acceptable medical schools as defined in the Model Standards for Medical Registration in Canada click here.

- À moins d'avis contraire, les diplômes de médecine de cette faculté de médecine sont acceptables aux ordres des médecins dans les provinces et territoires du Canada, et par conséquent acceptables à toute autre organisation au Canada qui œuvre dans le domaine médical. Pour plus d'information au sujet des facultés de médecine acceptables, telles que définies dans les normes modèles pour l'inscription médicale au Canada, cliquez ici.

**Educational Commission for Foreign Medical Graduates (ECFMG), United States of America**

- Students and graduates of this medical school are eligible to apply to ECFMG for ECFMG Certification and for examination, provided that:
  - For medical school students officially enrolled in this school, the graduation years are listed below as "current".
  - For graduates of this medical school, their graduation year is included in the graduation years listed below.
    Graduation Years:
      2003 - Current
  - All other eligibility requirements are met. Refer to the ECFMG Information Booklet for detailed information.

FAIMER SCHOOL ID: F0000836

Copyright © 2014-2015 by the World Federation for Medical Education and the Foundation for Advancement of International Medical Education and Research. All rights reserved.
Terms | Privacy

(downloaded: July 11, 2018)                                                                    **2**



Home | About | Sponsors | Subscription | Search

Home > Search > School Details

New Search

# University of Science, Arts & Technology (USAT) Faculty of Medicine

**Montserrat**

School Details    Contact Information    Program Details    **Sponsor Notes**

The information below has been provided by the World Directory's sponsoring organizations.

**Canada**

- Unless indicated otherwise, Medical degrees obtained from this medical school are acceptable to the provincial/territorial medical regulatory authorities in Canada, and therefore acceptable to all medical organizations in Canada. For more information about the acceptable medical schools as defined in the Model Standards for Medical Registration in Canada click here.

  Medical degrees obtained from this medical school are acceptable to Canada between the following period: FROM 2003 - 2018

- À moins d'avis contraire, les diplômes de médecine de cette faculté de médecine sont acceptables aux ordres des médecins dans les provinces et territoires du Canada, et par conséquent acceptables à toute autre organisation au Canada qui œuvre dans le domaine médical. Pour plus d'information au sujet des facultés de médecine acceptables, telles que définies dans les normes modèles pour l'inscription médicale au Canada, cliquez ici.

  Les diplômes de médecine de cette faculté de médecine sont acceptables pour le Canada entre la période suivante: DE 2003 - 2018

**Educational Commission for Foreign Medical Graduates (ECFMG), United States of America**

FAIMER SCHOOL ID: F0000836

Copyright © 2014-2021 by the World Federation for Medical Education and the Foundation for Advancement of International Medical Education and Research. All rights reserved.
Terms | Privacy

(downloaded: September 14, 2018)    **3**

# University of Science, Arts & Technology (USAT) Faculty of Medicine

**Montserrat**

School Details    Contact Information    Program Details    **Sponsor Notes**

The information below has been provided by the World Directory's sponsoring organizations.

**Educational Commission for Foreign Medical Graduates (ECFMG), United States of America**

- Students and graduates of this medical school are eligible to apply to ECFMG for ECFMG Certification and for examination, provided that:
  - For medical school students officially enrolled in this school, the graduation years are listed below as "current".
  - For graduates of this medical school, their graduation year is included in the graduation years listed below.
    Graduation Years:
    2003 - 2018
  - The degree title of the final medical diploma the student will earn, or the graduate has earned (and must provide), is listed in the Reference Guide for Medical Education Credentials.
  - All other eligibility requirements are met. Refer to the ECFMG Information Booklet for detailed information.

- **Note: As of January 1, 2019, students and graduates of this medical school with a graduation year of 2019 and later are not eligible to apply to ECFMG for ECFMG Certification, which also renders them ineligible to apply to ECFMG for the United States Medical Licensing Examinations (USMLE) as a step toward ECFMG Certification.**

- **In 2018, ECFMG determined that a certain official of the University of Science, Arts & Technology engaged in irregular behavior in connection with providing false information to ECFMG.**

- **Currently, students and graduates of USAT are subject to enhanced procedures that must be met in**

FAIMER SCHOOL ID: F0000836

Copyright © 2014-2021 by the World Federation for Medical Education and the Foundation for Advancement of International Medical Education and Research. All rights reserved.
Terms | Privacy

(downloaded: September 14, 2018)    **4**

# University of Science, Arts & Technology (USAT) Faculty of Medicine

**Montserrat**

| School Details | Contact Information | Program Details | **Sponsor Notes** |

The information below has been provided by the World Directory's sponsoring organizations.

Graduation Years:
   2003 - 2018
- The degree title of the final medical diploma the student will earn, or the graduate has earned (and must provide), is listed in the Reference Guide for Medical Education Credentials.
- All other eligibility requirements are met. Refer to the ECFMG Information Booklet for detailed information.

- **Note: As of January 1, 2019, students and graduates of this medical school with a graduation year of 2019 and later are not eligible to apply to ECFMG for ECFMG Certification, which also renders them ineligible to apply to ECFMG for the United States Medical Licensing Examinations (USMLE) as a step toward ECFMG Certification.**

- **In 2018, ECFMG determined that a certain official of the University of Science, Arts & Technology engaged in irregular behavior in connection with providing false information to ECFMG.**

- **Currently, students and graduates of USAT are subject to enhanced procedures that must be met in order to be eligible to apply for ECFMG Certification related services, including but not limited to: ECFMG Certification, USMLE examinations that lead to ECFMG Certification, and Electronic Residency Application Service (ERAS®) Support Services. ECFMG will provide information and instructions to applicants upon receipt of application.**

**FAIMER SCHOOL ID: F0000836**

Copyright © 2014-2021 by the World Federation for Medical Education and the Foundation for Advancement of International Medical Education and Research. All rights reserved.
Terms | Privacy

(downloaded: September 14, 2018)                                                                                       **5**