**Item 5.**                                                    **EXHIBIT 6**

"5. Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Puerto Rico Medical School Branch."

[https://rceweb.estado.pr.gov/en/entity-information?c=395669-1512]

PRDOS    Contact Us    Help    English ▾

**Government of Puerto Rico**
Department of State

CORPORATIONS AND ENTITIES ▾        ANNUAL FILINGS ▾        CERTIFICATES ▾

CORPORATION INFORMATION

# Corporation Information

## USAT, MONTSERRAT, LLC

| Details | Articles | Annual Filings | Certificates |

### General Information

| | |
|---|---|
| Name | USAT, MONTSERRAT, LLC |
| Register No. | 395669 |
| Status | ACTIVE |
| Class | Limited Liability Company |
| Type | For Profit |
| Jurisdiction | Foreign |
| Formation Date | 09-May-2017 11:12 AM |
| Effective Date | 09-May-2017 11:12 AM |
| Expiration Date | Does not expire |

### Corporate Domicile & Date of Incorporation

| | |
|---|---|
| Address | 4288 youngfiel st., WHEAT RIDGE, CO, 80033 |
| Home State | Florida |
| Date of incorporation | 12-Jun-2012 12:00 AM |
| Expiration Date | Does not expire |

### Main Office

| | |
|---|---|
| Street Address | #598 BARBOSA AVENUE, SAN JUAN, PR, 00919 |
| Mailing Address | 5400 Ward Road, Building 3-150, ARVADA, CO, 80002 |

### Resident Agent

Not Available.

### Administrators

| Name | Title | Address |
|---|---|---|
| TULP , ORIEN L. | President | 4288 YOUNGFIEL ST., WHEAT RIDGE, CO, 80033 |
| | | 4288 YOUNGFIEL ST., WHEAT RIDGE, CO, 80033 |
| KONYK , CARLA M. | Vice president | 4288 YOUNGFIEL ST., WHEAT RIDGE, CO, 80033 |
| | | 4288 YOUNGFIEL ST., WHEAT RIDGE, CO, 80033 |

### Purpose

MDICAL EDUCATION, GRADUATE EDUCATION.

---

← Return to Search Results

**Actions**

| | |
|---|---|
| 📄 Pay 2022 Annual Due | › |
| 🕐 Pay Prior Year(s) Annual Due | › |
| ☑ Order Certificate of Good Standing | › |
| 🎖 Order Certificate of Existence | › |
| ✏ Amend Entity | › |
| ✕ Cancel Entity | › |
| ⇄ Convert | › |
| ➤ Merge / Consolidate | › |
| 🔒 Manage Access | › |
| 📄 Payment Plan | › |

---



**Government of Puerto Rico**
Department of State
of Puerto Rico

**Navigation**
Entrepreneurs
Foreigners
Travelers
Examination Boards

**Resources**
Regulation No. 8688
Act No. 55-2020
Act No. 164-2009
Puerto Rico's Treasury Department

**Contact**
San José with San Francisco Street
San Juan, Puerto Rico

PO Box 9023271
San Juan, Puerto Rico 00902-3271

 

© 2021 - 2022 Department of State. Government of Puerto Rico          Terms of Use    Privacy Policy


CORPORATION INFORMATION

# Corporation Information

## USAT, MONTSERRAT, LLC

Details | **Articles** | Annual Filings | Certificates

## Registration and Organization

| Document Type | Effective Date |
|---|---|
| Payment Receipt [EN] | 27-Feb-2019 03:39 PM |
| Articles of Restoration [EN] | 27-Feb-2019 03:39 PM |
| Certificate of Restoration [EN] | 27-Feb-2019 03:39 PM |
| Administrator Resolution (Uploaded) | 27-Feb-2019 03:39 PM |
| Administrator Resolution (Uploaded) | 27-Feb-2019 03:39 PM |
| Certificate of Good Standing (Uploaded) | 23-May-2017 02:21 PM |
| Evidence of Filing (Uploaded) | 23-May-2017 02:21 PM |
| Certificate of Authorization to do Business of a Foreign Corporation [EN] | 23-May-2017 02:21 PM |
| Certificate of Authorization to do Business of a Foreign Corporation | 23-May-2017 02:21 PM |
| Certificate of Authorization to do Business in Puerto Rico [EN] | 23-May-2017 02:21 PM |
| Certificate of Authorization to do Business in Puerto Rico | 23-May-2017 02:21 PM |
| Payment Receipt | 23-May-2017 02:21 PM |

