**EXHIBIT 7**

**Item 6.**

"6. Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Florida Medical School Branch."

[https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=UNIVERSITYSCIENCEARTSTECHNOLOG%20N070000118640&aggregateId=domnp-n07000011864-53ba5ba7-2a23-4d4e-9401-18a9b629b482&searchTerm=university%20of%20science%2C%20arts&listNameOrder=UNIVERSITYSCIENCEARTSTECHNOLOG%20N070000118640]

[https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=UNIVERSITYSCIENCEARTSTECHNOLOG%20T130000008260&aggregateId=trade-t13000000826-5ea9be9c-b2ec-463d-855d-787b4b671434&searchTerm=university%20of%20science%2C%20arts&listNameOrder=UNIVERSITYSCIENCEARTSTECHNOLOG%20N070000118640]

[https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=USATMONTSERRAT%20L120000786710&aggregateId=flal-l12000078671-50699c2b-bb1d-4d0d-b1c6-ae447e622bee&searchTerm=USAT%2C%20MONTSERRAT%2C%20LLC.&listNameOrder=USATMONTSERRAT%20L120000786710]

**DIVISION** *of* **CORPORATIONS**

*an official State of Florida website*

Department of State / Division of Corporations / Search Records / Search by Entity Name /

Previous On List    Next On List    Return to List

university of science, art

Search

No Events    No Name History

## Detail by Entity Name

Florida Not For Profit Corporation
UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | N07000011864 |
| **FEI/EIN Number** | 26-1573511 |
| **Date Filed** | 12/11/2007 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

6511 Nova Drive
#333
Davie, FL 33317

Changed: 01/17/2022

### Mailing Address

6511 Nova Dr
#333
Davie, FL 33317

Changed: 01/17/2022

### Registered Agent Name & Address

Sainvil, Frantz
6511 Nova Drive
#333
Davie, FL 33317

Name Changed: 01/17/2022

Address Changed: 01/17/2022

### Officer/Director Detail

**Name & Address**

Title Director

KONYK, CARLA M
S. Mayfield Estate Drive
PO Box 506
Olveston, Montserrat MSR1110 MS

Title OWN

TULP, ORIEN
South Mayfield Estate Dr
PO BOX 506
Olveston MSR1110 MS

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2021 | 01/26/2021 |
| 2022 | 01/17/2022 |
| 2023 | 01/30/2023 |

### Document Images

| | |
|---|---|
| 01/30/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/26/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2012 -- ANNUAL REPORT | View image in PDF format |
| 09/02/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/01/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2008 -- ANNUAL REPORT | View image in PDF format |
| 12/11/2007 -- Domestic Non-Profit | View image in PDF format |

Previous On List    Next On List    Return to List

university of science, art

Search

No Events    No Name History

N07000011864



# 400112880614

12/11/07--01025--003  **78.75

RECEIVED
07 DEC 11  AM 11:30
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

FILED
07 DEC 11  AM 9:46
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



# CAPITAL CONNECTION, INC.

417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

University of Science

✓ Art of Inc. File_____
___ LTD Partnership File_____
___ Foreign Corp. File_____
___ L.C. File_____
___ Fictitious Name File_____
___ Trade/Service Mark_____
___ Merger File_____
___ Art. of Amend. File_____
___ RA Resignation_____
___ Dissolution / Withdrawal_____
___ Annual Report / Reinstatement_____
✓ Cert. Copy_____
___ Photo Copy_____
___ Certificate of Good Standing_____
___ Certificate of Status_____
___ Certificate of Fictitious Name_____
___ Corp Record Search_____
___ Officer Search_____
___ Fictitious Search_____
___ Fictitious Owner Search_____
___ Vehicle Search_____
___ Driving Record_____
___ UCC 1 or 3 File_____
___ UCC 11 Search_____
___ UCC 11 Retrieval_____

**Signature**

Requested by _____  12/11

**Name**          **Date**          **Time**

**ARTICLES OF INCORPORATION**
**OF**
**University of Science, Arts & Technology, Inc.**



FILED

07 DEC 11 AM 9: 47

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLE I - NAME & PRINCIPAL OFFICE

The name of this corporation is **University of Science, Arts & Technology, Inc.** The initial Address of the Principal office is 1564 Oakadia Lane, Clearwater, FL 33764.

## ARTICLE II - STATEMENT OF CORPORATE NATURE

This is a non-profit corporation organized solely for general educational purposes pursuant to the Florida Corporation Not-for Profit law set forth in Part 1 of Chapter 617 of the Florida Statutes.

## ARTICLE III - GENERAL AND SPECIFIC PURPOSES

(A)   The specific purpose for which this corporation is formed is to provide a vehicle for the funding of other IRS section 501(c)(3) recognized organizations and to initiate, fund and administer a wide variety of charitable, educational, religious scientific, or literary projects.

(B)   The general purposes for which this corporation is formed are to operate exclusively for religious, charitable, educational scientific or literary purposes as will qualify it as an exempt organization under Section 501(c)(3) of the Internal Revenue Code of 1954 or corresponding provisions of any subsequent Federal Tax Laws, including for such purposes, the making of distributions to organizations which qualify as tax exempt organizations under that code.

Notwithstanding any other provisions of these articles, this organization shall not carry on any activities not permitted to be carried on by an organization exempt from Federal Income Tax under section 501(c)(3) of the Internal Revenue Code of 1986 or the corresponding provision of any future United States Internal Revenue Law.

Within the limitations of the intent of this subsection (B), this corporation is organized for the purpose of transacting any and all lawful business for which corporations may be incorporated under Chapter 617, Florida Statutes, as now exists or may after be amended.

1

(C)    The corporation shall not as a substantial part of its activities, carry on propaganda or otherwise attempt to influence legislation; nor shall it participate nor intervene (by publication or distribution of any statement or otherwise) in any political campaign on behalf of any candidate for public office.

(D)    The corporation shall have the following "Conflict of Interest" policy:

### CONFLICTS OF INTEREST POLICY

### Article I

### Purpose

The purpose of the conflicts of interest policy is to protect the Corporation's interest when it is contemplating entering into a transaction or arrangement that might benefit the private interest of an officer or director of the Corporation. This policy is intended to supplement but not replace any applicable state laws governing conflicts of interest applicable to nonprofit and charitable corporations.

### Article II

### Definitions

1.    Interested Person

Any director, principal officer, or member of a committee with board delegated powers who has a direct or indirect financial interest, as defined below, is an interested person.

2.    Financial Interest

A person has a financial interest if the person has, directly or indirectly, through business, investment or family-a, an ownership or investment interest in any entity with which the Corporation
    has a transaction or arrangement, or

b.    a compensation arrangement with the Corporation or with any entity or individual with which the Corporation has a transaction or arrangement, or

2

c.  a potential ownership or investment interest in, or
    compensation arrangement with, any entity or individual
    with which the Corporation is negotiating a transaction
    or arrangement.

Compensation includes direct and indirect remuneration as
well as gifts or favors that are substantial in nature.

A financial interest is not necessarily a conflict of
interest. Under Article III, Section 2, a person who has a
financial interest may have a conflict of interest only if the
appropriate board or committee decides that a conflict of
interest exists.

## Article III

### Procedures

1.  Duty to Disclose

In connection with any actual or possible conflicts of
interest, an interested person must disclose the existence of his
or her financial interest and must be given the opportunity to
disclose all material facts to the directors and members of
committees with board delegated powers considering the proposed
transaction or arrangement.

