**EXHIBIT 8**

**Item 9.**

"9. Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects the establishment or structuring of the USAT Colorado Medical School Branch."

[https://www.coloradosos.gov/biz/BusinessEntityDetail.do?entityId2=20131512961&masterFileId=20131512961&nameTyp=ENT&srchTyp=ENTITY]

# History and Documents

05/21/2023 13:56

**Name:** USAT, Montserrat, LLC
**ID number:** 20131512961

## Found 26 matching record(s).  Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|-------|-----------|------------|--------------|---------------------------|---------|
| 1 | Articles of Organization | 09/03/2013 | 09/03/2013 | 09/03/2013 02:13 PM | 20131512961 | |
| 2 | Periodic Report due | 08/23/2014 | 08/23/2014 | 08/23/2014 02:28 AM | | Periodic report due by: 11/30/2014 |
| 3 | Periodic Report due in one week | 11/24/2014 | 11/24/2014 | 11/24/2014 01:59 AM | | Periodic report due by: 11/30/2014 |
| 4 | Change in Status: Noncompliant for failure to file Periodic Report | 12/01/2014 | 12/01/2014 | 12/01/2014 01:39 AM | | Entity noncompliant and will become delinquent on: 01/31/2015 |
| 5 | Change in status in one week: Delinquent for failure to file Periodic Report | 01/24/2015 | 01/24/2015 | 01/24/2015 02:04 AM | | One week until delinquent: 01/31/2015 |
| 6 | Change in Status: Delinquent for failure to file Periodic Report | 02/01/2015 | 02/01/2015 | 02/01/2015 01:50 AM | | Entity has become delinquent for failure to file Periodic Report |
| 7 | Change in Name | 03/07/2016 | 03/07/2016 | 03/07/2016 12:50 AM | | Entity name and any active trade names changed due to Failure to file periodic report |
| 8 | Statement Curing Delinquency | 10/13/2016 | 10/13/2016 | 10/13/2016 01:41 PM | 20161692592 | |
| 9 | Periodic Report due | 09/23/2017 | 09/23/2017 | 09/23/2017 02:27 AM | | Periodic report due by: 12/31/2017 |
| 10 | Report | 10/27/2017 | 10/27/2017 | 10/27/2017 09:35 PM | 20171813628 | Change of Entity Address |
| 11 | Periodic Report due | 09/23/2018 | 09/23/2018 | 09/23/2018 02:13 AM | | Periodic report due by: 12/31/2018 |
| 12 | Periodic Report due in one week | 12/24/2018 | 12/24/2018 | 12/24/2018 01:46 AM | | Periodic report due by: 12/31/2018 |
| 13 | Change in Status: Noncompliant for failure to file Periodic Report | 01/01/2019 | 01/01/2019 | 01/01/2019 01:34 AM | | Entity noncompliant and will become delinquent on: 02/28/2019 |
| 14 | Report | 02/11/2019 | 02/11/2019 | 02/11/2019 03:21 AM | 20191124364 | Change of Entity Address |
| 15 | Periodic Report due | 09/23/2019 | 09/23/2019 | 09/23/2019 02:28 AM | | Periodic report due by: 12/31/2019 |
| 16 | Periodic Report due in one week | 12/24/2019 | 12/24/2019 | 12/24/2019 01:55 AM | | Periodic report due by: 12/31/2019 |
| 17 | Change in Status: Noncompliant for failure to file Periodic Report | 01/01/2020 | 01/01/2020 | 01/01/2020 12:23 PM | | Entity noncompliant and will become delinquent on: 02/29/2020 |
| 18 | Change in status in one week: Delinquent for failure to file Periodic Report | 02/24/2020 | 02/24/2020 | 02/24/2020 02:33 AM | | One week until delinquent: 02/29/2020 |
| 19 | Change in Status: Delinquent for failure to file Periodic Report | 03/01/2020 | 03/01/2020 | 03/01/2020 01:46 AM | | Entity has become delinquent for failure to file Periodic Report |
| 20 | Statement Curing Delinquency | 06/03/2020 | 06/03/2020 | 06/03/2020 10:56 AM | 20201493579 | |
| 21 | Report | 05/14/2021 | 05/14/2021 | 05/14/2021 09:46 AM | 20211456237 | |
| 22 | Statement of Correction | 06/08/2021 | 06/08/2021 | 06/08/2021 05:38 PM | 20211540246 | Principal address corrected; |
| 23 | Statement of Change | 02/01/2022 | 02/01/2022 | 02/01/2022 12:03 PM | 20221125197 | Removed entity mailing address;Principal address changed; |
| 24 | Statement of Change | 02/01/2022 | 02/01/2022 | 02/01/2022 02:52 PM | 20221126487 | Registered agent information changed;Removed agent mailing address; |
| 25 | Periodic Report due | 05/23/2022 | 05/23/2022 | 05/23/2022 02:49 AM | | Periodic report due by: 08/31/2022 |
| 26 | Report | 05/23/2022 | 05/23/2022 | 05/23/2022 03:22 PM | 20221514792 | Change of Entity Address |



