**EXHIBIT 9**

**Item 11.**

 "11. Any and all documents, papers, records or materials in your possession or under your control, in any format (paper, electronic, or otherwise) that reflects all medical school applications received from the Plaintiffs for their education at the USAT Puerto Rico Medical School Branch."



**U.S.A.T.** This is Lifelong Learning

Welcome Carla Konyk [University - Administrator]
Today is Thursday, 12/24/2020
Your session will expire in 20 minutes.
You have 367 new messages.

Home  Applications  Students  Professors  Mentors  Courses  Sections  Enrollments  Reports  Organizations  Documents  Administration

Pena Torres, Sujeil Marie

**Edit Application Pena Torres, Sujeil**

### Application Home
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

### Message Center
- Messages

### External Links

**Application Information**

Application Status: ACCEPTED

Created On: 7/10/2017 11:08:41 AM
Last Updated On: 8/28/2017 5:42:41 PM

**School Information**

District University of Science, Arts and Technology
School: USAT

**Student Personal Information**

First Name: Sujeil
Last Name: Pena Torres
Date Of Birth (MM/DD/YYYY): 9/22/1986

Middle Name: Marie
Suffix:
Gender: Female
Last 4 Digits of SSN: 4064
Main language: English
Previous Names:
Degree program for which you are applying: MPH
Is this your first application to USAT? Yes

Private Notes: USAT Puerto Rico

**Student Account Information**

User Name: spenatorres478
Password: Gabriella2

**Academic Background Information**

Institution Name: Universidad Interamericana de Puerto Rico
Institution Address: Carr #1 Calle Francisco Sein, Rio Piedras PR 00919
Institution Phone: 7872501912
Education: Bachelor's Degree
Did you earn a degree? Yes
Major: Biology
Graduation Date: 6/11/2011
Start Date: 8/16/2004
End Date: 5/20/2011
G P A 3.31

Institution Name: Academia Nuestra Senora de la Providencia
Institution Address: 1733 PR-8176 Urb. San Gerardo, San Juan PR 00926
Education: High School Diploma
Major: High School Diploma
Start Date: 8/5/1996
Graduation Date: 5/21/2004
End Date: 5/14/2004
G P A

Were you ever the recipient of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations?
No

Institution Phone 7877676552

Have you ever matriculated at or attended any medical school as a candidate for th
No

Were you ever a party in a civil lawsuit?
No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with
No

**Medical College Admission Test Information. Leave blank if not available.**

Date:  VR:  PS:

If taken, TOEFL score:  IELTS
Date taken:  Date

Country of citizenship: PUERTO RICO

**Student Race/Ethnicity Information**

Place of Birth:

Ethnicity: Hispanic / Latino
Race:
☐ American Indian or Alaskan Native
☐ Asian

City: San Juan
State: Puerto Rico

USAT :: Edit Application



☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

### 👤 Student Program Association

◉Program:: ⌄

### 📞 Student Contact

◉Primary Phone: (787) 241-1877    ◉ Mobile ⌄
◉Secondary Phone: (939) 337-6836    ◉ Home ⌄    ◉Default Email: sujeilpt@gmail.com

Address: Residential ⌄    ☑ Copy
◉Street1: Urb. Venus Gardens C/ Peliux #771    ◉Street2:
◉City: San Juan    Country: UNITED STATES ⌄
◉Zip: 00926    ◉State: PUERTO RICO ⌄

Address: Mailing ⌄
◉Street1: Urb. Venus Gardens C/ Peliux #771    ◉Street2:
◉City: San Juan    Country: UNITED STATES ⌄
◉Zip: 00926    ◉State: PUERTO RICO ⌄

### 👥 Contacts

#### 🧍 Emergency Contact    ✕

☐ New or Select: Torres Vega, Iris
◉First Name: Iris    ◉Last Name: Torres Vega
◉Primary Language Spanish ⌄    ◉Occupation Nurse
Comments: Mother
◉Primary Phone: (787) 463-5859    ◉ Mobile ⌄    ◉Default Email: iristorres@hotmail.es
◉Secondary Phone: (787) 758-2000    ◉ Business ⌄

Address: Residential ⌄
◉Street1: Urb. Venus Gardens C/ Peliux #771    ◉Street2:
◉City: San Juan    Country: UNITED STATES ⌄
◉Zip: 00926    ◉State: PUERTO RICO ⌄

#### 🧍 Spouse

☐ New or Select:
First Name:    Last Name:
Primary Language English ⌄    Occupation
Comments:
Primary Phone:    ⌄    Default Email:
Secondary Phone:    ⌄

Address:    ⌄
Street1:    Street2:
City:    Country: UNITED STATES ⌄
Zip:    State: ⌄

### 📄 Document Requirements

**Document Requirements**

◉How do you plan to finance your medical education?
Loans
◉From what source or individual did you hear about the University?
Family or Friend ⌄

If "Family or Friend", please list:

📋 **Signature Confirmation**

*I understand that this constitutes a legal signature confirming that all inforr*
*acknowledge and agree to the all Terms of Acceptance to the University.*

USAT :: Edit Application



| Document | Modified | Status |
| --- | --- | --- |
| Application Fee | 7/11/2017 | RECEIVED |
| Background Check | 7/10/2017 | RECEIVED |
| Enrollment Agreement | 9/25/2019 | RECEIVED |
| Fee Schedule | 11/22/2020 | RECEIVED |
| Letter of Recommendation 1 | 7/10/2017 | RECEIVED |
| Letter of Recommendation 2 | 7/10/2017 | RECEIVED |
| Resume/CV | 7/10/2017 | RECEIVED |
| Unofficial Transcripts | 7/15/2019 | RECEIVED |
| SCHOOL USE ONLY - OTRX | 7/2/2019 | RECEIVED |
| Matriculation Fee | 9/25/2019 | RECEIVED |
| SCHOOL USE ONLY - Insurance | 4/23/2018 | RECEIVED |
| Anatomy Lab Fee | 4/23/2018 | RECEIVED |
| SCHOOL USE ONLY - Letter of Acceptance | 7/11/2019 | RECEIVED |

Description

●Applicant Signature: Sujeil Pena Torres

Records: 15     Page 1 Of 1 Pages

**Additional Information**

Your application has been sent in for review.dh

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



**MONTSERRAT**



*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT

## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free:  866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.

Printed Name: *Aujul Peña Jones*

Signature: _____     Date: 7/10/2017

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003). USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*

**Scanned by CamScanner**

# USAT  MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;

work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: _SPI_

1

Scanned by CamScanner

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

### International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be

1.)        Informed of the results of any examination taken;
2.)        Awarded any degree or other qualification, to include official transcripts.

### D. Withdrawal from examinations

1.)        A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.)        A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.)        At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, may submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.)        Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.

5.)        The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

### E. Reassessment/failure

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

### F. Illness

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

### G. Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

Written examinations;
Practical examinations;

Initials: SPT

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

### H. Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

### I. AWARDS

1.1     Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")

1.2
A) UNDERGRADUATE DEGREES
    Bachelor of Science (BSc)
    Bachelor of Arts (BA)
    Bachelor of Medicine and Bachelor of Surgery (MBBS)
    Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
    Master of Science (MSc)
    Master of Arts (MA)
    Master of Public Health (MPH)
    Doctor of Public health (DPH)
    Medical Doctor (MD)
    Doctor of Dental Medicine and Surgery (DDS)
    Doctor of Philosophy (PhD)
C) OTHER
    The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: _SPT_

3

Scanned by CamScanner

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: SA

Scanned by CamScanner

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of <u>12 hours per week</u> must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student*
*Signature:* _____

*Printed Name:* _____
*Date:* _____

Initials: _____

5

**Scanned by CamScanner**



1/28/2017                                          USAT :: Edit Application

Welcome David Huffman [USAT (Top Level) - Admissions/Studer
Today is Saturday,
Your session will expire in 20 minute
You have 42 new

Home  Applications  Students  Professors  Courses  Sections  Enrollments  Reports  Organizations  Documents  Administration

Blasco, Jose Enrique

**Edit Application Blasco, Jos**

Application Home

| Application Info |
| Edit Application |
| Application History |
| Application Ledger |
| Family |
| Forms |

Message Center

| Messages |

External Links

Save

**Application Information**

Application Status: PENDING_DOCUMENTS          Created On: 1/20/2017 7:53:38 AM
                                               Last Updated On: 1/28/2017 1:02:47 PM

**School Information**

District USAT
School: University of Science, Arts and Technology

**Student Personal Information**

First Name: Jose                               Middle Name: Enrique
Last Name: Blasco                              Suffix:
Date Of Birth (MM/DD/YYYY): 10/9/1992          Gender: Male

                                               Language: Spanish

Last 4 Digits of SSN: 2521                     Occupation: Student
Maiden Name / Previous Names:                  Please indicate the program of study: Medicine (MD/MBBS/DO)
Degree program for which you are applying: M.D.
Is this your first application to USAT? Yes

**Student Account Information**

User Name: jblasco545                          Password: presarioV05

**Academic Background Information**

Select the '+' icon to add Institutions Attended.

Institution Name: University of Puerto Rico in Ponce
Institution Address:                           Institution Phone:
Education 1: Bachelor's Degree                 Did you earn a degree?: Yes
Major: Biomedical Sciences                     Graduation Date: 6/16/2017
Start Date: 8/23/2010                          End Date: 5/18/2017
                                               GPA: 3.08

Institution Name: Ponce Health and Science University
Institution Address:                           Institution Phone:
Education 1: Master's Degree                    Did you earn a degree?: Yes
Major: Medical Sciences                        Graduation Date: 6/17/2016
Start Date: 8/3/2015                           End Date: 5/16/2017
                                               GPA: 3.00

Institution Name: Iberoamerican University UNIBE
Institution Address:                           Institution Phone:
Education 1: Doctoral Degree                    Did you earn a degree?: No
Major: Medicine                                Graduation Date:
Start Date: 9/4/2017                           End Date: 5/15/2020
                                               GPA: 3.07

Were you ever the recipient of any action by any college or medical school for: 1.) unacceptable academic performance (e.g., dismissal, disqualification, suspension, etc.) or 2.) conduct violations?

