**EXHIBIT 10**

**PLAINTIFF SUJEIL PEÑA-TORRES**

USAT Account
    Student Loan Amount Borrowed: None
    Tuition and Fees: $21,075.00

USAT Fee Schedule

No Student Loan, Therefore No Refund of Loan Proceeds



USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
|---|
| 5/18/2023 |

| To: |
|---|
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | USD 0.00 | |
| | Due Date | | |
| | 5/18/2023 | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. Due 07/11/2017. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #854010. | -4,000.00 | 59,475.00 |
| 04/30/2018 | PMT #298090. | -400.00 | 59,075.00 |
| 05/16/2018 | PMT #720014. | -5,400.00 | 53,675.00 |
| 05/16/2018 | CREDMEM #3816. | -1,895.00 | 51,780.00 |
| | --- Graduation Charge USD -900.00 | | |
| | --- Insurance Fee. USD -995.00 | | |
| 09/25/2018 | PMT #025940. | -4,900.00 | 46,880.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 39,800.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 600.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |
| 02/17/2019 | CREDMEM #3828. | -350.00 | 250.00 |
| | --- Lab Fee Sept USD -100.00 | | |
| | --- Technology USD -250.00 | | |
| 02/20/2019 | PMT #25377390123. | -250.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD 0.00 |



# USAT
## MONTSERRAT

*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS
# & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free: 866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

One-Time Application --------------------------------------------------$125.00**
One-Time Matriculation--------------------------------------------------$600.00**
Medical Student Malpractice Insurance ----------------------$895.00**
Tuition per Semester----------------------------------------------------$4,900.00
Anatomy Lab Fee --------------------------------------------------------$500.00 (per lab experience)
Technology Fee ----------------------------------------------------------$250.00
Graduation Fee----------------------------------------------------------$900.00 (first degree)
Additional Fee per Degree--------------------------------------------$500.00

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

**ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT**

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: *Aujui Peña Jones*

Signature: _____    Date: 7/10/2017

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education © 2003-2012 USAT*

Scanned by CamScanner

Plaintiff Sujeil Peña-Torres

No Student Loan

**PLAINTIFF JOSE E. BLASCO-JUSINO**

USAT Account
   Student Loan Amount Borrowed: $120,000.00
   Tuition and Fees: $21,470.00
   Balance Due to Student: $26,595.00

USAT Fee Schedule

Cancelled Checks of Loan Proceeds Refund Total: **$72,630.00**



| TYPE | NUM | DATE ▲ | ACCOUNT | AMOUNT (USD) |
|---|---|---|---|---|
| Invoice | 2568 | 03/07/2017 | Accounts Receivable | 66,970.00 |
| Payment | 034348 | 03/07/2017 | Undeposited Funds | 125.00 |
| Payment | 830281 | 07/11/2017 | Undeposited Funds | 600.00 |
| Payment | Loan Proceeds | 09/13/2017 | Undeposited Funds | 30,000.00 |
| Invoice | 2862 | 09/13/2017 | Accounts Receivable | 12,060.00 |
| Check | 1159 | 09/13/2017 | Checking/Navy FCU 89... | -12,030.00 |
| Payment | Loan Proceeds | 12/31/2017 | Undeposited Funds | 30,000.00 |
| Invoice | 3109 | 02/02/2018 | Accounts Receivable | 30,000.00 |
| Check | 1260 | 02/02/2018 | Checking/Navy FCU 89... | -30,000.00 |
| Credit Memo | 3232 | 04/01/2018 | Accounts Receivable | -500.00 |
| Payment | Loan Proceeds | 07/13/2018 | Undeposited Funds | 20,000.00 |
| Invoice | 3442 | 08/07/2018 | Accounts Receivable | 10,200.00 |
| Check | 1441 | 08/07/2018 | Checking/Navy FCU 89... | -10,200.00 |
| Payment | Loan Proceeds | 08/15/2018 | Undeposited Funds | 40,000.00 |
| Invoice | 3499 | 08/26/2018 | Accounts Receivable | 20,400.00 |
| Check | 1458 | 08/26/2018 | Checking/Navy FCU 89... | -20,400.00 |
| Credit Memo | 3833 | 02/18/2019 | Accounts Receivable | -45,000.00 |

USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
|------|
| 5/18/2023 |

| To: |
|-----|
| Jose' E. Blasco Jusino<br>PO Box 3504<br>PMB 176<br>Mercedita, PR 00715 |

|  |  | Amount Due | Amount Enc. |
|--|--|------------|-------------|
|  | Due Date | USD -26,595.00 |  |
| Date | Transaction | 8/16/2023 | Amount | Balance |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 12/31/2015 | Balance forward | | 0.00 |
| 03/07/2017 | INV #2568. Due 04/30/2017. | 66,970.00 | 66,970.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance USD 895.00 | | |
| | --- Lab Fee Sept USD 500.00 | | |
| | --- Technology USD 250.00 | | |
| | --- MD Program, 13 @ USD 4,900.00 = 63,700.00 | | |
| 03/07/2017 | PMT #034348. | -125.00 | 66,845.00 |
| 07/11/2017 | PMT #830281. | -600.00 | 66,245.00 |
| 09/13/2017 | PMT #Loan Proceeds. | -30,000.00 | 36,245.00 |
| 09/13/2017 | INV #2862. Due 12/12/2017. | 12,060.00 | 48,305.00 |
| | --- Tuition Sept 1 USD 12,030.00 | | |
| | --- Shipping USD 30.00 | | |
| 12/31/2017 | PMT #Loan Proceeds. | -30,000.00 | 18,305.00 |
| 02/02/2018 | INV #3109. Due 05/03/2018. | 30,000.00 | 48,305.00 |
| | --- MD Program USD 30,000.00 | | |
| 04/01/2018 | CREDMEM #3232. | -500.00 | 47,805.00 |
| | --- Referral USD -500.00 | | |
| 07/13/2018 | PMT #Loan Proceeds. | -20,000.00 | 27,805.00 |
| 08/07/2018 | INV #3442. Due 11/05/2018. | 10,200.00 | 38,005.00 |
| | --- Tuition USD 10,200.00 | | |
| 08/15/2018 | PMT #Loan Proceeds. | -40,000.00 | -1,995.00 |
| 08/26/2018 | INV #3499. Due 11/24/2018. | 20,400.00 | 18,405.00 |
| | --- Tuition USD 20,400.00 | | |
| 02/18/2019 | CREDMEM #3833. | -45,000.00 | -26,595.00 |
| | --- MD Program, 9 @ USD 4,900.00 = -44,100.00 | | |
| | --- Graduation Charge USD -900.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| -26,595.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD -26,595.00 |



