**EXHIBIT 11**

AN AGREEMENT

BETWEEN

THE GOVERNMENT OF MONTSERRAT



AND

MEDICAL COLLEGE OF

LONDON (MCL),

UNIVERSITY OF SCIENCE, ARTS

AND

TECHNOLOGY

(MONTSERRAT) LTD. (USAT)



MONTSERRAT

A.D. 2003

## AGREEMENT

THIS AGREEMENT made the ....2½.... day of ....September..,2003 between:

THE GOVERNMENT OF MONTSERRAT (hereinafter referred to as "the Government" which expression shall where the context so admits include its assigns and successors) whose address for service is THE CHIEF MINISTER'S OFFICE, BRADES, MONTSERRAT and MEDICAL COLLEGE OF LONDON (MCL), UNIVERSITY OF SCIENCE, ARTS AND TECHNOLOGY (Montserrat) LTD (USAT), a duly incorporated company (hereinafter referred to as 'the MCL-USAT' which expression shall where the context so admits include its assigns and successors) whose address is BRADES, Montserrat.

WITNESSETH AS FOLLOWS: -

1.  ## DEFINITIONS

    In this agreement the following expressions shall have the meaning herein ascribed to them.

    "Agreement Period" means a period of 20 years commencing with the date on which this agreement is executed. The MCL-USAT will have the option to review and renew the Agreement.

    "Contributions" means a contribution payable to the Social Security Fund.

    "Expatriate Staff" means staff recruited from overseas who are not citizens of Montserrat or are not ordinarily resident in Montserrat for tax purposes.

    "USAT" means UNIVERSITY OF SCIENCE, ART AND TECHNOLOGY (MONTSERRAT) LTD.

2.  ## TAX EXEMPTIONS

    2.1  The MCL-USAT will not pay a Corporation Tax or any other taxes or fees save and except those provided in this agreement.

2.2 The MCL-USAT will pay to the Government on annual license fee of US$5,000 to be reviewed every ten (10) years. The fee will be changed with the mutual agreement of the parties hereto.

2.3 The MCL-USAT will be exempt from property tax for a period of ten (10) years after which MCL-USAT will pay one-half (50%) of all property taxes levied on properties owned by MCL-USAT.

3. **CUSTOMS DUTIES**

3.1 The Government shall grant customs duties exemption and consumption tax exemptions to the MCL-USAT on its imports of educational and operational equipment and furniture. This exemption is also extended to materials for the construction and development of the Medical School for the duration of the agreement period. MCL-USAT will be permitted to import motor vehicles free of duty and consumption taxes for the sole use of MCL-USAT over the Agreement period.

3.2 The MCL-USAT shall be exempt from service tax on all items imported for the establishment and construction of the Medical School for a period of ten (10) years. Thereafter, MCL-USAT will pay 8 % service charge on CIF for its imports of educational and operational equipment, furniture and materials related to the operation of a medical school for the period of the agreement.

3.3 The Government shall grant expatriate staff and students a waiver from the payment of Customs Duties, Consumption Taxes and Service Tax on new household and personal effects on first arrival to the island. Such items shall be imported within six months of arrival on island. Special cases can be sent to the Comptroller of Customs for consideration.

4. **STUDENTS PERMIT FEES**

4.1 The MCL-USAT will ensure that all students enrolled at its campus pay a student a fee of US$300 per annum for the duration of the agreement period. Notwithstanding this, the permit fee shall be reduced by 25% where the number of students exceeds 300 and 50% where it exceeds 500 in any given year.

4.2 Student permit fees shall not apply to Montserratians, including employees of the University who seek to continue their education at UM while actively employed by the institution regardless of the country of origin of the employee.

4.3 Notwithstanding the above, students of MCL-USAT who are enrolled at campus locations outside of Montserrat shall be subject to payment of individual student permit fees as determined by GOM.

