**EXHIBIT 17**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, **Plaintiff,** | CIVIL ACTION |
| v. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND DR. WILLIAM W. PINSKY, **Defendants.** | NO. 18-5540 |

### ORDER

**AND NOW**, this 26th day of March, 2019, upon consideration of Defendants' Motion to Dismiss and support thereof (ECF Nos. 20 & 25), and Plaintiff's Response in Opposition thereto (ECF No. 24), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendants' Motion to Dismiss Plaintiff's common law due process claim against ECFMG is **DENIED**;

2. Defendants' Motion to Dismiss the remainder of Plaintiff's claims against Defendants is **GRANTED**. Such claims are **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**