**EXHIBIT 21**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, | CIVIL ACTION |
|        **Plaintiff,** | |
| | |
|     v. | |
| | |
| EDUCATIONAL COMMISSION FOR | NO. 18-5540 |
| FOREIGN MEDICAL GRADUATES AND | |
| DR. WILLIAM W. PINSKY, | |
|        **Defendants.** | |

### ORDER

**AND NOW**, this 25th day of June, 2019, upon consideration of Defendant Education

Commission for Foreign Medical Graduates' Motion for Summary Judgment (ECF No. 31), and

Plaintiff's opposition thereto (ECF No. 33), **IT IS HEREBY ORDERED** that Defendant's

Motion is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.


                               **BY THE COURT:**



                               /S/Wendy Beetlestone, J.


                               **WENDY BEETLESTONE, J.**