**EXHIBIT 23**

University of Sciences, Arts and Technology of Puerto Rico

cordially invites you to the

# White Coat Ceremony

September 22, 2018

*4:00p.m.*

Teatro Municipal de Cayey



"Wherever the art of medicine is loved, there is also a love of human

Hippocrates











