**EXHIBIT 24**

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professinoal (HCP) to Medical Doctor (MD) bridge program. We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

Our educational philosophy is founded on well-established traditional, and "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise.

USAT was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became IMED listed the same year. We Are now the fastest growing School in the Caricom, and possess the largest HCP to MD bridge program. We are listed by the ECFMG in the top 100 MD schools worldwide in 2013.



## Contact Details and Admissions:

Dr. Manuel Jose Ortiz Bustillo

Dean of Clinical Sciences

And Student Affairs

**Puerto Rico Information Office:**

University of Science, Arts

& Technology,

College of Medicine

P.O. Box 364363

San Juan, PR 00936-4363

Telephone:

787-450-5845

787-679-1583

Email:

manuel.ortizbustillo@Usat.edu

University of Science, Arts
& Technology,
College of Medicine

---

Start, Continue
or Finish Your
Professional
Journey at
U.S.A.T.!





## Application Checklist

- Apply online at:

https://usat.maestrosis.com/FECreateAccount.aspx

- Background Check

- Resume

- Letter of Recommendation #1 and #2

- Enrollment Agreement

- Fee Schedule

- Official Transcripts from previous schools (can accept unofficial for acceptance review but we will need officials within the first 6 weeks after starting the program)

*" Please note that without all the items above submitted applications will not be reviewed for acceptance.



## MD Program Curriculum

**Semester I 20 Credits:** Includes Gross Anatomy lecture, Functional Anatomy Lab, Medical Embryology, Histology, Introduction to Human Nutrition, Medical Physics, and Free Elective.

**Semester II min 20 Credits:** Includes Medical Physiology I, Medical Biochemistry I, Intro Cell Biology, Medical Imaging I, Neurosciences, Medical Biostatistics for the USMLE, and free elective

**Semester III min 20 Credits:** Includes Advanced Physiology & Pathophysiology, Microbiology I, II, Pharmacology

**Semester IV min 18 credits:** Includes additional modules in microbiology & Infectious Diseases, Pathology & Pathophysiology, Pharmacology II and III, Medical Ethics, Physical Diagnosis, Basic Cardiac Life Support [BCLS], and free electives as desired

**Semester V min 12 credits:** Includes Introduction to Clinical Medicine, Advanced Cardiac Life Support, Epidemiology, Public Health, & Preventive Medicine, Toxicology & Medical Practice, and free electives as desired.

**Semester VI min 12 credits:** Intensive Basic Sciences Preparatory Course

**Core Clinical Specialties:** 50 weeks in duration, may be completed in any sequence. The designated specialty or substantial equivalent, and may be completed in any hospital or clinical environment approved by USAT.
General Medicine / Family Medicine, minimum 4 weeks
Internal Medicine, minimum 12 weeks
General Surgery, minimum 12 weeks
Emergency Medicine or Urgent Care, minimum 4 weeks
Obstetrics & Gynecology, minimum 6 weeks
Pediatrics, minimum 6 weeks
General Psychiatry, minimum 6 weeks

**Elective Clinical Specialties:** 30 weeks minimum.
Note: Clinical Electives may be completed in virtually any area of medicine as practiced by physicians [MD or DO] physicians.
Recommended Clinical Electives: [recommended 2 to 4 weeks each, minimum 30 weeks total
Dermatology, 4 weeks
Cardiology, 4 weeks
Radiology, 2 to 4 weeks
Orthopedics, 2 to 4 weeks
Ophthalmology, ENT, 2 to 4 weeks

Free Electives, any additional clinical specialties including but not limited to Pathology, Hematology & Oncology, Rheumatology, Tropical Medicine, Physical Medicine, Acupuncture & Pain Management, Clinical Nutrition, Allergy & Infectious Diseases, Integrative Medicine, Plastic & Reconstructive Surgery.



## Our Accreditations

Accreditation Service for International Schools, Colleges, and Universities (ASIC)

USAT is included in the International Medical Education Directory (IMED)

The Foundation for Advancement of International Medical Education and Research (FAIMER – IMED)

Educational Commission for Foreign Medical Graduates (ECFMG)

AAHEA (American Association for Higher Education and Accreditation)

The World Federation for Medical Education (WFME) CAPER Listing





## Examinations Rankings

Graduates are qualified to Do the application for the USA Medical Licensing Examination

Graduates are qualified to make application to residency training programs in the USA & Abroad

Pass Rate At First Attempt Usmle Step I: 93%*
Pass Rate On Usmle Step I CK (First Attempt): 98%
Pass Rate On Usmle Step II CS (First Attempt) 99%*

### Join Our Family

Ave. Barbosa, San Juan, PR

(787) 450-5845/ (787) 679-1583

www.USAT.edu



# University of Science Arts and Technology

## College of Medicine

## Puerto Rico

# Our Standards

We believe in the pursuit of excellence in education, research, patient care, community service with integrity, ethical behavior and respect for everyone. We value humanism and compassion for all people without distinction of age, race, sex, national origin, belief, or ethnicity. We are committed to working cooperatively and collaboratively with our students, teachers, staff, and community who make invaluable contributions to our institution and the development of our mission and vision every single day of their lives





## Start, Continue or Finish Your Professional Journey at U.S.A.T.!

### Mission

To provide Medical Graduate study programs presented in a humanistic manner that embraces high standards of excellence and professionalism. We believe these attributes are necessary to train the "Leaders of Tomorrow"

### Vision

Our educational philosophy is founded on well-established traditional, & "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professional (HCP) to Medical Doctor (MD) bridge program.

We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.