# 2017 University of Science, Arts and Technology
# LECTURE CONFERENCE SCHEDULE

| 2017 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19 M | 20 M | 21 M | 22 M | 23L | 24L | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | |
| FEB | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9T | 10T | 11T | 12T | 13 | 14 | 15 | 16 M | 17 M | 18 M | 19 M | 20 | 21 | 22 | 23D | 24D | 25D | 26D | 27 | 28 | | | | | |
| MAR | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 M | 17 M | 18 M | 19 M | 20L | 21L | 22 | 23D | 24D | 25D | 26D | 27 | 28 | 29 | 30 | 31 | | |
| APR | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | *20M | *21M | *22M | *23M | 24 | 25 | 26 | 27D | 28D | 29D | 30D |
| MAY | | 1 | 2 | 3 | 4T | 5T | 6T | 7T | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 M | 19 M | 20 M | 21 M | 22L | 23L | 24 | 25D | 26D | 27D | 28 | 29 | 30 | 31 | | | | |
| JUN | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8T | 9T | 10T | 11T | 12 | 13 | 14 | 15 M | 16 M | 17 M | 18 M | 19 | 20 | 21 | 22 | 23D | 24D | 25D | 26 | 27 | 28 | 29 | 30 | | |
| JUL | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13 M | 14 M | 15 M | 16 M | 17L | 18L | 19 | 20D | 21D | 22D | 23D | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| AUG | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10T | 11T | 12T | 13T | 14 | 15 | 16 | 17 M | 18 M | 19 M | 20 M | 21 | 22 | 23 | 24D | 25D | 26D | 27D | 28 | 29 | 30 | 31 | | | |
| SEP | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14 M | 15 M | 16 M | 17 M | 18L | 19L | 20 | 21D | 22D | 23D | 24D | 25 | 26 | 27 | 28 | 29 | 30 | |
| OCT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19 M | 20 M | 21 M | 22 M | 23 | 24 | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | |
| NOV | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9 M | 10 M | 11 M | 12 M | 13L | 14L | 15 | 16D | 17D | 18D | 19D | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | |
| DEC | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14 M | 15 M | 16 M | 17 M | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

TAMPA — BALTIMORE/MIAMI — DALLAS

MUST SIGN-UP PRIOR FOR ANATOMY LAB

GRADUATION IN MIAMI

**Tampa, Florida Location = T**
Hilton Westshore Tampa Airport Hotel
2225 N. Lois Avenue
Tampa, FL 33607
Reservations: (813) 877-6688

**Miami, FL Location = M**
The Hilton Garden Miami Airport Hotel West Doral
3550 NW 74th Avenue
Miami, FL 33122
Reservation: (305) 629-7701

**Baltimore, MD Location = M**
DoubleTree by Hilton Baltimore – BWI Airport
890 Elkridge Landing Rd,
Linthicum Heights, MD 21090
Reservation: (410) 859-8400

**Dallas/Ft Worth Location = D**
Four Points by Sheraton
1580 Point West Blvd.
Coppell, TX 75019
Reservation: (469) 702-6311

*April 20-23 in MIAMI ONLY the lecture will be held at the Homewood Suites next door all four days
Reservations 305-629-7831*

**EXHIBIT 25**

**Class times are: Thursday 1pm to 6pm/ Friday 9am to 6pm/ Saturday 8am to 6pm (testing from 9-10)/ Sunday 8am to 6pm**

# 2018 University of Science, Arts and Technology
## LECTURE CONFERENCE SCHEDULE

| 2018 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11t | 12t | 13t | 14t | 15 | 16 | 17 | 18m | 19m | 20m | 21m | 22l | 23l | 24 | 25d | 26d | 27d | 28d | 29 | 30 | 31 |
| Feb | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19 | 20 | 21 | 22d | 23d | 24d | 25d | 26 | 27 | 28 |
| Mar | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19l | 20l | 21 | 22d | 23d | 24d | 25d | 26 | 27 | 29 | 30 |
| Apr | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19M | 20m | 21m | 22m | 23 | 24 | 25 | 26d | 27d | 28d | 29d | 30 | | |
| May | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10t | 11t | 12t | 13t | 14 | 15 | 16 | 17m | 18m | 19m | 20m | 21l | 22l | 23 | 24d | 25d | 26d | 27d | 28 | 29 | 30 | 31 |
| Jun | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7t | 8t | 9t | 10t | 11 | 12 | 13 | 14m | 15m | 16m | 17m | 18 | 19 | 20 | 21 | 22d | 23d | 24d | 25 | 26 | 27 | 28 |
| Jul | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19m | 20m | 21m | 22m | 23l | 24l | 25 | 26d | 27d | 28d | 29d | 30 | 31 | |
| Aug | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9t | 10t | 11t | 12t | 13 | 14 | 15 | 16m | 17m | 18m | 19m | 20 | 21 | 22 | 23d | 24d | 25d | 26d | 27 | 28 | 29 | 30 |
| Sep | | | | | | | 1 | 2 | 3 | 4 | 5 | 6t | 7t | 8t | 9t | 10 | 11 | 12 | 13m | 14m | 15m | 16m | 17l | 18l | 19 | 20d | 21d | 22d | 23d | 24 | 25 | 26 | 27 |
| Oct | | 1 | 2 | 3 | 4t | 5t | 6t | 7t | 8 | 9 | 10 | 11m | 12m | 13m | 14m | 15 | 16 | 17 | 18d | 19d | 20d | 21d | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Nov | | | | | 1t | 2t | 3t | 4t | 5 | 6 | 7 | 8m | 9m | 10m | 11m | 12l | 13l | 14 | 15d | 16d | 17d | 18d | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| Dec | | | | | Nov 30t | 1t | 2t | 3 | 4 | 5 | 6m | 7m | 8m | 9m | 10 | 11 | 12 | 13 | 14d | 15d | 16d | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |

**TAMPA**    **MIAMI**    **DALLAS**

**MUST SIGN-UP AND PREPAY FOR ANATOMY LAB**

**GRADUATION IN MIAMI**

**Tampa, FL Location = t**
DoubleTree Tampa Airport Westshore
4500 West Cypress Street
Tampa, FL 33607
Reservations: 813-879-4800

**Miami, FL Location = m**
Hilton Garden Miami Airport West Doral
3550 NW 74th Avenue
Miami, FL 33122
Reservations: 305-629-7701

**Dallas, TX Location = d**
Hilton Garden DFW North
205 W. State Hwy 114
Grapevine, TX 76051
Reservations: 817-421-1172

\*\*The Tampa site in January will be at the Hilton Westshore 2225 N. Lois Ave (813)877-6688 \*\*

Class times are: Thursday 1300 - 1800 / Friday 0900 - 1800 / Saturday 0800 - 1800 (testing from 0900-1000) / Sunday 0800 - 1800