

# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

# EXHIBIT 26

Sujeil Peña Torres
Urb. Venus Gardens Calle Peliux 771
San Juan, PR 00926

July 11, 2017

Re: Admission to the MD Program

Dear Sujeil Peña;

Congratulations, on behalf of the admissions committee I am pleased to advise of you of your admission to the MD program at the University of Science, Arts and Technology. This is typically a 4-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been admitted with a projected 14 terms to graduation.

The tuition for the USAT PR MD program is currently USD $5,400 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995), Anatomy Lab fee (USD $600/lab), a Technology fee (USD $95 p/term), and a Graduation fee of (USD $900). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT PR Admissions Department, PO Box 364363. San Juan, PR USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
Cc: Dr. Konyk

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**
P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

June 21, 2017

Blasco Jusino, Jose E.
2267 Igualdad St.
Ponce, PR 00717

Re: Admission to MD Program

Dear Jose Blasco,

Congratulations, on behalf of the admissions committee I am pleased to advise of you of your admission to the MD program at the University of Science, Arts and Technology. This is typically a 4-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission with advanced standing starting with a projected minimum of 13 semesters to graduate based on your previous education and qualifications. However, if you can show completion of basic science "Reinforcement Courses," and "Intensified USMLE Step 1 review may be changed to 12 semesters to complete your educational requirements.

The tuition for the MD program is currently USD $4,900 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $895), Anatomy Lab fee (USD $500/lab), a Technology fee (USD $250), and a Graduation fee of (USD $900 for the first degree and $500 for each additional degree).  The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Information Department, 4288 Youngfield St., Wheat Ridge, CO 80033 or USAT PR, PO Box 364363, San Juan, PR 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program.  We offer our lectures in 4 day, weekend blocks (Thursday – Sunday), one weekend a month, with Orientation for new students occurring on Thursdays at 1:00 pm.  Generally, our Tampa, FL site is held on the 2nd weekend of each month, Miami, FL and Baltimore, MD sites are held on the 3rd weekend of each month, and our Dallas/ Ft. Worth, TX site is held on the 4th weekend of each month.  The same lecture material is offered at the FL, MD, and TX locations.  You may complete remaining matriculation activities on that weekend.  Should you need accommodations during the weekend, contact the hotel and identify the University and they may be able to book you at our corporate rate. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,


Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc:  Dr. Konyk


*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY
P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

Paola Prosper
Paraiso de Mayaguez Calle Serenidad 193
Mayaguez, PR 00680

July 19, 2017

Re: Admission to the MD Program

Dear Paola Prosper;

Congratulations, on behalf of the admissions committee I am pleased to advise of you of your admission to the MD program at the University of Science, Arts and Technology. This is typically a 4-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been admitted with a projected 12 terms to graduation.

The tuition for the USAT PR MD program is currently USD $5,490 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995), Anatomy Lab fee (USD $2000 lab fee), a Technology fee (USD $1450), Clinical Fee (USD $3200) and a Graduation fee of (USD $900). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT PR Admissions Department, PO Box 364363 San Juan, PR USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
Cc: Dr. Konyk

*The University of Science, Arts& Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Dean*

September 12, 2017

Lisa Torres Colón
Urb. La Vega Street C #85
Villaba PR 00766

Re: Admission to MD Program    → *Corregido*

Dear Lisa Torres:

Congratulations! On behalf of the Admissions committee it is my pleasure to offer you a place to the MD program at the University of Science, Arts and Technology, PR Campus. This is typically a 4-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences courses and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been admitted starting from basic sciences with a projected minimum of 11 semesters to graduation.

The tuition for the MD program is currently USD $5,490 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995), Anatomy Lab fee (USD $600/lab), a Technology fee (USD $500), and a Graduation fee of (USD $900 for the first degree and $500 for each additional degree). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Information Department, PO Box 364363, San Juan, PR 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Once again, congratulations on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc: Dr. Konyk

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*

Acceptance letter:



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

June 01, 2018

Re: Admission to MD Program

Dear Joffre Gomez Frontera :

Congratulations! On behalf of the Admissions Committee it is my pleasure to conditionally offer you a place to the MD program at the University of Science, Arts and Technology pending the submission of your official transcripts from institutions attended. This is typically a 4 years program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have conditionally been offered admission with advanced standing starting with a projected minimum of **11 semesters** to graduate based on your previous education and qualifications.

The tuition for the MD program is currently USD $6,495.00 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Anatomy Lab fee (USD $895.00/lab), Graduation fee of (USD $900.00), other fees include: Medical Student Malpractice Insurance fee (USD $995.00 per year), Clinical fee ($690 per semester) and a Technology fee (USD $710.00 per year). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Admission Department, PO Box 364363, San Juan, Puerto Rico USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

April 17, 2018

Re: Admission to MD Program

Dear Lucero Rodríguez:

Congratulations! On behalf of the Admissions Committee it is my pleasure to offer you a place to the MD program at the University of Science, Arts and Technology. This is typically a 4 years program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission with advanced standing starting with a projected minimum of **8 semesters** to graduate based on your previous education and qualifications.

The tuition for the MD program is currently USD $6,495.00 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995.00), Anatomy Lab fee (USD $895.00/lab), a Technology fee (USD $710.00), and a Graduation fee of (USD $900.00). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Admission Department, PO Box 364363, San Juan, Puerto Rico USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc:  Dr. Konyk

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
*Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003)   USAT has been favorably listed by*
*The International Medical Education Directory (USA:IMED/FAIMER), and others.*
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education   © 2010 USAT*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

January 5, 2018

Re: Admission to MD Program

Dear Enny De Jesus,

Congratulations! On behalf of the Admissions Committee it is my pleasure to offer you a place to the MD program at the University of Science, Arts and Technology. This is typically a 4 years program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission starting with a projected minimum of **12 semesters** to graduate based on your previous education and qualifications.

The tuition for the MD program is currently USD $5,490.00 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995.00), Anatomy Lab fee (USD $600.00/lab), a Technology fee (USD $500.00), and a Graduation fee of (USD $900.00). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Admission Department, PO Box 364363, San Juan, Puerto Rico USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc: Dr. Konyk

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
*Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003)   USAT has been favorably listed by*
*The International Medical Education Directory (USA:IMED/FAIMER), and others.*
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education   © 2010 USAT*