# USAT
## MONTSERRAT



*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT

### Olveston Campus   EXHIBIT 27

P.O. Box 506, South Mayfield Estate Drive,
Olveston, Montserrat, British West Indies
Tel: 727-388-2687 / Fax:303-399-4106
U.S. Information Office: 3442 Ash Street; Denver, CO 80207
Local Phone: 303-371-0252, Fax 303-371-6967/0117
http://usat.edu
Email: admissions@usat.edu & Admissions2@usat.edu

*Office of the President*

Thank you for your interest in the University of Science, Arts and Technology (USAT), and the programs offered.

We recognize that professionals, like yourself, are interested in pursuing a medical career while still working a traditional schedule and living life. We try to accommodate our students by offering our lectures in four day weekend blocks (Thursday - Sunday), one weekend a month. This allows students to commute to Florida, Texas, or Maryland for the once monthly sessions, and complete the clinical portion of their MD training in hospitals and clinics nearer their home. This is a ladder type blended program (combines progressive distance education and scheduled core lectures) program that builds on your current level of medical education, rather than duplicating it as many other MD programs do. It is also structured such that students may continue employment during their study for the MD degree. Moreover, there are no age restrictions on enrollment or matriculation.

This is a two phase program, conducted in, but not limited to The United States. Phase I is 12 to 15 months of focused lectures and examinations in a seminar, clinic, or hospital setting, and represent the basic medical sciences review part of the program. The curriculum is based on an integrative systems model, and the lectures are supplemented by slide sets are provided to matriculated students. Most lecturers for this program are USA MD-PhD credentialed.

The second [Clinical] Phase consists of 80 weeks of clinical training preferably close to your home, so as to enable you to continue essentially full time employment while studying. Clinical training may be completed in any state and in some foreign countries. The Clinical training phase includes 50 weeks of core specialties and 30 weeks of elective specialties of your selection. All clinical training must be completed in an accredited institution or clinic authorized by the University. An advanced standing student must attend a minimum of 12.5 hours of mentoring with a clinical mentor in any given week in order for the session(s) to count as a satisfactory week.

We encourage students to complete USMLE Step I within one year of matriculation or as soon thereafter as they can schedule it, so that they will be on track for Step II and residency when that time come. Note that the greatest delays in the USMLE exams are for USMLE Step II CS due to limited seats for that exam, and then getting the results back from the ECFMG in a timely manner. The average Step I test score for HCP to MD students for academic year 2009-10 was 89% and for step II 95% (with a top scores to date of 99% for both steps) for this program, nearly 10 points above the average for graduates of US medical schools and approximately 15 points better than other foreign medical school grads undertaking the same exam.

Our students sit for the same USMLE exams as US students, and are graded on the same standard. In addition, all 2009 graduates have now been offered top notch residency positions for the 2010 academic year in Florida and other states. USAT normally awards two qualifying medical degrees to HCP to MD students: the MBBS (Bachelor of Medicine, Bachelor of Surgery) about 2/3 of the way through the program and the MD upon completion of all didactic and clinical requirements. The intermediate MBBS is intended to enable the student to get a time advantage when applying for residency as it is by itself a qualifying degree for the ECFMG certification. USAT is licensed to award the MBBS, MD, and DO degrees, and students may elect to apply for any one or all three degrees. All three degrees qualify for registration to sit for the USMLE.

Currently, we are accredited by IMED, ASIC, FAIMER, ECFMG, and USMLE. This means that our students are able to obtain licensure in the U.S., Canada and abroad. You may verify the status of USAT on the IMED/FAIMER web site. Select Caribbean for the region, and then select Montserrat as the country in the Caribbean. You will see USAT listed, thus the graduates can qualify for licensure in the USA and most other nations by virtue of having been listed on the ECFMG register. USAT grads qualify for post graduate training in the USA and other nations. USAT is accredited by the Government of Montserrat and the American Association for Higher Education and Accreditation in the USA. This program qualifies for Veterans Administration Educational Benefits for qualified Veterans or their designate(s) of the US Armed Forces.

