Case 3:19-cv-01707-WGY    Document 152-29    Filed 07/27/23    Page 1 of 6

 **USAT**

Sujeil Peña Torres <sujeil.pena@usat.edu>

Exhibit 28
Deponent:   Baldwin
Date:   5/26/23
Reporter:   CHM
Verbatim Reporting, LLC

# Montserrat USMLE Review and Clinicals with Dr. Brown Feb 2018

2 messages

Karen Baldwin <karen.baldwin@usat.edu>                    Mon, Jan 8, 2018 at 1:21 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students,

**There are still a few seats left for the Montserrat Feb 2018 USMLE Step 1 Review with Dr. Brown and as well as clinical rotations. Please see below for details and let me know ASAP if you are interested in attending so we can gather the needed paperwork. If you have any questions please also let me know.**

The next USMLE Prep course and clinical rotation has been set to run February 17, 2018 thru March 3, 2018. This is an opportunity for students who have completed the Review of Systems or transferred as a 3rd year medical student to experience the best of Montserrat. Students can complete 30 clinical training hours in Tropical Medicine and/or Family Medicine from 9am-12pm (M-F), then head to campus to enjoy a catered luncheon followed by USMLE Step I prep daily from 1:30pm-6:30pm (M-F) and Saturday from 9am-1pm (58 hours total). Save the evening for enjoying the local amenities that Montserrat offers as the 'Emerald Isle of the Caribbean'. By completing the 30 hours of clinicals on Montserrat you will then be eligible to receive a Diploma in International Medicine.

**In order to reserve your space please contact** Karen.baldwin@usat.edu **by January 19, 2018. You will need to pay the course fee of $800 along with your lodging cost option in full before your space is guaranteed. Please note without making the** payment by February 1st you will not be able to attend. You will need a white coat along with a current USAT Student ID and a letter from USAT for immigration in order to be allowed entry to the country.

**BSC 817. USMLE Step I preparation & review**, February 19, 2018 to March 2, 2018 [3 credits]. This course will enable the student to complete that last minute push before taking the required NBME versions 13 and above then followed by Step I. Students must bring a laptop or tablet, capable of receiving and sending information.

**Clinical Rotations: Tropical Medicine and/or Family Medicine**, February 19, 2018 to March 2, 2018. Students will participate in clinical training in a tropical environment for approximately 3-4 hours daily, in one of the various Government run clinics in Montserrat, including Glendon Hospital. For students who prefer another option you are also able to work with Dr. Brown to gain clinical research elective credits with the Harvard Data-verse Project Clerkship.

The tuition for this combined program is only $800, excluding transportation and accommodations for USAT students, $1250 for other interested parties. Off campus lodging is available from February 17, 2018 to March 3, 2018 for $400 for 2 weeks for a double occupancy room or $600 for a single room for 2 weeks (housing is shared with up to 7 other students).

Travel to Montserrat is via the VC Bird International Airport in St Johns, Antigua & Barbuda, airport code ANU. Travel to Montserrat is via a 90 minute ferry: https://discovermni.com/ferry-schedule

Travel by air (prop plane) on Fly Montserrat https://www.flymontserrat.com or
ABM Air Montserrat http://montserrat-flights.com

The Faculty for this course will be Dr. Tony Brown. We will offer High Speed Internet.

As an added bonus your passport will include the Montserrat cloverleaf stamp!

Thank you,
Karen Baldwin
University of Science Arts & Technology
karen.baldwin@usat.edu
303.371.0252

Sujeil Peña Torres <sujeil.pena@usat.edu>                    Mon, Dec 10, 2018 at 6:39 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## ECFMG - USAT update

3 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>                                Tue, Sep 18, 2018 at 5:04 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Please see the message below from Dr. Tulp.

Dear Students,

USAT thanks you in advance for your patience in this matter. We are currently still researching the request from the ECFMG in regards to the affidavit. We are consulting experts in this area in order to move forward in helping you to complete the affidavit. Please trust that we are only taking this extra time because we have your best interests in mind. Please try to refrain from contacting Dr. Tulp as he is working diligently on this and is taken away from doing so by the numerous calls, emails and texts he is receiving.

It is our goal to provide you with updated information by the end of the week.


