Exhibit 29
Date: 05.30.2023
Dep.: Dr.Manuel Ortiz
Reporter: DNBO
Verbatim Reporting

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUJEIL PEÑA-TORRES; JOSE E. BLASCO-JUSINO; LUCERO RODRIGUEZ-FERNANDEZ; LISA M. TORRES-COLON; JOFFRE E. GOMEZ FRONTERA; ZABDIEL A. NIEVES RIVERA; ENNY DE JESUS-UREÑA; LORAIMA M. ROSADO VILLAFAÑE; PAOLA M. PROSPER-CRESPO; WENDOLY M. VAZQUEZ OLIVERAS<br><br>    PLAINTIFFS<br><br>VS.<br><br>UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ORIEN L. TULP, his spouse JANE DOE and the conjugal partnership between them; CARLA M. KONYK, her spouse JOHN DOE and the conjugal partnership between them; MANUEL JOSÉ ORTIZ-BUSTILLO, his spouse JANE DOE and the conjugal partnership between them; YANIRE BUSTILLO, her spouse JOHN DOE and the conjugal partnership between them; DANIELA CABRERA-PUJADAS, her spouse JOHN DOE and the conjugal partnership between them; KAREN BALDWIN, her spouse JOHN DOE and the conjugal partnership between them; INSURANCE COMPANY XYZ; COMPANY ABC; JOHN & JANE DOE<br><br>    DEFENDANTS | Civil Action No. 3:19-cv-01707-WGY<br><br>RE: RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT (RICO); FRAUDULENT INDUCEMENT; BREACH OF CONTRACT; UNJUST ENRICHMENT; TORT AND DAMAGES<br><br>TRIAL BY JURY DEMANDED |

## ORTIZ-BUSTILLO'S ANSWER TO THIRD AMENDED COMPLAINT

### PRELIMINARY STATEMENT

1. Denied.

2. Denied.

3. Denied.

   1) Denied.

1

2) Denied.

3) Denied.

4) Denied.

5) Denied.

4. Denied.

5. Denied.

6. Denied.

## JURISDICTION AND VENUE

7. Admitted.

8. Admitted regarding jurisdiction. The rest of the allegations are denied.

9. Admitted.

## PARTIES

10. Admitted that Plaintiffs applied to attend USAT and Plaintiffs were students at USAT.

    1) Admitted that Peña-Torres is a plaintiff; remainder of claim denied.

    2) Admitted that Blasco-Jusino is a plaintiff; remainder of claim denied.

    3) Admitted that Rodriguez-Fernández is a plaintiff; remainder of claim denied.

    4) Admitted that Torres-Colon is a plaintiff; remainder of claim denied.

    5) Admitted that Gómez-Frontera is a plaintiff; remainder of claim denied.

    6) Admitted that Nieves-Rivera is a plaintiff; remainder of claim denied.

    7) Admitted that de Jesus-Ureña is a plaintiff; remainder of claim denied.

    8) Admitted that Rosado-Villafañe is a plaintiff; remainder of claim denied.

    9) Admitted that Prosper-Crespo is a plaintiff; remainder of claim denied.

2

10) Admitted that Vazquez Oliveras is a plaintiff; remainder of claim denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

## THE FACTS

### I. SOME POLICIES AND PROCEDURES OF ECFMG

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

II. DEFENDANT USAT AS ENTERPRISE, CONDUCT, ALLEGED RACKE-
TEERING PATTERN; STATEMENTS BY DEFENDANT USAT AND DEFEN-
DANT USAT EMPLOYEES' TOGETHER TO PLAINTIFFS ABOUT PAYING
TUITION FOR THE MEDICAL EDUCATION PLAINTIFFS RECEIVED

A. Plaintiffs Contact USAT and True Statements USAT Made to Plaintiffs

33. Denied.

   a. Denied.

   b. Denied.

   c. Denied.

   d. Denied.

   e. Denied.

   f. Denied.

   g. Denied.

   h. Denied.

   i. Denied.

   j. Denied.

34. Denied.

   a. Denied.

   b. Denied.

   c. Denied.

   d. Denied.

   e. Denied.

   f. Denied.

g. Denied.

h. Denied.

i. Denied.

j. Denied.

35. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

    f. Denied.

    g. Denied.

    h. Denied.

    i. Denied.

    j. Denied.

36. Denied.

37. Denied.

B. Plaintiffs Claim the Enterprise is Defendant USAT and the Defendant USAT Officers; Conduct of the Enterprise; Plaintiffs Paying for Plaintiffs' Medical Educations

38. Denied.

39. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

    f. Denied.

    g. Denied.

    h. Denied.

    i. Denied.

    j. Denied.

40. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

    f. Denied.

    g. Denied.

    h. Denied.

    i. Denied.

    j. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

    a. Denied.

    b. Denied.

c. Denied.

d. Denied.

e. Denied.

f. Denied.

g. Denied.

h. Denied.

i. Denied.

j. Denied.

k. Denied.

45. Denied.

46. Denied.

C. ECFMG's August 2018 Policy Changes Harms USAT

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

7

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

## FIRST CAUSE OF ACTION

## RICO ACT

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

## SECOND CAUSE OF ACTION

## FRAUDULENT INDUCEMENT, OR IN ALTERNATIVE, BREACH OF CONTRACT

102. Denied.

9

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

## THIRD CAUSE OF ACTION

## TORTS DAMAGES

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

## ~~FOURTH~~ FIFTH CAUSE OF ACTION

## INSURANCE COMPANIES ARE JOINTLY AND SEVERALLY LIABLE

123. Denied.

124. Denied.

## SIXTH CAUSE OF ACTION

## ATTORNEYS FEES AND PREJUDGMENT INTEREST

125. Denied.

126. Denied.

127. Denied.

## PRAYER

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

## AFFIRMATIVE DEFENSES

1. The Plaintiffs are not entitled to costs and attorney's fees.

2. The Plaintiffs do not make a claim for a case or controversy for the for the Court to decide.

3. Defendant is not liable to the Plaintiffs for any of the kinds of monetary damages, such as compensatory, statutory, or treble, the Plaintiffs are claiming.

11

4. The Plaintiffs did not reduce any of the damages caused by ECFMG's changed policy in August 2018 against Defendant USAT and the other Defendants.

5. The Plaintiffs were unjustly enriched who did not pay all of the tuition the Plaintiffs owed to USAT.

6. The Plaintiffs' claims for injuries or damages are highly overestimated.

7. The Plaintiffs have no cause to claim Defendant is liable to the former students, the Plaintiffs, for doing anything wrong.

8. Defendant always acted within the law and to the best of his abilities carried out his duties.

9. Defendant reserves the right to add affirmative defenses as authorized.

## CERTIFICATE OF SERVICE

I hereby certify that on January __, 2023, I filed the foregoing with the Clerk of the Court by hand-delivery to the Court so that notification of this filing will be sent to all counsel of record.

Respectfully submitted: In San Juan, Puerto Rico, on January __, 2023.

_____

Manuel José Ortiz-Bustillo, *Pro Se*

P.O. Box 800586
Coto Laurel
PR 00780
E-mail: Ortizbustillo @ yahool.com
Telephone: (787) 593-0720