Exhibit 31
Date: 05.30.2023
Dep.: Dr. Manuel Ortiz
Reporter: DNBO
Verbatim Reporting

2/14/2019                                          Correo: Sujeil - Outlook

## Fwd: USAT

Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:48 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

📎 5 archivos adjuntos (5 MB)
Brochure USAT.pdf; Brochure II USAT.pdf; Application Checklist.pdf; USAT PR Fee Schedule.pdf; Enrollment Agreement.pdf;

Sent from my iPhone

Begin forwarded message:

> **From:** Daniela Cabrera <daniela.cabrera@usat.edu>
> **Date:** July 8, 2017 at 1:35:41 PM ADT
> **To:** sujeilpt@gmail.com, sujeilpt@live.com
> **Subject: USAT**
>
> Buenas Tardes,
>
> Adjunto información de la escuela, fee schedule y enrollment agreement los mismos forman parte de los requisitos para aplicar.
>
> -El fee schedule hay que firmarlo y poner la fecha en la parte de abajo.
>
> -El enrollment agreement poner iniciales en las paginas y llenar la información en la ultima pagina.
>
> Cualquier duda me deja saber
>
> Welcome Aboard!!!🎌
>
> --
>
> Dr. Daniela A. Cabrera Pujadas
>
> Clinical Coordinator- Student Affairs Of Puerto Rico
> University of Science, Arts and Technology (USAT)



Buscar

Responder ∨   🗑 Eliminar   🗂 Archivo   ⊘ No deseado ∨   ✓ Limpiar   📧 Mover a ∨   ⊘ Categorizar ∨

## Fwd: USAT LOA

SP   Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:46 AM
Usted ∨

> Peña Torres, Sujeil - LOA.pdf
> 261 KB

Sent from my iPhone

Begin forwarded message:

**From:** Daniela Cabrera <daniela.cabrera@usat.edu>
**Date:** July 12, 2017 at 7:08:56 PM ADT
**To:** sujeilpt@gmail.com
**Subject: USAT LOA**

Buena tardes Sujeil,

Muchisimas felicidades de parte del comité de admisión en ser aceptada al programa de MD de University of Science, Arts and Technology.

Sinceramente,

--

Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico

University of Science, Arts and Technology (USAT)

2/14/2019

Correo: Sujeil - Outlook

17 de septiembre de 2017

Estudiantes USAT PR

Dra. Daniela Cabrera Pujadas

Asuntos Estudiantiles & Coordinadora Ciencias Clínicas

USAT Puerto Rico

## Suspensión de Clases

Debido a las condiciones atmosféricas con el paso de la tormenta tropical y posible huracán María por nuestra isla, nuestro decano de University of Science Arts and Technology (USAT) de Puerto Rico, el Dr. Manuel José Ortiz Bustillo anuncia la suspensión de docencia en su totalidad y de servicios los administrativos que ofrecen nuestras facilidades efectivo, mañana 18 de septiembre del 2017 hasta nuevo aviso.

Se expedirá un comunicado informativo luego del paso del fenómeno atmosférico, indicando la fecha en la que se reanudará la docencia de USAT PR. Les exhortamos tomar todas las medidas de protección pertinentes para usted y los suyos.

Favor confirmar recibo de este correo.

--



Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico

University of Science, Arts and Technology (USAT)

P.O Box 364363, San Juan, PR 00936-4363

Telephone (787) 300-2111 Fax (787) 300-2049

www.usat.edu/www.usatpr.edu

--



Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico

University of Science, Arts and Technology (USAT)

P.O Box 364363, San Juan, PR 00936-4363

Telephone (787) 300-2111 Fax (787) 300-2049



2/14/2019                                      Correo: Sujeil - Outlook

## Fwd. Reanudacion de Clases

Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:48 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Daniela Cabrera <daniela.cabrera@usat.edu>
> **Date:** October 28, 2017 at 11:43:04 AM ADT
> **To:** Carlos Perez Naveira <carlos.perez@usat.edu>, Ismael Perez Naveira <ismael.perez@usat.edu>, Alana <alana.pao@hotmail.com>, Conchita Jacobo <con.jacobo@gmail.com>, Yari C Ojeda Alvarado <yari.ojeda@upr.edu>, Jorge Rosa Fuentes <jorge.rosa@usat.edu>, Rosan Nieves Borges <rosan.nieves@usat.edu>, Eduardo Rosado Rodriguez <eduardo.rosado@usat.edu>, Ileana Rivera <ileanarivera315@gmail.com>, Natalia Rivera Ramos <natalia.rivera@usat.edu>, David <dperezagosto@gmail.com>, David Pagan Maldonado <dpaganmaldonado@yahoo.com>, Giselle Perez <gmpc038@gmail.com>, a.paganlugo@gmail.com, ruendy615@hotmail.com, Dayna Sorrentini <dayna.sorrentini@gmail.com>, Eliz Marie Fuentes <elizmarie_22@hotmail.com>, Zahira Alfaro <zahiraalfaro@yahoo.com>, Yaima Barrabi <Yakeyim@gmail.com>, Carlos Gonzalez <carlosandres12@ymail.com>, dbji7@hotmail.com, Ray Cabrera <antonio.rc104@gmail.com>, Esteban Santos <ecs6193@gmail.com>, Francheska Marie Pabon Alvarado <francheska.pabon@upr.edu>, Frances Franceschi <franceschifm@yahoo.com>, Waldemar Muniz <waldemq@hotmail.com>, usatmedicinestudent@gmail.com, Sarah Negrón <snegron.pagan@gmail.com>, Sujeil Pena <sujeilpt@gmail.com>, paola.prosper1@upr.edu, Paulette M Salas Rodriguez <paulette.salas@upr.edu>, JOSE PEREZ CAMACHO <jp15-0705@unphu.edu.do>, Neshenie Rodriguez Arce <neshenie.rodriguez@upr.edu>, Yeilinette Cintron <ycintrong@gmail.com>, Lisa Mariel Torres <leiram_1712@hotmail.com>, platanitoverde_14@hotmail.com, Manuel Ortiz Bustillo <manuel.ortizbustillo@usat.edu>, Hilda Capo <h.capo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, Jose Blasco <jose.e.blasco@gmail.com>, Alice Martínez <alicemartinez.ar@gmail.com>
> **Subject: Reanudacion de Clases**

