Exhibit 33
Date: 05.30.2023
Dep.: Dr. Manuel Ortiz
Reporter: DNBO
Verbatim Reporting

UNIVERSITY OF SCIENCE
3412 ASH ST
DENVER, CO 802070000
07 11 2017                          12:27:27
Merchant ID:              000000003143424
Terminal ID:                      065447366
267539451885

CREDIT CARD
VISA SALE

CARD =                   XXXXXXXXXXXX7704
INVOICE                           2590004
Batch =:                           000259
Approval Code:                     830281
Entry Method:                      Manual
Mode:                              Online

SALE AMOUNT                       $600.00

I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)

X CC auth form
Jose E. Blasco
Jusino

MERCHANT COPY
matriculation fee

```
UNIVERSITY OF SCIENCE
        2442 ASH ST
     DENVER CO 802070000
27 11 2017
                           12:26:03
Merchant ID
                        000000003143424
Terminal ID
                             06544366
267539451885

            CREDIT CARD

              VISA SALE
CARD #
                      XXXXXXXXXXX0694
INVOICE
                             2590003
Batch #
                              090259
Approval Code
                              242533
Entry Method
                              Manual
Mode
                               Online

SALE AMOUNT                  $125.00
```

CC auth form
Sujeil Pena Torry
application fee

MERCHANT COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

08/02/2017                    11:22:15
MID: XXXXXXXXXXXX597    TID: XXXXX787

CREDIT CARD

VISA SALE

Card #              XXXXXXXXXXXX7244
SEQ #:                            2
Batch #:                          2
Trans #:                          2
Approval Code:              986866
TRANS ID:          287214624870482
Entry Method:              Swiped
Mode:                      Online

SALE AMOUNT            $6000.00

X _____
JOSE R PENA-FIGUEROA

THANK YOU

MERCHANT COPY

Sujeil Peña Torres

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

01/24/2018                          08:48:09
CREDIT CARD

VISA SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX0694 |
| SEQ #: | 16 |
| Batch #: | 2 |
| Trans #: | 16 |
| Approval Code: | 854010 |
| TRANS ID: | 308024529312814 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | G |
| Card Code: | M |

## SALE AMOUNT        $4000.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252
04/30/2018                    14:52:02
CREDIT CARD

VISA SALE

Card #                   XXXXXXXXXXXX0694
SEQ #:                              3
Batch #:                           2
Trans #:                           3
Approval Code:                298090
TRANS ID:             588120746148338
Entry Method:               Manual
Mode:                        Online
Avs Code:                         G

## SALE AMOUNT            $400.00

THANK YOU

CUSTOMER COPY

```
                    USAT
              4288 YOUNGFIELD ST.
             WHEAT RIDGE, CO 80033
                 303-371-0252
05/16/2018                    06:58:30
                 CREDIT CARD

                  VISA SALE

Card #              XXXXXXXXXXXX0694
SEQ #:                             2
Batch #:                           0
Trans #:                           2
Approval Code:                720014
TRANS ID:           388136461715767
Entry Method:                 Manual
Mode:                         Online
Avs Code:                          G
```

## SALE AMOUNT          $5400.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

09/25/2018                12:12:23
MID: XXXXXXXXXXXX597    TID: XXXXX787

CREDIT CARD

MC SALE

Card #              XXXXXXXXXXXX6812
SEQ #:                          2
Batch #:                        1
Trans #:                        2
Approval Code:             025940
TRANS ID:          MDSI01D7V0925
Entry Method:             Manual
Mode:                      Online
Avs Code:                       Y

## SALE AMOUNT          $4900.00

X

THANK YOU

MERCHANT COPY

---

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

09/25/2018                12:12:23

CREDIT CARD

MC SALE

Card #              XXXXXXXXXXXX6812
SEQ #:                          2
Batch #:                        1
Trans #:                        2
Approval Code:             025940
TRANS ID:          MDSI01D7V0925
Entry Method:             Manual
Mode:                      Online
Avs Code:                       Y

## SALE AMOUNT          $4900.00

THANK YOU

CUSTOMER COPY