Exhibit 34
Date: 05.30.2023
Dep.: Dr. Manuel Ortiz
Reporter: DNBO
Verbatim Reporting



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Blasco Jusino, Jose E.                          Student ID: 1017
Sept-Dec. 2018

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|------|-----|-----|-----|-------|-----|-----|
| 8:00-9:00am | Intro to Clinicals | | | | Organ System III | |
| 9:00-10:00am | II | | Organ System III | | II | |
| 10:00-11:00am | II | | II | | II | |
| 11:00-12:00md | II | | II | | II | |
| 12:00-1:00pm | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* |
| 1:00-2:00pm | Intro to Clinical/Lab | | ACN | | Intro to Clinicals | |
| 2:00-3:00pm | II | | II | | II | |
| 3:00-4:00pm | | | | | II | |
| 4:00-5:00pm | | | | | II | |
| 5:00-6:00pm | | | | | | |
| 6:00-7:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME |
|----------|-------|--------------|------|----------|
| ICM 600 | 001 | Introduction to Clinical Medicine | 205 | M 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine Lab | 205 | M 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | W 9:00am-12:00md |
| GPS 602 | 001 | Advanced Clinical Nutrition | 204 | W 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | K 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine | 204 | F 1:00pm-5:00pm |

Student _____     Date _____

Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: <u>Blasco Jusino, Jose E.</u>                    Student ID: <u>PR-02-17-1017</u>
Jan-Apr. 2018

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 9:00-10:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 10:00-11:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 11:00-12:00md | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 12:00-1:00pm | | | *Lunch* | *Lunch* | *Lunch* | |
| 1:00-2:00pm | | | Med. Ethics | | Med. Ethics | |
| 2:00-3:00pm | | Immunology | Med. Ethics | | Med. Ethics | |
| 3:00-4:00pm | | Immunology | Med. Ethics | | | |
| 4:00-5:00pm | Psychology | | TTS-II | | | |
| 5:00-6:00pm | Psychology | | | | | |
| 6:00-7:00pm | Psychology | | | | | |
| 7:00-8:00pm | Psychology | | | | | |

| COURSE # | SEC # | | COURSE TITLE | RM # | | DAY/TIME |
|---|---|---|---|---|---|---|
| ORG 509 | 001 | B | Organ Systems X | 205<br>205 | M<br>W<br>F | 8:00-12:00md<br>8:00-12:00md<br>8:00-12:00md |
| GPS 507 | 001 | A | General Principles II (Immunology) | 205 | K | 2:00-4:00pm |
| BSC 563 | 001 | B | Pharmacology | 205 | T | 8:00-12:00md |
| BHS 514 | 001 | B | Medical Ethics & Professionalism Skills | 205 | W<br>F | 1:00-4:00pm<br>1:00-3:00pm |
| CSC 508 | 001 | A | Test Taking Strategies II | 205 | W | 4:00-5:00pm |
| BHS 511 | 001 | | Psychology | 203 | M | 4:00-8:00pm |

Student: _____

Processed By: _____          Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: <u>Blasco Jusino, Jose E.</u>                    Student ID: <u>PR-02-17-1017</u>
Aug-Dec. 2017    Second Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 9:00-10:00am | Micro/Immuno | Physiology | Physiology | Micro/Immuno | Neuroanatomy | |
| 10:00-11:00am | Micro/Immuno | Physiology | Physiology | Micro/Immuno | Neuroanatomy | |
| 11:00-12:00md | | Physiology | Physiology | Micro/Immuno | Neuroanatomy | |
| 12:00-1:00pm | | | | | | |
| 1:00-2:00pm | | Molecular Bio | Biochemistry | | Biochemistry | |
| 2:00-3:00pm | | Molecular Bio | Biochemistry | | Biochemistry | |
| 3:00-4:00pm | Gen. Pathology | | Med. Imaging | | | |
| 4:00-5:00pm | Gen. Pathology | | Med. Imaging | | | |
| 5:00-6:00pm | TTS | TTS | TTS | TTS | TTS | |

| COURSE # | SEC # | COURSE TITLE | CRED | RM # | DAY/TIME |
|---|---|---|---|---|---|
| GPS 507 | 001 | General Principles II – (Micro/Immuno) | 5 | 203 | M  9:00-11:00am<br>T  9:00-12:00md |
| BSC 501 | 001 | Human Body Structure – (Neuroanatomy) | 3 | 203 | F  9:00-12:00md |
| GPS 502 | 001 | General Principles I – (Physiology) | 6 | 203 | K-W 9:00-12:00md |
| GPS 507 | 001 | General Pathology | 2 | 203 | M  3:00-5:00pm |
| CSC 503 | 001 | Clinical Test Taking Strategies | 1 | 203 | M-F 5:00-6:00pm |
| BSC 501 | 001 | Human Body Structure – (Medical Img) | 2 | 203 | W  3:00-5:00pm |
| GPS 502 | 001 | General Principles I – (Molecular Biology) | 3 | 203 | K  1:00-3:00pm |
| GPS 507 | 001 | Biochemistry: Nutrition & Metabolism | 6 | 203 | W  1:00-3:00pm<br>F  1:00-3:00pm |

Student: _____

Processed By: _____    Date: 11/16/2017