Exhibit 31
Date: 05.30.2023
Dep.: Dr. Manuel Ortiz
Reporter: DNBO
Verbatim Reporting

# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, MONTSERRAT.

Main Campus,
Camelot Estate, P.O. Box 506, South Mayfield Estate Drive, Olveston, Montserrat,
British West Indies
Administrative Office:
4288 Youngfield Street, Wheatridge, CO 80033.
Puerto Rico Extension:
PO Box 364363, San Juan, PR 00936-4363.

## Enrollment Certification

November 8, 2017

RE: Student Doctor Jose Blasco Jusino,

To: Whom it May Concern

This letter is to certify that our student Jose Blasco Jusino, is a full time enrolled student in good standing in the MD program at the University of Science, Arts and Technology, Puerto Rico Extension.

Please feel free to contact the Department of Admissions with any questions you may have regarding this student at pradmissions@usat.edu. For written correspondence, please contact me at PO Box 364363 San Juan, Puerto Rico.

Regards,

Manuel A. Ortiz Bustillo, MD
Director & Dean of Clinical Sciences
The University of Science, Arts and Technology
Puerto Rico Extension



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR**
PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registror*

November 10, 2017

## CERTIFICATION

This is to certify that student *LISA TORRES COLON*, is currently enrolled at the University of Science, Arts and Technology, Puerto Rico Campus. Lisa is a student in good standing in the MD program at our Institution. I certify that the information of the student is correct to the best of my knowledge.

Please feel free to contact our Administrative office with any questions you may have regarding this student at hilda.capo@usat.edu or by phone at 787-300-2111.

Sincerely,

Hilda M. Capó-Iriarte
Registrar

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

December 5, 2017

## CERTIFICATION

This is to certify that *José Blasco-Jusino,* is currently enrolled at the University of Science, Arts and Technology, Puerto Rico Extension. José is a student in good standing in the MD program at our Institution.  I certify that the information of the student is correct to the best of my knowledge.

Please feel free to contact our Administrative office with any questions you may have regarding this student at 787-300-2111 or by email at hilda.capo@usat.edu .

Sincerely,

Hilda M. Capó-Iriarte
Registrar

*The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.*