Case 3:19-cv-01707-WGY    Document 152-37    Filed 07/27/23    Page

Exhibit 36
Date: 05.30.2023
Dep.: Dr. Manuel Ortiz
Reporter: DNBO
Verbatim Reporting

 Gmail

Jose Blasco <jose.e.blasco@gmail.com>

---

## USAT Puerto Rico

---

**USAT Puerto Rico** <pradmissions@usat.edu>                                   Tue, May 16, 2017 at 10:56 PM
To: jose.e.blasco@gmail.com
Cc: Daniela Cabrera <daniela.cabrera@usat.edu>, Manuel Ortiz Bustillo <manuel.ortizbustillo@usat.edu>

Saludos;

Es un placer saludarle y poder servirle. En las pasadas horas David Huffmann de la oficina de Colorado me refiere su expediente para cotejo del mismo. Efectivo abril 2017 toda admision a USAT que sea procedente de Puerto Rico y/o Republica Dominicana tendra que ser evaluada por el equipo de trabajo de USAT PR Extension. Esta localidad de USAT en PR estara ubicada en 598 Ave. Barbosa, Esquina calle Guayama en el area de Hato Rey, y la misma manejara todo los procesos estudiantiles entiendase; admisiones, ciencias basicas y clinicas, asuntos financieros, afiliaciones a instituciones hospitalarias, entre otras.

En las proximas 24-48 horas un representante de la misma se estara comunicando con usted para poder aclarar cualquier duda o inquietud que le pueda presentar.

Gracias por su interes en USAT PR!

PR Admissions.

---

11/15/2018

Case 3:19-cv-01707-WGY   Document 152-37   Filed 07/27/23   Page 2 of 9
University of Science Arts and Technology Mail - (no subject)



## USAT
*This is Lifelong Learning*

Lisa Torres <lisa.torres@usat.edu>

---

## (no subject)
1 message

---

**Paola M Prosper Crespo** <paola.prosper1@upr.edu>                                    Wed, Aug 8, 2018 at 3:01 PM
To: "Dr. Manuel Ortiz Bustillo" <m.ortizbustillo@usat.edu>, Lisa.torres@usat.edu

Buenas tardes Dr. Bustillo. Queríamos solicitar una cita referente al
ECFMG ya que lo necesitamos para poder escoger la fecha del USMLE step
1 con tiempo. Tenemos entendido que la Dr. Igartua no se encuentra en
las facilidades por lo tanto no sabemos a quien dirigirnos.

Gracias!


