Exhibit 38
Date:05.30.2023
Dep.: Dr. Manuel Ortiz
Reporter: DNBO Verbatim Reporting

Búsqueda   Imágenes   **Gmail**   Drive   Calendar   Sites   Grupos   Contactos   Más »

paola.prosper1@upr.edu | Cuenta de Google | Configuración | Ayuda | Cerrar sesión

# UPR
## Universidad de Puerto Rico

victor          Buscar correo      Buscar en la Web      Mostrar opciones de búsqueda
                                                          Create un filtro

**Redactar correo**

Recibidos

Destacados ☆

Enviados

**Borradores (29)**

Todos

**Spam (728)**

Papelera

**Contactos**

Etiquetas
**[Gmail]Papel... (24)**
Cartero
Notes
Prioridad
Seguimiento
Varios
  Editar etiquetas

**« Volver a Resultados**

Más acciones...  ⇅  Ir

‹ **Más recientes** 20 de aproximadamente **88 Más antiguos ›**

⬆ Ocultar todos   🖶 Imprimir   📲 Nueva ventana

## Documentos Ayuda Financiera   Recibidos

**Dr. Manuel Ortiz Bustillo**<manuel.ortizbustillo@usat.edu>   📎1 de agosto de 2017, 16:45
Para: paola.prosper1@upr.edu

Responder | Responder a todos | Reenviar | Imprimir | Eliminar | Mostrar original

Saludos,

Adjunto le hago llegar documento que el Sr. Victor Prosper debe de firmar y subir a la pagina del prestamo estudiantil.

—

Sincerely,

## Dr. Manuel J. Ortiz Bustillo
Associate Dean of Clinical Sciences



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919

Tel. (787) 300-2111    Fax (787) 300-2049

www.usat.edu, www.usatpr.com