UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**EXHIBIT 39**



| | |
|---|---|
| SUJEIL PEÑA-TORRES;<br>JOSE E. BLASCO-JUSINO;<br>LUCERO RODRIGUEZ-FERNANDEZ;<br>LISA M. TORRES-COLON;<br>JOFFRE E. GOMEZ FRONTERA;<br>ZABDIEL A. NIEVES RIVERA;<br>ENNY DE JESUS-UREÑA;<br>LORAIMA M. ROSADO VILLAFAÑE;<br>PAOLA M. PROSPER-CRESPO;<br>WENDOLY M. VAZQUEZ OLIVERAS | Civil No. 19-01707 (WGY)<br><br>RE: RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT (RICO); FRAUDULENT INDUCEMENT; BREACH OF CONTRACT; UNJUST ENRICHMENT; TORT AND DAMAGES |
| PLAINTIFFS | TRIAL BY JURY DEMANDED |
| VS. | |
| UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ORIEN L. TULP, his spouse JANE DOE and the conjugal partnership between them; CARLA M. KONYK, her spouse JOHN DOE and the conjugal partnership between them; MANUEL JOSE ORTIZBUSTILLO, his spouse JANE DOE and the conjugal partnership between them; YANIRE BUSTILLO, her spouse JOHN DOE and the conjugal partnership between them; DANIELA CABRERA-PUJADAS, her spouse JOHN DOE and the conjugal partnership between them; KAREN BALDWIN, her spouse JOHN DOE and the conjugal partnership between them; INSURANCE COMPANY XYZ; COMPANY ABC; JOHN & JANE DOE | |
| DEFENDANTS | |

**ANSWER TO THIRD AMENDED COMPLAINT**

1

## PRELIMINARY STATEMENT

1. Denied.

2. Denied.

3. Denied.

   1) Denied.

   2) Denied.

   3) Denied.

   4) Denied.

   5) Denied.

4. Denied.

5. Denied.

6. Denied.

## JURISDICTION AND VENUE

7. Admitted.

8. Admitted that Plaintiffs are invoking such jurisdiction. Denied that Defendants violated any laws.

9. Admitted.

## PARTIES

10. Admitted that Plaintiffs were applicants to USAT and were students at USAT.

    1) Admitted: Peña-Torres is a plaintiff. The rest of the claim is denied.

    2) Admitted: Blasco-Jusino is a plaintiff. The rest of the claim is denied.

2

3) Admitted: Rodriguez-Fernández is a plaintiff. The rest of the claim is denied.

4) Admitted: Torres-Colon is a plaintiff. The rest of the claim is denied.

5) Admitted: Gómez-Frontera is a plaintiff. The rest of the claim is denied.

6) Admitted: Nieves-Rivera is a plaintiff. The rest of the claim is denied.

7) Admitted: de Jesus-Ureña is a plaintiff. The rest of the claim is denied.

8) Admitted: Rosado-Villafañe is a plaintiff. The rest of the claim is denied.

9) Admitted: Prosper-Crespo is a plaintiff. The rest of the claim is denied.

10) Admitted: Vazquez Oliveras is a plaintiff. The rest of the claim is denied.

11.   Denied.

12.   Denied.

13.   Denied.

14.   Denied.

15.   Denied.

16.   Denied.

17.   Denied.

18.   Denied.

19.   Denied.

20.   Denied.

21.   Denied.

## THE FACTS

### I. ECFMG AND ITS POLICIES AND PROCEDURES

22.  Denied.

23.  Denied.

24.  Denied.

25.  Denied.

26.  Denied.

27.  Denied.

28.  Denied.

29.  Denied.

30.  Denied.

31.  Denied.

32.  Denied.

### II. THE ENTERPRISE, THE CONDUCT, THE SUPPOSED PATTERN OF RACKETEERING ACTIVITIES; USAT'S AND USAT OFFICERS' (JOINTLY "DEFENDANTS") REPRESENTATIONS TO PLAINTIFFS TO RECEIVE PAYMENT FOR THE MEDICAL EDUCATION USAT GAVE PLAINTIFFS

#### A. Plaintiffs First Contacted USAT and USAT Told Plaintiffs the Truth

33.  Denied.

   a. Denied.

   b. Denied.

   c. Denied.

