**EXHIBIT 40**

*In the Matter Of:*

*SUJEIL PEÑA-TORRES vs*

*UNIVERSITY OF SCIENCE*

*CARLA KONYK*

*May 24, 2023*

DEPOSITION OF  CARLA KONYK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUJEIL PEÑA-TORRES; et al. * CIVIL NO.: 19-1707
                           *
     Plaintiffs,           * RACKETEER INFLUENCED AND
                           * CORRUPT ORGANIZATIONS ACT
          v.               * (RICO)
                           *
UNIVERSITY OF SCIENCE, ARTS*
AND TECH a/k/a USAT a/k/a  * FRAUDULENT INDUCEMENT;
MEDICAL COLLEGE OF LONDON  * BREACH OF CONTRACT;
a/k/a MALINA MEDICAL       * UNJUST ENRICHMENT; TORT
COLLEGE a/k/a METROPOLITAN * DAMAGES
INNOVATIVE GROUP, INC.     *
a/k/a USAT MONSERRAT, LLC; * TRIAL BY JURY DEMANDED
et al.,                    *
                           *
     Defendants.           *
---------------------------
The deposition of:


CARLA KONYK,


taken on Wednesday, May 24, 2023, via videoconference,

starting at 11:05 a.m.

DEPOSITION OF   CARLA KONYK

APPEARANCES:


ON BEHALF OF THE PLAINTIFFS:
BY:     VÍCTOR RIVERA RÍOS, ESQ.
1420 Ave. Fernández Juncos
San Juan, Puerto Rico   00909
Tel.:   787.727.5710
Email: victorriverarios@rcrtrblaw.com


ON BEHALF OF THE DEFENDANTS:
BY:     CHRIS A. PAULSEN, ESQ.
5705 W. 86th Ave.
Arvada, Colorado   80003
Tel.:   303.429.1076
Email: chris@paulsenlaw.com


NOTARY PUBLIC:
VÍCTOR RIVERA TORRES


REPORTER:
RAQUEL LEÓN
VERBATIM REPORTING, LLC
Tel.:   787.626.5700
Email: scheduling@vr-pr.com


OTHER APPEARANCES:

W. VÁZQUEZ
LORAIMA ROSADO
JOFFRE GÓMEZ

DEPOSITION OF  CARLA KONYK

I-N-D-E-X


DEPONENT:
Carla Konyk


EXAMINATION BY:                                        PAGE
Mr. Rivera.............................................8


E-X-H-I-B-I-T-S

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| Exh. 1 | Third Amended Complaint | 83 |
| Exh. 2 | Defendant's Answers to the Plaintiff's Third Amended Complaint | 83 |
| Exh. 3 | Notice of Taking of Deposition Duces Tecum | 83 |
| Exh. 4 | Response to the Request for Production of Documents | 83 |
| Exh. 5 | Sponsor Notes from the World Directory of Medical Schools | 83 |
| Exh. 6 | Response to the Request for Production of Documents | 83 |
| Exh. 7 | Response to the Request for Production of Documents | 83 |
| Exh. 8 | Response to the Request for Production of Documents | 83 |
| Exh. 9 | Response to the Request for Production of Documents | 141 |
| Exh. 10 | Answer to Three Requests for Production of Documents | 162 |

VIA VIDEOCONFERENCE

WEDNESDAY, MAY 24, 2023

P-R-O-C-E-E-D-I-N-G-S

---

MR. RIVERA:  Good morning.  We're here for the taking of the deposition of Carla Konyk in the case of Sujeil Peña Torres and others, plaintiffs, versus University of Science, Arts, and Tech -- also known as USAT -- and others, defendants, a case filed before the United States District Court for the District of Puerto Rico. This is case civil number 19-1707.  Today is May 24th, 2023.  This deposition is being taken by Zoom.  It's 11:00 a.m. for Atlantic Standard Time in Puerto Rico.  I'm in my office, and I'm going to ask opposing counsel -- my name is Counsel Víctor M. Rivera Ríos, on behalf of the plaintiffs. I'm going to ask opposing counsel to identify themselves.

MR. PAULSEN:  My name is Chris Paulsen.  I'm in Colorado.  I represent Dr. Tulp, Dr. Konyk, Karen Baldwin, and USAT.

MR. RIVERA:  Okay.  And then I'm going to ask that the court reporter identify herself.  You're muted.

THE COURT REPORTER:  I'm sorry.  My name is Raquel León.

MR. RIVERA:  Okay.  Thank you.

Ms. Konyk, can you ident-- pronounce your name just for the record?

THE DEPONENT:  Yes, Carla Konyk.

MR. RIVERA:  And then we have right now, the notary.  Can you identify yourself, Notary?

MR. RIVERA TORRES:  Yes, good morning. My name is Víctor Rivera Torres.

MR. RIVERA:  Okay.  I'm going to ask the notary just to take the oath of the court reporter and Ms. Konyk, and then we'll excuse him, and then I will reflect the stipulations.

MR. RIVERA TORRES:  Okay.  Good morning.  I, Víctor Rivera Torres, duly certified as notary public in Puerto Rico, will proceed to take the oath of the court reporter and the deponent.  We should start with the court reporter.

Court reporter, please raise your hand and state your full name for the record.

THE COURT REPORTER:  (Raises her right hand.)  Raquel León.

MR. RIVERA TORRES:  Do you solemnly swear or affirm to interpret -- wait -- to record these proceedings and transcribe faithfully and accurately all that is said today in this deposition?

THE COURT REPORTER:  Yes, I do.

MR. RIVERA TORRES:  Okay.  To the deponent.  Deponent, please raise your hand and state your full name.

THE DEPONENT:  (Raises her right hand.)  I, Carla Konyk...

MR. RIVERA TORRES:  Do you solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth in answers to all that will be asked of you in this deposition?

THE DEPONENT:  I do.

MR. RIVERA TORRES:  You're duly sworn.

MR. RIVERA:  All right.  Now that the notary took the oath, we'll excuse him. Thank you very much, Counselor Rivera

Torres.

MR. RIVERA TORRES:  Okay.  Have a nice day.

MR. RIVERA:  Okay.  I'm going to reflect on the record the stipulations that was briefly discussed between counselors of the plaintiffs and the defendants in this case.

We stipulated -- the party stipulated that this deposition will be taken pursuant to the Federal Rules of Civil Procedure.

The parties stipulate that the transcript will be produced digitally and will be exchanged to both -- to all parties.

We stipulate that the deponent will have 30 days to review the transcript and raise any objections or any corrections to the transcript, be it grammatical or orthographical, within those 30 days.

The parties stipulate that the deponent will waive signatures, so it's understood that if 30 days transpire, it's understood that the transcript is true and correct.

And the parties stipulate that the objections -- all objections are reserved for trial, except form or privilege, but that does not impede Counselor to raise any objections on the record; he may proceed to do so.  And if it's not an objection based on the grounds of privilege, the deponent will have to answer the question.

Counselor Paulsen, are those stipulations correct?

MR. PAULSEN:  Correct.

MR. RIVERA:  Okay.  And now we will proceed with the taking of the deposition.

WHEREUPON,

-------------------------------------------------

CARLA KONYK,

-------------------------------------------------

having been duly sworn by a notary public, was examined and declared as follows:

EXAMINATION

BY MR. RIVERA:

Q.   **Witness, can you please state your -- restate your name again?**

A.   I'm Carla Konyk.

Q.   **Okay.  Ms. Konyk, I'm going to ask you a**

DEPOSITION OF CARLA KONYK

Page 9

few preliminary questions just for identification purposes. What's your date of birth?

A.   January 30th, 1966.

Q.   Okay. What's your marital status? Are you single or you're not married?

A.   I'm married.

Q.   The name of your spouse.

A.   Orien Tulp.

Q.   Okay. Do you and Mr. Tulp -- Dr. Tulp have any children?

A.   Yes.

Q.   Without telling me their names, how many and their ages?

A.   There are two, ages 25 and 15.

Q.   Okay. All right. What's your current address?

A.   7583 South Sourdough Drive, Morrison, Colorado, 80465.

Q.   Okay. What's your telephone number?

A.   727-252-6205.

Q.   Do you have an electronic email address?

A.   Email: c.konyk@usat.edu.

Q.   Okay. All right. Ms. Konyk, have you been in a deposition before?

A. I believe once, yes.

Q. Okay. So you understand what a deposition is?

A. I do.

Q. Okay. Well, can you explain to me in your own terms what is a deposition?

A. It's an opportunity for --

Q. Or what do you understand by it.

A. I beg your pardon?

Q. I'm sorry to interrupt you.

A. You broke up.

Q. You were saying?

A. Okay. It's an opportunity for the lawyer to ask questions to the opposing parties.

Q. Okay. And do you understand that the deposition is then a way to discover the testimonial evidence of witnesses, correct?

A. That makes sense, yes.

Q. Okay. You just took an oath, do you understand what taking the oath means?

A. Yes, I do.

Q. Can you explain in your own -- in your own words what you understand is "taking of the oath"?

A. Did you say something?

Q.   Yeah, I asked if you can explain in your own words what you understand what "taking the oath" -- "taking of the oath" means?

A.   It just means that I'm on record as -- promising to tell the truth.

Q.   Okay.  And you understand that if you do not tell the truth there could be criminal consequences or offenses?

A.   Of course.

Q.   You've heard the term perjury?

A.   Yes.

Q.   Okay.  And that's the offense if one does not tell the truth under oath, correct?

A.   That's correct.

Q.   Okay.  Have you taken any medicine today or in the last 24 hours that might affect your testimony today?

A.   No.

Q.   Are you suffering from any conditions that might affect your testimony today?

A.   No, I'm not.

Q.   Okay.  You've been understanding all my questions so far?

A.   Sometimes you're breaking up, but I'm understanding.  I'll tell you if I don't.

Q.   Okay.  Yeah, just let me know.  I know we're taking this deposition by Zoom, but if you -- if you don't understand a question or you need some clarification, I could -- let me know and I'll gladly reformulate or ask the question again, okay?

A.   No, I didn't hear that last sentence.  If I need clarification -- is that what you said?

Q.   That if --

A.   Don't be afraid to ask?

Q.   That if there's any moment that you don't understand my question, or maybe I get cut off due to the Zoom conference and you don't get the whole question, please let me know so I'll rephrase the question or repeat the question, okay?

A.   Thank you.  Okay.

Q.   And remember, this deposition is being recorded just by sound, it's not recorded by video, so try to answer -- verbalize all your answers.  If you see me go like that (indicating) with my hand, it's just to kind of remind you to verbalize the answer because sometimes we might do some type of gesture like "uh-huh," which might be understood as a "yes,"

DEPOSITION OF  CARLA KONYK

but it's not a proper answer in the dep-- for the record, okay?

A.   Okay.

Q.   Just -- I'm going to ask you a brief background as to your academic preparation.  Can you just summarize to me what was your -- what's your academic preparation?

A.   I don't understand what "preparation" means.

Q.   Academic background.

A.   Okay.  I have a degree in specialized business, I studied medicine overseas, and I have -- I mean, I've been working in the field of -- working with the medical school for probably -- I guess it's about maybe 18, 19 years.

Q.   Okay.  You mentioned "specialized business," where did you obtain that degree?

A.   The Art Institute of Philadelphia.

Q.   What year?

A.   1991.

Q.   Okay.  And then after that you started -- you studied medicine, you mentioned?

A.   Yes.

Q.   Where did you study medicine?

DEPOSITION OF  CARLA KONYK

Page 14

A.   London College of Medicine.

Q.   **Where is the London College of Medicine located?**

A.   Cambridge, England.

Q.   **And when did you obtain that medicine degree?**

A.   MBBS.

Q.   **It's a what?**

A.   Oh, I'm sorry, 2005.

Q.   **And how -- and what's the degree?**

A.   The MBBS, it's the --

Q.   **What does that stand for?**

A.   Master of -- Bachelor of Medicine, Bachelor of Surgery.  It's a degree that's equal to the MD in England.

Q.   **Okay.  And that was the last degree you obtained?**

A.   So far.

Q.   **Okay.  And then you mentioned that -- I was going to ask what your job experience was, and I believe you mentioned that you've been working in administrating medical schools?**

A.   Yes.

Q.   **Okay.  Can you explain to me when did that happen -- when did you start?**

A.   2003 to '04.

Q.   And what's the name of the school?

A.   Yeah, it's University of Science, Arts, and Technology.

Q.   And that's in short form is USAT, right?

A.   USAT.

Q.   Okay.  Can you explain how you first started with USAT back in 2003, 2004?

A.   When I was in school in England, I became interested in how medical schools work, and so my husband and I learned how to -- I mean, he's been in academia a long time, so we began this school in Montserrat.

Q.   When you mentioned your husband, you're talking about Dr. Tulp, correct?

A.   Dr. Tulp.

Q.   Okay.  So you and Dr. Tulp founded the school in Montserrat?

A.   That's correct.

Q.   Can you explain how you first founded the school in Montserrat?

A.   Well, first we had to have a license, and so we put the license together and worked with the Government of Montserrat in order to have permission to have the school operate there.

Q.   How were you able to obtain the license?

A.   It was an agreement between ourselves and the Government of Montserrat.

Q.   Okay.  And then, that agreement was signed by you and Dr. Tulp and the Government of Montserrat?

A.   That's correct.  I don't think I personally signed it, I believe that Dr. Tulp signed it.

Q.   And then -- that was around 2003, 2004 you mentioned?

A.   That's correct.

Q.   Okay.  When did you first start recruiting students for the school?

A.   Probably 2004 to '05.  And we had to set up the campus first.

Q.   Where did you set up the campus?

A.   In Olveston, Montserrat.

Q.   Olveston?  Can you pronounce that? Sorry.  Do you hear me?

A.   No, I didn't hear that last question. I'm sorry.

Q.   Okay.  If you can please pronounce the name of the place where the campus was set up.

A.   Yes, it's Olveston.  O-L-V-E-S-T-O-N.

Q.    Okay.  And the campus was set at in Olveston.  Was it just one building?  Was it various buildings?  How -- can you describe the campus?

A.    I'm not understanding.  You're breaking up a little bit, I'm sorry, sir.

Q.    Can you describe how the campus was set up?

A.    No, I'm not -- I'm not hearing that question.  I'm sorry.

Q.    Can you describe how the campus was set up?

A.    Okay.  There are nine buildings.  It's on a plot of land, six and a half acres.

Q.    Okay.  All right.  And then after the students -- after you set up the campus, that's when you started recruiting students?

A.    Uh-huh.  Yes, I recollect that we recruited students.  We had a website, so that is a large part of drawing students to your -- to your school.

Q.    At that time in two thousand -- you mentioned 2004 or '05 was when you set up the campus -- at that time, the students had to appear physically at that campus to take the

classes, correct?

A.   Yes.

Q.   For how many years did the students have to be at the -- at Montserrat before -- for how -- is it two years, four years?

A.   The basic science portion is roughly two years.

Q.   Okay.  Do they obtain a degree after two years?

A.   No, they would be going into the clinical phase in years three and four.

Q.   Okay.  So the basic science portion, would that be all in Montserrat?

A.   Yes.  In the beginning, that's how it was.

Q.   You mentioned "in the beginning, that's how it was," until what year did that change?

A.   Around 2006, when the volcano erupted.

Q.   Okay.  And in the clinical phase, were those also in Montserrat?

A.   There were opportunities for students to do clinicals in Montserrat.

Q.   There were opportunities or there were no opportunities?

A.   There were.

DEPOSITION OF  CARLA KONYK

Page 19

Q.   Okay.  And was it also -- that they were doing the clinical phase and in Montserrat around 2004 up to 2006, that was in Montserrat mostly?

A.   I don't remember.  I don't remember exactly where they all did clinicals.

Q.   So can you explain to me what happened in 2006 with the volcano eruption?  What did USAT proceed to do with the students that were taking the basic science portion?

A.   Yes.  We began to put the courses online because it was not considered safe to be on the island.

Q.   For how long?

A.   Well, it's an active volcano, so it's unpredictable.  We decided that that was the safer option.

Q.   So you've been doing courses online since 2006 to present time?

A.   I guess so.  I don't know exactly the date.

Q.   Okay.  All right.  For a student to -- does a student in USAT have the opportunity to take the -- one second, sorry.

Have you heard of the term USMLE?

DEPOSITION OF  CARLA KONYK

A.   Yes.

Q.   **What is USMLE?**

A.   I usually just speak the -- the acronym. It's the United States Medical Education Licensing or Education for Licensing.  I'm sorry, I never say it all out like that -- no one does.

Q.   **United States --**

A.   It's the licensing exam for the US.

Q.   **-- Medical Licensing Examination.**

A.   And I'm so sorry.

Q.   **Is that the United States Medical Licensing Examination?**

A.   That's perfect, yes.

Q.   **What's the purpose of the USMLE?**

A.   Gives graduates -- well, it's a measuring device for graduates to show their mastery in different sections of basic science and also clinical science.

Q.   **And is this the exam that's required for all doctors or medical doctors in the United States, that they need to take in order to practice?**

A.   In order to get into residency and then eventually practice.

Q.   Can you explain in your own words how that works, getting to residency and then, eventually, practice?

A.   For international medical graduates, it's a little different than for American school graduates or medical school graduates.  So I'm much more familiar with the pathway that applies to the IMGs.  They will graduate from their medical school.  They will apply for each exam -- there are three parts.  They have to successfully pass those three parts.  They will receive a certification which is more or less a credential that lets the world know that they have passed all of the parts of the test, and then they're permitted to enter what's called the Match.  It's held on March 15th of each year.  Students have to present their applications through what's called the ERAS system.  It's an electronic residency clearinghouse for all of their information, transcripts, diploma, letters of recommendation. And then, they take on interviews -- they're invited to interview for residency positions; those are ranked.  And then, on Match day, they find out if they matched or not.  And then,

DEPOSITION OF  CARLA KONYK

Page 22

they're permitted to start their residency, usually that year.

Q.   You mentioned "three-part exam," is this what's known as the Steps?

A.   Yes, it's the USMLE.

Q.   Okay.  When you mentioned "three-part exam," it's a -- that first part has to do with residencies, and then the second or third parts have to do with being able to practice afterwards?

A.   No.  The exam is centered on basic science in Step 1; clinical skills in Step 2 CK and clinical knowledge as well.

Q.   That's Step 3?

A.   Well, it's Step 2.

Q.   Okay.

A.   Step 2 has two parts.

Q.   Step 2 is clinical development --

A.   Some of it is very confusing for us and for students.  It's taken a long time for us to get our heads around it.  Sorry, go ahead.

Q.   No worries.  You mentioned Step 1 is basic science; Step 2, clinical skills and knowledge; and Step 3 would be what?

A.   Well, now it's -- after COVID, it has

become a little bit different than it was.  It used to involve mockup patients and that sort of thing.  Now it's become an English communications exam and a secondary part called "clinical encounters," which are actual patients now.

Q.   Okay.  Going back to what you mentioned before, you mentioned that these -- the USMLE exam could be applied differently, depending on whether it's an international student or a US medical student.

A.   No, not that it can be applied differently.

Q.   No?

A.   Every student takes the USMLE, but it is the application process that is different.

Q.   Okay.  Can you explain to me the difference then with the application process? What is the application process for the USMLE for an international student?

A.   As I said, they graduate.  They then apply to -- on an online portal for the exams. They have to then upload their credentials.  The credentials are then made available to the school.  The school approves or not the --

DEPOSITION OF   CARLA KONYK

Page 24

all -- the authenticity of those documents.  And then they're permitted to go through and schedule a date for the exam.  That's how the process...

Q.    That's for the international students?

A.    That's my experience.

Q.    And with regards to US students, what's their application process?

A.    I don't believe they have to go through the ECFMG in order to take the exam.  I haven't worked with US students, so I can't -- I can't say 100 percent.

Q.    Okay.  All right.  Have you heard of the term "Liaison Committee on Medical Education"?

A.    LCME, yes, I have.

Q.    What is the LCME?

A.    I understand that to be the accrediting body for US medical schools.

Q.    So this is the organization that any medical school in the United States or Canada has to obtain some type of accreditation?

A.    Or Canada, I guess.  I really -- I've never worked in Canada.

Q.    Okay.  So no medical school can be -- can be licensed in the United States unless they go

through the LCME?

A.   I don't know if they can't be licensed. They would not be accredited without LCME.

Q.   **Have you ever heard of the Commission on (unintelligible) Accreditation?  Or COCA?**

A.   You broke up there.  I'm sorry.

Q.   **You ever heard of the Commission on Osteopathic College Accreditation?**

A.   I'm not really familiar with them.

Q.   **You never heard the term COCA, C-O-C-A?**

A.   I may have read it or seen it.

Q.   **But you're not sure if that is an entity that also accredits medical schools in the United States?**

A.   I'm going to say I don't know.  I don't -- I don't work with that.

Q.   **You mentioned earlier ECFMG.  ECFMG stands for Educational Commission for Foreign Medical Graduates, correct?**

A.   It is.

Q.   **Can you explain what ECFMG is?**

A.   They're sort of like the entity that coordinates which individuals are able to apply and take the USMLE.  They also control the ERAS system, an electronic residency system.

DEPOSITION OF   CARLA KONYK

Q.   Okay.  So most international students that you mentioned earlier, they have to go through ECFMG?

A.   All of them, as far as I understand.

Q.   Okay.  What are the eligibility -- sorry, excuse me -- eligibility requirements for an international student or for a school in order to be accredited under ECFMG?

A.   When we began, you had to be listed on the IMED, which is the International Medical Education -- this is sort of a directory, and you had to appear on there.  Your school had to be listed there in order for students to apply for the ECFMG certification and to apply for the USMLE exams.  That has changed over time and become the Avicenna list, had been transformed into a couple of different things.  And now, today, you must be listed on the World Directory of Medical Schools, the WDOMS list, in order to be certified by ECFMG and take the USMLE exams.

Q.   What's the World Directory that you mentioned of medical schools?

A.   I look at it as a database of schools worldwide, medical schools.  There's some Chinese medicine schools there too, but medical

DEPOSITION OF   CARLA KONYK

Page 27

schools.

Q.   And when was this World Directory established?  Do you have an idea?

A.   I really don't remember the date.

Q.   And what were the requirements in order to be listed in this World Directory of Medical Schools?

A.   Again, that's changed over time. Originally, you had --

Q.   When you say --

A.   I beg your pardon?

Q.   When you say "originally around" or -- do you have a year in mind?  In 2004?  In 2005?

A.   At that time, the government where the school was located would send a letter requesting that the school be added.

Q.   So it would be understood that the Government of Montserrat was the government that sent a letter to the World Directory to request that USAT be added under that directory?

A.   That's correct.

Q.   Okay.  Are there any other requirements besides just a government requesting that the school be accredited to be in the World Directory?

DEPOSITION OF  CARLA KONYK

Page 28

A.   Again, time periods are important because in 2004, that was the case, only a letter was required.

Q.   Afterwards, how did that change?

A.   When the World Directory came into being, most of the schools that were on the WHO list, the World Health Organization list, were automatically put into the database known as the World Directory of Medical Schools.  So there wasn't really a mechanism that was different. All those schools were included.

Q.   So the requirements didn't change after 2004 in order to be --

A.   Requirements didn't change --

Q.   -- in order to be included in the World Directory?

A.   The requirements didn't change until very recently.

Q.   How did -- when you say "recently," around what time?

A.   We became aware of new requirements in August of 2018.

Q.   What happened in August of 2018?

A.   ECFMG made a new rule.

Q.   And what was the new rule?

A.   Well, there were many, but the requirement -- there's just a lot that changed, okay?  Starting in January of 2024, all schools would have to be accredited by certain accrediting bodies in order to be included on the World Directory, and then those schools would allow their students to take the USMLE.

Q.   You mentioned all schools have to be accredited by specific bodies in order to -- that students may take the USMLE; what are those bodies?

A.   Again, there are many depending on what part of the world you are in.

Q.   But let's focus solely on USAT.

A.   The WFME, World Federation for Medical Education, is in charge now of determining what accrediting bodies would be suitable -- or, I guess, required to accredit Caribbean schools.

Q.   Caribbean schools?

A.   Those in the Caribbean region.

Q.   What does WFME stand for?

A.   World Federation for Medical Education.

Q.   Okay.  And the World Federation for Medical Education is the entity now that's in charge of accrediting the medical schools in the

Caribbean?

A.   Again, until very recently.

Q.   And when you say "until very recently," you're mentioning approximately around 2018?

A.   No, January 2023.

Q.   Okay.  So USAT is not -- does not have -- it's not accredited by the LCME, correct?

A.   No, it is not required to be.

Q.   And USAT is not accredited by the Commission on Osteopathic College Accreditation, correct?

A.   No, it's not.

Q.   And presently, is USAT accredited by ECFMG?

A.   ECFMG does not accredit schools.

Q.   Okay.  And what -- if ECFMG does not accredit schools, what does ECFMG do?

A.   As of January 2023, they are now in charge of determining what accrediting bodies are acceptable.  Oh, and they also control the World Directory.

Q.   Okay.  Did ECFMG notify USAT which is the accrediting body that's acceptable to accredit USAT?

A.   I didn't understand that question, I'm

sorry.

Q.   You mentioned ECFMG does not accredit schools, and I asked you what does ECFMG do with USAT, and you mentioned ECFMG is in charge of determining what accrediting bodies accredit schools.

A.   They are now.

Q.   So based on that answer, which body would accredit USAT?

A.   At the last --

Q.   WFME?

A.   At the last I read, the CAAM organization or the ACCM would be two acceptable entities, depending on the choice of the country, the government, to select one or both of those.

Q.   Can you repeat that?  Sorry.

A.   Okay.  When we're talking about USAT --

Q.   Dr. Konyk?

A.   Yes?

Q.   Yes, USAT.  I'm sorry, because I have -- my connection is kind of bad, so I'm asking you if you could repeat the answer.

A.   Sorry, ours is sometimes too.

Q.   Okay.

A.   Okay.  In regard to USAT --

Q. Yes.

A. -- there would be possibly two accrediting bodies that would be acceptable; one is CAAM, Caribbean Authority for, you know, Medical Schools and Health Professionals; and then ACCM, which is, you know, the Accrediting Commission for, you know, Medical Universities, and they're out of Ireland. I'm so sorry. I don't know these -- I don't use the actual terms. I know them as -- ACCM is an accrediting body, CAAM is an accrediting body.

Q. That's okay. It's just better if you just give me the acronyms, I can search for it after.

A. Okay. I'm sorry.

Q. So it's CAAM -- CAAM.

A. ACCM. Yeah, ACCM. And it's -- wait -- CAAM-HP. CAAM-HP.

Q. I found ACCM is Accreditation Commission on Colleges of Medicine.

A. Thank you.

Q. And CAAM -- I am...

A. CAAM-HP.

Q. Okay. CAAM-HP is Caribbean Accreditation Authority for Education in Medicine.

A.   And "health professional" should be in there somewhere, but...

Q.   **Let me see.  Caribbean Accreditation Authority for Educational Medicine and Other Health Professions.  So these are the two bodies that right now are in charge of the -- accrediting USAT, correct?**

A.   That's not exactly accurate.

Q.   **Can you -- do you want to explain?**

A.   Yeah, I guess so.  In order for a school to be accredited by CAAM, the country, the government of that country where the school exists has to sign an agreement with CAAM and they have to pay a fee.  Montserrat chose not to do that until very late in the game, until about 2018.  If they desired to, they could accept (unintelligible) without a fee and without any more than a one-page agreement.  But again, they have to be on board with that.

Q.   **That has to do with CAAM-HP?**

A.   It's CAAM's rule.

Q.   **Okay.  And ACCM?**

A.   ACCM, like I said, it's a one-page permission and an agreement between the school, the ACCM, and the government, in order to add

DEPOSITION OF  CARLA KONYK

Page 34

them as an accrediting body for that country.

Q.   Okay.  Does USAT have both of those agreements?

A.   Beg your pardon?  Say that again, please.

Q.   Does USAT have the agreement signed by the government and either CAAM-HP or ACCM?

A.   At this moment, I don't think so.

Q.   Okay.  All right.  So the only agreement that USAT -- at least from what we've heard today, was the original agreement with Montserrat back in 2004?

A.   2003.

Q.   2003.

A.   Uh-huh.

Q.   Am I correct?  Sorry?

A.   I didn't hear that last part.

Q.   That based on what we've discussed so far in the past hour, you mentioned -- right? -- that there's certain agreements that USAT needs to obtain from the government in order to be in the list of a -- as a medical school or in the World Directory, right?  And I -- so far from what I've heard, the only agreement that I've heard is the 2003 agreement with the Government of Montserrat, correct?

A.   Yes.

Q.   **There're no further agreements after that?**

A.   Not regarding ourselves.

Q.   **Okay.**

A.   And, like I said, that CAAM agreement has to exist between the government and CAAM.  We're not involved in that.

Q.   **Okay.  All right.  So going back to when you started working for USAT back in 2003, '04, '05, what was your job position when you first started?**

A.   What was my what?  I'm sorry.

Q.   **Your position.**

A.   My position?

Q.   **Yes.**

A.   I was the director of administration.

Q.   **And what does the director -- and are you still the director of administration?**

A.   I still am.

Q.   **Okay.  So you've been the director of administration from -- since 2003 up to present time?**

A.   That's correct.

Q.   **Okay.  What are the functions and duties**

as director of administration?

A.   Well, there are many.  Mostly overseeing, you know, the operations of --

Q.   Overseeing the operations of...

A.   -- US and abroad.  I guess you could say, you know, I'm in charge of the campus in Montserrat.  I oversee the employees and independent contractors.

Q.   Okay.  When you mentioned you oversee the operations of US and abroad, can you tell me, identify the places specifically where are the operations?

A.   We have a US office in Colorado that does administrative work.  We have the campus in Montserrat where I have a staff in place, take care of it.

Q.   Okay.  Other places?

A.   I mean, I don't know what you mean.

Q.   Do you operate in other places besides Colorado and Montserrat?

A.   Not anymore.

Q.   "Not anymore" (unintelligible).

A.   I'm sorry?

Q.   "Not anymore" at present time, correct?

A.   You broke up a little.

DEPOSITION OF   CARLA KONYK

Page 37

Q.   You're mentioning that you're not operating anymore -- at any more other places other than Colorado and Montserrat at present time?

A.   That is correct.

Q.   Before today, where did USAT operate?

A.   Puerto Rico.

Q.   Besides Puerto Rico.

A.   We had lecture conference sites in a couple different cities in the US.

Q.   You had one in Miami?

A.   Miami.

Q.   Correct?

A.   Yes, correct.

Q.   And you had one in Tampa?

A.   Tampa.

Q.   Correct?

A.   Correct.

Q.   Dallas-Fort Worth.

A.   Yes.

Q.   Baltimore.

A.   Yes.

Q.   I see here Coppell, Texas.  Does that ring a bell?

A.   No, it doesn't.

Q.   So far, then I have Miami, Florida; Tampa, Florida; Dallas-Fort Worth; Baltimore; Dallas-Fort Worth, Texas; and Baltimore, Maryland, correct?

A.   Yes.

Q.   And Puerto Rico.

A.   Yes.

Q.   Sorry?

A.   Yes.

Q.   Any other places that I did not mention that you also operated besides those?

A.   No.

Q.   In Colorado you only operate the administrative office?

A.   Administrative office, yes, we operate that.

Q.   And there were no conferences in Colorado?

A.   We had a USMLE prep course that ran for a very short time.

Q.   Okay.  What's the address of the Colorado office, if you recall?

A.   The address of the Colorado office, is that what you asked?

Q.   Yes.

DEPOSITION OF   CARLA KONYK

A.   5400 Ward Road in Arvada, Colorado.

Q.   One second.  I see here it says "3442 Ash Street, Denver, Colorado 80207," does that address ring a bell?

A.   It does.

Q.   What address was that?

A.   It was a former address.

Q.   Of the administration office?

A.   That's correct.

Q.   Okay.  And when were you -- when was USAT using that address?  From what time to what time?

A.   Yeah, I think it was around 2013 to '14.

Q.   Okay.  And then there was a "4288 Youngfield Street, Wheat Ridge, Colorado."

A.   That's correct.

Q.   Which address -- that came after Ash Street?

A.   It did.

Q.   Okay.  And how long were you operating at that address?

A.   Approximately a year.

Q.   And after that address, what was the -- after the Youngfield address, what was the other address?

A.   Please restate.

Q.   After 4288 Youngfield Street at Wheat Ridge, Colorado, what was the other address after that?

A.   5400 Ward Road, Arvada, Colorado.

Q.   And what year did you operate at that address?

A.   We moved to Ward Road -- I think it was March of 2019.

Q.   Okay.  So Youngfield Street was probably one year prior to that?

A.   That's correct.

Q.   And then Ash Street was probably, if this was -- we're going -- approximate, obviously. Youngfield Street, you were approximately there around March of 2018, correct?