### Actions

| | |
|---|---|
| 🗎 Pay 2022 Annual Due | › |
| 🕐 Pay Prior Year(s) Annual Due | › |
| ☑ Order Certificate of Good Standing | › |
| ⚲ Order Certificate of Existence | › |
| ✎ Amend Entity | › |
| ✕ Cancel Entity | › |
| ⇄ Convert | › |
| ❯ Merge / Consolidate | › |
| 🔒 Manage Access | › |
| 🗎 Payment Plan | › |

[← Return to Search Results]

## Correspondence

Not Available.

## Name Change History

Not Available.

## Amendments

| Document Type | Effective Date |
|---|---|
| Payment Receipt [EN] | 11-Mar-2020 03:03 AM |
| Administrator Resolution (Uploaded) | 11-Mar-2020 03:03 AM |
| Amendment to Articles of Incorporation [EN] | 11-Mar-2020 03:03 AM |
| Corporate Address Change [EN] | 11-Mar-2020 03:03 AM |
| Payment Receipt | 22-Jan-2019 11:06 AM |
| Administrator Resolution (Uploaded) | 22-Jan-2019 11:06 AM |
| Evidence of Filing (Uploaded) | 22-Jan-2019 11:06 AM |
| Amendment to Articles of Incorporation | 22-Jan-2019 11:06 AM |
| Resignation of Resident Agent | 22-Jan-2019 11:06 AM |
| Other (Uploaded) | 09-May-2017 11:12 AM |



**Government of Puerto Rico**
Department of State
of Puerto Rico

**Navigation**
Entrepreneurs
Foreigners
Travelers
Examination Boards

**Resources**
Regulation No. 8688
Act No. 55-2020
Act No. 164-2009
Puerto Rico's Treasury Department

**Contact**
San José with San Francisco Street
San Juan, Puerto Rico

PO Box 9023271
San Juan, Puerto Rico 00902-3271

 

© 2021 - 2022 Department of State. Government of Puerto Rico

Terms of Use    Privacy Policy

**Government of Puerto Rico**
Department of State

CORPORATIONS AND ENTITIES ▾    ANNUAL FILINGS ▾    CERTIFICATES ▾

CORPORATION INFORMATION

# Corporation Information

## USAT, MONTSERRAT, LLC

Details    Articles    **Annual Filings**    Certificates

Select an option    ⌄

## Summary

| Year | Last item filed |
|------|-----------------|
| 2022 ⚠ | |
| 2021 ⚠ | |
| 2020 ⚠ | |
| 2019 ⚠ | |
| 2018 | Annual Due |
| 2017 | Annual Due |

Select an option    ⌄

← Return to Search Results

### Actions

▣  Pay 2022 Annual Due  >

⏱  Pay Prior Year(s) Annual Due  >

☑  Order Certificate of Good Standing  >

🏅  Order Certificate of Existence  >

✎  Amend Entity  >

✕  Cancel Entity  >

⇄  Convert  >

➤  Merge / Consolidate  >

🔒  Manage Access  >

▤  Payment Plan  >



**Government of Puerto Rico**

Department of State
of Puerto Rico

**Navigation**

Entrepreneurs

Foreigners

Travelers

Examination Boards

**Resources**

Regulation No. 8688

Act No. 55-2020

Act No. 164-2009

Puerto Rico's Treasury Department

**Contact**

San José with San Francisco Street
San Juan, Puerto Rico

PO Box 9023271
San Juan, Puerto Rico 00902-3271

 

© 2021 - 2022 Department of State. Government of Puerto Rico

Terms of Use    Privacy Policy

IC 1300-09-03

Anejo III



Modelo SC 848.5
IC 1300-09-03
6 agosto 02

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

Recibo de Pago

Comprobante Núm.