2.  Determining Whether a Conflict of Interest Exists

After disclosure of the financial interest and all material
facts, and after any discussion with the interested person,
he/she shall leave the board or committee meeting while the
determination of a conflict of interest is discussed and voted
upon. The remaining board or committee members shall decide if a
conflict of interest exists.

3.  Procedures for Addressing the Conflict of Interest

a.  An interested person may make a presentation at the board
    or committee meeting, but after such presentation, he/she
    shall leave the meeting during the discussion of, and the
    vote on, the transaction or arrangement that results in
    the conflict of interest.

3

b.  The chairperson of the board or committee shall, if appropriate, appoint a disinterested person or committee to investigate alternatives to the proposed transaction or arrangement.

c.  After exercising due diligence, the board or committee shall determine whether the Corporation can obtain a more advantageous transaction or arrangement with reasonable efforts from a person or entity that would not give rise to a conflict of interest.

d.  If a more advantageous transaction or arrangement is not reasonably attainable under circumstances that would not give rise to a conflict of interest, the board or committee shall determine by a majority vote of the disinterested directors whether the transaction or arrangement is in the Corporation's best interest and for its own benefit and whether the transaction is fair and reasonable to the Corporation and shall make its decision as to whether to enter into the transaction or arrangement in conformity with such determination.

4.  Violations of the Conflicts of Interest Policy

a.  If the board or committee has reasonable cause to believe that a member has failed to disclose actual or possible conflicts of interest, it shall inform the member of the basis for such belief and afford the member an opportunity to explain the alleged failure to disclose.

b.  If, after hearing the response of the member and making such further investigation as may be warranted in the circumstances, the board or committee determines that the member has in fact failed to disclose an actual or possible conflict of interest, it shall take appropriate disciplinary and corrective action.

## Article IV

### Records of Proceedings

The minutes of the board and all committee with board-

4

delegated powers shall contain the names of the persons who disclosed or otherwise were found to have a financial interest in connection with an actual or possible conflict of interest, the nature of the financial interest, any action taken to determine whether a conflict of interest was present, and the board's or committee's decision as to whether a conflict of interest in fact existed.

2.    the names of the persons who were present for discussions and votes relating to the transaction or arrangement, the content of the discussion, including any alternatives to the proposed transaction or arrangement, and a record of any votes taken in connection therewith.

## Article V

## Compensation

A voting member of the board of directors who receives compensation, directly or indirectly, from the Corporation for services is precluded from voting on matters pertaining to that member's compensation.

2.    A voting member of any committee whose jurisdiction includes compensation matters and who receives compensation, directly or indirectly, from the Corporation for services is precluded from voting on matters pertaining to that member's compensation.

## Article VI

## Annual Statements

Each director, principal officer and member of a committee with board delegated powers shall annually sign a statement which affirms that such person:
  a. has received a copy of the conflicts of interest policy;
  b.    has read and understands the policy,
  c.    has agreed to comply with the policy, and
  d.    understands that the Corporation is a charitable
      organization and that in order to maintain its federal
      tax exemption it must engage primarily in activities

5

which accomplish one or more of its tax-exempt purposes.

## Article VII

### Periodic Reviews

To ensure that the Corporation operates in a manner consistent with its charitable purposes and that it does not engage in activities that could jeopardize its status as an organization exempt from federal income tax, periodic reviews shall be conducted. The periodic reviews shall, at a minimum, include the following subjects:

a.  Whether compensation arrangements and benefits are reasonable and are the result of arm's-length bargaining.

b.  Whether agreements with employees, and third parties further the Corporation's charitable purposes and do not result in inurement or impermissible private benefit.

## Article VIII

### Use of Outside Experts

In conducting the periodic reviews provided for in Article VII, the Corporation may, but need not, use outside advisors. If outside experts are used their use shall not relieve the board of its responsibility for ensuring that periodic reviews are conducted.

## ARTICLE IV - DURATION

This corporation shall have perpetual existence commencing on the date of this filing of these Articles with the Department of State.

## ARTICLE V - CAPITAL STOCK

This corporation is formed without any purpose of pecuniary profit and shall have no capital stock.

6

## ARTICLE VI - MEMBERSHIP

The only members of this organization shall be its Board of Directors.  The qualifications for members and the manner of their admission shall be regulated by the Bylaws.

## ARTICLE VI - INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of this corporation is 1564 Oakadia Lane, Clearwater, FL 33764, and the name of the registered agent of this corporation at that address is Bruce Kaufmann.

## ARTICLE VII - MANAGEMENT OF CORPORATE AFFAIRS

(A)  **Board of Directors**.  The powers of this corporation shall be exercised, its properties controlled, and its affairs conducted by a Board of Directors.  This corporation shall have four Directors constituting the initial Board of Directors. The qualifications for directors and the manner of their admission shall be regulated by the Bylaws. All powers, responsibilities and other matters concerning the Board of Directors shall be controlled by the provisions of the By-laws.  The number of Directors may be either increased or decreased from time to time by the by-laws; however, there shall never be less than three Directors nor more than fifteen Directors. The name and address of the initial Directors of the corporation are:

| NAMES | ADDRESSES |
|---|---|
| Bruce Kaufmann | 1564 Oakadia Lane, Clearwater, FL 33764 |
| Orien Tulp | Box 506, South Mayfield Estate Drive, Olvston, Montserrat, West Indies |
| Joseph DiStefano | 6776 54th Av N., St Petersburg, FL 33709 |
| Carla M. Konyk | 39 Sandling Way, St Mary's Island, Chatham, Kent, UK ME4342 |

7

**Corporate Officers**.  The Board of Directors shall elect the following officers: President, Secretary and Treasurer, and such other officers as the bylaws of the corporation may authorize the Directors to elect from time to time.  Initially such officers shall be elected at the Organizational meeting of the Board of Directors.

### ARTICLE VIII - DEDICATION OF ASSETS

Upon the dissolution of the organization, all assets of the organization, after the settling of its debts, shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the Federal, State, or Local government for a public purpose.  Any such assets not so disposed of shall be disposed of by a court of competent jurisdiction of the county in which the principal office of the organization is then located, exclusively for such purposes.

### ARTICLE IX - INCORPORATOR

The name and address of the Incorporator signing these Articles is:

Bruce Kaufmann
1564 Oakadia Lane
Clearwater, FL 33764

### ARTICLE X - INDEMNIFICATION

This corporation shall indemnify any Officer or Director or any former Officer or Director, to the full extent permitted by law.

### ARTICLE XI - AMENDMENT

This corporation reserves the right to add to, amend or repeal any provision contained in these Articles of

8

Incorporation, or any amendment hereto, by a majority vote of the Board of Directors.

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation on the *10*th day of *December*, 2007.

Bruce Kaufmann, Incorporator

9

CERTIFICATE DESIGNATING REGISTERED AGENT AND PLACE OF
BUSINESS OR DOMICILE FOR THE SERVICE OF PROCESS WITHIN FLORIDA,
AND ACCEPTANCE OF AGENT UPON WHOM PROCESS MAY BE SERVED.


In compliance with Sections 48.091 and 607.034, Florida
Statutes, the Following is submitted:

**FIRST:**     that University of Science, Arts & Technology,
Inc, INC., desiring to organize or qualify under the
laws of the State of Florida, with its principal place
of business at 1564 Oakadia Lane, Clearwater, FL 33764,
has named Bruce Kaufmann, as its agent to accept
service of process within Florida.

Dated *December 10*, 2007.