Colorado Secretary of State
Date and Time: 09/03/2013 02:13 PM
ID Number: 20131512961

Document number: 20131512961
Amount Paid: $50.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization

filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

USAT, Montserrat, LLC .

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

*(Caution: The use of certain terms or abbreviations are restricted by law.  Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address   3442 Ash Street
*(Street number and name)*

Denver     CO   80207
*(City)*     *(State)*   *(ZIP/Postal Code)*
United States
*(Province – if applicable)*     *(Country)*

Mailing address
(leave blank if same as street address)
*(Street number and name or Post Office Box information)*

*(City)*     *(State)*   *(ZIP/Postal Code)*
.
*(Province – if applicable)*     *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

Name
(if an individual)   Konyk     Carla     Marie
*(Last)*     *(First)*     *(Middle)*     *(Suffix)*

or

(if an entity)
*(Caution: Do not provide both an individual and an entity name.)*

Street address   7583 S. Sourdough Dr
*(Street number and name)*

Morrison     CO   80465
*(City)*     *(State)*   *(ZIP Code)*

Mailing address
(leave blank if same as street address)
*(Street number and name or Post Office Box information)*

_____ CO _____.
(City)  (State)  (ZIP Code)

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

Tulp   Orien   Lee _____
(Last)  (First)  (Middle)  (Suffix)

or

(if an entity)  _____
*(Caution: Do not provide both an individual and an entity name.)*

Mailing address   7583 S. Sourdough Dr.
*(Street number and name or Post Office Box information)*

_____

Morrison   CO   80465
(City)  (State)  (ZIP/Postal Code)

_____   United States .
(Province – if applicable)  (Country)

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

☐ one or more managers.

or

☑ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

ARTORG_LLC   Page 2 of 3   Rev. 12/01/2012

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Konyk | Carla | Marie | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

7583 S. Sourdough Dr.
*(Street number and name or Post Office Box information)*

| Morrison | CO | 80465 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States .
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).



Colorado Secretary of State
Date and Time: 10/13/2016 01:41 PM
ID Number: 20131512961

Document number: 20161692592
Amount Paid: $100.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Statement Curing Delinquency
filed pursuant to §7-90-904 of the Colorado Revised Statutes (C.R.S)

1. For the delinquent entity, its ID number, entity name and jurisdiction of formation are

ID number    20131512961
*(Colorado Secretary of State ID number)*

Entity name    USAT, Montserrat, LLC

Jurisdiction where formed    Colorado    .

2. By providing the information required herein, this statement corrects all grounds for delinquency cited by the secretary of state.

3. The registered agent name and registered agent address of the registered agent are

Name
(if an individual)    Konyk          Carla          Marie
                      *(Last)*        *(First)*       *(Middle)*      *(Suffix)*

**OR**

(if an entity)    _____
*(**Caution:** Do not provide both an individual and an entity name).*

The person appointed as registered agent above has consented to being so appointed.

Street address    7583 S. Sourdough Dr
*(Street number and name)*

Morrison          CO    80465
*(City)*          *(State)*    *(Zip Code)*

Mailing address    _____
(**leave blank** if same as street address)    *(Street number and name or Post Office Box information)*

_____    CO    _____ .
*(City)*          *(State)*    *(Zip Code)*

*(If the following statement applies, adopt the statement by marking the box.)*
☐ The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

CURE_DLQ                    Page 1 of 3                    Rev. 8/08/2012

4. The principal office address of the entity's principal office is

Street address

3442 Ash Street
*(Street number and name)*

Denver      CO   80207
*(City)*      *(State)*    *(Postal/Zip Code)*

United States
*(Province – if applicable)*     *(Country – if not US)*

Mailing address
(**leave blank** if same as street address)