No

Have you ever matriculated at or attended any medical school as a candidate for the M.D. degree?

Yes      Explain: I am currently studying at UNIBE in the Dominican Republic, but I am seeking a transfer to USAT.

Were you ever a party in a civil lawsuit?

No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with the exception of parking violations?

No

1/28/2017                                    USAT :: Edit Application

**Medical College Admission Test Information. Leave blank if not available.**

| | | | |
|---|---|---|---|
| Date: 1/22/2016 | VR: 118 | PS: 119 | WS: 121 | BS: 121 |

If taken, TOEFL score: 86          IELTS band: 

Date taken: 6/3/2016          Date taken: 

### Student Race/Ethnicity Information

Ethnicity: Hispanic / Latino          Race:
☐ American Indian or Alaskan Native    ☐ Asian
☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☑ White

Country of citizenship: UNITED STATES

**Place of Birth:**

City: Ponce          State: Puerto Rico          Country: Puerto Rico

### Student Contact

Primary Phone: (787) 638-5908          Home          Default Email: jose.e.blasco@gmail.com
Secondary Phone: 

Address: Billing
Street1: 2267 Igualdad St.          Street2: Vista Alegre
City: Ponce          Country: UNITED STATES
Zip: 00717-2309          State: PUERTO RICO

Address: 
Street1:           Street2: 
City:           Country: UNITED STATES
Zip:           State: 

### Contacts

#### Emergency Contact

New or Select: Blasco Diaz, Jose A.
First Name: Jose A.          Last Name: Blasco Diaz
Primary Language Spanish          Occupation Self Employed
Comments: 

Primary Phone: (939) 292-6426          Mobile          Default Email: jablascodiaz@gmail.com
Secondary Phone: 

Address: Billing
Street1: 2267 Igualdad St.          Street2: Vista Alegre
City: Ponce          Country: UNITED STATES
Zip: 00717-2309          State: PUERTO RICO

#### Spouse

New or Select: 
First Name:           Last Name: 
Primary Language           Occupation 
Comments: 

Primary Phone:           Default Email: 
Secondary Phone: 

Address: 
Street1:           Street2: 
City:           Country: UNITED STATES
Zip:           State: 

### Document Requirements

#### Document Requirements:

1/28/2017                                                USAT :: Edit Application

| Document | Modified | Status | Description | Download |
|---|---|---|---|---|
| | | ▼ | | |
| Application Fee | | NOT_SUBMITTED | | 🖇 |
| Background Check | 1/22/2017 | SUBMITTED | | |
| Enrollment Agreement | | NOT_SUBMITTED | | 🖇 |
| Fee Schedule | | NOT_SUBMITTED | | 🖇 |
| Letter of Recommendation 1 | | NOT_SUBMITTED | | 🖇 |
| Letter of Recommendation 2 | | NOT_SUBMITTED | | 🖇 |
| Resuma/CV | 1/22/2017 | SUBMITTED | | 🖇 |
| Unofficial Transcripts | 1/26/2017 | SUBMITTED | | |

Records: 11          << | < | Page 1 Of 1 Pages | > | >>

**Additional Information**

Additional Information:

○How do you plan to finance your medical education?

Student Loans

○Do you have relatives or friends who are (were) students at USAT?  No ▼

○From what source or individual did you hear about the University?

Website/Search Engine ▼

**Signature Confirmation**

*I understand that this constitutes a legal signature confirming that all information provided is accurate, and I also acknowledge and agree to the all Terms of Acceptance to the University.*          True ▼

○Applicant Signature:  Jose E. Blasco Jusino          Date Signed: 1/28/2017

Save

3.7.1
Maestro SIS © 2017 BocaVox, LLC. All Rights Reserved

# USAT
## MONTSERRAT



*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
**Montserrat, British West Indies**
Tel: 727-388-2687 Toll Free:  866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

One-Time Application ------------------------------------------------$125.00**
One-Time Matriculation------------------------------------------$600.00**
Medical Student Malpractice Insurance -----------------------$895.00**
Tuition per Semester----------------------------------------------$4,900.00
Anatomy Lab Fee -----------------------------------------------------$500.00 (per lab experience)
Technology Fee ---------------------------------------------------$250.00
Graduation Fee----------------------------------------------------$900.00 (first degree)
Additional Fee per Degree-----------------------------------------$500.00

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

## **If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.

Printed Name: _____

Signature: _____     Date: _____

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003)   USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education   © 2003-2012 USAT*



# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:
make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: ___JEB___

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be:

1.) Informed of the results of any examination taken;
2.) Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**

1.) A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.) A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.) At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.) Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.

5.) The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

Written examinations;
Practical examinations;

Initials: JEB___

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

## H. Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

## I. AWARDS

1.1    Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")

1.2

A) UNDERGRADUATE DEGREES
    Bachelor of Science (BSc)
    Bachelor of Arts (BA)
    Bachelor of Medicine and Bachelor of Surgery (MBBS)
    Bachelor of Dental Surgery (BDS)

B) GRADUATE DEGREES
    Master of Science (MSc)
    Master of Arts (MA)
    Master of Public Health (MPH)
    Doctor of Public health (DPII)
    Medical Doctor (MD)
    Doctor of Dental Medicine and Surgery (DDS)
    Doctor of Philosophy (PhD)

C) OTHER
    The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: JEB____

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student*
*Signature:* _____

*Printed Name:* Jose E. Blasco
*Date:* _____February 17, 2017____

Initials: __JEB__

5

USAT :: Edit Application

Welcome Carla Konyk [University - Administrator]
Today is Thursday, 12/24/2020
Your session will expire in 20 minutes.
You have 367 new messages.

**U.S.A.T.**
*This is Lifelong Learning*

Home  Applications  Students  Professors  Mentors  Courses  Sections  Enrollments  Reports  Organizations  Documents  Administration

Rodriguez, Lucero

**Edit Application Rodriguez, Lucero**

**Application Home**
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

**Message Center**
- Messages

**External Links**

### Application Information

Application Status: ACCEPTED

Created On: 4/2/2018 10:21:19 PM
Last Updated On: 4/16/2018 2:00:41 PM

### School Information

District University of Science, Arts and Technology
School: Puerto Rico

### Student Personal Information

First Name: Lucero
Last Name: Rodriguez
Date Of Birth (MM/DD/YYYY): 7/1/1992

Middle Name:
Suffix:
Gender: Female
Last 4 Digits of SSN: 3162
Maiden Name / Previous Names: English

Private Notes:

Degree program for which you are applying: M.D.
Is this your first application to USAT? Yes

### Student Account Information

User Name: LRodriguez1940

Password: 7192lero

### Academic Background Information

Institution Name: Medical University of the Americas
Institution Address: Potworks, Nevis West Indies
Education: Doctoral Degree
Major: MD
Start Date: 9/5/2017
G P A

Institution Phone (869) 469-9177

Were you ever the recipient of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations?
Did you earn a degree? No
No
Graduation Date 4/20/2021
Have you ever matriculated at or attended any medical school as a candidate for th
End Date 4/20/2021
Yes    Explain: I am in my second semester of medicine in Medical Un

Were you ever a party in a civil lawsuit?
No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with
No

**Medical College Admission Test Information. Leave blank if not available.**

Date: 4/22/2017        VR:        PS:

If taken, TOEFL score:        IELTS

Date taken:        Date

### Student Race/Ethnicity Information

Country of citizenship: PUERTO RICO

☐ American Indian or Alaskan Native  **Place of Birth:**
☐ Asian                                City: Caguas        State: PR
Ethnicity: Hispanic / Latino    Race: ☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White

## Student Program Association

Program:: Basic Science

## Student Contact

Primary Phone: (787) 688-4966　Home　　Default Email: lucero.rodriguez@upr.edu
Secondary Phone:

Address: Mailing　☑ Copy
Street1: Calle Arturo Cadilla EB-20 Apt. 1 Urb. Levitown　Street2:
City: Toa Baja, PR　Country: PUERTO RICO
Zip: 00949　State: Unknown

Address: Mailing
Street1: Calle Arturo Cadilla EB-20 Apt. 1 Urb. Levitown　Street2:
City: Toa Baja, PR　Country: PUERTO RICO
Zip: 00949　State: Unknown

## Contacts

### Emergency Contact

New or Select: Marrero Santiago, Christian
First Name: Christian　Last Name: Marrero Santiago
Primary Language English　Occupation
Comments:
Primary Phone: (787) 244-2600　Mobile　Default Email: christianmarrero77@gmail.com
Secondary Phone:

Address: Residential
Street1: Cond. Paseo Abril Apt. 1205　Street2:
City: Toa Baja, PR　Country: PUERTO RICO
Zip: 00949　State: Unknown

### Spouse

New or Select:
First Name:　Last Name:
Primary Language English　Occupation
Comments:
Primary Phone:　Default Email:
Secondary Phone:

Address:
Street1:　Street2:
City:　Country: UNITED STATES
Zip:　State:

## Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| Application Fee | 7/3/2019 | RECEIVED | | | |
| Background Check | 4/12/2018 | RECEIVED | How do you plan to finance your medical education? | | |
| Enrollment Agreement | 9/25/2019 | RECEIVED | Student Loan | | |
| Letter of Recommendation 1 | 4/12/2018 | RECEIVED | From what source or individual did you hear about the University? | | |
| Letter of Recommendation 2 | 4/13/2018 | RECEIVED | Website/Search Engine | | |
| Resume/CV | 4/12/2018 | RECEIVED | | | |
| Unofficial Transcripts | 7/15/2019 | RECEIVED | | | |
| SCHOOL USE ONLY - OTRX | 7/3/2019 | RECEIVED | | | |
| Matriculation Fee | 7/8/2019 | RECEIVED | | | |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | | | |
| Anatomy Lab Fee | | NOT_SUBMITTED | Signature Confirmation | | |
| SCHOOL USE ONLY - Letter of Acceptance | 1/14/2019 | RECEIVED | I understand that this constitutes a legal signature confirming that all inform | | |
| Fee Schedule PR | 7/3/2019 | RECEIVED | acknowledge and agree to the all Terms of Acceptance to the University. | | |

Records: 14　　⏮ ⏪ Page 1 Of 1 Pages ⏩ ⏭

Applicant Signature: Lucero Rodriguez Fernandez

## Additional Information

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

   a.  Application Fee............$125
   b.  Matriculation Fee......... $600
   c.  Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _Lucero Rodriguez Fernandez_

Signature: _____    Date: 4 / Abril / 2018

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

# USAT MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.

**Mission Statement**

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world

**Equal Opportunities Statement**

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear  The University's Equal Opportunities statement is as follows

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to.