**MONTSERRAT**



*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT

## Olveston Campus

**P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat, British West Indies**
**Tel: 727-388-2687 Toll Free:  866-596-9577**

**U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local**
**Phone: 303-371-0252, Fax: 303-371-6967/0117**

**http://usat.edu**
**Email: Last Names A-L admissions@usat.edu**
**Last Names M-Z admissions2@usat.edu**

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

One-Time Application --------------------------------------------$125.00**
One-Time Matriculation------------------------------------------$600.00**
Medical Student Malpractice Insurance -----------------------$895.00**
Tuition per Semester--------------------------------------------$4,900.00
Anatomy Lab Fee ------------------------------------------------$500.00 (per lab experience)
Technology Fee --------------------------------------------------$250.00
Graduation Fee---------------------------------------------------$900.00 (first degree)
Additional Fee per Degree--------------------------------------$500.00

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

**ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT**

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

**Please retain a copy of this schedule for your reference.**

Printed Name:    Jose E. Blasco

Signature:

Date:    February 17, 2017

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003)   USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education   © 2003-2012 USAT*





| Posting Date | 2017 Sep 18 |
| --- | --- |
| Sequence Number | 18058605 |
| Amount | $12,030.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1159 |
| MICR RT Number | 25607497 |



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

USAT, MONTSERRAT, LLC.
DEPARTMENT OF MEDICINE
4288 YOUNGFIELD STREET
WHEAT RIDGE, CO 80033

NAVY FEDERAL CREDIT UNION
www.navyfcu.org

1260
68-7497/2560

2/2/2018

PAY TO THE
ORDER OF   Jose' E. Blasco          $ **USD 30,000.00

Thirty Thousand and 00/100************************************************************************** DOLLARS

Jose' E. Blasco
PO Box 3504
PMB 176
Mercedita, PR 00715

MEMO
Loan Proceeds Refund

AUTHORIZED SIGNATURE

"001260"  :256074974:      7032138914"001



037015068667    02072018
BANCO POPULAR de PR
->021502011<-
(787) 758-0484

| | |
|---|---|
| Posting Date | 2018 Feb 07 |
| Sequence Number | 18035017 |
| Amount | $30,000.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1260 |
| MICR RT Number | 25607497 |





| | |
|---|---|
| Posting Date | 2018 Aug 21 |
| Sequence Number | 18150683 |
| Amount | $10,200.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1441 |
| MICR RT Number | 25607497 |





| Posting Date | 2018 Sep 14 |
|---|---|
| Sequence Number | 18014235 |
| Amount | $20,400.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1458 |
| MICR RT Number | 25607497 |

**PLAINTIFF PAOLA M. PROSPER-CRESPO**

USAT Account
   Student Loan Amount Borrowed: $45,000.00
   Tuition and Fees: $22,670.00

USAT Fee Schedule

Cancelled Checks of Loan Proceeds Refund Total: **$23,055.00**



| Company Name | | Main Phone | 939-639-4661 |
| Full Name | Paola M. Prosper Crespo | Work Phone | 787-608-4942 |
| Account No. | 4942 | Fax | 10/18/1990 |
| Terms | Consignment | Main Email | paola.prosper1@upr.edu |
| Bill To | Paola M. Prosper Crespo | Website | by: Alana Mercado |
| | Paraiso de Mayaguez | | |
| | Serenidad 193 | | |
| | Mayagüez, PR 00680 | | |

No note available

**ACTIONS FOR THIS CUSTOMER**

Set Up Recurring Payment
Payment Links
QuickReport
Open Balance

**Customers & Jobs** | Transactions

Custom Filter...

Prosper

| ◈ NAME ▲ | CU... | BALANC... | ATT... |
|---|---|---|---|
| ◇ Prosper Cre... | USD | 0.00 | |

**Transactions** | Contacts | To Do's | Notes | Sent Email

SHOW: All Transactions    FILTER BY: All    DATE: All

| TYPE | NUM | DATE ▲ | ACCOUNT | AMOUNT (USD) |
|---|---|---|---|---|
| Invoice | 2843 | 07/18/2017 | Accounts Receivable | 52,270.00 |
| Payment | 01840B | 07/18/2017 | Undeposited Funds | 125.00 |
| Payment | 276776 | 08/23/2017 | Undeposited Funds | 600.00 |
| Payment | Loan Proceeds | 10/07/2017 | Undeposited Funds | 22,500.00 |
| Invoice | 2885 | 10/07/2017 | Accounts Receivable | 11,250.00 |
| Check | 1171 | 11/01/2017 | Checking/Navy FCU 89... | -11,250.00 |
| Payment | Loan Proceeds | 01/14/2018 | Undeposited Funds | 22,500.00 |
| Check | 1239 | 01/14/2018 | Checking/Navy FCU 89... | -11,805.00 |
| Invoice | 3068 | 01/14/2018 | Accounts Receivable | 11,805.00 |
| Credit Memo | 3753 | 01/29/2019 | Accounts Receivable | -29,400.00 |
| Credit Memo | 3780 | 02/05/2019 | Accounts Receivable | -200.00 |