4.4 The permit fee will be changed only by mutual agreement of the parties.

## 5. CADAVERS IMPORTATION

5.1 The Government shall grant the MCL-USAT exemptions from customs duties, consumption taxes, service charge and all other fees except port charges on cadavers imported into Montserrat.

5.2 The MCL-USAT will comply with all relevant health and legal requirements with respect to the importation of cadavers.

5.3 The MCL-USAT will re-export or cremate the remains of the cadavers subject to all the relevant health and legal requirements.

5.4 The MCL-USAT shall ensure that all chemical and biological agents used by the University are stored and/or disposed of through safe and generally accepted procedures such that they do not pose a risk to the environment.

## 6. WORK PERMIT FOR EXPATRIATE EMPLOYEES

6.1 MCL-USAT will at the beginning of each year of the agreement period provide a list of names of its academic and administrative staff requiring work permits and in addition shall supply all relevant information needed for the processing of the work permits.

6.2 Government of Montserrat shall issue the necessary work permits and visas to enable MCL-USAT staff, students and families to remain on island for the period of their employment or study subject to the significance of any information provided on Police Records.

6.3 The Government will not seek to influence or interfere with the MCL-USAT's decisions regarding appointments to key positions within its academic and administrative staff.

6.4 MCL-USAT will comply with the administrative procedures required by the Immigration Act.

6.5 In individual cases where work permits are required at short notice, MCL-USAT will provide as soon as practicable the information relating to the employee.

6.6 Expatriate employees, students and their families may after five (5) years of continuous residence on Montserrat apply for permanent residence in accordance with the Laws of Montserrat.

6.7 Government of Montserrat on application by expatriate employees may grant permanent or economic residence in accordance with the Immigration Act.

## 7. INCOME TAX AND SOCIAL SECURITY CHARGES

7.1 Faculty and key administrators recruited by the MCL-USAT from overseas (except for Montserrat and CARICOM employees) shall not be required to pay the employee contributions to Social Security for the duration of the agreement. Expatriate faculty MCL-USAT and administrative employees will be exempt from the provisions of the Social Security Act so long as they have not been granted permanent residence or Montserrat citizenship.

7.2 MCL-USAT will ensure that income tax is paid in respect of each of its employees.

## 8. GENERAL

8.1 The Government undertakes to establish a registry to record certification obtained by medical graduates of MCL-USAT.

8.2 The Government of Montserrat will at the request of MCL-USAT request the listing of MCL-USAT with the World Directory of Medical Schools published by WHO, Geneva, Switzerland.

8.3 The Government will permit the MCL-USAT to use its medical facilities on such terms and conditions as determined by the Chief

Medical Officer in the Ministry of Health. The use of any such facilities will be determined by a specific written understanding.

8.4 The Government of Montserrat will consider and where appropriate grant upon the application of MCL-USAT, permission for MCL-USAT to establish a clinical hospital training relationship for its students at existing hospitals and other medical treatment facilities. The terms and conditions will be developed on the advice of the Chief Medical Officer on behalf of GOM.

8.5 MCL-USAT will comply with all administrative procedures required by law in relation to its operations.

8.6 MCL-USAT undertakes to actively pursue the feasibility of providing technical assistance to the science programmes at the Montserrat Secondary School or the Montserrat Community College.

8.7 MCL-USAT will attempt to secure the services of local medical professionals as teaching staff at the MCL-USAT campus where and to the extent possible.

8.8 The Government of Montserrat shall issue the necessary immigration visas to the dependants of students, faculty members and other expatriate staff to enable them to enter and remain on island during the period of study or employment with MCL-USAT.

8.9 MCL-USAT will provide at least one (1) scholarship to a Montserratian every five (5) years to the school tenable in Montserrat or any other institution that the President of MCL-USAT may determine in consultation with the Ministry of Education.

8.10 Montserratian students so selected for scholarship assistance as outlined in 8.9 above shall be exempt from the student permit fees identified in 4.1.