Tuition is modest, currently at US $4900/semester for the base tuition for this program. HCPs, including PAs, NPs and DCs must be enrolled for a minimum of 9 semesters in order to satisfy minimal ECFMG criterion for medical licensure. Entry level HCP may require an additional 2 semesters to complete the entire program.

Thanks again for your correspondence. I have enclosed an application for your review.

Orien L Tulp, PhD, MD, FACN, CNS
Professor of Pharmacology and Nutritional Sciences
President, University of Science Arts and Technology

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL  N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2010 USAT*



*View from Montserrat*

# USAT
## MONTSERRAT

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

**P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat, British West Indies**
**Tel: 727-388-2687 Toll Free:  866-596-9577**

**U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local Phone: 303-371-0252, Fax: 303-371-6967/0117**

**http://usat.edu**
**Email: Last Names A-L admissions@usat.edu**
**Last Names M-Z admissions2@usat.edu**

*Office of the Administrator*

## APPLY ONLINE

**Apply online** at https://usat.maestrosis.com/FECreateAccount.aspx. By applying online you will be able to upload all of your documents and view the status of your application. **Important, your browser pop-up blocker must be disabled for the portal to function properly.**

**Application Notes: You must upload all required documents to the online application** portal including the two recommendation letters, resume/CV, background (records) check, application fee, enrollment agreement, fee schedule agreement, and unofficial transcripts. The only exception is the official transcripts (required within 90 days of admission) which must be sent via mail to USAT by either the institution, or the prospective student may send the official transcripts in the original **unopened and sealed** envelope they obtained from the institution. Mail official transcripts to USAT Admissions Department, 3442 Ash St., Denver, CO 80207. The background/records check may be obtained by your local police or Sheriff's department. Once we receive your **complete** application with all required documents your application will be forwarded to the admissions board. Once it is forwarded you should receive a decision in less than two weeks depending on application volume.

Important, if you were referred by another student you must type their name in the field related to where you heard about USAT. This will ensure they receive the referral credit.

If you have any questions and your last name starts with **A-L** contact David Huffman at admissions@usat.edu and for last names **M-Z** contact Sean Moudy at admissions2@usat.edu.

## Upload All Required Documents into the Online Application Portal

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been  favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*



*View from Montserrat*

# USAT
## MONTSERRAT

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

**P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat, British West Indies**
**Tel: 727-388-2687, Toll Free: 866-596-9577**

**U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local Phone: 303-371-0252, Fax: 303-371-6967/0117**

http://usat.edu

*Office of the Director*

# Contacts for USAT:

**Phone: 303-371-0252**

| | | |
|---|---|---|
| **Admissions (A-L): David Huffman** | Ext. 103 | admissions@usat.edu |
| **Admissions (M-Z): Sean Moudy** | Ext. 104 | admissions2@usat.edu |
| **Montserrat Administration: Tracy Scipio** | 727-388-2687 | t.scipio@usat.edu |
| **Student Services: Stephanie Majors** | Ext. 102 | studentservices@usat.edu |
| **Academic Requirements/ECFMG: Dr. Tulp** | | o.tulp@usat.edu |
| **Director/Student Accounts: Carla Konyk** | Ext. 101 | c.konyk@usat.edu |
| **Registrar (A-L): Nadine Cruz** | Ext. 105 | registrar@usat.edu |
| **Registrar (M-Z) & IDs: Mary Hickling** | Ext. 106 | registrar2@usat.edu |
| **Webinars: Karen Baldwin** | Ext. 107 | karen.baldwin@usat.edu |

*While USAT encourages study groups and student interactions, it is the policy of USAT to protect the privacy of both our instructors and our students. We will not provide contact information for the professors, the students or the graduates of the university without their express permission.*

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003) USAT has been favorably listed by The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education © 2010 USAT*