Thank you again,

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

---

**Karen Baldwin** <karen.baldwin@usat.edu>                                Fri, Sep 21, 2018 at 6:11 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students,

Please see the updated information in regards ECFMG from Dr. Tulp below.


Dear Students,

ECFMG is questioning our delivery of the basic sciences because some students didn't attend on Montserrat due to past volcanic activity on Montserrat. As you may know, there is a provision in the USAT license that does not require students to be on Island because of natural disasters like the volcano for safety reasons. Accordingly, many USAT lectures are delivered via a live, interactive webinar platform, a widely accepted blended instructional format which we have been using for many years without incident or comment from the ECFMG.

We will now begin offering the Basic Science portion of our program at our campus on Montserrat as early as October 1, 2018 and at our new British Virgin Islands campus as soon as January, 2019. Our University counsel will be in discussion with the ECFMG next week to allow current students and graduates to continue to take the Step Exams and proceed into the 2019 match.

It is strongly advised that you don't return the affidavit forms at this time because this situation is a gray area that still needs to be explored before we submit anything.

Thank you for your patience during this challenging time.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*


Thank you,
Karen Baldwin
University of Science Arts & Technology

# U.S.A.T.
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## USAT Conference Call Invitations

2 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>                              Mon, Sep 24, 2018 at 11:02 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students and Graduates,

USAT would like to invite you to join the first of two conference calls, one that will take place tomorrow, September 25th, from 4pm-5pm eastern time and another that will take place on September 26th, from 4pm-5pm eastern time, please see below to determine which call applies to you. During this call we hope to answer some of the questions we know you have as well as provide you with more information. We ask that if you have additional questions during the call to please email them to Carla Konyk at c.konyk@usat.edu.

We are holding this first conference call for those students that have received the affadavit from ECFMG.

We ask that those students who have not received the affidavit to please join the conference call the following day, September 26th, at 4pm eastern time in order to better accommodate all students.

Please see below for the call instructions:
Dial in number: 712.432.3900
Participant ID: 585537#

Thank you,
USAT Administration

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                           Mon, Dec 10, 2018 at 11:16 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]


## U.S.A.T
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## ECFMG 2nd Affidavit Request

2 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>                                    Thu, Oct 18, 2018 at 10:39 AM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students,

USAT has become aware of the 2nd affidavit request sent by the ECFMG. We are having counsel review the document and will provide you with more information by early next week. We ask that you please await further information before submitting this 2nd affidavit. We are pleased to tell you that as of today, we have verified that several students have received email confirmations and restored access to ECFMG services, after their affidavits were reviewed.

USAT thanks you for your continued patience and understanding at this time.

USAT Administration
303.371.0252

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                                 Mon, Dec 10, 2018 at 11:26 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Ecfmg update
2 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>                                      Fri, Nov 2, 2018 at 2:07 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear students,

USAT has heard that some students are being asked to provide additional information to ECFMG above and beyond the affidavit. If you are one of these students we ask that you please not send them any additional information at this time. We ask you to instead please send an email to Carla Konyk at c.konyk@usat.edu with the title "ecfmg additional information". She would like to refer you to work directly with USAT's counsel individually. Our attorney will get to all of you either today or over the weekend.

Thank you,
USAT Administration
University of Science Arts & Technology
lectures@usat.edu
303.371.0252

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                                   Mon, Dec 10, 2018 at 11:31 AM
To: sujeilpt@live.com


Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]


## USAT
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## USMLE Prep Course Option
2 messages

**USAT Lectures** <lectures@usat.edu>
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Mon, Jan 14, 2019 at 4:32 PM

Dear Students,

### USMLE Prep Course; Step One and Step Two CS:
We are considering offering a USMLE Prep Course for both Step One and Step Two CS at the Puerto Rico site on February 4th through February 8th, 2019 and possibly February, 18th through February 22nd, 2019. Please reply to this email if you are interested in this course, the cost of the week-long course (not for credit) will be $895.00 per person. Students will need to make their own flights, and accommodations. Depending on the response, we may be able to offer more than one session. The minimum number of students needed for a session is ten. More details will follow as soon as ten students have been confirmed for attendance.

Thank you,
USAT Administration

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Tue, Jan 29, 2019 at 9:47 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]