Buenos dias,

Por este medio deseo notificar la reanudacion de clases el proximo 1 de noviembre del 2017, apartir de las 9:00 am. Para mas informacion favor verificar documento adjunto.

Favor, de tener alguna situacion que los impida asistir agradeceremos que se nos informen.

Gracias,

--



Dr. Daniela A. Cabrera Pujadas

2/14/2019

Correo: Sujeil - Outlook

## Fwd: Reanudacion de clases



Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:47 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

1 archivos adjuntos (186 KB)
comunicado pdf;

Sent from my iPhone

Begin forwarded message:

**From:** Daniela Cabrera <daniela.cabrera@usat.edu>
**Date:** October 12, 2017 at 10:44:04 PM ADT
**To:** Carlos Perez Naveira <carlos.perez@usat.edu>, Ismael Perez Naveira <ismael.perez@usat.edu>, Conchita Jacobo <con.jacobo@gmail.com>, yari.ojeda@upr.edu, Jorge Rosa Fuentes <jorge.rosa@usat.edu>, Rosan Nieves Borges <rosan.nieves@usat.edu>, Eduardo Rosado Rodriguez <eduardo.rosado@usat.edu>, Ileana Rivera <ileanarivera315@gmail.com>, Natalia Rivera Ramos <natalia.rivera@usat.edu>, David Perez <dperezagosto@gmail.com>, alana.pao@hotmail.com, Giselle Perez <gmpc038@gmail.com>, a.paganlugo@gmail.com, ruendy615@hotmail.com, Dayna Sorrentini <dayna.sorrentini@gmail.com>, Manuel Ortiz Bustillo <manuel.ortizbustillo@usat.edu>, Hilda Capo <h.capo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, David Pagan Maldonado <dpaganmaldonado@yahoo.com>, carlosandres12@ymail.com, Eliz Marie Fuentes <elizmarie_22@hotmail.com>, Zahira Alfaro <zahiraalfaro@yahoo.com>, Yaima Barrabi <yakeyim@gmail.com>, dbji7@hotmail.com, Ray Cabrera <antonio.rc104@gmail.com>, Esteban Santos <ecs6193@gmail.com>, Frances Franceschi <franceschifm@yahoo.com>, usatmedicinestudent@gmail.com, Waldemar Muniz <waldemq@hotmail.com>, Sarah Negrón <snegron.pagan@gmail.com>, Francheska Marie Pabon Alvarado <francheska.pabon@upr.edu>, sujeilpt@gmail.com, paola.prosper1@upr.edu, Paulette M Salas Rodriguez <paulette.salas@upr.edu>, JOSE PEREZ CAMACHO <jp15-0705@unphu.edu.do>, neshenie.rodriguez@upr.edu, Yeilinette Cintron <ycintrong@gmail.com>, Lisa Mariel Torres <leiram_1712@hotmail.com>, platanitoverde_14@hotmail.com
**Subject: Re: Reanudacion de clases**

Cancelacion de reanudacion de clases hasta nuevo aviso.
-Documento adjunto

Dr. Daniela A. Cabrera

On Mon, Oct 9, 2017 at 1:38 PM -0400, "Daniela Cabrera" <daniela.cabrera@usat.edu> wrote:

9 de octubre de 2017

A Todos los Estudiantes

2/14/2019

USAT PR

## REANUDACIÓN DE CLASES

Luego de la suspensión de clases debido al paso del Huracán María por la Isla, queremos notificarles que reanudaremos operaciones el próximo 16 de octubre de 2017, a las 8:30am. Esto aplica tanto a los estudiantes regulares como a los estudiantes del repaso conducente al USMLE.

Ese mismo día estaremos entregando un nuevo horario especial, que surge como consecuencia del atraso provocado por el huracán.

De tener alguna situación especial que impida poder comenzar para esta fecha, agradeceremos se comuniquen por correo electrónico o cualquier otro medio que les sea posible.

Esperamos que se encuentren bien y que podamos contar con la participación de todos ustedes.

Cordialmente,



Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico

University of Science, Arts and Technology (USAT)

P.O Box 364363, San Juan, PR 00936-4363

Telephone (787) 300-2111 Fax (787) 300-2049

www.usat.edu/www.usatpr.edu