# USAT
## *This is Lifelong Learning*

Lisa Torres <lisa.torres@usat.edu>

## EXÁMEN DE REVÁLIDA MÉDICOS EN PR

1 message

**Info Puerto Rico** <infopr@usat.edu>                                        Thu, Sep 20, 2018 at 2:28 PM
To: Adriana Hernandez <adriana.hernandez@usat.edu>, Ambar Perez <ambar.perez@usat.edu>, Andrae Echevarria <andrae.echevarria@usat.edu>, Angel Casillas <angel.casillas@usat.edu>, Angel Negron <angel.negron@usat.edu>, Angel Ortiz <angel.ortiz@usat.edu>, Anibal Pagan <anibal.pagan@usat.edu>, Ashley Ann Gordils <ashley.gordils@usat.edu>, Berenice Colon <berenice.colon@usat.edu>, Betzy Santiago <betzy.m.santiago@usat.edu>, Carlos Negron <carlos.negron@usat.edu>, Carlos Rivera <carlos.rivera@usat.edu>, Carlos Rodriguez <carlos.rodriguez@usat.edu>, Carola Bermúdez <carola.bermudez@usat.edu>, Cesar Roman <cesar.roman@usat.edu>, Chanelle Silva <chanelle.silva@usat.edu>, Christian Diaz <christian.diaz@usat.edu>, Christian Orama <christian.orama@usat.edu>, Cristina Vazquez <cristina.vazquez@usat.edu>, Christopher Robles <chris.robles@usat.edu>, Conchita Jacobo Oyola <conchita.jacobo@usat.edu>, Dagmary Groennou <dagmary.groennou@usat.edu>, Daniel Bernier <daniel.bernier@usat.edu>, David Febo <david.febo@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, David Perez <david.perez.agosto@usat.edu>, Dayna Sorrentini Carlo <dayna.sorrentini@usat.edu>, Dempsey Garcia <dempsey.garcia@usat.edu>, Dianelisse Butler <dianelisse.butler@usat.edu>, Dorimar Nazario <dorimar.nazario@usat.edu>, Edmarie Vazquez <edmarie.vazquez@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, Eliz Fuentes Perez <eliz.fuentesperez@usat.edu>, Elrick Cabrera <elrick.cabrera@usat.edu>, Elsa Santiago <elsa.santiago@usat.edu>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, Erick Lopez <erick.lopez@usat.edu>, Esteban Caraballo Santos <esteban.caraballo@usat.edu>, Fernan E Munoz <fernan.munoz@usat.edu>, "Fernando A. Pena" <fernando.pena@usat.edu>, Franchel Cruz <franchel.cruz@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, Gabriel Guzman <gabriel.guzman@usat.edu>, Gabriel Plaud <gabriel.plaud@usat.edu>, Gabriela Santiago <gabriela.santiago@usat.edu>, Genaro Marcial <g.marcial@usat.edu>, Georgianna Asencio <georgianna.asencio@usat.edu>, Giselle Perez <giselle.perez@usat.edu>, Heidi Rosas <heidi.rosas@usat.edu>, Hillary Manso <hillary.manso@usat.edu>, Hiroshi Rivera <hiroshi.rivera@usat.edu>, Ileana Calderon <ileana.calderon@usat.edu>, Israel Ferrer <israel.ferrer@usat.edu>, Ivanette Caraballo <ivanette.caraballo@usat.edu>, Izamar Martes <izamar.martes@usat.edu>, Jaime Arroyave <jaime.arroyave@usat.edu>, Janeira Quintana <janeira.quintana@usat.edu>, Javier Camacho <javier.camacho@usat.edu>, Jeanette Vazquez <jeanette.vazquez@usat.edu>, Jessica Chang <jessica.chang@usat.edu>, Jesus Rosado <jesus.rosado@usat.edu>, Jimnellys Diaz <jimnellys.diaz@usat.edu>, Joffre Gomez <joffre.gomez@usat.edu>, John Galarza Crespo <john.galarzacrespo@usat.edu>, John Pablos <john.pablos@usat.edu>, Jonathan Rivera Crespo <jonathan.riveracrespo@usat.edu>, Johnathan Serrano <jonathan.serrano@usat.edu>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, Jorge Luis Sanchez <jorge.sanchez@usat.edu>, Jose De Leon <jose.deleon@usat.edu>, Jose Diaz <jose.diaz@usat.edu>, "Jose