4

   d.  Denied.

   e.  Denied.

   f.  Denied.

   g.  Denied.

   h.  Denied.

   i.  Denied.

   j.  Denied.

34.  Denied.

   a.  Denied.

   b.  Denied.

   c.  Denied.

   d.  Denied.

   e.  Denied.

   f.  Denied.

   g.  Denied.

   h.  Denied.

   i.  Denied.

   j.  Denied

35.  Denied.

   a.  Denied.

   b.  Denied.

    c.  Denied.

    d.  Denied.

    e.  Denied.

    f.  Denied.

    g.  Denied.

    h.  Denied.

    i.  Denied.

    j.  Denied.

36.    Denied.

37.    Denied.

### B. USAT and USAT Officers Are Supposedly the Enterprise, Their Conduct, and Collecting Payment for the Medical Education Delivered

38.    Denied.

39.    Denied.

    a.  Denied.

    b.  Denied.

    c.  Denied.

    d.  Denied.

    e.  Denied.

    f.  Denied.

    g.  Denied.

h. Denied.

i. Denied.

j. Denied.

40. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

    f. Denied.

    g. Denied.

    h. Denied.

    i. Denied.

    j. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

  d. Denied.

  e. Denied.

  f. Denied.

  g. Denied.

  h. Denied.

  i. Denied.

  j. Denied.

  k. Denied.

45. Denied.

46. Denied.

## C. ECFMG Changes Its Policy in August 2018 Causing Direct Harm to USAT

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

8

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Denied.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Denied.

88.     Denied.

89.     Denied.

90.     Denied.

## FIRST CAUSE OF ACTION

## RICO ACT

91.     Denied.

92.     Denied.

93.     Denied.

94.     Denied.

95.     Denied.

96.     Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

## SECOND CAUSE OF ACTION

## FRAUDULENT INDUCEMENT, OR IN ALTERNATIVE, BREACH OF CONTRACT

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

## THIRD CAUSE OF ACTION

## TORTS DAMAGES

111. Denied.

112. Denied.

113. Denied.

11

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

## FIFTH CAUSE OF ACTION

## (THE PLAINTIFFS DO NOT LIST A FOURTH CAUSE OF ACTION)

## INSURANCE COMPANIES ARE JOINTLY AND SEVERALLY LIABLE

123. Denied.

124. Denied.

## SIXTH CAUSE OF ACTION

## ATTORNEYS FEES AND PREJUDGMENT INTEREST

125. Denied.

126. Denied.

127. Denied.

## PRAYER

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

## AFFIRMATIVE DEFENSES

1. The Plaintiffs' claims for damages or injuries are extremely inflated.

2. The Plaintiffs who did not pay all of what they owe USAT were unjustly enriched.

3. There is no cause to claim Defendant is liable to the former students, Plaintiffs, for doing anything wrong.

4. There is no case for the Court to decide.

5. Plaintiffs did not lessen any damages or harm they experienced because of what ECFMG did to USAT.

6. Defendant always acted lawfully and did her duty to the best of her abilities.

7. Plaintiffs are not entitled to costs and attorney's fees.

8. Plaintiffs are not entitled to any of the types of damages Plaintiffs are requesting.

9. If justified, Defendant reserves the right to add affirmative defenses.

13

WHEREFORE, Defendant respectfully requests the Court to enter judgment for

Defendant, against all the Plaintiffs, award nothing to the Plaintiffs, dismiss the

Complaint, and award Defendant further relief the Court deems just.

## CERTIFICATE OF SERVICE

I hereby certify that on January __ , 2023, I filed this Answer to Third Amended

Complaint with the Clerk of the Court by hand-delivery to the Court so that notification

of this filing will be sent to all counsel of record.

Respectfully submitted: In San Juan, Puerto, Rico, on January __ , 2023.


_____

Yanire Bustillo, *Pro Se*


P.O. Box 800586
Coto Laurel
PR 00780
E-mail: Yanirebustillo@ hotmail. com
Telephone: (787) 593-0720