A.   Yes, that makes sense.

Q.   And Ash Street, you were there then two years prior to March of 2019?  2018, sorry. March of 2018.

A.   I remember us being there 2015, '16.  We were there for a little while.

Q.   Okay.  Whenever the payments -- so when students paid USAT for receiving medical education, how would they pay?

A.   Wow, you're really breaking up.  I'm so sorry.

Q.   **No worries.  Let me rephrase the question.**

A.   Okay.

Q.   **Okay.  We just discussed the addresses of the Colorado office of USAT, so -- and then I'm going to ask you what were the addresses in Miami, Florida, if you recall.**

A.   Miami...  I don't remember anymore.  It's really a long time ago.

Q.   **Okay.  Do you remember the location or the place where it was held?**

A.   Hilton Garden.

Q.   **Okay.  And that's a hotel?**

A.   Yes, Hilton.

Q.   **Okay.  And that hotel was used mostly for -- as a conference or a seminar-type of class?**

A.   That's correct.  We did orientation there as well.

Q.   **Okay.  And then Tampa, Florida, do you remember the location?**

A.   Not specifically, I'm sorry.

Q.   **Was it the Hilton Westshore?**

A.  Yes, yes it was.

Q.  Okay.  And again, sorry to be redundant --

A.  I didn't hear that.

Q.  Sorry to be redundant, but I'm going to ask you: The Hilton Westshore is another hotel, correct?

A.  It is.

Q.  And the same -- the Hilton Westshore was used as a -- for conferences and seminars?

A.  And orientation.

Q.  And then the Dallas-Fort Worth.  Do you remember the location there?

A.  No, not really.  It was an Element Hotel.

Q.  Does Four Points by Sheraton ring a bell?

A.  Yes, yes.

Q.  So USAT used the Four Points Hotel?

A.  Yes.

Q.  And the same -- that hotel was used for conferences, seminars, and orientation?

A.  Yes.

Q.  And in Baltimore, do you remember the location in Baltimore?

A.  No, it might have been a DoubleTree Hotel, but it was a hotel.

Q.   DoubleTree by Hilton?

A.   Yes.

Q.   And that -- and it was a hotel -- and sorry to be redundant, but that's a hotel, correct?

A.   Yes.

Q.   And also that hotel was used for conferences, seminars, and orientation, correct?

A.   Yes.

Q.   And in Puerto Rico, do you recall the -- where in Puerto Rico it was?

A.   Barbosa.

Q.   That's the name of the avenue?

A.   Yes.

Q.   Barbosa was not a hotel, correct?

A.   It was not.

Q.   Okay.  It was a building that was being leased?

A.   By ourselves and others.

Q.   When you mentioned "ourselves," you're referring to you and Dr. Tulp?

A.   USAT.

Q.   USAT.  All right.  And by "others," who are you referring to?

A.   There were several other companies in

that building as well.

Q.   Do you recall the names?

A.   No, I don't.

Q.   Okay.  Do you recall the names of the individuals that assisted with those other companies?

A.   "Assisted with" -- what other companies?

Q.   Just individuals -- you mentioned other companies, right?  Let me take a step back, sorry.

When you mentioned USAT, it's a corporate -- corporation or a legal entity, correct?

A.   Yes.

Q.   But USAT is managed by individuals, correct?

A.   Yes.

Q.   And individuals that, from my understanding --

A.   Yes.

Q.   -- basically, what started -- the two main individuals that are founders is yourself and Dr. Tulp, correct?

A.   I didn't hear that.  I'm sorry.

Q.   That the two main individuals that had founded USAT was Dr. Tulp -- your husband -- and

yourself, correct?

A.   That's correct.

Q.   Is there any other individual besides you -- Dr. Konyk -- and Dr. Tulp that also is a high official or a founder of USAT?

A.   No.

Q.   Okay.  The other -- you mentioned that there were Puerto Rico companies or corporations that also handled USAT and Puerto Rico, correct?

A.   No.  They rented space in the same building.

Q.   Okay.  You don't remember the names of that -- of those entities?

A.   No.

Q.   Do you remember the individuals that handled those corporations or those entities?

A.   No, they were simply other tenants.

Q.   Okay.  You heard of the name or -- one second.  Searching for the name here.  One second, sorry.  Manuel José Ortiz Bustillo.

A.   Yes.

Q.   Who is Manuel José Ortiz Bustillo?

A.   He's a former graduate of USAT.

Q.   But do you remember when he graduated?

A.   Summer 2016.

Q.  Okay.  And then they, after graduating from USAT, did Manuel José Ortiz Bustillo assist in the administration of the USAT campus in Puerto Rico?

A.  First, he took the USMLE Steps.

Q.  Okay.  So he took the Steps?

A.  He did.

Q.  And after he took the Steps, what happened?

A.  He asked us if we would consider helping students from UNIBE who were wanting to transfer.

Q.  Students from where?  Sorry.

A.  UNIBE.

Q.  UNIBE?

A.  In the Dominican Republic.

Q.  Okay.  So that's a medical school in the Dominican Republic?

A.  Yes.

Q.  And how did that -- can you take me back to that point of -- that moment in time when Ortiz Bustillo approached you about taking those students from UNIBE?  How did -- was that something that he discussed with you in person?

A.  No, it was over the phone.

Q.   And who was in the phone?  Was it you, Manuel Ortiz Bustillo, and Dr. Tulp?

A.   No, it was just myself and Dr. Bustillo.

Q.   And Ortiz Bustillo approached you and said that there are some students in this medical school in Dominican Republic called UNIBE that wanted to apply or transfer to USAT?

A.   They were wanting to transfer out of UNIBE.

Q.   Okay.

A.   They didn't know where they were going to go.

Q.   And then when they wanted to transfer out did they -- was there something mentioned about transferring to USAT?

A.   It was suggested.

Q.   And was the suggestion that they transferred to USAT in one of the other locations outside Puerto Rico, or was it in Puerto Rico?

A.   No, they would have been able to take online courses or residence courses.

Q.   And then how did the idea of opening a location in Puerto Rico come about?

A.   Dr. Bustillo knew more about San Juan

than we did, so he worked on that.

Q.   Did Dr. Ortiz Bustillo set up USAT by himself, or did he speak with you about doing it jointly?

A.   "Jointly," I don't know what you mean by that.

Q.   Okay.  So Dr. Ortiz Bustillo, from my understanding, rented out a place where he would then give conferences and orientation and classes for students of USAT, correct?

A.   It was decided the building would be rented.

Q.   And when did that start; do you recall?

A.   I do.  It was April of 2017.

Q.   Okay.  And then in April 2017, that's when the lease started, or is that when the idea of starting this school started and started moving pieces after that?

A.   I believe that was when the lease was signed.

Q.   Okay.  And then Ortiz Bustillo was using the title of USAT, correct?

A.   Yes.

Q.   Okay.  Did he reach an agreement with you or Dr. Tulp about how to manage or handle the

term of USAT in Puerto Rico?

A.    We appointed him as an associate dean.

Q.    Okay.  And you mentioned, as an associate dean, what would -- what are the functions and duties of an associate dean?

A.    He would have overseen the faculty members, scheduling, other employees.

Q.    Oversee faculty members, schedule employees.

A.    Scheduling and other employees.

Q.    Okay.  Besides faculty and employees, with regards to students, did he have any functions and duties with regards to the students?

A.    Like what kind of duties?

Q.    Well, my question is directed -- you mentioned "oversee faculty," so when you mentioned "oversee faculty," I'm understanding that he's supervising faculty members, correct?

A.    Yes.

Q.    And he's handling faculty members, I guess contracts, correct?

A.    Yes.

Q.    Delegating tasks to those faculty members.

A.  Yes.

Q.  Okay.  And scheduling employees.  He's in charge of the scheduling of what -- what are the dates or times of giving classes?  Is that what I'm understanding correctly?

A.  Yes.  And I think he coordinated a lot of the equipment that was needed as well as supplies on an ongoing basis.

Q.  Okay.  So the equipment and supplies for those students in Puerto Rico, correct?

A.  Students and staff.

Q.  Students and staff, okay.  So these tasks are mostly related -- or with what we mentioned earlier has to do with faculty members, employees.  But with regards to students, what would his functions and duties be with regards to students?

A.  I don't really know.  I wasn't on-site, I don't know.

Q.  Was he in charge of recruiting students?

A.  In the beginning I guess he may have been.

Q.  Okay.  With regards to recruiting students, how would -- let's go back a bit, sorry.  When I asked you about your role as

director of administration, you mentioned you were overseeing the operations in the United States and abroad, right?

A.   Yes.

Q.   And you mentioned that you oversaw employees and independent contractors, correct?

A.   Yes.

Q.   Okay.  I don't think we discussed your functions and duties with regards to students. What would be your functions and duties as director of administration with the students?

A.   I took care of the financial -- the bursar's office.

Q.   Took care of financials?

A.   Yes.

Q.   When you mentioned taking care of the financials, what are you referring to?  Tuition?

A.   Tuition.

Q.   Anything else?

A.   Tuition and fees.

Q.   When you mention "tuition," you're talking about the payment for -- to receive the medical education, correct?

A.   Yes.

Q.   When you are talking about "fees," what

DEPOSITION OF  CARLA KONYK

Page 52

are you talking about with regards to fees?

A.  Every school has fees that they charge: matriculation, graduation, sometimes technical -- technical fees, fees to provide library materials and lab materials.

Q.  Additional expenses.  Okay.

A.  Student expenses.

Q.  With regards to the classes, were you in charge of scheduling or administrating classes to students?

A.  I wasn't.

Q.  Say what?

A.  I was not.

Q.  Who was in charge of that?

A.  Dr. Tulp.

Q.  Okay.  So from my understanding, you were more in charge of, I guess, the administrative legwork outside medical education?

A.  Yes.

Q.  Okay.  If I summarized that correctly.

A.  Nicely.

Q.  Okay.  With regards to receiving the tuition and fees, all these -- we mentioned all these locations in Miami, Dallas, Tampa, Maryland, Puerto Rico, Montserrat; whenever you

received -- whenever those students had to pay tuition, where would they send that payment?

A.    Okay.  So a mailing address is what you're looking for?

Q.    Yes.

A.    They would be given a choice.  You know, if they wanted to send it to the Colorado location, if it was easier.  There was also a post office box in Puerto Rico for them to use.

Q.    Okay.  So the students could send payments to the Colorado office by mail, correct?

A.    They could, yes.

Q.    And what type of payments would be sent that way by mail?  Checks?  Cash?

A.    No cash.  Checks or money orders.

Q.    Checks or...  What was the other one?

A.    Money orders.

Q.    Were there other ways of sending payments other than mail -- mailing?

A.    Well, we took credit cards.

Q.    Okay.  And if a student paid by credit card, they would pay the Colorado office?

A.    Yes.  Yes, that's the address that would have been printed in there.

Q.   Okay.  With regards to the checks that you received by mail in Colorado, where would you deposit those checks?

A.   We had a business account at Navy Federal Credit Union.

Q.   Navy Fed...

A.   Navy Federal like the US Navy.

Q.   Okay.  Credit Union?

A.   Credit Union.

Q.   Okay.  Is that the only business account USAT had in Colorado?

A.   That's the only one.

Q.   Okay.  Were there other accounts opened in other locations and in other banks?

A.   There is another one in Dover, Delaware.

Q.   And which bank is that?

A.   Dover Federal Credit Union.

Q.   And is that bank account under the business name of USAT?

A.   It is.

Q.   Is there any other name connected to that bank account?

A.   Any other name?

Q.   Yeah, like another entity or an individual?

DEPOSITION OF  CARLA KONYK

Page 55

A.   Only Dr. Tulp and myself.

Q.   With regards to the Navy Federal Credit Union, that's also under USAT, correct?

A.   Yes.

Q.   And if there would be any individuals linked to that account, that would be you -- Dr. Konyk -- and Dr. Tulp?

A.   Yes, just the two of us.

Q.   Okay.  You mentioned Delaware, but USAT didn't have any locations in Delaware, correct?

A.   No, they didn't.

Q.   May I ask then why was the bank account open in Dover, Delaware?

A.   We lived in Delaware for a short time.

Q.   Okay.  So when you received checks by mail, it would have been usually deposited in either both of those accounts or just one account?

A.   We only used the Navy Federal.

Q.   Okay.  With the credit card payments, how would those credit card payments be processed?

A.   How would they be processed?

Q.   Would they --

A.   I don't understand the question.

Q.   Okay.  If you receive a credit card

payment, would that payment be received in one of these bank accounts?

A.   Into the Navy Federal Credit Union bank account.

Q.   Okay.  With regards to -- I'm not a big -- I'll be honest, I don't handle much credit cards unless somebody pays me through PayPal.  But do you have a software or some type of software program that's the one that you -- processes the credit card or some other company?

A.   We use QuickBooks.

Q.   Which one?

A.   QuickBooks

Q.   QuickBooks.  All right.  So QuickBooks is a software that could be used to handle the credit card payments?

A.   Yes, it's Intuit.

Q.   Okay.  So besides checks and credit cards, any other ways of receiving payment or ways --

A.   Money order.

Q.   By money order.  Would you -- would USAT receive wire transfer payments?

A.   We would be able to.

Q.   Okay.  And if you use that wire transfer

payments, those payments would be sent to either of those two bank accounts or just one?

A.    Only to Navy Federal Credit Union.

Q.    Okay.  So the first year of USAT in Puerto Rico started around 2017?

A.    2017, yes.

Q.    Okay.  And then, do you remember how many students applied for USAT Puerto Rico around that time?

A.    No, I don't remember how many.

Q.    Did you delegate to Dr. Ortiz Bustillo the task of recruiting the students in Puerto Rico?

A.    He took care of that.

Q.    Was Ortiz Bustillo in charge of handling presentations and brochures of USAT to the applicants in Puerto Rico?

A.    I don't remember if there were any of those.

Q.    Did you have any -- did you personally speak with any applicants in Puerto Rico that -- for the USAT and Puerto Rico campus?

A.    No, I don't think I did.

Q.    Okay.  In the summer of 2017; you don't recall?

A.   I don't recall.

Q.   Do you remember that the applicants were told to send payments to the Colorado office if they're applying to the Puerto Rico USAT campus?

A.   They would have had a choice as to where to send that.

Q.   Do you recall that some students in the Puerto Rico -- that applied in the -- to the Puerto Rico branch of USAT obtained loans?

A.   Yes, I'm aware.

Q.   Do you recall the bank that was used to give out these loans?

A.   Yes, SouthEast Bank.

Q.   So SouthEast Bank, where is that bank located?

A.   I believe it's Tennessee.

Q.   Can I ask -- do you have any idea why SouthEast Bank was the bank used for these types of loans?

A.   The Med-Ed company used them as their financial institution.

Q.   When you mentioned "Med-Ed company," what are you referring to?

A.   That would have been the loan originator. The company that controls the contracts, I

guess, between the bank and the student.

Q.   Does the Med-Ed company have a name?

A.   Ed-Med.  Med-Ed.  It was a while ago, I always get them confused.

Q.   Okay.  So the name -- the name of the company could be Med-Ed or Ed-Med?

A.   Yes.

Q.   And is that company a company out in the (unintelligible)?

A.   Out of where?  I'm sorry.

Q.   Do you recall where that company is located originally?

A.   No, I don't remember.

Q.   Were you involved in the process of applying for these loans to SouthEast Bank?

A.   No, that was between the bank and the individual.

Q.   So you personally were not involved?

A.   No.

Q.   Do you recall receiving the bank loans to the USAT bank accounts?

A.   Receiving the bank loans?

Q.   Or the pay-- so let me take a step back. The individuals that obtained the bank loans stated that these loans were sent to USAT, and

DEPOSITION OF  CARLA KONYK

then USAT would send them some checks because they were applying already the tuition fees based on the loans received.  Do you recall?  Does that explanation make sense to you?

A.   The proceeds of these loans were transferred to Navy Federal.

Q.   Okay.  Based on what we briefly discussed, can you take me, I guess, from one point to the next and how that process works?

A.   Well, the company makes the loan with the student.  They decide how much they wanted to borrow and the company would approve that applicant or not for the loan.  The student desired to use the loan for tuition and fees for USAT, so the company would transfer the funds to USAT, I would have information on how much they borrowed and also how much the tuition was, so during the disbursement period, I would calculate that and then I would send a refund check to each applicant for the unused portion.

Q.   Okay.  When you mentioned "the company that makes the loan," you're talking about SouthEast Bank or the Med-Ed company that you referred to earlier?

A.   No, the Med-Ed company is sort of a

gatekeeper, right?

Q.   Okay.

A.   Determining the eligibility of the applicant for the loan.  The bank is simply the funding institution.

Q.   Okay.  So when you explained that the company that makes the loan and the company approves how much the student wants to borrow, you're referring to the gatekeeper, which is that --

A.   Yes, I am.

Q.   That right now we don't remember the name -- it's either Ed-Med or Med-Ed company.

A.   One of those.

Q.   Okay.  And then those -- once the bank disburses the funds, those funds were sent to the Navy Federal Credit Union Bank account, correct?

A.   That's correct.

Q.   Okay.  And then after you received the information as to the tuition fees and the expenses, you would then make a refund check from the Navy -- sorry, the Navy -- I forgot the name -- the Navy Federal Credit Union to the student, correct?

A.   That's correct.

Q.   **Okay.  Let's see...**

THE DEPONENT:  Do you think we could take a break?

MR. RIVERA:  Yeah.  Just so you know, we can all -- let me know if you want to take a break, or go to the bathroom, or have a little glass of water.  I have no problem.  You know, so far as there's no question on the table that you need to answer, we can take that recess, okay?  I have no problem.

THE DEPONENT:  Yes.  Shall we do it now?

MR. RIVERA:  Yeah, we can take a 5- to 10-minute break.

THE DEPONENT:  Perfect.

MR. RIVERA:  Okay.  Thank you.

(Whereupon, a brief recess transpires.)

MR. RIVERA:  Okay.  So we're back on the record.  It's 12:56 p.m., Puerto Rico time.  We're two hours ahead of Colorado, so my understanding is it's 10 -- it's 10:56 a.m., Colorado.

BY MR. RIVERA:

Q.   All right.  We were just discussing the process of the loans.  During the brief recess, we were making reference to a document -- a loan document that talks about Ed-Med, which is the company that gave out the loans.  Ms. Konyk, if you would like to describe Ed-Med.  Was Ed-Med a company based in the United States or a company in the Caribbean?

A.   I believe they're based in the United States.

Q.   Okay.  And that's the company that was the gatekeeper, as you said, that would evaluate the students seeking the loan and approve whether the students will receive those loans, correct?

A.   Yes.

Q.   And then you mentioned that after the loan is approved and the bank transfers the funds, then those funds will be received by USAT at the Navy Federal Credit Union Bank account, correct?

A.   That's correct.

Q.   Okay.  So with regards to the Puerto Rico -- the students in Puerto Rico, were you

personally involved in seeking these loans or these proceeds?

A.  "In seeking"?  I don't understand the question exactly.

Q.  Or assist -- assisting the students.

A.  Yes, I did the calculation of, you know, the amount owed for tuition and fees, and deducted the rest, and wrote out the refund check for them and sent it.

Q.  Okay.  When you did that process of calculating, who did you work with?  Did you work by yourself or did you work with other members, employees, or faculty?

A.  No, just myself.

Q.  Okay.  Did you contact Ortiz Bustillo or somebody in Puerto Rico to verify certain information?

A.  Well, Dr. Bustillo would make sure that the student signed for the check, they made a copy of it, and he distributed the check.

Q.  Okay.  So by the time that these loans were being disbursed, those students were already admitted at the Puerto Rico School of USAT.

A.  Yes, they had already been accepted.

DEPOSITION OF  CARLA KONYK

Page 65

Q.   Okay.  And usually, they're notified about their acceptance by a letter, correct?

A.   Yes.  It may have been sent by email as well.

Q.   And the person that sent that letter was signed by Dr. Tulp?

A.   The person who sent the letter?

Q.   Or -- let me rephrase the question.  The person that notif-- that signed the letter that notified their acceptance in the program was Dr. Tulp?

A.   His signature block was there, his signature was not.

Q.   Okay.  Were you in charge of overseeing faculty members or employees in Puerto Rico in 2017?

A.   No, I wasn't.

Q.   Okay.  So you delegated that task to Dr. Ortiz Bustillo, correct?

A.   Yes.

Q.   And at the time, he was the associate dean?

A.   Yes.

Q.   Okay.  Was the USAT program in Puerto Rico accredited by some organization in Puerto

Rico?

A.  No.

Q.  Was the program, the USAT program in Puerto Rico, then -- was being subjected to the ECFMG requirements?

A.  Not until 2018.

Q.  When you mention "not until 2018," what do you mean?

A.  ECFMG made a new rule.

Q.  What was the new rule?

A.  Well, there were many.  But the accreditation of schools will be required January 1st, 2024.

Q.  Okay.  Do you recall that ECFMG sent a letter to USAT requesting information as to where those -- USAT students of Puerto Rico were physically taking classes?

A.  Did you ask if I was aware?

Q.  Yes.

A.  What would be the date of the letter?

Q.  Okay.  Let me rephrase the question.  Do you recall that ECFMG sent a letter to Dr. Tulp via email stating that ECFMG just received notice that USAT was operating a satellite or branch campus in Miami, Florida?  That was

around August of 2018.

A.   That letter was sent to Dr. Tulp.

Q.   But are you aware of that letter?

A.   I'm aware.

Q.   Okay.  And when they -- when ECFMG sent that letter, are you aware what they were -- what was the purpose of that letter?

A.   To make us aware of their new rules.

Q.   And the new rule that they make referenced in that August 2018 letter was what exactly?

A.   They were wanting to be sure that basic sciences were taught in the country where the foreign medical school is located.

Q.   So in USAT's requirement -- or let me -- in USAT's -- let me rephrase the question.

In USAT's scenario, ECFMG wanted to be sure that the students were studying in Montserrat for basic sciences?

A.   Yes.

Q.   Okay.  And they were requesting information that the USAT Miami branch campus was authorized to operate as a medical school in the United States, correct?

A.   I don't know that that's exactly true.

Q.    You don't recall that that letter was requesting information whether USAT had authority to operate on the Miami branch campus in the United States?

A.    Okay.  It wasn't a branch campus.

Q.    It was what?

A.    It was not a branch campus.

Q.    Why do you say it's not a branch campus?

A.    Because we rented space in a public venue.

Q.    But the --

A.    We were only there -- well, we were only there four days out of each month.

Q.    But isn't true that the students that were in Miami, they were taking basic science classes in Miami?

A.    I would have to check.

Q.    You're not sure?

A.    I would have to check the records.

Q.    So at this time, do you -- are you sure or do you have -- do you know or do you not know?

A.    No, I'm unsure.

Q.    Okay.  Do you recall going to the Puerto Rico campus to oversee the school in Puerto

Rico?

A.   One time.

Q.   Do you recall the date?

A.   No.

Q.   Isn't it true that you visited the Puerto Rico campus with Dr. Tulp and your two sons?

A.   No, that's not true.  I don't have sons.

Q.   Or your two children, sorry.

A.   No, I don't think we brought the children.

Q.   Okay.  You don't recall visiting the campus with your family?

A.   No.

Q.   Okay.  When you visited the campus, can you take me or explain to me how that visit came about?

A.   I think we were passing through Puerto Rico on the way to Montserrat.

Q.   Okay.

A.   We decided to stop in for about 10 minutes.

Q.   Who greeted you there?

A.   Well, we obviously met with Dr. Ortiz Bustillo.

Q.   Okay.  Did Dr. Ortiz Bustillo give you a

DEPOSITION OF  CARLA KONYK

Page 70

tour of the building or the offices?

A.   A quick one, yes.

Q.   **And what did you see when he gave you the tour?**

A.   What did I see?

Q.   **Yes.**

A.   Students, an anatomage table

Q.   **A what?**

A.   An anatomage table.

Q.   **What's that?**

A.   It's a piece of equipment that is designed to replace cadavers and study of anatomy and other subjects.

Q.   **Is that equipment used for basic science courses on the first two years?**

A.   Anatomy is part of basic science.

Q.   **So students were taking this course in Puerto Rico, correct?**

A.   Taking that course in Puerto Rico.

Q.   **Yes?**

A.   I said yes.

Q.   **Okay.  Did you meet faculty members while you were given that tour?**

A.   Maybe one or two.

Q.   **Do you remember their names?**

A.   No, I don't.

Q.   Did you meet students when you were given that tour?

A.   Briefly.

Q.   Do you remember their names?

A.   No, I don't.

Q.   Do you know what a white coat ceremony is?

A.   Yes.

Q.   What is a white coat ceremony?

A.   It's sort of a pageant that medical schools put on when students finish basic science and they're now getting ready to go into the clinical phase.

Q.   Okay.  Did you attend a white coat ceremony in Puerto Rico?

A.   I did not.

Q.   Okay.  Do you know if Dr. Tulp did?

A.   Yes, he did.

Q.   So is this white coat ceremony usually held around the time that the -- one of the first examinations of the Step exams are being taken or, like, before --

A.   Not necessarily.  Not necessarily.

Q.   Not necessarily.

You mentioned that Step 2 is the one that has to do with clinical skills and knowledge, correct?

A.   Yes.

Q.   And is that the exam that would be taken after the white coat or before the white coat ceremony?

A.   Depends on the school, really.

Q.   But it's usually around -- doesn't have to be before or after, but it could be around -- close to that time?

A.   Well, the white coat ceremony marks the beginning of clinical training, so it wouldn't really be appropriate for them to take the exam until they have finished all of their clinical training.

Q.   Okay.

A.   This is complicated.  I don't want you to feel like you need to get your head around it. We've taken 20 years.

Q.   Okay.  All right.  Do you remember that on September of 2018, ECFMG sent a letter to Dr. Tulp requesting information from the students of USAT?

A.   That letter was sent to Dr. Tulp.

Q.    But are you aware of that letter?

A.    September 2018...  Okay, yes.

Q.    That letter said that, "Effective today, USAT students and graduates seeking services related to ECFMG certification, including registration for USMLE examinations, release of USMLE scores, issuance of an ECFMG certificate, or issuance of ECFMG certification status reports to residency programs must complete and submit an affidavit attesting the accuracy of the medical school information provided to ECFMG."  I read a portion of that letter, does that portion refresh your memory?

A.    Refresh my memory...  I do remember the letter.

Q.    Okay.  Do you remember that they were requesting the students to sign an affidavit or send an affidavit?

A.    Yes, I remember that.

Q.    Okay.  Take me back then -- you know, based on your recollection, I'm using this letter to kind of refresh your recollection in September 2018.  But ECFMG was requesting all USAT students to send an affidavit to certify certain information of their school, correct?

DEPOSITION OF  CARLA KONYK

Page 74

A.   Yes.

Q.   And then one of the affidavits -- one of the questions of that affidavit was where exactly were they physically located when they took certain classes, correct?

A.   Yes.

Q.   Okay.  And some students were -- some USAT students had sent affidavits, certifying that they took classes, either Miami, Tampa, Puerto Rico, correct?

A.   They were permitted to write an open-ended statement as to why they were not in Montserrat for basic science.

Q.   Okay.  Do you remember that once that request was made by ECFMG, you and Dr. Tulp met with students to discuss this request?

A.   We didn't meet with them, it was a telephonic -- a telephonic conference.

Q.   Okay.  How was that?  Do you recall the date that that telephone conference was held?

A.   I want to say it was about the end of September of 2018.

Q.   Okay.  Who was present at that telephone conference?  If you can, let's start with -- from your end first.  Where were you located

when you made the phone call?

A.   I was at the Youngfield Street address in a conference room.

Q.   In Colorado?

A.   In Colorado, yes.

Q.   And who was present with you at that time?

A.   Dr. Tulp was with me.

Q.   Anybody else?

A.   No.  Wait, Karen was there.  She's really good at technical.

Q.   Okay.

A.   And we always need help.

Q.   All right.  So when you say Karen, you're talking about Karen Baldwin, correct?

A.   Yes.

Q.   Okay.  So Karen Baldwin, Dr. Tulp, and you, correct?

A.   That's correct.

Q.   And then you made a phone call to where?

A.   It was a conference venue, sort of like Zoom, only it was just audio.  So students were given a number to call in, and you could have up to 100 participants.

Q.   Okay.  Do you recall how many people

appeared?

A.   I don't remember.

Q.   But it was a link that was sent to all students of -- all USAT students?

A.   All were invited.

Q.   Okay.

A.   If their active emails worked, they were invited.

Q.   Were these all USAT students (unintelligible) or other locations as well?

A.   All USAT students?  All USAT students were affected by this.  All students, not just locations.

Q.   So it would -- this invitation was sent to all USAT students that were affected, which were all USAT students in Miami, Dallas-Fort Worth, Tampa, Puerto Rico, Maryland, correct?

A.   Yes.

Q.   So all the students that were in the United States?

A.   All students who had an active USAT email would have been notified that way.

Q.   At that time, were there students in Montserrat?

A.   I don't remember.  There may have been.

Q.   Okay.  All right.  When that conference started, who spoke first?

A.   I don't remember.

Q.   Can you summarize what was explained to the students in that telephone conference, based on your recollection?

A.   They were frightened, and so we tried to reassure them.

Q.   Who were frightened, the students?

A.   I'm sorry, say that again.

Q.   You said that "they were frightened," you're referring to the USAT students?

A.   Yeah, they didn't know what was happening.

Q.   Okay.  And you mentioned that you wanted to reassure them or -- you know, that USAT wanted to reassure them how -- what was explained to them, based on your memory?

A.   You know, we had no experience with this in the past, so it was really hard for us to know what was going to happen next, and they didn't know.  And so we just sort of let them know that we were still there for them, whatever the outcome was.

Q.   Okay.  Do you recall telling the -- that

DEPOSITION OF  CARLA KONYK

Page 78

one of the questions in the affidavit was what were the dates of attendance of those USAT students and their locations when they took the basic science courses?

A.   If I remember properly, it is the dates of their attendance and the dates that they took basic sciences on Montserrat.

Q.   And also the location, where did they take basic science courses, correct?

A.   Yes.

Q.   Okay.  Do you recall that in that telephone conference, it was explained to the students that they needed to tell ECFMG that they took their basic science medical classes in Montserrat?

A.   Can you say that again?  I want to make sure I caught it.

Q.   Do you recall whether in that telephone conference, the USAT students were instructed to tell ECFMG that the location where they studied basic sciences was Montserrat?

A.   The question to the student was, "If you did not take your basic sciences in Montserrat, why?"

Q.   Okay.  So at no point were the USAT

students instructed that they had to tell ECFMG that they took basic sciences at Montserrat?

A.   Some students did take their basic sciences in Montserrat, not all.

Q.   Okay.  But with regards to those students that did not take basic sciences at Montserrat, were they instructed to declare that they did take basic sciences at Montserrat?

A.   No, I wouldn't do that.

Q.   Okay.  You did not say that?

A.   I did not say that.

Q.   Do you recall if any other person did say that?

A.   No.

Q.   Okay.  "No," as you don't recall or "no," that nobody said that.

A.   I am not aware of anyone saying that.

Q.   Okay.  Do you recall that after that telephone conference, students were sending various emails to you and other USAT officials questioning as to why they could not take the United States Medical Licensing Examination?

A.   At that point, ECFMG had required the student to fill out the affidavit in order to go forward and utilize ECFMG's services.

Q.    Okay.  If the student mentioned that they did not take basic science in Montserrat, then those students would not be able to take the examination, correct?

A.    No, that's not true.

Q.    Why is that not true?

A.    Let me just answer your question.  At that point, only the affidavit was required, and all the work that was completed by students to the end of December 2018 was acceptable by ECFMG.

Q.    Okay.  So when you mention "by the end of December 2018," are you talking about all the students that finished basic sciences by December 2018?

A.    No.  All students who graduated from the beginning in 2003 to all the graduates in 2018.

Q.    Okay.  When did the students -- so what years were the -- or what years of class or what class years were affected by the ECFMG requirement?