PARA SER LLENADO POR EL
ABOGADO NOTARIO

EN CASO DE DEVOLUCION PAGUESE A LA ORDEN DE

NOMBRE DEL TITULAR

SC-848
RECIBO DE PAGO
NUM. F9MO-KDWEXB4W

TERMINAL# 00005        RECIBO# 712901800117
CAJERO#    ACD5336     COLECTURIA# 0018
09/05/2017                    11:12 AM

CIF DEP: 1118        NUM. DEP.: 2017313
COLECTURIA DE CARGO: 1800

SSN/EIN: 999999999
NOMBRE: USAT MONTSERRAT LLC
DIRECCION:

CANCELADO

FECHA DE PAGO: 09/05/2017

CLAVE:    5133
DESC:  DERECHOS PAGADEROS 40%
FISCAL YEAR:    2017
PAGO:  $250.00

TOTAL DEL PAGO:    $250.00

COLECTOR:
    RAFAEL LOPEZ AROCHE

FIRMA:

    AMILCAR CANALES DIAZ



Gobierno de Puerto Rico

# CERTIFICADO DE ENMIENDA

Yo, **LUIS G. RIVERA MARÍN, Secretario de Estado** del Gobierno de Puerto Rico,

**CERTIFICO**: Que el, **22 de enero de 2019**, a las **11:22 a.m., USAT, MONTSERRAT, LLC**, registro número **395669**, efectuó la siguiente transacción:

<u>**Renuncia del Agente Residente sin Designación de Sucesor**</u>

| **Anterior** | **Actual** |
|---|---|
| **ORTIZ BUSTILLO, MANUEL J.** | **Sin Sucesor** |
| **#598 BARBOSA AVENUE, SAN JUAN, PR, 00919** | |
| **PO BOX 364363, SAN JUAN, PR, 00936-4363** | |
| **manuel.ortizbustillo@usat.edu** | |
| **(787) 906-1281** | |



**EN TESTIMONIO DE LO CUAL**, firmo el presente y hago estampar en él el Gran Sello del Gobierno de Puerto Rico, en la ciudad de San Juan, Puerto Rico, hoy, **22 de enero de 2019**.

**LUIS G. RIVERA MARÍN**
Secretario de Estado



Gobierno de Puerto Rico
Departamento de Estado

Fecha de la Transacción: 22-ene-2019
Núm. Registro: 395669
Núm. Recibo: 1531133

# Gobierno de Puerto Rico

## Enmienda a los Artículos de Incorporación

**395669 - USAT, MONTSERRAT, LLC**

*Se adoptó una resolución en la cual consta una(s) enmienda(s) propuesta(s) al Certificado de Incorporación de dicha corporación, consignando la conveniencia de dicha(s) enmienda(s).*

*RESUÉLVASE, que el Certificado de Incorporación de esta corporación quede enmendado en el/los siguiente(s) Artículo(s):*

### Agente Residente

El nombre, dirección física y postal del Agente Residente de dicha corporación que está renunciando es la siguiente:

Nombre                  **ORTIZ BUSTILLO, MANUEL J.**
Dirección Física        **#598 BARBOSA AVENUE, SAN JUAN, PR, 00919**
Dirección Postal        **PO BOX 364363, SAN JUAN, PR, 00936-4363**
Correo Electrónico      **manuel.ortizbustillo@usat.edu**
Teléfono                **(787) 906-1281**

### Documentos de Apoyo

| Documento | Fecha de Emisión |
|---|---|
| Evidencia de Radicación | 22-ene-2019 |
| Resolución del Administrador | 22-ene-2019 |

### DECLARACIÓN BAJO PENA DE PERJURIO

EN TESTIMONIO DE LO CUAL, Yo, ORTIZ BUSTILLO, MANUEL J. [Agente Residente], el suscribiente, estando autorizado a radicar enmienda(s) para la corporación, juro que los datos contenidos en este certificado con ciertos, hoy, día 22 del mes de enero del año 2019.



*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*DEPARTAMENTO DE ESTADO*
REGISTRO DE CORPORACIONES

Entidad

Nombre de la Corporación: _USAT, Monserrat LLC_

Número de Registro: _395669_ *(Prevalece)*      ☐ Con Fines      ☐ Sin Fines

*(Ambos números de registro en caso de Fusión)* _____      ☐ Domestica      ☒ Foránea

Fecha de Radicación: _22/1/2019_      Hora de Radicación: _____

Tipo de Radicación:

☐ Registro Nuevo          ☒ Cambios y Enmiendas          ☐ Disolución

☐ Fusión          ☐ Reserva de Nombre          ☐ Solicitudes de Servicio y Existencias