*Bruce Kaufmann*
Bruce Kaufmann, Director

**SECOND:**     Having been named to accept service of
process for the above named corporation,
at the place designated in this
certificate, I hereby agree to act in
this capacity, and I further agree to
comply with the provisions of all
statutes relative to the proper
performance of my duties.

Dated *December 10* 2007.

*Bruce Kaufmann*
Bruce Kaufmann, Registered Agent

07 DEC 11 AM 9: 47
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

10

# 2008 NOT-FOR-PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 25, 2008**
**Secretary of State**

DOCUMENT# N07000011864

**Entity Name:**  UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 1564 OAKADIA LANE<br>CLEARWATER, FL  33764 | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 1564 OAKADIA LANE<br>CLEARWATER, FL  33764 | |

FEI Number: 26-1573511        FEI Number Applied For ( )        FEI Number Not Applicable ( )        Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| KAUFMANN, BRUCE<br>1564 OAKADIA LANE<br>CLEARWATER, FL  33764    US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                              Date

**OFFICERS AND DIRECTORS:**                    **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | | | |
|---|---|---|---|
| Title: | D    ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | KAUFMANN, BRUCE | Name: | |
| Address: | 1564 OAKADIA LANE | Address: | |
| City-St-Zip: | CLEARWATER, FL  33764 | City-St-Zip: | |
| Title: | D    ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | TULP, ORIEN | Name: | |
| Address: | BOX 506, SOUTH MAYFIELD ESTATE DRIVE | Address: | |
| City-St-Zip: | OLVSTON, MONTSERRAT, WEST, | City-St-Zip: | |
| Title: | D    ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | DISTEFANO, JOSEPH | Name: | |
| Address: | 6776 54TH AVE N | Address: | |
| City-St-Zip: | ST PETERSBURG, FL  33709 | City-St-Zip: | |
| Title: | D    ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | KONYK, CARLA M | Name: | |
| Address: | 39 SANDLING WAY, ST MARY'S ISLAND | Address: | |
| City-St-Zip: | CHATHAM, KENT, UK ME4342, | City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  BRUCE KAUFMANN                              D                    04/25/2008
Electronic Signature of Signing Officer or Director                                  Date

# 2009 NOT-FOR-PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 30, 2009**
**Secretary of State**

DOCUMENT# N07000011864

**Entity Name:**  UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**Current Principal Place of Business:**

1564 OAKADIA LANE
CLEARWATER, FL  33764

**New Principal Place of Business:**

**Current Mailing Address:**

1564 OAKADIA LANE
CLEARWATER, FL  33764

**New Mailing Address:**

FEI Number: 26-1573511        FEI Number Applied For ( )        FEI Number Not Applicable ( )        Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

KAUFMANN, BRUCE
1564 OAKADIA LANE
CLEARWATER, FL  33764      US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                              Date

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | D           ( ) Delete |
| Name: | KAUFMANN, BRUCE |
| Address: | 1564 OAKADIA LANE |
| City-St-Zip: | CLEARWATER, FL  33764 |

| | |
|---|---|
| Title: | D           ( ) Delete |
| Name: | TULP, ORIEN |
| Address: | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-St-Zip: | OLVSTON, MONTSERRAT, WEST, |

| | |
|---|---|
| Title: | D           ( ) Delete |
| Name: | DISTEFANO, JOSEPH |
| Address: | 6776 54TH AVE N |
| City-St-Zip: | ST PETERSBURG, FL  33709 |

| | |
|---|---|
| Title: | D           ( ) Delete |
| Name: | KONYK, CARLA M |
| Address: | 39 SANDLING WAY, ST MARY'S ISLAND |
| City-St-Zip: | CHATHAM, KENT, UK ME4342, |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | D           (X) Change ( ) Addition |
| Name: | TULP, ORIEN |
| Address: | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-St-Zip: | OLVSTON, MONTSERRAT, WEST, OO  00000 MS |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | D           (X) Change ( ) Addition |
| Name: | KONYK, CARLA M |
| Address: | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-St-Zip: | OLVSTON, MONTSERRAT, WEST, OO  00000 MS |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:   CARLA M. KONYK                              DIR                    04/30/2009

Electronic Signature of Signing Officer or Director                                        Date

# 2010 NOT-FOR-PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Mar 01, 2010**
**Secretary of State**

## DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 1564 OAKADIA LANE<br>CLEARWATER, FL 33764 | 6776 54TH AVENUE NORTH<br>SUITE B<br>ST. PETERSBURG, FL 33709 |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 1564 OAKADIA LANE<br>CLEARWATER, FL 33764 | 6776 54TH AVENUE NORTH<br>SUITE B<br>ST. PETERSBURG, FL 33709 |

**FEI Number: 26-1573511**     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| KAUFMANN, BRUCE<br>1564 OAKADIA LANE<br>CLEARWATER, FL 33764     US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

        Electronic Signature of Registered Agent                                    Date

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | D |
| Name: | KONYK, CARLA M |
| Address: | 8201 PARKLAND STREET, APT 4-112 |
| City-St-Zip: | BROOMFIELD, CO 80021 |

| | |
|---|---|
| Title: | D |
| Name: | TULP, ORIEN |
| Address: | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-St-Zip: | OLVSTON, MONTSERRAT, WEST, OO 00000 MT |

| | |
|---|---|
| Title: | D |
| Name: | DISTEFANO, JOSEPH |
| Address: | 6776 54TH AVE N, SUITE B |
| City-St-Zip: | ST PETERSBURG, FL 33709 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   CARLA M. KONYK                         D                      03/01/2010

        Electronic Signature of Signing Officer or Director                        Date

# 2011 NOT-FOR-PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 13, 2011**
**Secretary of State**

## DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**Current Principal Place of Business:**

**New Principal Place of Business:**

6776 54TH AVENUE NORTH
SUITE B
ST. PETERSBURG, FL  33709

**Current Mailing Address:**

**New Mailing Address:**

6776 54TH AVENUE NORTH
SUITE B
ST. PETERSBURG, FL  33709

FEI Number: 26-1573511        FEI Number Applied For ( )        FEI Number Not Applicable ( )        Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

**Name and Address of New Registered Agent:**

KAUFMANN, BRUCE
1564 OAKADIA LANE
CLEARWATER, FL  33764      US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                Electronic Signature of Registered Agent                           Date

## OFFICERS AND DIRECTORS:

Title:        OWN
Name:        KONYK, CARLA M
Address:        8470 EAST 29TH AVENUE
City-St-Zip:        DENVER, CO  80238

Title:        OWN
Name:        TULP, ORIEN
Address:        BOX 506, SOUTH MAYFIELD ESTATE DRIVE
City-St-Zip:        OLVSTON, MONTSERRAT, WEST, OO  00000 MT

Title:        DIR
Name:        DISTEFANO, JOSEPH
Address:        6776 54TH AVE N, SUITE B
City-St-Zip:        ST PETERSBURG, FL  33709

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   CARLA M. KONYK                        O                   01/13/2011
                 Electronic Signature of Signing Officer or Director              Date

## 2011 NOT-FOR-PROFIT CORPORATION AMENDED ANNUAL REPORT

**FILED**
**Sep 02, 2011**
**Secretary of State**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**Current Principal Place of Business:**

6776 54TH AVENUE NORTH
SUITE B
ST. PETERSBURG, FL  33709

**New Principal Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  804652828  US

**Current Mailing Address:**

6776 54TH AVENUE NORTH
SUITE B
ST. PETERSBURG, FL  33709

**New Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  804652828  US

**FEI Number: 26-1573511**      **FEI Number Applied For ( )**      **FEI Number Not Applicable ( )**      **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