7583 Sourdough Dr
*(Street number and name or Post Office Box information)*

Morrison     CO   80465
*(City)*      *(State)*    *(Postal/Zip Code)*

United States .
*(Province – if applicable)*     *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box.)*

☐ The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

5. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

6. (**Caution:** _Leave blank_ if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing the document to be delivered for filing are

Konyk-Tulp     Carla     Marie     ____
*(Last)*      *(First)*     *(Middle)*    *(Suffix)*

7583 S. Sourdough Dr.
*(Street number and name or Post Office Box information)*

Morrison     CO   80465
*(City)*      *(State)*    *(Postal/Zip Code)*

_____   _____.
*(Province – if applicable)*     *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).



Colorado Secretary of State
Date and Time: 10/27/2017 09:35 PM
ID Number: 20131512961

Document number: 20171813628
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

**Periodic Report**
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number:                 20131512961

Entity name:               USAT, Montserrat, LLC

Jurisdiction under the law of which the
entity was formed or registered:          Colorado

1. Principal office street address:        4288 Youngfield St
                                           *(Street name and number)*

                                           Wheat Ridge              CO   80033
                                           *(City)*                *(State)*   *(Postal/Zip Code)*
                                                                    United States
                                           *(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:       7583 Sourdough Dr
   (if different from above)               *(Street name and number or Post Office Box information)*

                                           Morrison                 CO   80465
                                           *(City)*                *(State)*   *(Postal/Zip Code)*
                                                                    United States
                                           *(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name: (if an individual)   Konyk          Carla          Marie
                                           *(Last)*        *(First)*      *(Middle)*    *(Suffix)*

   or    (if a business organization)      _____

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:        7583 S. Sourdough Dr
                                           *(Street name and number)*

                                           Morrison                 CO   80465
                                           *(City)*                *(State)*   *(Postal/Zip Code)*

6. Registered agent mailing address:       4288 Youngfield St
   (if different from above)               *(Street name and number or Post Office Box information)*

                                           Wheat Ridge              CO   80033
                                           *(City)*                *(State)*   *(Postal/Zip Code)*
                                                                    United States
                                           *(Province – if applicable)*   *(Country – if not US)*

REPORT                        Page 1 of 2                        Rev. 12/01/2012

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

Tulp _____ Orien _____ Lee _____ _____
       *(Last)*                        *(First)*              *(Middle)*        *(Suffix)*

7583 S. Sourdough Dr _____
       *(Street name and number or Post Office Box information)*

_____

Morrison _____ CO  80465 _____
       *(City)*                        *(State)*      *(Postal/Zip Code)*

_____ United States
       *(Province – if applicable)*    *(Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 02/11/2019 03:21 AM
ID Number: 20131512961

Document number: 20191124364
Amount Paid: $60.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20131512961

Entity name: USAT, Montserrat, LLC

Jurisdiction under the law of which the entity was formed or registered: Colorado

1. Principal office street address: Aspen Business Park, 5400 Ward Road
*(Street name and number)*
Building 3, Suite 150
Arvada          CO    80002
*(City)*          *(State)*    *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

2. Principal office mailing address:
(if different from above)
7583 S Sourdough Drive
*(Street name and number or Post Office Box information)*

Morrison          CO    80465
*(City)*          *(State)*    *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

3. Registered agent name: (if an individual)  Konyk          Carla          Marie
*(Last)*          *(First)*          *(Middle)*          *(Suffix)*

or    (if a business organization) _____

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: 7583 S. Sourdough Dr
*(Street name and number)*

Morrison          CO    80465
*(City)*          *(State)*    *(Postal/Zip Code)*

6. Registered agent mailing address:
(if different from above)
7583 S. Sourdough Dr.
*(Street name and number or Post Office Box information)*

Morrison          CO    80465
*(City)*          *(State)*    *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

Konyk _____ Carla _____ Marie _____ _____
(Last)          (First)          (Middle)      (Suffix)

7583 S. Sourdough Dr. _____
(Street name and number or Post Office Box information)

_____

Morrison _____ CO  80465 _____
(City)                 (State)      (Postal/Zip Code)
_____ United States _____
(Province – if applicable)   (Country – if not US)

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.