- make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
- work to foster good relationships between individuals from different groups,
- observe and develop the diversity of skills and talents within its student body, current faculty and staff.
- build an environment based on trust and mutual respect;
- undertake a plan of action to make and enforce equality procedures;
- regularly monitor the effectiveness of equal opportunity policies,
- communicate to students, faculty, staff and others the support of equal opportunities within University policies

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance  Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University

Registration and matriculation of students takes place at orientation  Students must read and understand Academic Regulations of the University  The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file  No student shall be permitted to attend classes until properly registered

All students are expected to adhere to the University's attendance policy as follows
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%  All students are expected to arrive on time to all classes and examinations  Lateness may also accrue to represent possible absence at the discretion of the instructor

Daily attendance lists will be used to track attendance  These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary

Initials: LRF

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures

1  Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc

2  Student shall be given a written counseling if the situation does not resolve after verbal counsel

3  Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling

4  Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas  Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed  In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts  If it is determined that the student is not planning to attend the University after being given documentation to join the program  the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees  The following regulations have been made in accordance with those provisions

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered,

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole,

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded

b  A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science  Arts and Technology, Montserrat will not be

1 )        Informed of the results of any examination taken,

2 )        Awarded any degree or other qualification, to include official transcripts

## D. Withdrawal from examinations

1 )        A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program  not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program  The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered  The passing grade for all examinations shall be 70% or a letter grade of "C "

2 )        A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3 )        At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, may submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination

4 )        Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element

5 )        The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study

## E. Reassessment/failure

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School

## F. Illness

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above

## G. Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations, however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs

Assessment methods may include the following:

Written examinations;

Practical examinations;

Initials: ___ LRF

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements  All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures

## II. Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision,

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations

## I. AWARDS
1 1        Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1 2
A) UNDERGRADUATE DEGREES
         Bachelor of Science (BSc)
         Bachelor of Arts (BA)
         Bachelor of Medicine and Bachelor of Surgery (MBBS)
         Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
         Master of Science (MSc)
         Master of Arts (MA)
         Master of Public Health (MPH)
         Doctor of Public health (DPH)
         Medical Doctor (MD)
         Doctor of Dental Medicine and Surgery (DDS)
         Doctor of Philosophy (PhD)
C) OTHER
         The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials:  __LRF__

3

II  General Regulations for Examinations
 A. General
A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

 B. Admission to Examinations
a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations

b  In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit  The passing score for all examinations shall be 70% or the letter grade of "C"

c  The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures

All students must adhere to the following USAT University Policies while enrolled in all programs.

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus  This policy applies to all social functions or events that are held in or around college buildings  Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school  *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college  Action will be taken immediately, including the probability of expulsion, regardless of the number involved  Similar action will be taken against those who advocate such described activities

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals  The entire appeal process is focused on fairness and "due process" for students  NOTE  All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus  Law enforcement officers may have firearms in their possession while on campus  Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus  Campus Security must approve any exception  Possession and use of fireworks on the college campus is prohibited  Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus  The privilege of playing card games is given on the assumption that no gambling takes place  However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community  Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal  Examples of dishonest practice include but are not limited to *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination, otherwise, they will be considered improper  An "examination" is defined as "any testing situation in which the score will be used for credit in a course "  *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work)  An assignment is defined as "any materials submitted or presented by a student for credit in a course "

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college  The director shall notify the student and appropriate agency (counselor, medical consultant, etc ) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: LRF

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract:** If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1.  Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2.  For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3.  All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4.  Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5.  Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.

**Finality** - Decisions made by the College are final

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised

I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.

Student
Signature: ___Lucero Rodriguez Fernandez___ *Lucero Rodriguez Fernández*

Printed Name: ___Lucero Rodriguez Fernandez___
Date: ___april 4, 2018___ *April 4, 2018*

Initials:LRF

5



Welcome Ada Huffman [University of Science, Arts and Technology, (USAT) - Administrator]
Today is Friday, 8/11/2017
Your session will expire in 20 minutes    Logout
You have no new messages

**U.S.A.T.**
*This is Lifelong Learning*

Home   Applications   Students   Professors   Mentors   Courses   Sections   Enrollments   Reports   Organizations   Documents   Administration

TORRES, LISA MARIEL

**Edit Application TORRES, LISA**

Application Home

| Application Info |
| Edit Application |
| Application History |
| Application Ledger |
| Family |
| Forms |

Message Center

| Messages |

External Links

Save

**Application Information**

Application Status: SUBMITTED

Created On: 3/28/2017 3:09:22 PM
Last Updated On: 8/10/2017 3:41:13 PM

**School Information**

District University of Science, Arts and Technology
School: USAT

**Student Personal Information**

First Name: LISA
Last Name: TORRES
Date Of Birth (MM/DD/YYYY): 12/17/1991

Middle Name: MARIEL
Suffix:
Gender: Female
Language: English

Private Notes:

Last 4 Digits of SSN: 4497
Maiden Name / Previous Names:
Degree program for which you are applying: M.D.
Is this your first application to USAT? Yes

Occupation: M.D. STUDENT
Please indicate the program of study: Medicine (MD/MBBS/DO)

**Student Account Information**

User Name: ltorres566

Password: Buriburi17

**Academic Background Information**

Select the + icon to add Institutions Attended.

Institution Name: UNIBE
Institution Address: AVE. FRANCIA 129 GAZCUE, SANTO DOMINGO DR
Education: Doctoral Degree
Major: M.D
Start Date: 9/5/2016

Institution Phone: 809-689-4111
Did you earn a degree? No
Graduation Date: 5/1/2021
End Date: 5/1/2021

GPA: (FISRT SEMESTER) 3.33 - (SECOND SEMESTER) 2.78

Were you ever the recipient of any action by any college or medical school for: 1.) unacceptable academic performance (e.g., dismissal, disqualification, suspension, etc.) or 2.) conduct violations?

No ▼

Have you ever matriculated at or attended any medical school as a candidate for the M.D. degree?

Yes ▼     Explain: I AM CURRENTLY STUDYING MEDICINE AT UNIBE IN THE DOMINICAN REPUBLIC.

Were you ever a party in a civil lawsuit?

No ▼

Have you ever been convicted of, or charged with, a felony or misdemeanour, with the exception of parking violations?

No ▼

**Medical College Admission Test Information. Leave blank if not available.**

Date: [          ]     VR: [     ]     PS: [     ]     WS: [     ]     BS: [     ]

If taken, TOEFL score: [          ]     IELTS band: [          ]

Date taken: [          ]     Date taken: [          ]

**Student Race/Ethnicity Information**

Ethnicity: Hispanic / Latino ▼     Race:
☐ American Indian or Alaskan Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White

Country of citizenship: UNITED STATES ▼

**Place of Birth:**

City: PONCE     State: PR     Country: USA

**Student Program Association**

Program Basic Science ▼

**Student Contact**

Primary Phone: (787) 342-9102     ◊ Mobile ▼     Default Email: leiram_1712@hotmail.com ✉
Secondary Phone: [          ]     ◊ [     ] ▼

Address: Residential ▼     Copy
Street1:          Street2:

URB. LA VEGA STREET C #85

City: VILLALBA
Zip: 00766
Country: UNITED STATES
State: PUERTO RICO

Address: Residential
Street1: 32 JACKSON AVE
Street2: APT 1
City: FITCHBURG
Country: UNITED STATES
Zip: 01420
State: MASSACHUSETTS

## Contacts

### Emergency Contact

New or Select: COLON, SONIA

First Name: SONIA
Last Name: COLON
Primary Language: English
Occupation: SENIOR QUALITY INSPECTOR
Comments:
Primary Phone: (978) 602-7635    Mobile
Default Email: soniacolon5@aol.com
Secondary Phone:

Address: Residential
Street1: 32 JACKSON AVE
Street2: APT 1
City: FITCHBURG
Country: UNITED STATES
Zip: 01420
State: MASSACHUSETTS

### Spouse

New or Select:

First Name:
Last Name:
Primary Language: English
Occupation:
Comments:
Primary Phone:
Default Email:
Secondary Phone:

Address:
Street1:
Street2:
City:
Country: UNITED STATES
Zip:
State:

## Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| Application Fee | | NOT_SUBMITTED | | 📎 | 📖 |
| Background Check | | NOT_SUBMITTED | | | 📖 |
| Enrollment Agreement | | NOT_SUBMITTED | | 📎 | 📖 |
| Fee Schedule | | NOT_SUBMITTED | | 📎 | 📖 |
| Letter of Recommendation 1 | | NOT_SUBMITTED | | 📎 | 📖 |
| Letter of Recommendation 2 | | NOT_SUBMITTED | | 📎 | 📖 |
| Resume/CV | | NOT_SUBMITTED | | | 📖 |
| Unofficial Transcripts | | NOT_SUBMITTED | | | 📖 |
| SCHOOL USE ONLY - OTRX | | NOT_SUBMITTED | | | 📖 |
| SCHOOL USE ONLY - Matriculation | | NOT_SUBMITTED | | | 📖 |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | | | 📖 |