Manage Transactions    Run Reports

USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
| --- |
| 5/18/2023 |

| To: |
| --- |
| Paola M. Prosper Crespo<br>Paraiso de Mayaguez<br>Serenidad 193<br>Mayagüez, PR 00680 |

|  |  |  | Amount Due | Amount Enc. |
| --- | --- | --- | --- | --- |
|  |  | Due Date | USD 0.00 |  |
| Date | Transaction | 8/16/2023 | Amount | Balance |
| 12/31/2016 | Balance forward |  |  | 0.00 |
| 07/18/2017 | INV #2843. Due 10/16/2017. |  | 52,270.00 | 52,270.00 |
|  | --- Application Fee USD 125.00 |  |  |  |
|  | --- Matriculation Fee USD 600.00 |  |  |  |
|  | --- Graduation Charge USD 900.00 |  |  |  |
|  | --- Insurance USD 895.00 |  |  |  |
|  | --- Lab Fee Sept USD 500.00 |  |  |  |
|  | --- Technology USD 250.00 |  |  |  |
|  | --- MD Program, 10 @ USD 4,900.00 = 49,000.00 |  |  |  |
| 07/18/2017 | PMT #01840B. |  | -125.00 | 52,145.00 |
| 08/23/2017 | PMT #276776. |  | -600.00 | 51,545.00 |
| 10/07/2017 | PMT #Loan Proceeds. |  | -22,500.00 | 29,045.00 |
| 10/07/2017 | INV #2885. Due 01/05/2018. |  | 11,250.00 | 40,295.00 |
|  | --- Tuition USD 11,250.00 |  |  |  |
| 01/14/2018 | PMT #Loan Proceeds. |  | -22,500.00 | 17,795.00 |
| 01/14/2018 | INV #3068. Due 04/14/2018. |  | 11,805.00 | 29,600.00 |
|  | --- Tuition USD 11,805.00 |  |  |  |
| 01/29/2019 | CREDMEM #3753. |  | -29,400.00 | 200.00 |
|  | --- MD Program, 6 @ USD 4,900.00 = -29,400.00 |  |  |  |
| 02/05/2019 | CREDMEM #3780. |  | -200.00 | 0.00 |
|  | --- Refund USD -200.00 |  |  |  |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD 0.00 |



**MONTSERRAT**

*View from Montserrat*

# UNIVERSITY OF SCIENCE, ARTS
# & TECHNOLOGY, MONTSERRAT
## Olveston Campus

**P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat, British West Indies**
**Tel: 727-388-2687 Toll Free:  866-596-9577**

**U.S. Information Office: 3442 Ash Street, Denver, CO 80207** Local
**Phone: 303-371-0252, Fax: 303-371-6967/0117**

**http://usat.edu**
**Email: Last Names A-L admissions@usat.edu**
**Last Names M-Z admissions2@usat.edu**

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

<u>*The first three on the list must be paid in order to receive an ID Badge from the University}*</u>

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: Paola Prosper Crespo

Signature: *Paulieu*                Date: 07/05/2017

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*





| | |
|---|---|
| Posting Date | 2017 Nov 01 |
| Sequence Number | 18099620 |
| Amount | $11,250.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1171 |
| MICR RT Number | 25607497 |





| Posting Date | 2018 Jan 30 |
| --- | --- |
| Sequence Number | 18077591 |
| Amount | $11,805.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1239 |
| MICR RT Number | 25607497 |

**PLAINTIFF LORAIMA M. ROSADO VILLAFAÑE**

USAT Account
    Student Loan Amount Borrowed: $50,000.00
    Tuition and Fees: $19,115.00

USAT Fee Schedule

Cancelled Checks of Loan Proceeds Refund Total: **$31,010.00**



| Company Name | | Main Phone | 787-240-6129 |
| --- | --- | --- | --- |
| Full Name | Loraima Rosado Villafane | Work Phone | 787-370-7107 |
| Account No. | 8232 | Fax | 07/18/1986 |
| Bill To | Loraima Rosado Villafane<br>PO BOX 1369<br>Jayuya, PR 00664 | Main Email | loraima.rosado@usat.edu |
| | | Website | By: Javier Camacho |

No note available

ACTIONS FOR THIS CUSTOMER

Set Up Recurring Payment
Payment Links
QuickReport
Open Balance

**Customers & Jobs** | Transactions

Custom Filter...

villafane

| ◈ NAME ▲ | CU... | BALANC... | ATT... |
| --- | --- | --- | --- |
| ◦ Rosado Villa... | USD | 0.00 | |