8.11 The MCL-USAT is hereby permitted to establish a kindergarten, primary, and/or secondary school primarily but not limited to the children of MCL-USAT's students or employees. These schools will conform to acceptable educational standards prescribed by law and any regulation related thereto.

8.12 The MCL-USAT will be permitted to generate standby power. The use of any power generating facility will be determined by a specific written agreement with Montserrat Electricity Services Ltd.

8.12 The MCL-USAT will be permitted to generate standby power. The use of any power generating facility will be determined by a specific written agreement with Montserrat Electricity Services Ltd.

8.13 MCL-USAT agrees to maintain operations in Montserrat with regard to its Medical and other Programmes for the duration of the agreement unless unforeseen circumstances and/or natural disaster arise that the MCL-USAT may choose to relocate to an area of convenience for the MCL-USAT for a time period to be determined by MCL-USAT. This would not affect any permission granted to the MCL-USAT by the Government of Montserrat.

8.14 The MCL-USAT may grant academic and professional degrees to duly qualified students of the institution and commensurate with an institution of higher education who have completed the academic and professional requirements of the degree for which they have been considered, and who have been recommended for such by the faculty and directors of MCL-USAT. The specific degrees authorized shall include Doctor of Philosophy (PH.D.), the Doctor of Medicine (M.D.) or Bachelor of Surgery (M.B.B.S), Bachelor of Dental Surgery (B.D.S.), the Master of Public Health (M.P.H.), the Master of Science (M.Sc.), the Master of Arts (M.A.), the Bachelor of Science (B.Sc.) and the Bachelor of Arts (B.A.).

8.16 The MCL-USAT shall arrange to have its programmes evaluated by independent and competent regional and international institutions established for this purpose. The results of such evaluation shall be made available to GOM and shall be published. Notwithstanding this MCL-USAT shall endeavour to maintain the highest standards of excellence through continuous self-assessment, peer reviews, research and publications in international journals.

8.17 MCL-USAT shall prepare and publish a students' charter within the first two (2) years of operation. The charter shall outline the rights and responsibilities of the University, the faculty and the students to promote a high degree of accountability and transparency within the institution.

9. CONSTRUCTION

9.1 This agreement shall be governed by and construed in accordance with the Laws of Montserrat.

9.2    This licence agreement shall be issued with the understanding that MCL-USAT will be responsible for ensuring that the school meets regional/international accreditation standards and that its students shall have access to an accredited hospital clinical training programme capable of facilitating the process of licensure to practice in the United Kingdom, the United States and/or other relevant countries.

9.3    In the event that the whole or any part of any clause or clauses in this Agreement shall be void and ineffective, the remainder of this agreement shall nevertheless remain in full force and effect.

9.4    MCL-USAT and GOM after this agreement comes into effect shall mutually agree to any changes to this agreement.

9.5    At the end of the agreement period MCL-USAT shall have the option to extend the agreement for a further period to be determined by MCL-USAT and GOM.

9.6    Notwithstanding the above, the offer included in this agreement shall be valid for a period of one (1) year from the date of this agreement after which the terms and conditions may be subject to re-negotiation, however, if MCL-USAT makes any substantial property investment or undertakes any major contractual obligation referable to and in reliance on this Agreement, then the terms set out shall become final and binding on the Government.

IN WITNESS whereof the parties or the duly authorised representative of the parties have signed this Deed on the day first above written.

Signed by Mr. John A. Osborne
Minister for Finance and
Economic Development on behalf
of the Government of Montserrat

Before and in the presence of:
..........................
Esco Henry-Greer
Attorney General

Dr. Onen L. Tulip
President, USAT, and Director
Medical College of London

Before and in the presence of:
..........................
Esco Henry-Greer
Attorney General

Case 3:99-cv-00100-MCR-MD   Document 35-21   Filed 04/02/21   Page 8 of 8