E. Almonte" <jose.almonte@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Jose Marin <jose.marin@usat.edu>, Jose Nigaglioni <jose.nigaglioni@usat.edu>, José Pérez <jose.perez@usat.edu>, Jose Santiago <jose.santiago@usat.edu>, Josean Sepulveda <josean.sepulveda@usat.edu>, Joselyn Rodriguez <joselyn.rodriguez@usat.edu>, Jossan Gomez <jossan.gomez@usat.edu>, Juliana Belen <juliana.belen@usat.edu>, Keishla Ocasio <keishla.ocasio@usat.edu>, Kenny Nieves <kenny.nieves@usat.edu>, Keyshla Cruz <keyshla.cruz@usat.edu>, Keyshla Santana <keyshla.santana@usat.edu>, Kimberly Martinez <kimberly.martinez@usat.edu>, Leenethsy Crespo <lee.crespo@usat.edu>, "Leishla Y. Vazquez" <Leishla.vazquez@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, Liani Chiclana <liani.chiclana@usat.edu>, Lidmarie Rodriguez <lidmarie.rodriguez@usat.edu>, Lilianet Gonzalez <lilianet.gonzalez@usat.edu>, Lilybeth Figueroa <lilybeth.figueroa@usat.edu>, Lisa Irizarry <lisa.irizarry@usat.edu>, Lisa Torres <lisa.torres@usat.edu>, Loraima Rosado <loraima.rosado@usat.edu>, Loraine Bueno <loraine.bueno@usat.edu>, Lorena Valentin <lorena.valentin@usat.edu>, Lucero Rodriguez <lucero.rodriguez@usat.edu>, Luis Almodovar <luis.almodovar@usat.edu>, Luis Cuebas <luis.cuebas@usat.edu>, "Luis G. De Jesús III" <luis.dejesus@usat.edu>, Luis Perez <perez.marquez@usat.edu>, Manuel Acosta <manuel.acosta@usat.edu>, Mara Perez <mara.perez@usat.edu>, Marcos Collazo <marcos.collazo@usat.edu>, "Maria I. Alvarez" <maria.i.alvarez@usat.edu>, Mariafernanda Marquez <marife.marquez@usat.edu>, Marie Ramirez <marie.ramirez@usat.edu>, Mario Rojas <mario.rojas@usat.edu>, Marta Irizarry <marta.irizarry@usat.edu>, Mayraliz Enamorado <mayra.enamorado@usat.edu>, Michael Almodovar <michael.almodovar@usat.edu>, "Milaris M. Sanchez" <milaris.m.sanchez@usat.edu>, Monica Fumero <monica.fumero@usat.edu>, Nahir Perez <nahir.perez@usat.edu>, Nemesis Cardona <nemesis.cardona@usat.edu>, Neshenie Rodríguez <neshenie.rodriguez@usat.edu>, Neyshkalisse Perez <neyshka.perez@usat.edu>, Nilza Negron <nilza.negron@usat.edu>, Niren Valdesuso <niren.valdesuso@usat.edu>, Noel Santos <noel.santos@usat.edu>, Paola Prosper <paola.prosper@usat.edu>, Paulette Salas <paulette.salas@usat.edu>, "Priscilla M. Ruiz" <priscilla.ruiz@usat.edu>, Ramsel Irizarry <ramsel.irizarry@usat.edu>, Randall Castillo <randall.castillo@usat.edu>, Ray Cabrera <ray.cabrera@usat.edu>, Roberto Cedeno <roberto.cedeno@usat.edu>, Rocio Santana <rocio.santana@usat.edu>, Saul Alvarado <saul.alvarado@usat.edu>, Saul Fernandez <saul.fernandez@usat.edu>, Siule Martir <siule.martir@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, Sully Cintron <sully.cintron@usat.edu>, Tahlianna Almonte <tahlianna.almonte@usat.edu>, USAT Med <jose.arce@usat.edu>, Vanessa Ramos <vanessa.ramos@usat.edu>, Viana Cabrera <viana.cabrera@usat.edu>, Vonmarie Martinez Rodriguez <vonmarie.martinezrodriguez@usat.edu>, Waldemar Muniz Quinones <waldemar.muniz@usat.edu>, Waldo Muñiz Irizarry <waldo.muniz@usat.edu>, Wilcanor Lopez <wilcanor.lopez@usat.edu>, Wilmary Ortiz <wilmary.ortiz@usat.edu>, Xavier Domenech <xavier.domenech@usat.edu>, Xiomara Diaz <xiomara.diaz@usat.edu>, Yahaira Morales <yahaira.morales@usat.edu>, Yaima Barrabi <yaima.barrabi@usat.edu>, Yanira