A.    Which requirement?

Q.    The new -- you stated that there's a new requirement that ECFMG requested, and it had to do with whether the students were taking basic

science classes in Montserrat, physically, correct?

A.   That was a new rule.

Q.   Okay.  And when that rule was implemented, which students were affected by it or which classes?

A.   Which classes...  Any student who hadn't graduated before the end of 2018.

Q.   Okay.  (Unintelligible) graduated from basic sciences?

A.   In order to graduate as an MD, you have to complete the basic sciences and clinical sciences.

Q.   So any student that by 2018 had taken four years of USAT medical courses, they were eligible to continue with the examination?

A.   That's correct.

Q.   Okay.  Any students that by that time had taken less than four or -- you know, three years, they were not eligible for those -- for the US examination, correct?

A.   All of the credits that they completed up until the end of December of 2018 were acceptable or transferable to another school of the student's choosing.

Q.    Which school was that?

A.    "Which school"?  What do you mean?

Q.    How do you know that those credits were transferable?

A.    They were validated by ECFMG and, therefore, if the school that they're transferring to choose to accept them, they would be acceptable to use toward their credit required to graduate with the MD and go on and take the USMLE.

Q.    Where does that -- where does ECFMG state that those credits could be validated and transferable?

A.    That's on the World Directory of Medical Schools.

MR. RIVERA:  All right.  I'm going to send an email with the exhibits.  One second.  I'm going to "reply all" to the Zoom link email, Counselor Paulsen, and I'm going to add -- and I'm going to send exhibits to yourself and the court reporter, and these will be marked as exhibits in the deposition.  Okay?

MR. PALMORES:  Okay.

(Whereupon, a brief recess

transpires.)

MR. RIVERA:  I marked them digitally, Exhibit 1 through 8.

(Whereupon, Exhibits 1 to 8 are marked for identification.)

MR. RIVERA:  The first four exhibits, Counselor Paulsen, kind of -- more preliminary stuff, but...

MR. PAULSEN:  I see.  Thanks.

MR. RIVERA:  Exhibit 1 is the Third Amended Complaint that was filed in this case that's under Docket 130.

BY MR. RIVERA:

Q.   And I'm going to ask Dr. Konyk if they can -- if she can review that document and let me know if you recognize it.

A.   Yes, I recognized it.

Q.   What is Exhibit 1?

A.   The Third Amended Complaint.

Q.   Okay.  And you recall that, after reading this complaint, you answered the same?

A.   After reading it, yes, we answered.

Q.   Okay.  Can you give her them -- show her then Exhibit 2.

Q.   All right.  Exhibit 2 is the Defendant's

Answers to the Plaintiff's Third Amended Complaint filed on behalf of the University of Science, Arts, and Technology, USAT, Orien L. Tulp, Carla M. Konyk, and Karen Baldwin. Do you recognize Exhibit 2?

A. Yes.

Q. This Exhibit 2 was filed by Counselor Chris Paulsen, correct?

A. Yes.

Q. And Chris Paulsen is your legal representative in this case, correct?

A. Yes.

Q. So that he's authorized to make these representations on behalf of you and the other codefendants, correct?

A. Yes.

Q. And you reviewed this answer to the complaint?

A. You know, not for a little while. I'm sorry.

Q. Did you review this Answer to the Complaint before the filing?

A. Yes.

Q. And you were in agreement with the content?

A.   I was.

MR. RIVERA:  Now let's go to Exhibit 3.  Exhibit 3 is the Notice of Taking of Deposition Duces Tecum.  It's three notices, but I'm going to ask you to go to page number 6, Raquel, of Exhibit 3.

BY MR. RIVERA:

Q.   And do you recognize page 6 of Exhibit 3?

A.   Yes.

Q.   Do you recall that we sent this to you to require you to appear today to this deposition, correct?

A.   I'm seeing Thursday, but we made a change on the date.

Q.   Yeah, I mean, originally it was Thursday, and then Counselor requested the change.  We had no issues as far as the parties were concerned.

A.   Okay.

Q.   But you remember receiving this in order to request your appearance for a deposition? -- not the date specifically.

A.   Yes.

Q.   Okay.

A.   Okay.  Thank you.

Q.   Okay.  And we also requested a production

of documents, correct?

A.  Yes.

Q.  Okay.  Do you remember that Counselor Paulsen sent a response to this request to production of documents?

A.  Yes.

Q.  Okay.  Would you recognize it if I showed it to you?

A.  I think so.

MR. RIVERA:  Can you show her Exhibit 4?

BY MR. RIVERA:

Q.  Exhibit 4 is the Response to the Request for Production of Documents, and it's a joint response by Tulp, Konyk, and Baldwin.  Do you recognize this document?

A.  Yes.

Q.  Okay.  And this is the document that -- you reviewed this document before it was served to us, correct?

A.  I reviewed it.

Q.  Okay.  And you were in agreement with its content?

A.  Yes.

Q.  So Counselor Paulsen was authorized to

serve this answer, correct?

A.   He was.

Q.   All right.  So in the third answer you mentioned -- third request was: "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects that USAT is a medical school that's outside the US and Canada listed in the World Directory of Medical Schools as meeting Educational Commission for Foreign Medical Graduates, ECFMG, eligibility requirements and that meets other eligibility criteria of the ECFMG."

You mentioned that "The documents that I possess are attached and labeled as item 3," correct?

A.   Correct.

Q.   Let's go to exhibit --  Exhibit Number 5. Do you recognize Exhibit 5?

A.   Yes.

Q.   What is Exhibit 5?

A.   These are the sponsor notes from the World Directory of Medical Schools listing for USAT.

Q.   Okay.  Why did you use this -- why did

DEPOSITION OF  CARLA KONYK

Page 88

you produce this document?

A.   If you scroll down just a little bit, please, you'll see that the download date is July 11th, 2018.

Q.   So this document was obtained around July of 2018?

A.   Correct.

Q.   Okay.  And that would be the first two pages?

A.   Yes.  There's a slide, and so you have to show it in two different pieces.

Q.   Okay.  The first two pages, it says, "Downloaded July 11, 2018."  And then page 3, 4, and 5 states, "September 14, 2018," correct?

A.   Correct.

Q.   Okay.  What's the difference between pages 1 or 2, and 3 and 5?

A.   I just wanted to show that USAT was qualified to -- by the ECFMG to offer its graduates the opportunity to take the USMLE.

MR. RIVERA:  Okay.  Do you recall who submitted the -- and we're still on page 1 and 2, Raquel.

BY MR. RIVERA:

Q.   Do you recall who was the person that --

DEPOSITION OF  CARLA KONYK

Page 89

did you prepare this document from pages 1 and 2?

A.    Personally?

Q.    Yeah.

A.    No.  I didn't do the downloading.

Q.    Do you know the person that prepared these documents 1 and 2?

A.    Yes, Mr. Paulsen.

Q.    Okay.  But as far as -- obviously, he -- Mr. Paulsen -- Counselor Paulsen produced it, but with regards to the content of these -- you know, of the information that's in the World Directory, do you know who was the person that filled out this content?

A.    This content is a boilerplate of what ECFMG or the World Directory places on the sponsor note page for schools that qualify to have their students take the USMLE and go forward from there.

Q.    When you mentioned "boilerplate," what do you mean by that?

A.    That means it's a general page, for the most part, except for the bottom.  If you go all the way down, you'll see "graduation years."  So you see the first year of operation and then

DEPOSITION OF  CARLA KONYK

Page 90

"current."  So that means there were no limitations on our ability to offer ECFMG services to our students.  Well, not offer them, but allow them to take -- the opportunity.

Q.   Is there any other documents that USAT and ECFMG have to exchange in order to comply with the eligibility -- eligibility requirements?  Sorry.

A.   It's okay.  I didn't hear all the question, I'm sorry.

Q.   Are there any other documentary evidence or contract or agreement that has to be executed between USAT and ECFMG?

A.   No.

Q.   Okay.  Is there any type of documentation that needs to be submitted by USAT to ECFMG?

A.   You're looking at the permission right there.

Q.   Okay.  So USAT doesn't usually -- USAT didn't usually submit documents to ECFMG from -- since 2003 up to eventually 2018?

A.   I'm not sure what you mean.  What kind of documents?

Q.   When we talk about documents, I'm thinking -- if ECFMG is in charge of verifying

that an international student complies with requirements -- right? -- in order to take the US examinations, what documents would then USAT have to submit to verify -- so that students may be able to -- be authorized to take that US medical exam?

A.    A final medical school transcript.

Q.    Just the transcript?

A.    The diploma is required once the student graduates.

Q.    So final medical school transcript, diploma once the student graduates, anything else?

A.    That's what they use for verification.

Q.    What information would be contained in the final medical school transcript?

A.    Student's details, address, email address, program they were in, grades, course names, course numbers, grade point average, quality points, signature of the registrar, a seal from the school.

Q.    So that final medical school transcript is a pretty detailed history of the student's academic process with USAT, correct?

A.    Exactly.

Q.    The diploma is just a one-page diploma, or does it contain something else?

A.    No, just one page.

Q.    All right.  And then on page 3, 4, and 5, this is the same webpage, but at a later date, September 14 of 2018, correct?

A.    Yes.

Q.    And under ECFMG United States on page 4, it says that "The students of this medical -- of USAT are eligible to apply to ECFMG, provided that their graduation year is included between 2003 and 2018, correct?

A.    Yes, that's what it says.

Q.    And then there's a note at the bottom. "As of January 1st, 2019, students and graduates of this medical school with a graduation year of 2019 and later are not eligible to apply to ECFMG or ECFMG certification," correct?

A.    Correct.

Q.    "In 2018, ECFMG determined that a certain official of the University of Science, Arts, and Technology engaged in irregular behavior in connection with providing false information to ECFMG."  It states that, correct?

A.    It does.

Q.   Do you know what official of USAT they're referring to that engaged in irregular behavior?

A.   I became aware.

Q.   And when you became aware, who was that person?

A.   They focused on Dr. Tulp.

Q.   Do you know why ECFMG determined that Dr. Tulp engaged in irregular behavior in providing false information?

A.   No, I really don't.

Q.   You don't know or...

A.   I think they asked him for information, and when it wasn't available, they didn't agree with that.

Q.   Do you know what information Dr. Tulp provided?

A.   No.

Q.   "Currently, students and graduates of USAT are subject to enhanced procedures that must be met" -- and it continues on page 5, sorry.

MR. RIVERA:  Go to page 5, Raquel.

BY MR. RIVERA:

Q.   "Currently, students and graduates of USAT are subject to enhanced procedures that

must be met in order to be eligible to apply for ECFMG certification related service, including but not limited to ECFMG certification, USMLE examinations that lead to ECFMG certification, and Electronic Residency Application Service Support Services.  ECFMG will provide information and instructions to applicants upon receipt of application."  Do you know what they're referring to about enhanced procedures?

A.   The affidavits would be the only thing I could think of.

MR. RIVERA:  Counselor Paulsen, I think it's around 12:00 o'clock your time, and I was going to take a lunch break now, if that's okay.

THE DEPONENT:  Of course.

MR. PAULSEN:  Yes, that's a yes.

MR. RIVERA:  All right.  Would you want to do half an hour or an hour?

MR. PAULSEN:  How long --

MR. RIVERA:  I can do -- I'd rather do half an hour because, you know, my time here -- it's almost --

THE DEPONENT:  Half an hour.  Thank you.

MR. PAULSEN:  30 minutes.

MR. RIVERA:  Okay.

MR. PAULSEN:  We'll see you then.

MR. RIVERA:  So we'll be back in 30 minutes?

MR. PAULSEN:  30 minutes and we're off the record.

(Whereupon, a recess transpires.)

AFTERNOON SESSION (2:35 P.M.)

MR. RIVERA:  And we're back on the record.  It's 2:35 p.m. in Atlantic Standard Time, Puerto Rico, and 12:35 in Colorado.  We're continuing with the taking of the deposition of Dr. Konyk.

We just finished with Exhibit 5.  I'm going to request that the court reporter puts Exhibit 6 -- the document that is marked as Exhibit 6.

BY MR. RIVERA:

Q.   Dr. Konyk, do you recognize Exhibit 6?

A.   Yes, item 5.  Okay.

Q.   In the Responses to the Request for Production of Documents, item -- Exhibit 6 -- sorry.  This exhibit, which is -- it makes reference to item 5, it says, "Any and all documents, papers, records, or materials in your possession or under your control, in any format that reflects the establishment or structure of the USAT Puerto Rico Medical School Branch," and you sent us this document that we're marking as Exhibit 6.  Can you explain what are these documents?

A.   These are retrieved from the Internet,

that URL that you see there.

Q.   Let's see.  Let's go to the second page. It says here -- one second.  Did I print the right ones?  All right.

Well, it says corporation information.  This is a website page from the Puerto Rico State Department, correct?

A.   Yes.

Q.   And what this just reflects is that -- the legal entity that was created in Puerto Rico.

A.   Yes.

Q.   Okay.  USAT Montserrat, LLC, that was the name of USAT's legal entity in Puerto Rico?

A.   Yes.

Q.   It says here that it was formed on May 2017.  So is that around the same time that the lease was signed to create the -- to create the school in Puerto Rico?

A.   Yes.

Q.   And then at the bottom it says that the state -- the corporate domicile and date of incorporation.  It says, "Home state: Florida," but it says the address is Colorado, correct?

A.   I'm not seeing that much.

MR. RIVERA:  Could you go down a bit, Raquel?

BY MR. RIVERA:

Q.   It says that the street address is the address you mentioned earlier, that that was the Colorado administration office address, correct?

A.   Yes.

Q.   4288 Youngfield Street, Wheat Ridge, Colorado.

A.   And then it's updated to Ward Road as a mailing address after that.

Q.   Okay.  But when it says "Home state: Florida," is that the -- well, is the home state of the LLC in Florida?

A.   There is an LLC in Florida, but it was recently dissolved.

Q.   Okay.  How recent?

A.   2021.

Q.   Okay.  So the legal entity that was authorized to do the business in Puerto Rico is the LLC created in the State of Florida?

A.   I don't really know if that's true.  That may have been an error.  Because if I filled it out, I would have written probably Montserrat.

Q.   Okay.  Do you know who was the person

that filed this?

A.   I believe it was Dr. Ortiz Bustillo.

Q.   Okay.

A.   It was easiest for him to do this, he was there.

Q.   It says "main office" at the bottom, Barbosa Avenue.  That's making reference to the physical building where the school was located?

A.   Yes.

Q.   Okay.  And the mailing address, Ward Road, Building 3-150, Arvada, Colorado, is that the current address of the USAT administration office?

A.   The administration office moved upstairs, so now it's building 3-220, but otherwise the same.

Q.   Okay.  Let's go -- keep going down.  It says, "Administrators: Orien Tulp and Carla Konyk."  That's making reference to you and your spouse, correct?

A.   Yes.

Q.   And as the owners and founders of USAT, correct?

A.   Yes.

Q.   Okay.  And then it says, "Purpose:

medical education, graduate education," correct?

A.   Yes.

Q.   Okay.  So we go to the second -- the third page of Exhibit 6.  Yes, it does -- it makes reference of different certificates and administrator resolutions.  Do you recall what these resolutions were?

A.   "Restoration" is because the registration elapsed in 2019, and so we had to reinstate it or restore it.

Q.   Okay.  Can we go to page 4?  It says, "Annual filings," on page 4.  Does this reflect the annual filings that the corporation had to file per year?

A.   Yes.  Uh-huh.

Q.   And it only was filed two years, correct?

A.   Right.  It was created in 2017.

Q.   Why did it only file two years?

A.   We ceased operations in December of 2018.

Q.   Okay.  And the reason for ceasing operations was due to the ECFMG issue or new requirements?

A.   Right, the rule changed.

Q.   When you ceased operations in Puerto Rico, did you also cease operations in the other

states in the United States, be it Tampa, Florida; Miami, Florida; Baltimore, Maryland; and Dallas-Fort Worth, Texas?

A.    Baltimore was already stopped.  Texas was stopped by that time.

Q.    And Miami and Tampa?

A.    Miami -- I think Miami may have gone on another month or two, but that's about it.

Q.    So around the same time of end of 2018 and early 2019, that's when all operations of USAT in the United States ceased?

A.    Yes.

Q.    Okay.  And when I mean "all operations," the medical classes, seminars, conferences, and orientations, correct?

A.    Yes, that's correct.

Q.    Did USAT continue operating in Montserrat?

A.    Yes.

Q.    Okay.  Up to this day?

A.    Up to this day.

Q.    Let's go to...  So most of these documents -- I'm looking at the page 5.  You recognize these documents because you downloaded them from the Puerto Rico website?

DEPOSITION OF  CARLA KONYK

A.   Yes.  Yes, I recognize them.

Q.   And these are the only documents that you have related to USAT's operations in Puerto Rico?

A.   Yes.

Q.   You don't have anything else besides that?

A.   I looked for more but it was really hard to find anything towards the end.

Q.   Okay.  Would Ortiz Bustillo have in his possession more documents, you would think?

A.   I don't know.

Q.   Okay.  Here it says that -- in page 6 -- that Ortiz -- do you understand this document in Spanish?

A.   No.  I see Dr. Ortiz Bustillo's name.

Q.   Okay.

A.   And the address.

Q.   Okay.  Do you -- it seems, just based on the brief certificate that I'm reading, that Ortiz Bustillo used to be the resident agent of USAT, Puerto Rico.

A.   Yes.

Q.   But then he resigned.

A.   Then he resigned, yes.

DEPOSITION OF   CARLA KONYK

Page 103

Q.    Okay.  It seems to be that he resigned around January 2019.

A.    That was the date, I guess, yes.

Q.    Why did Ortiz Bustillo resign?

A.    Oh, he resigned from his position.

Q.    About -- can I ask why he resigned?

A.    He never really said, actually.

Q.    Okay.  Do you know where Ortiz Bustillo is at -- presently?

A.    No, I really -- I wouldn't know the address.

Q.    Okay.  Have you been in contact with him?

A.    No.

Q.    Okay.  When was the last time you spoke with Ortiz Bustillo?

A.    December...

Q.    December of...

A.    December of 2018.

Q.    Okay.  So you haven't spoken with Ortiz Bustillo for approximately five years?

A.    That is correct.

Q.    Okay.  Here there's a couple documents that are attached at the...

MR. RIVERA:  On page 16, Raquel.

---

DEPOSITION OF  CARLA KONYK

Page 104

BY MR. RIVERA:

Q.   All right.  You recognize that document on page 16 of Exhibit 6?

A.   Yes.

Q.   What is that?

A.   Looks like a board resolution by the directors of USAT.

Q.   What was the purpose of this board resolution?

A.   Establish a new mailing address.

Q.   For the LLC in Puerto Rico?

A.   That's correct.

Q.   Okay.  So this was filed in order to amend the corporate registry in Puerto Rico?

A.   Yes.

Q.   But at this time -- this was in March of 2020, correct?

A.   Yes, that's when we signed.

Q.   But that was after USAT seized operations in Puerto Rico, correct?

A.   Yes.

Q.   Okay.  All right.  So these are the only documents that you have with regards to USAT's operations in Puerto Rico?

A.   Yes.

Q.   Okay.  Let's go to the next exhibit, which is Exhibit 7.  Exhibit 7 is the documents that were produced in response to request of production of documents number 6.  This says, "Any and all documents, papers, records, or materials in your possession, or that you control in any format that reflects the establishment or structure of the USAT Florida Medical School Branch."

And you mentioned here that the activities that took place -- this was in the original -- the other exhibit that we showed before, Exhibit 4 with your answers.  I'm going to read the answer.  It says, "The activities that took place at all of the conference sites included orientation, demonstration lectures, online lectures, and USMLE preparation and review.  The documents I possessed are attached and labeled item 6."  So these documents have to do with the USAT Florida Medical School Branch, correct?

A.   Yes, yes they do.

Q.   And then on page 2 it says -- that's the Department of State Corporations of Florida, correct?

A.   Yes.

Q.   Here it says that the name of the company is University of Science, Arts, and Technology, Inc., correct?

A.   Yes.

Q.   It says that the date filed was December of 2007.  Was that around the date that the -- that you mentioned a volcano erupted and you moved?  Was that around the same time that USAT decided to move the students off Montserrat campus?

A.   Yes.

Q.   Okay.  It says here, "Registered agent: Frantz Sainvil."  Who is that?

A.   He is a professor that lives in Florida.

Q.   Okay.  Was he the associate dean in Florida?

A.   No.

Q.   Okay.  Was there an associate dean in Florida?

A.   No.

Q.   Okay.  Can I ask why in Puerto Rico there was a position called associate dean and in Florida there wasn't a position called -- with an associate dean?

A.   Dr. Bustillo was there full time and he

DEPOSITION OF   CARLA KONYK

Page 107

earned the title.  He did a lot of work.

Q.   Okay.  When you say "full-time," "earned the title," "did a lot of work," what are you referring to?  That he was creating a school in Puerto Rico full-time?

A.   Yes, he was.  He was there Monday through Friday.  You know what I'm saying?  And the sites that operated in Florida, they were only active for four days out of each month.

Q.   Okay.  Can I ask why there's a difference between Florida and Puerto Rico in how many dates of classes and conferences occurred?

A.   There's a difference, yes.

Q.   Well, why was there a difference?

A.   Students preferred to be in Puerto Rico. Most of them had come from other schools that were either further away or in another island and they wanted to stay closer to home for a lot of good reasons, so we gave them that opportunity.

Q.   Okay.  In the branch, Sainvil, he was a professor for the Florida classes?

A.   Yes.

Q.   What did he teach?

A.   Physiology.

DEPOSITION OF  CARLA KONYK

Page 108

Q.   And is that one of the basic science classes?

A.   Yes.

Q.   Okay.  Did he teach physiology in Miami?

A.   Yes, by online means.

Q.   Okay.  Then it says, "Officers: Dr. Konyk, Dr. Tulp," again.  And here it says that -- it's referring to -- these are Montserrat addresses?

A.   Yeah, that's right.

Q.   And that's how you pronounce Olveston? That's where the campus was?

A.   Ol-ves-ton.  Close.

Q.   Okay.  Okay.  At least in this one, it seems that -- is this corporation still active?

A.   It is.

Q.   On page 5 until 14, it sounds -- it seems to be that it's a certificate or Articles of Incorporation; do you recognize them?

A.   Yes.

Q.   Did you prepare this?

A.   No.

Q.   Who did?

A.   Our attorney at the time.

Q.   Who was your attorney at the time?

A.   Bruce Kaufmann.

Q.   Okay.  So Bruce Kaufmann, was he the USAT attorney or your personal attorney?

A.   I would say he's -- he was a personal attorney.

Q.   Okay.  And where is he located?  In Florida?

A.   Clearwater.

Q.   Okay.  This certificate doesn't state specifically that USAT is being created or this incorporation is being created to provide medical education, correct?

A.   I don't know.  It was created as a nonprofit a long time ago.

Q.   Okay.  But if you -- if I asked you to review it, could you identify if this certificate from page 5 to 14 states that this corporation is to provide medical education?

A.   Well, as a nonprofit, its mission has to be either scientific or educational, charity -- something along those lines.

Q.   Where would that -- where would in the certificate -- where would it say that?  If you can identify it.

A.   Can go to --

Q.   You can ask Raquel to -- you can ask Raquel to move the pages.

THE COURT REPORTER:  I can also give you control of the screen if you'd like.

THE DEPONENT:  I mean, no.  It's found in Article 3.  I don't know what page it is, I'm sorry.

MR. RIVERA:  I think it's page 7, Raquel.  Or no, excuse me, or page 5.

Page 5.  There it is, Article 3.

BY MR. RIVERA:

Q.   "General and Specific Purposes," that article?

A.   Yes.

Q.   Okay.  It says -- making reference to IRS section 501(c)(3), correct?

A.   Yes.

Q.   "And to initiate, fund, and administer a wide variety of charitable, educational, religious, scientific, or literary projects," correct?

A.   Yes.

Q.   Besides that, though, it doesn't specifically state that it's for a medical school, correct?

DEPOSITION OF  CARLA KONYK

Page 111

A.   We never activated the nonprofit.

Q.   Okay.  When you mean that you didn't activate the nonprofit, what are you referring to?  What do you have to do to activate it?

A.   You have to fill out about a 46-page application to the IRS, stating many details about your nonprofit corporation and what you propose to do and how it will be run.

Q.   So that was in -- that form wasn't filled out?

A.   We chose not to do it.

Q.   Why did you choose not to do it?

A.   Because we didn't activate the nonprofit.

Q.   Why didn't you?  If you were creating a nonprofit organization and you have to fill out this form, why did you not take that action?

A.   Because we established an LLC, a for-profit corporation instead.

Q.   Okay.  So you created first the incorporation and then you did the LLC?

A.   Well, this was in 2007, and the LLC was in 2012.

Q.   Okay.  All right.  Let's go to page 15.  "Not-for-profit corporation annual report," what is this document?

DEPOSITION OF  CARLA KONYK

Page 112

A.   For-profit corporations must file a tax return every three years in order to maintain their tax-exempt status.

Q.   **So this was filed on April 25th, 2008?**

A.   Yes.

Q.   **To maintain the incorporation active?**

A.   No, I don't think anything was filed.

Q.   **At the top it says, "Filed April 25, 2008," correct?**

A.   Yes, an annual report was filed, but there was no income.  There was nothing, so it would have been an empty document.  An annual report is required by the Secretary of State to maintain your status.  It is the IRS that requires the tax return.

Q.   **Okay.**

A.   So I think you were right in your first assumption that this here keeps the status active for this particular entity, which is what we were interested in doing.

Q.   **It says there that there's a FEI Number 26-1573511.  Do you see that?**

A.   Not yet.

Q.   **Just below the "current mailing address," right there.  Below "current mailing address."**

DEPOSITION OF  CARLA KONYK

Page 113

Can you zoom it a bit?

Okay.  First of all, that address of Oakadia Lane, Clearwater, Florida, whose address is that or what address is that?

A.   No, that would be the attorney's address.

Q.   Okay.  And that FEI number, what does that number mean?

A.   That would have been a -- probably a tax ID number that was issued when the corporation was registered.

Q.   IRS tax ID?

A.   It's required.

Q.   Okay.  So that tax ID is not a Florida tax ID, it's an IRS tax ID?

A.   Federal, yes.

Q.   Okay.  So that corporation had a tax ID created, correct?

A.   Every corporation has to.

Q.   Okay.  And then, at the bottom, there's a signature by Bruce Kaufmann on April 25, 2008, correct?

A.   Yes.

Q.   Okay.  So is it safe to say that Kaufmann did file this in April 25th, 2008, correct?

A.   Yes.

DEPOSITION OF  CARLA KONYK

Page 114

Q.    And your statement is that there were no -- there was no income on that date?

A.    There's no income.

Q.    Huh?

A.    No, there was no income.

Q.    Okay.  But there were students taking classes in Miami at that time, correct?

A.    This was not the entity that USAT operated to -- under.  It was not this.  This was an active nonprofit, not -- I don't know how to say this -- not operating.

Q.    Okay.

A.    Just a placeholder is all.  Look at the trouble that the guy had to go through to make this thing, pages and pages.  We didn't want to just cancel it.  And we may have wanted to do a nonprofit sometime, so we just kept it for that reason.  We operated under the LLC, which is now dissolved.

Q.    Okay.  But in 2008, there was no LLC, correct?

A.    At that time, I think we operated under the LLC that existed elsewhere.  And the Montserrat company is a little different.  It's not a US corporation, it's a foreign corporation

under Companies House, and so that's what we would have operated under at that time.

Q.   So at that time in 2008, though, there were -- USAT was -- had operations in Miami -- right? -- that they were giving seminars, conferences, and classes to students, correct?

A.   It may be so.  I don't remember the exact date that it was -- begun.

Q.   And your statement is that if those classes were being given, it was under the -- either the USAT LLC or the Montserrat Foreign Corporation?

A.   Yes.

Q.   Then we go to the next page.  It seems pages 16 -- let's just -- I'm going to try to be brief.  16, 17 -- 16 is the -- let's go to that.  16 is "2009 not-for-profit corporation annual report."  Okay.  Page 16 is "2009, not-for-profit corporation annual report," correct?

A.   Yes.

Q.   And I'm going to go down to the other ones to just do a summary question, okay?

A.   Okay.

Q.   Page 17 is "2010 not-for-profit

corporation annual report," correct?

A.   Yes.

Q.   Page 18 is "2011 not-for-profit corporation annual report," correct?

A.   Yes.

Q.   Okay.  And 19 is "2011 not-for-profit corporation amended annual report," correct?

A.   Where was it amended?

Q.   But that's the name of the -- the title of this document, correct?

A.   Okay.  I don't remember why that was amended.  It may have been a change of agent or a change of address.

Q.   Okay.  Well, let's go back to -- let's say that page 16, which is 2009; 17, 2010; and 18 -- 16 -- pages 16, 17, and 18 of Exhibit 7 are annual reports of 2009, '10, '11, correct? That was filed on behalf of the University of Science, Arts, and Technology, Inc., correct?

A.   These are filed so that the entity can remain active.

Q.   Okay.  And the person that signed these documents was you, Ms. Carla Konyk, correct?

A.   Yes.

Q.   And you took over from the Attorney Bruce

Kaufmann in filing these annual reports, right?

A.   Yes.

Q.   And the reason for filing this annual report is just to simply keep the incorporated entity active?

A.   That's correct.

Q.   But your statement is that there was no income coming in from -- under the name of that legal entity.

A.   That's correct.

Q.   Okay.  In 2011, the page 19 says -- it states that your address was changed to Colorado, correct?

A.   Yes.

Q.   Why -- is that -- around 2011 was the time that you -- USAT moved their offices to Colorado or opened their office in Colorado?

A.   Yes, that coincided with us, I guess, moving to Colorado as well.

Q.   Why did USAT make the decision to move to Colorado?

A.   Dr. Tulp and I and the family moved to Colorado.

Q.   So based on the -- your -- the personal reason, that your family moved to Colorado, then

the USAT administration office was moved to Colorado at the same time, correct?

A.   Yes.

Q.   Okay.  Did he -- at that time, was the Montserrat campus still operating?

A.   Yes.

Q.   And who was in charge of the administration of the Montserrat campus when you and Dr. Tulp moved to Colorado?

A.   Yvonne Daly.

Q.   And what's her job position?

A.   She was administrative assistant.

Q.   So she answered to you?

A.   Yes.

Q.   At that time in 2011, how many students were taking classes in Montserrat?

A.   I don't remember how many.

Q.   But at that time you were -- you already had other locations in Miami, Florida, correct?

A.   We may have.

Q.   And Dallas-Fort Worth.

A.   I don't know the exact dates of when we added locations but, you know, eventually we had more locations, yes.

Q.   Okay.  And Baltimore, Maryland, in

2011 --

A.  Again -- yeah, I don't know if it was 2011, but eventually, there were several locations.

Q.  Before you moved to Colorado, were you -- was the family living in Montserrat?

A.  Yes.

Q.  So how long was the family living in Montserrat prior to moving to Colorado in 2011?

A.  I guess off and on from 2003 forward. The campus needed some work, so we couldn't stay there all the time.  We lived in Delaware, so we would be between those two addresses.

Q.  So you would move between Delaware and Montserrat during 2003 up to 2011?

A.  Yes.

Q.  And that's why you had the bank account in Delaware?

A.  Yes.

Q.  Okay.  We're going to try to...  So if we go to page 18 and then page 19, we -- if we compare page 18 with 19, page 18 was the not-for-profit corporation annual report that was filed in January 2011, and page 19 was the amended annual report filed in September 2011.

I noticed that the difference here is that you amended the corporation so it reflects the new Colorado address, correct?

A.   Yes.

Q.   Correct?  Right there.  That's page 19. It says, "Current principal place of business," "new principal place of business."  Do you see that?