☐ Otros _____

Derechos Pagados $ _80_

☐ Retener

☐ Correo

| Aumento o Rebaja de Capital Autorizado |
| --- |
| De _____ a _____ |

**Enviar A:** *(Favor de completar con letra legible)*

Nombre del Solicitante: _Manuel J. Ortiz Bustillo_

Dirección Postal: _P.O. Box 367389_
_San Juan P.R. 00936_

Teléfono: _787-450-5845_

Correo Electrónico: _mjortizbustillo @ hotmail.com_

SOLO USO OFICIAL

Observaciones:

**Nombres Similares o Idénticos**

_____

_____

_____

*Rev. 09/09 bsgq*



**Comprobante**

REGISTRO DE CORPORACIONES

JAN 22 2019

Gobierno de Puerto Rico
*Government of Puerto Rico*

## CERTIFICADO DE ENMIENDA AL CERTIFICADO DE ORGANIZACION
## DE UNA COMPAÑÍA DE RESPONSABILIDAD LIMITADA

*CERTIFICATE OF AMENDMENT OF THE CERTIFICATE OF ORGANIZATION*
*OF A LIMITED LIABILITY COMPANY*

**Registro Número:** 395669
*Register number*

| | Doméstica | ✔ | Foránea Estadounidense | | Foránea No Estadounidense |
|---|---|---|---|---|---|
| | *Domestic* | | *US Foreign* | | *Non US Foreign* |

**PRIMERO:** El (Los) Artículo(s) _____ II _____ del Certificado de Organización de una compañía de responsabilidad limitada, organizada bajo las leyes del Gobierno de Puerto Rico, queda(n) enmendado(s) para que lea(n) como sigue:

*FIRST: The Article(s) _____ of the Certificate of Organization a limited liability company organized pursuant to the laws of the Government of Puerto Rico, has(have) been amended so that it(they) read(s) as follows:*

Ver documento de renuncia como agente residente de una organización con fines de lucro que por error se sometió.

**SEGUNDO:** Dicha(s) enmienda(s) fue(ron) adoptada(s) por el (los) miembro(s) o el (los) administrador(es), de la compañía de responsabilidad limitada de acuerdo a lo establecido en el contrato de la compañía.

*SECOND: That said amendment(s) was (were) adopted by the member(s) or administrator(s) of the limited liability company, as established in the company contract.*

**EN TESTIMONIO DE LO CUAL,** Yo, Manuel J. Ortiz , como miembro o administrador la compañía, juro que los datos contenidos en este Certificado son ciertos, hoy día, 22 del mes de enero del año 2019 .

*IN WITNESS WHEREOF, I, _____ member or administrator who signs this Certificate hereby swear that the facts herein stated are true, this _____ day of _____.*

Oficial Autorizado / *Authorized Officer*

| | | Cifra de Ingreso |
|---|---|---|
| **IMPORTANTE:** Además de los derechos dispuestos para las Compañías de Responsabilidad Limitada, se pagarán al, y serán cobrados por el Secretario de Estado los siguientes: | | |
| ☐ $500.00 adicionales por cualquiera de los servicios que se requieran para dos (2) horas. | | R-4391 $ 50.00 R-4392 $ 30.00 $ 80.00 |
| ☐ $200.00 adicionales por cualquiera de los servicios que se requieran en el mismo día que se soliciten. | | (esta cifra incluye el costo de la |
| ☐ $100.00 adicionales por cualquiera de los servicios que se requieran dentro veinticuatro (24) horas de que se soliciten. | | certificación) |





**REGISTRO DE CORPORACIONES**

JAN 2 2 2019

Gobierno de Puerto Rico
*Government of Puerto Rico*

**CERTIFICADO DE RENUNCIA DEL AGENTE RESIDENTE SIN DESIGNACIÓN DE SUCESOR**
*CERTIFICATE OF RESIGNATION OF RESIDENT AGENT WITHOUT DESIGNATION OF A SUCCESOR*

Registro número: **395669**
*Registration number:*

Yo, **Manuel J. Ortiz Bustillo**, Agente Re...
I, *Resident A...*

_____

por la presente renuncio como agente residente.
*hereby resign as resident agent.*

**Y ADEMAS DECLARO:**
*I FURTHER DECLARE:*

Favor de marcas con una "X" la acción tomada:
*Please mark with an "X" the action taken:*