KAUFMANN, BRUCE
1564 OAKADIA LANE
CLEARWATER, FL  33764      US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                     Date

**OFFICERS AND DIRECTORS:**

Title:        OWN
Name:      KONYK, CARLA M
Address:   7583 SOUTH SOURDOUGH DRIVE
City-St-Zip:  MORRISON, CO  804652828 US

Title:        OWN
Name:      TULP, ORIEN
Address:   BOX 506, SOUTH MAYFIELD ESTATE DRIVE
City-St-Zip:  OLVSTON, MONTSERRAT, WEST, OO  00000 MT

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  CARLA M. KONYK                                    DIR                        09/02/2011

Electronic Signature of Signing Officer or Director                                         Date

# 2012 NOT-FOR-PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Feb 24, 2012**
**Secretary of State**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**Current Principal Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  804652828  US

**New Principal Place of Business:**

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  804652828  US

**New Mailing Address:**

FEI Number: 26-1573511       FEI Number Applied For ( )       FEI Number Not Applicable ( )       Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

KAUFMANN, BRUCE
1564 OAKADIA LANE
CLEARWATER, FL  33764     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                              Date

**OFFICERS AND DIRECTORS:**

Title:        OWN
Name:        KONYK, CARLA M
Address:     7583 SOUTH SOURDOUGH DRIVE
City-St-Zip: MORRISON, CO  804652828 US

Title:        OWN
Name:        TULP, ORIEN
Address:     BOX 506, SOUTH MAYFIELD ESTATE DRIVE
City-St-Zip: OLVSTON, MONTSERRAT, WEST, OO  00000 MT

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   CARLA M. KONYK                                    DIR               02/24/2012
Electronic Signature of Signing Officer or Director                                              Date

## 2012 NOT-FOR-PROFIT CORPORATION AMENDED ANNUAL REPORT

**FILED**
**Mar 22, 2012**
**Secretary of State**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**Current Principal Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  804652828  US

**New Principal Place of Business:**

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  804652828  US

**New Mailing Address:**

FEI Number: 26-1573511          FEI Number Applied For ( )          FEI Number Not Applicable ( )          Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

KAUFMANN, BRUCE
1564 OAKADIA LANE
CLEARWATER, FL  33764      US

**Name and Address of New Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  330124338  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   ROBERTO G. GUIBERT                                        03/22/2012
                          Electronic Signature of Registered Agent                                   Date

**OFFICERS AND DIRECTORS:**

Title:       OWN
Name:        KONYK, CARLA M
Address:     7583 SOUTH SOURDOUGH DRIVE
City-St-Zip: MORRISON, CO  804652828 US

Title:       OWN
Name:        TULP, ORIEN
Address:     BOX 506, SOUTH MAYFIELD ESTATE DRIVE
City-St-Zip: OLVSTON, MONTSERRAT, WEST, OO  00000 MT

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   CARLA M. KONYK                              MS                  03/22/2012
                          Electronic Signature of Signing Officer or Director                                   Date

# 2013  FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**

**Feb 24, 2013**
**Secretary of State**
**CC2209773667**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  33012-4338  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
_____

Electronic Signature of Registered Agent

Date

## Officer/Director Detail :

| Title | OWN | Title | OWN |
|-------|-----|-------|-----|
| Name | KONYK, CARLA M | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | Address | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | City-State-Zip: | OLVSTON, MONTSERRAT, WEST  OO 00000 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK-TULP                      DIRECTOR                      02/24/2013

Electronic Signature of Signing Officer/Director Detail

Date

**2014 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Mar 24, 2014**
**Secretary of State**
**CC9805046950**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  33012-4338  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                            Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | OWN | Title | OWN |
| Name | KONYK, CARLA M | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | Address | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | City-State-Zip: | OLVSTON, MONTSERRAT, WEST  OO 00000 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                        DIRECTOR                        03/24/2014

Electronic Signature of Signing Officer/Director Detail                                            Date

**2015  FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Apr 06, 2015**
**Secretary of State**
**CC5313897250**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  33012-4338  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | OWN | | Title | OWN |
| Name | KONYK, CARLA M | | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | OLVSTON, MONTSERRAT, WEST  OO 00000 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                                    DIRECTOR                          04/06/2015

_____

Electronic Signature of Signing Officer/Director Detail                                              Date

# 2016 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Mar 08, 2016**
**Secretary of State**
**CC7208863569**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  33012-4338  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | OWN | | Title | OWN |
| Name | KONYK, CARLA M | | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | OLVSTON, MONTSERRAT, WEST  OO 00000 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                          DIRECTOR                    03/08/2016

Electronic Signature of Signing Officer/Director Detail                                        Date

# 2017 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Jan 07, 2017**
**Secretary of State**
**CC2387138835**

**Current Principal Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828 US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL 33012-4338 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | OWN | | Title | OWN |
| Name | KONYK, CARLA M | | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-State-Zip: | MORRISON CO 80465-2828 | | City-State-Zip: | OLVSTON, MONTSERRAT, WEST OO 00000 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                     OWNER                     01/07/2017

Electronic Signature of Signing Officer/Director Detail                                    Date

**2018 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Jan 28, 2018**
**Secretary of State**
**CC1127212095**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828 US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL 33012-4338 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                          Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | OWN | | Title | OWN |
| Name | KONYK, CARLA M | | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-State-Zip: | MORRISON CO 80465-2828 | | City-State-Zip: | OLVSTON, MONTSERRAT, WEST OO 00000 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA MARIE KONYK-TULP                    VICE PRESIDENT          01/28/2018

Electronic Signature of Signing Officer/Director Detail                                      Date

## 2019 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Feb 07, 2019**
**Secretary of State**
**7258938804CC**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  33012-4338  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                            Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | OWN | | Title | OWN |
| Name | KONYK, CARLA M | | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | BOX 506, SOUTH MAYFIELD ESTATE DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | OLVSTON, MONTSERRAT, WEST  OO 00000 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA MARIE KONYK-TULP                    VICE PRESIDENT                    02/07/2019

Electronic Signature of Signing Officer/Director Detail                                                            Date

**2020 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Jan 19, 2020**
**Secretary of State**
**2916565965CC**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  33012-4338  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent

Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | OWN | | Title | OWN |
| Name | KONYK, CARLA M | | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | SOUTH MAYFIELD ESTATE DR PO BOX 506 |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | OLVESTON    MSR1110 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA KONYK

VICE PRESIDENT

01/19/2020

_____

Electronic Signature of Signing Officer/Director Detail

Date

**2021  FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**

**Jan 26, 2021**
**Secretary of State**
**6888771434CC**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON,  CO  80465-2828  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GUIBERT, ROBERTO G
284 WEST 39TH PLACE
HIALEAH, FL  33012-4338  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                       Date

**Officer/Director Detail :**

| Title | OWN | | Title | OWN |
|---|---|---|---|---|
| Name | KONYK, CARLA M | | Name | TULP, ORIEN |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | SOUTH MAYFIELD ESTATE DR PO BOX 506 |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | OLVESTON    MSR1110 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                          DIRECTOR                          01/26/2021

Electronic Signature of Signing Officer/Director Detail                                          Date

## 2022  FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**
**Jan 17, 2022**
**Secretary of State**
**0484922363CC**