Colorado Secretary of State
Date and Time: 06/03/2020 10:56 AM
ID Number: 20131512961

Document number: 20201493579
Amount Paid: $100.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Statement Curing Delinquency
filed pursuant to §7-90-904 of the Colorado Revised Statutes (C.R.S)

1. For the delinquent entity, its ID number, entity name and jurisdiction of formation are

ID number          20131512961
                   *(Colorado Secretary of State ID number)*

Entity name        USAT, Montserrat, LLC

Jurisdiction where formed    Colorado                              .

2. By providing the information required herein, this statement corrects all grounds for delinquency cited by the secretary of state.

3. The registered agent name and registered agent address of the registered agent are

Name
  (if an individual)    Konyk          Carla          Marie          _____
                        *(Last)*        *(First)*      *(Middle)*     *(Suffix)*

   **OR**

  (if an entity)        _____
   (**Caution:** *Do not provide both an individual and an entity name*).

The person appointed as registered agent above has consented to being so appointed.

Street address         5400 WARD ROAD, BUILDING 3-150
                       *(Street number and name)*

                       ARVADA                    CO    80002
                       *(City)*                  *(State)*  *(Zip Code)*

Mailing address        7583 S. Sourdough Dr.
(**leave blank** if same as street address)    *(Street number and name or Post Office Box information)*

                       Morrison                  CO    80465        .
                       *(City)*                  *(State)*  *(Zip Code)*

*(If the following statement applies, adopt the statement by marking the box.)*
☐  The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

4.  The principal office address of the entity's principal office is

Street address

Aspen Business Park, 5400 Ward Road
*(Street number and name)*

Building 3, Suite 150

Arvada _____ CO   80002
*(City)*                        *(State)*      *(Postal/Zip Code)*

United States
*(Province – if applicable)*        *(Country – if not US)*

Mailing address
(**leave blank** if same as street address)

7583 S Sourdough Drive
*(Street number and name or Post Office Box information)*

Morrison _____ CO   80465
*(City)*                        *(State)*      *(Postal/Zip Code)*

CO                              United States .
*(Province – if applicable)*        *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box.)*

☐   The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

5.  *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐   This document contains additional information as provided by law.

6.  (**Caution:** _Leave blank_ if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____ .
*(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7.  The true name and mailing address of the individual causing the document to be delivered for filing are

Konyk _____ Carla _____ Marie _____ _____
*(Last)*                        *(First)*            *(Middle)*            *(Suffix)*
7583 S Sourdough Dr
*(Street number and name or Post Office Box information)*

MORRISON _____ CO   80465
*(City)*                        *(State)*      *(Postal/Zip Code)*

_____   _____ .
*(Province – if applicable)*        *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).



Colorado Secretary of State
Date and Time: 05/14/2021 09:46 AM
ID Number: 20131512961

Document number: 20211456237
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20131512961

Entity name: USAT, Montserrat, LLC

Jurisdiction under the law of which the entity was formed or registered: Colorado

1. Principal office street address: Aspen Business Park, 5400 Ward Road
*(Street name and number)*
Building 3, Suite 150
Arvada     CO   80002
*(City)*     *(State)*   *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

2. Principal office mailing address:
(if different from above)
7583 S Sourdough Drive
*(Street name and number or Post Office Box information)*

Morrison     CO   80465
*(City)*     *(State)*   *(Postal/Zip Code)*
CO     United States
*(Province – if applicable)*    *(Country – if not US)*

3. Registered agent name: (if an individual) Konyk    Carla    Marie
*(Last)*     *(First)*     *(Middle)*     *(Suffix)*

or (if a business organization) _____

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: 5400 WARD ROAD, BUILDING 3-150
*(Street name and number)*

ARVADA     CO   80002
*(City)*     *(State)*   *(Postal/Zip Code)*

6. Registered agent mailing address:
(if different from above)
7583
*(Street name and number or Post Office Box information)*

Wheat Ridge     CO   80033
*(City)*     *(State)*   *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Konyk | Carla | Marie | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

5400 Ward Road, Building 3-150
*(Street name and number or Post Office Box information)*

_____

| Arvada | CO  80002 |
|---|---|
| *(City)* | *(State)*    *(Postal/Zip Code)* |

United States
*(Province – if applicable)*    *(Country – if not US)*

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.