Records: 11    `<<` `<` Page 1 Of 1 Pages `>` `>>`

## Additional Information

Additional Information

**How do you plan to finance your medical education?**
MY PARENTS ARE GOING TO HELP ME, AND ALSO I THINK I AM GOII

**From what source or individual did you hear about the University?**
Family or Friend

**Do you have relatives or friends who are (were) students at USAT?** Yes

**If "Yes", please list the name(s):** JOSE BLASCO

**Please list the relationship(s):** FRIEND

### Signature Confirmation

*I understand that this constitutes a legal signature confirming that all information provided is accurate, and I also acknowledge and agree to the all Terms of Acceptance to the University.*    True

**Applicant Signature:** LISA M. TORRES    Date Signed: 8/11/2017

Save



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

Main Administrative Office:
4288 Youngfield St., Wheat Ridge, CO 80033
Tel: (303) 371-0252  Fax: (303) 317-0117
Puerto Rico:
PO Box 364363. San Juan PR 00936
Tel: (787) 300-2111  Fax: (787) 300-2049
www.usat.edu

## Puerto Rico Student Fee Schedule

The following information is in regards to all fees pertaining to the USAT MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $995.00** |
| Tuition per Semester | $5,490.00 |
| Laboratory Fee | $2,000.00 |
| Technology Fee | $1,450.00 |
| Clinical Fee | $3,200.00 |
| Graduation Fee | $900.00 |

*(The first three on the list must be paid in order to receive an **ID Badge** from the University)*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive two (2) sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: Lisa M. Torres          Date: 8/22/17

Signature: _____

*The University of Science, Arts & Technology does not to discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*

# USAT MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;
work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: **LTC**

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be:

1.)     Informed of the results of any examination taken;

2.)     Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**

1.)     A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.)     A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.)     At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.)     Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.

5.)     The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

Written examinations;

Practical examinations;

Initials: LTC

2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

**H. Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

**I. AWARDS**
1.1        Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1.2
A) UNDERGRADUATE DEGREES
            Bachelor of Science (BSc)
            Bachelor of Arts (BA)
            Bachelor of Medicine and Bachelor of Surgery (MBBS)
            Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
            Master of Science (MSc)
            Master of Arts (MA)
            Master of Public Health (MPH)
            Doctor of Public health (DPII)
            Medical Doctor (MD)
            Doctor of Dental Medicine and Surgery (DDS)
            Doctor of Philosophy (PhD)
C) OTHER
            The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: LTC

3

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or exanimations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: LTC

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student Signature:* _____

*Printed Name:* Lisa M. Torres

*Date:* 8/22/17

Initials: LTC

5



## Student Program Association

Program::  ⌄

## Student Contact

Primary Phone: (787) 207-2127    Home ⌄    Default Email: joffre.gomez7@gmail.com
Secondary Phone:    ⌄

Address: Mailing ⌄    ☑ Copy
Street1: RR01 mailbox 4620    Street2:
City: Maricao    Country: PUERTO RICO ⌄
Zip: 00606    State: Unknown ⌄

Address:    ⌄
Street1:    Street2:
City:    Country: UNITED STATES ⌄
Zip:    State:    ⌄

## Contacts

### Emergency Contact    ✕

New or Select: Gomez, Joffre
First Name: Joffre    Last Name: Gomez
Primary Language English    ⌄    Occupation Banker
Comments:
Primary Phone: (787) 207-2127    Mobile ⌄    Default Email: Joffre.gomez@yahoo.com
Secondary Phone:    ⌄

Address: Mailing ⌄
Street1: RR01 mailbox 4620    Street2:
City: Maricao    Country: PUERTO RICO ⌄
Zip: 00606    State: Unknown ⌄

### Spouse

New or Select:
First Name:    Last Name:
Primary Language English    ⌄    Occupation
Comments:
Primary Phone:    ⌄    Default Email:
Secondary Phone:    ⌄

Address:    ⌄
Street1:    Street2:
City:    Country: UNITED STATES ⌄
Zip:    State:    ⌄

## Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| | | ⌄ | | ⬇ | ✎ |
| Application Fee | 7/3/2019 | RECEIVED | | | ✎ |
| Background Check | 7/3/2019 | RECEIVED | How do you plan to finance your medical education? ⬇ | | ✎ |
| Enrollment Agreement | 9/25/2019 | RECEIVED | Loan | | ✎ |
| Letter of Recommendation 1 | 7/3/2019 | RECEIVED | From what source or individual did you hear about the University? ⬇ | | ✎ |
| Letter of Recommendation 2 | 7/3/2019 | REJECTED | Family or Friend ⌄ | | ✎ |
| Resume/CV | 7/3/2019 | RECEIVED | | | ✎ |
| Unofficial Transcripts | 7/3/2019 | RECEIVED | | | ✎ |
| SCHOOL USE ONLY - OTRX | 8/15/2018 | RECEIVED | If "Family or Friend", please list: | | ✎ |
| Matriculation Fee | | NOT_SUBMITTED | | | |
| SCHOOL USE ONLY - Insurance | 7/3/2019 | REJECTED | **Signature Confirmation** | | ✎ |
| Anatomy Lab Fee | | NOT_SUBMITTED | | | |
| SCHOOL USE ONLY - Letter of Acceptance | 7/3/2019 | RECEIVED | *I understand that this constitutes a legal signature confirming that all infor* | | |
| Fee Schedule PR | 7/3/2019 | RECEIVED | *acknowledge and agree to the all Terms of Acceptance to the University.* ⬇ | | |

Records: 14    ⏮ ◀ Page 1 Of 1 Pages ▶ ⏭    Applicant Signature: Joffre Gomez    D

## Additional Information

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee............$125
    b.   Matriculation Fee......... $600
    c.   Anatomy Lab Fee.........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: *Joffr Gómez*

Signature: _____   Date: *6/4/18*

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

**USAT** MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

> *Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

> *Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

> *Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

> *Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

### Matriculation, Enrollment and Orientation

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials: *JGF*

1

## Attendance Policy:

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

## Graduation and Completion of Program

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study,)

A. Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
B. Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
C. Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
D. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science, Arts and Technology, Montserrat will not be:
    a. Informed of the results of any examination taken;
    b. Awarded any degree or other qualification, to include official transcripts.

## Withdrawal from examinations

1. A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.
2. At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.
3. Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.
4. The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials: _JEGF_

2

### Reassessment/Failure/Illness

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

### Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

### Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a        Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b        Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials: *JELF*

3

## Awards

1.1   Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the University")

1.2

### A) UNDERGRADUATE DEGREES

Bachelor of Science (BSc)
Bachelor of Arts (BA)
Bachelor of Medicine and Bachelor of Surgery (MBBS)

### B) GRADUATE DEGREES

Master of Science (MSc)
Master of Public Health (MPH)
Doctor of Medicine (MD)
Doctor of Public Health (DPH)
Doctor of Philosophy (PhD)
Doctor of Science (ScD)
Doctor of Education (EdD)

### C) OTHER

The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

### A. General

A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

## All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

### Behavioral Policies:

*Alcoholic Beverages, Narcotics, and Drugs:* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence:* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: *JEbF*                                                                                                                    4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

### Policies for Student Clinical Training:

1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.

2. For each week to be valid, a minimum of 15 hours per week must be documented and certified by each physician preceptor with proper documentation sent to the University.

3. All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.

4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.

5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

### Issuance of Transcripts:
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality** - Decisions made by the University are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, <u>with the exception of the application fee and the matriculation fee which are NON-Refundable</u>. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

Student
Signature: _____

Printed
Name: _____ *Joffre Gomez* _____

Date: _____ *6/4/18* _____

Initials: *JEGF*                                                                 5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty.
Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presentations.

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents
*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's signature or information on any academic document.*

## Plagiarism
*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## Cheating
*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, electronic devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including intellectual property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may include, but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics
*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or more of the following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of USAT will consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** _____

**Printed Name:** _Joffre Gomer_ _____

**Date:** _6/4/18_ _____

Initials: _JEGF_                                                                        6

USAT :: Edit Application



## Student Program Association

Program:: Basic Science

## Student Contact

Primary Phone: (939) 217-7555   Mobile    Default Email: zabdiel.nieves5@gmail.com
Secondary Phone:

Address: Billing   ☑ Copy
Street1: Bz.79 Urb.Paseos del Valle    Street2: Calle Paz H2
City: San German    Country: PUERTO RICO
Zip: 00683    State: Unknown

Address: Residential
Street1: Urb.Paseos del Valle Calle Paz H2    Street2:
City: San German    Country: PUERTO RICO
Zip: 00683    State: Unknown

## Contacts

### Emergency Contact ✕

New or Select: Rivera, Gisela
First Name: Gisela    Last Name: Rivera
Primary Language Spanish    Occupation Professor
Comments:
Primary Phone: (939) 630-7559   Mobile    Default Email: profgiserivera@gmail.com
Secondary Phone:

Address: Billing
Street1: Bz.79 Urb.Paseos del Valle    Street2: Calle Paz H2
City: San German    Country: PUERTO RICO
Zip: 00683    State: Unknown

### Spouse

New or Select:
First Name:    Last Name:
Primary Language English    Occupation
Comments:
Primary Phone:    Default Email:
Secondary Phone:

Address:
Street1:    Street2:
City:    Country: UNITED STATES
Zip:    State:

## Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| Application Fee | 11/25/2020 | RECEIVED | | | |
| Background Check | 6/4/2018 | RECEIVED | How do you plan to finance your medical education? | | |
| Enrollment Agreement | 11/25/2020 | RECEIVED | Loan | | |
| Letter of Recommendation 1 | 6/4/2018 | RECEIVED | From what source or individual did you hear about the University? | | |
| Letter of Recommendation 2 | 6/4/2018 | RECEIVED | Family or Friend | | |
| Resume/CV | 6/4/2018 | RECEIVED | | | |
| Unofficial Transcripts | 7/3/2019 | RECEIVED | | | |
| SCHOOL USE ONLY - OTRX | 7/3/2019 | RECEIVED | If "Family or Friend", please list: | | |
| Matriculation Fee | 7/3/2019 | RECEIVED | | | |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | Signature Confirmation | | |
| Anatomy Lab Fee | | NOT_SUBMITTED | | | |
| SCHOOL USE ONLY - Letter of Acceptance | 11/25/2020 | RECEIVED | I understand that this constitutes a legal signature confirming that all infor... acknowledge and agree to the all Terms of Acceptance to the University. | | |
| Fee Schedule PR | 11/25/2020 | RECEIVED | | | |

Records: 14    ⏮ ◀ Page 1 Of 1 Pages ▶ ⏭    Applicant Signature: Zabdiel Nieves Rivera

## Additional Information

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC, All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| **Tuition*** (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| **Fees:** | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| **Total** | **$20,365** | **$20,365** | **$23,430** | **$24,330** |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee............$125
    b.   Matriculation Fee......... $600
    c.   Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name:  Zabdiel A Nieves Rivera _____

Signature: _____ Date: 06/02/2018 _____

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

**USAT** MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

*Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

*Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

*Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

*Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

### Matriculation, Enrollment and Orientation

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials: _[signature]_

1

## Attendance Policy:

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

## Graduation and Completion of Program

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study,)

A. Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
B. Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
C. Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
D. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science. Arts and Technology, Montserrat will not be:
  a. Informed of the results of any examination taken;
  b. Awarded any degree or other qualification, to include official transcripts.