**Transactions** | Contacts | To Do's | Notes | Sent Email

SHOW  All Transactions ▾    FILTER BY  All ▾    DATE  All ▾

| TYPE | NUM | DATE ▲ | ACCOUNT | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| Invoice | 3440 | 06/04/2018 | Accounts Receivable | 70,310.00 |
| Payment | 435970 | 06/04/2018 | Undeposited Funds | 125.00 |
| Payment | Loan Proceeds | 07/13/2018 | Undeposited Funds | 15,000.00 |
| Invoice | 3441 | 07/13/2018 | Accounts Receivable | 6,910.00 |
| Check | 1440 | 08/07/2018 | Checking/Navy FCU 89... | -6,910.00 |
| Payment | Loan Proceeds | 08/15/2018 | Undeposited Funds | 35,000.00 |
| Invoice | 3490 | 08/25/2018 | Accounts Receivable | 13,445.00 |
| Check | 1452 | 08/25/2018 | Checking/Navy FCU 89... | -13,445.00 |
| Credit Memo | 3956 | 04/04/2019 | Accounts Receivable | -51,195.00 |
| Check | 1698 | 05/23/2019 | Checking/Navy FCU 89... | -10,655.00 |

**Manage Transactions** ▾    **Run Reports** ▾

USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
| --- |
| 5/18/2023 |

| To: |
| --- |
| Loraima Rosado Villafane<br>PO BOX 1369<br>Jayuya, PR 00664 |

| | | Amount Due | Amount Enc. |
| --- | --- | --- | --- |
| | Due Date | USD 0.00 | |
| Date | Transaction | 5/18/2023 | |
| | | Amount | Balance |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 06/04/2018 | INV #3440. Due 06/04/2018. | 70,310.00 | 70,310.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee. USD 995.00 | | |
| | --- Clinical Fees, 9 @ USD 690.00 = 6,210.00 | | |
| | --- PR Anatomy Lab USD 895.00 | | |
| | --- PR MD Program, 9 @ USD 6,495.00 = 58,455.00 | | |
| | --- Technology Fees, 3 @ USD 710.00 = 2,130.00 | | |
| 06/04/2018 | PMT #435970. | -125.00 | 70,185.00 |
| 07/13/2018 | PMT #Loan Proceeds. | -15,000.00 | 55,185.00 |
| 07/13/2018 | INV #3441. Due 07/13/2018. | 6,910.00 | 62,095.00 |
| | --- Tuition USD 6,910.00 | | |
| 08/15/2018 | PMT #Loan Proceeds. | -35,000.00 | 27,095.00 |
| 08/25/2018 | INV #3490. Due 08/25/2018. | 13,445.00 | 40,540.00 |
| | --- Tuition USD 13,445.00 | | |
| 04/04/2019 | CREDMEM #3956. | -51,195.00 | -10,655.00 |
| | --- PR MD Program, 7 @ USD 6,495.00 = -45,465.00 | | |
| | --- Graduation Charge USD -900.00 | | |
| | --- Clinical Fees, 7 @ USD 690.00 = -4,830.00 | | |
| 05/23/2019 | CHK #1698. | 10,655.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD 0.00 |



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| **Tuition*** (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| **Fees:** | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| **Total** | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee............$125
    b.   Matriculation Fee......... $600
    c.   Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _Loraima M. Rosado Villafañe_

Signature: _Loraima M. Rosado Villafañe_ Date: _June 2, 2018_

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*



| | |
|---|---|
| Posting Date | 2018 Aug 10 |
| Sequence Number | 18017734 |
| Amount | $6,910.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1440 |
| MICR RT Number | 25607497 |





| | |
|---|---|
| Posting Date | 2018 Sep 06 |
| Sequence Number | 18033695 |
| Amount | $13,445.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1452 |
| MICR RT Number | 25607497 |



| | |
|---|---|
| Posting Date | 2019 May 30 |
| Sequence Number | 18016905 |
| Amount | $10,655.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1698 |
| MICR RT Number | 25607497 |

**PLAINTIFF LISA M. TORRES-COLON**

USAT Account
   Student Loan Amount Borrowed: $38,000.00
   Tuition and Fees: $21,075.00
   Balance Due to USAT: $5,955.00

USAT Fee Schedule

Cancelled Checks of Loan Proceeds Refund Total: **$23,300.00**



USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
|---|
| 5/18/2023 |

| To: |
|---|
| Lisa Torres Colon<br>Urb. La Vega Street C #85<br>Villalba, PR 00766 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | USD 5,955.00 | |

| Date | Transaction | Due Date | Amount | Balance |
|---|---|---|---|---|
| | | 5/18/2023 | | |
| 12/31/2016 | Balance forward | | | 0.00 |
| 08/30/2017 | INV #2791. Due 08/30/2017. | | 52,270.00 | 52,270.00 |
| | --- Application Fee USD 125.00 | | | |
| | --- Matriculation Fee USD 600.00 | | | |
| | --- Graduation Charge USD 900.00 | | | |
| | --- Insurance USD 895.00 | | | |
| | --- Lab Fee Sept USD 500.00 | | | |
| | --- Technology USD 250.00 | | | |
| | --- MD Program, 10 @ USD 4,900.00 = 49,000.00 | | | |
| 08/30/2017 | PMT #40280481545. | | -125.00 | 52,145.00 |
| 09/14/2017 | PMT #400257. | | -600.00 | 51,545.00 |
| 11/10/2017 | PMT #2585. | | -500.00 | 51,045.00 |
| 12/28/2017 | PMT #2587. | | -500.00 | 50,545.00 |
| 01/31/2018 | PMT #2589. | | -500.00 | 50,045.00 |
| 04/01/2018 | PMT #Loan Proceeds. | | -12,667.00 | 37,378.00 |
| 04/18/2018 | INV #3233. Due 04/18/2018. | | 7,777.00 | 45,155.00 |
| | --- Tuition USD 7,767.00 | | | |
| | --- Shipping USD 10.00 | | | |
| 08/15/2018 | PMT #Loan Proceeds. | | -25,333.00 | 19,822.00 |
| 08/15/2018 | INV #3475. Due 08/15/2018. | | 15,533.00 | 35,355.00 |
| | --- Tuition USD 15,533.00 | | | |
| 01/08/2019 | CREDMEM #3677. | | -29,400.00 | 5,955.00 |
| | --- MD Program, 6 @ USD 4,900.00 = -29,400.00 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5,955.00 | USD 5,955.00 |