Torres <yanira.torres@usat.edu>, Yari Ojeda Alvarado <yari.ojeda@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Yiam Dieppa <yiam.dieppa@usat.edu>, Zabdiel Nieves <zabdiel.nieves@usat.edu>
Cc: Yanire Bustillo <yanire.bustillo@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Omar Caro <o.caro@usat.edu>, Daniela Cabrera <daniela.cabrera@usat.edu>

Buenas tardes a todos:

Les queremos informar que se abrió convocatoria para el Exámen de Reválida de Medicina, para ejercer en P.R. (ver documento adjunto). La fecha límite para que los documentos estén sometidos en la Junta, es el 22 de octubre de 2018, hasta las 3:00pm.

Estudiantes interesados que hayan completado todas las ciencias básicas, deben ponerse en contacto con nuestras oficinas , para revisar los expedientes y corroborar que cumplan con todos los requisitos, **antes de la fecha límite establecida por la Junta.**

Cordialmente,


*Dhamaris Frias on behalf of,*
**Manuel J. Ortíz Bustillo, MD**
**Office of the Dean & Director**



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu

---

📄 **Convocatoria Exámen de Reválida PR.pdf**
    379K

Case 3:19-cv-01707-WGY    Document 152-37    Filed 07/27/23    Page 5 of 9

 **USAT**
*This is Lifelong Learning*

Lisa Torres <lisa.torres@usat.edu>

## rgente!
1 message

**Lisa Torres** <lisa.torres@usat.edu>           Tue, Oct 23, 2018 at 8:01 PM
To: USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, USAT Puerto Rico <m.ortizbustillo@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Paola Prosper <paola.prosper@usat.edu>

Buenas noches Dr. Bustillo, Le escribimos con el propósito de solicitar una cita con USTED. Entendemos que posiblemente se encuentre fuera del país, en Tortola, pero solicitamos sea lo mas pronto posible. Si el caso es que se encuentra fuera del país, no tenemos ningún inconveniente de que la misma sea por videollamada ( SKYPE, FACETIME). La misma es respecto a la situación con el ECFMG y la universidad. Ya estuvimos reunidos con la registradora, la Sra. Bustillo, pero luego de esta nos surgieron otras inquietudes y necesitamos aclararlas con USTED lo mas pronto posible.