A.   Yes.

Q.   So that was the official move date or the official change of principal address of USAT, correct?

A.   For this nonprofit, yes.

Q.   But would you say it also --

A.   USAT did not work under this nonprofit corporation at all.

Q.   But is it fair to say that the LLC at the same time also moved to change that principal address to Colorado?

A.   It may have.  I'm not looking at that document, I'm looking at the one for the nonprofit.

Q.   Let's go down to the LLC.  Let's go to page 33.  What is page 33 of Exhibit 7?

A.   That is the trademark of our school seal.

DEPOSITION OF   CARLA KONYK

Page 121

Q.   Okay.  And you did the trademark in 2013?

A.   Yes.

Q.   If we keep going down, the school seal is the page -- what's on page 41 of Exhibit 7? That was the trademark seal?

A.   Yes.

Q.   Okay.  On page 41 of Exhibit 7.  And what was the purpose of the trademark?

A.   We used it to validate our diplomas.

Q.   Okay.  Let's see.  It says here there's like a pen below it, what's that pen?

A.   In order to trademark something, they need to see the item identified in several different pieces.

Q.   Okay.  And that's page 42.  And page 43, what is that?

A.   That would have been one of our USAT IDs where we used the seal.

Q.   Who's David Huffman?

A.   He was our admissions director.

Q.   Okay.  Is he located in Montserrat?

A.   No.

Q.   Where is he located?

A.   He's in Colorado.

Q.   Okay.  And page 44, what is that in

Exhibit 7?

A.   A lanyard where you would wear that along with the ID badge.

Q.   **And then page 45, what is that?**

A.   That's a program from the commencement ceremony.

Q.   **What's a commencement ceremony?**

A.   It's like a celebration of graduates where they walk across the stage.

Q.   **Okay.  Is that similar to a white coat ceremony?**

A.   Similar.  I guess it's the same purpose, you know, to celebrate the student's -- the graduate's achievements.

Q.   **Okay.  It says here the -- if we flip...**

MR. RIVERA:  I don't know if you can flip that, Raquel, page 45.

BY MR. RIVERA:

Q.   **It says that -- 2011 graduation.  It says "Miami Airport Hilton Gardens."  Was the graduation held at the Miami Airport Hilton Gardens?**

A.   No, it was a commencement ceremony.

Q.   **Oh, the commencement ceremony.**

A.   Yes.

DEPOSITION OF  CARLA KONYK

Page 123

Q.    But that was held at the Miami Airport Hilton Gardens, correct?

A.    Yes.

Q.    Okay.  And here it says, "College of Medicine Healthcare Professionals to Bachelor, MBBS, and Doctor of Medicine, Colleges of Education, Arts and Sciences, CAM, and graduate studies."  Is this CAM what we were discussing earlier, the Caribbean Accreditation Authority?

A.    I don't recall.  I don't think that's the same thing at all.

Q.    Which one is -- can you explain what is each one of those "healthcare professionals to bachelors"?  What is that?

A.    Oh, that would be the MBBS degree.  We were able to issue that because we had our school located on a British territory, so we issued the British degree as well.

Q.    Ah, because Montserrat is a British West Indies Island territory?

A.    Right, a British territory, correct?

Q.    Okay.  And it says -- in this one, it says, "Owing to the fact that Montserrat has a live volcano, the USAT license permits the university to operate off-island whenever the

DEPOSITION OF   CARLA KONYK

Page 124

volcano is active."  What license is that?  Is that the agreement that Dr. Tulp makes reference to?

A.   The agreement between the Government of Montserrat and the school.

Q.   Okay.  So in this brochure, it's stating that USAT can operate off-island based on that agreement between the Government and Montserrat and USAT?

A.   Yes.

Q.   Okay.  Let's go to the next page, page 46.  This is the -- this page, do you recognize it?  Okay.  Page 46.  Do you recognize page 46?

A.   Yes.

Q.   What is that?

A.   This would be the Secretary of State. Registration for USAT Montserrat, LLC.

Q.   Okay.  So when you were referring to the LLC that's a for-profit entity, this is the doc-- this is the entity you're referring to, correct?

A.   Yes.

Q.   Okay.  It says here that that LLC was created in June 6 -- June 12 of 2012, correct?

A.   Yes.

Q.   It says it's inactive and was dissolved on May 19th of 2021, correct?

A.   Yes.

Q.   Okay.  The reason for its dissolution was because it ceased to operate based on the new requirements of ECFMG?

A.   Yes.

Q.   And that FEI number, that's the IRS employer ID number?  46 --

A.   Yes, that's the federal ID number.  Yes, 46 -- yes.

Q.   46-1491367, correct?

A.   Yes.

MR. RIVERA:  Okay.  And this document -- if we go down a little bit, Raquel...

BY MR. RIVERA:

Q.   This one reflects also that it was -- its mailing address is Ward Road, Colorado, correct?

A.   Yes.

MR. RIVERA:  If we go to page -- page 51, Raquel.

BY MR. RIVERA:

Q.   That's for the limited liability company

DEPOSITION OF  CARLA KONYK

annual report, on page 51, of 2013, correct?

A.   Yes.

Q.   And this is similar to the incorporated entity that you were filing an annual report to keep it active.

A.   That's correct.

Q.   But this LLC -- you're reporting that this LLC was receiving income?

A.   Yes.

Q.   Okay.  And this LLC that was receiving income, do you recall how much income it reported in 2013?

A.   No, not without looking.

Q.   If the income was reported, where were -- what was the origin of the income?

A.   Tuition and fees.

Q.   And that was based on the tuition and fees of the students in Miami?

A.   Yes.

MR. RIVERA:  Okay.  Can we go back to the page 49, Raquel?

BY MR. RIVERA:

Q.   In the "Articles of Organization," this was the certificate that creates the LLC, correct?

DEPOSITION OF   CARLA KONYK

Page 127

A.   Yes.

Q.   Does it state here that this LLC was created for the purpose of providing medical education?  If you want to review the document before you answer, you can go ahead, and ask Raquel to move the document.

THE DEPONENT:  I'm not sure where that would be, Raquel.

MR. RIVERA:  Just review it and let me know if you see if the LLC has a "purpose."

THE COURT REPORTER:  That's all there is on the page.

BY MR. RIVERA:

Q.   Okay.  It doesn't reflect it on that page, correct?

A.   No.

Q.   And we go -- on the bottom page, page 50, which is the second page, articles -- it doesn't state it there either, correct?

A.   Correct.

Q.   All right.  So you filed -- if we go basically from page 51 -- just to summarize this -- 52, 53, 54, 55, 56, 57, 58, 59 of Exhibit 7, all these pages are the "company annual reports" of the LLC from 2013 up to 2021,

correct?

A.   Yes.

Q.   And there's a person signing -- I saw in a few of them "George P. Einstein."  Who is George P. Einstein?

A.   He's a professor who lives in Florida.

Q.   And what does George P. Einstein teach?

A.   He's the dean of graduate studies.

Q.   Does he teach a specific class?

A.   He is in charge of the PhD candidates.

Q.   When you say "in charge of the PhD candidates," what does that mean?

A.   Students who wish to pursue the PhD program, the Doctor of Philosophy degree, he's the dean of that department.  So if you want to know what he teaches, he teaches things like epidemiology, items like statistics -- that which is needed to write a thesis.

Q.   Are these part of the basic -- scientific basic class?

A.   Scientific...  Oh, you mean --

Q.   What you were referring to the -- the first two years of medical school, the basic science portions.

A.   No.

Q.   Okay.  And then on page 60, it's the amended annual report.  We see that it changes the name to Dr. Frantz Sainvil.

A.   Yes.

Q.   Okay.  And that's the professor you mentioned before, correct?

A.   Yes.

Q.   Okay.  That taught physiology at -- the physiology class.

A.   Correct.

Q.   And then the final page is page 61, "Articles of Dissolution."  Okay.  This was filed on May 19, 2021, correct?

A.   Yes.

Q.   Okay.  It states here that the company dissolved and the description of occurrence that resulted in the dissolution was "company moved." You filled out this form, correct?

A.   Yes.

Q.   And you signed it.  That's your name at the bottom, Dr. Konyk?

A.   Yes.

Q.   When you mentioned that the company moved, what are you referring to that the company moved?  Moved where?

A.   They would no longer be doing business in Florida.  There wasn't really a choice for that, so I chose the item that most best described what was happening, the company likely -- you know, gone to Colorado.

**Q.   Okay.  So when you wrote that, it's -- you meant that the company moved to Colorado, correct?**

A.   I meant to say that they would not be doing business in Florida any longer, but, like I said, there were that many choices.

**Q.   Okay.  Let's go to Exhibit Number 8. Exhibit Number 8 is the Response to the Request for Production of Documents 9 that's mentioned. "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects the establishment or structuring of the USAT Colorado Medical School Branch," and you mentioned that these are the documents -- correct? -- on Exhibit 8.**

A.   There's no medical school branch in Colorado, so this is the company information for the LLC in Colorado.

**Q.   Okay.  So let's go down to -- these are**

all the documents of the corporation in Colorado?

A.   Yes.

Q.   It says "History and documents" at the bottom.  Okay.  It says that the company was created in September 3 of 2013, correct?

A.   Yes.

Q.   And it's using the same LLC name of USAT Montserrat LLC, correct?

A.   Yes.

Q.   And then there's a -- this page is just the history of the corporation before the Colorado Department Agency, correct?

A.   Yes.  It's the history of what documents were filed.

Q.   Okay.  Let's go to page 3.  And this is -- the Articles of Organization of the Colorado -- of the company in Colorado, correct?

A.   Yes.

Q.   And this -- the filing of this, this article was, as you mentioned, because the family moved to Colorado, correct?

A.   Yes.  I don't know if one preceded the other.  You need to have a business entity.

Q.   Okay.

DEPOSITION OF  CARLA KONYK

Page 132

A.   This was that.

Q.   **It doesn't state here what was the purpose of this LLC, correct?**

A.   Not on this page, no.

MR. RIVERA:  Keep going down -- keep going down, Raquel, up to page 5 and see if you find any section that mentions "purpose."  You might have to go slower, Raquel.  Like, browse 3, and 4, or 5.

BY MR. RIVERA:

Q.   **It doesn't state the purpose, correct?**

A.   No, this is, again, a boilerplate that the Secretary of State of Colorado uses to register companies.

Q.   **Okay.**

A.   It's the same for every company.

Q.   **Okay.  If we go to page 6, it says "Statement Curing Delinquency."  Do you recall this?**

A.   Yes.

Q.   **So the prior document that we saw on page 3 and 5 is creating the LLC in Colorado, correct?**

A.   Yes.

Q.   **And you -- and you've prepared that,**

DEPOSITION OF  CARLA KONYK

Page 133

right?

A.    Yes.

Q.    Did you receive any assistance from anybody when you filed -- created the LLC?

A.    No.

Q.    Okay.  And then here it says, "Statement Curing Delinquency."  Can I ask you what was the delinquency?

A.    It was a failure to file the annual report on time.

Q.    Okay.  And then you proceed to file this in 2016?

A.    I had to cure the delinquency, yes.

Q.    Okay.  And then you filed the annual reports of each year after this statement, correct?

A.    Yes.  They have a way to enter your email address so that you are notified when it's time to renew it.

Q.    Okay.  So that was -- page 9 is one of those annual reports, correct?  Can we go to page 9?

A.    Yes, it's "periodic report."

Q.    Is that the same report that we saw in the prior Florida one, where it states the

income of the LLC?

A.   Oh, no, no, this doesn't deal with income.

Q.   What does this have to do with --

A.   The details of the directors, agent, the address details.

Q.   Okay.  So you don't have to -- you don't have to file before the Colorado Department Agency the income of this -- of the company?

A.   It's just informational, it doesn't include the income.

Q.   So we keep going down from page 9 -- 9 was the periodic report of -- where does it state -- of what period?  Does it state anywhere on page 9 or 10?

A.   I think on the top right-hand corner. The first page, yes.

Q.   It says October 27th, 2017.

A.   Yes.

Q.   So that's referring to the period of the year 2017, prior to that year?

A.   These are renewed once each year.  I'd have to agree with what you just said.

Q.   Okay.  And then the same happens on page 11 to 12, which is the periodic report of

2019.

A.    Yes.

Q.    And then in page 13 it states -- it's another statement curing delinquency.

A.    What's the date of that?

Q.    It says 2020.  It was filed in March of 2020 at the top-right.  I mean, it seems -- I'm not sure if it's June 3rd of 2020 or March 6.  I think it's June 3rd.

A.    Yeah, it looks like June 3rd, 2020.

Q.    And the delinquency here was what?  That you failed to file the periodic report?

A.    Yeah, you have to be right on time.  You know, instead of -- instead of 10 dollars, I get penalized and it'd be 100.

Q.    Okay.  And then on page 18, it says "correction of principal" -- page 18 of Exhibit 8, it says "correcting the principal address."  This is where you change to Ward Road.

A.    Yes, that would have been from Youngfield to Ward Road.

Q.    And then on page 20, it says, "Statement of change, principal office address."  It says that it is changed to Olveston, OT, Montserrat.

A.   Yes.

Q.   Do you see that?

A.   Yes, I do.

Q.   It says that you made this change in February 1st of 2022.

A.   Yes.

Q.   Why did you make the change?

A.   I don't know if I remember.  We were -- we must have been doing some reconstruction or construction in the -- in Montserrat.  I wanted to make sure that I got the -- got any mail delivered there instead of here.

Q.   Okay.  Can we go to the bottom of page 24, it says "That the board resolution" -- do you see that?

A.   Yes.

Q.   Do you recall this board resolution?

A.   Yes.

MR. RIVERA:  Raquel, go up a little bit so she can read it.

BY MR. RIVERA:

Q.   Okay.  What is that board resolution?

A.   It says, "permission to change the mailing address to Montserrat."

Q.   The mailing address to Sourdough Drive,

DEPOSITION OF   CARLA KONYK

Page 137

Morrison, it says, for the registered agent and the principal place of business address to Montserrat, correct?

A.   Well, that makes sense, yes.

Q.   Why does that makes sense?

A.   Oh, I'm sorry --

Q.   Can you explain why --

A.   I'm just thinking.  Yeah, the Montserrat construction finished, we needed the mail to come back here now.

Q.   You need the what?

A.   The mail delivery.

Q.   What's the Sourdough Drive?  What address is that?

A.   That is our home address.

Q.   That's where you and your family live?

A.   Yes.

Q.   Okay.  And then Montserrat is the address of the campus?

A.   The main campus, yes.

Q.   Okay.  So before this date of February of 2022, the USAT principal place of business address in Colorado was Colorado before this day?

A.   I don't understand the question.

DEPOSITION OF   CARLA KONYK

Page 138

Q.   So before this board resolution, this board resolution states that the main principal place of business address is Montserrat, correct?

A.   Yes.

Q.   On February of 2022, correct?

A.   Yes.

Q.   Before that date, the principal place of business address, as far as the LLC was concerned, in Colorado was in -- were addresses in Colorado.

A.   Okay.  The mailing address is the Colorado address.  The principal place of business is Montserrat.

Q.   At this -- based on that date of February 1st of 2022, correct?

A.   Yes.

Q.   But before that, if we go to -- let's say, for example, in page 18...

MR. RIVERA:  Raquel, if we can go to page 18.

BY MR. RIVERA:

Q.   It says here that on June 8th, 2021, the principal office address of USAT Montserrat LLC is 5400 Ward Road, Building 3-150, Arvada,

DEPOSITION OF   CARLA KONYK

Page 139

Colorado, correct?

A.   Yes.

Q.   So is it fair to say that before 2022 -- so years -- when you started the company was -- this LLC in Colorado was 2013, correct?

A.   Yes.

Q.   From 2013 to 2021, the principal place of business address was located in Colorado, correct?

A.   Yes.

Q.   And that's where you mentioned earlier that the administration office was located, correct?

A.   The US administration office.

Q.   Correct?

A.   Yes.

Q.   And that's where you used to receive the payments for USAT tuition fees, correct?

A.   Yes.

Q.   On the bank account that you mentioned prior, the -- what was it? -- the Navy bank account?

A.   Yes.

Q.   Okay.  After you -- do you still presently receive tuition or fees to that Navy

DEPOSITION OF   CARLA KONYK

Page 140

bank account?

A.   Yes.

Q.   Okay.  So do you still operate the administration's office in Colorado?

A.   Yes.

Q.   Okay.  Let's go to page 27.  This summary page was obtained from the Colorado website?

A.   Yes.

Q.   Okay.  And that was obtained just recently, in this year, correct?

A.   I'm looking for the date.  I can see the formation date.  I don't see the date of this printing.

Q.   Okay.

A.   Perhaps it's not available.

Q.   Let's go to Exhibit 9.

(Whereupon, a brief recess transpires.)

(Whereupon, Exhibit 9 is marked for identification.)

MR. RIVERA:  All right.  We are back on the record.  It's 3:58 p.m. Atlantic Standard Puerto Rico time, and 1:58 p.m. in Colorado.  We're going to start with Exhibit Number 9 of the deposition today;

it's marked as Exhibit 9.  It's a document that was produced by the defendants that has 97 pages, and it starts with item 11 at the first page.  The court reporter is showing it to the deponent via Zoom.

And, Counselor, you can see it as well, right?

MR. PAULSEN:  Yes.

THE DEPONENT:  Yes, I can see it.

BY MR. RIVERA:

Q.   So Exhibit 9 is the Response to the Request for Production of Documents Number 11, which is "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects all medical school applications received from the plaintiffs for their education at USAT Puerto Rico Medical School Branch."

Ms. Konyk, you responded, "I am the custodian of the documents attached and labeled item 11." And then we will proceed -- it's on the second page of -- the first page is just identifying the question, correct?  And then the second page is where it starts.  Do you recognize the second page of Exhibit 9?

DEPOSITION OF  CARLA KONYK

Page 142

A.   Yes.

Q.   What is that?

A.   It's a little small for me, but it looks like an application.

Q.   What is the -- it looks like a software screenshot, right?  From a computer.

A.   Yes.

Q.   And what application are you using in the screen?

A.   It's a company called BocaVox.  It puts out a student information system called Maestro.

Q.   What's the name of the software?

A.   BocaVox.

Q.   And you mentioned Maestro?

A.   Yes.  You say it prettier than me.

Q.   Okay.  And this is the software you use to record information of student applicants?

A.   Yes.

Q.   And not just them as applicants, but as enrolled students?

A.   Yes.

Q.   And who has access to this?

A.   I guess the registrar, the admissions department, myself.

Q.   Okay.  And the names of the persons,

obviously?  Those people would be...

A.   At the time -- this is '17...  Yeah, would have been David Huffman and another woman who was working with us.

Q.   David Huffman.

A.   Yeah, David Huffman, me.  The registrars at the time -- I guess that would have been Mary Hickling.  Karen Baldwin, she would have had access as well.

Q.   Okay.  Anybody from Puerto Rico?

A.   No.  This -- what you're looking at, this is the student's side, and so the student filled this out.  I don't recall whether Puerto Rico had access to it.

Q.   But -- all right.  So if we go to page 2, it says that that's the name -- it says, "Sujeil Marie Peña Torres," correct?

A.   Sujeil...

Q.   At the top.  Correct?

A.   Yes, I see her name.

Q.   Okay.  And then it says that she was accepted.  "Application status: accepted."  So Sujeil was accepted as a student for USAT.  Is that what -- that section means that, correct?

A.   Yes.

DEPOSITION OF  CARLA KONYK

Page 144

Q.   It says it's "created on July 10th, 2017. Last updated on August 28, 2017."  So those were the dates when that section was updated?

A.   Yes.

Q.   Okay.  This might be a bit redundant, but I'm going to go section by section, eventually with this first student, but then we'll continue -- I believe -- quicker with the rest.

Okay.  Then it says on the next section, "school information."  "School information."  It says, "District University of Science, Arts, and Technology.  School: USAT."  What was it referring to in that section?

A.   When this software was made, it wasn't very flexible and the district would have been referring to a collection of schools.  But in our case, we just had the one.

Q.   Okay.  So, in fact, in this section, there's no section that distinguishes USAT, Texas or, you know, Dallas-Fort Worth, Miami, Tampa, Baltimore, Puerto Rico.  It doesn't distinguish that, correct?

A.   No, it doesn't.

Q.   And it just states USAT as just one school, correct?

A.   That's correct.

Q.   It's understood that it mentions "USAT as one school" is referring to USAT Montserrat?

A.   University of Science, Arts, and Technology, yes.

Q.   Okay.  It says "student personal information."  So this section is just the personal information of the student, their day -- their date of birth, gender, "English," and the degree.  What does it say there? "Degree program of which you are applying: MPH." What does that mean?

A.   That stands for Master of Public Health.

Q.   What's a Master of Public Health?

A.   It's a master's degree in the area of public health.  I don't know what -- all goes into.

Q.   Is that similar to an MD?

A.   No, it's not.

Q.   Why is it not similar?

A.   It's a master's degree versus a doctorate degree.

Q.   Okay.  It says "private notes: USAT, Puerto Rico," correct?

A.   Private notes...

DEPOSITION OF  CARLA KONYK

Page 146

Q.    In the --

A.    Yes.  Okay.  I see the distinction there, yes.

Q.    Do you know who wrote that there?

A.    No, I don't.

Q.    So who fills out this information?

A.    Yeah, could be one of the admissions personnel, maybe David.

Q.    So any of the persons that added or modified any of the information here had to be any of the individuals you mentioned before.

A.    Exactly.

Q.    Okay.  So here, at the bottom, it says "student account information."  Is that the -- is that the username used for the student to access some online website for -- online website from USAT?

A.    Yeah, that would be how they would've entered the site to access their application.

Q.    Okay.  Is that the same account information that would be used for student -- I don't know, like, student emails?

A.    No, this is specific just to the application.

Q.    Okay.  "Academic background" is just the

background of that specific student, correct?

A.   Yes.

Q.   So we keep going down to the next page. It says, on page 3 -- and there's a section that talks about student race, ethnicity information. And then it just -- just to be redundant, that section is just to refer what's the ethnicity and race of the student that's applying, correct?

A.   I'm trying to find that.

MR. RIVERA:  It's -- go a little bit more up, Raquel.  Right there.  Up, up, up.

BY MR. RIVERA:

Q.   There.

A.   Yes, and there is a selection for "I don't wish to answer."

Q.   Okay.

A.   On that drag-down, as I recall.

Q.   That's fine.  And then, if we keep going down: "Student Program Association."  "Student Program Association," what is that section for?

A.   "Program association"...  It's been left blank.  I'd have to check with admissions on that.

Q.   Okay.

A.   If it was a required field, the person would not have been able to go past that.

Q.   Okay.  And then the rest of the sections are just student contacts and contact information of -- correct?

A.   Yes.

Q.   Okay.  And then it says here -- it says, "Document requirements loans," and "family or friends."  What's this section about?

A.   The question is, "How do you plan to finance your medical education?"

Q.   Okay.

A.   And then "How did you hear about the school?"

Q.   Okay.  And then, the next section, page 4, "Edit application."  This section is what?  Like a checklist of everything that needs to be sent for the application to be processed?

A.   That's true.  This would be an area where the student could upload documents.

Q.   Okay.  All right.  Let's go to page 5. What is page 5?

A.   USAT's fee schedule.

Q.   What's this used for?

A.   To make the student aware of the expected

DEPOSITION OF   CARLA KONYK

cost of attendance.

Q.   Okay.  And here it says that the -- this is a format that's sent to all students that apply to USAT?

A.   The one that was used up until September of 2017.

Q.   Why do you say that it "was used up to September of 2017"?

A.   There was a price increase or a tuition increase.

Q.   It makes reference to the Olveston campus, which is the Montserrat campus, correct?

A.   Yes.

Q.   But this was used for the Puerto Rico branch, correct?

A.   I think this was the only one that was in use until September of 2017.

Q.   So up to September 2017, was this form used for all other medical students in Miami, Tampa, Baltimore, Dallas-Fort Worth, and Puerto Rico?

A.   Yes.

Q.   Okay.  And then at the bottom, it says the name of the student, the printed name and signature of each -- of the student, correct?

A.   Yes, I see that.

Q.   **Okay.  Then at the bottom --**

MR. RIVERA:  Next page, Raquel.

BY MR. RIVERA:

Q.   **It's page 6.  What is this document on page 6?**

A.   We call it the EA, or the enrollment agreement.

Q.   **The what?**

A.   Enrollment agreement.

Q.   **What is the enrollment agreement?**

A.   It's the list of rules and regulations for the university.  The student is required to sign it.

Q.   **So would you say that this is the contract signed between the student and the university?**

A.   It's one of those elements.

Q.   **Okay.  And it says here, "Olveston campus, Florida, and Colorado," correct?**

A.   It mentions all the campuses or all of the locations.

Q.   **What does "MD transition program" mean?**

A.   The "MD transition program" refers to a program where a medical professional will come

DEPOSITION OF  CARLA KONYK

into the program and -- with previous clinical experience, and they're seeking an MD degree, so that's what the -- that's what the program is called.

Q.   Okay.  So when it makes reference to Olveston campus, Florida, and Colorado, it's talking about those sites that were operating at that time, correct?

A.   Yes.

Q.   But it seems that this agreement, enrollment agreement, was used to start the Puerto Rico student tuition, correct?

A.   Yes.

Q.   Okay.  It says, "Regulations approved by the governing body on November 1st of 2010. Updated July 25, 2014."  What does that mean, that sentence?

A.   It refers to any changes that were made. It's current --

Q.   When it says "the governing bodies," referring to USAT?

A.   Yes.

Q.   Okay.  So when you say that the terms and conditions were changed, it was changed by either you and Dr. Tulp?

A.   And whomever was on the board at that time.

Q.   **How many people were on the board?**

A.   It's usually five.

Q.   **At the time of 2017, do you recall the individuals who were on the board?**

A.   No, not right off hand.

Q.   **Okay.  Let's -- if we keep going down... It says here on page 7, it says "International students," what's this section for?**

A.   That would just -- a student that was not an American citizen.

Q.   **So that section wouldn't apply to US citizens?**

A.   Anyone who had a green card or a Social Security number would not apply to that.

Q.   **So it would not apply to US citizens or persons with green cards or with Social Security numbers, correct?**

A.   Correct.

Q.   **With regards to international -- if the school's main campus is in Montserrat and students are in Montserrat, would US citizens be considered international students?**

A.   They would all need a visa to study on

the island.  So that's about -- that's the only best way I can describe it.  They'd be permitted, but they need to have a visa.

Q.   Okay.  Let's go to page 8.  Or no, page 7, at the bottom, it says "Methods and timing of assessment."  Or -- sorry.  Page 7, section D.  It's making reference of -- that section, "Withdrawal from examination," what examination are they referring to there?

A.   That would be an examination administered by the university, by the medical school.

Q.   So this isn't the examination of the USMLE, right?

A.   No, no.

MR. RIVERA:  Okay.  So this section G of "Methods and timing of assessment of examinations" -- if we go down a little bit, Raquel -- to section G, it cuts off to the next page, page 8.  Right there.

BY MR. RIVERA:

Q.   That's making reference to the school -- USAT examinations, correct?

A.   It's a little small for me to read the page before.  I believe it deals with the methods of either assignments or examinations.

Q.   Within the school?

A.   Yes, within the medical school.

Q.   Okay.  Can we keep going down?  It's still not making reference to USMLE?

A.   No.

Q.   Okay.  This section H, "Representations concerning decisions of the board of examiners," what's this section about?

A.   An internal committee within the medical school.

Q.   What's that committee for?

A.   I'm looking.  Probably deciding on appeals or decisions regarding students -- academic or student affairs.

Q.   Okay.  What's this section I of "awards"?  At the bottom.

A.   It describes the degrees.

Q.   These are the degrees that the -- USAT can issue?

A.   I wouldn't agree with all of that, but certainly the MD, MBBS, PhD, Master of Science.

Q.   Why would you not agree to all of that?

A.   I don't think we've ever had a dental surgery graduate.

Q.   Okay.  What about the undergraduate

degrees?

A.   Bachelor of Science, Bachelor of Arts, MBBS.

Q.   Bachelor of Medicine, Bachelor of Surgery?

A.   Yes.

Q.   Those are issued by USAT? -- or were issued.

A.   Yes.

Q.   But not the Bachelor of Dental Surgery.

A.   No, we've never had a dental surgery graduate.

Q.   Okay.  Graduate degrees.

A.   Master of Science, Art, Public Health, Doctor of Medicine.  Again, dental medicine, not so much.  PhD, yes.

Q.   Okay.  And number -- let's go to the next page, 9.  Just a section of general regulations for examinations.  Is it still making reference of internal examinations at USAT?

A.   Yes, that would be an internal examination, one that the medical school would administer.

Q.   It's not making reference to the medical licensing -- the United States Medical Licensing

examination?

A.   No, no medical school can administer that exam.

Q.   Okay.  But that section is not making reference to that?

A.   No, not at all.

Q.   Okay.  And then, at the end, "Issuance of transcripts," you meant -- when it says -- it states here that "USAT retains the right to withhold student's transcript if the student defaults on his or her financial obligations." Are those the transcripts that you mentioned that you have to deliver to ECFMG?

A.   "Transcript" would be the final medical transcript --

Q.   Is that --

A.   -- issued by the school.

Q.   Is that what that section is referring to?

A.   I'm trying to read it.  I'm sorry, it's small.

Q.   You can --

MR. RIVERA:  Keep going down, Raquel. It's on page 10.

---

BY MR. RIVERA:

Q.   That, "issuance of transcripts," that one.

A.   Okay.  I can't really see all of it all right.  Okay.  This speaks to the financial obligations, such as tuition and fees, that if they are not paid in full, we reserve the right to withhold the transcript.  Almost every school has a policy like this.

Q.   So the transcript -- this finishes the -- at least the documents related to Sujeil Peña.  Are there -- these documents don't reflect the transcript, right?

A.   What?  I don't understand the question.

Q.   Okay.  We asked -- you remember that you mentioned earlier that when you sent -- excuse me.  Just checking my notes, sorry.  You said that you sent a final medical school transcript to ECFMG, right?

A.   Yes.

Q.   That's used for her verification?

A.   Yes.

Q.   The documents that we just -- or the pages that we reviewed from these -- you know, from page 2 to page 10 are not the final medical

DEPOSITION OF  CARLA KONYK

Page 158

school transcript, correct?

A.    From page 2 to page 10 that we just looked at?  The --

Q.    Yeah, there was --

A.    Enrollment agreement?

Q.    There was the enrollment agreement, then there was the fee schedule, and then there were the application -- you know, the software that we were looking at.

A.    Right.

Q.    Those aren't -- none of those are the final medical school transcripts, correct?

A.    No, these aren't academic records for the student.

Q.    Okay.  These are just applications?

A.    Yes.

Q.    Okay.  And if we continue down, you know, page 11 is the same thing as what we reviewed. Page 11, 12, and 13 is the same software used for the student José Enrique Blasco.  So it's the same sections that we reviewed before, correct?

A.    Yes.

Q.    So I'm going to -- one second.  All right.  I'm going to go to the next exhibit

DEPOSITION OF  CARLA KONYK

Page 159

because I think it's pretty much -- well, one second, one second.  On -- you know, the documents are pretty repetitive, except the one on page -- and I'm going to ask you to verify this -- page 23.  Or let's go -- yeah.  This -- on page 23, this is a section -- so, you know, all the pages uses the same USAT software, but then all of a sudden there's this document that says University of Science, Arts, and Technology PR.  Do you recognize this one?

A.   Yes.

Q.   Okay.  What is this document?

A.   Okay.  This is the fee schedule that was made after February of 2018.

Q.   Okay.  So you mentioned that before there was -- the other fee was -- the other fee schedule you mentioned was used up to --

A.   September --

Q.   September 2017.

A.   Of 2017.

Q.   So after that date, this was the new fee schedule prepared?

A.   No, there's another one in between.

Q.   Okay.

A.   In September 2017, the tuition rate

changed from 49,000 dollars per semester to 54,090 dollars per semester.

Q.   Okay.

A.   And this, this would have been made after February 2018, when now the tuition rate increased to 64,095 per semester.

Q.   Okay.  Who prepared this document?

A.   I believe Dr. Bustillo -- Ortiz Bustillo -- sorry -- prepared this document.

Q.   And he started preparing this new USAT PR tuition and fee schedule for the medical students at USAT, correct?

A.   Yes.

Q.   At Puerto Rico, correct?

A.   Yes.

Q.   And he used the address up top, which was the Avenida Barbosa address that you mentioned before, correct?

A.   Yes, yes.

Q.   After he prepared this, did he show it to you for approval?

A.   Yes.

Q.   And you reviewed this and you approved it?

A.   Yes.

DEPOSITION OF  CARLA KONYK

Page 161

Q.   You and Dr. Tulp?

A.   I don't remember, but I know I did.

Q.   Okay.  And this was the one that -- this was signed -- if we go to the bottom, this was signed in April 2018 by Lucero Rodríguez Fernández, correct?  Go down a bit.