✔ Que por lo menos treinta (30) días antes de radicar en el Departamento de Estado este Certificado de Renuncia, le envié por correo certificado o registrado una notificación de mi renuncia a la corporación que representaba, a la dirección de la oficina designada de ésta, si tuviere conocimiento de la misma o, si no lo tuviere, a la última dirección conocida del apoderado u otra persona a cuyo requerimiento hubiere sido nombrado el renunciante como agente residente de la corporación.
*That at least thirty (30) days prior to the filing of this Certificate of Resignation, I sent notice of my resignation by certified or registered mail to the corporation I represented, at its designated office, if known, or if unknown, at the last known address of the person at whose request the resigning resident agent of the Corporation was named.*

_____ Que he intentado en por lo menos dos ocasiones comunicarme por correo de primera clase con la corporación a la dirección de la oficina designada de ésta, si tuviera conocimiento de ella o, si no lo tuviere, a la última dirección conocida del apoderado u otra persona a cuyo requerimiento hubiere sido nombrado el renunciante como agente residente de la corporación y dichas comunicaciones han sido devueltas como no entregables o no reclamadas.
*That I have sent at least two separate notices to the corporation by first class mail at its designated office, if known or if unknown, or it unknown, at the last known address of the person at whose request the resigning resident agent of the corporation was named, and both notices have been returned as unable to deliver or unclaimed.*

**EN TESTIMONIO DE LO CUAL,** Yo, **Manuel J. Ortiz Bustillo**, el suscribiente, juro que los datos contenidos en este Certificado son ciertos, hoy día **22** del mes **enero** del año **2019** .
*IN WITNESS WHEREOF, I, the undersigned, hereby swear that the facts herein stated are true, this _____ day of _____, .*

_____
Agente Residente
*Resident Agent*

**IMPORTANTE:** Según el Artículo 4 de las enmiendas a la Ley de Corporaciones (el Art. 17(c)(15) de la ley). "No se cobrará por el registro de incorporación o enmiendas de cualquier corporación religiosa, fraternal, benéfica o educativa sin fines de lucro." **Si es una corporación sin fines de lucro** el costo de esta transacción será de $4.00 que se distribuirán $1.60 para la cifra 5133 y $2.40 para la cifra 5134.

**Cifra de Ingreso**
**Costo Con Fines**
5133 – $24.00
5134 – $36.00



*Estado Libre Asociado de Puerto Rico*
*Departamento de Estado*
REGISTRO DE CORPORACIONES

Entidad

Nombre de la Corporación: __USA, Montserrat LLL__

Número de Registro: __395669__ *(Prevalece)*     ☐ Con Fines     ☐ Sin Fines

*(Ambos números de registro en caso de Fusión)* _____     ☐ Domestica     ☒ Foránea

Fecha de Radicación: __22/1/2019__     Hora de Radicación: _____

Tipo de Radicación:

☐ Registro Nuevo     ☒ Cambios y Enmiendas     ☐ Disolución

☐ Fusión     ☐ Reserva de Nombre     ☐ Solicitudes de Servicio y Existencias

☐ Otros _____

Derechos Pagados $ __80__

☐ Retener

☐ Correo

| Aumento o Rebaja de Capital Autorizado |
|---|
| De _____ a _____ |

**Enviar A:** *(Favor de completar con letra legible)*

Nombre del Solicitante: __Manuel J. Ortiz Bustillo__

Dirección Postal: __P.O. Box 367389__
__San Juan P.R. 00936__

Teléfono: __787-450-5845__

Correo Electrónico: __mjortizbustillo @ hotmail.com__

SOLO USO OFICIAL

Observaciones:

Nombres Similares o Idénticos

_____

_____

_____

*Rev. 09/09 bsgq*





Comprobante

REGISTRO DE CORPORACIONES

JAN 2 2 2019

Gobierno de Puerto Rico
*Government of Puerto Rico*

## CERTIFICADO DE ENMIENDA AL CERTIFICADO DE ORGANIZACION DE UNA COMPAÑÍA DE RESPONSABILIDAD LIMITADA

*CERTIFICATE OF AMENDMENT OF THE CERTIFICATE OF ORGANIZATION
OF A LIMITED LIABILITY COMPANY*

**Registro Número:** 395669
*Register number*

| | Doméstica | ✔ | Foránea Estadounidense | | Foránea No Estadounidense |
|---|---|---|---|---|---|
| | *Domestic* | | *US Foreign* | | *Non US Foreign* |