**Current Principal  Place of Business:**

6511 NOVA DRIVE
 #333
DAVIE,  FL  33317

**Current Mailing Address:**

6511 NOVA DR
 #333
DAVIE,  FL  33317  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SAINVIL, FRANTZ
6511 NOVA DRIVE
 #333
DAVIE, FL  33317  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   FRANTZ SAINVIL                                                                 01/17/2022

Electronic Signature of Registered Agent                                         Date

### Officer/Director Detail :

| Title | DIRECTOR | Title | OWN |
|---|---|---|---|
| Name | KONYK, CARLA M | Name | TULP, ORIEN |
| Address | S. MAYFIELD ESTATE DRIVE PO BOX 506 | Address | SOUTH MAYFIELD ESTATE DR PO BOX 506 |
| City-State-Zip: | OLVESTON  MONTSERRAT  MSR1110 | City-State-Zip: | OLVESTON    MSR1110 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                          DIRECTOR                    01/17/2022

Electronic Signature of Signing Officer/Director Detail                          Date

**2023 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N07000011864

**Entity Name:** UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, INC.

**FILED**

**Jan 30, 2023**
**Secretary of State**
**4668225828CC**

**Current Principal  Place of Business:**

6511 NOVA DRIVE
 #333
DAVIE, FL  33317

**Current Mailing Address:**

6511 NOVA DR
 #333
DAVIE, FL  33317  US

**FEI Number: 26-1573511**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SAINVIL, FRANTZ
6511 NOVA DRIVE
 #333
DAVIE, FL  33317  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   FRANTZ SAINVIL                                                                01/30/2023

                    Electronic Signature of Registered Agent                                                      Date

**Officer/Director Detail :**

| Title | DIRECTOR | Title | OWN |
|---|---|---|---|
| Name | KONYK, CARLA M | Name | TULP, ORIEN |
| Address | S. MAYFIELD ESTATE DRIVE PO BOX 506 | Address | SOUTH MAYFIELD ESTATE DR PO BOX 506 |
| City-State-Zip: | OLVESTON  MONTSERRAT  MSR1110 | City-State-Zip: | OLVESTON    MSR1110 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: CARLA M. KONYK                          MANAGING MEMBER         01/30/2023

            Electronic Signature of Signing Officer/Director Detail                                      Date



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

Previous On List     Next On List     Return to List

university of science, art
Search

**No Events     No Name History**

## Detail by Entity Name

Trademark

DESIGN OF OLIVE WREATH SURROUNDING SEAL WITH THE WORDING "OFFICIAL SEAL" "USA - UK" BOOK OF KNOWLEDGE UNDER THE LAMPS OF KNOWLEDGE "UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY MONTSERRAT"

### Filing Information

| | |
|---|---|
| **Document Number** | T13000000826 |
| **Date Filed** | 08/15/2013 |
| **Expiration Date** | 08/15/2018 |
| **First Used in Florida** | 06/01/2006 |
| **First Used Anywhere** | 10/18/2001 |
| **Status** | ACTIVE |

**Mark Used In Connection With**
**HIGHER EDUCATION, MEDICAL SCHOOL, GOODS OF: TEE-SHIRTS, HATS, PENS, SPORTSWEAR, LANYARDS AND ID BADGES**
**Disclaimer For**
**"UNIVERSITY" "SCIENCE" "ARTS" "TECHNOLOGY" "MONTSERRAT" "USA" "UK" "OFFICIAL SEAL"**

### Owners

**Name & Address**

USAT, MONTSERRAT, LLC.
7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828

### Type/Class

SM-00410000 TM-00250000 TM-00160000 TM-00220000 TM-00200000
0000000000 0000000000 0000000000 0000000000 0000000000
0000000000 0000000000 0000000000 0000000000 0000000000
0000000000 0000000000 0000000000 0000000000 0000000000

### Cross Reference

**Cross Reference Names**

UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY MONTSERRAT

USAT OFFICIAL SEAL

### Document Images

08/15/2013 -- Trademark     |     View image in PDF format

Previous On List     Next On List     Return to List

university of science, art
Search

**No Events     No Name History**

**TB000000826**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

W13-27957

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000247580210

113-826

05/10/13--01009--012  **175.00

08/19/13--01037--003  **262.50

FILED
13 AUG 15 PM 1:30
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

p|c

AUG 16 2013
N. CAUSSEAUX

713-826

**COVER LETTER**

TO:    Registration Section
       Division of Corporations

SUBJECT:  _U SAT  SEAL  (official)_
                        (Mark to be registered)

The enclosed Trademark/Service Mark Application, specimens and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_CARLA  M.  KONYK_
                (Name of Person)

_USAT,  MONTSERRAT_
                (Firm/Company)

_7583  S. Sourdough Drive_
                (Address)

_Morrison,  CO  80465-2828_
                (City/State and Zip Code)

For further information concerning this matter, please call:

_DR. ORIEN L TULP_    at ( _727_ )  _252-6210_
        (Name of Person)         (Area Code & Daytime Telephone Number)

**MAILING ADDRESS:**              **STREET/COURIER ADDRESS:**
Registration Section              Registration Section
Division of Corporations          Division of Corporations
P.O. Box 6327                     Clifton Building
Tallahassee, FL 32314             2661 Executive Center Circle
                                  Tallahassee, FL 32301

(**NOTE:** The information contained in this cover letter will be included in the permanent record and will be available to the general public.)



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

May 13, 2013

CARLA M. KONYK
7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828

SUBJECT: USAT OFFICIAL SEAL
Ref. Number: W13000027957

We have received your document for USAT OFFICIAL SEAL and your check(s) totaling $175.00. However, the enclosed document has not been filed and is being returned for the following correction(s):

Class(es) "41, 25, 16, 22, 20 & 18" would appear applicable to your specific mark. Please delete the class(es) you have on line 2 (d) and insert the pertinent class(es) "41, 25, 16, 22, 20 & 18".

There is a balance due of $350.00.

In Part III, you must write the exact wording of the mark. If the mark includes a logo or design, a brief written description must be provided.

The specimens provided this office are not acceptable; we need three permanent specimens, **which may be the same or different**. We do not accept camera ready copies. We do not accept specimens that have been altered or defaced in any manner. We will accept labels, decals or tags that are affixed to the actual goods or products. We will accept three LEGIBLE photographs of the goods or products with the specimens affixed. If this is some kind of publication, newspaper, magazine, or column, we need three publications. We need specimens for each class of registration. We DO NOT accept letterhead, stationery, envelopes, invoices or mailing labels.

Please attach your specimens to a copy of this letter or to your corrected application, if it was returned to you for correction(s),and return it/them to this office for processing.

We need 3 specimens for each class of registration. We need 3 specimens for class 25, t-shirts, hats & sportswear, class 16, pens, class 22, for lanyards, class 20, for id badges, and class 18 for backpacks.

Pursuant to s. 495.035(5), F.S., this application will be considered abandoned if the applicant fails to reply or resubmit the corrected/amended application within three months from date of this letter.

**APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK**
PURSUANT TO CHAPTER 495, FLORIDA STATUTES

TO:    Division of Corporations
       Post Office Box 6327
       Tallahassee, FL 32314

## PART I

1. OWNER/APPLICANT: Enter the name and address of the individual or the business entity to be listed as the owner of the Trademark and/or Service Mark on the records of the Florida Department of State.

(a) Owner's/Applicant's name: USAT, MONTSERRAT, LLC.