Colorado Secretary of State
Date and Time: 06/08/2021 05:38 PM
ID Number: 20131512961

Document number: 20211540246
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Correction
## Correcting the Principal Office Address
filed pursuant to § 7-90-305 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number and the entity name, or, if the entity does not have an entity name, the true name are

Entity ID number         20131512961
                         *(Colorado Secretary of State ID number)*

Entity name or True name    USAT, Montserrat, LLC                            .

2. The document number of the filed document that is corrected is  20211456237                            .

3. The principal office address as stated in the document identified above is incorrect.

Such address, as corrected, is

Street address      5400 WARD ROAD
                    *(Street number and name)*
                    BUILDING 3-150
                    Arvada                    CO    80002
                    *(City)*              *(State)*    *(ZIP/Postal Code)*
                    Jefferson             United States
                    *(Province – if applicable)*    *(Country)*

Mailing address     5400 WARD ROAD
(leave blank if same as street address)
                    *(Street number and name or Post Office Box information)*
                    BUILDING 3-150
                    ARVADA                    CO    80002
                    *(City)*              *(State)*    *(ZIP/Postal Code)*
                    Jefferson             United States .
                    *(Province – if applicable)*    *(Country)*

4. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
   ☐ This document contains additional information as provided by law.

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

5.  The true name and mailing address of the individual causing this document to be delivered for filing are

| Konyk | Carla | Marie | |
|-------|-------|-------|--|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

5400 WARD ROAD
*(Street number and name or Post Office Box information)*

BUILDING 3-150

| ARVADA | CO | 80002 |
|--------|-----|-------|
| *(City)* | *(State)* | *(Zip/Postal Code)* |

| Arvada | United States . |
|--------|-----------------|
| *(Province – if applicable)* | *(Country)* |

*(If applicable, adopt the following statement by marking the box and include an attachment.)*
☐  This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).



Colorado Secretary of State
Date and Time: 02/01/2022 12:03 PM
ID Number: 20131512961

Document number: 20221125197
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Change
## Changing the Principal Office Address
filed pursuant to § 7-90-305.5 and § 7-90-705 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number and the entity name, or, if the entity does not have an entity name, the true name are

Entity ID number          20131512961
                          *(Colorado Secretary of State ID number)*

Entity name or True name  USAT, Montserrat, LLC                                    .

2. The entity's principal office address has changed.

Such address, as changed, is

Street address            South Mayfeild Estate Drive
                                        *(Street number and name)*
                          PO Box 506
                          Olveston                    OT    MSR1110
                                *(City)*              *(State)*    *(ZIP/Postal Code)*
                                                      Montserrat
                              *(Province – if applicable)*    *(Country)*

Mailing address
(leave blank if same as street address)
                                   *(Street number and name or Post Office Box information)*


                              *(City)*          *(State)*    *(ZIP/Postal Code)*
                                                            .
                          *(Province – if applicable)*    *(Country)*

3. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
   ☐  This document contains additional information as provided by law.

4. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

   *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
   The delayed effective date and, if applicable, time of this document are   _____.
                                                                    *(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in

conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

5. The true name and mailing address of the individual causing this document to be delivered for filing are

| Konyk | Carla | Marie | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

7583 S Sourdough Dr
*(Street number and name or Post Office Box information)*

| Morrison | CO | 80465 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

| Jefferson | United States . |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If applicable, adopt the following statement by marking the box and include an attachment.)*
☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).



Colorado Secretary of State
Date and Time: 02/01/2022 02:52 PM
ID Number: 20131512961

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Document number: 20221126487
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Change
## Changing the Registered Agent Information

filed pursuant to § 7-90-305.5 and § 7-90-702 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number and the entity name, or, if the entity does not have an entity name, the true name are

Entity ID number          20131512961
                          *(Colorado Secretary of State ID number)*

Entity name or True name   USAT, Montserrat, LLC                                         .

2. *(If applicable, adopt the following statement by marking the box and enter all changes.)*
   ☐ The registered agent name has changed.

Such name, as changed, is

Name
(if an individual)     _____ _____ _____ _____.
                           *(Last)*        *(First)*      *(Middle)*   *(Suffix)*
   or

(if an entity)     _____.
   *(Caution: Do not provide both an individual and an entity name.)*

*(The following statement is adopted by marking the box.)*
   ☐ The person appointed as registered agent has consented to being so appointed.