## Withdrawal from examinations

1. A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.
2. At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.
3. Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.
4. The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials: _[signature]_

2

## Reassessment/Failure/Illness

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

## Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

## Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a    Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b    Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials: *ЗЛЛЯ*

3

## Awards

1.1 Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the University")

1.2

### A) UNDERGRADUATE DEGREES
Bachelor of Science (BSc)
Bachelor of Arts (BA)
Bachelor of Medicine and Bachelor of Surgery (MBBS)

### B) GRADUATE DEGREES
Master of Science (MSc)
Master of Public Health (MPH)
Doctor of Medicine (MD)
Doctor of Public Health (DPH)
Doctor of Philosophy (PhD)
Doctor of Science (ScD)
Doctor of Education (EdD)

### C) OTHER
The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

### A. General
A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

## Behavioral Policies:

*Alcoholic Beverages, Narcotics, and Drugs*: USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence*: Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: *[signature]*

4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

**Policies for Student Clinical Training:**

1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.

2. For each week to be valid, a minimum of 15 hours per week must be documented and certified by each physician preceptor with proper documentation sent to the University.

3. All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.

4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.

5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality** - Decisions made by the University are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, <u>with the exception of the application fee and the matriculation fee which are NON-Refundable</u>. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

Student
Signature: _~signature~_ _____

Printed
Name:          Zabdiel A Nieves Rivera _____

Date:          06/02/2018 _____

Initials: _~initials~_                                                    5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty.
Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presentations.

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents
*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's' signature or information on any academic document.*

## Plagiarism
*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## Cheating
*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, electronic devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including intellectual property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may include, but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics
*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or more of the following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of USAT will consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** _____

**Printed Name:** Zabdiel A Nieves Rivera

**Date:** 06/02/2018

Initials: _____

6

# U.S.A.T.
*This is Lifelong Learning*

Welcome Manuel Ortiz Bustillo [University of Science, Arts and Technology, (USAT) - Admissions/Student Support]
Today is Thursday, 1/4/2018
Your session will expire in 20 minutes   Logout
You have no new messages

Home   Applications   Students   Professors   Courses   Sections   Enrollments   Reports   Organizations   Documents   Administration

De Jesús Ureña, Enny

**Edit Application De Jesús Ureña, Enny**

**Application Home**
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

**Message Center**
- Messages

**External Links**

**Save**

## Application Information

| | |
|---|---|
| Application Status: PENDING_DOCUMENTS | Created On: 1/2/2018 12:56:08 PM |
| | Last Updated On: 1/2/2018 3:34:31 PM |

## School Information

District University of Science, Arts and Technology
School: USAT-Puerto Rico

## Student Personal Information

| | |
|---|---|
| First Name: Enny | Middle Name: |
| Last Name: De Jesús Ureña | Suffix: |
| Date Of Birth (MM/DD/YYYY): 1/17/1991 | Gender: Female |
| | Language: English |

Private Notes:

| | |
|---|---|
| Last 4 Digits of SSN: 9211 | Occupation: Student |
| Maiden Name / Previous Names: | Please indicate the program of study: Medicine (MD/MBBS/DO) |
| Degree program for which you are applying: M.D. | |
| Is this your first application to USAT? Yes | |

## Student Account Information

| | |
|---|---|
| User Name: EDeJesúsUreña1373 | Password: Edju17172128 |

## Academic Background Information

Select the + icon to add Institutions Attended.

| | | | |
|---|---|---|---|
| Institution Name | Colegio Santa Rosa | | |
| Institution Address | 23 CII Degeatu Bayamón. PR 00961 | Institution Phone | (787) 785-1195 |
| Education | High School Diploma | Did you earn a degree? | Yes |
| Major | High School | Graduation Date | 5/28/2008 |
| Start Date | 8/8/2002 | End Date | 5/16/2008 |
| GPA: 3.94 | | | |

| | | | |
|---|---|---|---|
| Institution Name | Universidad de Puerto Rico en Bayamón | | |
| Institution Address | PR-174 Bayamón, PR00958 | Institution Phone | (787) 993-0000 |
| Education | Bachelor's Degree | Did you earn a degree? | Yes |
| Major | Human Biology | Graduation Date | 6/19/2013 |
| Start Date | 8/20/2008 | End Date | 5/23/2013 |
| GPA: 3.56 | | | |

| | | | |
|---|---|---|---|
| Institution Name | University of Health Sciences Antigua | | |
| Institution Address | Dowhill Campus, Piccadilly St John's, Antigua | Institution Phone | (787) 753-0253 |
| Education | Doctoral Degree | Did you earn a degree? | No |
| Major | Medical Doctor | Graduation Date | |
| Start Date | 8/16/2016 | End Date | 12/20/2016 |
| GPA: N/A | | | |

Were you ever the recipient of any action by any college or medical school for: 1.) unacceptable academic performance (e.g., dismissal, disqualification, suspension, etc.) or 2.) conduct violations?
No

Have you ever matriculated at or attended any medical school as a candidate for the M.D. degree?
No

Were you ever a party in a civil lawsuit?
No

Have you ever been convicted of, or charged with, a felony or misdemeanour, with the exception of parking violations?
No

**Medical College Admission Test Information. Leave blank if not available.**

*acknowledge and agree to the all Terms of Acceptance to the University.*                  are (were) students at USAT?

## Student Race/Ethnicity Information

☐ American Indian or Alaskan Native
☐ Asian
oEthnicity: Not Hispanic / Latino          Race: ☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White

## Student Program Association

oProgram

## Student Contact

oPrimary Phone: (787) 436-9460          o Mobile          oDefault Email: enny.dejesus@hotmail.com ✉
oSecondary Phone:                        o

Address: Residential          ☑ Copy          Copy
oStreet1: 2435 mW Lapham St          oStreet2:
oCity: Milwaukee          Country: UNITED STATES
oZip: 53204          oState: WISCONSIN

Address:          Same          Copy
Street1:          Street2:
City:          Country:
Zip:          State:

## Contacts

### Emergency Contact          ✕

☐ New or Select: Ureña, Milagros ▼
oFirst Name: Milagros          oLast Name: Ureña
oPrimary Language English          oOccupation
Comments:
oPrimary Phone: (787) 454-1669          o Mobile          oDefault Email: milagros.urena@hotmail.com ✉
oSecondary Phone:          o

Address: Residential          Same
oStreet1: 2435 W Lapham St          oStreet2:
oCity: Milwaukee          Country: UNITED STATES
oZip: 53204          oState: WISCONSIN

### Spouse

☐ New or Select: ▼
First Name:          Last Name:
Primary Language English          Occupation
Comments:
Primary Phone:          Default Email: ✉
Secondary Phone:

Address:          Same
Street1:          Street2:
City:          Country: UNITED STATES
Zip:          State:

## Document Requirements

**Document Requirements**



| Document | Modified | Status | Description | Downloa | Upload |
|---|---|---|---|---|---|
| Application Fee | 1/2/2018 | SUBMITTED | | | |
| Background Check | 1/3/2018 | SUBMITTED | | | |
| Enrollment Agreement | 1/2/2018 | SUBMITTED | | | |
| Fee Schedule | 1/2/2018 | SUBMITTED | | | |
| Letter of Recommendation 1 | 1/4/2018 | SUBMITTED | | | |
| Letter of Recommendation 2 | | NOT_SUBMITTED | | | |
| Resume/CV | 1/2/2018 | SUBMITTED | | | |
| Unofficial Transcripts | 1/3/2018 | SUBMITTED | | | |
| SCHOOL USE ONLY - OTRX | | NOT_SUBMITTED | | | |
| Matriculation Fee | | NOT_SUBMITTED | | | |

Records: 12    Page 1 Of 1 Pages

**Additional Information**

Additional Information:

**Save**

3.9.0
Maestro SIS © 2018 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

**P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat, British West Indies**
**Tel: 727-388-2687 Toll Free:  866-596-9577**

**U.S. Information Office: 4288 Youngfield St. Wheat Ridge, CO 80033**
**Local Phone: 303-371-0252, Fax: 303-371-6967/0117**

**http://usat.edu**
**Email: Last Names A-L admissions@usat.edu**
**Last Names M-Z admissions2@usat.edu**

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** _Non-Refundable_ |
| One-Time Matriculation | $600.00** _Non-Refundable_ |
| Medical Student Malpractice Insurance | $995.00** |
| Tuition per Semester | $5,490.00 |
| Anatomy Lab Fee | $600.00 (per lab experience) |
| Technology Fee | $500.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $300.00 |

_**{The first three on the list must be paid in order to receive an ID Badge from the University}**_

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

**ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT**

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

**Please retain a copy of this schedule for your reference.**
**I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.**

Printed Name:   Enny M De Jesus Urena

Signature:  *D Jesus*                                     Date:  01/2/1018

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003) USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*

**USAT** MONTSERRAT

**UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT**

## OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.**

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

*Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

*Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

*Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

*Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

### Matriculation, Enrollment and Orientation

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials: _DJU_

1

**Attendance Policy:**

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

## Graduation and Completion of Program

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study,)

A. Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
B. Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
C. Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
D. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science. Arts and Technology, Montserrat will not be:
   a. Informed of the results of any examination taken;
   b. Awarded any degree or other qualification, to include official transcripts.