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

Main Administrative Office:
4288 Youngfield St., Wheat Ridge, CO 80033
Tel: (303) 371-0252  Fax: (303) 317-0117
Puerto Rico:
PO Box 364363. San Juan PR 00936
Tel: (787) 300-2111  Fax: (787) 300-2049
www.usat.edu

# Puerto Rico Student Fee Schedule

The following information is in regards to all fees pertaining to the USAT MD programs:

One-Time Application---------------------------------------- $125.00**
One-Time Matriculation-------------------------------------- $600.00**
Medical Student Malpractice Insurance--------------------- $995.00**
Tuition per Semester----------------------------------------- $5,490.00
Laboratory Fee------------------------------------------------ $2,000.00
Technology Fee----------------------------------------------- $1,450.00
Clinical Fee--------------------------------------------------- $3,200.00
Graduation Fee----------------------------------------------- $900.00

*(The first three on the list must be paid in order to receive an ID Badge from the University)*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive two (2) sets of their University transcripts at no charge.  No degrees or transcripts will be released if there is still a balance due.  After the initial sets of transcripts, the student will be charged $25.00 per set.  Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.

*Printed Name:* Lisa M. Torres        *Date:* 8/22/17

*Signature:* _____

*The University of Science, Arts & Technology does not to discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*





| | |
|---|---|
| Posting Date | 2018 May 02 |
| Sequence Number | 18024918 |
| Amount | $7,767.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1324 |
| MICR RT Number | 25607497 |





| | |
|---|---|
| Posting Date | 2018 Sep 06 |
| Sequence Number | 18033633 |
| Amount | $15,533.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1499 |
| MICR RT Number | 25607497 |

**PLAINTIFF JOFFRE E. GÓMEZ-FRONTERA**

USAT Account
   Student Loan Amount Borrowed: $45,000.00
   Tuition and Fees: $19,825.00
   Balance Due to Student: $6,880.00

USAT Fee Schedule

Cancelled Checks of Loan Proceeds Refund Total: **$18,420.00**



USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
|---|
| 5/18/2023 |

| To: |
|---|
| Joffre Gomez<br>RR01 Mailbox 4620<br>Maricao, PR 00606 |

|  | | Amount Due | Amount Enc. |
|---|---|---|---|
|  | Due Date | USD -6,880.00 | |
| | 5/18/2023 | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 0.00 |
| 04/22/2018 | CREDMEM #3958. | -65,565.00 | -65,565.00 |
| | --- PR MD Program, 9 @ USD 6,495.00 = -58,455.00 | | |
| | --- Clinical Fees, 9 @ USD 690.00 = -6,210.00 | | |
| | --- Graduation Charge USD -900.00 | | |
| 06/01/2018 | PMT #914145. | -125.00 | -65,690.00 |
| 06/04/2018 | INV #3435. Due 06/04/2018. | 85,390.00 | 19,700.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee. USD 995.00 | | |
| | --- Clinical Fees, 11 @ USD 690.00 = 7,590.00 | | |
| | --- PR Anatomy Lab USD 895.00 | | |
| | --- PR MD Program, 11 @ USD 6,495.00 = 71,445.00 | | |
| | --- Technology Fees, 4 @ USD 710.00 = 2,840.00 | | |
| 07/13/2018 | PMT #Loan Proceeds. | -15,000.00 | 4,700.00 |
| 08/07/2018 | INV #3436. Due 08/07/2018. | 7,905.00 | 12,605.00 |
| | --- Tuition USD 7,905.00 | | |
| 08/15/2018 | PMT #Loan Proceeds. | -30,000.00 | -17,395.00 |
| 08/25/2018 | INV #3485. Due 08/25/2018. | 10,515.00 | -6,880.00 |
| | --- Tuition USD 10,515.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| -6,880.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD -6,880.00 |



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee............$125
    b.   Matriculation Fee......... $600
    c.   Anatomy Lab Fee.........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _Joffre Gómez_

Signature: _[signature]_      Date: _6/4/18_

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*





| | |
|---|---|
| Posting Date | 2018 Aug 13 |
| Sequence Number | 18031607 |
| Amount | $7,905.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1437 |
| MICR RT Number | 25607497 |





| | |
|---|---|
| Posting Date | 2018 Sep 13 |
| Sequence Number | 18019066 |
| Amount | $10,515.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1448 |
| MICR RT Number | 25607497 |

**PLAINTIFF LUCERO RODRIGUEZ-FERNANDEZ**

USAT Account
  Student Loan Amount Borrowed: None
  Tuition and Fees: $3,925.00
  Balance Due to USAT: $11,395.00