Esperamos su pronta respuesta,



Lisa Torres, Jose Blasco y Paola Prosper

Case 3:19-cv-01707-WGY    Document 152-37    Filed 07/27/23    Page 6 of 9

 **USAT**
*This is Lifelong Learning*

Lisa Torres <lisa.torres@usat.edu>

## MENSAJE IMPORTANTE DEL DECANO USAT PR
1 message

Info Puerto Rico <infopr@usat.edu>            Thu, Nov 8, 2018 at 12:59 PM
To: Adriana Hernandez <adriana.hernandez@usat.edu>, Ambar Perez <ambar.perez@usat.edu>, Andrae Echevarria <andrae.echevarria@usat.edu>, Angel Casillas <angel.casillas@usat.edu>, Angel Negron <angel.negron@usat.edu>, Anibal Pagan <anibal.pagan@usat.edu>, Berenice Colon <berenice.colon@usat.edu>, Betzy Santiago <betzy.m.santiago@usat.edu>, Carlos Negron <carlos.negron@usat.edu>, Carlos Rivera <carlos.rivera@usat.edu>, Carlos Rodriguez <carlos.rodriguez@usat.edu>, Carola Bermúdez <carola.bermudez@usat.edu>, Cesar Roman <cesar.roman@usat.edu>, Chanelle Silva <chanelle.silva@usat.edu>, Christian Diaz <christian.diaz@usat.edu>, Christian Orama <christian.orama@usat.edu>, Cristina Vazquez <cristina.vazquez@usat.edu>, Christopher Robles <chris.robles@usat.edu>, Conchita Jacobo Oyola <conchita.jacobo@usat.edu>, Dagmary Groennou <dagmary.groennou@usat.edu>, Daniel Bernier <daniel.bernier@usat.edu>, David Febo <david.febo@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, David Perez <david.perez.agosto@usat.edu>, Dayna Sorrentini Carlo <dayna.sorrentini@usat.edu>, Dempsey Garcia <dempsey.garcia@usat.edu>, Dianelisse Butler <dianelisse.butler@usat.edu>, Dorimar Nazario <dorimar.nazario@usat.edu>, Edmarie Vazquez <edmarie.vazquez@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, Eliz Fuentes Perez <eliz.fuentesperez@usat.edu>, Elrick Cabrera <elrick.cabrera@usat.edu>, Elsa Santiago <elsa.santiago@usat.edu>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, Erick Lopez <erick.lopez@usat.edu>, Esteban Caraballo Santos <esteban.caraballo@usat.edu>, Fernan E Munoz <fernan.munoz@usat.edu>, "Fernando A. Pena" <fernando.pena@usat.edu>, Fernando Rivera <fernando.rivera@usat.edu>, Franchel Cruz <franchel.cruz@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, Gabriel Guzman <gabriel.guzman@usat.edu>, Gabriel Plaud <gabriel.plaud@usat.edu>, Gabriela Santiago <gabriela.santiago@usat.edu>, Genaro Marcial <g.marcial@usat.edu>, Georgianna Asencio <georgianna.asencio@usat.edu>, Giselle Perez <giselle.perez@usat.edu>, Heidi Rosas <heidi.rosas@usat.edu>, Hillary Manso <hillary.manso@usat.edu>, Hiroshi Rivera <hiroshi.rivera@usat.edu>, Ileana Calderon <ileana.calderon@usat.edu>, Israel Ferrer <israel.ferrer@usat.edu>, Ivanette Caraballo <ivanette.caraballo@usat.edu>, Izamar Martes <izamar.martes@usat.edu>, Jaime Arroyave <jaime.arroyave@usat.edu>, Janeira Quintana <janeira.quintana@usat.edu>, Javier Camacho <javier.camacho@usat.edu>, Jeanette Vazquez <jeanette.vazquez@usat.edu>, Jessica Chang <jessica.chang@usat.edu>, Jesus Rosado <jesus.rosado@usat.edu>, Jimnellys Diaz <jimnellys.diaz@usat.edu>, Joffre Gomez <joffre.gomez@usat.edu>, John Galarza Crespo <john.galarzacrespo@usat.edu>, John Pablos <john.pablos@usat.edu>, Jonathan Rivera Crespo <jonathan.riveracrespo@usat.edu>, Johnathan Serrano <jonathan.serrano@usat.edu>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, Jorge Luis Sanchez <jorge.sanchez@usat.edu>, Jose De Leon <jose.deleon@usat.edu>, Jose Diaz <jose.diaz@usat.edu>, "Jose E. Almonte" <jose.almonte@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Jose Marin <jose.marin@usat.edu>, Jose Nigaglioni <jose.nigaglioni@usat.edu>, José Pérez <jose.perez@usat.edu>, Jose Santiago <jose.santiago@usat.edu>, Josean Sepulveda <josean.sepulveda@usat.edu>, Joselyn Rodriguez <joselyn.rodriguez@usat.edu>, Jossan Gomez <jossan.gomez@usat.edu>, Juliana Belen <juliana.belen@usat.edu>, Keishla Ocasio <keishla.ocasio@usat.edu>, Kenny Nieves <kenny.nieves@usat.edu>, Keyshla Cruz <keyshla.cruz@usat.edu>, Keyshla Santana <keyshla.santana@usat.edu>, Kimberly Martinez <kimberly.martinez@usat.edu>, Leenethsy Crespo <lee.crespo@usat.edu>, "Leishla