A.   I can't see it yet.  I'm sorry, I can't --

MR. RIVERA:  Raquel, can you go down a bit?

THE DEPONENT:  Yeah, 4 Abril, 2018.

BY MR. RIVERA:

Q.   All right, let's go to page 33.  Page 33 of Exhibit 9, this is another document about the student fee schedule.  It says, "University of Science, Arts, and Technology," but it still contains the main administrative office of Colorado -- in the top -- Youngfield Street, correct?

A.   Yes.

Q.   And then this one is the fee schedule that was signed in August 22 of 2017.  If you look at the bottom --

MR. RIVERA:  Raquel, can you scroll down?  On the...

DEPOSITION OF   CARLA KONYK

Page 162

BY MR. RIVERA:

Q.   Do you see that, signed by Lisa Torres on August 22nd, 2017?

A.   Yes.

Q.   Is this the fee schedule that you were referring to that was changed between -- after September or around September 2017?

A.   Yes.

Q.   Okay.  And then after this Puerto Rico student fee schedule, it was later modified to the prior page that we just reviewed?

A.   Yes.

Q.   Okay.  All right.  Let's do the next exhibit, Exhibit 10.

(Whereupon, Exhibit 10 is marked for identification.)

BY MR. RIVERA:

Q.   Exhibit 10 is the Answer to Three Requests for Production of Documents.  It's the -- answer of 12, 13, and 14 of the request for production of documents.  The -- number 12, I'm going to just state it for the record. Number 12 asks for "Any and all documents, papers, records, or materials in your possession or under your control in any format that

reflects all medical school tuitions and registrations related to the plaintiffs' education at USAT Puerto Rico Medical School."

Number 13 says, "Any and all documents, papers, records, or materials in your possession or under your control that reflects all payments received from the plaintiffs for their education at USAT Puerto Rico Medical School."

And number 14 says, "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects all loan applications and payments received in favor of the plaintiffs for their education at USAT Puerto Rico Medical School."

And you mentioned, "I am the custodian of the documents attached on labeled item 12, item 13, and item 14," which is this page.  Before we start, just to wrap up the last Exhibit 9, all the -- you know, Exhibit 9, just -- basically, it was a repeat -- you know, all the sections that were reviewed with the first student.  It reflects the same information with regards to the other nine or ten students, correct?

A.   Yes.

Q.   That, you know -- okay.  So it's a fair

and true, correct information that was gathered at the time of the applications.

A.   Yes.

Q.   Okay.  So now I can proceed with this new Exhibit 10.  Can you tell me what this first page is, "Plaintiff Sujeil Peña Torres.  USAT account.  Student loan"?  What's that first page?

A.   No, it would just be a description of the student's account.  The tuition and fees are what the student paid for the number of semesters they completed.  And this lets you know that there was no student loan for Ms. Peña Torres.

Q.   Okay.  And then at the bottom, would the second -- the next page, what is that second page?

A.   That would be the statement of the transactions, all the transactions that occurred on Ms. Peña's Torres account during the time she was with USAT.

Q.   So it says, "Peña Torres, account number 4064."  What software is this?

A.   This is QuickBooks.

Q.   This is QuickBooks.  All right.  Is that

the same software that you mentioned that was used to receive certain payments?

A.   No.

Q.   Or was that the -- felt like you mentioned --

A.   Maestro we used for the applications. This is for finance.

Q.   No, no, I know, but when we were talking about receiving payments on credit cards and...

A.   Oh, I see.  Yes.

Q.   You mentioned that you -- for credit card payments you use QuickBooks.

A.   Yes.  Intuit is the company that -- the part of QuickBooks that is the merchant service company, I guess.

Q.   Okay.  So this is all part of Intuit and QuickBooks?

A.   Yes.

Q.   And then you use this software program to record the invoices sent, the payments received, and any other -- and what's the "credit memo"?

A.   That is a credit or a refund to the student.

Q.   It says here, then, on July 11th, 2017, based on the second page of Sujeil Peña -- let

me go back.  It says "Sujeil Peña Torres, account number 4064."  That's the account number on the QuickBooks, correct?

A.   That's really small.  I'm sorry, I -- to look a little closer.

MR. RIVERA:  Can you go a little bit closer, Raquel?

THE DEPONENT:  Thank you.  Okay.  What was the question?

BY MR. RIVERA:

Q.   Account number 4064 --

A.   Yes, that would be the last four of the student's Social.

Q.   Okay.  So you used the last four digits of the student's Social Security number to identify the account?

A.   Yes.

Q.   Okay.  And then you -- then underneath this software there's a set of transactions, correct?

A.   Yes.

Q.   And then it says, "Invoice number -- type: invoice."  So that's referring to the first invoice sent to the student to charge them, correct?

DEPOSITION OF  CARLA KONYK

Page 167

A.   Yes.

Q.   And then the number 2028, what does that refer to?

A.   The number of the invoice.

Q.   Okay.  The date July 11, 2017, that's the date that it was sent to her?

A.   It was the day it was created.

Q.   Okay.  And the amount 69,600 is the amount that she needs to pay for her tuition, correct?

A.   I can't see that part, but maybe I can move this.

MR. RIVERA:  Raquel, you need to go a little bit to the right.

THE DEPONENT:  Okay.  I might be able to move this... Okay.  Better.  Thank you. Yes, 69,900 (sic), that's the total.

BY MR. RIVERA:

Q.   69,600 is the total invoice, correct?

A.   Correct.

Q.   And then, then it starts making payments. There's a payment that says -- the first payment says "number 242533."  Do you know what that number means?

A.   If it was a check, that refers to the

DEPOSITION OF  CARLA KONYK

check number.

Q.    Okay.  So it's a check number.  It says that it was sent in July 11th, 2017.

A.    Correct.

Q.    125 dollars, correct?

A.    Correct.

Q.    It says, on the -- on account, "undeposited funds," what does that mean?

A.    QuickBooks has a holding function --

Q.    Okay.

A.    -- where it puts deposits into undeposited funds until you deposit them.

Q.    Okay.  Do you remember if that check was mailed to Colorado?

A.    No, I don't remember.

Q.    Okay.  All right.  So if the payment has a number, that's like a -- are these all checks, or can they also refer to credit cards?  Or how could you distinguish that?

A.    If it's a money order, it has many digits.  Just -- that one at the very bottom there for 250, that's likely a money order; there's so many digits.  Usually a check number will have fewer than that.  If there is a credit card payment -- I don't know if you'd have to

DEPOSITION OF CARLA KONYK

Page 169

open up the individual payment to go and see what the method was. There is more information on the tuition statement, not sure if it covers that.

Q. Okay. Let's go to the next one. On the next page, that is page 3. That's the invoice that you mentioned earlier?

A. Yeah, the tuition statement.

Q. Okay. And then page 4 is the fee schedule.

A. Yes.

Q. Okay. That's similar to the one that we reviewed before, correct?

A. It should be the same.

Q. Okay. Plaintiff -- here it doesn't say -- there's no other evidence concerning receipt of checks or money orders in this one, correct?

A. Oh, no this is just the amounts not the method of payment.

Q. Okay. Page 5, it says "no student loan," so because she had no student loan, you prepared this page just to reflect that, correct?

A. That's correct.

Q. Okay. So let's go to page 6. It says,

DEPOSITION OF   CARLA KONYK

**"José Blasco Jusino.  Student loan amount borrowed."  Can you explain this to me, the "USAT account student loan"?**

A.   Okay.  So it specifies the amount that the student desired to borrow, how much of that was spent on tuition and fees for USAT.  In this case, it refers to a credit balance that is owed to José.

**Q.   Okay.**

A.   The "canceled checks" after the fee schedule refer to exact payments, copies of the check that were issued to José.

**Q.   Okay.  So let's go to page 7.  This is the same as -- the same QuickBooks from Intuit, correct?**

A.   Yes, the source is the same.

**Q.   And it says, "Invoice payments.  Invoice check.  Checking: Navy."  Why is -- so the "invoice" I get, it's the same invoice as Sujeil where it says, "This is the invoice for the sum amount of 66,970," correct?**

A.   Correct.

**Q.   Okay.  But then the payment -- it says there's three payments.  One says -- the first two are numbers, so those first 034348 and**

830281 are the checks, correct?

A.   They could have been checks, yes.

Q.   And then there's one that says "loan proceeds" on September 13, 2017, correct?

A.   Yes.

Q.   So that is the loan received from the bank?

A.   Yeah, that is the first disbursement of 30,000 that first came to our USAT account on that date.

Q.   Okay.

A.   9/13/17.

Q.   And then, there's another invoice after that, 2862, on September 13, 2017, it says 12,060.  What does that mean?

MR. RIVERA:  Don't go down just yet, Raquel.  We're still on this table on page 7.

THE DEPONENT:  Okay.  So at the point where the money comes into the account, it's more than what the tuition is, so the invoice is generated in just about the same amount as the check -- the refund check that is sent to the student.  I think there may be a difference of a couple dollars,

DEPOSITION OF  CARLA KONYK

Page 172

like 30 dollars that might be a shipping charge or something because we sent it by trackable mail.

But yes, the invoice is to reflect the fact that that money -- it's so hard for me to explain it to you.  The payment comes in and now I'm going to refund part of that, so I have to add that back into the account by way of an invoice, and that is why it's the same -- just about the same value as the check that's issued for the refund.

Does that make sense?

BY MR. RIVERA:

Q.   If it makes sense to you...

A.   It's a quirk of QuickBooks -- and I'm sorry to say that -- that is true.

Q.   But I mean, if the tuition is 66,000 dollars and the first loan payment was 30 grand, shouldn't the remainder be 36,000 that should still be invoiced?

A.   Well, when you look at the statement a little more -- a little more like a regular math problem where it takes things out and puts them back in...  You see, the 30 dollars -- or, excuse me -- the 30,000 was not completely

against the balance because the student got back over 12,000 dollars of that 30,000 in his hands.

Q.   That's the check that was issued on September 13th?  It says "check" --

A.   I'm sorry?

Q.   There's a -- if you keep going down, it says "check" with the number 1159; do you see that?

A.   1159, I see that.

Q.   And it says, "September 13, 2017. Checking Navy FCU 89 negative 12,030 dollars."

A.   Right.

Q.   Is that the check that you issued to send the student Blasco?

A.   Yes.

Q.   Okay.  And the reason why you prepared that check was --

A.   We were only charging him tuition and fees per semester.

Q.   Okay.  And then in the next one, there's another payment, "loan proceeds" at 12/31/2017, which is another 30 grand -- 30,000 dollars that was transferred to your checking account at Colorado, correct?

A.   Yes, that's correct.

DEPOSITION OF  CARLA KONYK

Page 174

Q.   Okay.  And then it seems that you issued a check to refund the -- student Blasco, 30 grand -- 30,000 dollars.

A.   That is true.  José requested that he have that because he had a two-and-a-half-hour drive to the campus and he needed it for room and board and supplies, so we gave it to him.

Q.   Okay.  And then --

A.   It was also during the hurricane, I want to remind you.  I shouldn't have to say that to you, but you understand that it was a tough time for all.

Q.   Okay.  And then July 13th, 2018, another loan proceeds -- loan payment -- proceeds payment was received by you -- correct? -- on July 13, 2018.

A.   Yes, I see that one, and that one in this case is for 20,000 exactly.

Q.   Okay.  That was for the next year, the second year of USAT Puerto Rico, correct?

A.   Yes.

Q.   Okay.  And then on August 15 was another loan proceeds -- a loan payment of 40,000 dollars, correct?

A.   Yes.

Q.    Okay.  And all these loans were received by the Colorado checking account of the Navy Federal Credit Union, correct?

A.    Yes.

Q.    So we go on page 8.  Page 8 is the invoice -- the tuition statement of Blasco. This is -- so this reflects all the transactions that's in the Quick Loans (sic)?

A.    Yes.  For some reason, it does not list the checks and so it's confusing for that.  The other -- the other listing includes them, I can't really tell you why that is.  But that's why I included both so that you could see that checks were issued.

Q.    Okay.  Then it continues down.  We go on page 9, it's the fee status -- the fee schedule that was signed by Blasco on February 2017, correct?

A.    Yes.

Q.    And then, on page 10, it's the -- this is the check that -- of the Navy Federal Credit Union that you sent to Blasco on September 13, 2017?

A.    Yeah, I've messed up my screen here, but...  There.  Okay.  Technically challenged.

DEPOSITION OF   CARLA KONYK

Page 176

José Blasco, yes.  1159 check number on the -- September 13th, 2017.

Q.   Okay.  And we can see that the same checks are brought up -- these are all refund checks from page 10, 11, 12, 13 of Exhibit 10 -- are the checks issued by USAT to Blasco.

A.   Yes.

Q.   Okay.  And so if we go to page 14 of Exhibit 10, that's Paola Prosper, and this follows the same information that you prepared for Blasco, correct?

A.   Yes.

Q.   It's the sum amount of student loans, tuitions, and fees, and the refunds given to her.

A.   Right.

Q.   All right.  And again, it repeats on page 15 the same Quick Loan screen where it reflects the payments received, the invoice, the payments received either by check or loans, correct?

A.   Yes.

Q.   And it's identified the same way that Blasco's Quick Loans was identified.

A.   Yes.

DEPOSITION OF  CARLA KONYK

Page 177

Q.    Would you say then that all the information in these documents are true and correct as to what were the invoices, what were the payments received, the loan proceeds that were received?

A.    Yes, it -- to the best of my knowledge.

Q.    And if any of these payments or loans that are received -- they were received by the Colorado administration office, correct?

A.    From SouthEast Bank to Navy Federal, and then from Navy Federal to students --

Q.    Okay.  In Colorado?

A.    Well, the bank is located in Vienna, Virginia, but technically banks are everywhere, so yes, I guess.

Q.    But the bank account that you have in Colorado, that's a -- it's a Navy Federal Credit Union branch in Colorado?

A.    Yes, the branch is in Aurora.

MR. RIVERA:  Okay.  I'm going to take a brief recess, Counselor Paulsen.

MR. PAULSEN:  Yes.

MR. RIVERA:  And I'm going to check my notes to see whether I have further questions.

MR. PAULSEN:  All right, one second.

(Whereupon, a brief recess transpires.)

MR. RIVERA:  Back on the record.  It's 5:04 p.m. Atlantic Puerto Rico time, 3:05 p.m. in Colorado time.

BY MR. RIVERA:

Q.  **During the brief recess I was reviewing some of my notes and I was asking off the record and I wanted to ask it on the record now whether the -- of the plaintiffs, whether there's a final medical school transcript for each plaintiff.**

A.  When I say "final medical transcript," I mean a graduate's transcript.

Q.  **Okay.**

A.  Every student is entitled to a transcript if they don't owe any outstanding debt to the school.  In this case, three of the plaintiffs are owed money by USAT; three more owe money to USAT; and the other four have zero balances and they all received their transcripts, however abbreviated they were, based on how much coursework they completed at USAT.  So when I say, "How many transcripts were issued to

DEPOSITION OF   CARLA KONYK

Page 179

students?"  Four and three -- seven.  Any of the students who we owed money to, we handed over their transcript.

Q.    Okay.  Just for the purposes of this case, I wanted to request the -- because I don't think I've received these transcripts, at least on my office.

MR. RIVERA:  But can I request formally that the Counselor Paulsen emit these transcripts of the plaintiffs?

MR. PAULSEN:  I can emit the seven transcripts, but not the three that can't be issued.

MR. RIVERA:  Okay.  Can we reach -- I know that the reason behind not producing the three is for -- because the reservation of rights that they haven't paid and they're still owed.  So you don't want it -- you don't want them to use the transcript, you know, because they still owe the money -- and that's the transcript that they could use for transferring to another school, right?

THE DEPONENT:  It is.

MR. PAULSEN:  Yes.

DEPOSITION OF   CARLA KONYK

THE DEPONENT:  Yes.

MR. RIVERA:  Okay.  I don't know if we can reach maybe a confidentiality agreement with regards to those other three, so they can't use the transcript for other purposes outside this litigation.

MR. PAULSEN:  What I was going to ask you, would you settle -- for those three, would you settle for a type of grade report so you can look it over?

MR. RIVERA:  Yeah, that's fine.

MR. PAULSEN:  Okay.  Yes.  So grade report on three of them, transcript on the other seven.

MR. RIVERA:  Yeah.

MR. PAULSEN:  Got it.  So it'll come over to you electronically.

MR. RIVERA:  Yeah, just like the other --

MR. PAULSEN:  Like -- yeah, right, yes.

BY MR. RIVERA:

Q.   Okay.  So just to wrap up, at least: I know that we got into the documentary evidence that was produced, but we sort of, like, stalled

as far as the facts on the phone call of September of 2018, remember, Dr. Konyk?

A.   Yes, I do.

Q.   Okay.  So after -- I just want to, like -- just kind of, like, culminate or, you know, that -- that factual -- those facts. After that phone call of September of 2018, what happened afterwards?  Based on your personal knowledge, what did the USAT official, as you or Dr. Tulp, tried to do?

A.   For the students, what we tried to do?

Q.   With the ECFMG situation.

A.   Well, let's see, October...  They invited Dr. Tulp to a hearing with the -- you know, the ECFMG board of directors.

Q.   Okay.  Were you there?

A.   I was not there.

Q.   Okay.  So I'm not going to -- I'm going to ask you to -- you know, just to be fair, just testify as to what personal knowledge you have. But, you know, if -- what you witnessed, you know, what you saw.  So you weren't at the hearing, correct?

A.   No, I wasn't.

Q.   Okay.  After the hearing, were you

DEPOSITION OF   CARLA KONYK

Page 182

notified what happened after the hearing?  Did you receive a letter or some type of email?

A.   I don't recall that.

Q.   Okay.  Did you -- while you -- while Dr. Tulp was in that hearing at the ECFMG, then turning back to the other matter that you mentioned, what were you trying to do with the students?  Were you trying to handle their issues in October to get it -- to be able to get the USMLE examination?

A.   I think at that point we urged as many students as possible to finish their clinicals and graduate, and that was the best thing we could have done for that group.  I mean, we weren't expecting this and they weren't either.

Q.   Did you speak with Ortiz Bustillo as to --

A.   Yes.

Q.   Okay.  And what did Ortiz Bustillo tell you about the Puerto Rican students?

A.   That was a pretty long conversation.  I don't remember very much of it anymore.  He was concerned about them.  He felt like a lot of this was falling on him and I felt bad about that, felt bad about all of this, but we just

DEPOSITION OF  CARLA KONYK

Page 183

took it a day at a time.  We tried to find schools for the students to transfer into because we knew their credits were good until the end of the year.  So if we could graduate as many as possible and get them into ECFMG, and we could then help those that could transfer their credits, go to other institutions, that's what we were working on every day -- every day.

Q.   Okay.  Well, with regards to -- with regards to the -- so that was -- in October was the administrative hearing; what happened after October?  Do you recall?

A.   The administrative hearing was in the end of November.

Q.   Okay.

A.   And so we had sought legal counsel to represent us, to represent Dr. Tulp and USAT at the hearing.  So at that point, we were trying to learn as much as we could about our options and representation; it's all sort of foreign to us.

Q.   Okay.  Well, do you recall what were the results of the hearing?  What did the ECFMG say after that?

A.   The changes to the World Directory were

DEPOSITION OF   CARLA KONYK

Page 184

already there and the hearing didn't change anything.

Q.   Okay.

A.   Maybe Dr. Tulp recalls more than that, but...

Q.   Okay.  And then after that, after this time, you know, October, November, and December of twenty -- this is all in 2018, correct?

A.   Yes.

Q.   That's when the Puerto Rico operations were -- ceased, around January 2019?

A.   More like December 2018.

Q.   Okay.

A.   More like the 8th of December.

Q.   And Miami, Baltimore, Dallas-Fort Worth, Tampa, did those operations also seize?

A.   Yes.

Q.   Okay.  So then you went back to Montserrat campus?  USAT started providing just medical education at Montserrat after that?

A.   Well, that was the plan.

Q.   When you say "that was the plan," what are you referring to?

A.   Well, again, it was difficult to have students there, so we shifted to a mostly online

DEPOSITION OF  CARLA KONYK

Page 185

experience, remote learning.  They were live lectures still, but they were much easier for students to receive wherever they were.

Q.   Okay.  So to this day, the Montserrat campus, is it operational?

A.   Yes, it is.

Q.   Are the students mostly receiving online classes?

A.   I don't think we have any students on Montserrat at this moment.

Q.   Okay.  How many students does USAT have right now?

A.   I think we have about 10 that are interested in achieving their degree of the MD, but they will not be permitted to practice in the US or Canada.

Q.   Okay.

A.   Maybe in another country, but not in either of those.

Q.   All right.  So presently, USAT cannot sponsor a student to take the US Medical Licensing Examination at this time?

A.   We can, but they had to have graduated --

Q.   Before --

A.   Before the end of 2018 December.

Q.   Okay.

A.   So there are a group that is still viable to go through and utilize ECFMG services.

MR. RIVERA:  Okay.  All right. I don't have any more questions, Counselor.  Do you have any questions?

MR. PAULSEN:  No questions.  Thank you.

MR. RIVERA:  Okay.  So we'll conclude with the deposition of Dr. Konyk.  It's 5:16 p.m., Puerto Rico time.  It's three -- I understand it's 3:16 in Colorado, correct?

MR. PAULSEN:  Yes.

MR. RIVERA:  Thank you very much, Dr. Konyk, for being here today.

THE DEPONENT:  Thank you.

MR. RIVERA:  Thank you for your time.

THE DEPONENT:  Thank you, Raquel.

(Whereupon, at 5:16 p.m. the proceeding concluded.)

DEPOSITION OF   CARLA KONYK

DEPONENT'S CERTIFICATE

   I, CARLA KONYK, after reading the within transcription prepared by Verbatim Reporting Puerto Rico, LLC, certify that (yes) _____ *(no) _____ I am in agreement with the contents of same.

   In _____, Puerto Rico, the _____ day of _____, 2023.


_____

CARLA KONYK


*NOTE:  If the deponent is not in agreement with any portions of the transcription, she must utilize the enclosed Errata Sheet by indicating the page and line number and indicated correction.

DEPOSITION OF  CARLA KONYK

Page 188

ERRATA SHEET


     I, CARLA KONYK, certify that I have read the

foregoing transcript of my deposition taken on

May 24, 2023, and have signed it subject to the

following changes, if any:


PAGE    LINE                CORRECTION

____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____
____    _____


_____     _____

CARLA KONYK,                              DATE

Sworn and subscribed to on this _____ day of

_____, 2023.

DEPOSITION OF  CARLA KONYK

Page 189

CERTIFICATE OF NOTARY PUBLIC


   I, VÍCTOR RIVERA TORRES, ESQ., Notary Public

duly commissioned and qualified in and for the

Commonwealth of Puerto Rico,

   DO HEREBY CERTIFY that the court reporter and

deponent were duly sworn before the commencement

of the taking of the deponent's testimony.

   IN WITNESS WHEREOF I sign these presents and

affix my notarial seal in San Juan, Puerto Rico,

this _____ day of _____, 2023.


_____

VÍCTOR RIVERA TORRES, ESQ.

REPORTER'S CERTIFICATE

I, RAQUEL LEÓN, E.R.  Reporter, do hereby certify that the following transcript is a full, true, and correct record transcribed by me.

I further certify that I am not interested in the outcome of the case named in said caption.

*Raquel León*
_____

RAQUEL LEÓN

DEPOSITION OF  CARLA KONYK

Index: 034348-2021

### Exhibits

**Exhibit 1 of Depositi on- Complaint** 83:3, 10,18

**Exhibit 2 of Depositi on- Answer to Complain t** 83:24,25 84:5,7

**Exhibit 3 of Depositi on- Notice of Depo w Re q Prod Docs** 85:3,6,8

**Exhibit 4 of Depositi on- Def Resp to Notice o f Depo w Req Prod D ocs** 86:11,13 105:13

**Exhibit 5 of Depositi on- Prod of Req Docs 3** 87:18,19,21 96:7

**Exhibit 6 of Depositi on- Prod of Req Docs 5** 96:9,10,12,15,23 100:4 104:3

**Exhibit 7 of Depositi on- Prod of Req Docs 6** 105:2 116:16 120:24 121:4,7 122:1 127:24

**Exhibit 8 of Depositi on- Prod of Req Docs 9** 130:12,13,21 135:18

**Exhibit 9 of Depositi on- Prod of Req Docs 11** 140:16,19,25 141:1,11, 25 161:14 163:18,19

**Exhibit 10 of Deposit ion- Prod of Req Docs 12 -13-14** 162:14,15,18 164:5 176:5,9

### 0

**034348** 170:25

**04** 15:1 35:10

**05** 16:15 17:23 35:11

### 1

**1** 22:12,22 83:3,4,10,18 88:17,22 89:1,7

**10** 62:24 69:20 116:17 134:15 135:14 156:24 157:25 158:2 162:14, 15,18 164:5 175:20 176:5,9 185:13

**10-minute** 62:16

**100** 24:12 75:24 135:15

**10:56** 62:25

**10th** 144:1

**11** 88:13 116:17 134:25 141:3,12,20 158:18,19 167:5 176:5

**1159** 173:7,9 176:1

**11:00** 4:15

**11th** 88:4 165:24 168:3

**12** 124:25 134:25 158:19 162:20,21,23 163:16 176:5

**12,000** 173:2

**12,030** 173:11

**12,060** 171:15

**12/31/2017** 173:21

**125** 168:5

**12:00** 94:13

**12:35** 96:4

**12:56** 62:22

**13** 135:3 158:19 162:20 163:4,16 171:4,14 173:10 174:16 175:22 176:5

**130** 83:12

**13th** 173:4 174:13 176:2

**14** 39:13 88:14 92:6 108:17 109:17 162:20 163:9,17 176:8

**15** 9:15 111:23 174:22 176:18

**15th** 21:16

**16** 40:21 103:24 104:3 115:15,16,17,18 116:15,16

**17** 115:16,25 116:15,16 143:2

**18** 13:15 116:3,16 119:21,22 135:16,17 138:19,21

**19** 13:15 116:6 117:11 119:21,22,24 120:5 129:13

**19-1707** 4:13

**1966** 9:4

**1991** 13:21

**19th** 125:3

**1:58** 140:23

**1st** 66:13 92:15 136:5 138:16 151:15

### 2

**2** 22:12,15,17,18,23 72:1 83:24,25 84:5,7 88:17,23 89:2,7 105:22 143:15 157:25 158:2

**20** 72:20 135:23

**20,000** 174:18

**2003** 15:1,8 16:10 34:12,13,24 35:10,22 80:17 90:21 92:12 119:10,15

**2004** 15:8 16:10,15 17:23 19:3 27:13 28:2, 13 34:11

**2005** 14:9 27:13

**2006** 18:18 19:3,8,19

**2007** 106:6 111:21

**2008** 112:4,9 113:20,24 114:20 115:3

**2009** 115:17,18 116:15, 17

**2010** 115:25 116:15 151:15

**2011** 116:3,6 117:11,15 118:15 119:1,3,9,15, 24,25 122:19

**2012** 111:22 124:25

**2013** 39:13 121:1 126:1,12 127:25 131:6 139:5,7

**2014** 151:16

**2015** 40:21

**2016** 45:25 133:12

**2017** 48:14,15 57:5,6, 24 65:16 97:17 100:17 134:18,21 144:1,2 149:6,8,17,18 152:5 159:19,20,25 161:22 162:3,7 165:24 167:5 168:3 171:4,14 173:10 175:17,23 176:2

**2018** 28:22,23 30:4 33:16 40:16,19,20 66:6,7 67:1,10 72:22 73:2,23 74:22 80:10, 13,15,17 81:8,14,23 88:4,6,13,14 90:21 92:6,12,20 100:19 101:9 103:18 159:14 160:5 161:5,11 174:13, 16 181:2,7 184:8,12 185:25

**2019** 40:9,19 92:15,17 100:9 101:10 103:2 135:1 184:11

**2020** 104:17 135:6,7,8, 10

**2021** 98:18 125:3 127:25 129:13 138:23

Verbatim Reporting PR
787.626.5700

139:7

**2022** 136:5 137:22 138:6,16 139:3

**2023** 4:2,14 30:5,18

**2024** 29:3 66:13

**2028** 167:2

**22** 161:22

**22nd** 162:3

**23** 159:5,6

**24** 4:2 11:16 136:14

**242533** 167:23

**24th** 4:14

**25** 9:15 112:8 113:20 151:16

**250** 168:22

**25th** 112:4 113:24

**26-1573511** 112:22

**27** 140:6

**27th** 134:18

**28** 144:2

**2862** 171:14

**2:35** 96:1,3

---

**3**

**3** 22:14,24 85:3,6,8 87:15 88:13,17 92:4 110:6,10 131:6,16 132:9,22 147:4 169:6

**3-150** 99:11 138:25

**3-220** 99:15

**30** 7:17,20,23 95:1,4,6 172:1,18,24 173:22 174:2

**30,000** 171:9 172:25 173:2,22 174:3

**30th** 9:4

**33** 120:24 161:13

**3442** 39:2

**36,000** 172:19

**3:05** 178:5

**3:16** 186:12

**3:58** 140:22

**3rd** 135:8,9,10

---

**4**

**4** 86:11,13 88:13 92:4,8 100:11,12 105:13 132:9 148:16 161:11 169:9

**40,000** 174:23

**4064** 164:23 166:2,11

**41** 121:4,7

**42** 121:15

**4288** 39:14 40:2 98:8

**43** 121:15

**44** 121:25

**45** 122:4,17

**46** 124:12,13,14 125:10,12

**46-1491367** 125:13

**46-page** 111:5

**49** 126:21

**49,000** 160:1

---

**5**

**5** 87:18,19,21 88:14,17 92:4 93:20,22 96:7,13, 17 101:23 108:17 109:17 110:9,10 132:6, 9,22 148:21,22 169:21

**5-** 62:15

**50** 127:17

**501(c)(3)** 110:16

**51** 125:23 126:1 127:22

**52** 127:23

**53** 127:23

**54** 127:23

**54,090** 160:2

**5400** 39:1 40:5 138:25

**55** 127:23

**56** 127:23

**57** 127:23

**58** 127:23

**59** 127:23

**5:04** 178:5

**5:16** 186:11,20

---

**6**

**6** 85:6,8 96:9,10,12,15, 23 100:4 102:13 104:3 105:4,19 124:25 132:17 135:8 150:5,6 169:25

**60** 129:1

**61** 129:11

**64,095** 160:6

**66,000** 172:17

**66,970** 170:21

**69,600** 167:8,19

**69,900** 167:17

---

**7**

**7** 105:2 110:8 116:16 120:24 121:4,7 122:1 127:24 152:9 153:5,6 170:13 171:18

**727-252-6205** 9:21

**7583** 9:18

---

**8**

**8** 83:3,4 130:12,13,21 135:18 153:4,19 175:5

**80207** 39:3

**80465** 9:19

**830281** 171:1

**89** 173:11

**8th** 138:23 184:14

---

**9**

**9** 130:14 133:20,22 134:12,15 140:16,19, 25 141:1,11,25 155:18 161:14 163:18,19 175:16

**9/13/17** 171:12

**97** 141:3

---

**A**

**a.m.** 4:15 62:25

**abbreviated** 178:23

**ability** 90:2

**Abril** 161:11

**abroad** 36:5,10 51:3

**academia** 15:12

**academic** 13:5,7,10 91:24 146:25 154:14 158:13

**accept** 33:16 82:7

**acceptable** 30:20,23 31:13 32:3 80:10 81:24 82:8

**acceptance** 65:2,10

**accepted** 64:25 143:22,23

**access** 142:22 143:9, 14 146:16,19

**ACCM** 31:13 32:6,10, 17,19 33:22,23,25 34:6

**account** 54:4,10,18,22 55:6,12,18 56:4 61:17 63:21 119:17 139:20, 22 140:1 146:14,20 164:7,10,20,22 166:2, 11,16 168:7 170:3 171:9,20 172:8 173:23