**PRIMERO**: El (Los) Artículo(s) _____ II _____ del Certificado de Organización de una compañía de responsabilidad limitada, organizada bajo las leyes del Gobierno de Puerto Rico, queda(n) enmendado(s) para que lea(n) como sigue:

*FIRST: The Article(s) _____ of the Certificate of Organization a limited liability company organized pursuant to the laws of the Government of Puerto Rico, has(have) been amended so that it(they) read(s) as follows:*

Ver documento de renuncia como agente residente de una organización con fines de lucro que por error se sometió.

**SEGUNDO**: Dicha(s) enmienda(s) fue(ron) adoptada(s) por el (los) miembro(s) o el (los) administrador(es), de la compañía de responsabilidad limitada de acuerdo a lo establecido en el contrato de la compañía.

*SECOND: That said amendment(s) was (were) adopted by the member(s) or administrator(s) of the limited liability company, as established in the company contract.*

**EN TESTIMONIO DE LO CUAL**, Yo, Manuel J. Ortiz , como miembro o administrador la compañía, juro que los datos contenidos en este Certificado son ciertos, hoy día, 22 del mes de enero del año 2019 .

*IN WITNESS WHEREOF, I, _____ member or administrator who signs this Certificate hereby swear that the facts herein stated are true, this _____ day of _____ .*

Oficial Autorizado / *Authorized Officer*

**IMPORTANTE:** Además de los derechos dispuestos para las Compañías de Responsabilidad Limitada, se pagarán al, y serán cobrados por el Secretario de Estado los siguientes:

☐ $500.00 adicionales por cualquiera de los servicios que se requieran para dos (2) horas.

☐ $200.00 adicionales por cualquiera de los servicios que se requieran en el mismo día que se soliciten.

☐ $100.00 adicionales por cualquiera de los servicios que se requieran dentro veinticuatro (24) horas de que se soliciten.

| Cifra de Ingreso |
|---|
| R-4391  $ 50.00 |
| R-4392  $ 30.00 |
| $ 80.00 |
| (esta cifra incluye el costo de la certificación) |





**Gobierno de Puerto Rico**
*Government of Puerto Rico*

**REGISTRO DE CORPORACIONES**

JAN 2 2 2019

**CERTIFICADO DE RENUNCIA DEL AGENTE RESIDENTE SIN DESIGNACIÓN DE SUCESOR**
*CERTIFICATE OF RESIGNATION OF RESIDENT AGENT WITHOUT DESIGNATION OF A SUCCESOR*

Registro número: ___395669___
*Registration number:*

Yo, ___Manuel J. Ortiz Bustillo___, Agente Re...
*I,*                                              *Resident A...*

_____

por la presente renuncio como agente residente.
*hereby resign as resident agent.*

Y ADEMAS DECLARO:
*I FURTHER DECLARE:*

Favor de marcas con una "X" la acción tomada:
*Please mark with an "X" the action taken:*

___✔___ Que por lo menos treinta (30) días antes de radicar en el Departamento de Estado este Certificado de Renuncia, le envié por correo certificado o registrado una notificación de mi renuncia a la corporación que representaba, a la dirección de la oficina designada de ésta, si tuviere conocimiento de la misma o, si no lo tuviere, a la última dirección conocida del apoderado u otra persona a cuyo requerimiento hubiere sido nombrado el renunciante como agente residente de la corporación.

*That at least thirty (30) days prior to the filing of this Certificate of Resignation, I sent notice of my resignation by certified or registered mail to the corporation I represented, at its designated office, if known, or if unknown, at the last known address of the person at whose request the resigning resident agent of the Corporation was named.*

_____ Que he intentado en por lo menos dos ocasiones comunicarme por correo de primera clase con la corporación a la dirección de la oficina designada de ésta, si tuviera conocimiento de ella o, si no lo tuviere, a la última dirección conocida del apoderado u otra persona a cuyo requerimiento hubiere sido nombrado el renunciante como agente residente de la corporación y dichas comunicaciones han sido devueltas como no entregables o no reclamadas.