(b) Owner's/Applicant's business address: 7583 S. SOURDOUGH DR.
MORRISON, CO 80465-2828
                                            City/State/Zip

If different, Owner's/Applicant's mailing address: _____

_____
                                            City/State/Zip

(c) Owner's/Applicant's telephone number: (727 252-6205

Check the appropriate box to indicate the Owner/Applicant is a(n):

☐ Individual        ☐ Corporation        ☐ Joint Venture      ☒ Limited Liability Company

☐ General Partnership  ☐ Limited Partnership    ☐ Union      ☐ Other: _____

If the Owner/Applicant is a business entity, the business entity must have an active filing or registration on file with the Florida Department of State. If the Owner/Applicant is not an individual, enter the business entity's Florida registration/document number in #1, the state or country under the laws of which the business entity is currently formed, organized or incorporated under in #2, and the entity's federal employer identification number (EIN) in #3.

(1) Florida registration/document number: L12-78671

(2) Domicile State or Country: Fl

(3) Federal Employer Identification Number: _____

2. (a) SERVICE MARK: If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with a type of service, the mark is a service mark. If the mark is a service mark, the applicant/owner must list the specific service(s) the mark is being used in connection with. For example: furniture moving services, diaper services, house painting services, wholesale and retail sales of tractor equipment, etc. If the owner/applicant is using the mark to identify services available in the market place, enter the specific service(s) being rendered here:

(Note: List only those services currently being rendered by the owner/applicant. Do not include future services.)

Higher Education, medical School

_____

_____

Page 1 of 4

2. (b)  <u>TRADEMARK:</u>  If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with an actual product manufactured by the owner/applicant or on the owner/applicant's behalf, the mark is a trademark.   If the mark is a trademark, the applicant/owner must list the specific product(s) the name, logo, design and/or slogan is being used to identify.  For example:  ladies sportswear, cat food, barbecue grills, shoe laces, etc.   <u>If the owner/applicant is using the name, logo, design and/or slogan to identify goods available in the market place, enter the specific product(s) the name, logo, design and/or slogan is being used to identify:</u>

<u>(Note: List only those product(s) currently available.  Do not include future products.)</u>

• Tee-Shirts, hats, ~~Bondypackets~~, pens, sportswear, Lanyands, ID Badges.

2. (c) <u>HOW IS THE NAME, LOGO, DESIGN AND/OR SLOGAN CURRENTLY USED:</u>

<u>SERVICE MARKS:</u>  If the name, logo, design and/or slogan are/is being used in connection with a type of service, you must specify the form(s)/mean(s) of advertisement the applicant/owner is using to advertise the services to the general public.  For example:  newspaper advertisements, business cards, brochures, flyers, pamphlets, menus, etc.  <u>If the mark is being used in connection with a type of service, state how the name, logo, design and/or slogan are/is being used in advertising here:</u>

Newspaper and Journal advertisements ~~advertisements~~, business cards, flyers, pamphlets, degree certificates, transcripts.

<u>TRADEMARKS:</u>  If the name, logo, design and/or slogan are/is being used to identify a product manufactured by or fore the applicant/owner, you must specify how the mark is applied or affixed to the actual product or its packaging.  For example:  a tag, label, imprinted or engraved on the actual product, etc.  <u>If the mark is being used in connection with a specific product, state how the name, logo, design and/or slogan is applied or affixed to the actual product(s) or the packaging:</u>

Imprinted by silk screening onto clothing and other ojects.

2. (d) <u>FEE(S) AND CLASS(ES):</u>  There are a total of 45 classes or categories in which all products or services must be categorized.  The fee to register a mark is $87.50 per class.  Make check payable to Florida Department of State.

<u>List the class(es) which apply to the product(s) and/or service(s) listed in 2(a) and/or 2(b) above·</u>

Service Mark 44, 25, 16, 22, 20 ,.
Trade Mark,

## PART II

1. You must state the date the name, logo, design and/or slogan was first used in the state of Florida, and, if it was used in another state or country, the date you first used the name, logo, design and/or slogan in the other state or country. Enter the month, day, and year the name, logo, design and/or slogan was first used by the applicant/owner, the predecessor, or a related company in Florida. If the name, logo, design and/or slogan has been used in another state or country, then you must also enter the month, day, and year the name, logo, design and/or slogan was/were used in another state or country, when applicable.

**Note: The Florida Statutes require a mark to be in use prior to registration.**

(a) Date first used in other state or country, if applicable: __2001, Oct 18 UK - England__

(b) Date first used in Florida: __2006, June 01,__

## PART III

### ENTER NAME, LOGO, DESIGN AND/OR SLOGAN BEING REGISTERED:

1. Enter the name, a brief description of the logo or design, and/or the slogan you are registering. The description of the logo and/or design must be 25 words or less. List the exact name, slogan, and/or description of the logo/design here: (NOTE: The name, logo, design and/or slogan listed in this section must match the exact name, logo, design and/or slogan listed on your specimens or examples.)

__USAT OFFICIAL SEAL This mark consists of an olive wreath surrounding our school seal showing the wording "official seal" and USA - UK. These is a book of knowledge under the lamp of knowledge pictured.__

Provide the English translation of any and all terms listed #1 above, when applicable: _____

__"Official seal"  "USA"  "UK"__
__"University of Science, Arts and Technology, Montserrat"__

2. DISCLAIMER STATEMENT (if applicable):
Your mark may include a word or design that is commonly used by others. Commonly used terms or designs must be disclaimed. When you disclaim a specific term or design, you are acknowledging this term is commonly used by others and that you do not claim the exclusive right to use the disclaimed term or design. All geographical terms and representations of cities, states or countries must be disclaimed (i.e., Miami, Orlando, Florida, the design of the state of Florida, the design of the United States of America, etc.). Corporate suffixes and terms readily associated with the specific product(s) and/or(s) service being provided must also be disclaimed.

Enter all terms listed in #1 above which require a disclaimer in the space provided below:

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM(S)" __University, Science, Arts, Technology, Montserrat, USA, UK, Official, Seal__ "APART FROM THE MARK AS SHOWN.

**Page 3 of 4**

3. ATTACH OR INCLUDE THREE SPECIMENS OR EXAMPLES OF THE TRADEMARK OR SERVICE MARK BEING REGISTERED

Chapter 495, F.S., requires you to submit three specimens (samples or examples) of the mark in use. You must submit three specimens FOR EACH CLASS listed in Part I #2(d). The name, logo, design and/or slogan on the specimens must be identical to the name, logo, design and/or slogan being registered. You may provide three identical specimens or three different specimens. For each service mark class (classes 35-45), you may provide three newspaper advertisements, business cards, brochures, flyers, or any combination thereof. For each trademark class (classes 1-34), you may provide three tags, labels, boxes, etc. or any combination thereof. Photographs of bulky specimens are acceptable if the mark being registered and the good(s) or product(s) are clearly legible.

SIGNATURE OF APPLICANT/OWNER AND NOTARIZATION:

I, _____, being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and to the best of my knowledge no other person except a related company has registered this mark in this state or has the right to use such mark in Florida either in the identical form thereof or in such near resemblance as to be likely, when applied to the goods or services of such other person to cause confusion, to cause mistake or to deceive. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct.