3. *(If applicable, adopt the following statement by marking the box and enter all changes.)*
   ☒ The registered agent address of the registered agent has changed.

Such address, as changed, is

Street address          7583 S Sourdough Dr.
                           *(Street number and name)*

                        _____

                        Morrison              CO    80465             .
                          *(City)*           *(State)*   *(ZIP Code)*

Mailing address          _____
(leave blank if same as street address)    *(Street number and name or Post Office Box information)*

                        _____

                        _____   CO   _____.
                          *(City)*           *(State)*   *(ZIP Code)*

CHANGE_ RA                        Page 1 of 2                        Rev. 12/01/2012

4. *(If applicable, adopt the following statement by marking the box.)*

☒ The person appointed as registered agent has delivered notice of the change to the entity.

5. *(If applicable, adopt the following statement by marking the box and include an attachment.)*

☒ This document contains additional information as provided by law.

6. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document are _____.

*(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing this document to be delivered for filing are

| Konyk | Carla | Marie | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

7583 S Sourdough Dr
*(Street number and name or Post Office Box information)*

| Morrison | CO | 80465 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

| Jefferson | United States |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If applicable, adopt the following statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

## BOARD RESOLUTION OF USAT MONTSERRAT LLC

We, the undersigned, being all the Directors of USAT Montserrat LLC (the "Corporation"), hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Directors of the Corporation duly held and convened on February 1, 2022, at which a quorum of the Board of Directors was present and voting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect:

**Therefore, it is resolved: that the mailing address for the registered agent be changed to 7583 S Sourdough Dr., Morrison, CO 80465 and the principal place of business address be changed to South Mayfield Estate Dr., PO Box 506, Olveston, Montserrat MSR1110**

DIRECTORS:

Director and Shareholder

Date 2-1-2022

Carla M. Konyk

ATTEST (SECOND OFFICER)

Date 2-1-2022

Orien L. Tulp



Colorado Secretary of State
Date and Time: 05/23/2022 03:22 PM
ID Number: 20131512961

Document number: 20221514792
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number:                      20131512961

Entity name:                    USAT, Montserrat, LLC

Jurisdiction under the law of which the
entity was formed or registered:    Colorado

1. Principal office street address:    South Mayfield Estate Drive
*(Street name and number)*
PO Box 506
Olveston                         MSR1110
*(City)*          *(State)*       *(Postal/Zip Code)*
                    Montserrat
*(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
*(Street name and number or Post Office Box information)*

*(City)*          *(State)*       *(Postal/Zip Code)*

*(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name:  (if an individual)  Konyk          Carla          Marie
*(Last)*          *(First)*       *(Middle)*      *(Suffix)*

or   (if a business organization)

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:    7583 S Sourdough Dr.
*(Street name and number)*

Morrison                        CO    80465
*(City)*          *(State)*       *(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)
*(Street name and number or Post Office Box information)*

*(City)*          *(State)*       *(Postal/Zip Code)*

*(Province – if applicable)*   *(Country – if not US)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

Konyk         Carla         M
*(Last)*        *(First)*        *(Middle)*        *(Suffix)*

7583 S Sourdough Dr
*(Street name and number or Post Office Box information)*

Morrison         CO   80465
*(City)*        *(State)*        *(Postal/Zip Code)*

United States
*(Province – if applicable)*        *(Country – if not US)*

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | USAT, Montserrat, LLC | | |
| **Status** | Good Standing | **Formation date** | 09/03/2013 |
| **ID number** | 20131512961 | **Form** | Limited Liability Company |
| **Periodic report month** | June | **Jurisdiction** | Colorado |
| **Principal office street address** | South Mayfield Estate Drive, PO Box 506, Olveston MSR1110, Montserrat | | |
| **Principal office mailing address** | South Mayfield Estate Drive, PO Box 506, Olveston MSR1110, Montserrat | | |

| Registered Agent | |
|---|---|
| **Name** | Carla Marie Konyk |
| **Street address** | 7583 S Sourdough Dr., Morrison, CO 80465, United States |
| **Mailing address** | 7583 S Sourdough Dr., Morrison, CO 80465, United States |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[https://www.coloradosos.gov/biz/BusinessEntityDetail.do?entityId2=20131512961&masterFileId=20131512961&nameTyp=ENT&srchTyp=ENTITY]