## Withdrawal from examinations

1. A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.
2. At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.
3. Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.
4. The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials: _[signature]_                                                                                             2

**Reassessment/Failure/Illness**

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

**Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

**Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a.    Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b.    Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials: _____    3

**Awards**

1.1   Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the University")

1.2

A) UNDERGRADUATE DEGREES

Bachelor of Science (BSc)
Bachelor of Arts (BA)
Bachelor of Medicine and Bachelor of Surgery (MBBS)

B) GRADUATE DEGREES

Master of Science (MSc)
Master of Public Health (MPH)
Doctor of Medicine (MD)
Doctor of Public Health (DPH)
Doctor of Philosophy (PhD)
Doctor of Science (ScD)
Doctor of Education (EdD)

C) OTHER

The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

**A. General**

A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

**B. Admission to Examinations**

a.  Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b.  In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c.  The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

## Behavioral Policies:

*Alcoholic Beverages, Narcotics, and Drugs*: USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence*: Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: _DJU_                                                                                                          4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of <u>15 hours per week</u> must be documented and certified by each physician preceptor with proper documentation sent to the University.
3. All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality** - Decisions made by the University are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, <u>with the exception of the application fee and the matriculation fee which are NON-Refundable</u>. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

**Student Signature:** _D Jesus_

**Printed Name:** Enny M De Jesus Urena

**Date:** 01/2/1018

Initials: _DJU_                                                                 5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty.
Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presentations.

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents

*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's' signature or information on any academic document.*

## Plagiarism

*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## *Cheating*

*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, electronic devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including intellectual property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may include, but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics

*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or more of the following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of USAT will consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** _D Jesus_

**Printed Name:** Enny M De Jesus Urena

**Date:** 01/2/2018

Initials: _DJU_                                                                      6

USAT – Edit Application



Welcome Carla Konyk [University - Administrator]
Today is Thursday, 12/24/2020
Your session will expire in 20 minutes.
You have 367 new messages.

**U.S.A.T.** This is Lifelong Learning

Home  Applications  Students  Professors  Mentors  Courses  Sections  Enrollments  Reports  Organizations  Documents  Administration

Rosado Villafane, Loraima Michelle

**Application Home**
- Application Info
- Edit Application
- Application History
- Application Ledger
- Family
- Forms

**Message Center**
- Messages

**External Links**

### Edit Application Rosado Villafane, Loraima

**Application Information**

Application Status: ACCEPTED

Created On: 5/2/2018 4:10:33 PM
Last Updated On: 6/4/2018 3:43:23 PM

**School Information**

District University of Science, Arts and Technology
School: Puerto Rico

**Student Personal Information**

First Name: Loraima
Last Name: Rosado Villafane
Date Of Birth (MM/DD/YYYY): 4/18/1993

Middle Name: Michelle
Suffix:
Gender: Female
Last 4 Digits of SSN: 8232
Maiden Name/Previous Names: English

Private Notes:

Degree program for which you are applying: BSc
Is this your first application to USAT? Yes

**Student Account Information**

User Name: LRosadoVillafane1564
Password: S@miraLoren6129

**Academic Background Information**

Institution Name: University of Puerto Rico, Campus Cayey
Institution Address: 205, Calle Antonio R. Barceló, Cayey, 00736
Education: Bachelor's Degree
Major: Natural sciences
Start Date: 8/11/2011
G P A

Institution Phone: (787) 738-2161
Were you ever the recipient of any action by any college or medical school for: 1.) suspension, etc.) or 2.) conduct violations?
No
Did you earn a degree? Yes
Graduation Date: 5/27/2016
Have you ever matriculated at or attended any medical school as a candidate for the
End Date: 5/18/2016
Yes      Explain: UHSA, loan reimbursement problems.
Were you ever a party in a civil lawsuit?
No
Have you ever been convicted of, or charged with, a felony or misdemeanour, with
No

**Medical College Admission Test Information. Leave blank if not available.**

Date: 1/28/2017        VR: 118        PS:
If taken, TOEFL score:        IELTS
Date taken:        Date

**Student Race/Ethnicity Information**

Country of citizenship: PUERTO RICO

☐ American Indian or Alaskan Native     **Place of Birth:**
☐ Asian                City: Ponce        State: PR
Ethnicity: Hispanic / Latino    Race: ☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

USA - Edit Application

**Student Program Association**

Program:: Basic Science

**Student Contact**

Primary Phone: (787) 240-6129    Mobile    Default Email: loraima.rosadov@gmail.com
Secondary Phone: (787) 396-8496    Mobile

Address: Mailing    ☑ Copy
Street1: PO BOX 1369    Street2:
City: Jayuya, PR    Country: PUERTO RICO
Zip: 00664    State: Unknown

Address: Residential
Street1: Bo Rio Grande    Street2:
City: Jayuya    Country: PUERTO RICO
Zip: 00664    State: Unknown

**Contacts**

**Emergency Contact**    ✕

☐ New or Select: Rosado Villafane, Norimar

First Name: Norimar    Last Name: Rosado Villafane
Primary Language Spanish    Occupation Psychology student
Comments:
Primary Phone: (787) 396-8496    Mobile    Default Email: normal.rosado@upr.edu
Secondary Phone:

Address: Mailing
Street1: PO BOX 1369    Street2:
City: Jayuya, PR    Country: PUERTO RICO
Zip: 00664    State: Unknown

**Spouse**

☐ New or Select:

First Name:    Last Name:
Primary Language English    Occupation
Comments:
Primary Phone:    Default Email:
Secondary Phone:

Address:
Street1:    Street2:
City:    Country: UNITED STATES
Zip:    State:

**Document Requirements**

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| Application Fee | 7/3/2019 | RECEIVED | | | |
| Background Check | 7/3/2019 | RECEIVED | How do you plan to finance your medical education? | | |
| Enrollment Agreement | 9/25/2019 | RECEIVED | Loan | | |
| Letter of Recommendation 1 | 7/3/2019 | RECEIVED | From what source or individual did you hear about the University? | | |
| Letter of Recommendation 2 | 7/3/2019 | RECEIVED | Family or Friend | | |
| Resume/CV | 7/3/2019 | RECEIVED | | | |
| Unofficial Transcripts | 7/15/2019 | RECEIVED | | | |
| SCHOOL USE ONLY - OTRX | 7/3/2019 | RECEIVED | If "Family or Friend", please list: | | |
| Matriculation Fee | 9/25/2019 | RECEIVED | | | |
| SCHOOL USE ONLY - Insurance | 7/3/2019 | REJECTED | | | |
| Anatomy Lab Fee | | NOT_SUBMITTED | **Signature Confirmation** | | |
| SCHOOL USE ONLY - Letter of Acceptance | 8/7/2018 | RECEIVED | *I understand that this constitutes a legal signature confirming that all inform acknowledge and agree to the all Terms of Acceptance to the University.* | | |
| Fee Schedule PR | 7/3/2019 | RECEIVED | | | |

Records: 14    ◄◄ ◄ Page 1 Of 1 Pages ► ►►

Applicant Signature: Loraima M. Rosado Villafane

**Additional Information**
Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee............$125
    b.   Matriculation Fee......... $600
    c.   Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: Loraima M. Rosado Villafāne

Signature: *Loraima M. Rosado Villafāne* Date: June 2, 2018

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

**USAT** MONTSERRAT
# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA, TEXAS and PUERTO RICO; Doctor of Medicine TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014, revised 05 December 2017.

### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and technology. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

*Make every effort to ensure that applicants, prospective and current students, and members of faculty and staff ae valued based on their merits, abilities and potential without discrimination on the grounds of age, sex disability, race, color nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction.*

*Work to foster good relationships between individuals from diverse groups; observe and develop the diversity of skill and talents with in its student body, current faculty and staff.*

*Build an environment based on trust and mutual respect and undertake a plan of action to make and enforce equality procedures.*

*Regularly monitor the effectiveness of equal opportunity policies and communicate to students, faculty, staff and others the support of equal opportunities within the Universities policies.*

### Matriculation, Enrollment and Orientation

All "Applicants" must submit a completed application and all supporting documents along with the required application fee to be considered for "temporary acceptance". Upon issuance of the letter of temporary acceptance, applicants are required to attend orientation, pay the "Matriculation Fee" (if not previously paid), for new students and agree to adhere to the Academic Regulations of the University to be confirmed as an "Enrolled Student."

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

Initials:

1

**Attendance Policy:**

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs, courses and lectures of 80%. All students are expected to arrive on time to all classes, lectures and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor and Lecture Site Administrative Staff.

Daily attendance lists will be used to track attendance. These lists shall be monitored monthly and held on file in the Administration Office and made available for inspection as necessary.

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be expelled from the program and no longer permitted to sit for examinations as a final resort after all of the former procedures have been implemented without resolution.

## International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's "Next of Kin or other designated individual" shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

## Graduation and Completion of Program

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent University to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program, or location of study.)

A. Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
B. Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
C. Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
D. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the University of Science. Arts and Technology, Montserrat will not be:
   a. Informed of the results of any examination taken;
   b. Awarded any degree or other qualification, to include official transcripts.

## Withdrawal from examinations

1. A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the USMLE or equivalent examination unless he/she provides satisfactory evidence of illness or other good cause to the Registrar of the relevant program not less than seven days before the date of the examination as published by the University, which the student is expected to sit at the discretion of the Registrar of the program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70%.
2. At the discretion of the Registrar, a student who is eligible to sit for an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination, but unable to complete the examination, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Registrar, to present in advance of the examination.
3. Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination for that course or program element.
4. The Registrar of the University will advise the Director of Students in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

Initials; *AMRV*

2

## Reassessment/Failure/Illness

A student who fails an examination at the first attempt may be permitted, at the discretion of the Registrar, to attempt the examination again on not more than two occasions per calendar year. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Registrar will advise the Director of Students.

## Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

*Written examinations;*
*Practical examinations;*
*Essays and/or reports;*
*Dissertations;*
*Written accounts of laboratory experiments or of fieldwork;*
*Multiple-choice questions;*
*Oral examinations;*
*Assessment of laboratory, fieldwork or clinical practice or of other aspects of a candidate performance during a course.*

The venues for formal written examinations will be designated by the University and published in advance of the examination.

Students are required to present themselves at the designated venue for the examination(s) for which they are required. Students unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Registrar for the University for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Registrar, with the details of the request written, signed and submitted within seven days of the date of the examination.

Where a student has been granted alternative examination arrangements, the Registrar will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case, shall a student be permitted to sit for an examination before the normal scheduled time.

The use of examination answer books or other examination stationery during the exam by students for any purpose or any occasion may constitute as misconduct under the University regulations and be liable to disciplinary procedures.

## Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant University regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.

A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a       Where a student requests such reconsideration, and provides adequate evidence which is acceptable to the Board of Examiners that the student examination was adversely affected by illness or other factors which the student was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b       Where there is straightforward evidence produced by the students or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

Initials

3

## Awards

1.1 Awards of the University of Science, Arts Technology, Montserrat conferred by University of Sci and Medicine (hereinafter referred to as "the University")

1.2

### A) UNDERGRADUATE DEGREES

Bachelor of Science (BSc)
Bachelor of Arts (BA)
Bachelor of Medicine and Bachelor of Surgery (MBBS)

### B) GRADUATE DEGREES

Master of Science (MSc)
Master of Public Health (MPH)
Doctor of Medicine (MD)
Doctor of Public Health (DPH)
Doctor of Philosophy (PhD)
Doctor of Science (ScD)
Doctor of Education (EdD)

### C) OTHER

The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

## General Regulations for Examinations

### A. General

A student taking an examination leading to an award conferred by the University either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the University in the Regulations or otherwise, including making full payment of University fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination which he/she expects to sit. The passing score for all examinations shall be 70%.

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized university examination may constitute misconduct under the University regulations and be liable to disciplinary procedures.

## All students must adhere to the following University of Science, Arts and Technology (USAT) Policies while enrolled in all programs:

### Behavioral Policies:

*Alcoholic Beverages, Narcotics, and Drugs*: USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any university academic functions or at any university sponsored event held off campus. This policy applies to all social functions or events that are held in or around university buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school.

*Campus Disruptions and Violence*: Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the university in any way by any individual or group will be considered in direct opposition to the necessary operation of the university. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the University no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the university campus at any time will result in immediate dismissal from the university and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the university campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment & Intimidation:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the university community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Initiations and/or Hazing:** The University does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

Initials: *LMRV*

4

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the University to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens interferes with the welfare of the student, other members of the university community, or the educational process of the university. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified, and the request submitted to the University. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the University will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the University will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student, the evaluating agency, and the University will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract:** If it is determined that mandatory withdrawal is not appropriate, the University in consultation with other appropriate university personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the University may then process the mandatory withdrawal. *Appeal* - As with other university policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened. All decisions made by the University Officials after considerations of an appeal shall stand.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 15 hours per week must be documented and certified by each physician preceptor with proper documentation sent to the University.
3. All students are required to have one Clinical Evaluation form and accompanying completed and signed Clinical Hour Tracker for each rotation within seven business days by the preceptor to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site all other incidents will be addressed on an individual base.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Academic Code of Ethics:** Students are expected to be honest in all aspects of their university education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the faculties and administrations discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice can be found in the *Code of Conduct* included after this document that must be signed and submitted.

**Issuance of Transcripts:**
USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT. Finality - Decisions made by the University are final.

**Refund Policy:** A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.

**Smoking/Use of Tobacco:** Smoking is prohibited inside all university buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with university interests is not permitted to advertise on campus or participate in any university function without approval.

**Student Health Insurance:** The University does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

Student
Signature: *Loraima M Rosado Villafañe*

Printed
Name: Loraima M. Rosado Villafañe

Date: June 2, 2018

Initials *LMRV*

5

# ACADEMIC CODE OF ETHICS

*Policy*

By enrolling at USAT, students agree to abide by this Academic Code of Ethics and to understand what is considered academic dishonesty. Assignments include, but are not limited to, hardcopy or electronic papers, homework, exams, laboratory exercises, projects, clinical experiences, and oral presenta

Academic dishonesty includes, but is not limited to, the following:

## Intentionally Presenting Inaccurate Information or Forging Documents
*Changing or inventing results, data, or conclusions for any assignment.*
*Changing or making up information or quotations that are passed off as authentic for any assignment.*
*Forging University personnel's' signature or information on any academic document.*

## Plagiarism
*Presenting the work of another as one's own (not citing a source).*
*Using ideas from any source without providing proper citation of the source. Improper citation consists of excluding a source or misrepresenting a source.*
*Copying or presenting material word for word from any source without using quotation marks and the proper citation of the source.*
*Copying and/or altering a few words from a source, to avoid exact quotation, without providing the proper citation of the source.*
*Rewording (paraphrasing) an idea found in a source without providing the proper citation of the source.*
*Submitting a student's own single piece of work multiple times without instructor permission.*
*Submitting the same paper or assignment during the same term to two instructors without both instructors' permission.*
*Submitting a previously graded paper, assignment, or speech to a different instructor without the current instructor's approval.*

## Cheating
*Cheating on exams and assignments.*
*Copying answers from another person or submitting another person's work as one's own.*
*Collaborating on any assignment that is supposed to be done individually.*
*Submitting as one's own any course assignment created by someone else.*
*Using any unauthorized resources during an exam or while completing assignments. Unauthorized resources include, but are not limited to, notes, ele devices, solution manuals, Cliff's Notes or anything not permitted by the instructor or proctor.*
*Stealing, or having in one's possession without permission, any exams, materials, or property belonging to faculty, staff, or another student including inte property.*
*Receiving the answers to exam questions or other assignments.*
*Having another person take an exam or a class for the enrolled student.*
*Aiding other students in cheating.*
*Doing another student's assignment, excluding collaborative learning assignments or joint assignments approved by the instructor. Some examples may but are not limited to, doing a student's assignment or writing or re-writing a major portion of a student's assignment.*
*Giving a student answers to exam questions or to other assignments.*
*Taking an exam or a class for a student.*

## Consequences for Violations of the Academics Code of Ethics
*Options for dealing with academic dishonesty are at the discretion of faculty. Instructor-imposed consequences for the student may include one or mol following:*
*Repeating the assignment with a grade penalty.*
*Receiving a failing grade for the assignment.*
*Receiving a lower course grade.*
*Receiving a failing grade for the course.*
*Receiving an XF grade for the course (a permanent notation of academic misconduct on the student's transcript).*
*Other appropriate consequences.*
*The Vice President of USAT may impose additional consequences in extenuating circumstances. Before imposing consequences, the Vice President of U consult with the faculty member and appropriate administrator/s. These consequences may include the following:*
*Suspension or expulsion from the University.*

**Student Signature:** *Leiaima M. Rosado Villafañe*

**Printed Name:** Loraima M. Rosado Villafañe

**Date:** June 2, 2018

**Initials:** LMRV

6



USAP - Edit Application

☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

## Student Program Association

Program:: ⌄

## Student Contact

Primary Phone: (939) 639-4661   Mobile ⌄   Default Email: paola.prosper1@upr.edu
Secondary Phone: (787) 608-4942   Home ⌄

Address: Mailing ⌄   ☑ Copy
Street1: Paraiso de Mayaguez calle serenidad 193   Street2:
City: Mayaguez   Country: UNITED STATES ⌄
Zip: 00680   State: PUERTO RICO ⌄

Address: Mailing ⌄
Street1: Paraiso de Mayaguez calle serenidad 193   Street2:
City: Mayaguez   Country: UNITED STATES ⌄
Zip: 00680   State: PUERTO RICO ⌄

## Contacts

### Emergency Contact ✕

☐ New or Select: Prosper, Victor
First Name: Victor   Last Name: Prosper
Primary Language Spanish ⌄   Occupation Pace Maker Technician
Comments:
Primary Phone: (787) 608-4942   Mobile ⌄   Default Email: victor.prosper@gmail.com
Secondary Phone: (787) 479-1163   Home ⌄

Address: Mailing ⌄
Street1: Paraiso de Mayaguez calle serenidad 193   Street2:
City: Mayaguez   Country: UNITED STATES ⌄
Zip: 00680   State: PUERTO RICO ⌄

### Spouse

☐ New or Select:
First Name:   Last Name:
Primary Language English ⌄   Occupation
Comments:
Primary Phone:   ⌄   Default Email:
Secondary Phone:   ⌄

Address: ⌄
Street1:   Street2:
City:   Country: UNITED STATES ⌄
Zip:   State: ⌄

## Document Requirements

**Document Requirements**

How do you plan to finance your medical education?
Loans
From what source or individual did you hear about the University?
Family or Friend ⌄

If "Family or Friend", please list:

### Signature Confirmation

*I understand that this constitutes a legal signature confirming that all infor*
*acknowledge and agree to the all Terms of Acceptance to the University.*



USA?... Edit Application

| Document | Modified | Status | Description | Download | Upl |
|---|---|---|---|---|---|
| | | | ⊙Applicant Signature: Paola M. Prosper Crespo | | |
| Application Fee | 7/18/2017 | RECEIVED | | ⬇ | [ |
| Background Check | 7/3/2019 | RECEIVED | | ⬇ | [ |
| Enrollment Agreement | 7/18/2017 | RECEIVED | | ⬇ | [ |
| Fee Schedule | 7/18/2017 | RECEIVED | | ⬇ | [ |
| Letter of Recommendation 1 | 7/18/2017 | RECEIVED | | ⬇ | [ |
| Letter of Recommendation 2 | 7/18/2017 | RECEIVED | | ⬇ | [ |
| Resume/CV | 7/31/2018 | RECEIVED | | | [ |
| Unofficial Transcripts | 7/15/2019 | RECEIVED | | | [ |
| SCHOOL USE ONLY - OTRX | 7/3/2019 | RECEIVED | | | [ |
| Matriculation Fee | 8/23/2017 | APPROVED | | | [ |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | | | [ |
| Anatomy Lab Fee | | NOT_SUBMITTED | | | [ |
| SCHOOL USE ONLY - Letter of Acceptance | 2/7/2019 | RECEIVED | | | [ |

Records: 15        ⏮ ◀ Page 1 Of 1 Pages ▶ ⏭        🗙 🗙 🗙 ⊘ ✂ ↺

📖 **Additional Information**

Additional Information:

4.2.1
Maestro SIS © 2020 BocaVox, LLC. All Rights Reserved



**USAT**
# MONTSERRAT

*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS
# & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free: 866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

*The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

## **If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.

Printed Name: Paola Prosper Crespo

Signature: Paulller                    Date: 07/05/2017

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003) USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education © 2003-2012 USAT*



# UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

**Mission Statement**

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

**Equal Opportunities Statement**

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;

work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials: _PUP_

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:

1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

### International Students

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall be alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.