USAT Fee Schedule

No Student Loan, Therefore No Refund of Loan Proceeds



USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
|---|
| 5/18/2023 |

| To: |
|---|
| Lucero Rodriguez Fernandez<br>Calle Arturo Cadilla EB-20<br>Apt 1 Urb. Levitown<br>Toa Baja, PR 00949 |

| | | | Amount Due | Amount Enc. |
|---|---|---|---|---|
| | | Due Date | USD 11,395.00 | |
| Date | Transaction | 5/18/2023 | Amount | Balance |
| 12/31/2016 | Balance forward | | | 0.00 |
| 04/06/2018 | INV #3660. Due 04/06/2018. | | 62,012.00 | 62,012.00 |
| | --- Application Fee, 1 @ USD 125.00 = 125.00 | | | |
| | --- Matriculation Fee USD 600.00 | | | |
| | --- Insurance Fee. USD 995.00 | | | |
| | --- Technology Fees, 2.7 @ USD 710.00 = 1,917.00 | | | |
| | --- Clinical Fees, 8 @ USD 690.00 = 5,520.00 | | | |
| | --- PR MD Program, 8 @ USD 6,495.00 = 51,960.00 | | | |
| | --- PR Anatomy Lab USD 895.00 | | | |
| 04/06/2018 | PMT #PR CC. | | -125.00 | 61,887.00 |
| 05/10/2018 | PMT #PR CC. | | -1,100.00 | 60,787.00 |
| 05/18/2018 | PMT #360880. | | -900.00 | 59,887.00 |
| 08/14/2018 | PMT #582769. | | -1,800.00 | 58,087.00 |
| 12/31/2018 | CREDMEM #3661. | | -44,105.00 | 13,982.00 |
| | --- Insurance Fee. USD -995.00 | | | |
| | --- Clinical Fees, 6 @ USD 690.00 = -4,140.00 | | | |
| | --- PR MD Program, 6 @ USD 6,495.00 = -38,970.00 | | | |
| 07/06/2019 | CREDMEM #4103. | | -2,587.00 | 11,395.00 |
| | --- Technology Fees, 1.7 @ USD 710.00 = -1,207.00 | | | |
| | --- Clinical Fees, 2 @ USD 690.00 = -1,380.00 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 11,395.00 | USD 11,395.00 |



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| Tuition* (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| Fees: | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| Total | $20,365 | $20,365 | $23,430 | $24,330 |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee............$125
    b.   Matriculation Fee......... $600
    c.   Anatomy Lab Fee..........$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.**

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: _Lucero Rodriguez Fernandez_

Signature: _____   Date: _4 / Abril / 2018_

The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.

Plaintiff Lucero Rodriguez-Fernandez

No Student Loan

**PLAINTIFF ENNY DE JESUS-UREÑA**

USAT Account
    Student Loan Amount Borrowed: $45,000.00
    Tuition and Fees: $13,300.00

Executed USAT Fee Schedule Unavailable

Cancelled Checks of Loan Proceeds Refund Total: **$32,425.00**



**Customers & Jobs** | Transactions

Custom Filter... ▼ >

de jesus URena ✕

✖ ◆ N... ▲ CU... BALANC... ATT...

◦De Jesu... USD 0.00

Company Name
Full Name: Enny De Jesus Urena
Account No. 9211
Terms: Consignment
Bill To: Enny De Jesus Urena
2435 NW Lapham St
Milwaukee, WI 53204

Main Phone: 787-436-9460
Fax: 01/17/1991
Main Email: enny.dejesus@usat.edu
Website: By: Luis De Jesus

ACTIONS FOR THIS CUSTOMER

Set Up Recurring Payment
Payment Links
QuickReport
Open Balance

**Transactions** | Contacts | To Do's | Notes | Sent Email

SHOW All Transactions ▼   FILTER BY All ▼   DATE All ▼

| TYPE | NUM | DATE ▲ | ACCOUNT | AMOUNT (USD) |
|---|---|---|---|---|
| Invoice | 3129 | 01/02/2018 | Accounts Receivable | 58,620.00 |
| Payment | CC PR | 01/02/2018 | Undeposited Funds | 125.00 |
| Payment | Matric fee | 01/22/2018 | Undeposited Funds | 600.00 |
| Payment | Loan Proceeds | 02/18/2018 | Undeposited Funds | 22,500.00 |
| Invoice | 3130 | 02/18/2018 | Accounts Receivable | 15,415.00 |
| Check | 1279 | 02/18/2018 | Checking/Navy FCU 89... | -15,415.00 |
| Payment | Loan Proceeds | 05/17/2018 | Undeposited Funds | 22,500.00 |
| Invoice | 3313 | 05/17/2018 | Accounts Receivable | 17,010.00 |
| Check | 1354 | 05/17/2018 | Checking/Navy FCU 89... | -17,010.00 |
| Credit Memo | 3657 | 12/31/2018 | Accounts Receivable | -32,940.00 |
| Credit Memo | 3663 | 01/02/2019 | Accounts Receivable | -12,380.00 |

Manage Transactions ▼   Run Reports ▼

USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
| --- |
| 5/18/2023 |

| To: |
| --- |
| Enny De Jesus Urena<br>2435 NW Lapham St<br>Milwaukee, WI 53204 |