Y. Vazquez" <Leishla.vazquez@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, Liani Chiclana <liani.chiclana@usat.edu>, Lidmarie Rodriguez <lidmarie.rodriguez@usat.edu>, Lilianet Gonzalez <lilianet.gonzalez@usat.edu>, Lilybeth Figueroa <lilybeth.figueroa@usat.edu>, Lisa Irizarry <lisa.irizarry@usat.edu>, Lisa Torres <lisa.torres@usat.edu>, Loraima Rosado <loraima.rosado@usat.edu>, Loraine Bueno <loraine.bueno@usat.edu>, Lorena Valentin <lorena.valentin@usat.edu>, Lucero Rodriguez <lucero.rodriguez@usat.edu>, Luis Almodovar <luis.almodovar@usat.edu>, Luis Cuebas <luis.cuebas@usat.edu>, "Luis G. De Jesús III" <luis.dejesus@usat.edu>, Luis Perez <perez.marquez@usat.edu>, Manuel Acosta <manuel.acosta@usat.edu>, Mara Perez <mara.perez@usat.edu>, Marcos Collazo <marcos.collazo@usat.edu>, "Maria I. Alvarez" <maria.i.alvarez@usat.edu>, Mariafernanda Marquez <marife.marquez@usat.edu>, Marie Ramirez <marie.ramirez@usat.edu>, Mario Rojas <mario.rojas@usat.edu>, Marta Irizarry <marta.irizarry@usat.edu>, Mayraliz Enamorado <mayra.enamorado@usat.edu>, Michael Almodovar <michael.almodovar@usat.edu>, "Milaris M. Sanchez" <milaris.m.sanchez@usat.edu>, Monica Fumero <monica.fumero@usat.edu>, Nahir Perez <nahir.perez@usat.edu>, Nemesis Cardona <nemesis.cardona@usat.edu>, Neshenie Rodriguez <neshenie.rodriguez@usat.edu>, Neyshkalisse Perez <neyshka.perez@usat.edu>, Nilza Negron <nilza.negron@usat.edu>, Niren Valdesuso <niren.valdesuso@usat.edu>, Noel Santos <noel.santos@usat.edu>, Paola Prosper <paola.prosper@usat.edu>, Paulette Salas <paulette.salas@usat.edu>, Patricia Figueroa <patricia.figueroa@usat.edu>, "Priscilla M. Ruiz" <priscilla.ruiz@usat.edu>, Ramsel Irizarry <ramsel.irizarry@usat.edu>, Randall Castillo <randall.castillo@usat.edu>, Ray Cabrera <ray.cabrera@usat.edu>, Roberto Cedeno <roberto.cedeno@usat.edu>, Rocio Santana <rocio.santana@usat.edu>, Saul Alvarado <saul.alvarado@usat.edu>, Saul Fernandez <saul.fernandez@usat.edu>, Siule Martir <siule.martir@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, Sully Cintron <sully.cintron@usat.edu>, Tahlianna Almonte <tahlianna.almonte@usat.edu>, USAT Med <jose.arce@usat.edu>, Vanessa Ramos <vanessa.ramos@usat.edu>, Viana Cabrera <viana.cabrera@usat.edu>, Vonmarie Martinez Rodriguez <vonmarie.martinezrodriguez@usat.edu>, Waldemar Muniz Quinones <waldemar.muniz@usat.edu>, Waldo Muñiz Irizarry <waldo.muniz@usat.edu>, Wilcanor Lopez <wilcanor.lopez@usat.edu>, Wilmary Ortiz <wilmary.ortiz@usat.edu>, Xavier Domenech <xavier.domenech@usat.edu>, Xiomara Diaz <xiomara.diaz@usat.edu>, Yahaira Morales <yahaira.morales@usat.edu>, Yaima Barrabi <yaima.barrabi@usat.edu>, Yanira Torres <yanira.torres@usat.edu>, Yari Ojeda Alvarado <yari.ojeda@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Yiam Dieppa <yiam.dieppa@usat.edu>, Zabdiel Nieves <zabdiel.nieves@usat.edu>, "Catalina C. Jiménez Cortes" <catalina.jimenezcortes@usat.edu>, Ana Berlingeri Ortiz <ana.berlingeri@usat.edu>, Soleil Rodriguez <soleil.rodriguez@usat.edu>, Daviana Rios <daviana.rios@usat.edu>, Alice Rodriguez <alice.rodriguez@usat.edu>, Fernando Rivera <fernando.rivera.dones@usat.edu>, Francelys Mercado <francelys.mercado@usat.edu>, Ivan Betancourt <ivan.betancourt@usat.edu>, Ivan Mercado <ivan.mercado@usat.edu>, Jasmary Lopez <jasmary.lopez@usat.edu>, Jeannelle Soto <jeannelle.soto@usat.edu>, Joan González <joan.gonzalez@usat.edu>, Joann Morales <joann.morales@usat.edu>, Laura Cobian <laura.cobian@usat.edu>, Surilo Acosta <surilo.acosta@usat.edu>, Xavier Orama <xavier.orama@usat.edu>, Yassem Mendez <yassem.mendez@usat.edu>, Ashley Ann Gordils <ashley.gordils@usat.edu>
Cc: USAT Puerto Rico <manuel.ortizbustillo@usat.edu>, Yanire Bustillo <yanire.bustillo@usat.edu>, Omar Caro <o.caro@usat.edu>, "Dr. Jeffrey Quiñones" <j.quinones@usat.edu>, "Dr. J Santiago" <j.santiago@usat.edu>, "Dr. Ivan Hourruitiner" <dr.i.hourruitiner@usat.edu>, "Dr. Mario Ferandez" <m.fernandez@usat.edu>, Indira Barbosa <indira.barbosa@usat.edu>, "Dr. Gustavo Sanchez Sanchez" <g.sanchez@usat.edu>, Daniela Cabrera <daniela.cabrera@usat.edu>