175:2 177:16

**accounts** 54:13 55:17 56:2 57:2 59:21

**accredit** 29:18 30:15, 17,23 31:2,5,9

**accreditation** 24:21 25:5,8 30:10 32:19,24 33:3 66:12 123:9

**accredited** 25:3 26:8 27:24 29:4,9 30:7,9,13 33:11 65:25

**accrediting** 24:17 29:5,17,25 30:19,23 31:5 32:3,6,10,11 33:7 34:1

**accredits** 25:13

**accuracy** 73:10

**accurate** 33:8

**accurately** 6:8

**achievements** 122:14

**achieving** 185:14

**acres** 17:14

**acronym** 20:3

**acronyms** 32:13

**action** 111:16

**activate** 111:3,4,13

**activated** 111:1

**active** 19:15 76:7,21 107:9 108:15 112:6,19 114:10 116:21 117:5 124:1 126:5

**activities** 105:10,14

**actual** 23:5 32:9

**add** 33:25 82:20 172:8

**added** 27:16,20 118:23 146:9

**Additional** 52:6

**address** 9:17,22 38:21,23 39:4,6,7,11, 17,21,23,24,25 40:3,7 53:3,24 75:2 91:17,18

97:24 98:4,5,6,11 99:10,12 102:18 103:11 104:10 112:24, 25 113:2,3,4,5 116:13 117:12 120:3,11,19 125:20 133:18 134:6 135:19,24 136:24,25 137:2,13,15,18,23 138:3,9,12,13,24 139:8 160:16,17

**addresses** 41:6,8 108:9 119:13 138:10

**administer** 110:18 155:23 156:2

**administered** 153:10

**administrating** 14:22 52:9

**administration** 35:17, 19,22 36:1 39:8 46:3 51:1,11 98:6 99:12,14 118:1,8 139:12,14 177:9

**administration's** 140:4

**administrative** 36:14 38:14,15 52:17 118:12 161:17 183:11,13

**administrator** 100:6

**Administrators** 99:18

**admissions** 121:20 142:23 146:7 147:23

**admitted** 64:23

**affairs** 154:14

**affect** 11:16,20

**affected** 76:12,15 80:20 81:5

**affidavit** 73:10,17,18, 24 74:3 78:1 79:24 80:8

**affidavits** 74:2,8 94:10

**affirm** 6:6,17

**afraid** 12:10

**AFTERNOON** 96:1

**Agency** 131:13 134:9

**agent** 102:21 106:12 116:12 134:5 137:1

**ages** 9:14,15

**agree** 93:13 134:23 154:20,22

**agreement** 16:2,4 33:13,18,24 34:5,8,10, 23,24 35:6 48:24 84:24 86:22 90:12 124:2,4,8 150:8,10,11 151:10,11 158:5,6 180:3

**agreements** 34:3,19 35:2

**ahead** 22:21 62:23 127:5

**Airport** 122:20,21 123:1

**amend** 104:14

**amended** 83:11,19 84:1 116:7,8,12 119:25 120:2 129:2

**American** 21:5 152:12

**amount** 64:7 167:8,9 170:1,4,21 171:23 176:13

**amounts** 169:19

**anatomage** 70:7,9

**anatomy** 70:13,16

**annual** 100:12,13 111:24 112:10,12 115:18,19 116:1,4,7,17 117:1,3 119:23,25 126:1,4 127:25 129:2 133:9,14,21

**answers** 6:19 12:21 84:1 105:13

**anymore** 36:21,22,24 37:2 41:10 182:22

**appeals** 154:13

**appearance** 85:20

**appeared** 76:1

**applicant** 60:13,20 61:4

**applicants** 57:17,21 58:2 94:7 142:17,19

**application** 23:16,18, 19 24:8 94:5,8 111:6 142:4,8 143:22 146:19, 24 148:16,18 158:8

**applications** 21:18 141:16 158:15 163:12 164:2 165:6

**applied** 23:9,12 57:8 58:8

**applies** 21:7

**apply** 21:9 23:22 25:23 26:13,14 47:7 92:10,17 94:1 149:4 152:13,16, 17

**applying** 58:4 59:15 60:2 145:11 147:8

**appointed** 49:2

**approached** 46:22 47:4

**approval** 160:21

**approve** 60:12 63:14

**approved** 63:19 151:14 160:23

**approves** 23:25 61:8

**approximate** 40:14

**approximately** 30:4 39:22 40:15 103:20

**April** 48:14,15 112:4,8 113:20,24 161:5

**area** 145:15 148:19

**aren't** 158:11,13

**Art** 13:19 155:14

**article** 110:6,10,13 131:21

**articles** 108:18 126:23 127:18 129:12 131:17

**Arts** 4:9 15:3 84:3 92:21 106:2 116:19

DEPOSITION OF   CARLA KONYK

123:7 144:11 145:4 155:2 159:9 161:16

**Arvada** 39:1 40:5 99:11 138:25

**Ash** 39:2,17 40:13,18

**asks** 162:23

**assessment** 153:6,16

**assignments** 153:25

**assist** 46:2 64:5

**assistance** 133:3

**assistant** 118:12

**assisted** 44:5,7

**assisting** 64:5

**associate** 49:2,3,5 65:21 106:15,18,22,24

**association** 147:20, 21,22

**assumption** 112:18

**Atlantic** 4:16 96:3 140:22 178:5

**attached** 87:15 103:23 105:18 141:20 163:16

**attend** 71:15

**attendance** 78:2,6 149:1

**attesting** 73:10

**attorney** 108:24,25 109:3,5 116:25

**attorney's** 113:5

**audio** 75:22

**August** 28:22,23 67:1, 10 144:2 161:22 162:3 174:22

**Aurora** 177:19

**authenticity** 24:1

**authority** 32:4,25 33:4 68:3 123:9

**authorized** 67:23 84:13 86:25 91:5 98:20

**automatically** 28:8

**Avenida** 160:17

**avenue** 43:13 99:7

**average** 91:19

**Avicenna** 26:16

**awards** 154:15

**aware** 28:21 58:10 66:18 67:3,4,6,8 73:1 79:17 93:3,4 148:25

---

**B**

**Bachelor** 14:13,14 123:5 155:2,4,10

**bachelors** 123:14

**back** 15:8 23:7 34:11 35:9,10 44:9 46:20 50:24 59:23 62:21 73:20 95:4 96:2 116:14 126:20 137:10 140:21 166:1 172:8,24 173:1 178:4 182:6 184:18

**background** 13:5,10 146:25 147:1

**bad** 31:21 182:24,25

**badge** 122:3

**balance** 170:7 173:1

**balances** 178:21

**Baldwin** 4:24 75:15,17 84:4 86:15 143:8

**Baltimore** 37:21 38:2, 3 42:22,23 101:2,4 118:25 144:21 149:20 184:15

**bank** 54:16,18,22 55:12 56:2,3 57:2 58:11,13,14,18 59:1, 15,16,20,21,22,24 60:23 61:4,15,17 63:19,21 119:17 139:20,21 140:1 171:7 177:10,13,16

**banks** 54:14 177:14

**Barbosa** 43:12,15 99:7 160:17

**based** 8:6 31:8 34:17 60:3,7 63:8,10 73:21 77:5,18 102:19 117:24 124:7 125:6 126:17 138:15 165:25 178:23 181:8

**basic** 18:6,12 19:10 20:18 22:11,23 67:12, 19 68:15 70:14,16 71:12 74:13 78:4,7,9, 14,21,23 79:2,3,6,8 80:2,14,25 81:10,12 108:1 128:19,20,23

**basically** 44:20 127:22 163:19

**basis** 50:8

**bathroom** 62:7

**beg** 10:9 27:11 34:4

**began** 15:12 19:11 26:9

**beginning** 18:14,16 50:21 72:13 80:17

**begun** 115:8

**behalf** 4:19 84:2,14 116:18

**behavior** 92:22 93:2,8

**bell** 37:24 39:4 42:15

**big** 56:6

**birth** 9:3 145:9

**bit** 17:6 23:1 50:24 88:2 98:1 113:1 125:16 136:20 144:5 147:11 153:18 161:6,10 166:6 167:14

**blank** 147:23

**Blasco** 158:20 170:1 173:14 174:2 175:6,17, 22 176:1,6,11

**Blasco's** 176:24

**block** 65:12

**board** 33:19 104:6,8

136:14,17,22 138:1,2 152:1,3,6 154:7 174:7 181:15

**Bocavox** 142:10,13

**bodies** 29:5,9,11,17 30:19 31:5 32:3 33:5 151:20

**body** 24:18 30:23 31:8 32:11 34:1 151:15

**boilerplate** 89:15,20 132:12

**borrow** 60:12 61:8 170:5

**borrowed** 60:17 170:2

**bottom** 89:23 92:14 97:21 99:6 113:19 127:17 129:21 131:5 136:13 146:13 149:23 150:2 153:5 154:16 161:4,23 164:15 168:21

**box** 53:9

**branch** 58:9 66:25 67:22 68:3,5,7,8 96:21 105:9,20 107:21 130:19,22 141:18 149:15 177:18,19

**break** 62:4,7,16 94:14

**breaking** 11:24 17:5 41:1

**briefly** 7:6 60:7 71:4

**British** 123:17,18,19, 21

**brochure** 124:6

**brochures** 57:16

**broke** 10:11 25:6 36:25

**brought** 69:9 176:4

**browse** 132:9

**Bruce** 109:1,2 113:20 116:25

**building** 17:2 43:17 44:1 45:11 48:11 70:1 99:8,11,15 138:25

**buildings** 17:3,13

**bursar's** 51:13

**business** 13:12,18 54:4,10,19 98:20 120:6,7 130:1,10 131:24 137:2,22 138:3, 9,14 139:8

**Bustillo** 45:20,22 46:2, 22 47:2,3,4,25 48:2,7, 21 57:11,15 64:15,18 65:19 69:24,25 99:2 102:10,21 103:4,8,15, 20 106:25 160:8,9 182:16,19

**Bustillo's** 102:16

———————————

**C**

———————————

**C-O-C-A** 25:10

**c.konyk@usat.edu.** 9:23

**CAAM** 31:12 32:4,11, 16,22 33:11,13 35:6,7

**CAAM-HP** 32:18,23,24 33:20 34:6

**CAAM'S** 33:21

**cadavers** 70:12

**calculate** 60:19

**calculating** 64:11

**calculation** 64:6

**call** 75:1,20,23 150:7 181:1,7

**called** 21:15,18 23:4 47:6 106:22,23 142:10, 11 151:4

**CAM** 123:7,8

**Cambridge** 14:4

**campus** 16:16,17,24 17:1,4,7,11,16,24,25 36:6,14 46:3 57:22 58:4 66:25 67:22 68:3, 5,7,8,25 69:6,12,14 106:10 108:12 118:5,8 119:11 137:19,20

149:12 150:20 151:6 152:22 174:6 184:19 185:5

**campuses** 150:21

**Canada** 24:20,22,23 87:8 185:16

**cancel** 114:16

**canceled** 170:10

**candidates** 128:10,12

**can't** 24:11 25:2 157:4 161:7,8 167:11 175:12 179:12 180:5

**card** 53:23 55:20,21,25 56:10,16 152:15 165:11 168:25

**cards** 53:21 56:7,19 152:18 165:9 168:18

**care** 36:16 51:12,14,16 57:14

**Caribbean** 29:18,19, 20 30:1 32:4,24 33:3 63:9 123:9

**Carla** 4:6 5:9 6:15 8:16, 24 84:4 99:18 116:23

**case** 4:7,10,13 7:8 28:2 83:12 84:11 144:17 170:7 174:18 178:19 179:5

**cash** 53:15,16

**caught** 78:17

**cease** 100:25

**ceased** 100:19,24 101:11 125:6 184:11

**ceasing** 100:20

**celebrate** 122:13

**celebration** 122:8

**centered** 22:11

**ceremony** 71:7,10,16, 20 72:7,12 122:6,7,11, 23,24

**certificate** 73:7 102:20 108:18 109:9,17,23

126:24

**certificates** 100:5

**certification** 21:12 26:14 73:5,8 92:18 94:2,3,4

**certified** 5:22 26:20

**certify** 73:24

**certifying** 74:8

**challenged** 175:25

**change** 18:17 28:4,12, 14,17 85:13,16 116:12, 13 120:11,18 135:19, 24 136:4,7,23 184:1

**changed** 26:15 27:8 29:2 100:23 117:12 135:25 151:24 160:1 162:6

**charge** 29:16,25 30:19 31:4 33:6 36:6 50:3,20 52:2,9,14,17 57:15 65:14 90:25 118:7 128:10,11 166:24 172:2

**charging** 173:18

**charitable** 110:19

**charity** 109:20

**check** 60:20 61:22 64:9,19,20 68:17,19 147:23 167:25 168:1,2, 13,23 170:12,18 171:23 172:11 173:3,4, 7,13,17 174:2 175:21 176:1,20 177:23

**checking** 157:17 170:18 173:11,23 175:2

**checklist** 148:17

**checks** 53:15,16,17 54:1,3 55:15 56:18 60:1 168:17 169:17 170:10 171:1,2 175:10, 14 176:4,5,6

**children** 9:11 69:8,10

**Chinese** 26:25

**choice** 31:14 53:6 58:5 130:2

**choices** 130:11

**choose** 82:7 111:12

**choosing** 81:25

**chose** 33:14 111:11 130:3

**Chris** 4:22 84:8,10

**cities** 37:10

**citizen** 152:12

**citizens** 152:14,17,23

**civil** 4:13 7:11

**CK** 22:12

**clarification** 12:4,8

**class** 41:19 80:19,20 128:9,20 129:9

**classes** 18:1 48:10 50:4 52:8,9 66:17 68:16 74:5,9 78:14 81:1,6,7 101:14 107:12,22 108:2 114:7 115:6,10 118:16 185:8

**clearinghouse** 21:20

**Clearwater** 109:8 113:3

**clinical** 18:10,19 19:2 20:19 22:12,13,18,23 23:5 71:14 72:2,13,15 81:12 151:1

**clinicals** 18:22 19:6 182:12

**close** 72:11 108:13

**closer** 107:18 166:5,7

**coat** 71:7,10,15,20 72:6,12 122:10

**COCA** 25:5,10

**codefendants** 84:15

**coincided** 117:18

**collection** 144:16

**College** 14:1,2 25:8 30:10 123:4

DEPOSITION OF  CARLA KONYK

**Colleges** 32:20 123:6

**Colorado** 4:23 9:19 36:13,20 37:3 38:13, 18,21,23 39:1,3,15 40:3,5 41:7 53:7,11,23 54:2,11 58:3 62:23,25 75:4,5 96:5 97:24 98:6, 9 99:11 117:13,17,19, 21,23,25 118:2,9 119:5,9 120:3,19 121:24 125:20 130:5,7, 19,23,24 131:2,13,18, 22 132:13,22 134:8 137:23 138:10,11,13 139:1,5,8 140:4,7,24 150:20 151:6 161:18 168:14 173:24 175:2 177:9,12,17,18 178:6 186:12

**commencement** 122:5,7,23,24

**Commission** 25:4,7, 18 30:10 32:7,19 87:10

**committee** 24:14 154:9,11

**communications** 23:4

**companies** 43:25 44:6,7,9 45:8 115:1 132:14

**company** 56:10 58:20, 22,25 59:2,6,8,11 60:10,12,15,21,23,25 61:7,13 63:6,8,12 106:1 114:24 125:25 127:24 129:15,17,23, 25 130:4,7,23 131:5,18 132:16 134:9 139:4 142:10 165:13,15

**compare** 119:22

**complaint** 83:11,19,21 84:2,18,22

**complete** 73:9 81:12

**completed** 80:9 81:22 164:12 178:24

**completely** 172:25

**complicated** 72:18

**complies** 91:1

**comply** 90:6

**computer** 142:6

**concerned** 85:17 138:10 182:23

**conclude** 186:9

**concluded** 186:21

**conditions** 11:19 151:24

**conference** 12:13 37:9 41:18 74:18,20,24 75:3,21 77:1,5 78:12, 19 79:19 105:15

**conferences** 38:17 42:10,20 43:8 48:9 101:14 107:12 115:6

**confidentiality** 180:3

**confused** 59:4

**confusing** 22:19 175:10

**connected** 54:21

**connection** 31:21 92:23

**consequences** 11:8

**considered** 19:12 152:24

**construction** 136:10 137:9

**contact** 64:15 103:12 148:4

**contacts** 148:4

**contained** 91:15

**content** 84:25 86:23 89:11,14,15

**continue** 81:16 101:17 144:8 158:17

**continues** 93:20 175:15

**continuing** 96:5

**contract** 90:12 150:16

**contractors** 36:8 51:6

**contracts** 49:22 58:25

**control** 25:24 30:20 87:6 96:19 105:7 110:4 130:17 141:15 162:25 163:6,11

**controls** 58:25

**conversation** 182:21

**coordinated** 50:6

**coordinates** 25:23

**copies** 170:11

**Coppell** 37:23

**copy** 64:20

**corner** 134:16

**corporate** 44:11 97:22 104:14

**corporation** 44:12 97:5 100:13 108:15 109:18 111:7,18,24 113:9,16,18 114:25 115:12,17,19 116:1,4,7 119:23 120:2,16 131:1, 12

**corporations** 45:8,16 105:23 112:1

**correct** 7:25 8:10,11 10:17 11:13,14 15:15, 19 16:7,12 18:1 25:19 27:21 30:7,11 33:7 34:15,25 35:24 36:24 37:5,13,14,17,18 38:4 39:9,16 40:12,16 41:20 42:7 43:5,8,15 44:12, 15,22 45:1,2,9 48:10, 22 49:19,22 50:10 51:6,23 53:12 55:3,10 61:18,19,25 62:1 63:16,22,23 65:2,19 67:24 70:18 72:3 73:25 74:5,10 75:15,18,19 76:17 78:9 80:4 81:2, 17,21 84:8,11,15 85:12 86:1,20 87:1,16,17 88:7,14,15 91:24 92:6, 12,18,19,24 97:7,24

98:6 99:20,23 100:1,16 101:15,16 103:21 104:12,17,20 105:20, 24 106:3 109:12 110:16,21,25 112:9 113:17,21,24 114:7,21 115:6,20 116:1,4,7,10, 17,19,23 117:6,10,13 118:2,19 120:3,5,12 123:2,21 124:22,25 125:3,13,20 126:1,6,25 127:15,19,20 128:1 129:6,10,13,18 130:8, 21 131:6,9,13,18,22 132:3,11,23 133:16,21 137:3 138:4,6,16 139:1,5,9,13,15,18 140:10 141:23 143:17, 19,24 144:22,25 145:1, 24 147:1,9 148:5 149:12,15,25 150:20 151:8,12 152:19,20 153:22 158:1,12,22 160:12,14,18 161:6,19 163:23 164:1 166:3,20, 25 167:10,19,20 168:4, 5,6 169:13,18,23,24 170:15,21,22 171:1,4 173:24,25 174:15,20, 24 175:3,18 176:11,21 177:3,9 181:23 184:8 186:13

**correcting** 135:18

**correction** 135:17

**corrections** 7:18

**correctly** 50:5 52:20

**cost** 149:1

**couldn't** 119:11

**counsel** 4:18,20 183:16

**Counselor** 6:25 8:4,9 82:19 83:7 84:7 85:16 86:3,25 89:10 94:12 141:6 177:21 179:9 186:5

**counselors** 7:6

**country** 31:14 33:11, 12 34:1 67:13 185:18

DEPOSITION OF   CARLA KONYK

**couple** 26:17 37:10 103:22 171:25

**courses** 19:11,18 47:22 70:15 78:4,9 81:15

**coursework** 178:24

**court** 4:12 5:2,4,17,23, 25 6:1,3,10 82:21 96:8 110:3 127:11 141:4

**covers** 169:3

**COVID** 22:25

**create** 97:18

**created** 97:10 98:21 100:17 109:10,11,13 111:19 113:17 124:25 127:3 131:6 133:4 144:1 167:7

**creates** 126:24

**creating** 107:4 111:14 132:22

**credential** 21:13

**credentials** 23:23,24

**credit** 53:21,22 54:5,8, 9,17 55:2,20,21,25 56:3,7,10,16,18 57:3 61:17,24 63:21 82:8 165:9,11,21,22 168:18, 24 170:7 175:3,21 177:17

**credits** 81:22 82:3,12 183:3,7

**criminal** 11:7

**criteria** 87:12

**culminate** 181:5

**cure** 133:13

**curing** 132:18 133:7 135:4

**current** 9:16 90:1 99:12 112:24,25 120:6 151:19

**custodian** 141:19 163:15

**cut** 12:12

**cuts** 153:18

---

**D**

---

**Dallas** 52:24

**Dallas-fort** 37:19 38:2, 3 42:12 76:16 101:3 118:21 144:20 149:20 184:15

**Daly** 118:10

**database** 26:23 28:8

**date** 9:2 19:21 24:3 27:4 66:20 69:3 74:20 85:14,21 88:3 92:5 97:22 103:3 106:5,6 114:2 115:8 120:10 135:5 137:21 138:8,15 140:11,12 145:9 159:21 167:5,6 171:10

**dates** 50:4 78:2,5,6 107:12 118:22 144:3

**David** 121:19 143:3,5,6 146:8

**day** 7:3 21:24 101:20, 21 137:24 145:9 167:7 183:1,8 185:4

**days** 7:17,20,23 68:13 107:9

**deal** 134:2

**deals** 153:24

**dean** 49:2,4,5 65:22 106:15,18,22,24 128:8, 15

**debt** 178:18

**December** 80:10,13, 15 81:23 100:19 103:16,17,18 106:5 184:7,12,14 185:25

**decide** 60:11

**decided** 19:16 48:11 69:20 106:9

**deciding** 154:12

**decision** 117:20

**decisions** 154:7,13

**declare** 79:7

**declared** 8:19

**deducted** 64:8

**defaults** 156:11

**defendants** 4:10 7:7 141:2

**Defendant's** 83:25

**degree** 13:11,18 14:6, 10,14,16 18:8 123:15, 18 128:14 145:10,11, 15,21,22 151:2 185:14

**degrees** 154:17,18 155:1,13

**Delaware** 54:15 55:9, 10,13,14 119:12,14,18

**delegate** 57:11

**delegated** 65:18

**Delegating** 49:24

**delinquency** 132:18 133:7,8,13 135:4,11

**deliver** 156:13

**delivered** 136:12

**delivery** 137:12

**demonstration** 105:16

**dental** 154:23 155:10, 11,15

**Denver** 39:3

**dep--** 13:1

**department** 97:7 105:23 128:15 131:13 134:8 142:24

**depending** 23:9 29:12 31:14

**Depends** 72:8

**deponent** 5:9,24 6:12, 14,21 7:16,22 8:7 62:3, 13,17 94:16,24 110:5 127:7 141:5,9 161:11

166:8 167:15 171:19 179:24 180:1 186:17, 19

**deposit** 54:3 168:12

**deposited** 55:16

**deposition** 4:6,14 6:9, 20 7:10 8:13 9:25 10:3, 6,16 12:2,18 82:23 85:4,11,20 96:6 140:25 186:10

**deposits** 168:11

**describe** 17:3,7,11 63:7 153:2

**describes** 154:17

**description** 129:16 164:9

**designed** 70:12

**desired** 33:16 60:14 170:5

**detailed** 91:23

**details** 91:17 111:6 134:5,6

**determined** 92:20 93:7

**determining** 29:16 30:19 31:5 61:3

**development** 22:18

**device** 20:17

**didn't** 12:7 16:21 28:12,14,17 30:25 34:16 42:4 44:23 47:11 55:10,11 74:17 77:13, 22 89:5 90:9,20 93:13 111:2,13,14 114:15 184:1

**difference** 23:18 88:16 107:10,13,14 120:1 171:25

**differently** 23:9,13

**difficult** 184:24

**digitally** 7:13 83:2

**digits** 166:14 168:21, 23

DEPOSITION OF  CARLA KONYK

**diploma**  21:21 91:9,12 92:1

**diplomas**  121:9

**directed**  49:16

**director**  35:17,18,19, 21 36:1 51:1,11 121:20

**directors**  104:7 134:5 181:15

**directory**  26:11,18,21 27:2,6,19,20,25 28:5,9, 16 29:6 30:21 34:22 82:14 87:9,23 89:13,16 183:25

**disbursed**  64:22

**disbursement**  60:18 171:8

**disburses**  61:16

**discover**  10:16

**discuss**  74:16

**discussed**  7:6 34:17 41:6 46:24 51:8 60:8

**discussing**  63:2 123:8

**dissolution**  125:5 129:12,17

**dissolved**  98:16 114:19 125:2 129:16

**distinction**  146:2

**distinguish**  144:22 168:19

**distinguishes**  144:19

**distributed**  64:20

**district**  4:11,12 144:11,15

**doc--**  124:21

**Docket**  83:12

**Doctor**  123:6 128:14 155:15

**doctorate**  145:21

**doctors**  20:21

**document**  63:4,5 83:15 86:16,18,19

88:1,5 89:1 96:9,22 102:14 104:2 111:25 112:12 116:10 120:21 125:16 127:4,6 132:21 141:1 148:8 150:5 159:8,12 160:7,9 161:14

**documentary**  90:11 180:24

**documentation**  90:15

**documents**  24:1 86:1, 5,14 87:5,14 89:7 90:5, 20,23,24 91:3 96:15, 18,24 101:23,24 102:2, 11 103:22 104:23 105:2,4,5,18,19 116:23 130:14,15,20 131:1,4, 14 141:12,13,20 148:20 157:11,12,23 159:3 162:19,21,23 163:4,9,16 177:2

**doesn't**  37:25 72:9 90:19 109:9 110:23 127:14,18 132:2,11 134:2,10 144:21,23 169:15

**dollars**  135:14 160:1,2 168:5 171:25 172:1,18, 24 173:2,11,22 174:3, 24

**domicile**  97:22

**Dominican**  46:16,18 47:6

**don't**  11:25 12:3,10, 11,13 13:8 16:7 19:5, 20 24:9 25:2,15,16 27:4 32:9 34:7 36:18 41:10 44:3 45:12 48:5 50:18,19 51:8 55:24 56:6 57:10,18,23,24 58:1 59:13 61:12 64:3 67:25 68:1 69:7,9,11 71:1,6 72:18 76:2,25 77:3 79:15 93:10,11 98:22 102:6,12 109:13 110:6 112:7 114:10 115:7 116:11 118:17, 22 119:2 122:16 123:10 131:23 134:7 136:8 137:25 140:12

143:13 145:16 146:5, 22 147:16 154:23 157:12,14 161:2 168:15,25 171:16 178:18 179:5,18,19 180:2 182:3,22 185:9 186:4

**Doubletree**  42:24 43:1

**Dover**  54:15,17 55:13

**download**  88:3

**downloaded**  88:13 101:24

**downloading**  89:5

**drag-down**  147:18

**drawing**  17:20

**drive**  9:18 136:25 137:13 174:6

**Duces**  85:4

**due**  12:13 100:21

**duly**  5:21 6:22 8:18

**duties**  35:25 49:5,13, 15 50:16 51:9,10

---

**E**

---

**EA**  150:7

**earlier**  25:17 26:2 50:14 60:24 98:5 123:9 139:11 157:16 169:7

**early**  101:10

**earned**  107:1,2

**easier**  53:8 185:2

**easiest**  99:4

**ECFMG**  24:10 25:17, 21 26:3,8,14,20 28:24 30:14,15,16,17,22 31:2,3,4 66:5,9,14,22, 23 67:5,17 72:22 73:5, 7,8,12,23 74:15 78:13, 20 79:1,23 80:11,20,24 82:5,11 87:11,13 88:19 89:16 90:2,6,13,16,20, 25 92:8,10,18,20,24 93:7 94:2,3,4,6 100:21

125:7 156:13 157:19 181:12,15 182:5 183:5, 23 186:3

**ECFMG'S**  79:25

**Ed-med**  59:3,6 61:13 63:5,7

**Edit**  148:16

**education**  20:4,5 24:14 26:11 29:16,22, 24 32:25 40:25 51:23 52:18 100:1 109:12,18 123:7 127:4 141:17 148:11 163:3,7,14 184:20

**educational**  25:18 33:4 87:10 109:20 110:19

**Effective**  73:3

**Einstein**  128:4,5,7

**elapsed**  100:9

**electronic**  9:22 21:19 25:25 94:5

**electronically**  180:17

**Element**  42:14

**elements**  150:18

**eligibility**  26:5,6 61:3 87:11,12 90:7

**eligible**  81:16,20 92:10,17 94:1

**email**  9:22,23 65:3 66:23 76:21 82:17,19 91:17 133:17 182:2

**emails**  76:7 79:20 146:22

**emit**  179:9,11

**employees**  36:7 49:7, 9,10,11 50:2,15 51:6 64:13 65:15

**employer**  125:10

**empty**  112:12

**encounters**  23:5

**end**  74:21,25 80:10,12

81:8,23 101:9 102:9 156:7 183:4,13 185:25

**engaged** 92:22 93:2,8

**England** 14:4,15 15:9

**English** 23:3 145:9

**enhanced** 93:19,25 94:9

**Enrique** 158:20

**enrolled** 142:20

**enrollment** 150:7,10, 11 151:11 158:5,6

**enter** 21:15 133:17

**entered** 146:19

**entities** 31:13 45:13,16

**entitled** 178:17

**entity** 25:12,22 29:24 44:12 54:24 97:10,14 98:19 112:19 114:8 116:20 117:5,9 124:20, 21 126:4 131:24

**epidemiology** 128:17

**equal** 14:14

**equipment** 50:7,9 70:11,14

**ERAS** 21:18 25:24

**error** 98:23

**erupted** 18:18 106:7

**eruption** 19:8

**Establish** 104:10

**established** 27:3 111:17

**establishment** 96:20 105:8 130:18

**ethnicity** 147:5,7

**evaluate** 63:13

**eventually** 20:25 21:3 90:21 118:23 119:3 144:6

**evidence** 10:17 90:11 169:16 180:24

**exact** 115:7 118:22 170:11

**exam** 20:9,20 21:10 22:3,7,11 23:4,9 24:3, 10 72:5,14 91:6 156:3

**examination** 8:20 20:10,13 79:22 80:4 81:16,21 153:8,9,10,12 155:22 156:1 182:10 185:22

**examinations** 71:22 73:6 91:3 94:4 153:17, 22,25 155:19,20

**examined** 8:19

**examiners** 154:7

**exams** 23:22 26:15,20 71:22

**exchange** 90:6

**exchanged** 7:14

**excuse** 5:18 6:24 26:6 110:9 157:16 172:25

**executed** 90:12

**exhibit** 83:3,10,18,24, 25 84:5,7 85:3,6,8 86:11,13 87:18,19,21 96:7,9,10,12,15,16,23 100:4 104:3 105:1,2, 12,13 116:16 120:24 121:4,7 122:1 127:24 130:12,13,21 135:18 140:16,19,25 141:1,11, 25 158:25 161:14 162:14,15,18 163:18, 19 164:5 176:5,9

**exhibits** 82:17,21,23 83:4,6

**exist** 35:7

**existed** 114:23

**exists** 33:13

**expected** 148:25

**expecting** 182:15

**expenses** 52:6,7 61:22

**experience** 14:20 24:6 77:19 151:2 185:1

**explain** 10:5,22 11:1 14:24 15:7,20 19:7 21:1 23:17 25:21 33:9 69:15 96:23 123:12 137:7 170:2 172:6

**explained** 61:6 77:4, 18 78:12

**explanation** 60:4

---

**F**

---

**fact** 123:23 144:18 172:5

**facts** 181:1,6

**factual** 181:6

**faculty** 49:6,8,11,17, 18,19,21,24 50:14 64:13 65:15 70:22

**failed** 135:12

**failure** 133:9

**fair** 120:17 139:3 163:25 181:19

**faithfully** 6:8

**falling** 182:24

**false** 92:23 93:9

**familiar** 21:7 25:9

**family** 69:12 117:22,25 119:6,8 131:22 137:16 148:8

**favor** 163:13

**FCU** 173:11

**February** 136:5 137:21 138:6,15 159:14 160:5 175:17

**Fed** 54:6

**federal** 7:11 54:4,7,17 55:2,19 56:3 57:3 60:6 61:17,24 63:21 113:15 125:11 175:3,21 177:10,11,17

**Federation** 29:15,22, 23

**fee** 33:14,17 148:23 158:7 159:13,16,21 160:11 161:15,21 162:5,10 169:9 170:10 175:16

**feel** 72:19

**fees** 51:20,25 52:1,2,4, 23 60:2,14 61:21 64:7 126:16,18 139:18,25 157:6 164:10 170:6 173:19 176:14

**FEI** 112:21 113:6 125:9

**felt** 165:4 182:23,24,25

**Fernández** 161:6

**fewer** 168:24

**field** 13:13 148:1

**file** 100:14,18 112:1 113:24 133:9,11 134:8 135:12

**filed** 4:11 83:11 84:2,7 99:1 100:16 104:13 106:5 112:4,7,8,10 116:18,20 119:24,25 127:21 129:13 131:15 133:4,14 135:6