*That I have sent at least two separate notices to the corporation by first class mail at its designated office, if known or if unknown, or it unknown, at the last known address of the person at whose request the resigning resident agent of the corporation was named, and both notices have been returned as unable to deliver or unclaimed.*

EN TESTIMONIO DE LO CUAL, Yo, ___Manuel J. Ortiz Bustillo___, el suscribiente, juro que los datos contenidos en este Certificado son ciertos, hoy día ___22___ del mes ___enero___ del año ___2019___.
*IN WITNESS WHEREOF, I, the undersigned, hereby swear that the facts herein stated are true, this _____ day of _____, .*

_____
Agente Residente
*Resident Agent*

**IMPORTANTE:** Según el Artículo 4 de las enmiendas a la Ley de Corporaciones (el Art. 17(c)(15) de la ley). "No se cobrará por el registro de incorporación o enmiendas de cualquier corporación religiosa, fraternal, benéfica o educativa sin fines de lucro." **Si es una corporación sin fines de lucro** el costo de esta transacción será de $4.00 que se distribuirán $1.60 para la cifra 5133 y $2.40 para la cifra 5134.

| Cifra de Ingreso Costo Con Fines |
|---|
| 5133 – $24.00 |
| 5134 – $36.00 |



Government of Puerto Rico

# CERTIFICATE OF AMENDMENT

I, **Elmer L. Roman, Secretary of State** of the Government of Puerto Rico,

**CERTIFY**: That, **USAT, MONTSERRAT, LLC**, register number **395669**, filed the following transaction on **March 11, 2020**, at **03:51 AM**:

## Change of Main Office

| Previous | Current |
|---|---|
| **#598 BARBOSA AVENUE, SAN JUAN, PR, 00919** | **#598 BARBOSA AVENUE, SAN JUAN, PR, 00919** |
| **PO BOX 364363, SAN JUAN, PR, 00936-4363** | **5400 Ward Road, Building 3-150, ARVADA, CO, 80002** |
| **(787) 450-5845** | **(303) 371-0252** |



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **March 11, 2020.**

**Elmer L. Roman**
Secretary of State



Government of Puerto Rico
Department of State

Transaction Date: 11-Mar-2020
Register No: 395669
Order No: 1740516

# Government of Puerto Rico

## Amendment to Articles of Incorporation

### 395669 - USAT, MONTSERRAT, LLC

*A resolution was adopted setting forth (a) proposed amendment(s) to the Certificate of Incorporation of said corporation, declaring said amendment(s) to be advisable.*

*RESOLVED, that the Certificate of Incorporation of this corporation be amended by changing the following Article(s)*

### Main Office

Its main office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **#598 BARBOSA AVENUE, SAN JUAN, PR, 00919** |
| Mailing Address | **5400 Ward Road, Building 3-150, ARVADA, CO, 80002** |
| Telephone | **(303) 371-0252** |

### Supporting Documents

| Document | Date Issued |
|---|---|
| Administrator Resolution | 11-Mar-2020 |

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I, Konyk, Carla [Owner] the undersigned, being authorized to file amendment(s) for the corporation, hereby swear that the facts herein stated in this certificate are true, this 11th day of March, 2020.

# BOARD RESOLUTION
## OF
### UNIVERSITY OF SCIENCE ARTS CARLA KONYK

We, the undersigned, being all the Directors of University of Science Arts Carla Konyk, organized and existing under the laws of Puerto Rico, and having its principal place of business at Ave. Barbosa #598, San Juan, PR (the "Corporation"), hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Directors of the Corporation duly held and convened on March 10, 2020, at which a quorum of the Board of Directors was present and voting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect:

Therefore, it is resolved:

The new mailing address for USAT Montserrat, LLC will be 5400 Ward Road, Building 3-150, Arvada, CO 80002.

DIRECTORS


_____    Mar 11, 2020
Carla M. Konyk        Date
Director and Shareholder


_____    Mar 11, 2020
Orien L. Tulp  Date
Director and Shareholder

ATTEST (SECOND OFFICER)


_____    3-11-2020
Anje E. Tulp  Date
Witness



[CORPORATE SEAL]

## CERTIFICATE OF SECRETARY

The Secretary of the Corporation hereby certifies that he/she is the duly elected and qualified Secretary of University of Science Arts Carla Konyk and certifies that the above is a true and correct record of the resolution that was duly adopted by the Directors of the Corporation on March 10, 2020.

Carla Konyk
Secretary