CARLA M. KONYK-Tulp
Typed or printed name of applicant

_____ Director of Administration
Applicant's signature
(List name and title)

STATE OF FLORIDA

COUNTY OF MiAmi DADE

Sworn to and subscribed before me on this 07 day of MAY 2013, CARLA M. KONYK-Tulp
(Name of Individual Signing)

☒ who is personally known to me    ☐ whose identity I proved on the basis of _____

(Seal)

DAVID HUFFMAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094015667
MY COMMISSION EXPIRES MAY 11, 2017

_____
Notary Public Signature

DAVID HUFFMAN
Notary's Printed Name

My Commission Expires: MAY 11, 2017

**FILING FEE: $87.50 per class**

**Page 4 of 4**

13 AUG 15 PM 1:30
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

Case 3:19-cv-01707-WGY    Document 152-8    Filed 07/27/23    Page 41 of 61



COLLEGE OF MEDICINE





## OFFICIAL SPECIMEN
## TM/SM REG.#



Case 3:19-cv-01707-WGY    Document 152-8    Filed 07/27/23    Page 45 of 61



USAT is based in the beautiful Caribbean Paradise of Montserrat, British West Indies, an overseas territory of the UK. The University was formed the UK in 2001 and licensed and relocated to Montserrat in 2003, at which time the activities and operation of USAT were approved by Parliament and signed into law by the Chief Minister and the Attorney General for Montserrat. USAT is listed by the International Medical Education Directory, the prevailing authority for licensure of graduates of foreign medical schools in the USA. USAT owns and occupies a large campus, comprising approximately 10 acres and 9 buildings, and overlooking the Caribbean Sea a few hundred feet to the West. USAT is listed by CAPER (Canada), IMED/FAIMER (USA), AAHEA (USA), AIEA (USA), IPSP (Italy), NARIC (UK), and ISO 2001/9001. Owing to the fact that Montserrat has a live volcano, the USAT license permits the University to operate 'off-island' whenever the volcano is active.





# Graduation
# 2011

## University of Science, Arts, & Technology, Montserrat
## British West Indies

College of Medicine, Health Care Professionals to Bachelor [MBBS] and Doctor of Medicine, Colleges of Education, Arts & Sciences, CAM, & Graduate Studies
11 June 2011,  3 to 5 PM
Reception to Follow

*Miami Airport Hilton Gardens West, 3550 -74th Ave NW*
*Miami, Florida 33122*



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

Previous On List        Next On List        Return to List                    USAT, MONTSERRAT, LL
                                                                              Search

Events        **No Name History**

## Detail by Entity Name

Florida Limited Liability Company
USAT, MONTSERRAT, LLC.

### Filing Information

| | |
|---|---|
| **Document Number** | L12000078671 |
| **FEI/EIN Number** | 46-1491367 |
| **Date Filed** | 06/12/2012 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 05/19/2021 |
| **Event Effective Date** | 05/19/2021 |

### Principal Address

5400 Ward Road, Building 3
BUILDING 3-150
Arvada, CO 80002

Changed: 01/26/2021

### Mailing Address

5400 Ward Road, Building 3-150
Arvada, CO 80002

Changed: 01/19/2020

### Registered Agent Name & Address

Sainvil, Frantz, Dr.
4945 S.W. 66th Terrace
Davie, FL 33314

Name Changed: 03/01/2021

Address Changed: 03/01/2021

### Authorized Person(s) Detail

**Name & Address**

Title MGR

TULP, ORIEN LDR
7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828

Title MGR

KONYK, CARLA M
7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO 80465-2828

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2020 | 01/19/2020 |
| 2021 | 01/26/2021 |
| 2021 | 03/01/2021 |

### Document Images

| | |
|---|---|
| 05/19/2021 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 03/01/2021 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/26/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 06/12/2012 -- Florida Limited Liability | View image in PDF format |

Previous On List        Next On List        Return to List                    USAT, MONTSERRAT, LL
                                                                              Search

Events        **No Name History**

L1200007867l

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

G. MCLEOD

JUN 13 2012

EXAMINER



100236027161

06/12/12--01011--024   **130.00

12 JUN 12 PM 3:47
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

# COVER LETTER

**TO:**     **Registration Section**
            **Division of Corporations**

SUBJECT: <u>USAT, Montserrat,LLC.</u>
                    Name of Limited Liability Company

The enclosed Articles of Organization and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

<u>Carla M. Konyk</u>
                            Name of Person

<u>USAT, Montserrat, LLC.</u>
                    Firm/Company

<u>7583 South Sourdough Drive</u>
                            Address

<u>Morrison, CO 80465-2828</u>
                    City/State and Zip Code

<u>carla.konyk@gmail.com</u>
        E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

<u>Carla M. Konyk</u>                     at (<u>727</u>    )  <u>252-6205</u>
        Name of Person                    Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $125.00 Filing Fee      ☑ $130.00 Filing Fee &        ☐ $155.00 Filing Fee &        ☐ $160.00 Filing  Fee,
                                Certificate of Status            Certified Copy                  Certificate of Status &
                                                                (additional copy is enclosed)    Certified Copy
                                                                                                (additional copy is enclosed)

**Mailing Address**              **Street/Courier Address**
Registration Section             Registration Section
Division of Corporations         Division of Corporations
P.O. Box 6327                    Clifton Building
Tallahassee, FL 32314            2661 Executive Center Circle
                                 Tallahassee, FL 32301

## ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

## USAT, Montserrat, LLC.

(Must end with the words "Limited Liability Company, "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

**Principal Office Address:**

USAT Administration Office
7583 South Sourdough Drive
Morrison, CO 80465-2828

**Mailing Address:**

USAT Administration Office
7583 South Sourdough Drive
Morrison, CO 80465-2828

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

Dr. George P. Einstein
Name

## 512 North Palmway
Florida street address (P.O. Box **NOT** acceptable)

Lake Worth                    FL 33460
City, State, and Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S..*

Registered Agent's Signature (REQUIRED)

**(CONTINUED)**

Page 1 of 2

**ARTICLE IV- Manager(s) or Managing Member(s):**
The name and address of each Manager or Managing Member is as follows:

**Title:**
"MGR" = Manager
"MGRM" = Managing Member

**Name and Address:**

MGR

Dr. Orien L. Tulp
7583 South Sourdough Drive
Morrison, CO 80465-2828

MGR

Carla M. Konyk
7583 South Sourdough Drive
Morrison, CO 80465-2828

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____ . (OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)**

**REQUIRED SIGNATURE:**

Signature of a member or an authorized representative of a member.

(In accordance with section 608.408(3), Florida Statutes, the execution of this document
constitutes an affirmation under the penalties of perjury that the facts stated herein are true.
I am aware that any false information submitted in a document to the Department of State
constitutes a third degree felony as provided for in s.817.155, F.S.)