(These Regulations apply to all students of the University irrespective of their program of study.)

    Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;

    Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;

    Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.

b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science, Arts and Technology, Montserrat will not be:

1.)    Informed of the results of any examination taken;
2.)    Awarded any degree or other qualification, to include official transcripts.

### D. Withdrawal from examinations

1.)    A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.)    A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.)    At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.)    Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.

5.)    The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

### E. Reassessment/failure

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

### F. Illness

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

### G. Methods & Timing of Assessment

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.

Assessment methods may include the following:

Written examinations;
Practical examinations;

Initials: PUD                                                                                                    2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

### H. Representations concerning decisions of the Board of Examiners

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

### I. AWARDS
1.1     Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")

1.2

A) UNDERGRADUATE DEGREES
        Bachelor of Science (BSc)
        Bachelor of Arts (BA)
        Bachelor of Medicine and Bachelor of Surgery (MBBS)
        Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
        Master of Science (MSc)
        Master of Arts (MA)
        Master of Public Health (MPH)
        Doctor of Public health (DPII)
        Medical Doctor (MD)
        Doctor of Dental Medicine and Surgery (DDS)
        Doctor of Philosophy (PhD)
C) OTHER
        The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: _PWP_

3

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or exanimations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: _PLP_

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract**: If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of <u>12 hours per week</u> must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student Signature:* _____

*Printed Name:* Paola Prosper Crespo
*Date:* 07/06/2017

Initials: _PLP_

5



Welcome Ada Huffman [University of Science, Arts and Technology, (USAT) - Administrator]
Today is Wednesday, 9/13/2017
Your session will expire in 19 minutes    Logout
You have 11 new messages.

Home   **Applications**   Students   Professors   Mentors   Courses   Sections   Enrollments   Reports   Organizations   Documents   Administration

**Vazquez Oliveras, Wendoly Michelle**

**Application Home**

Application Info

Edit Application

Application History

Application Ledger

Family

Forms

**Message Center**

Messages

**External Links**

## Edit Application Vazquez Oliveras, Wendoly

[ Save ]

### Application Information

Application Status: [ SUBMITTED ▼ ]

Created On: 9/13/2017 1:39:18 PM
Last Updated On: 9/13/2017 1:39:18 PM

### School Information

District University of Science, Arts and Technology
School: [ USAT ]

### Student Personal Information

First Name: [ Wendoly ]          Middle Name: [ Michelle ]
Last Name: [ Vazquez Oliveras ]  Suffix: [ ]
Date Of Birth (MM/DD/YYYY): [ 9/10/2017 ]   Gender: [ Female ▼ ]
                                Language: [ Spanish ▼ ]
Private Notes: [ ]
Last 4 Digits of SSN: [ 9764 ]   Occupation: [ ]
Maiden Name / Previous Names: [ ]   Please indicate the program of study: [ Medicine (MD/MBBS/DO) ▼ ]
Degree program for which you are applying: [ M.D. ▼ ]
Is this your first application to USAT? [ Yes ▼ ]

### Student Account Information

User Name: [ WVazquez0437 ]      Password: [ wendoly279159 ]

### Academic Background Information

**Select the + icon to add Institutions Attended.**

Institution Name [ University in Puerto Rico in Cayey ]
Institution Address [ 205, Antonio Barcelo street, Cayey, PR,00736. ]   Institution Phone [ (787) 738-2161 ]

| Education | Bachelor's Degree ▼ | Did you earn a degree? | Yes ▼ |
|---|---|---|---|
| Major | Natural Sciences with Biology concentration | Graduation Date | 6/21/2013 |
| Start Date | 8/3/2009 | End Date | 6/21/2013 |
| GPA: | | | |

○Were you ever the recipient of any action by any college or medical school for: 1.) unacceptable academic performance (e.g., dismissal, disqualification, suspension, etc.) or 2.) conduct violations?

No ▼

○Have you ever matriculated at or attended any medical school as a candidate for the M.D. degree?

Yes ▼    ○Explain: Actually I am studying in the medical school Universidad Catolica Nordestana in Dominican Republic.

○Were you ever a party in a civil lawsuit?

No ▼

○Have you ever been convicted of, or charged with, a felony or misdemeanour, with the exception of parking violations?

No ▼

**Medical College Admission Test Information. Leave blank if not available.**

○Date: _____    ○VR: _____    ○PS: _____    ○WS: _____    ○BS: _____

○If taken, TOEFL score: _____    ○IELTS band: _____

○Date taken: _____    ○Date taken: _____

👤**Student Race/Ethnicity Information**

☐ American Indian or Alaskan Native

☐ Asian

○Ethnicity:  Not Hispanic / Latino ▼    Race:  ☐ Black or African American

☐ Native Hawaiian or Other Pacific Islander

☑ White

○Country of citizenship: UNITED STATES ▼

**Place of Birth:**

○City: Ponce    ○State: PUERTO RICO    ○Country: 00731

👤**Student Program Association**

○Program _____ ▼



Address: [                              ▼]   📋 Same

Street1: [                              ]    Street2: [                              ]

City: [                              ]    Country: [UNITED STATES ▼]

Zip: [                              ]    State: [                              ▼]

## 📄 Document Requirements

**Document Requirements**

| Document | Modified | Status | Description | Download | Upload |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ▼] | | | |
| Application Fee | | NOT_SUBMITTED | | 📎 | 📄 |
| Background Check | | NOT_SUBMITTED | | | 📄 |
| Enrollment Agreement | | NOT_SUBMITTED | | 📎 | 📄 |
| Fee Schedule | | NOT_SUBMITTED | | 📎 | 📄 |
| Letter of Recommendation 1 | | NOT_SUBMITTED | | 📎 | 📄 |
| Letter of Recommendation 2 | | NOT_SUBMITTED | | 📎 | 📄 |
| Resume/CV | | NOT_SUBMITTED | | | 📄 |
| Unofficial Transcripts | | NOT_SUBMITTED | | | 📄 |
| SCHOOL USE ONLY - OTRX | | NOT_SUBMITTED | | | 📄 |
| Matriculation Fee | | NOT_SUBMITTED | | | 📄 |
| SCHOOL USE ONLY - Insurance | | NOT_SUBMITTED | | | |

Records: 11          [ << ] [ < ] Page 1 Of 1 Pages [ > ] [ >> ]          📊 📄 📄 📋 🔄 ℹ️

## 📒 Additional Information

Additional Information:

🔵How do you plan to finance your medical education?
[Student loans                    ]

🔵Do you have relatives or friends who are (were) students at USAT? [No ▼]

🔵From what source or individual did you hear about the University?
[Website/Search Engine            ▼]

## 📘 Signature Confirmation

*I understand that this constitutes a legal signature confirming that all information provided is accurate, and I also acknowledge and agree to the all Terms of Acceptance to the University.*    [True ▼]

🔵Applicant Signature: [Wendoly Vazquez Oliveras    ]    Date

Save

3.9.0

Maestro SIS © 2017 BocaVox, LLC. All Rights Reserved



# USAT MONTSERRAT

**UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT**

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

**Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat**

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

**Mission Statement**

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

**Equal Opportunities Statement**

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;

work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

**Academic Regulations**
**General Academic Regulations**
**Conduct of Students in all Programs**
**University Policies**
**Policies for Student Clinical Training**

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials:

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:
1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**

Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.

Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program of study,)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science. Arts and Technology, Montserrat will not be:

1.) Informed of the results of any examination taken;
2.) Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**

1.) A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."

2.) A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.

3.) At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, nay submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.

4.) Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.

5.) The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**

A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**

Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**

The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.
Assessment methods may include the following:
Written examinations;
Practical examinations;

Initials: W.V.O                                                                                                   2

Essays and/or reports;
Dissertations;
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

**H. Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

**I. AWARDS**
1.1        Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1.2
A) UNDERGRADUATE DEGREES
        Bachelor of Science (BSc)
        Bachelor of Arts (BA)
        Bachelor of Medicine and Bachelor of Surgery (MBBS)
        Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
        Master of Science (MSc)
        Master of Arts (MA)
        Master of Public Health (MPH)
        Doctor of Public health (DPII)
        Medical Doctor (MD)
        Doctor of Dental Medicine and Surgery (DDS)
        Doctor of Philosophy (PhD)
C) OTHER
        The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: W.V.O                                                                                    3

II. **General Regulations for Examinations**
   **A. General**

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

   **B. Admission to Examinations**

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials:

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract:** If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student Signature:* ___Wendoly Vázquez Oliveras___

*Printed Name:* ___Wendoly Vázquez Oliveras___
*Date:* _____

Initials: W.V.O

5