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | USD 0.00 | |

| Date | Transaction | Due Date | Amount | Balance |
| --- | --- | --- | --- | --- |
| | | 8/16/2023 | | |
| 12/31/2015 | Balance forward | | | 0.00 |
| 01/02/2018 | INV #3129. Due 04/02/2018. | | 58,620.00 | 58,620.00 |
| | --- Application Fee USD 125.00 | | | |
| | --- Matriculation Fee USD 600.00 | | | |
| | --- Graduation Charge USD 900.00 | | | |
| | --- Insurance Fee USD 995.00 | | | |
| | --- Laboratory USD 600.00 | | | |
| | --- Technology Fee. USD 500.00 | | | |
| | --- MD Program., 10 @ USD 5,490.00 = 54,900.00 | | | |
| 01/02/2018 | PMT #CC PR. | | -125.00 | 58,495.00 |
| 01/22/2018 | PMT #Matric fee. | | -600.00 | 57,895.00 |
| 02/18/2018 | PMT #Loan Proceeds. | | -22,500.00 | 35,395.00 |
| 02/18/2018 | INV #3130. Due 05/19/2018. | | 15,415.00 | 50,810.00 |
| | --- Tuition USD 15,415.00 | | | |
| 05/17/2018 | PMT #Loan Proceeds. | | -22,500.00 | 28,310.00 |
| 05/17/2018 | INV #3313. Due 08/15/2018. | | 17,010.00 | 45,320.00 |
| | --- Tuition USD 17,010.00 | | | |
| 12/31/2018 | CREDMEM #3657. | | -32,940.00 | 12,380.00 |
| | --- MD Program., 6 @ USD 5,490.00 = -32,940.00 | | | |
| 01/02/2019 | CREDMEM #3663. | | -12,380.00 | 0.00 |
| | --- PR MD Program, 2.25501 @ USD 5,490.00 = -12,380.00 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD 0.00 |

Plaintiff Enny De Jusus-Ureña

Executed Fee Schedule Unavailable



**USAT, MONTSERRAT, LLC.**
**DEPARTMENT OF MEDICINE**
4288 YOUNGFIELD STREET
WHEAT RIDGE, CO 80033

1279
68-7497/2560

NAVY FEDERAL CREDIT UNION
www.navyfcu.org

2/18/2018

PAY TO THE
ORDER OF   Enny De Jesus Urena                          $ **USD 15,415.00

Fifteen Thousand Four Hundred Fifteen and 00/100********************************************** DOLLARS

Enny De Jesus Urena
2435 NW Lapham St
Milwaukee, WI 53204

MEMO
   Loan Proceeds Refund.                    AUTHORIZED SIGNATURE

⑈001279⑈ ⑆256074974⑆     7032138914⑈001



058015016477    02282018
BANCO POPULAR de PR
->021502011<-
(787) 758-0484

| | |
|---|---|
| Posting Date | 2018 Feb 28 |
| Sequence Number | 18072041 |
| Amount | $15,415.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1279 |
| MICR RT Number | 25607497 |





| | |
|---|---|
| Posting Date | 2018 Jun 05 |
| Sequence Number | 18230806 |
| Amount | $17,010.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1354 |
| MICR RT Number | 25607497 |

**PLAINTIFF ZABDIEL A. NIEVES-RIVERA**

USAT Account
    Student Loan Amount Borrowed: $45,000
    Tuition and Fees: $12,810.70
    Balance Due to Student: $7,400.00

USAT Fee Schedule

Cancelled Check of Loan Proceeds Refund Total: **$24,915.00**



USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
| --- |
| 5/18/2023 |

| To: |
| --- |
| Zabdiel Nieves Rivera<br>Bz. 79 Urb. Paseos del Valle<br>San German, PR 00683 |

| | | Amount Due | Amount Enc. |
| --- | --- | --- | --- |
| | Due Date | USD -7,400.00 | |
| Date | Transaction | 5/18/2023 | Amount | Balance |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 06/04/2018 | INV #3471. Due 08/25/2018. | 85,155.70 | 85,155.70 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee. USD 995.00 | | |
| | --- PR Anatomy Lab USD 895.00 | | |
| | --- Clinical Fees, 11 @ USD 690.00 = 7,590.00 | | |
| | --- Technology Fees, 3.67 @ USD 710.00 = 2,605.70 | | |
| | --- PR MD Program, 11 @ USD 6,495.00 = 71,445.00 | | |
| 06/04/2018 | PMT #254120. | -125.00 | 85,030.70 |
| 08/15/2018 | PMT #Loan Proceeds. | -45,000.00 | 40,030.70 |
| 08/25/2018 | INV #3472. Due 08/25/2018. | 24,915.00 | 64,945.70 |
| | --- Tuition USD 24,915.00 | | |
| 03/07/2019 | CREDMEM #3876. | -58,455.00 | 6,490.70 |
| | --- PR MD Program, 9 @ USD 6,495.00 = -58,455.00 | | |
| 03/07/2019 | CREDMEM #3877. | -6,210.00 | 280.70 |
| | --- Clinical Fees, 9 @ USD 690.00 = -6,210.00 | | |
| 04/01/2019 | CREDMEM #3947. | -6,495.00 | -6,214.30 |
| | --- PR MD Program USD -6,495.00 | | |
| 04/02/2019 | CREDMEM #3936. | -1,185.70 | -7,400.00 |
| | --- Technology Fees, 1.67 @ USD 710.00 = -1,185.70 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| -7,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD -7,400.00 |



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111     Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

## USAT-PR Tuition & Fee Schedule

| EDUCATION COST | BASIC SCIENCES | | CLINICAL SCIENCES | |
|---|---|---|---|---|
| | First Year | Second Year | Third Year | Fourth Year |
| **Tuition*** (3 per year) | $19,485 | $19,485 | $19,485 | $19,485 |
| **Fees:** | | | | |
| Technology Fee | 710 | 710 | 710 | 710 |
| Clerkship Fee ($690 each) | - | - | 2,070 | 2,070 |
| Mal-Practice Insurance | - | - | 995 | 995 |
| Student Activity Fee | 75 | 75 | 75 | 75 |
| Maintenance Fee | 95 | 95 | 95 | 95 |
| Graduation Fee | - | - | - | 900 |
| **Total** | **$20,365** | **$20,365** | **$23,430** | **$24,330** |

NOTES:
(*) Includes: Three semesters per year of $6,495.