Estimados estudiantes:

Les extiendo un caluroso saludo de parte de todo nuestro equipo de trabajo y el mío propio.

Durante las pasadas semanas, se han diseminado comunicaciones de parte de la ECFMG, las cuales han causado mucha incertidumbre, especulación, pero sobre todo, desenfoque académico y es por esto por lo que me dirijo a ustedes. Según la información que este servidor ha recibido de parte de la alta administración de nuestra institución, ellos al igual que sus estudiantes, fueron sorpresivamente notificados *sin previo aviso alguno*.

Afligido en mi carácter personal y como empleado directivo local, ajeno a más información fuera de la que se les ha comunicado a todos los estudiantes mediante correo electrónico, me sentí en la obligación de trasladarme a Colorado y hacer sentido de los eventos ocurridos. Estando reunido con todo el equipo administrativo, es que logro presenciar que efectivamente este acto de parte de la ECFMG había tomado a la más alta administración por sorpresa y al igual que nosotros, éstos se encuentran afectados inmensamente por el mismo. No obstante, éstos se mantienen arduamente trabajando en conjunto con su batería de representantes legales, en poder esclarecer lo ocurrido y tomar cualquier acción requerida.

En el ínterin de tiempo en el cual los altos administrativos puedan brindar más información concreta, se han comenzado a establecer mecanismos preventivos que se estarán difundiendo en las próximas semanas por venir para el beneficio de sus estudiantes; esto tomando en consideración las limitaciones particulares de cada uno de los estudiantes. Debo enfatizar que de ninguna manera la institución tiene intención alguna de cerrar sus puertas y/o cesar sus ofrecimientos académicos. Nuestros administrativos están tomando todas las debidas acciones con autoridades locales y del exterior para que esto tenga una pronta resolución.

Habiendo dicho todo lo anterior, sería irresponsable de mi parte especular y ofrecerles información adicional la cual no poseo y/o no sea certera en este momento. Pero deseo que tengan la certeza que contarán con mi transparencia absoluta en el manejo de toda información obtenida durante este transcurso. Espero aprecien entender que este servidor, en capacidad personal y profesional inconsecuente a todas las ataduras y límites que eso representa, me encuentro incansablemente trabajando en posibles alternativas efectivas para sobre todas las cosas, asegurar el bienestar de ustedes los estudiantes y futuros colegas.

Finalmente les exhorto encarecidamente a que continúen su ejemplar desempeño académico como de costumbre y se les agradece inmensamente su continua cooperación y paciencia. Estaremos en constante comunicación con el Consejo de Estudiantes y todo el estudiantado sobre cualquier novedad que surja en los próximos días por venir.

Confiado en Dios se despide,

Dr. Manuel Ortiz Bustillo

**Associate Dean of Clinical Sciences**

Case 3:19-cv-01707-WGY Document 152-37 Filed 07/27/23 Page 7 of 9



## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111

www.usat.edu

Case 3:19-cv-01707-WGY    Document 152-37    Filed 07/27/23    Page 8 of 9



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

# CONVOCATORIA A REUNIÓN NO OFICIAL e INFORMAL CON EL DECANO

4 messages

---

**Info Puerto Rico** <infopr@usat.edu>            Fri, Nov 16, 2018 at 11:29 AM
To: Paola Prosper <paola.prosper@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, Wendoly Vazquez <wendoly.vazquez@usat.edu>
Cc: "Dr. J Santiago" <j.santiago@usat.edu>, Yanire Bustillo <prregistrar@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

Buenos días:

Luego de haber recibido información de que un grupo de estudiantes está exigiendo reunirse con la Administración en el día de hoy o de realizar algún tipo de manifestación en las facilidades y aun cuando el propio Decano desconocía sobre el tema; se tomó la decision de tomar unos 20 minutos de su cargada agenda actual para recibirles en el salón de Facultad, a las 5:30pm. Esto dependerá de que no surja cancelación de su vuelo en la tarde de hoy.

Se les instruye a que solamente se atenderá al grupo aquí convocado y no se aceptará ningún tipo de conducta inapropiada, o se dará por terminada la conversación. Cualquier tipo de manifestación adversa, afectará negativamente los resultados de estas conversaciones de tipo informal. Recordemos que toda comunicación efectiva, logra grandes éxitos.

Esperando la cooperación de todos para que se acaten las instrucciones en esta comunicación.