**filing** 84:22 117:1,3 126:4 131:20

**filings** 100:12,13

**fill** 79:24 111:5,15

**filled** 89:14 98:23 111:9 129:18 143:12

**fills** 146:6

**final** 91:7,11,16,22 129:11 156:14 157:18, 25 158:12 178:12,14

**finance** 148:11 165:7

**financial** 51:12 58:21 156:11 157:5

**financials** 51:14,17

**find** 21:25 102:9 132:7 147:10 183:1

**fine** 147:19 180:11

**finish** 71:12 182:12

**finished** 72:15 80:14 96:7 137:9

**finishes** 157:10

**flexible** 144:15

**flip** 122:15,17

**Florida** 38:1,2 41:9,22 66:25 97:23 98:13,14, 15,21 101:2 105:8,20, 23 106:14,16,19,23 107:8,11,22 109:7 113:3,13 118:19 128:6 130:2,10 133:25 150:20 151:6

**focus** 29:14

**focused** 93:6

**for-profit** 111:18 112:1 124:20

**foreign** 25:18 67:14 87:10 114:25 115:11 183:20

**forgot** 61:23

**form** 8:3 15:5 111:9,16 129:18 149:18

**formally** 179:9

**format** 87:6 96:19 105:7 130:17 141:15 149:3 162:25 163:11

**formation** 140:12

**formed** 97:16

**forward** 79:25 89:19 119:10

**found** 32:19 110:5

**founded** 15:17,20 44:25

**founder** 45:5

**founders** 44:21 99:22

**Frantz** 106:13 129:3

**Friday** 107:7

**friends** 148:9

**frightened** 77:7,9,11

**full** 6:2,13 106:25 157:7

**full-time** 107:2,5

**function** 168:9

**functions** 35:25 49:4, 13 50:16 51:9,10

**fund** 110:18

**funding** 61:5

**funds** 60:15 61:16 63:20 168:8,12

---

**G**

---

**game** 33:15

**Garden** 41:14

**Gardens** 122:20,22 123:2

**gatekeeper** 61:1,9 63:13

**gathered** 164:1

**gave** 63:6 70:3 107:19 174:7

**gender** 145:9

**general** 89:22 110:12 155:18

**generated** 171:22

**George** 128:4,5,7

**gesture** 12:24

**give** 32:13 48:9 58:12 69:25 83:23 110:3

**giving** 50:4 115:5

**gladly** 12:5

**glass** 62:8

**good** 4:5 5:13,20 75:11 107:19 183:3

**governing** 151:15,20

**government** 15:24 16:3,5 27:14,18,23 31:15 33:12,25 34:6, 20,24 35:7 124:4,8

**grade** 91:19 180:9,12

**grades** 91:18

**graduate** 21:8 23:21 45:23 81:11 82:9 100:1 123:7 128:8 154:24 155:12,13 182:13 183:4

**graduated** 45:24 80:16 81:8,9 185:23

**graduates** 20:16,17 21:4,6 25:19 73:4 80:17 87:11 88:20 91:10,12 92:15 93:18, 24 122:8

**graduate's** 122:14 178:15

**graduating** 46:1

**graduation** 52:3 89:24 92:11,16 122:19,21

**grammatical** 7:19

**grand** 172:18 173:22 174:3

**green** 152:15,18

**greeted** 69:22

**grounds** 8:7

**group** 182:14 186:2

**guess** 13:15 19:20 24:22 29:18 33:10 36:5 49:22 50:21 52:17 59:1 60:8 103:3 117:18 119:10 122:12 142:23 143:7 165:15 177:15

**guy** 114:14

---

**H**

---

**hadn't** 81:7

**half** 17:14 94:19,22,24

**hand** 6:1,4,12,15 12:22 152:7

**handed** 179:2

**handle** 48:25 56:6,15 182:8

**handled** 45:9,16

**handling** 49:21 57:15

**hands** 173:2

**happen** 14:25 77:21

**happened** 19:7 28:23 46:9 181:8 182:1 183:11

**happening** 77:14 130:4

**hard** 77:20 102:8 172:5

**haven't** 24:10 103:19 179:17

**head** 72:19

**heads** 22:21

**health** 28:7 32:5 33:1,5 145:13,14,16 155:14

**healthcare** 123:5,13

**hear** 12:7 16:20,21 34:16 42:4 44:23 90:9 148:13

**heard** 11:10 19:25 24:13 25:4,7,10 34:9, 23,24 45:18

**hearing** 17:9 181:14, 23,25 182:1,5 183:11, 13,18,23 184:1

**held** 21:16 41:13 71:21 74:20 122:21 123:1

**helping** 46:10

**he's** 15:11 45:23 49:19,21 50:2 84:13 109:4 121:24 128:6,8, 14

**Hickling** 143:8

**high** 45:5

**Hilton** 41:14,16,25 42:6,9 43:1 122:20,21 123:2

**history** 91:23 131:4, 12,14

**holding** 168:9

DEPOSITION OF CARLA KONYK

**home** 97:23 98:12,13 107:18 137:15

**honest** 56:6

**hotel** 41:15,17 42:6,14, 17,19,25 43:3,4,7,15

**hour** 34:18 94:19,22,24

**hours** 11:16 62:23

**House** 115:1

**Huffman** 121:19 143:3,5,6

**hurricane** 174:9

**husband** 15:11,14 44:25

---

**I**

---

**ID** 113:9,11,13,14,16 122:3 125:10,11

**idea** 27:3 47:23 48:16 58:17

**ident--** 5:7

**identification** 9:2 83:5 140:20 162:16

**identified** 121:13 176:23,24

**identify** 4:21 5:2,11 36:11 109:16,24 166:16

**identifying** 141:22

**IDS** 121:17

**IMED** 26:10

**IMGS** 21:8

**impede** 8:4

**implemented** 81:5

**important** 28:1

**inactive** 125:2

**include** 134:11

**included** 28:11,15 29:5 92:11 105:15 175:13

**includes** 175:11

**including** 73:5 94:2

**income** 112:11 114:2, 3,5 117:8 126:8,11,14, 15 134:1,3,9,11

**incorporated** 117:4 126:3

**incorporation** 97:23 108:19 109:11 111:20 112:6

**increase** 149:9,10

**increased** 160:6

**independent** 36:8 51:6

**indicating** 12:22

**Indies** 123:20

**individual** 45:3 54:25 59:17 169:1

**individuals** 25:23 44:5,8,14,17,21,24 45:15 55:5 59:24 146:11 152:6

**information** 21:20 60:16 61:21 64:17 66:15 67:22 68:2 72:23 73:11,25 89:12 91:15 92:23 93:9,12,15 94:7 97:5 130:23 142:11,17 144:10 145:7,8 146:6, 10,14,21 147:5 148:5 163:22 164:1 169:2 176:10 177:2

**informational** 134:10

**initiate** 110:18

**Institute** 13:19

**institution** 58:21 61:5

**institutions** 183:7

**instructed** 78:19 79:1, 7

**instructions** 94:7

**interested** 15:10 112:20 185:14

**internal** 154:9 155:20, 21

**international** 21:4 23:10,20 24:5 26:1,7, 10 91:1 152:9,21,24

**Internet** 96:25

**interpret** 6:6

**interrupt** 10:10

**interview** 21:23

**interviews** 21:22

**Intuit** 56:17 165:13,16 170:14

**invitation** 76:14

**invited** 21:23 76:5,8 181:13

**invoice** 166:22,23,24 167:4,19 169:6 170:17, 19,20 171:13,22 172:4, 9 175:6 176:19

**invoiced** 172:20

**invoices** 165:20 177:3

**involve** 23:2

**involved** 35:8 59:14, 18 64:1

**Ireland** 32:8

**irregular** 92:22 93:2,8

**IRS** 110:15 111:6 112:14 113:11,14 125:9

**island** 19:13 107:17 123:20 153:1

**isn't** 68:14 69:5 153:12

**issuance** 73:7,8 156:7 157:2

**issue** 100:21 123:16 154:19

**issued** 113:9 123:18 155:7,8 156:17 170:12 172:11 173:3,13 174:1 175:14 176:6 178:25 179:13

**issues** 85:17 182:9

**item** 87:15 96:13,15,17 105:19 121:13 130:3 141:3,20 163:16,17

**items** 128:17

**it'd** 135:15

**it'll** 180:16

**it's** 4:15 7:22,23 8:6 10:7,13 12:19,22 13:1, 15 14:8,11,14 15:3 16:25 17:13 19:15 20:4,9,16 21:4,16,19 22:5,7,15,20,25 23:3, 10 30:7,12 32:12,16,17 33:21,23 41:10 44:11 56:17 58:16 61:13 62:22,24 68:8 70:11 71:11 72:9 85:4 86:14 89:22 90:9 94:13,23 96:3 98:10 99:15 108:8,18 110:5,8,24 113:12,14 114:24,25 122:8,12 124:6 125:2 129:1 130:6 131:8,14 132:16 133:18,23 134:10 135:3,8,9 140:15,22 141:1,21 142:3,10 144:1 145:2, 15,19,21 147:11,22 150:5,12,18 151:6,19 152:4 153:7,23 154:3 155:24 156:20,24 158:20 159:1 162:19 163:25 168:2,20 170:19 171:21 172:5,9, 15 175:10,16,20 176:13,23 177:17 178:4 183:20 186:10, 11,12

**I'd** 94:21 134:22 147:23

**I'll** 11:25 12:5,14 56:6

**I'm** 4:16,17,20,23 5:1, 4,15 7:4 8:24,25 9:7 10:10 11:4,21,24 13:4 14:9 16:22 17:5,6,9,10 20:5,11 21:6 25:6,9,15 30:25 31:20,21 32:8,15 35:13 36:6,23 41:1,7, 24 42:5 44:23 49:18

50:5 56:5 58:10 59:10 67:4 68:23 73:21 77:10 82:16,18,19,20 83:14 84:19 85:5,13 90:10, 22,24 96:7 97:25 101:23 102:20 105:13 107:7 110:7 115:15,22 120:20,21 127:7 135:7 137:6,8 140:11 144:6 147:10 154:12 156:20 158:24,25 159:4 161:7 162:22 166:4 172:7,15 173:5 177:20,23 181:18

I've 13:13 24:22 34:23 175:24 179:6

**J**

January 9:4 29:3 30:5, 18 66:13 92:15 103:2 119:24 184:11

job 14:20 35:11 118:11

joint 86:14

jointly 48:4,5

José 45:20,22 46:2 158:20 170:1,8,12 174:4 176:1

Juan 47:25

July 88:4,5,13 144:1 151:16 165:24 167:5 168:3 174:13,16

June 124:25 135:8,9, 10 138:23

Jusino 170:1

**K**

Karen 4:24 75:10,14, 15,17 84:4 143:8

Kaufmann 109:1,2 113:20,23 117:1

kind 12:22 31:21 49:15 73:22 83:7 90:22 181:5

knew 47:25 183:3

knowledge 22:13,24 72:2 177:6 181:9,20

Konyk 4:7,24 5:7,9,17 6:15 8:16,24,25 9:24 31:18 45:4 55:7 63:6 83:14 84:4 86:15 96:6, 12 99:19 108:7 116:23 129:21 141:19 181:2 186:10,16

**L**

lab 52:5

labeled 87:15 105:18 141:20 163:16

land 17:14

Lane 113:3

lanyard 122:2

large 17:20

late 33:15

lawyer 10:13

LCME 24:15,16 25:1,3 30:7

lead 94:4

learn 183:19

learned 15:11

learning 185:1

lease 48:16,19 97:18

leased 43:18

lecture 37:9

lectures 105:16,17 185:2

left 147:22

legal 44:12 84:10 97:10,14 98:19 117:9 183:16

legwork 52:18

lets 21:13 164:12

letter 27:15,19 28:2 65:2,5,7,9 66:15,20,22 67:2,3,6,7,10 68:1

72:22,25 73:1,3,12,15, 22 182:2

letters 21:21

let's 29:14 50:24 62:2 74:24 85:2 87:18 97:2 99:17 101:22 105:1 111:23 115:15,16 116:14 120:23 121:10 124:11 130:12,25 131:16 138:18 140:6, 16 148:21 152:8 153:4 155:17 159:5 161:13 162:13 169:5,25 170:13 181:13

León 5:5 6:4

liability 125:25

Liaison 24:14

library 52:5

license 15:22,23 16:1 123:24 124:1

licensed 24:25 25:2

licensing 20:5,9,10,13 79:22 155:25 185:22

limitations 90:2

limited 94:3 125:25

lines 109:21

link 76:3 82:19

linked 55:6

Lisa 162:2

list 26:16,19 28:6,7 34:21 150:12 175:9

listed 26:9,13,18 27:6 87:8

listing 87:23 175:11

literary 110:20

litigation 180:6

live 123:24 137:16 185:1

lived 55:14 119:12

lives 106:14 128:6

living 119:6,8

LLC 97:13 98:14,15,21 104:11 111:17,20,21 114:18,20,23 115:11 120:17,23 124:18,20, 24 126:7,8,10,24 127:2,10,25 130:24 131:8,9 132:3,22 133:4 134:1 138:9,24 139:5

loan 58:24 60:10,13, 14,22 61:4,7 63:4,14, 19 163:12 164:7,13 169:21,22 170:1,3 171:3,6 172:18 173:21 174:14,23 176:18 177:4

loans 58:9,12,19 59:15,20,22,24,25 60:3,5 63:3,6,15 64:1, 21 148:8 175:1,8 176:13,20,24 177:7

located 14:3 27:15 58:15 59:12 67:14 74:4,25 99:8 109:6 121:21,23 123:17 139:8,12 177:13

location 41:12,23 42:13,23 47:24 53:8 78:8,20

locations 47:19 52:24 54:14 55:10 76:10,13 78:3 118:19,23,24 119:4 150:22

London 14:1,2

long 15:12 19:14 22:20 39:20 41:11 94:20 109:14 119:8 182:21

longer 130:1,10

looked 102:8 158:3

lot 29:2 50:6 107:1,3,18 182:23

Lucero 161:5

lunch 94:14

**M**

made 23:24 28:24 64:19 66:9 74:15 75:1,

20 85:13 136:4 144:14 151:18 159:14 160:4

**Maestro** 142:11,14 165:6

**mail** 53:11,15,20 54:2 55:16 136:11 137:9,12 172:3

**mailed** 168:14

**mailing** 53:3,20 98:11 99:10 104:10 112:24, 25 125:20 136:24,25 138:12

**main** 44:21,24 99:6 137:20 138:2 152:22 161:17

**maintain** 112:2,6,14

**make** 60:4 61:22 64:18 67:8,9 78:16 84:13 114:14 117:20 136:7, 11 148:25 172:12

**makes** 10:18 40:17 60:10,22 61:7 96:16 100:5 124:2 137:4,5 149:11 151:5 172:14

**making** 63:4 99:7,19 110:15 153:7,21 154:4 155:19,24 156:4 167:21

**manage** 48:25

**managed** 44:14

**Manuel** 45:20,22 46:2 47:2

**March** 21:16 40:9,16, 19,20 104:16 135:6,8

**Marie** 143:17

**marital** 9:5

**marked** 82:22 83:2,5 96:10 140:19 141:1 162:15

**marking** 96:22

**marks** 72:12

**married** 9:6,7

**Mary** 143:7

**Maryland** 38:4 52:25 76:17 101:2 118:25

**Master** 14:13 145:13, 14 154:21 155:14

**mastery** 20:17

**master's** 145:15,21

**Match** 21:16,24

**matched** 21:25

**materials** 52:5 87:5 96:18 105:6 130:16 141:14 162:24 163:5, 10

**math** 172:22

**matriculation** 52:3

**matter** 182:6

**MBBS** 14:7,11 123:6, 15 154:21 155:3

**MD** 14:15 81:11 82:9 145:18 150:23,24 151:2 154:21 185:14

**means** 10:20 11:3,4 13:9 89:22 90:1 108:5 143:24 167:24

**meant** 130:7,9 156:8

**measuring** 20:16

**mechanism** 28:10

**Med-ed** 58:20,22 59:2, 3,6 60:23,25 61:13

**medical** 13:14 14:22 15:10 20:4,10,12,21 21:4,6,9 23:11 24:14, 18,20,24 25:13,19 26:10,19,22,24,25 27:6 28:9 29:15,22,24,25 32:5,7 34:21 40:24 46:17 47:6 51:23 52:18 67:14,23 71:11 73:11 78:14 79:22 81:15 82:14 87:7,9,10,23 91:6,7,11,16,22 92:9, 16 96:21 100:1 101:14 105:9,20 109:12,18 110:24 127:3 128:23 130:19,22 141:16,18 148:11 149:19 150:25

153:11 154:2,9 155:22, 24,25 156:2,14 157:18, 25 158:12 160:11 163:1,3,8,14 178:12,14 184:20 185:21

**medicine** 11:15 13:12, 23,25 14:1,2,5,13 26:25 32:20,25 33:4 123:5,6 155:4,15

**meet** 70:22 71:2 74:17

**meeting** 87:9

**meets** 87:12

**members** 49:7,8,19, 21,25 50:14 64:13 65:15 70:22

**memo** 165:21

**memory** 73:13,14 77:18

**mention** 38:10 51:21 66:7 80:12

**mentioned** 13:17,23 14:19,21 15:14 16:11 17:23 18:16 22:3,6,22 23:7,8 25:17 26:2,22 29:8 31:2,4 34:18 36:9 43:20 44:8,11 45:7 47:14 49:3,17,18 50:13 51:1,5,16 52:23 55:9 58:22 60:21 63:18 72:1 77:15 80:1 87:4,14 89:20 98:5 105:10 106:7 129:6,23 130:14, 20 131:21 139:11,20 142:14 146:11 156:12 157:16 159:15,17 160:17 163:15 165:1,5, 11 169:7 182:7

**mentioning** 30:4 37:1

**mentions** 132:7 145:2 150:21

**merchant** 165:14

**messed** 175:24

**met** 69:23 74:15 93:20 94:1

**method** 169:2,20

**methods** 153:5,16,25

**Miami** 37:11,12 38:1 41:9,10 52:24 66:25 67:22 68:3,15,16 74:9 76:16 101:2,6,7 108:4 114:7 115:4 118:19 122:20,21 123:1 126:18 144:20 149:19 184:15

**mind** 27:13

**minutes** 69:21 95:1,5, 6

**mission** 109:19

**mockup** 23:2

**modified** 146:10 162:10

**moment** 12:11 34:7 46:21 185:10

**Monday** 107:6

**money** 53:16,18 56:21, 22 168:20,22 169:17 171:20 172:5 178:20 179:2,21

**month** 68:13 101:8 107:9

**Montserrat** 15:13,18, 21,24 16:3,6,18 18:4, 13,20,22 19:2,3 27:18 33:14 34:11,25 36:7, 15,20 37:3 52:25 67:18 69:18 74:13 76:24 78:7,15,21,23 79:2,4,6, 8 80:2 81:1 97:13 98:24 101:18 106:9 108:9 114:24 115:11 118:5,8,16 119:6,9,15 121:21 123:19,23 124:5,8,18 131:9 135:25 136:10,24 137:3,8,18 138:3,14,24 145:3 149:12 152:22, 23 184:19,20 185:4,10

**morning** 4:5 5:13,21

**Morrison** 9:18 137:1

**move** 106:9 110:2 117:20 119:14 120:10

127:6 167:12,16

**moved** 40:8 99:14 106:8 117:16,22,25 118:1,9 119:5 120:18 129:17,24,25 130:7 131:22

**moving** 48:18 117:19 119:9

**MPH** 145:11

**muted** 5:3

**N**

**names** 9:13 44:2,4 45:12 70:25 71:5 91:19 142:25

**Navy** 54:4,6,7 55:2,19 56:3 57:3 60:6 61:17, 23,24 63:21 139:21,25 170:18 173:11 175:2, 21 177:10,11,17

**necessarily** 71:24,25

**needed** 50:7 78:13 119:11 128:18 137:9 174:6

**negative** 173:11

**nice** 7:2

**Nicely** 52:21

**nonprofit** 109:14,19 111:1,3,7,13,15 114:10,17 120:13,15, 22

**not-for-profit** 111:24 115:17,19,25 116:3,6 119:23

**notary** 5:11,12,16,22 6:24 8:18

**note** 89:17 92:14

**notes** 87:22 145:23,25 157:17 177:24 178:9

**notice** 66:24 85:3

**noticed** 120:1

**notices** 85:5

**notif--** 65:9

**notified** 65:1,10 76:22 133:18 182:1

**notify** 30:22

**November** 151:15 183:14 184:7

**number** 4:13 9:20 75:23 85:6 87:18 105:4 112:21 113:6,7,9 125:9,10,11 130:12,13 140:25 141:12 152:16 155:17 162:21,23 163:4,9 164:11,22 166:2,11,15,22 167:2, 4,23,24 168:1,2,17,23 173:7 176:1

**numbers** 91:19 152:19 170:25

**O**

**O-L-V-E-S-T-O-N** 16:25

**Oakadia** 113:2

**oath** 5:16,23 6:24 10:19,20,24 11:3,13

**objection** 8:6

**objections** 7:18 8:2,5

**obligations** 156:11 157:6

**obtain** 13:18 14:5 16:1 18:8 24:21 34:20

**obtained** 14:17 58:9 59:24 88:5 140:7,9

**occurred** 107:12 164:19

**occurrence** 129:16

**October** 134:18 181:13 182:9 183:10, 12 184:7

**off-island** 123:25 124:7

**offense** 11:12

**offenses** 11:8

**offer** 88:19 90:2,3

**office** 4:17 36:13 38:14,15,22,23 39:8 41:7 51:13 53:9,11,23 58:3 98:6 99:6,13,14 117:17 118:1 135:24 138:24 139:12,14 140:4 161:17 177:9 179:7

**Officers** 108:6

**offices** 70:1 117:16

**official** 45:5 92:21 93:1 120:10,11 181:9

**officials** 79:20

**Ol-ves-ton** 108:13

**Olveston** 16:18,19,25 17:2 108:11 135:25 149:11 150:19 151:6

**on-site** 50:18

**one-page** 33:18,23 92:1

**ongoing** 50:8

**online** 19:11,18 23:22 47:22 105:16 108:5 146:16 184:25 185:7

**open** 55:13 169:1

**open-ended** 74:12

**opened** 54:13 117:17

**opening** 47:23

**operate** 15:25 36:19 37:6 38:13,15 40:6 67:23 68:3 123:25 124:7 125:6 140:3

**operated** 38:11 107:8 114:9,18,22 115:2

**operating** 37:2 39:20 66:24 101:17 114:11 118:5 151:7

**operation** 89:25

**operational** 185:5

**operations** 36:3,4,10,

12 51:2 100:19,21,24, 25 101:10,13 102:3 104:19,24 115:4 184:10,16

**opportunities** 18:21, 23,24

**opportunity** 10:7,13 19:23 88:20 90:4 107:20

**opposing** 4:17,20 10:14

**option** 19:17

**options** 183:19

**order** 15:24 20:22,24 24:10 26:7,13,19 27:5 28:13,15 29:5,9 33:10, 25 34:20 56:21,22 79:24 81:11 85:19 90:6 91:2 94:1 104:13 112:2 121:12 168:20,22

**orders** 53:16,18 169:17

**organization** 24:19 28:7 31:12 65:25 111:15 126:23 131:17

**Orien** 9:9 84:3 99:18

**orientation** 41:20 42:11,20 43:8 48:9 105:16

**orientations** 101:15

**origin** 126:15

**original** 34:10 105:11

**originally** 27:9,12 59:12 85:15

**originator** 58:24

**orthographical** 7:20

**Ortiz** 45:20,22 46:2,22 47:2,4 48:2,7,21 57:11, 15 64:15 65:19 69:23, 25 99:2 102:10,14,16, 21 103:4,8,15,19 160:8 182:16,19

**Osteopathic** 25:8 30:10

**OT** 135:25

**outcome** 77:24

**outstanding** 178:18

**oversaw** 51:5

**overseas** 13:12

**oversee** 36:7,9 49:8, 17,18 68:25

**overseeing** 36:2,4 51:2 65:14

**overseen** 49:6

**owe** 178:18,20 179:21

**owed** 64:7 170:7 178:20 179:2,18

**Owing** 123:23

**owners** 99:22

**o'clock** 94:13

---

**P**

---

**P-R-O-C-E-E-D-I-N-G-S** 4:3

**p.m.** 62:22 96:1,3 140:22,23 178:5,6 186:11,20

**pageant** 71:11

**pages** 88:9,12,17 89:1 110:2 114:15 115:15 116:16 127:24 141:3 157:24 159:7

**paid** 40:24 53:22 157:7 164:11 179:17

**PALMORES** 82:24

**Paola** 176:9

**papers** 87:5 96:18 105:5 130:15 141:13 162:24 163:5,10

**pardon** 10:9 27:11 34:4

**part** 17:20 22:7 23:4 29:13 34:16 70:16 89:23 128:19 165:14, 16 167:11 172:7

**participants** 75:24

**parties** 7:12,15,21 8:1 10:14 85:17

**parts** 21:10,11,14 22:8, 17

**party** 7:9

**pass** 21:11

**passed** 21:14

**passing** 69:17

**past** 34:18 77:20 148:2

**pathway** 21:7

**patients** 23:2,5

**Paulsen** 4:22,23 8:9, 11 82:19 83:7,9 84:8, 10 86:4,25 89:8,10 94:12,17,20 95:1,3,6 141:8 177:21,22 178:1 179:9,11,25 180:7,12, 16,20 186:7,14

**pay** 33:14 40:25 53:1, 23 167:9

**pay--** 59:23

**payment** 51:22 53:2 56:1,19 167:22 168:16, 25 169:1,20 170:23 172:6,18 173:21 174:14,15,23

**payments** 40:23 53:11,14,19 55:20,21 56:16,23 57:1 58:3 139:18 163:6,12 165:2, 9,12,20 167:21 170:11, 17,24 176:19,20 177:4, 7

**Paypal** 56:8

**pays** 56:7

**pen** 121:11

**penalized** 135:15

**people** 75:25 143:1 152:3

**percent** 24:12

**perfect** 20:14 62:17

**period** 60:18 134:14, 20

**periodic** 133:23 134:13,25 135:12

**periods** 28:1

**perjury** 11:10

**permission** 15:25 33:24 90:17 136:23

**permits** 123:24

**permitted** 21:15 22:1 24:2 74:11 153:3 185:15

**person** 46:24 65:5,7,9 79:12 88:25 89:6,13 93:5 98:25 116:22 128:3 148:1

**personal** 109:3,4 117:24 145:6,8 181:8, 20

**personally** 16:8 57:20 59:18 64:1 89:3

**personnel** 146:8

**persons** 142:25 146:9 152:18

**Peña** 4:7 143:17 157:11 164:6,13,22 165:25 166:1

**Peña's** 164:20

**phase** 18:11,19 19:2 71:14

**Phd** 128:10,11,13 154:21 155:16

**Philadelphia** 13:19

**Philosophy** 128:14

**phone** 46:25 47:1 75:1, 20 181:1,7

**physical** 99:8

**physically** 17:25 66:17 74:4 81:1

**physiology** 107:25 108:4 129:8,9

**piece** 70:11

**pieces** 48:18 88:11 121:14

**place** 16:24 36:15 41:13 48:8 105:11,15 120:6,7 137:2,22 138:3,8,13 139:7

**placeholder** 114:13

**places** 36:11,17,19 37:2 38:10 89:16

**plaintiff** 164:6 169:15 178:13

**plaintiffs** 4:8,19 7:7 141:17 163:2,7,13 178:11,19 179:10

**Plaintiff's** 84:1

**plan** 148:10 184:21,22

**plot** 17:14

**point** 46:21 60:9 78:25 79:23 80:8 91:19 171:19 182:11 183:18

**points** 42:15,17 91:20

**policy** 157:9

**portal** 23:22

**portion** 18:6,12 19:10 60:20 73:12,13

**portions** 128:24

**position** 35:11,14,15 103:5 106:22,23 118:11

**positions** 21:23

**possess** 87:15

**possessed** 105:18

**possession** 87:6 96:19 102:11 105:6 130:16 141:14 162:24 163:5,10

**possibly** 32:2

**post** 53:9

**PR** 159:10 160:10

**practice** 20:23,25 21:3 22:9 185:15

**preceded** 131:23

**preferred** 107:15

**preliminary** 9:1 83:8

**prep** 38:19

**preparation** 13:5,7,8 105:17

**prepare** 89:1 108:21

**prepared** 89:6 132:25 159:22 160:7,9,20 169:22 173:16 176:10

**preparing** 160:10

**present** 19:19 21:17 35:22 36:24 37:3 74:23 75:6

**presentations** 57:16

**presently** 30:13 103:9 139:25 185:20

**prettier** 142:15

**pretty** 91:23 159:1,3 182:21

**previous** 151:1

**price** 149:9

**principal** 120:6,7,11, 18 135:17,18,24 137:2, 22 138:2,8,13,24 139:7

**print** 97:3

**printed** 53:25 149:24

**printing** 140:13

**prior** 40:11,19 119:9 132:21 133:25 134:21 139:21 162:11

**private** 145:23,25

**privilege** 8:3,7

**problem** 62:9,12 172:23

**Procedure** 7:11

**procedures** 93:19,25 94:9

**proceed** 5:23 8:5,13 19:9 133:11 141:21 164:4

**proceeding** 186:21

**proceedings** 6:7

**proceeds** 60:5 64:2 171:4 173:21 174:14, 23 177:4

**process** 23:16,18,19 24:4,8 59:14 60:9 63:3 64:10 91:24

**processed** 55:21,22 148:18

**processes** 56:10

**produce** 88:1

**produced** 7:13 89:10 105:3 141:2 180:25

**producing** 179:15

**production** 85:25 86:5,14 96:15 105:4 130:14 141:12 162:19, 21

**professional** 33:1 150:25

**professionals** 32:5 123:5,13

**Professions** 33:5

**professor** 106:14 107:22 128:6 129:5

**program** 56:9 65:10, 24 66:3 91:18 122:5 128:14 145:11 147:20, 21,22 150:23,24,25 151:1,3 165:19

**programs** 73:9

**projects** 110:20

**promising** 11:5

**pronounce** 5:7 16:19, 23 108:11

**proper** 13:1

**properly** 78:5

**propose** 111:8

**Prosper** 176:9

**provide** 52:4 94:6 109:11,18

**provided** 73:11 92:10 93:16

**providing** 92:23 93:9 127:3 184:19

**public** 5:22 8:18 68:9 145:13,14,16 155:14

**Puerto** 4:12,16 5:22 37:7,8 38:6 43:10,11 45:8,9 46:4 47:19,20, 24 49:1 50:10 52:25 53:9 57:5,8,12,17,21, 22 58:4,8,9 62:22 63:24,25 64:16,23 65:15,24,25 66:4,16 68:24,25 69:5,17 70:18,19 71:16 74:10 76:17 96:4,21 97:6,10, 14,19 98:20 100:24 101:25 102:3,22 104:11,14,20,24 106:21 107:5,11,15 140:23 141:18 143:10, 13 144:21 145:24 149:14,20 151:12 160:14 162:9 163:3,8, 14 174:20 178:5 182:20 184:10 186:11

**purpose** 20:15 67:7 99:25 104:8 121:8 122:12 127:3,10 132:3, 8,11

**purposes** 9:2 110:12 179:4 180:5

**pursuant** 7:10

**pursue** 128:13

**put** 15:23 19:11 28:8 71:12

**puts** 96:9 142:10 168:11 172:23

— Q —

**qualified** 88:19

**qualify** 89:17

**quality** 91:20

**question** 8:8 12:3,5, 12,14,15 16:21 17:10

30:25 41:4 49:16 55:24 62:10 64:4 65:8 66:21 67:16 78:22 80:7 90:10 115:23 137:25 141:23 148:10 157:14 166:9