Dr. Orien L. Tulp

Typed or printed name of signee

**Filing Fees:**

**$125.00 Filing Fee for Articles of Organization and Designation
of Registered Agent**
**$ 30.00 Certified Copy (Optional)**
**$ 5.00 Certificate of Status (Optional)**

**Page 2 of 2**

**2013 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**
**Feb 24, 2013**
**Secretary of State**
**CC9296611084**

**Current Principal  Place of Business:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  80465-2828

**Current Mailing Address:**

7583 SOUTH SOURDOUGH DRIVE
MORRISON, CO  80465-2828

**FEI Number: 46-1491367**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  GEORGE P. EINSTEIN, PHD                                    02/24/2013

                  Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | TULP, ORIEN LDR | | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK-TULP                    MANAGING DIRECTOR        02/24/2013

                Electronic Signature of Signing Authorized Person(s) Detail                                    Date

**2014  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**

**Feb 26, 2014**
**Secretary of State**
**CC0657249537**

**Current Principal  Place of Business:**

3442 ASH STREET
DENVER,  CO  80207

**Current Mailing Address:**

3442 ASH STREET
DENVER,  CO  80207  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  GEORGE P. EINSTEIN, PHD                          02/26/2014

　　　　　　　Electronic Signature of Registered Agent                          Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | TULP, ORIEN LDR | | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                    DIRECTOR                02/26/2014

　　　　　Electronic Signature of Signing Authorized Person(s) Detail                Date

## 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**
**Apr 06, 2015**
**Secretary of State**
**CC9941143105**

**Current Principal  Place of Business:**

3442 ASH STREET
DENVER,  CO  80207

**Current Mailing Address:**

3442 ASH STREET
DENVER,  CO  80207  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE P. EINSTEIN, PHD                                                            04/06/2015

            Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | TULP, ORIEN LDR | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                              DIRECTOR                    04/06/2015

        Electronic Signature of Signing Authorized Person(s) Detail                          Date

**2016  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**
**Mar 08, 2016**
**Secretary of State**
**CC0322681664**

**Current Principal  Place of Business:**

3442 ASH STREET
DENVER,  CO  80207

**Current Mailing Address:**

3442 ASH STREET
DENVER,  CO  80207  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  GEORGE P. EINSTEIN, PHD                                                03/08/2016

              Electronic Signature of Registered Agent                                          Date

**Authorized Person(s) Detail :**

| Title | MGR | | Title | MGR |
|---|---|---|---|---|
| Name | TULP, ORIEN LDR | | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                              DIRECTOR                     03/08/2016

            Electronic Signature of Signing Authorized Person(s) Detail                              Date

# 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**
**Jan 07, 2017**
**Secretary of State**
**CC3933346979**

**Current Principal  Place of Business:**

3442 ASH STREET
DENVER,  CO  80207

**Current Mailing Address:**

3442 ASH STREET
DENVER,  CO  80207  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE P. EINSTEIN, PHD                                                          01/07/2017

Electronic Signature of Registered Agent                                                     Date

## Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | TULP, ORIEN LDR | | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                         VICE PRESIDENT                 01/07/2017

Electronic Signature of Signing Authorized Person(s) Detail                                  Date

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**
**Jan 28, 2018**
**Secretary of State**
**CC5792555439**

**Current Principal  Place of Business:**

4288 YOUNGFIELD ST
WHEAT RIDGE,  CO  80033

**Current Mailing Address:**

4288 YOUNGFIELD ST
WHEAT RIDGE,  CO  80033  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  GEORGE P. EINSTEIN, PHD                                                                01/28/2018

              Electronic Signature of Registered Agent                                                  Date

**Authorized Person(s) Detail :**

| Title | MGR | | Title | MGR |
|---|---|---|---|---|
| Name | TULP, ORIEN LDR | | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA MARIE KONYK-TULP                          VICE PRESIDENT                    01/28/2018

              Electronic Signature of Signing Authorized Person(s) Detail                                Date

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**
**Feb 11, 2019**
**Secretary of State**
**4362627106CC**

**Current Principal  Place of Business:**

ASPEN BUSINESS PARK
5400 WARD ROAD, BUILDING 3 SUITE 150
ARVADA,  CO  80002

**Current Mailing Address:**

4288 YOUNGFIELD ST
WHEAT RIDGE,  CO  80033  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE P. EINSTEIN, PHD                                                      02/11/2019

                         Electronic Signature of Registered Agent                                                          Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | TULP, ORIEN LDR | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA KONYK                              VICE PRESIDENT                    02/11/2019

               Electronic Signature of Signing Authorized Person(s) Detail                                            Date

**2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000078671

**Entity Name:** USAT, MONTSERRAT, LLC.

**FILED**
**Jan 19, 2020**
**Secretary of State**
**4219533175CC**

**Current Principal  Place of Business:**

ASPEN BUSINESS PARK
5400 WARD ROAD, BUILDING 3 SUITE 150
ARVADA,  CO  80002

**Current Mailing Address:**

5400 WARD ROAD, BUILDING 3-150
ARVADA,  CO  80002  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  GEORGE P. EINSTEIN, PHD                                                      01/19/2020

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

          Electronic Signature of Registered Agent                                                Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | TULP, ORIEN LDR | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | City-State-Zip: | MORRISON  CO  80465-2828 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARLA M. KONYK                         VICE PRESIDENT                  01/19/2020

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

        Electronic Signature of Signing Authorized Person(s) Detail                            Date

**2021  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000078671

**FILED**
**Jan 26, 2021**
**Secretary of State**
**6109585075CC**

**Entity Name:** USAT, MONTSERRAT, LLC.

**Current Principal  Place of Business:**

5400 WARD ROAD, BUILDING 3
BUILDING 3-150
ARVADA,  CO  80002

**Current Mailing Address:**

5400 WARD ROAD, BUILDING 3-150
ARVADA,  CO  80002  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

EINSTEIN, GEORGE P.  PHD
512 NORTH PALMWAY
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE P. EINSTEIN, PHD                                            01/26/2021

Electronic Signature of Registered Agent                                                 Date

**Authorized Person(s) Detail :**

| Title | MGR | | Title | MGR |
|---|---|---|---|---|
| Name | TULP, ORIEN LDR | | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | | City-State-Zip: | MORRISON  CO  80465-2828 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: CARLA M. KONYK                          VICE PRESIDENT            01/26/2021

Electronic Signature of Signing Authorized Person(s) Detail                                  Date

## 2021 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

DOCUMENT# L12000078671

**FILED**
**Mar 01, 2021**
**Secretary of State**
**3894918317CC**

**Entity Name:** USAT, MONTSERRAT, LLC.

**Current Principal  Place of Business:**

5400 WARD ROAD, BUILDING 3
BUILDING 3-150
ARVADA,  CO  80002

**Current Mailing Address:**

5400 WARD ROAD, BUILDING 3-150
ARVADA,  CO  80002  US

**FEI Number: 46-1491367**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

SAINVIL, FRANTZ  DR.
4945 S.W. 66TH TERRACE
DAVIE, FL  33314  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  DR. FRANTZ SAINVIL                                                                      03/01/2021

Electronic Signature of Registered Agent                                                            Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | TULP, ORIEN LDR | Name | KONYK, CARLA M |
| Address | 7583 SOUTH SOURDOUGH DRIVE | Address | 7583 SOUTH SOURDOUGH DRIVE |
| City-State-Zip: | MORRISON  CO  80465-2828 | City-State-Zip: | MORRISON  CO  80465-2828 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: ORIEN L TULP                                  MGR                          03/01/2021

Electronic Signature of Signing Authorized Person(s) Detail                                  Date

**FILED**
**May 19, 2021**
**Secretary of State**

# ARTICLES OF DISSOLUTION

Pursuant to section 605.0707, Florida Statutes, this Florida limited liability company submits the following Articles of Dissolution:

The name of the limited liability company as currently filed with the Florida Department of State:

USAT, MONTSERRAT, LLC.

The document number of the limited liability company: L12000078671

The file date of the articles of organization: June 12, 2012

The effective date of the dissolution if not effective on the date of filing: May 19, 2021

A description of occurance that resulted in the limited liability company's dissolution:

COMPANY MOVED.

The name and address of the person appointed to wind up the company's activities and affairs:

CARLA M KONYK
7583 S SOURDOUGH DR
MORRISON, CO  80465     UN

I/we submit this document and affirm that the facts stated herein are true.  I/we am/are aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:  CARLA MARIE KONYK _____

Electronic Signature of authorized person