The following one-time fees are due at the moment of admission and are not included above:

    a.   Application Fee…………$125
    b.   Matriculation Fee……… $600
    c.   Anatomy Lab Fee……....$895

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

## ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero-balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: ___Zabdiel A Nieves Rivera_____

Signature: _____Date:__06/02/2018_____

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*





| Posting Date | 2018 Sep 04 |
|---|---|
| Sequence Number | 18075040 |
| Amount | $24,915.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1496 |
| MICR RT Number | 25607497 |

**PLAINTIFF WENDOLY M. VAZQUEZ OLIVERAS**

USAT Account
   Student Loan Amount Borrowed: $35,000.00
   Tuition and Fees: $13,695.00
   Balance Due to USAT: $4,000.00

Executed USAT Fee Schedule Unavailable

Cancelled Checks of Loan Proceeds Refund Total: **$21,430.00**



# Customer Information

| Company Name | **Completed 3 sems 1/2018-12/2018** | Main Phone | 787-322-7726 |
| Full Name | Wendoly Vazquez | Fax | 07/10/ |
| Account No. | 9764 | Main Email | wendoly.vazquez1@upr.edu |
| Bill To | Wendoly Vazquez Urb. Praderas del Sur 803 | Website | By: website |

**NOTE**

ACTIONS FOR THIS CUSTOMER

Set Up Recurring Payment

Payment Links

**Customers & Jobs** | Transactions

Custom Filter...

wendol

| ◆ NAME ▲ | CU... | BALANC... | ATT... |
| Vazquez, We... | USD | 4,000.00 | |

## Transactions | Contacts | To Do's | Notes | Sent Email

SHOW: All Transactions    FILTER BY: All    DATE: All

| TYPE | NUM | DATE ▲ | ACCOUNT | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| Invoice | 3008 | 11/21/2017 | Accounts Receivable | 42,150.00 |
| Payment | 23840294218 | 11/21/2017 | Undeposited Funds | 125.00 |
| Payment | Loan Proceeds | 02/17/2018 | Undeposited Funds | 17,500.00 |
| Invoice | 3118 | 02/17/2018 | Accounts Receivable | 11,015.00 |
| Check | 1269 | 02/17/2018 | Checking/Navy FCU 89... | -11,015.00 |
| Payment | Loan Proceeds | 05/01/2018 | Undeposited Funds | 17,500.00 |
| Invoice | 3297 | 05/01/2018 | Accounts Receivable | 10,415.00 |
| Check | 1344 | 05/11/2018 | Checking/Navy FCU 89... | -10,415.00 |
| Credit Memo | 3867 | 02/28/2019 | Accounts Receivable | -23,855.00 |
| Credit Memo | 3868 | 02/28/2019 | Accounts Receivable | -600.00 |

Manage Transactions    Run Reports

USAT, Montserrat LLC
6511 Nova Drive #333
Davie, FL 33317

# Tuition Statement

| Date |
| --- |
| 5/18/2023 |

| To: |
| --- |
| Wendoly Vazquez<br>Urb. Praderas del Sur 803<br>Calle Caobo<br>Santa Isabel, PR 00757 |

|  |  | | Amount Due | Amount Enc. |
| --- | --- | --- | --- | --- |
|  |  | Due Date | USD 4,000.00 | |
| Date | Transaction | 5/18/2023 | Amount | Balance |
| 12/31/2016 | Balance forward | | | 0.00 |
| 11/21/2017 | INV #3008. Due 11/21/2017.<br>--- Application Fee USD 125.00<br>--- Matriculation Fee USD 600.00<br>--- Graduation Charge USD 900.00<br>--- Insurance Fee USD 995.00<br>--- Laboratory USD 600.00<br>--- Technology Fee. USD 500.00<br>--- MD Program., 7 @ USD 5,490.00 = 38,430.00 | | 42,150.00 | 42,150.00 |
| 11/21/2017 | PMT #23840294218. | | -125.00 | 42,025.00 |
| 02/17/2018 | PMT #Loan Proceeds. | | -17,500.00 | 24,525.00 |
| 02/17/2018 | INV #3118. Due 02/17/2018.<br>--- Tuition USD 11,015.00 | | 11,015.00 | 35,540.00 |
| 05/01/2018 | PMT #Loan Proceeds. | | -17,500.00 | 18,040.00 |
| 05/01/2018 | INV #3297. Due 05/01/2018.<br>--- Tuition USD 10,415.00 | | 10,415.00 | 28,455.00 |
| 02/28/2019 | CREDMEM #3867.<br>--- MD Program., 4 @ USD 5,490.00 = -21,960.00<br>--- Insurance Fee. USD -995.00<br>--- Graduation Charge USD -900.00 | | -23,855.00 | 4,600.00 |
| 02/28/2019 | CREDMEM #3868.<br>--- Laboratory USD -600.00 | | -600.00 | 4,000.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 | USD 4,000.00 |

Plaintiff Wendoly Vazquez Oliveras

Executed Fee Schedule Unavailable





| | |
|---|---|
| Posting Date | 2018 Feb 26 |
| Sequence Number | 18116301 |
| Amount | $11,015.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1269 |
| MICR RT Number | 25607497 |





| | |
|---|---|
| Posting Date | 2018 Jun 04 |
| Sequence Number | 18061598 |
| Amount | $10,415.00 |
| NFCU Account Number | 7032138914 |
| Check Number | 0 |
| Serial Number | 1344 |
| MICR RT Number | 25607497 |