Cordialmente,


df on behalf of,

--
**Manuel J. Ortiz Bustillo, MD**

**Associate Dean of Clinical Sciences**



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu

---



**229B6C6CDCAA4FA08F4F0D90A4A1F7E9.png**
29K



# U.S.A.T
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## VISITAS A OFICINAS ADMINISTRATIVAS
1 message

---

**Info Puerto Rico** <infopr@usat.edu>                                    Tue, Dec 11, 2018 at 8:44 PM
To: "Maria I. Alvarez" <maria.i.alvarez@usat.edu>, Georgianna Asencio <georgianna.asencio@usat.edu>, Ivanette Caraballo <ivanette.caraballo@usat.edu>, Nemesis Cardona <nemesis.cardona@usat.edu>, Leenethsy Crespo <lee.crespo@usat.edu>, Keyshla Cruz <keyshla.cruz@usat.edu>, Jose De Leon <jose.deleon@usat.edu>, Jimnellys Diaz <jimnellys.diaz@usat.edu>, Andrae Echevarria <andrae.echevarria@usat.edu>, Dempsey Garcia <dempsey.garcia@usat.edu>, Ashley Ann Gordils <ashley.gordils@usat.edu>, Dagmary Groennou <dagmary.groennou@usat.edu>, Adriana Hernandez <adriana.hernandez@usat.edu>, Hillary Manso <hillary.manso@usat.edu>, Yahaira Morales <yahaira.morales@usat.edu>, Dorimar Nazario <dorimar.nazario@usat.edu>, Nilza Negron <nilza.negron@usat.edu>, John Pablos <john.pablos@usat.edu>, Neyshkalisse Perez <neyshka.perez@usat.edu>, Vanessa Ramos <vanessa.ramos@usat.edu>, Hiroshi Rivera <hiroshi.rivera@usat.edu>, Carlos Rodriguez <carlos.rodriguez@usat.edu>, Heidi Rosas <heidi.rosas@usat.edu>, Rocio Santana <rocio.santana@usat.edu>, Elsa Santiago <elsa.santiago@usat.edu>, Saul Alvarado <saul.alvarado@usat.edu>, Jaime Arroyave <jaime.arroyave@usat.edu>, Javier Camacho <javier.camacho@usat.edu>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, Israel Ferrer <israel.ferrer@usat.edu>, Joffre Gomez <joffre.gomez@usat.edu>, Kenny Nieves <kenny.nieves@usat.edu>, Zabdiel Nieves <zabdiel.nieves@usat.edu>, Jose Nigaglioni <jose.nigaglioni@usat.edu>, Keishla Ocasio <keishla.ocasio@usat.edu>, Cesar Roman <cesar.roman@usat.edu>, Jonathan Serrano <jonathan.serrano@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, John Galarza Crespo <john.galarzacrespo@usat.edu>, "Catalina C. Jiménez Cortes" <catalina.jimenezcortes@usat.edu>, Lucero Rodriguez <lucero.rodriguez@usat.edu>, Loraima Rosado <loraima.rosado@usat.edu>, Yaima Barrabi <yaima.barrabi@usat.edu>, Daniela Cabrera <d.cabrera@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Viana Cabrera <viana.cabrera@usat.edu>, Ray Cabrera <ray.cabrera@usat.edu>, Esteban Caraballo Santos <esteban.caraballo@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Waldo Muñiz Irizarry <waldo.muniz@usat.edu>, Waldemar Muniz Quinones <waldemar.muniz@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, José Pérez <jose.perez@usat.edu>, Paola Prosper <paola.prosper@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, Mario Rojas <mario.rojas@usat.edu>, Neshenie Rodríguez <neshenie.rodriguez@usat.edu>, Lisa Torres <lisa.torres@usat.edu>, Dayna Sorrentini Carlo <dayna.sorrentini@usat.edu>, Wendoly Vazquez <wendoly.vazquez@usat.edu>, "Luis G. De Jesús III" <luis.dejesus@usat.edu>, Jesus Rosado <jesus.rosado@usat.edu>
Cc: Yanire Bustillo <prregistrar@usat.edu>

Se corrige el asunto en el email.

Buenas tardes:

Les informamos que durante las siguientes semanas las Oficinas Administrativas estarán cerradas al público.

Estamos trabajando con el reporte de notas, para que la Registradora Mary Hickling pueda tener las transcripciones de crédito oficiales a más tardar el 20 de diciembre.

De tener alguna situación relacionada con el área financiera, deberán comunicarse por correo electrónico con Carla Konyk (c.konyk@usat.edu) o llamar al 303-371-0252.

Toda solicitud de baja debe ser enviada mediante correo electrónico a David Huffman (admissions@usat.edu).

Esperamos la acostumbrada cooperación de todos y nos mantendremos en contacto via correo electrónico.

Gracias,

*Office of the Dean & Director*

---

## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112