**questioning** 79:21

**questions** 9:1 10:14 11:23 74:3 78:1 177:25 186:5,6,7

**quick** 70:2 175:8 176:18,24

**Quickbooks** 56:11,13, 14 164:24,25 165:12, 14,17 166:3 168:9 170:14 172:15

**quicker** 144:8

**quirk** 172:15

— R —

**race** 147:5,8

**raise** 6:1,12 7:18 8:4

**raises** 6:3,14

**ran** 38:19

**ranked** 21:24

**Raquel** 5:5 6:4 85:6 88:23 93:22 98:2 103:24 110:1,2,9 122:17 125:17,23 126:21 127:6,8 132:6,9 136:19 138:20 147:12 150:3 153:18 156:23 161:9,24 166:7 167:13 171:17 186:19

**rate** 159:25 160:5

**reach** 48:24 179:14 180:3

**read** 25:11 31:12 73:12 105:13 136:20 153:23 156:20

**reading** 83:20,22 102:20

**ready** 71:13

**reason** 100:20 114:18

117:3,25 125:5 173:16 175:9 179:15

**reasons** 107:19

**reassure** 77:8,16,17

**recall** 38:22 41:9 43:10 44:2,4 48:13 57:25 58:1,7,11 59:11,20 60:3 66:14,22 68:1,24 69:3,11 74:19 75:25 77:25 78:11,18 79:12,15,18 83:20 85:10 88:21,25 100:6 123:10 126:11 132:18 136:17 143:13 147:18 152:5 182:3 183:12,22

**recalls** 184:4

**receipt** 94:8 169:17

**receive** 21:12 51:22 55:25 56:23 63:15 133:3 139:17,25 165:2 182:2 185:3

**received** 53:1 54:2 55:15 56:1 60:3 61:20 63:20 66:23 141:16 163:7,13 165:20 171:6 174:15 175:1 176:19,20 177:4,5,8 178:22 179:6

**receiving** 40:24 52:22 56:19 59:20,22 85:19 126:8,10 165:9 185:7

**recent** 98:17

**recently** 28:18,19 30:2,3 98:16 140:10

**recess** 62:11,19 63:3 82:25 95:8 140:17 177:21 178:2,8

**recognize** 83:16 84:5 85:8 86:7,16 87:19 96:12 101:24 102:1 104:2 108:19 124:13 141:24 159:10

**recognized** 83:17

**recollect** 17:18

**recollection** 73:21,22 77:6

**recommendation** 21:21

**reconstruction** 136:9

**record** 5:8 6:2,7 7:5 8:5 11:4 13:2 62:22 95:7 96:3 140:22 142:17 162:22 165:20 178:4,9,10

**recorded** 12:19

**records** 68:19 87:5 96:18 105:5 130:15 141:14 158:13 162:24 163:5,10

**recruited** 17:19

**recruiting** 16:14 17:17 50:20,23 57:12

**redundant** 42:3,5 43:4 144:5 147:6

**refer** 147:7 167:3 168:18 170:11

**reference** 63:4 96:17 99:7,19 100:5 110:15 124:2 149:11 151:5 153:7,21 154:4 155:19,24 156:5

**referenced** 67:10

**referred** 60:24

**referring** 43:21,24 51:17 58:23 61:9 77:12 93:2 94:9 107:4 108:8 111:3 124:19,21 128:22 129:24 134:20 144:13,16 145:3 151:21 153:9 156:18 162:6 166:23 184:23

**refers** 150:24 151:18 167:25 170:7

**reflect** 5:18 7:5 100:12 127:14 157:12 169:23 172:4

**reflects** 87:7 96:20 97:9 105:7 120:2 125:19 130:17 141:15 163:1,6,12,22 175:7 176:19

**reformulate** 12:5

**refresh** 73:13,14,22

**refund** 60:19 61:22 64:8 165:22 171:23 172:7,11 174:2 176:4

**refunds** 176:14

**regard** 31:25

**region** 29:20

**register** 132:14

**registered** 106:12 113:10 137:1

**registrar** 91:20 142:23

**registrars** 143:6

**registration** 73:6 100:8 124:18

**registrations** 163:2

**registry** 104:14

**regular** 172:22

**regulations** 150:12 151:14 155:18

**reinstate** 100:9

**related** 50:13 73:5 94:2 102:3 157:11 163:2

**release** 73:6

**religious** 110:20

**remain** 116:21

**remainder** 172:19

**remember** 12:18 19:5 27:4 40:21 41:10,12,23 42:13,22 45:12,15,24 57:7,10,18 58:2 59:13 61:12 70:25 71:5 72:21 73:14,16,19 74:14 76:2,25 77:3 78:5 85:19 86:3 115:7 116:11 118:17 136:8 157:15 161:2 168:13,15 181:2 182:22

**remind** 12:23 174:10

**remote** 185:1

**renew** 133:19

**renewed** 134:22

**rented** 45:10 48:8,12 68:9

**repeat** 12:15 31:16,22 163:20

**repeats** 176:17

**repetitive** 159:3

**rephrase** 12:15 41:3 65:8 66:21 67:16

**replace** 70:12

**reply** 82:18

**report** 111:24 112:10,13 115:18,19 116:1,4,7 117:4 119:23,25 126:1,4 129:2 133:10,23,24 134:13,25 135:12 180:9,13

**reported** 126:12,14

**reporter** 5:2,4,17,24,25 6:1,3,10 82:22 96:8 110:3 127:11 141:4

**reporting** 126:7

**reports** 73:9 116:17 117:1 127:25 133:15,21

**represent** 4:23 183:17

**representation** 183:20

**representations** 84:14 154:6

**representative** 84:11

**Republic** 46:16,18 47:6

**request** 27:19 74:15,16 85:20 86:4,13 87:4 96:8,14 105:3 130:13 141:12 162:20 179:5,8

**requested** 80:24 85:16,25 174:4

**requesting** 27:16,23 66:15 67:21 68:2 72:23 73:17,23

DEPOSITION OF   CARLA KONYK

Index: Requests-search

**Requests** 162:19

**require** 85:11

**required** 20:20 28:3 29:18 30:8 66:12 79:23 80:8 82:9 91:9 112:13 113:12 148:1 150:13

**requirement** 29:2 67:15 80:21,22,24

**requirements** 26:6 27:5,22 28:12,14,17,21 66:5 87:11 90:8 91:2 100:22 125:7 148:8

**requires** 112:15

**reservation** 179:16

**reserve** 157:7

**reserved** 8:2

**residence** 47:22

**residencies** 22:8

**residency** 20:24 21:2, 19,23 22:1 25:25 73:9 94:5

**resident** 102:21

**resign** 103:4

**resigned** 102:24,25 103:1,5,6

**resolution** 104:6,9 136:14,17,22 138:1,2

**resolutions** 100:6,7

**responded** 141:19

**response** 86:4,13,15 105:3 130:13 141:11

**Responses** 96:14

**rest** 64:8 144:8 148:3

**restate** 8:23 40:1

**Restoration** 100:8

**restore** 100:10

**resulted** 129:17

**results** 183:23

**retains** 156:9

**retrieved** 96:25

**return** 112:2,15

**review** 7:17 83:15 84:21 105:17 109:16 127:4,9

**reviewed** 84:17 86:19, 21 157:24 158:18,21 160:23 162:11 163:21 169:13

**reviewing** 178:8

**Rican** 182:20

**Rico** 4:12,16 5:22 37:7, 8 38:6 43:10,11 45:8,9 46:4 47:19,20,24 49:1 50:10 52:25 53:9 57:5, 8,13,17,21,22 58:4,8,9 62:22 63:25 64:16,23 65:15,25 66:1,4,16 68:25 69:1,6,18 70:18, 19 71:16 74:10 76:17 96:4,21 97:6,11,14,19 98:20 100:25 101:25 102:4,22 104:11,14,20, 24 106:21 107:5,11,15 140:23 141:18 143:10, 13 144:21 145:24 149:14,21 151:12 160:14 162:9 163:3,8, 14 174:20 178:5 184:10 186:11

**Ridge** 39:15 40:3 98:8

**right-hand** 134:16

**rights** 179:17

**ring** 37:24 39:4 42:15

**Rivera** 4:5,19 5:1,6,10, 13,14,15,20,21 6:5,11, 16,22,23,25 7:2,4 8:12, 21 62:5,15,18,21 63:1 82:16 83:2,6,10,13 85:2,7 86:10,12 88:21, 24 93:22,23 94:12,18, 21 95:2,4 96:2,11 98:1, 3 103:24 104:1 110:8, 11 122:16,18 125:15, 18,22,24 126:20,22 127:9,13 132:5,10 136:19,21 138:20,22 140:21 141:10 147:11,

13 150:3,4 153:15,20 156:23 157:1 161:9,12, 24 162:1,17 166:6,10 167:13,18 171:16 172:13 177:20,23 178:4,7 179:8,14 180:2,11,15,18,22 186:4,9,15,18

**Road** 39:1 40:5,8 98:10 99:11 125:20 135:20, 22 138:25

**Rodríguez** 161:5

**role** 50:25

**room** 75:3 174:6

**roughly** 18:6

**rule** 28:24,25 33:21 66:9,10 67:9 81:3,4 100:23

**rules** 7:11 67:8 150:12

**run** 111:8

**Ríos** 4:19

—————

**S**

—————

**safe** 19:12 113:23

**safer** 19:17

**Sainvil** 106:13 107:21 129:3

**San** 47:25

**satellite** 66:24

**scenario** 67:17

**schedule** 24:3 49:8 148:23 158:7 159:13, 17,22 160:11 161:15, 21 162:5,10 169:10 170:11 175:16

**scheduling** 49:7,10 50:2,3 52:9

**school** 13:14 15:2,9, 13,18,21,25 16:14 17:21 21:5,6,9 23:25 24:20,24 26:7,12 27:15,16,24 33:10,12, 24 34:21 46:17 47:6

48:17 52:2 64:23 67:14,23 68:25 72:8 73:11,25 81:24 82:1,2, 6 87:7 91:7,11,16,21, 22 92:16 96:21 97:19 99:8 105:9,20 107:4 110:25 120:25 121:3 123:17 124:5 128:23 130:19,22 141:16,18 144:10,12,25 145:3 148:14 153:11,21 154:1,2,10 155:22 156:2,17 157:8,18 158:1,12 163:1,3,8,14 178:12,19 179:23

**schools** 14:22 15:10 24:18 25:13 26:19,22, 23,24,25 27:1,7 28:6,9, 11 29:3,6,8,18,19,25 30:15,17 31:3,6 32:5 66:12 71:12 82:15 87:9,23 89:17 107:16 144:16 183:2

**school's** 152:22

**science** 4:9 15:3 18:6, 12 19:10 20:18,19 22:12,23 68:15 70:14, 16 71:13 74:13 78:4,9, 14 80:2 81:1 84:3 92:21 106:2 108:1 116:19 128:24 144:11 145:4 154:21 155:2,14 159:9 161:16

**sciences** 67:13,19 78:7,21,23 79:2,4,6,8 80:14 81:10,12,13 123:7

**scientific** 109:20 110:20 128:19,21

**scores** 73:7

**screen** 110:4 142:9 175:24 176:18

**screenshot** 142:6

**scroll** 88:2 161:24

**seal** 91:21 120:25 121:3,5,18

**search** 32:13

**Searching** 45:19

**secondary** 23:4

**Secretary** 112:13 124:17 132:13

**section** 110:16 132:7 143:24 144:3,6,9,13, 18,19 145:7 147:4,7,21 148:9,15,16 152:10,13 153:7,8,15,18 154:6,8, 15 155:18 156:4,18 159:6

**sections** 20:18 148:3 158:21 163:20

**Security** 152:16,18 166:15

**seeking** 63:14 64:1,3 73:4 151:2

**seize** 184:16

**seized** 104:19

**select** 31:15

**selection** 147:15

**semester** 160:1,2,6 173:19

**semesters** 164:12

**seminar-type** 41:18

**seminars** 42:10,20 43:8 101:14 115:5

**send** 27:15 53:2,7,10 58:3,6 60:1,19 73:18, 24 82:17,20 173:13

**sending** 53:19 79:19

**sense** 10:18 40:17 60:4 137:4,5 172:12,14

**sentence** 12:7 151:17

**September** 72:22 73:2,23 74:22 88:14 92:6 119:25 131:6 149:5,8,17,18 159:18, 19,25 162:7 171:4,14 173:4,10 175:22 176:2 181:2,7

**serve** 87:1

**served** 86:19

**service** 94:2,5 165:14

**services** 73:4 79:25 90:3 94:6 186:3

**SESSION** 96:1

**set** 16:15,17,24 17:1,7, 11,16,23 48:2 166:19

**settle** 180:8,9

**Sheraton** 42:15

**She's** 75:10

**shifted** 184:25

**shipping** 172:1

**short** 15:5 38:20 55:14

**shouldn't** 172:19 174:10

**show** 20:17 83:23 86:10 88:11,18 160:20

**showed** 86:7 105:12

**showing** 141:5

**sic** 167:17 175:8

**side** 143:12

**sign** 33:13 73:17 150:14

**signature** 65:12,13 91:20 113:20 149:25

**signatures** 7:22

**signed** 16:5,8,9 34:5 48:20 64:19 65:6,9 97:18 104:18 116:22 129:20 150:16 161:4,5, 22 162:2 175:17

**signing** 128:3

**similar** 122:10,12 126:3 145:18,20 169:12

**simply** 45:17 61:4 117:4

**single** 9:6

**sir** 17:6

**site** 146:19

**sites** 37:9 105:15 107:8 151:7

**situation** 181:12

**skills** 22:12,23 72:2

**slide** 88:10

**slower** 132:8

**small** 142:3 153:23 156:21 166:4

**Social** 152:15,18 166:13,15

**software** 56:8,9,15 142:5,12,16 144:14 158:8,19 159:7 164:23 165:1,19 166:19

**solely** 29:14

**solemnly** 6:5,16

**sons** 69:6,7

**sort** 23:2 25:22 26:11 60:25 71:11 75:21 77:22 180:25 183:20

**sought** 183:16

**sound** 12:19

**sounds** 108:17

**source** 170:16

**Sourdough** 9:18 136:25 137:13

**South** 9:18

**Southeast** 58:13,14, 18 59:15 60:23 177:10

**space** 45:10 68:9

**Spanish** 102:15

**speak** 20:3 48:3 57:21 182:16

**speaks** 157:5

**specialized** 13:11,17

**specific** 29:9 110:12 128:9 146:23 147:1

**specifically** 36:11 41:24 85:21 109:10 110:24

**specifies** 170:4

**spent** 170:6

**spoke** 77:2 103:14

**spoken** 103:19

**sponsor** 87:22 89:17 185:21

**spouse** 9:8 99:20

**staff** 36:15 50:11,12

**stage** 122:9

**stalled** 180:25

**stand** 14:12 29:21

**Standard** 4:16 96:4 140:23

**stands** 25:18 145:13

**start** 5:24 14:25 16:13 22:1 48:13 74:24 140:24 151:11 163:18

**started** 13:22 15:8 17:17 35:10,12 44:20 48:16,17 57:5 77:2 139:4 160:10 184:19

**starting** 29:3 48:17

**starts** 141:3,24 167:21

**state** 6:2,13 8:22 82:11 97:6,22,23 98:12,13,21 105:23 109:9 110:24 112:13 124:17 127:2, 19 132:2,11,13 134:14 162:22

**stated** 59:25 80:23

**statement** 74:12 114:1 115:9 117:7 132:18 133:6,15 135:4,23 164:18 169:3,8 172:21 175:6

**states** 4:11 20:4,8,12, 22 24:20,25 25:14 51:3 63:8,11 67:24 68:4 76:20 79:22 88:14 92:8,24 101:1,11 109:17 117:12 129:15 133:25 135:3 138:2 144:24 155:25 156:9

DEPOSITION OF   CARLA KONYK

**stating** 66:23 111:6 124:6

**statistics** 128:17

**status** 9:5 73:8 112:3, 14,18 143:22 175:16

**stay** 107:18 119:11

**step** 22:12,14,15,17, 18,22,23,24 44:9 59:23 71:22 72:1

**Steps** 22:4 46:5,6,8

**stipulate** 7:12,16,21 8:1

**stipulated** 7:9

**stipulations** 5:19 7:5 8:10

**stop** 69:20

**stopped** 101:4,5

**street** 39:3,15,18 40:2, 10,13,15,18 75:2 98:4, 8 161:18

**structure** 96:20 105:8

**structuring** 130:18

**student** 19:22,23 23:10,11,15,20 26:7 52:7 53:22 59:1 60:11, 13 61:8,25 64:19 78:22 79:24 80:1 81:7,14 91:1,9,12 142:11,17 143:12,23 144:7 145:6, 8 146:14,15,21,22 147:1,5,8,20 148:4,20, 25 149:24,25 150:13, 16 151:12 152:11 154:14 156:10 158:14, 20 161:15 162:10 163:21 164:7,11,13 165:23 166:24 169:21, 22 170:1,3,5 171:24 173:1,14 174:2 176:13 178:17 185:21

**students** 16:14 17:16, 17,19,20,24 18:3,21 19:9 21:17 22:20 24:5, 7,11 26:1,13 29:7,10 40:24 46:11,13,23 47:5 48:10 49:12,14 50:10,

11,12,15,17,20,24 51:9,11 52:10 53:1,10 57:8,12 58:7 63:14,15, 25 64:5,22 66:16 67:18 68:14 70:7,17 71:2,12 72:24 73:4,17,24 74:7, 8,16 75:22 76:4,9,11, 12,15,16,19,21,23 77:5,9,12 78:3,13,19 79:1,3,5,19 80:3,9,14, 16,18,25 81:5,18 89:18 90:3 91:4 92:9,15 93:18,24 106:9 107:15 114:6 115:6 118:15 126:18 128:13 142:20 149:3,19 152:10,23,24 154:13 160:12 163:23 177:11 179:1,2 181:11 182:8,12,20 183:2 184:25 185:3,7,9,11

**student's** 81:25 91:17,23 122:13 143:12 156:10 164:10 166:13,15

**studied** 13:12,23 78:20

**studies** 123:8 128:8

**study** 13:25 70:12 152:25

**studying** 67:18

**stuff** 83:8

**subject** 93:19,25

**subjected** 66:4

**subjects** 70:13

**submit** 73:10 90:20 91:4

**submitted** 88:22 90:16

**successfully** 21:11

**sudden** 159:8

**suffering** 11:19

**suggested** 47:16

**suggestion** 47:17

**suitable** 29:17

**Sujeil** 4:7 143:16,18,23

157:11 164:6 165:25 166:1 170:19

**sum** 170:20 176:13

**summarize** 13:6 77:4 127:22

**summarized** 52:20

**summary** 115:23 140:6

**summer** 45:25 57:24

**supervising** 49:19

**supplies** 50:8,9 174:7

**Support** 94:6

**surgery** 14:14 154:24 155:5,10,11

**swear** 6:6,17

**sworn** 6:22 8:18

**system** 21:19 25:25 142:11

---

**T**

---

**table** 62:10 70:7,9 171:17

**takes** 23:15 172:23

**taking** 4:6 8:13 10:20, 23 11:2,3 12:2 19:9 46:22 51:16 66:17 68:15 70:17,19 80:25 85:4 96:5 114:6 118:16

**talk** 90:24

**talking** 15:15 31:17 51:22,25 52:1 60:22 75:15 80:13 151:7 165:8

**talks** 63:5 147:5

**Tampa** 37:15,16 38:2 41:22 52:24 74:9 76:17 101:1,6 144:21 149:20 184:16

**task** 57:12 65:18

**tasks** 49:24 50:12

**taught** 67:13 129:8

**tax** 112:1,15 113:8,11, 13,14,16

**tax-exempt** 112:3

**teach** 107:24 108:4 128:7,9

**teaches** 128:16

**Tech** 4:9

**technical** 52:4 75:11

**technically** 175:25 177:14

**Technology** 15:4 84:3 92:22 106:2 116:19 144:12 145:5 159:9 161:16

**Tecum** 85:4

**telephone** 9:20 74:20, 23 77:5 78:12,18 79:19

**telephonic** 74:18

**telling** 9:13 77:25

**ten** 163:23

**tenants** 45:17

**Tennessee** 58:16

**term** 11:10 19:25 24:14 25:10 49:1

**terms** 10:6 32:10 151:23

**territory** 123:17,20,21

**test** 21:14

**testify** 181:20

**testimonial** 10:17

**testimony** 11:17,20

**Texas** 37:23 38:3 101:3,4 144:20

**that's** 11:12,14 14:14 15:5,19 16:7,12 17:16 18:14,16 20:14,20 22:14 24:3,5,6 27:8,21 29:24 30:23 32:12 33:8 35:24 39:9,16 40:12 41:15,20 43:4,13 45:2 46:17 48:15 53:24 54:12 55:3 56:9 61:19

62:1 63:12,23 67:25 69:7 75:19 80:5 81:17 82:14 83:12 87:8 89:12 91:14 92:13 94:15,17 98:22 99:7,19 101:8, 10,16 104:12,18 105:22 108:10,11,12 115:1 116:9 117:6,10 119:17 120:5 121:15 122:5 123:10 124:20 125:9,11,25 126:6 127:11 129:5,20 130:14 134:20 137:16 139:11,17 143:16 145:1 147:8,19 148:19 149:3 151:3 153:1,21 157:21 166:2,4,23 167:5,17 168:17,22 169:6,12,24 172:11 173:3,25 175:8,12 176:9 177:17 179:21 180:11 183:7 184:10

**There're** 35:2

**there's** 12:11 26:24 29:2 34:19 62:9 80:23 88:10 92:14 103:22 107:10,13 112:21 113:19 114:3 121:10 128:3 130:22 131:11 144:19 147:4 159:8,23 166:19 167:22 168:23 169:16 170:24 171:3, 13 173:6,20 178:11

**thesis** 128:18

**They'd** 153:2

**they're** 21:15,22 22:1 24:2 25:22 32:8 58:4 63:10 65:1 71:13 82:6 93:1 94:9 151:2 179:18

**thing** 23:3 94:10 114:15 123:11 158:18 182:13

**things** 26:17 128:16 172:23

**thinking** 90:25 137:8

**thousand** 17:22

**three-part** 22:3,6

**Thursday** 85:13,15

**time** 4:16 15:12 17:22, 24 19:19 22:20 26:15 27:8,14 28:1,20 35:23 36:24 37:4 38:20 39:11,12 41:11 46:21 55:14 57:9 62:23 64:21 65:21 68:20 69:2 71:21 72:11 75:7 76:23 81:18 94:13,22 96:4 97:17 101:5,9 103:14 104:16 106:8,25 108:24,25 109:14 114:7,22 115:2, 3 117:16 118:2,4,15,18 119:12 120:18 133:10, 18 135:13 140:23 143:2,7 151:8 152:2,5 164:2,20 174:11 178:5, 6 183:1 184:7 185:22 186:11,18

**times** 50:4

**timing** 153:6,16

**title** 48:22 107:1,3 116:9

**today** 4:13 6:9 11:15, 17,20 26:18 34:10 37:6 73:3 85:11 140:25 186:16

**told** 58:3

**top** 112:8 134:16 143:19 160:16 161:18

**top-right** 135:7

**Torres** 4:7 5:13,14,20, 21 6:5,11,16,22 7:1,2 143:17 162:2 164:6,14, 20,22 166:1

**total** 167:17,19

**tough** 174:11

**tour** 70:1,4,23 71:3

**trackable** 172:3

**trademark** 120:25 121:1,5,8,12

**training** 72:13,16

**transactions** 164:19 166:19 175:7

**transcribe** 6:7

**transcript** 7:13,17,19, 24 91:7,8,11,16,22 156:10,14,15 157:8,10, 13,18 158:1 178:12,14, 15,17 179:3,20,21 180:5,13

**transcripts** 21:21 156:8,12 157:2 158:12 178:22,25 179:6,10,12

**transfer** 46:12 47:7,8, 13 56:23,25 60:15 183:2,6

**transferable** 81:24 82:4,13

**transferred** 47:18 60:6 173:23

**transferring** 47:15 82:7 179:22

**transfers** 63:19

**transformed** 26:16

**transition** 150:23,24

**transpire** 7:23

**transpires** 62:20 83:1 95:8 140:18 178:3

**trial** 8:3

**trouble** 114:14

**true** 7:24 67:25 68:14 69:5,7 80:5,6 98:22 148:19 164:1 172:16 174:4 177:2

**truth** 6:17,18 11:5,7,13

**tuition** 51:17,18,20,21 52:23 53:2 60:2,14,17 61:21 64:7 126:16,17 139:18,25 149:9 151:12 157:6 159:25 160:5,11 164:10 167:9 169:3,8 170:6 171:21 172:17 173:18 175:6

**tuitions** 163:1 176:14

**Tulp** 4:24 9:9,10 15:15, 16,17 16:5,8 43:21 44:22,25 45:4 47:2 48:25 52:15 55:1,7 65:6,11 66:22 67:2

69:6 71:18 72:23,25 74:15 75:8,17 84:4 86:15 93:6,8,15 99:18 108:7 117:22 118:9 124:2 151:25 161:1 181:10,14 182:5 183:17 184:4

**turning** 182:6

**twenty** 184:8

**two-and-a-half-hour** 174:5

**type** 12:24 24:21 53:14 56:8 90:15 166:23 180:9 182:2

**types** 58:18

---

**U**

---

**uh-huh** 12:25 17:18 34:14 100:15

**undeposited** 168:8,12

**undergraduate** 154:25

**underneath** 166:18

**understand** 10:2,8,15, 20,23 11:2,6 12:3,12 13:8 24:17 26:4 30:25 55:24 64:3 102:14 137:25 157:14 174:11 186:12

**understanding** 11:22, 25 17:5 44:18 48:8 49:18 50:5 52:16 62:24

**understood** 7:23,24 12:25 27:17 145:2

**UNIBE** 46:11,14,15,23 47:7,9

**unintelligible** 25:5 33:17 36:22 59:9 76:10 81:9

**Union** 54:5,8,9,17 55:3 56:3 57:3 61:17,24 63:21 175:3,22 177:18

**United** 4:11 20:4,8,12, 21 24:20,25 25:14 51:2

63:8,10 67:24 68:4 76:20 79:22 92:8 101:1,11 155:25

**Universities** 32:7

**university** 4:8 15:3 84:2 92:21 106:2 116:18 123:25 144:11 145:4 150:13,17 153:11 159:9 161:15

**unpredictable** 19:16

**unsure** 68:23

**unused** 60:20

**updated** 98:10 144:2,3 151:16

**upload** 23:23 148:20

**upstairs** 99:14

**urged** 182:11

**URL** 97:1

**USAT** 4:10,25 15:5,6,8 19:8,23 27:20 29:14 30:6,9,13,22,24 31:4,9, 17,20,25 33:7 34:2,5,9, 19 35:10 37:6 39:10 40:24 41:7 42:17 43:22,23 44:11,14,25 45:5,9,23 46:2,3 47:7, 15,18 48:2,10,22 49:1 54:11,19 55:3,9 56:22 57:4,8,16,22 58:4,9 59:21,25 60:1,15,16 63:20 64:24 65:24 66:3,15,16,24 67:22 68:2 72:24 73:4,24 74:8 76:4,9,11,15,16, 21 77:12,16 78:2,19,25 79:20 81:15 84:3 87:7, 24 88:18 90:5,13,16,19 91:3,24 92:10 93:1,19, 25 96:21 97:13 99:12, 22 101:11,17 102:22 104:7,19 105:8,20 106:8 109:2,10 114:8 115:4,11 117:16,20 118:1 120:11,15 121:17 123:24 124:7,9, 18 130:18 131:8 137:22 138:24 139:18 141:17 143:23 144:12,

19,24 145:2,3,23 146:17 149:4 151:21 153:22 154:18 155:7, 20 156:9 159:7 160:10, 12 163:3,8,14 164:6,21 170:3,6 171:9 174:20 176:6 178:20,21,24 181:9 183:17 184:19 185:11,20

**USAT'S** 67:15,16,17 97:14 102:3 104:23 148:23

**username** 146:15

**USMLE** 19:25 20:2,15 22:5 23:8,15,19 25:24 26:15,20 29:7,10 38:19 46:5 73:6,7 82:10 88:20 89:18 94:3 105:17 153:13 154:4 182:10

**utilize** 79:25 186:3

---

**V**

**validate** 121:9

**validated** 82:5,12

**variety** 110:19

**venue** 68:10 75:21

**verbalize** 12:20,23

**verification** 91:14 157:21

**verify** 64:16 91:4 159:4

**verifying** 90:25

**versus** 4:8 145:21

**viable** 186:2

**video** 12:20

**VIDEOCONFERENC E** 4:1

**Vienna** 177:13

**Virginia** 177:14

**visa** 152:25 153:3

**visit** 69:15

**visited** 69:5,14

**visiting** 69:11

**volcano** 18:18 19:8,15 106:7 123:24 124:1

**Víctor** 4:18 5:14,21

---

**W**

**wait** 6:6 32:17 75:10

**waive** 7:22

**walk** 122:9

**wanted** 47:7,13 53:7 60:11 67:17 77:15,17 88:18 107:18 114:16 136:10 178:10 179:5

**wanting** 46:11 47:8 67:12

**Ward** 39:1 40:5,8 98:10 99:10 125:20 135:19, 22 138:25

**wasn't** 28:10 50:18 52:11 65:17 68:5 93:13 106:23 111:9 130:2 144:14 181:24

**water** 62:8

**ways** 53:19 56:19,20

**WDOMS** 26:19

**wear** 122:2

**webpage** 92:5

**website** 17:19 97:6 101:25 140:7 146:16

**WEDNESDAY** 4:2

**weren't** 181:22 182:15

**West** 123:19

**Westshore** 41:25 42:6,9

**we'll** 5:18 6:24 95:3,4 144:7 186:9

**we're** 4:5 12:2 31:17 35:7 40:14 62:21,23 88:22 95:6 96:2,5,22

119:20 140:24 171:17

**we've** 34:9,17 72:20 154:23 155:11

**WFME** 29:15,21 31:11

**what's** 9:2,5,16,20 13:6 14:10 15:2 20:15 21:15,18 22:4 24:7 26:21 38:21 70:10 88:16 118:11 121:4,11 122:7 135:5 137:13 142:12 145:14 147:7 148:9,24 152:10 154:8, 11,15 164:7 165:21

**Wheat** 39:15 40:2 98:8

**white** 71:7,10,15,20 72:6,12 122:10

**whomever** 152:1

**Who's** 121:19

**wide** 110:19

**wire** 56:23,25

**Withdrawal** 153:8

**withhold** 156:10 157:8

**witnessed** 181:21

**witnesses** 10:17

**woman** 143:3

**words** 10:23 11:2 21:1

**work** 15:10 25:16 36:14 64:11,12 80:9 107:1,3 119:11 120:15

**worked** 15:23 24:11,23 48:1 76:7

**working** 13:13,14 14:22 35:10 143:4 183:8

**works** 21:2 60:9

**world** 21:13 26:18,21 27:2,6,19,24 28:5,7,9, 15 29:6,13,15,22,23 30:21 34:22 82:14 87:9,23 89:12,16 183:25

**worldwide** 26:24

DEPOSITION OF  CARLA KONYK

Index: worries-zoom

**worries**  22:22 41:3

**Worth**  37:19 38:2,3
 42:12 76:17 101:3
 118:21 144:20 149:20
 184:15

**wouldn't**  72:13 79:9
 103:10 152:13 154:20

**would've**  146:18

**Wow**  41:1

**wrap**  163:18 180:23

**write**  74:11 128:18

**written**  98:24

**wrote**  64:8 130:6 146:4

---

### Y

**year**  13:20 18:17 21:17
 22:2 27:13 39:22 40:6,
 11 57:4 89:25 92:11,16
 100:14 133:15 134:21,
 22 140:10 174:19,20
 183:4

**years**  13:16 18:3,5,7,9,
 11 40:19 70:15 72:20
 80:19,20 81:15,20
 89:24 100:16,18
 103:20 112:2 128:23
 139:4

**Youngfield**  39:15,24
 40:2,10,15 75:2 98:8
 135:21 161:18

**you'd**  110:4 168:25

**you'll**  88:3 89:24

**you're**  5:3 6:22 9:6
 11:24 15:14 17:5 25:12
 30:4 37:1 41:1 43:20
 51:21 53:4 60:22 61:9
 68:18 75:14 77:12
 90:17 124:21 126:7
 143:11

**you've**  11:10,22 14:21
 19:18 35:21 132:25

**Yvonne**  118:10

---

### Z

**zoom**  4:15 12:2,13
 75:22 82:19 113:1
 141:5