**EXHIBIT 41**

*In the Matter Of:*

*SUJEIL PEÑA-TORRES vs*

*UNIVERSITY OF SCIENCE*

---

*ORIEN TULP*

*May 25, 2023*

---

DEPOSITION OF  ORIEN TULP

```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO


SUJEIL PEÑA-TORRES; et al. * CIVIL NO.: 19-1707
                           *
      Plaintiffs,          * RACKETEER INFLUENCED AND
                           * CORRUPT ORGANIZATIONS ACT
          v.               * (RICO)
                           *
UNIVERSITY OF SCIENCE, ARTS*
AND TECH a/k/a USAT a/k/a  * FRAUDULENT INDUCEMENT;
MEDICAL COLLEGE OF LONDON  * BREACH OF CONTRACT;
a/k/a MALINA MEDICAL       * UNJUST ENRICHMENT; TORT
COLLEGE a/k/a METROPOLITAN * DAMAGES
INNOVATIVE GROUP, INC.     *
a/k/a USAT MONSERRAT, LLC; * TRIAL BY JURY DEMANDED
et al.,                    *
                           *
      Defendants.          *
---------------------------
The deposition of:


                  ORIEN TULP,


taken on Thursday, May 25, 2023, via videoconference,

starting at 12:05 p.m.
```

APPEARANCES:


ON BEHALF OF THE PLAINTIFFS:
BY:     VÍCTOR RIVERA RÍOS, ESQ.
1420 Ave. Fernández Juncos
San Juan, Puerto Rico  00909
Tel.:  787.727.5710
Email: victorriverarios@rcrtrblaw.com


ON BEHALF OF THE DEFENDANTS:
BY:     CHRIS A. PAULSEN, ESQ.
5705 W. 86th Ave.
Arvada, Colorado  80003
Tel.:  303.429.1076
Email: chris@paulsenlaw.com


NOTARY PUBLIC:
VÍCTOR RIVERA TORRES, ESQ.


REPORTER:
RAQUEL LEÓN
VERBATIM REPORTING, LLC
Tel.:  787.626.5700
Email: scheduling@vr-pr.com


OTHER APPEARANCES:

W. VÁZQUEZ - coplaintiff
LORAIMA ROSADO - coplaintiff
JOFFRE GÓMEZ - coplaintiff

```
                          I-N-D-E-X




DEPONENT:
Orien Tulp


EXAMINATION BY:                                      PAGE
Mr. Rivera........................................10



                        E-X-H-I-B-I-T-S

  NUMBER              DESCRIPTION                     PAGE

 Exh. 11    Agreement to Operate                       16

 Exh. 12    CAAM-HP No Accreditation                   56

 Exh. 13    USAT Complaint to ECFMG                    97

 Exh. 14    ECFMG Motion to Dismiss                   112

 Exh. 15    Transcript of Preliminary Injunction
            Hearing                                   113

 Exh. 16    Opinion Granting Motion to Dismiss        115

 Exh. 17    Order Granting and Denying Motion to
            Dimiss                                    116

 Exh. 18    Answer to Tulp USAT Complaint             117

 Exh. 19    Most Summary Judgment to Dismiss Case     117

 Exh. 20    Opinion Granting Summary Judgment         131

 Exh. 21    Order Granting Summary Judgment           132

 Exh. 22    Third Circuit USCA Mandate Confirming
            Opinion                                   133

 Exh. 23    Photographic Evidence of White Coat
            Ceremony                                  134

 Exh. 24    Brochure                                  138

 Exh. 25    Schedule                                  149
```

DEPOSITION OF  ORIEN TULP

Page 4

E-X-H-I-B-I-T-S (CONT.)

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| Exh. 26 | Letter of Admissions | 150 |
| Exh. 27 | Brochure | 156 |

VIA VIDEOCONFERENCE

THURSDAY, MAY 25, 2023

P-R-O-C-E-E-D-I-N-G-S

---

MR. RIVERA:  All right.  Good afternoon.  Today is May 25th, 2023.  It's 12:05 Atlantic Standard, Puerto Rico time.  It's 10:05 in Colorado.  This is -- we're here for the taking of the deposition of Dr. Orien Tulp in the case of Sujeil Peña Torres and others, plaintiffs, versus University of Science, Arts, and Tech, also known as USAT and others, defendants.  This is a civil case filed before the United States District Court for the District of Puerto Rico, case civil number 19-1707.

Before I continue, I'm going to ask everybody that's appearing in this deposition, which is via Zoom, to please identify themselves.  I'm going to start by myself, counselor Víctor M. Rivera Ríos, on behalf of the plaintiffs.

Opposing counsel, can you identify yourself?

MR. PAULSEN:  Chris Paulsen, on behalf

of University Science, Arts, and Technology, Dr. Orien Tulp, Carla Konyk, and Karen Baldwin.

MR. RIVERA:  Okay.  And I'm going to ask Dr. Tulp to state his name.

THE DEPONENT:  Dr. Orien Tulp.

MR. RIVERA:  And the court reporter, your name?

THE COURT REPORTER:  My name is Raquel León, and I will write it down on my window.

MR. RIVERA:  Okay.  And the notary who is going to take the oath, I'm going to ask him to state his name and then proceed to take the oath of the court reporter and the deponent.

MR. RIVERA TORRES:  Good morning.  My name is Víctor Rivera Torres.  I will be taking the oath of the court reporter and the deponent.

I, Víctor Rivera Torres, duly certified as notary public in Puerto Rico, will proceed to take the oath of the court reporter and the deponent.

To the court reporter, please raise

your hand; state your full name for the record.

THE COURT REPORTER:  (Raises her right hand.) Raquel León.

MR. RIVERA TORRES:  Do you solemnly swear or affirm to record these proceedings and transcribe faithfully and accurately all that is said today in this deposition?

THE COURT REPORTER:  Yes, I do.

MR. RIVERA TORRES:  You are duly sworn.

To the deponent: Deponent, please raise your hand, and state your full name.

THE DEPONENT:  (Raises his right hand.)  Dr. Orien Tulp.

MR. RIVERA TORRES:  Do you solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth in answer to all that will be asked of you during this deposition?

THE DEPONENT:  I do.

MR. RIVERA TORRES:  You are duly sworn.

MR. RIVERA:  All right.

MR. RIVERA TORRES:  May I be excused,

Counselor?

MR. RIVERA:  Thank you, Counselor -- Notary Rivera Torres.  You can excuse yourself.  Thank you.

Okay.  For the record, I'm going to reflect the stipulations reached between the parties.  It will be the same stipulations that were raised, reflected on the record yesterday, on May 24th, during the deposition of Carla Konyk.

The stipulation is that these depositions will be taken pursuant to the Federal Rules of Civil Procedure.  Also in the stipulation is that the deponent will have 30 days to review the transcript of the deposition.  Once received, we will be exchanging the transcript of the deposition via digital copy, as well as the exhibits.

The parties also stipulate that the deponent will waive signature, so it's understood that the deponent will have 30 days to review the transcript, raise any corrections as to the transcript, and if 30 days transpired, it's understood that the transcript is true and correct.

The parties also stipulate that the objections are reserved for trial, except form and privilege.  But the -- you know, any objections that need to be raised -- that Counselor wants to raise at the deposition may be raised, but the deponent will have to answer the objection, so long as it's not a privileged objection.

The parties -- I believe that -- so, Counselor Paulsen, I'm going to use -- the exhibit that I mark today will continue their numbering, so if we reach the -- up to Exhibit 10 yesterday, then any exhibits that I provide today will continue with Exhibit 11 and so on, so forth.  Okay?

MR. PAULSEN:  Yes.

MR. RIVERA:  So now that those stipulations are reflected, I'm going to start with the questions -- preliminary questions.

---

WHEREUPON,

---------------------------------------------------

ORIEN TULP,

---------------------------------------------------

having been duly sworn by a notary public, was

examined and declared as follows:

EXAMINATION

BY MR. RIVERA:

Q.   Witness, can you state your name for the record again?

A.   Dr. Orien Tulp.

Q.   Okay.  Dr. Tulp, just preliminary questions for identification: What's your birthdate?

A.   July 15th, 1936.

Q.   Okay.  Dr. Tulp, what is your current marital status?

A.   I'm married.

Q.   Okay.  And your spouse -- the name of your spouse?

A.   Carla Konyk.

Q.   Okay.  How many children do you have? And without telling me their names, how many children do you have and their ages?

A.   Two.

Q.   Okay.  What's your current residence?

A.   Morrison, Colorado.

Q.   Okay.  What's your phone number?

A.   727-252-6210.

Q.   Your email.

A.   o.tulp@usat.edu.

Q.   Okay.  Mr. Tulp, have you had a prior experience in a deposition before?

A.   Some.  Not a lot.

Q.   And you understand what a deposition is?

A.   Generally, yes.

Q.   And can you explain in your own words what you understand is a deposition?

A.   To answer some questions that you might ask.

Q.   Okay.  You just took an oath, do you understand what taking the oath means?

A.   I didn't hear that.  Could you clarify?

Q.   You just took -- you just took an oath, do you understand what taking the oath means?

A.   Yes.

Q.   Can you explain in your own words what taking the oath means?

A.   Taking the oath means you'll tell the truth.

DEPOSITION OF  ORIEN TULP

Page 12

Q.   Okay.  You understand that if you don't tell the truth under oath, you may be subject to criminal offenses?

A.   I suppose, but I will not do anything that isn't the truth.

Q.   Okay.  But you heard the term perjury, right?

A.   Yeah.

Q.   And that's if you don't state the truth under oath, correct?

A.   I didn't really hear that.  I couldn't understand that.

Q.   That perjury is the offense that's incurred if one tells -- if one states something false under oath.

A.   Okay.

Q.   You understand that, correct?

A.   Yeah.  Uh-huh.

Q.   Dr. Tulp, are you taking any medications that might affect your testimony today?

A.   I don't think so, but I do have medication at work.

Q.   And what medication --

A.   I have a spinal injury.

Q.   Okay.

A.   So if I'm (unintelligible) around in my seat, it's not because of you, it's because I can't sit still very well.  From a car accident.

Q.   Do you think that medication affects your testimony or your ability to tell the truth?

A.   Not at all.

Q.   Okay.  Do you have -- suffer any conditions that might affect your testimony today?

A.   I don't think so.

Q.   Okay.  So far you are -- have you been understanding my questions?

A.   Generally, yes.

Q.   Okay.  So if there's any questions that you don't understand, please let me know so I can reformulate the question or rephrase it so that you're able to understand it.  Okay?

A.   Uh-huh.  Okay.

Q.   And if you need -- if you need any moments to take recess, go to the bathroom, have a glass of water, let me know and we'll provide you that moment of recess.  Okay?

A.   Okay.

Q.   I -- you know, if there is a question on the table, I'm going to request that you answer

the question before the recess.  Okay?

A.   I didn't understand that.  Could you repeat that?

Q.   That if there's a question -- that I asked a question and there's still a response to be made, then I'm going to ask you, you know, politely, to answer the question first before we take a recess

A.   Okay.

Q.   Can you give me a brief summary of your academic background or your academic history?

A.   I've been a professor for 50 years.  I also have an extensive military background where I commanded medical units in the US and abroad. I received my professional education at the University of Vermont; has been verified both in the US and in the UK through NARIC, up to and including the PhD.

Q.   When did you obtain the degree?

A.   I didn't hear that.

Q.   When did you obtain the degree?

A.   I didn't hear that.  I didn't understand what you said.  You're looking down.

Q.   When did you obtain the degree of -- from the university?

A.    1974.

Q.    And that was the MD?

A.    PhD from the University of Vermont, College of Medicine.

Q.    Okay.  After you obtained your degrees of -- what's your job experience?

A.    I completed the -- about four years of the postdoctoral, a fellowship at the University of Vermont Medical College and -- where I studied nutrition, endocrinology, and metabolism.  Became a professor after that. I've published over 500 papers in my specialty area and medical journals throughout the world. And during that, I was also in the military throughout the entire time, through the Reserve Components, the National Guard, and the USAR. Served multiple tours in South America.  Medical humanitarian medical tours, over 250 in all. And so, I've had a pretty good, pretty well-rounded background.

Q.    Okay.

      (Whereupon, a brief recess
      transpires.)

BY MR. RIVERA:

Q.    Okay.  Dr. Tulp, when -- can you explain

to me how you first founded USAT?  USAT stands for what exactly? -- before we continue.

A.   USAT stands for the University of Science, Arts, and Technology in Montserrat.

Q.   Okay.  And when did you first create USAT?

A.   September 26, 2003 it was first licensed.

MR. RIVERA:  Okay.  I'm going to ask, Raquel, if you could put the Exhibit 11.

THE DEPONENT:  Could you repeat that?

(Whereupon, Exhibit 11 is marked for identification.)

BY MR. RIVERA:

Q.   I'm going to ask the court reporter to put this exhibit on the screen so you can look at it.

A.   Okay.

Q.   All right.  Exhibit 11 is an eight-page document that was submitted in the -- at some point before the court.  It's Document 55-2.  It was filed on January 2nd, 2021.  Do you recognize the first page?

A.   I do.

Q.   Why do you recognize it?  Dr. Tulp?

A.   Yes.  Yes, I recognize it.

Q.    What is Exhibit 11?

A.    That is the license from the University of Vermont of -- the license for the University of Science, Arts, and Technology from the Government of Montserrat.

Q.    Okay.  This was the agreement that was reached with the Government of Montserrat in order to operate USAT at Montserrat, correct?

A.    That is correct.

Q.    Before we go to the content of this document, can you explain to me what happened prior to reaching this agreement, of how did you approach the Government of Montserrat in order to reach this agreement?

A.    We had been in communication with the Government of Montserrat, they wanted a medical school and they invited us to apply.  We did.  We were looking at various locations, and they came through and offered the strongest -- the strongest license, the best license for our -- from our perspective.  And it's different from licenses from other schools, and it's a full university license.

Q.    Okay.  Who was the name of the -- from -- the individuals, at least from the Government,

that you were in contact with?  If you recall.

A.   Mr. Osborne -- Dr. Osborne, who was the chief minister at the time.

Q.   Okay.

A.   And we'd also coordinated with Montserrat as a London office, and we also coordinated with them.  I first met him at that office.

Q.   Okay.  And we proceed then to -- this is the first page of Exhibit 11.  It's just a cover.  Then, on the second --

A.   That is correct.

Q.   -- the second page is when the agreement starts, correct?

A.   That is correct.

Q.   Okay.  It says that this agreement was reached -- at least signed -- on September 26 of 2003, correct?

A.   That is correct.

Q.   What is the Medical College of London?

A.   The Medical College of London was the original name proposed for the College of Medicine within the university.  The university, as you know, has multiple colleges.  So the medical college is one of them, and that was the original name that was established in the

license for the College of Medicine in USAT.

Q.    And then you -- and the other name, University of Science, Arts, and Technology is it similar to the Medical College in London?

A.    Well, they're different.  The university is the overall university.  "University" by definition has to have multiple colleges, College of Medicine is one of them.

Q.    Okay.  So if we look at the Medical College of London and the University of Science, Arts, and Technology, are those two separate entities?

A.    It's an entity within an entity.

Q.    Say what?

A.    It's an entity within an entity.

Q.    Okay.  So is the Medical College of London an entity within the University of Science and Arts?

A.    Yes.

Q.    Okay.  So you duly incorporated both the Medical College of London and USAT?

A.    That is correct.

Q.    Okay.  When you incorporated these entities, were they -- where did you incorporate them?

A.   They're incorporated in Montserrat.

Q.   Okay.  Did you use any attorneys to assist you in incorporating these companies?

A.   We did.

Q.   What was the name of the attorney?

A.   Attorney Kelsic.

Q.   Kelsic?

A.   K-E-L-S-I-C.

Q.   Okay.  And these were incorporated around that same year of 2003?

A.   That is correct.

Q.   Okay.  All right.  I'm going to just keep scrolling down on this agreement so far and ask questions about each section.  It says in section 2.2 that USAT and Medical College of London will pay the government an annual license fee of 5,000 dollars every 10 years.  What does that mean?

A.   That is the annual fee for the license.

Q.   And that's the license to operate the medical school?

A.   The university.

Q.   The university --

A.   Including the --

Q.   Okay.  So every 10 years USAT has been

paying those 5,000 dollars?

A.   Every year.

Q.   Okay.  So USAT has paid -- if this is 2003 -- around 20 years of each year, 5,000 dollars?

A.   That is correct.

Q.   And is USAT presently still paying the 5,000 dollars?

A.   Yes.

Q.   And then the next one it says that USAT will be exempt from property tax for the first 10 years.

A.   Yes.

Q.   Okay.  And then after that, USAT pays 50 percent of all property taxes on the properties?

A.   That is correct, although we pay the full tax.

Q.   You pay the full tax now?

A.   Yes.  Have -- we have since the beginning.

Q.   Okay.  So yesterday we briefly -- in the deposition of Dr. Konyk, she mentioned that a campus was created in Olveston, if I'm cor-- if I'm not mistaken.

A.   Olveston.  That is correct.  Olveston.

Q.   Okay.  And that campus is made up of nine buildings, approximately.

A.   That is correct.

Q.   Okay.  These nine buildings, how do you -- how are these buildings organized specifically?  Are there --

A.   They're organized --

Q.   Is there a specific purpose for each building?

A.   Each building has a specific purpose; that is correct.  One is a classroom, now a complex.  One is a suite for the president and his family to reside in.  One is a guest suite. One is a teaching clinic.  One is an additional building where we have solar panels installed so we can be eco-friendly.  One is a garage with a laundromat and offices overhead.  And the other building was destroyed by the hurricane in 2017; it's still there, but it needs major repair from the ground up.

Q.   By which hurricane?  Sorry.

A.   I think it was Hurricane Irma in 2017, the same one that hit Puerto Rico.

Q.   Okay.  So you're paying property tax for

each of those buildings individually or for the whole campus?

A.    For the campus.

Q.    Okay.

A.    As part of the campus.

Q.    Okay.  Let's continue down on the -- hold on.  Okay.  Let's go to the number 4, "student permit fees."  Okay.  What is this section about student permit fees?

A.    The university pays the student permit fees on behalf of the student because that's the only way it will work efficiently; it's 300 dollars per student per year.  And every student that attends, once they enter through Customs and Immigration, that fee is due that day.

Q.    Okay.

A.    We pay them in advance of the student's arrival.

Q.    Okay.  It states here that the permit fee will be reduced 25 percent if the student exceeds 300 and 50 percent where it exceeds 500 per year, correct?

A.    That's the way -- that's what it says, yes.

Q.    Okay.  Presently, how many students are

at the USAT campus in Montserrat?

A.   None now.

Q.   What was the last time that there were students at the Montserrat campus?

A.   2019.

Q.   When you mentioned 2019 or you -- early 2019?

A.   Early 2019, February.  Through February.

Q.   So USAT hasn't been operating since 2019, at least Montserrat campus?

A.   The campus is active, it does not have students.

Q.   Say what?

A.   The campus is active, it has a full staff but there are no students at the moment.

Q.   Are there operations being done in other places besides Montserrat?

A.   No.

Q.   Okay.  If we go to 4.3, it says, "Notwithstanding the above, students of USAT who are enrolled at that campus locations outside of Montserrat shall be subject to payment of individual student permit fees as determined by" -- GOM is the Government of Montserrat, correct?

A.   That is correct.

Q.   **Okay.  So if other students were in locations outside Montserrat, then you would still pay the same 300-dollar student fee?**

A.   Except in cases where the government waives those fees.

Q.   **Say what?**

A.   In some instances, the government will waive those fees.

Q.   **Okay.  Number 5 is "cadavers importation."  What is this section about?**

A.   That allows us to conduct dissection in the anatomy course on campus.

Q.   **Okay.**

A.   That was the one building that we used for the solar -- for the solar panels.

Q.   **Okay.**

A.   Because it's strategically located with respect to the sun.

Q.   **There's section number 6, "work permit for expatriate employees."  What's this section about?**

A.   For employees that come in from outside of Montserrat, they have work (unintelligible). I had to apply for (unintelligible).

Q.   For what?

A.   I had to apply one -- for one myself when I went there because I was working at USAT teaching, and so I had to -- had to have a work permit, complete with a physical examination with the government physician.  And if they're already in Montserrat, then they're exempted from that paragraph.  It only applies to expatriates.

Q.   To people that are not citizens of Montserrat?

A.   Citizens or residents.  There are many people living in Montserrat who are not, you know, citizens, but are residents, permanent residents.

Q.   In section number 7, "income tax and Social Security charges," when it talks about "income tax and Social Security charges" is it referring just only to Montserrat?

A.   It is referring to employees of the university, and we pay their Social Security tax for them.

Q.   Okay.

A.   That's important to do that.

Q.   When they're talking about Social

Security, is it the Social Security of the United States --

A.   No.

Q.   -- Montserrat, the British -- the United Kingdom?

A.   It is a Social Security for the Island of Montserrat as jurisdiction.

Q.   And the same applies to the income tax, correct?

A.   Right.

Q.   Okay.  And let's go to the general -- section 8, which is "general."  Okay.  In 8.1, it says that "The government will establish a registry to record certification obtained by medical graduates of USAT."  What is this registry?

A.   They request a list periodically of students who are enrolled or have graduated. Usually, they only ask for those that have graduated.

Q.   Okay.  With regards to students, would they obtain certificate -- record certifications of medical graduates that graduated from Montserrat -- from the campus in Montserrat only?

A.   All diplomas and certificates are issued from Montserrat only.

Q.   Okay.  So that would include students outside Montserrat?

A.   That would include students worldwide, our most distant has been in Thailand.

Q.   Okay.  The number 8.2, "The government of Montserrat will request -- will at the request of USAT request a listing of USAT in the World Directory of Medical Schools published by WHO, Geneva, and Switzerland."  This section is -- so first of all, what is the World Directory of Medical Schools published by WHO?

A.   The World Directory of Medical Schools, unfortunately, went out of publication in December of 2002.  The government did not know that, and we didn't know that at the time, but the government -- only the UK can list schools in UK territories.  However, the International Medical Education Directory is maintained by the Educational Commission for Foreign Medical Graduates; they do not require the Crown signature, they only require the Minister of Education.  So we were listed in October of -- early October of 2003 with the IMED, which

DEPOSITION OF  ORIEN TULP

allowed us to then award, you know, not only -- we could award the degrees based on the license and admit students, but once that was established, then from that day forward the students could take the US Medical Licensing Examination.

Q.   So the World Directory ceases to exist when?

A.   December of 2002.  They did request it.

Q.   Montserrat did not request it?

A.   They did.  They did request it, but because the governor did not sign it because it was no longer an active organization, it was not immediately put on.  The WHO transitioned into what's called the Avicenna Directory, which was conducted and maintained by the University of Copenhagen.  And they did that for a few years until around 2014 or 2015 when the ECFMG assumed control -- full control over the Avicenna Directory and renamed it the World Directory of Medical Schools, the WDOMS, which is now current -- all student -- all of the schools that were part of either the original WHO list or the Avicenna list were automatically incorporated into the new WDOMS list.

Q.   So around 2003 -- because the World Directory was not in effect, was there another entity that USAT applied for to be listed?

A.   Avicenna was the interim.  The interim was Avicenna, and Avicenna did list us in their directory.

Q.   Can you pronounce that?  Sorry.

A.   A-V-I-C-E-N-N-A.

Q.   Okay.  And when we talk about the WHO, we're talking about the World Health Organization, correct?

A.   That is correct.

Q.   Okay.  Then it says, 8.3, "The Government of Montserrat will permit USAT to use its medical facilities on such terms and conditions as determined by the chief medical officer." What medical facilities are they referring to?

A.   Montserrat has a hospital in multiple clinics and regional clinics from the different towns.

Q.   Okay.  8.4 says, "The government will consider and, where appropriate, grant upon the application of USAT permission to establish a clinical hospital training relationship for its students at existing hospital and other medical

treatment facilities." Are they referring to clinical hospital training at the Montserrat hospitals?

A.   That refers to clinical training -- excuse me -- in Montserrat and outside of Montserrat.

Q.   I know that we might have skipped this, but just for the sake of clarification, the medical schools usually have four years of studies, correct?

A.   Depending on the country and depending on the curriculum.  The US curriculum is four years.  The European curriculum can be six to seven years.

Q.   Was USAT modeling itself as European or United States, their studies?

A.   It is modeled after the US curriculum.

Q.   Okay.  So those four years of medical study in order to obtain the medical degree, correct?

A.   That is correct.

Q.   And then, in order to obtain the medical degree, they first have to go through two years of basic science?

A.   Usually five semesters.  There's two

academic years, and then two academic years of clinical training.

Q.   So two academic years -- is that what they refer to as -- sorry -- basic science portions?

A.   That refers to the basic science portion.

Q.   Okay.  And then the other two are the clinical studies?

A.   The clinical training, yes.

Q.   Okay.  What are the classes for the basic science portion for the two years?

A.   Until 2007, when the volcano erupted vigorously and everyone had to leave the island, they were conducted only in Montserrat.  In 2008, we installed our own satellite transceiver, and we converted most of the basic sciences to a small platform online course format, which was a secure format, and that's how we were able to continue the basic sciences while the volcano continued to erupt for about five years after that.

Q.   It was around 2007 that the volcano -- what's the name of the volcano?

A.   Soufriere Hills.

Q.   Erupted in 2007.

A.   Vigorously.  I was on-island when it did that.  We had a class of students there at the time, all but one left.

Q.   **And then in 2008 is when you opened -- USAT the first satellite branch?**

A.   No.  That's when we had the satellite lectures, which --

Q.   **Satellite what?**

A.   That's when we began to offer the lectures by the satellite program, which continues to this day.

Q.   **Where did it first start outside Montserrat?**

A.   It started in Montserrat.  I gave the lectures myself.

Q.   **But after the volcano erupted, where would the classes be held or the seminars?**

A.   We had -- all of the basic sciences that were essential were delivered online.

Q.   **Based on the -- some documents that I had, I understood that they -- "seminar orientation and conferences were held in Miami," correct?**

A.   That is correct, over a two-to-four-day span.  It started at two days --

Q.   When did it start --

A.   That was probably -- I don't remember the exact date, but it -- probably around 2010 or something like 2011.  Something like that.

Q.   Then there was one in Tampa, correct?

A.   For a short time, yes.

Q.   At what time did it start in Tampa?

A.   I don't recall the exact date.

Q.   And there was one in Baltimore, correct?

A.   For a short time.

Q.   When did it start in Baltimore?

A.   Probably around -- I don't remember the exact date, but it's probably around 2015 or '16, something like that.  It did not last very long.

Q.   Then there was another one in Dallas-Fort Worth, correct?

A.   For a while.

Q.   When did it start in Dallas-Fort Worth?

A.   Around 2015.  I don't recall the exact date.

Q.   And there was one -- was there one in Colorado?

A.   No.  Colorado was just an administrative office.

Q.   And Puerto Rico?

A.   Puerto Rico started in 2017.  Initially, it was because we had -- the schools in the Dominican Republic lost their federal funding in 2015, and when that happened, we had a deluge of applicants from the Dominican Republic schools. There are many schools in Dominican Republic.

And so we established -- these mostly came in as third- and fourth-year students.  So we needed to establish a local office like the other -- some other medical schools have also done where we could coordinate their clinical training more effectively.

Q.   Okay.  Most of these places that I mentioned, Miami, Tampa, Baltimore, Dallas-Fort Worth, and Puerto Rico, when did they stop ceasing operations?

A.   In 2018 was -- the last of them stopped.

Q.   Around December?

A.   We had our final commencement in December in Miami.

Q.   Okay.  Miami, December.

A.   They were not campuses.

Q.   Okay.  Miami seized around December 2018?

A.   That is correct.

Q.   Tampa seized in December 2018?

A.   Before that.  I don't remember the exact date.

Q.   Baltimore ceased in December 2018?

A.   Long before that.  I don't recall the exact date.  Baltimore did not operate very long.

Q.   Dallas-Fort Worth ceased in December 2018?

A.   Long before that.

Q.   And Puerto Rico ceased in December of 2018?

A.   Yes.

Q.   So going back to the basic science portions, what are the -- just if you can explain, what are the classes that a student needs to take on the first year of the basic science portion.

A.   They take anatomy, physiology, biochemistry, sometimes medical ethics, and embryology.  All of these are essential courses for medical education.

Q.   Okay.  Those are the classes from the first year?

A.   They're typically first-year classes.

Q.   Okay.  Second-year classes for the basic science portion.

A.   They would take nutritional biochemistry. They would take introduction to clinical medicine, which is a combination of multiple organ systems.  They would take -- sometimes they would take a course in medical writing because they have to learn how to write clinical notes.  They would take ethics if they haven't taken it already.  Those are the sorts of courses that -- public health, epidemiology. Microbiology -- usually advanced microbiology at that point -- that includes immunology.

Q.   Okay.  And then, after those first two years, comes the clinical portion, correct?

A.   Uh-huh.

Q.   Sorry if you see me go like this (indicating), it's to remind you that you need to verbalize your answers.  So I'm taking that "uh-huh" is a "yes."

A.   What was the question?

Q.   That after those first two years, comes the clinical portion.

A.   That is the first years of the basic sciences, and then they are prepared to enter

the clinical part.  But they have to do a comprehensive examination at some point in there to make sure that they've mastered the information that's available.

Q.    Okay.  The comprehensive --

A.    They would take --

Q.    The comprehensive -- sorry.

A.    Go ahead.

Q.    The comprehensive examination that you're referring to is the USMLE?

A.    No.

Q.    No?

A.    That follows.

Q.    Which examination are you referring to?

A.    They would either take the US comprehensive -- the USAT comprehensive examination, or we preferred that they take an examination through the National Board of Medical Examiners, which is the precursor to the USMLE.

Q.    What is the USMLE?

A.    United States Medical Licensing Examination.

Q.    What's the purpose of USMLE?

A.    The USMLE was established by the

Federation of State Medical Boards many, many years ago.  And that is to establish a standard, a minimum standard of medical knowledge and clinical knowledge for students entering clinical training, eventually with the goal to become licensed somewhere in one -- in the United States.

Q.   Okay.  And the USMLE is separated in three exams?

A.   When we started, there was only two: Step 1 and Step 2 CK.  Then, in 2005 or thereabouts, they added Step 2 CS, which is clinical skills.  That was eliminated in 2018 or '19, and is now morphed into a language comprehension examination instead.  And then there is Step 3, which they take after the first year of postgraduate training and residency.

Q.   Okay.

A.   The Step 3 is required usually for a full unrestricted license as a physician.

Q.   Around 2017 and 2018, there were three Step exams, correct?

A.   There are three exams: Step 1, and Step 2 had two parts.

Q.   Around 2017 and 2018, correct?

A.   In 2017 and 2018, that is correct.

Q.   And then if these exams can be taken based on -- one second.  You've heard of the name Liaison Committee of Medical Education?

A.   That has nothing to do with foreign medical schools.

Q.   Okay.  So what is that organization?

A.   That's the Liaison Committee for Medical Education, which is the accrediting body for all the US-based and Canadian-based medical schools.

Q.   And that is the organization that accredits medical schools in the United States, correct?

A.   In the United States, yes.

Q.   And USAT is not accredited by LCME?

A.   It's not eligible because it's an international school.

Q.   Okay.  Have you heard of the Commission on Osteopathic College Accreditation?

A.   I've heard of it but it does not apply to international schools.

Q.   What is also known as COCA?

A.   COCA I think -- that's the synonym for it, yes.

Q.   Okay.  And what's the COCA -- the

Commission on Osteopathic College Accreditation, what is that entity?

A.   That's an organization that is analogous to the LCME, but that can only accredit osteopathic medical schools that are licensed in the United States.

Q.   So USAT is not accredited by the Commission on Osteopathic College Accreditation?

A.   It would not be eligible because it's in an international location, international school.

Q.   Okay.  And Educational Commission for Foreign Medical Graduates, what is that?  Have you heard of that?

A.   Yes.

Q.   Also known as ECFMG?

A.   Correct.

Q.   What is that?

A.   Educational Commission for Foreign Medical Schools is the clearinghouse for all international graduates of international medical schools worldwide.

Q.   Okay.  Is USAT accredited by ECFMG?

A.   No, because the ECFMG is not an accrediting agency.  It has no authority to accredit.

Q.    ECFMG focuses on the students individually?

A.    Students individually apply for ECFMG services.

Q.    So if any foreign medical student wants to apply for the United States Medical Licensing Exam, they have to go through ECFMG?

A.    That is correct.

Q.    What are the requirements for an international medical student to be eligible for ECFMG acceptance?

A.    First they have to apply for a number. Once they have the number, then they can apply to take a particular Step exam.  In order to do that, they must be an active student at the school that they are attending or have graduated from, and they must have completed a minimum of two years of basic sciences.

Q.    Are there other policies that a medical -- international medical student needs to comply besides the minimum of two years of basic science?

A.    They must be an active student at the time of application or a graduate.

Q.    Do you have any knowledge as to what

ECFMG policies state is an eligible medical school, that allows the completion of two years of basic science?

A.   The school must be duly licensed in the sovereign nation where it is licensed.

Q.   Okay.  Have you heard of the acronym CAAM-HP?  C-A-A-M-H-P

A.   Yes, I have.

Q.   What is that?

A.   Caribbean Accreditation Authority for Colleges of Medicine and Health Professions.

Q.   That's what the acronym stands for, correct?

A.   Correct.

Q.   And what is that association?

A.   That's an accrediting body that's quasi-similar to the LCME.

Q.   That is similar to the LCME?

A.   Yes.

Q.   Is the organization that accredits medical schools in the Caribbean.

A.   And the CARICOM nations.

Q.   In the Caribbean and...

A.   In the Caribbean, which include -- that's CARICOM.  So they can also -- in the Caribbean

basin, so they can also accredit schools in the northern parts of South America, which is considered.

Q.   Okay.  So any country that's located around the periphery of the Caribbean Sea?

A.   That's their territory.

Q.   Okay.  Is USAT accredited by CAAM-HP?

A.   No, because the Government of Montserrat failed to sign the agreement with CAAM-HP.

Q.   Okay.  Have you heard of the term ACCM?

A.   Yeah.

Q.   What does ACCM stand for?

A.   Accreditation Colleges of Medicine.

Q.   And what is that association?

A.   That's equivalent to CAAM.

Q.   It's another accrediting body for medical schools?

A.   Yes, it is.

Q.   Is it focused on a specific region?

A.   I don't know their entire region.  I believe it's global.  They were the original accrediting body for schools in the Caribbean.

Q.   Is USAT with ACCM?

A.   We passed Stage 1 in 2021.

Q.   What does that mean, "passed Stage 1"?

A.   It's a four-stage application.  We completed the application, we submitted the documents, and they approved it, but the Government of Montserrat has not signed off.

Q.   Okay.  So presently USAT is not fully accredited with ACCM?

A.   Not fully accredited with ACCM because the government has not signed off.

Q.   Okay.

A.   We petitioned them again this year to please do it and they did not.  ACCM long precedes -- predates the CAAM.  It was established more than a decade previous.

MR. RIVERA:  Okay.  I'm going to continue with the Exhibit 11.  We were -- I believe we stayed in 8.4, Raquel.

BY MR. RIVERA:

Q.   We're going now to 8.5.  It says, "USAT will comply with all administrative procedures required by law in relation to its operations".  What is that section referring to "administrative procedures"?

A.   I presume what that means is we'll file our annual reports on time, and if they asked for something, we'll provide it in a timely

DEPOSITION OF  ORIEN TULP

Page 46

basis.  Also, it means that we would have a business license in Montserrat, which we do, dated the same day.  And I just presume that's what's referring to.

Q.   Okay.  But you're not entirely sure if that's the procedure they're referring to?

A.   No issues related to paragraph 8.5 have ever arisen.

Q.   Okay.  8.6 says "USAT undertakes to actively pursue the feasibility of providing technical assistance and science programs at Montserrat Secondary School or the Montserrat Community College."  What's that section making reference to?

A.   Montserrat has a community college.  And what they -- wished to establish in that paragraph: if they needed administrative or educational assistance from some of our faculty, we would be happy to provide it -- and we have done that.

Q.   Okay.  So when you mentioned that USAT is still operating in Montserrat even though it has no students, is USAT providing assistance at these science programs and these colleges?

A.   When requested.

Q.    Okay.  So my understanding is that the USAT faculty or USAT staff are operating by assisting at these community colleges and secondary school.

A.    When requested, that is correct.

Q.    "When requested"?  You mentioned "when requested," you mean when USAT requests it or when the government requests it?

A.    When they request it -- request it.

Q.    Okay.  8.11 talks about "USAT is hereby permitted to establish a kindergarten, primary, and/or secondary school primarily, but not limited, to the children of USAT's students or employees."  What is that referring to?

A.    That was inserted into the license to provide an avenue for the dependent children of USAT's staff or students to create our own undergraduate high school or elementary school programs so that we would not overburden the government programs, the government schools.

Q.    Okay.  Now 8.13, at the bottom, it says, "USAT agrees to maintain operations in Montserrat with regard to its medical and other programs for the duration of the agreement, unless unforeseen circumstances and/or natural

disasters arise that USAT may choose to relocate to an area of convenience for a time period to be determined by USAT.  This would not affect any permission granted to the USAT by the Government of Montserrat."  Is this 8.13 the section that was used in light of the volcano activity?

A.   That's the paragraph that was activated when the volcano continued to erupt.

Q.   Okay.  You mentioned that the volcano started around 2011; when did the volcanic activities cease?

A.   The volcano erupted drastically, destroying most of the island in 1995, and that lasted for more than a year.  So most -- almost everyone on the island -- probably three-quarters or more of the population had to leave the island.  Only a few people remained. They gradually came back when it quieted down, but it erupted -- began erupting again shortly after we were licensed in 2007, it erupted vigorously and it continued that way till around 2010 or '12, something like that, and then began to subside again.

Q.   Okay.  So I think you mentioned that the

volcano started subsiding around 2012.

A.   No, it started long -- it began to subside around 2012 or thereabouts.  So it's less active -- it's still active today.  If you go down and visit today, you will see an active volcano.  And the risk is: We don't know when it will have another big --

Q.   Okay.  8.14 says that "USAT may grant academic and professional degrees to duly qualified students of the institution and commensurate with an institution of higher education who have completed the academic and professional requirements of the degree for which they have been considered, and who have been recommended for such by the faculty and directors of USAT.  The specific degrees authorized should include Doctor of Philosophy, Doctor of Medicine, or Bachelor of Surgery, Bachelor of Dental Surgery, the Master of Public Health, Master of Science, the Master of Arts, the Bachelor of Science, and the Bachelor of Arts."  Of all those degrees in that section, which ones did USAT actually give out?

A.   We have awarded the PhD.  We have a graduate college, and we have awarded over 125

PhDs in the last 15 years.  Doctor of Medicine, we've awarded many of those.  Bachelor of Surgery is the MBBS, that's the British equivalent of what they deem an equivalent of the MD.

The Bachelor of Dental Surgery, we've never activated that program because there has not been a need for that -- there's no shortage of dental -- dentists in the world.

Master of Public Health, we have awarded.  The Master of Science, we awarded.  The Master of Arts, very few; probably -- that's a small -- a minor thing.  And the Bachelor of Science and Bachelor of Arts, we have awarded.  All of those degrees.

Q.   Okay.  8.16 says, "USAT shall arrange to have its programs evaluated by independent and competent regional and international institutions established for this purpose.  The results of such evaluation shall be made available to GOM" -- Government of Montserrat -- "and shall be published.  Notwithstanding this, USAT shall endeavor to maintain the highest standards of excellence through continued self-assessment, peer reviews, research, and

publications in international journals."

So this section is referring to independent, competent, regional -- regional, international institutions.  Are those the same associations that we were discussing before, like ECFMG or CAAM?  Or...  What was the other one?  There was CAAM and -- I'm sorry -- and ACCM.

A.   Well, when the license was issued, there were not actually any active accrediting bodies in the Caribbean.  We didn't know that at the time.  We did apply for CAAM in 2007 -- we started the application in 2006, but CAAM was not organized to accredit schools until 2008.  We did apply twice, 2008 and 2011.  We passed the accreditation both times, but the governor declined to sign off, and without that, they were unable to issue the accreditation.

We were also accredited by the American Association for Higher Education and Accreditation in the United States since 2008; that remains current.  We were accredited by the ABCP for clinical psychology.

And most importantly, the institutional accreditation was completed by ASIC UK, an accreditation system for colleges and

universities in the UK and UK territories.  And that was active for five years, but again, the government would not sign off to allow them to come and do an additional site visit, who were fully accredited in the top tier with ASIC, with the British accreditation; that was institutional versus professional.

Q.   If a student of USAT is interested in taking -- in becoming a licensed physician in the United States, what accrediting bodies do they have to go through?

A.   None.

Q.   None?

A.   None.  Accreditation has only been imposed by the ECFMG.  It has not been imposed by state medical boards or jurisdictional territory medical boards.  So accredited -- about half the medical schools in the world are not accredited, that doesn't mean they're bad. Accreditation is expensive and some countries cannot afford it.

Q.   So if US students want to become a licensed physician in the United States, they have to go through -- if they were international students from Montserrat, correct?  USAT is an

international medical school, correct?

A.   Correct.

Q.   Okay.  So it's outside -- it's understood that it's operating outside the United States, correct?

A.   That is true for the States, it is not true for Puerto Rico.

Q.   Okay.  If USAT is not considered a -- USAT is not considered a United States medical school, correct?

A.   That is correct, it's international.

Q.   Okay.  So if a student from USAT is interested in becoming a licensed physician in the United States, that student has to go through ECFMG, correct?

A.   Most of the time.

Q.   Is there any other body that a student has to go through?

A.   That is the only body -- they have a monopoly on that, that population.  But the only organization that can -- they don't actually give the exam, they're the middleman, so to speak.  The examination is administered by the Federation of State Medical Boards.  They have a contract with them to coordinate the exam for

all international students.

Q.   Okay.  Let's go down to section 9.2.  It says, "The license agreement shall be issued with the understanding that USAT will be responsible for ensuring that the school meets regional, international accreditation standards, and that its students shall have access to an accredited hospital clinic training program capable of facilitating the process of licensure to practice in the United Kingdom, the United States, and/or any other relevant country."

So that section says that this license agreement by the Government of Montserrat was being issued under the understanding that the school will assist students to be able to develop clinical training in the United States or the United Kingdom or other countries, correct?

A.   That is correct.  We have done that.

Q.   It says 9.6, "The offer included in this agreement shall be valid for a period of one year from the date of this agreement but may be subject to renegotiation.  However, if USAT makes any substantial property investment or undertakes any major contractual obligation

referrable to and in reliance -- then the terms set out shall become final and binding on the Government."  So with regard to the terms of this agreement, this agreement is still valid?

A.  Yes.

Q.  Okay.  Did you sign any other agreements besides this?

A.  This is the only one that was required.

Q.  Okay.  So this is the only agreement since 2003 that USAT has signed with the Government of Montserrat.

A.  That's the only one that was the -- and that became established because we purchased the campus immediately -- and one of the few medical schools in the Caribbean that actually owned a campus.

Q.  Okay.

A.  It's a large campus.  The basic campus is about six and a half acres.  We had it surveyed. And there's another parcel that's just adjacent to that, we plan to put additional student and faculty housing.

Q.  Okay.  It says that this agreement was signed by John Osborne; that was the person that you had referred to earlier?

A.   That's correct.

Q.   And he's a Minister for Finance, Economic Development of Montserrat?

A.   That is correct.  He was the chief minister.

Q.   Is he still minister?

A.   No, he is deceased.  He was minister for a long time.

MR. RIVERA:  Okay.  All right.  Let's go to Exhibit 12, Raquel.

(Whereupon, Exhibit 12 is marked for identification.)

BY MR. RIVERA:

Q.   Exhibit 12 is a document that was obtained with regards to accreditation by CAAM. CAAM-HP is the organization that we were talking about that accredits Caribbean medical schools located around the Caribbean, correct?

A.   That is correct.

Q.   It says here -- it goes -- it says there, June 2012 and then February 2007.  Let's go to February 2007.  It says, "The application for initial provisional accreditation was received by USAT to establish an offshore medical school in the Island of Montserrat.  And in February

2007, a review was done by the following persons: Dr. David Hawkins, Dr. George Mahy, Professor Phyllis Pitt-Miller." Do you recognize those three names?

A.   I recognize those three names, but two of the three have never been to Montserrat.

Q.   Okay.  Were you interviewed by those -- any of those three?

A.   Dr. Hawkins recommended a full accreditation.  He is now deceased.  He was very impressed with what we had to offer.  And is outgoing -- when he left to have an outgoing presentation with the government, he recommended a full accreditation at that time.  We had passed all of the objectives, we submitted a 400-page application for this accreditation, so we covered every possible detail that they had asked for.  But the other two individuals have never, to this day, been present in Montserrat. The report was actually written by Phyllis Pit-Miller later on, having never been there.

Q.   So in February 2007 --

A.   It was not accredited because the government failed --

Q.   -- the CAAM determination was to not --

A. It was not accredited because the government failed to sign the agreement with CAAM. That's why -- that's the only obstacle, because they refuse to sign the agreement with CAAM.

**Q. So by 2007, USAT was not accredited by CAAM?**

A. We could not be accredited because the government denied -- they disagreed -- disapproved of CAAM as an accrediting body.

**Q. So the simple "yes" or "no" is that by February 2007, CAAM has not -- had not accredited USAT?**

A. No, but it was not required.

**Q. Okay. And then in June 2012, there was another submission of USAT. It says that a visit was carried out in October 2011 and the team members were Professor Renn Holness and Dr. Rhonda Sealy-Thomas. Did you meet those two individuals?**

A. They came. They spent about 30 minutes on the campus. They spent the entire day; they didn't show up on time. They were supposed to be there at 10:00 o'clock in the morning to interview students; they didn't show up. They

elected to take a volcano for the day, rather than coming to the campus.  We contacted CAAM and said, "Where are they?"  And they finally found them on their volcano tour.  They showed up at around 6:00 p.m. and had to leave by 6:30 because they had a dinner, a great engagement. They agreed.  They had reviewed the documents. They recommended a full accreditation. Moreover, they recommended in their -- on their outgoing presentation to the government that it be backdated to 2007 from the original application.  We met all of the requirements, but the government had failed to sign the agreement with CAAM.  If the country does not sign the agreement with CAAM, they cannot accredit -- issue an accreditation.  Simple as that.

Q.   It states here that on "October 2011" that was the site visit.  Does that -- do you remember if that was on that date that those two individuals visited USAT and --

A.   I remember that -- I remember the two individuals because Dr. Rhonda Sealey-Thomas was only present for about 5 minutes of that time. And Dr. Holness was there for the 30 minutes.

They had missed the entire -- all the applications, all the interviews they had scheduled, they had missed because they chose to take a volcano tour holiday instead of coming to visit the campus, as they were required to do.

Q.   Okay.  So --

A.   I'd also point out, during both of those they failed to bring with them any of the application materials.

Q.   It states here that they -- one of the factors of them declining accrediting USAT is because USAT did not provide evidence that the teaching activities were actually taking place in Montserrat.  Is that correct?

A.   That's because they didn't show up until 6:00 p.m.  That's dinner time.  They didn't show up until after the students had left.  The students were on campus waiting for them since 10:00 a.m. when they were scheduled to be there to interview students.  The students had an afternoon flight to go back home because they --

Q.   By 2011, how many students were actively taking classes at Montserrat?

A.   Over the course of the year, probably close to 50.

Q.   Okay.  And how many students were taking classes outside Montserrat?

A.   I don't recall.

Q.   Around 2011, is that when the Miami -- was that when the Miami satellite branch was being operated?

A.   It was not a branch, it was a weekend to interview -- to conduct the USMLE prep course, just like Kaplan does all over the United States.  I contacted the Florida Department of Education in 2007 and several times after that to confirm that no additional requirement was due to the State of Florida by the Department of Education because we did not establish a campus anywhere in the United States.

A campus is described under 34 CFR 600.2.  You might want to refer to that to -- that's what describes a campus.  Two days in a hospital -- in a hotel, various points around -- every medical school does this.  I've done -- I've attended them, from other schools in the Caribbean that do interviews, one right here in Denver.

Q.   So whenever in the --

A.   Nothing unusual about that.

DEPOSITION OF  ORIEN TULP

Page 62

Q.    -- in Miami was -- usually the students would go to a conference room at the Hilton, correct?

A.   Yes, it might be a single room capable of 10 people max.  It might be a larger room if there were more students scheduled.  It depended on what we needed at the time.

Q.   And then in the conference room, they would take -- my understanding is that there were orientations that were issued --

A.   We would deliver -- give -- yes, we would give about a one-hour orientation on how to get to Montserrat.  Montserrat is not easy to get to.  There's only one airline that flies in and out most of the time; there are no ferries; and it takes time to get there.  It's not unusual, especially when the volcano is active, that the airport closes so you're kind of stuck, in or out.  We've had students come to and get stuck in Antigua and not be able to make their last leg to Montserrat because there was no available transportation.

Q.   So the orientation only focused on traveling to Montserrat, or was the orientation focused on the school, on the classes, what the

classes were going to be?

A.   They would have a demonstration lecture which was part of the USMLE prep.  Basically, it's a review of systems approach.  The textbook for -- is Kaplan's First Aid for the USMLE, which we requested or I encouraged our students to purchase.  We don't provide those, they have to provide it on their own.  And that was the reference for the bulk of the lectures that were presented.  Some were presented live and some were broadcasted in.

It depends on where that faculty member happened to be, who was delivering that lecture. We chose to use US lecturers -- lecture groups of people because they were familiar with the USMLE Examination themselves.  They knew what was expected and the level of education and background that they would need to successfully pass that exam.

This is some -- most of the -- most international students will enroll in a review course and some of the review courses are not very good.  They take -- they cost a lot of money and don't really prepare the student.  We chose to provide competent lecture folks that

DEPOSITION OF  ORIEN TULP

Page 64

could deliver the right kind of information at the level that was needed, the academic level that was needed so that they would have a great shot, a great -- a better chance of passing on their first attempt.  That was important.

Q.    Have you ever heard the name Frantz Sainvil?

A.    I didn't hear that, it was garbled.

Q.    Have you ever heard the name Frantz Sainvil?

A.    Yes, I do.

Q.    Frantz.

A.    Frantz.

Q.    And he was one of the professors of USAT, correct?

A.    Yes.

Q.    And he taught physiology?

A.    He taught medical physiology.  He's a full professor at Broward University in Florida. He taught medical pharmacology.  He has a -- he's a double doctorate person with a MD and a PhD.  Very well qualified.

Q.    And isn't it true that Frantz Sainvil used to teach over there at Florida?

A.    He taught some lectures.  He gave some of

the USMLE prep lectures in Florida in his specialty area.

Q.   In Miami?

A.   But mostly in Miami because that's close to where he lives.

Q.   And you used to teach those lectures over at the Miami conference room?

A.   He would present some lectures there. Most of his lectures are online because they are during the week.

Q.   Okay.  And for how long was he professor for USAT in Miami?

A.   I don't recall how long.

MR. RIVERA:  Okay.  So -- just a second.  I'm going to ask, Raquel -- one second.  Can you show him Exhibit 1?

(Whereupon, a brief recess transpires.)

BY MR. RIVERA:

Q.   Dr. Tulp, Exhibit 1 is the Third Amended Complaint that was filed before the court in December 16 of 2022; have you seen this document before?

A.   I've seen the document, yes.

Q.   All right.  And after you received this

document, do you remember answering the same?

A.   I did.

MR. RIVERA:  Can you show him Exhibit 2?

THE DEPONENT:  I couldn't hear that.

MR. RIVERA:  I'm going to ask the court reporter to show you Exhibit 2.

(Whereupon, a brief recess transpires.)

BY MR. RIVERA:

Q.   Okay.  Do you recognize Exhibit 2, Dr. Tulp?

A.   Yes.

Q.   That's the Answer to Plaintiffs Third Amended Complaint filed by USAT, Dr. Tulp, Dr. Konyk, and Karen Baldwin, correct?

A.   Yes, I believe that is correct.

Q.   And that was filed by Counselor Chris Paulsen?

A.   Yes.

Q.   Who's your -- the legal representative of USAT, yourself -- Dr. Tulp -- Dr. Konyk, and Karen Baldwin, correct?

A.   That is correct.

Q.   And you reviewed this Answer to the

Complaint before the filing?

A.   I did.

Q.   And you understand that the allegations raised in that Answer are true and correct?

A.   They are true and correct answers.

MR. RIVERA:  Okay.  I'm going to show you -- Raquel, Exhibit 3.  Exhibit 3.

BY MR. RIVERA:

Q.   And Exhibit 3 is the Notice of Taking a Deposition of Dr. Tulp.  You remember receiving this, Dr. Tulp, on May 12, 2023?

A.   On May 12 -- I don't recall the exact date.

Q.   But you remember receiving it?

A.   I can't -- I don't recall exactly.

Q.   Okay.  Do you remember that we requested you to appear at this deposition, correct?

A.   I did.  I received that notice on May the 18th.

Q.   Yes.  And then there were a couple of requests for production of documents here.  You remember that?

A.   I remember that and we produced them.

MR. RIVERA:  Okay.  Can we go to number 15, Raquel, of the -- at the bottom.

Go down to the number 15.  Right there.

BY MR. RIVERA:

Q.    It says, "Any on all documents, papers, records, or materials in your possession or under your control in any format which contains evidence which you propose to use at trial."  Do you remember that request for production of documents?

A.    I remember that.  I remember that line, yes.

MR. RIVERA:  Okay.  Can you show him Exhibit 4 now?

THE DEPONENT:  Can I show them?  I don't have any.

MR. RIVERA:  No, not you, Dr. Tulp. Sorry.  Raquel is going to show you.

BY MR. RIVERA:

Q.    Okay.  This is Exhibit 4, which is the responses by Dr. Tulp, Dr. Konyk, and Ms. Baldwin.

A.    Yes.

Q.    Do you recall -- do you recognize this?

A.    Yes.

Q.    Okay.  Can we go to number 15?  Okay.  It says that same request for production of

documents.  Dr. Tulp, you remember that this response says, "To date, USAT's Motion for Summary Judgment exhibits and USAT's Answers to the Third Amended Complaint exhibits."  Those are the evidence that you propose to use at trial?

A.   I would presume so, yes.

Q.   Okay.  Is there any other evidence that you understand is relevant or should be used at trial besides the evidence filed in those motions?

A.   I do not know at this time.

Q.   Okay.  If you would use any, do you have a list of witnesses that you would use?

A.   We would compile -- comprise a list of witnesses if they were needed.  We don't -- I don't have that right in front of me.

Q.   Would you consider that you will be a witness at trial -- correct? -- Dr. Tulp.

A.   I would presume so, but...

Q.   Okay.  And Dr. Konyk?

A.   I cannot speak for her.

Q.   Okay.  And Ms. Baldwin?

A.   I cannot speak for her.

Q.   Okay.  All right.  So I'm going to ask

you a few more questions about the Puerto Rico Medical School.  Can you explain to me how you were first approached to assist in opening a medical school in Puerto Rico?

A.   Dr. Bustillo was a USAT graduate who transferred in from a Dominican Republic school. He completed his internship in Puerto Rico.  And I believe is licensed as -- has a position there, although I can't confirm that now because I haven't looked today.

But initially, we had a lot of students transfer from the Dominican Republic to Puerto Rico.  Students, they liked to go to Dominican Republic because the language issues were always a significant issue for them.  We had many students -- probably over 50 applied in a very short time.  Many of them were in their clinical training in their third or fourth year, and would be third or fourth years in our program.

We had to have a clinical coordinator, and Dr. Bustillo said he would be happy to do that. So initially we established what started out to be an administrative office, but morphed into something larger than that because of the extraordinary demand.

DEPOSITION OF  ORIEN TULP

You know, the number of physicians -- Puerto Rico is in a rough shape for physicians after that major hurricane.  About 2,000 physicians left the island and did not come back, so they were really eager to have us get something started.

Q.   So Dr. Ortiz Bustillo became the associate dean.

A.   He was -- he became the associate dean.

Q.   And he was tasked to open a USAT medical school in Puerto Rico?

A.   He -- certainly, though -- well, like I mentioned, all of our lectures are online, so they could have been received in Puerto Rico as well as anywhere where there is an Internet access.  The issue that came up was that many areas of Puerto Rico apparently do not have adequate Internet access.  So within the office, we established an Internet access in a small conference room for -- maybe half a dozen students could attend at a time, something like that.

Q.   I might interrupt you there.  Sorry.  I'm going to do a brief parenthesis because I wanted to ask -- lay the foundation.  What was your

role -- your job position in USAT?

A.   I'm the president and the CEO.

Q.   Okay.  What are your duties and functions as president and CEO?

A.   Oversee the operations of the university, be able to address needs as they arise, delegate where necessary to achieve certain tasks that are completed.  For example, the administration is delegated to Dr. Konyk, the finances to -- all the registrar's actions are delegated to the registrar.  I personally have no access to student files, whether they be financial or otherwise, I cannot access those because I have no need to know.

Q.   So you delegated to Dr. Konyk the administration aspect of the school?

A.   That's correct.  She's an expert in that area.

Q.   Okay.  She's in charge of the finances?

A.   Yes, I have no role with finances whatsoever.

Q.   And she's in charge of the student applications and student files?

A.   Those would be under her jurisdiction as the vice president of the school.

Q.   Okay.  Would it be fair to say that you were more focused in the medical area or the classes?

A.   I was focused on the quality of the medical education that was being provided.  I would monitor lectures periodically online or wherever they were presented.  I always make myself available anytime there was a new faculty member being interviewed so I could see what the level of competence was for the professor, so I knew what was going on.  I knew the level of instruction that was going to be provided to our students.

Q.   Okay.  Would you be in charge of hiring professors for these classes?

A.   I would interview them.

Q.   Okay.  And after interviewing the persons, would you, in fact, be the person that hires them to give out those classes?

A.   I would interview them and I would credential them to make sure that their credentials were legitimate.

Q.   And eventually, would it be fair to say that you ultimately were the person that made the decision to hire those -- the faculty

members?

A.   With the exception of Puerto Rico, I took Dr. Bustillo's recommendation.

Q.   Okay.  So you were in charge of hiring faculty members at the Montserrat campus, correct?

A.   Interviewing them.  The actual hiring goes to the vice president's office.

Q.   So just to be clear, you know, the actual hiring process of, I guess, the handling of papers to sign contracts and personnel file, that was handled by Dr. Konyk?

A.   Dr. Konyk would coordinate them.  Some required her signature or one of the agents within the university.  Some were legal issues and require an attorney's signature, and some -- very few -- required my signature.

Q.   Prior to handling that type of paperwork, would it be fair to say that you were the person that would hire that person to become a faculty member?

A.   You know, the CEO -- you know, the president is responsible for everything that either occurs or fails to occur at his or her university or other institutions.

DEPOSITION OF ORIEN TULP

Q.   Okay.  So my understanding is that it's a "yes"?

A.   That's a yes -- would be a yes.

Q.   Okay.  So with regards to faculty members, there were faculty members hired at the Montserrat campus, correct?

A.   There were.

Q.   And there were faculty members that were hired in Miami, correct?

A.   They were largely the same instructors.

Q.   Okay.  But there were --

A.   Almost exclusively the same instructors.

Q.   But there were other faculty members that were hired specifically in the Miami location, correct?

A.   There were no separate faculty from Miami.  They were drawn from the regular faculty of the university.

Q.   Were there faculty members hired in Baltimore?

A.   No.

Q.   Were there faculty members hired at Dallas-Fort Worth?

A.   No.

Q.   Were there faculty members hired in

Tampa?

A.   No, there are --

Q.   And the --

A.   There are no separate faculty at any site.

Q.   Were there faculty members hired in Puerto Rico?

A.   There were some that were hired by Dr. Bustillo, and I do not know the arrangement they made with him.

Q.   Okay.  So did you delegate to Dr. Ortiz Bustillo the task of hiring faculty members in Puerto Rico?

A.   He assumed that responsibility, yes.

Q.   Excuse me?

A.   Yes, that would be a delegated responsibility.

Q.   Okay.  So Dr. Ortiz Bustillo and you had this conversation about developing this medical school in Puerto Rico around 2016 or 2017?

A.   I don't know the precise date, but it was in -- around April or May of 2017, sometime in that timeframe.

Q.   Is that around the same time that a lease was obtained with a building in Avenida Barbosa?

A.   It's about the same time.  I don't recall the exact date.

Q.   **Were you one of the persons that signed that lease for that building in Avenida Barbosa?**

A.   Not that I recall.

Q.   **Do you recall that Ortiz Bustillo created a legal entity in Puerto Rico to hand-- in representation of USAT?**

A.   I don't understand your question.

Q.   **Do you know if a legal entity or if USAT filed anything before Puerto Rico -- the Department of Corporations of Puerto Rico?**

A.   Yes, we did.

MR. RIVERA:  Okay.  And that was -- on second here.  Can you show Dr. Tulp Exhibit 6, Raquel?

BY MR. RIVERA:

Q.   **Exhibit 6 is the production of documents in response to the requests for production of documents number 5, which states up there, "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects the establishment or structure of the USAT Puerto Rico Medical School Branch."  If we go down -- do you recognize this**

DEPOSITION OF  ORIEN TULP

Page 78

document, Dr. Tulp?

A.   I do.  That was a registration document with the Government of Puerto Rico.

Q.   Okay.  So USAT had an LLC entity that was created sometime in -- outside Puerto Rico, correct?

A.   I don't understand your question.

Q.   Okay.  Let me...  USAT Montserrat LLC, what does USAT Montserrat LLC stand for?

A.   University of Science, Arts, and Technology Montserrat.

Q.   Okay.

A.   LLC is the business license.

Q.   Okay.  So LLC is the limited liability company, correct?

A.   Correct.

Q.   And this was the legal entity that was created in order to operate USAT in the States?

A.   Well, not in the States, in Puerto Rico.

Q.   Okay.  But do you recall that one was created in Florida?

A.   Yes.  Early on we had established one in Florida.

Q.   And that Florida -- again, I'm sorry, but I'm going to ask you to...  Well, let's focus on

this one.  So if we go down to the part at the bottom, it says, "Corporate Domicile and Date of Incorporation."  Do you see that section of "Corporate Domicile and Date of Incorporation"?

A.   I see that, yes.

Q.   Okay.  It states that the home state is Florida.  Does that refresh your recollection --

A.   Yes.

Q.   -- that the LLC was created in Florida originally before Puerto Rico?

A.   Yes, it was before -- long before Puerto Rico.

Q.   Okay.  And it states that it was created around June 12th of 2012, correct?

A.   I don't recall the exact date, but that's what it reads.

Q.   Would it be fair to say that the USAT LLC was created approximately 2012, 2011, around that time?

A.   Well, it reads 12 June 2012.

Q.   Okay.

A.   It's the date of incorporation at 12:00 a.m.

Q.   Okay.  And there's an address there that says 4288 Youngfield Street, Wheat Ridge,

DEPOSITION OF  ORIEN TULP

Colorado.  That was the main administrative office of USAT LLC, correct?

A.    That was the office of USAT at that time, yes.

Q.    Okay.  And USAT -- and I'm just going to make reference -- Dr. Konyk mentioned that you and your family moved to Colorado around 2011, 2012, correct?

A.    2011 I believe it was.

Q.    Okay.  And around that time -- was that the same time that you and Dr. Konyk moved the administration office of USAT to Colorado, correct?

A.    We relocated it to Colorado as a --

Q.    Okay.  And that's where Dr. Konyk handled all the administrative work of USAT, correct?

A.    Much of it, yes.

Q.    Okay.  My understanding is that Dr. Konyk opened a bank account with Navy Federal Credit Union using the USAT name, correct?

A.    I have no control over those documents, so I cannot address that.

Q.    Okay.

A.    I believe it was Navy Federal.  You can't

DEPOSITION OF  ORIEN TULP

quote me on that because I have no oversight of that.

Q.   Okay.

A.   I don't know.

Q.   And before -- Dr. Konyk mentioned that before -- you also used to have a residence in Delaware before Colorado, correct?

A.   Oh, long before, yes.

Q.   Okay.  And she mentioned that you and Dr. Konyk and your family used to move back and forth between Montserrat and Delaware, correct? Before moving to Colorado.

A.   We moved back -- we lived in Delaware for about five years or something like that.

Q.   Okay.

A.   Early on.  But we moved from Color-- from Delaware early 2003, '04, '05, somewhere in that timeframe.

Q.   Okay.  And around that time that you were in Delaware, did Dr. Konyk handle the administrative office of USAT from Delaware?

A.   I don't know where she operated from.  I don't -- I assumed she did.

Q.   Do you recall her opening a bank account in Delaware on behalf of USAT?

A.   I don't know.

Q.   Okay.  So going back to Colorado, this Youngfield Street, Wheat Ridge address, is that the -- is that an actual office address?

A.   It was an office building with multiple offices in it.  Different companies were there. There was a bank there, there were some others -- I think there was a real estate enterprise there, some other things.  I don't really know all the offices over there.

Q.   And was it Dr. Konyk the person that mostly worked at that office?

A.   She worked there.  I didn't work there very often, I worked from my home office or from the office in Montserrat.

Q.   So if any of that -- with regards to the Colorado office, is that the office that would receive payments from the students for tuition?

A.   I don't know.

Q.   Is at the office that received payments from the students with regards to medical fees?

A.   I don't know.

Q.   Okay.  If we keep going down, it says Barbosa Avenue -- 598 Barbosa Avenue.  Do you recognize that street address?

DEPOSITION OF  ORIEN TULP

Page 83

A.   I recognize that is the address of the Puerto Rico office, yes.

Q.   Okay.  And that's the office that was established by Dr. Ortiz Bustillo?

A.   Yes.

Q.   Okay.  And then another address down there, 5400 Ward Road, Building 3-150, Arvada, Colorado.  What address is that?  It's the postal address?

A.   That is the current local address of Colorado --

Q.   Okay.

A.   -- office.

Q.   Is that presently the administrative office of USAT right now?

A.   Dr. Konyk, yes.

MR. RIVERA:  Okay.  All right.  And then we go down.  Go down a little bit more, Raquel.

BY MR. RIVERA:

Q.   It says the administrators are both you and Dr. -- the administrators were identified as you -- Dr. Tulp -- and Dr. Konyk, correct?

A.   That is correct.

Q.   And the titles was you -- Dr. Tulp the

DEPOSITION OF  ORIEN TULP

Page 84

president, correct?

A.    Correct.

Q.    And Dr. Konyk is the vice president, correct?

A.    Correct.

Q.    So both of you are the owners and the high officials of USAT?

A.    I don't know if you could call us high officials, we own it.

Q.    Okay.

A.    I've never been referred to as a high official.

Q.    Well, if you understand -- if I say president or vice president, my understanding is upper -- like upper management, you know, a high official.  Would you agree that that would be a fair description?

A.    I don't know because I've never pursued that sort of...

Q.    Okay.  But the president -- there's nobody above the president, correct?

A.    No one above the president in this organization.

Q.    Okay.

A.    But we all have a president somewhere.

Q.   But ultimately your job position is the highest position of USAT, correct?

A.   I would assume so, yes.

Q.   And vice president is also -- would it be fair to say that they're the second highest position in USAT?

A.   That's fair.  It's fair to say that, yes.

Q.   Okay.  All right.  So this corporation was created around May of 2017; would it be fair to say that around that time was when you and Dr. Ortiz Bustillo agreed to open this USAT medical school in Puerto Rico?

A.   Initially as an office.  There's only a small area with a couple of rooms.

Q.   Okay.  So when you mentioned that Ortiz Bustillo was supposed to open just "as an office," what are you referring to just "as an office"?  What was your understanding?

A.   It was an administrative office.  And initially -- initially, his role was to -- Bustillo is familiar with the Puerto Rico hospitals.  He knew all the points of contact involved.  And initially, it was to oversee the clinical training in Puerto Rico with some administrative functions that were added into

that, because with that administrative function of overseeing the clinical training and making contacts with the hospitals, there's obviously the administrative element to that.

Q. Okay.

A. These were all primarily transfer students from other schools.

Q. All right.

A. And since all of our lectures were online at that time, it negated any need for any physical campus anywhere or sub-campus anywhere else.

MR. RIVERA: Okay. Counselor Paulsen, would it be okay if we -- I might be doing this a little bit early, but take a lunch break at this hour?

MR. PAULSEN: I don't object. Dr. Tulp...

THE DEPONENT: I don't object. Can we take the entire hour?

MR. RIVERA: No, it could be half an hour, it could be an hour.

THE DEPONENT: Let's take the hour because I've got to run out for something like that.

MR. PAULSEN:  I don't object, Mr. Rivera.

MR. RIVERA:  Say what?

MR. PAULSEN:  I don't object.

MR. RIVERA:  All right.  You said you have no problem or you --

MR. PAULSEN:  No problem, yes.  Right, no problem.

MR. RIVERA:  Okay.  So let's go off the record and take the lunch break.

(Whereupon, a brief recess transpires.)

DEPOSITION OF  ORIEN TULP

Page 88

AFTERNOON SESSION (3:05 P.M.)

MR. RIVERA:  All right.  We're back on the record.  It's 3:05 p.m., May 25th, 2023.  After the lunch break, we're continuing with the deposition of Dr. Tulp.

Dr. Tulp, I hope you had a good lunch.

BY MR. RIVERA:

Q.   So we were discussing about how Ortiz Bustillo was going to do an administrative office to oversee the clinical training in PR and contact hospitals and administrations to train these students in the clinical portion of the medical education, correct?  That was the initial idea?

A.   No, there's -- that was the objective, yes.

Q.   Okay.  When did it start developing into the -- that they were starting to hire -- or recruit students -- sorry -- to take the first two years of the basic science portion?

A.   Well, I don't really know because most of them initially were flocking to us and we didn't really have to do any recruiting per se.

Q.   Okay.

A.   Many of them were transfers, as I

mentioned before.

Q.   Okay.  So do you have any knowledge that Dr. Ortiz Bustillo was actively recruiting new students to take the basic -- the first year of medical school in Puerto Rico?

A.   I don't think he was actually recruiting them, I think they were coming on their own.

Q.   Okay.  But you do have knowledge that eventually students were applying for first -- the first two years of the basic science in Puerto Rico, correct?

A.   I don't have access to any of those records, so I couldn't say "yes," "no," at all.

Q.   You have no knowledge that there were faculty members giving out classes in Puerto Rico for the first two years of basic science portion of the medical school?

A.   I knew he had employed some local support faculty to assist him.  I didn't meet them in person, so I don't know for sure who they were. They were typically faculty from other medical schools there.  I don't know any more than that about...

Q.   Have you ever heard the term white coat ceremony?

A.   I have heard the term, but we've never conducted one of those.

Q.   **What is a white coat ceremony?**

A.   It's a ceremony that some medical schools do at the end of basic sciences or near the end of first year -- somewhere in there -- before they put on a white coat so they can go into the clinic.  We've never --

Q.   **So this --**

A.   We've never done one.

Q.   **This ceremony is usually done after completing the first year of medical school?**

A.   Sometime after that, usually, yes.  Not all schools do them.

Q.   **Or is the white coat ceremony usually held before the clinical portion?**

A.   I would assume so, but we've never done one.

Q.   **Okay.  It's your testimony today that you didn't appear at a white coat ceremony in Puerto Rico?**

A.   I appeared in a ceremony on a very short notice -- it was not organized by the school, it was organized by the students.

Q.   **So your testimony today is that the white**

coat ceremony wasn't organized by USAT in Puerto Rico?

A.   No, it was not.

Q.   Okay.  The Puerto Rico school actively had students in the first year of the basic science portion in 2017, correct?

A.   I do not know.

Q.   So you were not involved with Dr. Ortiz Bustillo in preparing the first year of medical school of the USAT Medical School in Puerto Rico?

A.   Not directly, no.

Q.   But you did delegate unto him the task as associate dean to structure the medical school in Puerto Rico?

A.   Some students came in; they needed remedial courses.

Q.   Okay.  So USAT Puerto Rico Medical School between 2017 and early 2018 operated without any interference from ECFMG, correct?

A.   Not to my knowledge.  USAT is part of -- there's only one entity of USAT.  Puerto Rico is the same entity as Montserrat.  There's only one USAT.

Q.   When were you first given notice about

ECFMG's investigation with regards to USAT?

A.   I learned about it at the close of business on September 14th, 2018, at which point I discovered they had previously posted it on the Internet for worldwide viewing sometime before that.

Q.   Okay.  Did you receive a letter from ECFMG around August of 2018?

A.   I did.

Q.   Okay.  Do you recall receiving that letter?

A.   I don't remember exactly.

Q.   You remember that ECFMG started requesting you information about the location where students were taking their classes?

A.   I don't remember exactly.

Q.   All right.  Okay.  I'm going to -- after you received that letter from ECFMG, do you remember that you issued a telephone conference with all USAT students in September?

A.   I didn't actually do that.  I may have -- I may have known about it at the time but I don't remember much about that.  Could you put that letter on the screen that you're talking about?  Because I don't know what you're talking

DEPOSITION OF  ORIEN TULP

Page 93

about.

Q.   I'm just -- I'm not talking about the letter now, I'm talking about -- after receiving that notice from ECFMG, do you recall that you were -- that you issued, like, a telephone conference with USAT students?

A.   I did not personally do that.

Q.   Do you recall holding a telephone conference to inform the USAT students of the investigation of ECFMG?

A.   I know there was a conference that we made students aware that --

Q.   Okay.

A.   -- ECFMG was going to ask some questions. I didn't know any more than that.  We didn't know.  They didn't tell us.

Q.   It was a telephone conference where you held an open line with USAT students to explain to them the situation with ECFMG.  Do you remember that?

A.   I remember there was one, but I don't remember anything about that at all?

Q.   Do you remember telling the students -- the USAT students that ECFMG was sending affidavits?

A.   I believe they were informed that they were going -- they may receive one.  But I don't rem-- I don't specifically remember that, no.

**Q.   Do you recall that the affidavits were requesting information as to the location of where the students were taking their basic science portion of the USAT medical school classes?**

A.   That was one of the questions on the affidavit.  But remember that 500 of those students were -- they had already completed basic sciences.

**Q.   But there were some students that had not completed basic sciences, correct?**

A.   I'm not aware of any.  There may have been some.

**Q.   Okay.  Do you remember that one of the things you told in the telephone conference was that you were looking into this issue with ECFMG with attorneys and trying to seek other remedies?**

A.   I couldn't hear that.

**Q.   Did it cut off?  Okay.  Can you hear me now?**

A.   I couldn't hear a word.  Now I can, yes.

Q.   Do you recall that you told the students that you were seeking legal counsel in order to seek some type of remedy against the investigation of ECFMG?

A.   I don't recall specifically telling students that because I don't recall that conversation.

Q.   Okay.  Do you remember that ECFMG called you to appear at a hearing?

A.   We were told there was going to be a hearing in November 28th, 2018.

Q.   Okay.  That hearing in November 28, 2018, where was it?

A.   That was in the Rittenhouse Hotel in Philadelphia.

Q.   And who was in that hearing?

A.   The -- myself and the two attorneys that we had hired at that time.

Q.   Who were the two attorneys?

A.   Attorney Reil and Attorney Swate.

Q.   Anybody else besides those two attorneys?

A.   Yes, the -- Dr. Pinsky was there.  Attorney McEnroe ran the entire event.  And the MECC was there.

Q.   Who was the last person?  Sorry.

DEPOSITION OF  ORIEN TULP

Page 96

A.    MECC.  I don't know who they were by name.

Q.    Okay.  What was the purpose of this hearing?

A.    They never told us.

Q.    Was the purpose of this hearing to investigate the locations of where the students were taking their basic science portion classes?

A.    No.

Q.    So you don't know what the purpose of the hearing was?

A.    The purpose of the hearing was never stated when we got there.

Q.    And what happened then when you appeared at the hearing?

A.    They closed it a few minutes later.

Q.    And after the hearing was held and closed, what was ECFMG's decision after that?

A.    I don't know because they didn't communicate.  They would not communicate with me.

Q.    Do you remember filing a lawsuit against ECFMG after that hearing?

A.    I remember filing -- the attorneys filed the lawsuit after that hearing.

MR. RIVERA:  Raquel, can you show Dr. Tulp Exhibit 13?

(Whereupon, Exhibit 13 is marked for identification.)

BY MR. RIVERA:

Q.   Okay.  So I'm demonstrating to Dr. Tulp the document that has been identified -- marked as Exhibit 13 of the deposition.

Dr. Tulp, do you recognize that first page?

A.   It's some time ago, but it can't say exactly it's the same.

Q.   Okay.  It says at the top that the -- "Law Offices of William C. Reil."  Do you recognize that name?

A.   Yes, he was one of the attorneys that we had hired to help us --

Q.   Okay.

A.   -- find a resolution.

Q.   This was the attorney admitted in Pennsylvania, correct?

A.   Correct.

Q.   And Attorney Reil was your legal representative on behalf of USAT, correct?

A.   One of two, yes.

Q.   Okay.  And he filed this complaint on

behalf of USAT?  He was authorized to file this complaint on behalf of USAT, correct?

A.    Yes.

Q.    Do you recall reviewing this complaint before it was filed?

A.    No.

MR. RIVERA:  Okay.  Let's go to page 3, Raquel, where it says "summary."

BY MR. RIVERA:

Q.    It says that -- in this summary, it says that ECFMG sanctioned Dr. Tulp and closed down USAT by refusing to allow students of USAT to take necessary medical examinations.  Do you recall that -- authorizing that allegation?

A.    I remember the allegation that -- made, yes.

Q.    Okay.  And then it says here that the letter was sent to you, which is Exhibit A.

MR. RIVERA:  Let's go to Exhibit A, which is on page 12, Raquel.

BY MR. RIVERA:

Q.    Do you recognize exhibit -- page 12 of Exhibit 13?

A.    I recognized the letter.

Q.    This was the letter that ECFMG sent to

you after the hearing, correct?

A.   Yes.

Q.   Okay.  And in this letter, it states that ECFMG determined that you engaged in irregular behavior, correct?

A.   That's what it reads.

MR. RIVERA:  If we go to the third paragraph, Raquel...

BY MR. RIVERA:

Q.   It says on the -- where it says "The ECFMG Committee considered the documentation presented to it and Mr. Swate's statements." Do you see that paragraph?

A.   I see that paragraph, yes.

Q.   Okay.  And then it says, "Following careful review, the ECFMG Committee determined that you engaged in irregular behavior in connection with providing false information to ECFMG."  Do you --

A.   No, I have never provided false information.

Q.   Okay.  If ECFMG is stating that you incurred in irregular behavior by providing false information, do you have any idea what they're referring to?

A.   Not a bit, no.

Q.   Okay.  Then they say that they -- that afterwards, in the bottom paragraph, it says, "In light of the ECFMG Committee's findings, the ECFMG sponsor note for USAT in the World Directory of Medical Schools will be updated as follows.  In 2018, ECFMG determined that a certain official to the University of Science, Arts, and Technology engaged in irregular behavior in connecting -- in connection with providing false information to ECFMG."  Do you recall that that note was included in the World Directory?

A.   It was not only included, but it was published 79 days before they made their decision.

Q.   Okay.  And they say that this note will be in the World Directory for five years, correct?

A.   Yes, it was in the directory since September 11th, or before, of 2018.

MR. RIVERA:  Okay.  And then, if we go to page 15 of Exhibit 13, there's another exhibit included in the complaint.

Go to exhibit -- page 15, Raquel,

Exhibit 13.  You might have to twist that around.  Right there.  Okay.

BY MR. RIVERA:

Q.   **Do you recognize that page 15 of Exhibit 13?**

A.   It has been changed because the boldface was in red, not black.

Q.   **Okay.  But what's --**

A.   And at the bottom of that page it says "September" -- "last update, September 11th, 2018," more than a month before they did their investigation.

Q.   **Okay.  So this is the note that was included in the World Directory, correct?**

A.   Part of it.

Q.   **Okay.  And what it's saying is that any students and graduates of this medical school with the graduation year of 2019 or later are not eligible to apply to ECFMG for ECFMG certification, correct?**

A.   That's what they impose, yes.  It's the same exhibit that we saw -- shown previously.

Q.   **Okay.  Which means that any student that did not graduate by 2019 cannot take the United States Medical Licensing Examinations.**

A.   That is the implication of what they said, but all of their credits were deemed transferable.

Q.   Okay.  Let's go to the next page, page 17 of Exhibit 15 -- of Exhibit 13 -- sorry.  That is the -- that is the same agreement we reviewed earlier, correct?

A.   Yes.

Q.   And then on page 23 of Exhibit 13, do you recognize that document?

A.   The ECFMG has never sent that document to us.

Q.   But this document was included as part of your complaint, correct?

A.   Yes, was obtained from students who -- who provided it.

Q.   This is the affidavit that was sent to the students, correct?

A.   One of two.

Q.   Okay.  And the purpose of this affidavit was to see -- if we go here, section 1, it requests the dates that the person attended USAT in Montserrat, correct?

A.   That's what it reads, but I don't know what the ECFMG's intent was.

Q.    Okay.  And then section 2 says, "The dates and location of basic science courses taken in Montserrat," that was the question on section 2 of this affidavit, correct?

A.    Correct.

Q.    Okay.  And then section 3 says, "I did not take basic science courses at a facility located in Montserrat because" -- that was the third section, correct?

A.    Uh-huh.

Q.    That's a "yes"?

A.    That's a yes.

Q.    Okay.  So based on this affidavit, did that refresh your recollection that when you spoke to USAT students about this affidavit, you were talking about the content of how to fill this affidavit?  Do you remember that was one of the matters that was discussed in the telephone conference?

A.    I never told the student how to fill it out.

Q.    Okay.  So your statement today then is that you did not instruct the students to not complete this affidavit?

A.    I did not tell them not to complete it or

complete it.  I didn't speak to them about that.
I don't remember anymore.

Q.   Okay.  And is it your statement today
that you did not instruct the students to
mention in this affidavit that you took courses
in Mon-- that they took courses in Montserrat?

A.   I did not advise any student of putting
that.

Q.   Okay.  If we go on page -- there's
page 26 and 27 of Exhibit 13 -- it's a letter
that was included with the complaint dated
November 21st, 2018.  Do you recognize that
letter?

A.   I don't recall exactly, no.

Q.   Okay.  Tommy Swate, do you recognize that
name?

A.   Yes.

Q.   Who is he?

A.   He was one of the two attorneys that we
had hired to help us with the resolution.

Q.   Okay.  Mr. Swate was your legal -- was
the legal representative of Dr. Tulp and USAT,
correct?

A.   He was, yes.

Q.   At that time in 2018?

A.   Yes.

Q.   Okay.  So he was authorized to make representations on behalf of USAT, correct?

A.   He was authorized and there was no other way to make communication.

Q.   Okay.  Here it says that the ECFMG Committee was going to hold -- it says here, "November 28th at 9:00 a.m. at the Rittenhouse Hotel, Philadelphia," that's the hearing that you were mentioning, correct?

A.   That is the conference that we were referencing.

MR. RIVERA:  Okay.  Let's go to page 29, Raquel, Exhibit 13.

BY MR. RIVERA:

Q.   Do you remember receiving -- do you recognize this letter dated October 18, 2018?

A.   I don't remember the exact date.  I did receive that by email most likely.

Q.   Okay.  It says here that in this letter that they are notifying you of the allegations against USAT, correct?

A.   They were supposed to tell us, but we don't know what the allegations were.

Q.   Okay.  In this letter, it says that they

are writing this letter to note -- "to advise you of the allegation that you, individually and in your capacity as an official of USAT, engaged in irregular behavior in connection with providing false information to ECFMG."  That's the first sentence, correct?

A.   Yep.

Q.   **Yes?**

A.   Yes.

Q.   Okay.  And then they said, "Specifically, you provided false information to ECFMG when you, one, notified ECFMG that USAT does not operate a branch campus in Miami, Florida and, two, certified to the attendance dates of several USAT students or graduates when ECFMG has information that these students were not attending USAT during some of the time periods to which you certified."  Did you see that sentence?

A.   The allegations -- it was never proven.

Q.   **But isn't it true then, based on that sentence, that they were notifying you specifically of these allegations against you?**

A.   Yes and no.  What was the allegation of irregular behavior?  For 50 years I don't know

what I've done wrong.

Q.   Okay.  Isn't it true that the allegation of irregular behavior is that you were providing false information that the students were studying in Montserrat, when, in fact, they were studying outside Montserrat?

A.   That's incorrect, I believe.

Q.   Say what?

A.   I believe that to be incorrect.

Q.   Okay.

A.   It identifies a branch campus, and we've never had a branch campus.

Q.   It makes reference here that on August 21st, 2018, ECFMG advised you that we had -- that they had become aware that USAT was operating a branch campus in Miami, Florida.  Do you recall that that was the first letter you received?

A.   I don't know where that branch campus could have been, we didn't have one.

Q.   Okay.  And then it says at the bottom, August 21st, you replied, "This is incorrect information.  The Miami location is an information and testing site only, where a pre-USMLE examination -- an NBME -- may be --

may administered, and an orientation for new students is conducted prior to their traveling to the Caribbean.

It is not a campus.  Our only campus is located in Olveston, Montserrat, British West Indies.  Actually, recall that Montserrat is a volcanic island, and the license issued to USAT in September 2003 does actually permit the establishment of off-campus lecture and administrative sites as needed.  USAT has students on-island on a year-round basis since its origination."

So that -- what I just read was your response to the first letter, correct?

A.   And that was accurate information, to the best of my knowledge.

Q.   Okay.  And then it states, "After receiving that reply, ECFMG received information that USAT was also providing medical education lectures not only in Miami but also Tampa, Florida; Dallas, Texas; and Puerto Rico."  Do you recall that USAT notified you that they received that information?

A.   They never provided any proof of where they got it from or what it was or any evidence.

Q.    Okay.  All right.  If we go to the page 31, it says that "During the course of the investigation" -- and there's a subsection that says "Certification of False Information Regarding Students' Attendance Dates."  It says, "During the course of the investigation into USAT's branch campuses, ECFMG has discovered information that indicates that you provided false information to ECFMG regarding the attendance dates of some of your students on some of their applications for the United States Medical Licensing.  Specifically, you certified that students were attending USAT during time periods which they were not attending USAT."

A.    That is --

Q.    Isn't it true that this --

A.    That is even impossible for us to do because we don't make the applications for services, the students do.

Q.    All right.  After this complaint was filed, you served ECFMG with this complaint and these exhibits, correct?

A.    They gave us 30 days to respond.

Q.    Are we talking about the letter?

A.    I don't -- I don't know what you're

asking.

Q.   Okay.  So you were provi--

MR. RIVERA:  If we go to the next page, Raquel, page 32.

BY MR. RIVERA:

Q.   It says, "Please provide a response to ECFMG by November 1st, 2018 to Kara Corrado."

A.   Uh-huh.

Q.   You were given up to that date to respond to the ECFMG's letter regarding allegations against you and USAT, correct?

A.   That is correct, but because we already hired an attorney, I could not make the response directly.

Q.   Okay.  So just so you know, you received that letter where they notified you that they were going to put a note in the World Directory that ECFMG was not going to accept certification of any students from USAT from 2019 onwards, correct?

A.   Yes.  But they put that on the Internet 95 days before they had the hearing.

Q.   Okay.  And because they put that on the World Directory, that's when you decided to file this complaint, correct?

A.   No.

Q.   When did you decide to file this complaint?

A.   We had 30 days to respond from the November 28th hearing.

Q.   Okay.

A.   It fell over a holiday when ECFMG was closed.  There was no other way to reach them and they would not respond to any communication.

Q.   So then you authorized the two attorneys Swate and Reil to file this complaint in the Federal Court in Pennsylvania, correct?

A.   They filed that, but they were -- we were trying to get a resolution from day 1.

Q.   Okay.

A.   ECFMG refused to cooperate.

MR. RIVERA:  Can we go to page 10?  To the first page, Raquel.  Sorry, first page.

BY MR. RIVERA:

Q.   It says at the top of the -- in the date stamp at the top, it says 12/24/18.  So would that -- would you agree with me that in -- December 24th of 2018 is when this complaint was filed?

A.   That is the date that was recorded that

it was filed.  I didn't know it had been filed.

Q.   Okay.  Do you remember that after filing this complaint, different motions were filed afterwards, correct?

A.   I don't remember exactly.

MR. RIVERA:  Can you show him, Raquel, Exhibit 14?

(Whereupon, Exhibit 14 is marked for identification.)

BY MR. RIVERA:

Q.   There, in the 14, is a document that was filed in the Federal Court case of Dr. Tulp and ECFMG before the Federal Court in the Eastern District of Pennsylvania.  That's where the complaint was filed originally.  And then on January 22nd, 2019, ECFMG filed this motion to dismiss the complaint.  Dr. Tulp, do you recognize this document?

A.   Not really, no.

Q.   You mentioned a lawyer by the name of McEnroe.

A.   Yes.

Q.   At the bottom, there's a signature that says "Elisa P. McEnroe"; do you see that?

A.   Yes.

Q.   Is that the McEnroe that you mentioned was at the hearing?

A.   She was the one who conducted the November 28th hearing.

Q.   Okay.  So she was the one that filed the appearance on behalf of ECFMG in this federal case that you filed, correct?

A.   Yes.

Q.   Do you recall the attorneys discussing this motion to dismiss with you?

A.   No.

Q.   No.

MR. RIVERA:  Let's go to the next exhibit, Exhibit 15.  Exhibit 15 should be there.

(Whereupon, Exhibit 15 is marked for identification.)

BY MR. RIVERA:

Q.   Exhibit 15 of the deposition is the transcript of a preliminary injunction hearing before the Honorable Judge Wendy Beetlestone of the Eastern District of Pennsylvania.  It states that it was on January 24th, 2019 at 2:03 p.m., Document 26 of Tulp vs ECFMG, case civil number 18-5540.  Do you recall going to a preliminary

hearing in Philadelphia or...

A.   Not really.

Q.   Do you recall that you appeared at a hearing in Philadelphia before a federal judge?

A.   Vaguely remember that, yes.

Q.   Okay.  Do you remember that at that hearing you provided testimony?

A.   Not much that I can recall.

Q.   Did you ever review this transcript?

A.   No, not recently, if ever.

MR. RIVERA:  Go to page 62 of the Exhibit 15, please, Raquel.

BY MR. RIVERA:

Q.   Here it says -- it says that the -- on line 18, it says that the Court says, "Okay. Let's have -- would you want -- do you want to put Mr. Tulp on -- Dr. Tulp on the stand?"  And Mr. Reil -- that's your -- Counselor Reil, which you identified as your attorney -- says, "Yes. And with the Court's permission, Attorney Swate will examine Dr. Tulp."  And the Court said, "Go ahead."  The court recorder asked you to raise your right hand, state your name for the record. And it says, "The Witness:  Dr. Orien Lee Tulp." And then it continues -- "Plaintiff, having been

duly sworn, testified as follows."  And then after that, Swate starts asking you questions.

Do you recall, while reading that portion, that you were under direct examination in the Philadelphia Federal Courthouse by Attorney Swate?

A.   It's about five years ago, I don't recall everything about it.

Q.   Okay.  But you remember that you took an oath at that courthouse?

A.   Obviously.

Q.   Okay.  And you stated under oath -- you testified under oath before the judge in the Federal Court of Philadelphia, correct?

A.   That is correct.

MR. RIVERA:  Okay.  I'm going to go to the next exhibit, Exhibit 16.  Exhibit 16 is the opinion of the United States District Court for the Eastern District of Pennsylvania.

(Whereupon, Exhibit 16 is marked for identification.)

BY MR. RIVERA:

Q.   Dr. Tulp, do you remember that in this opinion the federal court granted in part the

motion to dismiss of ECFMG and denied in part the motion to dismiss?

A.   I was not provided the details of that by my former attorneys.

Q.   Okay.

A.   I was unable to read that opinion.

Q.   So you never read this opinion before today?

A.   Not until about two weeks ago when it was provided to me.

MR. RIVERA:  Okay.  All right.  Let's continue to Exhibit 17.  Okay.

(Whereupon, Exhibit 17 is marked for identification.)

BY MR. RIVERA:

Q.   Okay.  Exhibit 17 of the deposition is a court order where the court denies in part the motion to dismiss and grants in part the motion to dismiss.  Do you remember seeing this order at that time in March 26 of 2019?

A.   I didn't read the order.  I mean, I didn't see it.  They didn't communicate it to me.

Q.   Okay.  You remember then that only the common law due process cause of action remained

in the federal courthouse?

A.   That is what the attorneys told me.

MR. RIVERA:  Okay.  Let's go to Exhibit 18.

(Whereupon, Exhibit 18 is marked for identification.)

BY MR. RIVERA:

Q.   All right.  Exhibit 18 is ECFMG's answer to the complaint and affirmative defenses.  Do you recognize this document?

A.   No.

Q.   Okay.  Where you provided this document at that time around April 9th of 2019?

A.   No.

MR. RIVERA:  Okay.  Let's go to the next exhibit, Exhibit 19.

(Whereupon, Exhibit 19 is marked for identification.)

BY MR. RIVERA:

Q.   Exhibit 19 is 614 pages, but it's ECFMG's Motion for Summary Judgment.  Did you ever receive this Motion for Summary Judgment?

A.   No.

Q.   Okay.  This Motion for Summary Judgment makes reference to certain declarations made by

you and policies.  Let's go to page 60 -- one second.  Page 66, "ECFMG Medical School Policy." Have you ever seen this ECFMG Medical School Policy before?

A.   It has been changed over the years.

Q.   So this is the policy that you indicate that changed USAT's ability to teach students in -- outside Montserrat?

A.   ECFMG never had a rule about that.

Q.   So ECFMG -- your statement today is that ECFMG did not have a rule about students studying in the main branch -- in the main school location before 2018?

A.   They did not have a campus rule prior to September or October of 2018.

Q.   Okay.

A.   Many schools were having classes away.

MR. RIVERA:  Okay.  Let's go to the next page, which will be -- one second.  Go to page 154, Raquel.  Okay.

BY MR. RIVERA:

Q.   Page 154 of Exhibit 19 is a table of sorts.  Do you recognize that?

A.   That's a projected schedule.

Q.   And that schedule was prepared by USAT,

correct?

A.   That would have been prepared, I assume, by USAT.

Q.   Okay.  Did you prepare the schedule?

A.   No.

Q.   Do you know who the person was that prepared the schedule?

A.   No.

Q.   Okay.

A.   Not really.  I can't be sure.

Q.   Okay.  In this schedule, it makes reference to months and dates for the lecture conference schedule, correct?

A.   There would be days when we would be available for interviews.

Q.   Okay.  Just so I can understand this, it says January -- and the table, you know, I understand that the column all the way to the left are the months and the year, correct?

A.   That's the way that it reads, yes.

Q.   Okay.  And then it seems to be -- it says "SU" as in Sunday, correct?

A.   I really can't read that from here.

MR. RIVERA:  At the top -- can you get closer, Raquel?

BY MR. RIVERA:

Q.   Next to 2018, I see "SU."  Do you see it?  In the columns.

A.   I don't see what you're talking about.

Q.   So where the months are at, it says "January, February, March," to the left.  On top, it says 2018, correct?

A.   It says 2018.

Q.   Okay.  And to the right of it, it says "SU."

A.   I don't see any "SU."  I don't know what that is.

Q.   And then it says "M."  Do you see "SU, M, T, W" --

A.   Oh, yes.  Sunday, yes.  Yes, days of the week.

Q.   Okay.  So those are the days of the week, correct?

A.   Correct.

Q.   Okay.  And then there's certain numbers below it.  Can you just -- can you explain what those numbers mean?

A.   I would presume they refer to days of the month.

Q.   Okay.  And then -- all right.  I see --

DEPOSITION OF  ORIEN TULP

Page 121

and then there are some parts of the days of the month which are shaded by different colors. What do those different colors mean?

A.   I don't know.  I didn't prepare it.

Q.   Okay.  There's one that says -- shaded kind of like orange.  Do you know what that means?

A.   I don't see any orange.

Q.   Ah, not orange, sorry.  My apologies. Green.

A.   I -- there's no orange on your screen.

Q.   No, green.  Green.

A.   Oh, green.  Green.  Yeah, I see -- I see some that are green.

Q.   What does that green mean?

A.   If I read the legend, that means those are days we were scheduled to be in Tampa for interviews and other administrative functions, whatever they might have been.

Q.   Okay.  And then there's yellow, correct?

A.   Yes.

Q.   And what does yellow mean?

A.   Yellow, according to the key, the legend there, refers to Miami.

Q.   Okay.  And then there's blue.  What does

blue mean?

A.   Blue means there would be a Dallas location.

Q.   Okay.  And purple?  What does purple mean?

A.   I have no idea.  It's not on the -- oh, they must sign up if they want to attend the anatomy lab that was held at the Miami Herbert Research Center.  That's an outside organization.  They would like to know how many are coming, who they are going to be, because that's a secure facility.

Q.   Okay.  And that has -- that was in the lab where -- located where?

A.   It was in West Miami somewhere.

Q.   Okay.  And then there's red.  What does red mean?

A.   Oh, we scheduled two commencement ceremonies per year.  And that --

Q.   When you say "commencement ceremony," you mean a white coat ceremony?

A.   Oh, no.  No, we've never done a -- these were recognizing the people who completed the program.

Q.   Okay.

A.   Nothing -- nothing fancy.

Q.   **Well, on the bottom, it says "Tampa, Miami, Dallas" and then "graduation in Miami." What's it referring to in "graduation in Miami"?**

A.   That's when we would hold a ceremony to recognize those who had completed the program on the -- at that time at those dates.

Q.   **Okay.**

THE DEPONENT:  Can we take a break soon?

MR. RIVERA:  You want a break?

THE DEPONENT:  Can you take a break soon?  Yeah.

MR. RIVERA:  Yeah, this is fine.  We can take a 5-minute break.

THE DEPONENT:  Much appreciated.

(Whereupon, a brief recess transpires.)

MR. RIVERA:  We're back on the record.

Raquel, we were on page 154 of Exhibit 19.

BY MR. RIVERA:

Q.   **So just to finish with page 154, Exhibit 19, do you know who -- you mentioned that you don't -- you did not prepare this**

schedule specifically?

A.   No, I did not prepare that.

Q.   Do you have any idea who was the person who prepared the schedule?

A.   I have no idea.  I would have to ask.

Q.   Let's go to page 150 -- let's go to page 150 -- 160.  It's a chain email in Exhibit 19.  It's a chain email between two persons, one is called Scott Mealey from ECFMG. Do you recognize that name?

A.   I recognize that name, yes.

Q.   Who is Scott Mealey?

A.   He is someone at the ECFMG, I don't know.

Q.   Okay.  Was he in charge of the investigation of USAT in 2018?

A.   I have no idea.

Q.   Okay.  And then the other person is Cally Ostwalt.  Does that name ring a bell?

A.   No.

Q.   Okay.  You mentioned that the Florida Department of Education that -- earlier -- what knowledge did the Florida Department of Education had over the USAT students in Florida?

A.   I don't know.

Q.   Okay.  Let's go to the next page, it's

164. It's an email sent to Scott Mealey from ECFMG, and somebody is quoting an email sent by you --

A. I --

Q. -- stating, "Please do not use the phrase 'campus' when referring to the US sites, as that implies approval from the US Department of Education or the State Department of Education, which isn't possible or likely as an international medical school. Someone reported to ECFMG that we have a Miami campus. It is an administrative site where we do interviews, orientations, and pre-USMLE proctored examinations." Do you remember writing that email?

A. I did not.

Q. Did Dr. Konyk write that email?

A. I don't know because the address is redacted.

Q. Okay. There, on page 165, do you remember receiving this letter dated September 14th, 2018?

A. Can you just scroll down so I can see who it is from?

MR. RIVERA: Raquel, up to --

BY MR. RIVERA:

Q.  **It says Kara Corrado.**

A.  I remember that vaguely.  I would have to read it again.

MR. RIVERA:  Can you go up, Raquel?

THE DEPONENT:  Right, now I can see it.

BY MR. RIVERA:

Q.  **It was around this time that you were being notified that the ECFMG was conducting the investigation as to where the USAT students were taking their classes, correct?**

A.  It implies that.

Q.  **Okay.  Let's go to page 175.  All right. Do you recognize page 171?  It's 171.  Do you recognize that first page?**

A.  I believe that's the letter that was written by Tommy Swate.

Q.  **So that letter was the letter that Tommy Swate sent in response to ECFMG's letter?**

A.  Yes.

Q.  **Okay.  And did you review this letter before he sent it?**

A.  No.

Q.  **But Tommy Swate at that time was the**

attorney of USAT and yourself, correct?

A.   He was one of our attorneys, yes.

Q.   Okay.  I think these letters are repeated.  Excuse me, so...  All right.  Go to page 202.  Page 202, it says, "Meeting of the ECFMG Medical Education Credentials Committee, regarding Orient L Tulp, USAT, November 28, 2018.  Hearing taking pursuant to notice, was held at Rittenhouse Hotel, 210 West, Rittenhouse Square, Philadelphia, Pennsylvania, commencing at 10:00 a.m. on the above date, before Lisa Marie Capaldo, RPR, a registered professional reporter and notary public."  Do you remember when the hearing occurred that somebody was recording the hearing?

A.   I remember the hearing, yes.

Q.   And then after that hearing was taken -- that the hearing was reflected on a transcript?

A.   The transcript was eventually requested, but I don't know who -- I didn't do it.

Q.   But you received the transcript, correct?

A.   No.

Q.   No?  Do you remember being sworn at the hearing?

A.   Yes.

Q.   So you testified at the hearing under oath as well?

A.   I never had a chance to testify.

Q.   Okay.  So at this hearing, you did not testify, it was just an argument between the attorneys?

A.   I don't believe I was sworn in.  And I did not testify, I was not permitted to.

Q.   Okay.  And then after that hearing, what -- on page 236 -- you received that letter, correct?  Page 235, I'm sorry.

A.   Yes, I received that letter.

Q.   Okay.  Can we go to page 374?

THE COURT REPORTER:  Did you say 274 or 374?

MR. RIVERA:  374.

BY MR. RIVERA:

Q.   All right.  On page 374 it states that -- it's the case heading of "The United States District Court for the Eastern District of Pennsylvania, case number 2:18-CV-05540, Dr. Orien Tulp, plaintiff, versus ECFMG, defendants, deposition upon oral examination of William Pinsky."  Do you remember being at that deposition of Pinsky?

A.    Yes.

Q.    Where was that deposition taken?

A.    In the attorney's office for Ms. McEnroe.

Q.    Okay.  And who examined Dr. Pinsky?

A.    He's the president and CEO of ECFMG.

Q.    Okay.  And his deposition was taken for the case that you have filed, correct?

A.    That is correct, I believe.

Q.    Was the deposition taken with regards to you?

A.    It was taken with regards to -- Dr. Pinsky did not show up for his previous subpoena.

Q.    Okay.  Do you remember answering interrogatories?

A.    No.

Q.    No.

Let's go to page 479.  Do you recognize that letter?

A.    No, I don't remember that letter.

Q.    Okay.  William C. Reil was the attorney in Philadelphia, correct?

A.    Yes.

Q.    And he was authorized to answer questions on behalf of you?

A.   I believe that is an -- usual role of an attorney, but I don't -- I don't know.

Q.   Okay.  And now we go to page 480.  Okay. Do you recognize that -- that page?

A.   No, not really.

Q.   Okay.  And then we go four pages down to page 483.  You don't recognize that William C. Reil filed this on behalf of you?

A.   No.

Q.   Okay.  Let's go to the page 491.  All right.  Page 491 is the cover page of the video deposition of Orien L. Tulp, taken in Philadelphia on April 17, 2019.  Do you remember that, being subjected to a video deposition?

A.   Not really, it's a long time ago.

Q.   Okay.  Do you remember at some time in April of 2019 that you went to Philadelphia to testify with regards to your federal court case?

A.   I don't have a good recollection of that. It's quite long -- it's almost five years ago.

Q.   But you don't remember testifying under oath in that deposition?

A.   If I was at the deposition and testified, it would definitely be under oath.

MR. RIVERA:  Okay.  That's it for

Exhibit 19.  Let's go to Exhibit 20.

(Whereupon, Exhibit 20 is marked for

identification.)

BY MR. RIVERA:

Q.    Okay.  Do you remember -- Exhibit 20 is
an opinion issued on June 25th, 2019.  Do you
remember that the federal court issued an
opinion dismissing your due process claims?

A.   No, I don't remember that.  It wasn't
sent to me.

Q.    Okay.  But you do have a -- you are aware
that your complaint filed against ECFMG was
dismissed in its entirety, correct?

A.   I only heard that from the attorneys
later on, I didn't know that at the time.

Q.    But the attorneys told you that the
federal court --

A.   So the answer to that is no.

Q.    You didn't know?

A.   I didn't, not at -- I didn't receive any
of this stuff.

Q.    Okay.  So your statement today is that
your attorneys in Philadelphia didn't notify you
of the opinion issued by the federal court in
Philadelphia --

A.   Not at the time.

Q.   -- in Pennsylvania?

A.   Not at the time.

MR. RIVERA:  Okay.  And Exhibit 21...

(Whereupon, Exhibit 21 is marked for identification.)

BY MR. RIVERA:

Q.   Okay.  In Exhibit 21 -- you recall that -- my question to you is: Do you recognize Exhibit 21?

A.   That about -- no.

Q.   So were you aware that on June 25th, the Court effectively closed the lawsuit you filed before the United States District Court for the Eastern District of Pennsylvania?

A.   Not at the time.

Q.   Not at that time?

A.   No.

Q.   Okay.  But afterwards you found out, correct?

A.   I found out eventually, maybe a month later.

Q.   Okay.  Do you remember that you filed an appeal or that your attorneys filed an appeal on behalf of you?

DEPOSITION OF  ORIEN TULP

A.   They discussed doing that, but I don't remember the details of that.

Q.   Okay.  Do you remember that they filed an appeal to the Third Circuit, Court of Appeals?

A.   Not really.  I assume that's the process, but I don't -- I don't recall it, not at the time.

MR. RIVERA:  Let's go to Exhibit 22.

(Whereupon, Exhibit 22 is marked for identification.)

BY MR. RIVERA:

Q.   Do you recognize Exhibit 22?

A.   Not really.

Q.   Okay.  So you don't recall that the Court of Appeals affirmed the judgment, dismissing your lawsuit in Pennsylvania?

A.   No.

Q.   Okay.  All right.  Let's go to Exhibit 23.  Well, before we go to Exhibit 23...

So with regards to all the documents, the court documents that we were looking at, can you explain what's the purpose of you filing that lawsuit in general -- in summary?

A.   The purpose was because they interfered with our university.  They published the results

DEPOSITION OF  ORIEN TULP

Page 134

of their findings 79 days before they had a hearing and more than a month before they actually began an investigation.  That sounds a little backwards to me.

Q.   Okay.  And then -- but eventually, that lawsuit was unable to reverse ECFMG's decision, correct?

A.   I assume, yes, but I don't -- I guess so.

MR. RIVERA:  All right.  I'm going to show you now Exhibit 23.

(Whereupon, Exhibit 23 is marked for identification.)

BY MR. RIVERA:

Q.   Do you recognize the first page of Exhibit 23?

A.   No.

Q.   Did you prepare that first page of Exhibit 23?

A.   No.

Q.   Let's go on the second page.  You might have to flip this.  On the second page of Exhibit 23 is a photograph; do you recognize the photograph?

A.   I do.

Q.   Is that you in the middle?

A.   That is me in the middle.  I was invited the day before.

Q.   Okay.  And the person standing to your left is Dr. Ortiz Bustillo?

A.   I don't know.

Q.   Are any of the persons there, do you recognize any of those persons?

A.   No.

Q.   None of those persons are -- is Dr. Ortiz Bustillo?

A.   One of them probably is, but I couldn't tell you which one.

Q.   Okay.  Have you been in contact with Dr. Ortiz Bustillo recently?

A.   No.

Q.   Okay.  Let's go to bot-- the next page, page 3.  Do you see -- do you recognize yourself on page 3 of Exhibit 23?

A.   I recognize myself there, yes.

Q.   And that was in the white coat ceremony in Puerto Rico, correct?

A.   Yes, but that was not a USAT function.

Q.   Okay.  But you were there present, correct?

A.   I was invited the day before.

DEPOSITION OF  ORIEN TULP

Page 136

Q.   Okay.  And those were the students of USAT in Puerto Rico, correct?

A.   I have no idea.

Q.   Okay.  And is Dr. Ortiz Bustillo in this picture?

A.   I don't know.

Q.   Okay.  All right.  Let's go to page 4. Do you recognize yourself on page 4?

A.   That looks like me, yes.

Q.   And is that you giving a speech in the white coat ceremony in Puerto Rico?

A.   I wouldn't call it a speech.  I don't know, I did not --

Q.   What did you talk --

A.   I did not give a speech.

Q.   What did you talk about?

A.   I didn't have any prepared comments.  I was asked at the last minute if I would say hello to the audience, that's all I did.

Q.   Okay.  You don't remember what you said?

A.   I have no prepared comments --

Q.   Okay.

A.   -- from that -- from that event.  Like I said, I was only invited the day before.

Q.   Let's go to page 5 of Exhibit 23.  That

person, do you recognize that person?

A.   It might be Dr. Bustillo, but I can't -- I wouldn't say for sure.

Q.   Okay.

A.   The answer is no.

Q.   Let's go to page 6.  Do you remember -- do you recognize yourself on page 6?

A.   I recognize that.

Q.   And that was the white coat ceremony in Puerto Rico, correct?

A.   That was the ceremony that the students put together, but I don't -- I don't have any other recall.

Q.   But it was considered similar to a white coat ceremony, correct?

A.   I think they considered it that, but I -- but we didn't organize it.  We had nothing to do with it.

Q.   Okay.  Let's go to page 7.  You don't remember that these were the students at the Puerto Rico campus?

A.   I never met any of their students.

Q.   Okay.  So that's -- but you recognize yourself in that picture, correct?

A.   Yes.

DEPOSITION OF  ORIEN TULP

Page 138

Q.   Okay.  And you were there at Puerto Rico when that ceremony was held, correct?

A.   For a few hours, yes, I was there. Because I -- I didn't even know where it was.  I was invited the day before.

MR. RIVERA:  Okay.  Let's go to Exhibit 24.

(Whereupon, Exhibit 24 is marked for identification.)

(Whereupon, a brief recess transpires.)

BY MR. RIVERA:

Q.   Okay.  Do you recognize Exhibit 24, Dr. Tulp?

A.   I've never seen that before.

Q.   You've never seen this Exhibit 24?

A.   No, that was not printed by USAT, that that I know of.

Q.   Okay.  Exhibit 24 states on the first page that, "Our prestigious, accredited USAT was established and licensed in September 2003 by the Governor of Montserrat, a British Overseas Territory, and became International Medical Education Directory listed the same year."  Do you remember making that representation?

A.   That was common knowledge.

Q.   "We are now the fastest growing school in the Caribbean community and possess the largest healthcare professional to medical doctorate bridge program.  We are listed by the Educational Commission for Foreign Medical graduates in the top 100 MD schools worldwide in 2013."  Do you remember making that representation?

A.   I did not write that document.

Q.   Okay.

A.   I have never seen it before.

Q.   Okay.  So this brochure was not prepared by you?

A.   Not by USAT.  I have never seen it before.

Q.   And do you have any -- so you've never seen this before today?

A.   No.

Q.   Okay.  Do you have any idea if Dr. Ortiz Bustillo prepared this brochure?

A.   I have no idea.

Q.   But Dr. Ortiz Bustillo was -- you identified him as an associate dean, correct?

A.   Yes.

Q.   And then here it says, "Dr. Manuel José Ortiz Bustillo, Dean of Clinical Sciences and Student Affairs," is that the appropriate name that Dr. Ortiz Bustillo had at that time?

A.   I don't know.  I would have to ask the vice president.

Q.   Okay.  Let's go on the second page or Exhibit 24.  It says, "MD program curriculum," in the middle.  Do you recognize that MD program curriculum?

A.   I didn't write that document.  I've not seen that before either.

Q.   Would it be fair to say that this "Semester 1, 20 credits" includes gross anatomy lecture, functional anatomy lab, medical embryology, histology, introduction to human nutrition, medical physics, and free elective?  Would that be a fair assessment of the first semester courses in your -- USAT?

A.   I would have to read it to see how close it comes.

Q.   Okay.

A.   It is similar to what you would expect in the first semester of medical school.

Q.   Okay.  Can you read this in the -- the

DEPOSITION OF  ORIEN TULP

Page 141

column in the middle?

A.   I cannot read it at all.

MR. RIVERA:  Can you zoom in, Raquel?
On page second -- on page 2 of Exhibit 24
on the column in the middle, focus there.

THE DEPONENT:  I can read it, but it's
not very clear.

MR. RIVERA:  It's got -- get closer
there, zoom in.

THE DEPONENT:  Okay.  Well, those --

BY MR. RIVERA:

Q.   Do --

A.   Yeah, go ahead.  Ask your question.

Q.   All right.

A.   What was your question?

Q.   Do you see the classes that are
identified in semester 1?

A.   I see that, yes.

Q.   Would those classes be a fair reflection
of the classes that USAT provided in the first
semester?

A.   Yes, and these were all considered --
these were all given by distance learning.

Q.   Okay.  And semester 2?  Do you see the
classes in semester 2?  "Medical physiology 1,

medical biochemistry 1, intro cell biology, medical imaging, neurosciences, medical biostatistics for the USMLE, and free elective." Do you see those classes, semester 2?

A. They're similar to ones that we had on our main -- that we -- our semester 2, but I would have to read their curriculum to know what he -- what he intended.

Q. Okay. Do you see the classes at semester 3?

A. He has advanced physiology, pathophysiology, microbiology 1 and 2, and pharmacology.

Q. And those are -- classes are a fair assessment of the -- one second. One second, sorry.

(Whereupon, a brief recess transpires.)

MR. RIVERA: Sorry, my daughter ran in there.

BY MR. RIVERA:

Q. Okay. Semester 3 includes advanced physiology, pathophysiology, microbiology 1 and 2, pharmacology. Is that a fair reflection of the third semester at USAT classes?

A.   That would be a fair semester for the third semester of basic sciences.  All of those courses were given by distance learning.

Q.   **Semester 4 includes additional modules in microbiology, infectious diseases, pathology, pathophysiology, pharmacology 2 and 3, medical ethics, physical diagnosis, basic cardiac life support, and free electives as desired.  Is that similar to the semester 4 classes of basic science portion of USAT?**

A.   That was similar, but I would have to read his curriculum because I didn't write that document.

Q.   **Okay.**

A.   I have not seen it before.

Q.   **So your statement today is that you have no knowledge whether this brochure was used to recruit students at USAT PR Medical School?**

A.   I don't know.

Q.   **Okay.**

A.   I assume that it was.

Q.   **Let's go to the next page, page 3.  On page 3, there's a section that says "Accredations -- our accreditations."  Do you recognize those organizations?**

A.   I do recognize those organizations, yes, but I did not write that document.

Q.   **All right.  Which one is the first one?**

A.   "Accreditation Service for International Schools, Colleges, and Universities, ASIC." That's a UK organization.

Q.   **What entity is that?**

A.   That's an institutional accreditation.

Q.   **And USAT was accredited by that?**

A.   Yes, we were accredited by them.

Q.   **And they accredit -- ASIC is -- with that accreditation, is that sufficient to be able to take the United States Medical Licensing Exam?**

A.   No, because that is an institutional accreditation.

Q.   **Okay.  The next one, "USAT is included in the International Medical Education Directory." That was the entity you mentioned that, in effect, was similar to the World Directory?**

A.   Yes, that was the US version.

Q.   **Okay.  Is that accreditation sufficient to allow students to take the United States Medical Licensing Exam?**

A.   That is not an accreditation, it's a listing.  And yes, it is.

Q.   Okay.  "The Foundation for Advancement of International Medical Education and Research, FAIMER-IMED," what is that?

A.   That's a research foundation of the ECFMG.  But I think we're on the wrong page.

Q.   What do you mean?

A.   I think we're on the wrong page because --

MR. RIVERA:  Oh, we're still on page 3, Raquel.  I'm going down on page 3, on the left column, if you can focus on that.

THE DEPONENT:  Yeah, that's part of the ECFMG.

BY MR. RIVERA:

Q.   Okay.  The Advancement of International Medical Education and Research is part of the ECFMG?

A.   Yes.

Q.   How so?

A.   Same office and president.

Q.   And is that sufficient to allow students to take the United States Medical Licensing Exam?

A.   No, it's not.  That's not the intention.

Q.   Okay.  And the next one is ECFMG.

A.   Yes, that's not an accrediting body.

Q.   So ECFMG under "accreditations" is an incorrect statement?

A.   It's misidentified.  I didn't write that document, I would've corrected it.

Q.   Okay.  So ECFMG is not an organization that gives accreditation to USAT, correct?

A.   No, they're not an accrediting body.

Q.   Okay.  And then below that is "AAHEA, A-A-H-E-A, American Association for Higher Education and Accreditation," what is that?

A.   That's a US accrediting body, the oldest one.  And that's institutional.

Q.   Okay.  So does that institution accredit USAT?

A.   Yes, it did.

Q.   Okay.  Is that accreditation sufficient for a student to be able to take the United States Medical Licensing Exam?

A.   No, because that's institutional, not programmatic.

Q.   "The World Federation for Medical Education, WFME, CAPER listing," what is that?

A.   That's another element that's linked to

ECFMG.

Q.    Okay.  So does that entity accredit USAT?

A.    No, they accredited accrediting bodies.

Q.    Okay.  So that World Federation is not sufficient for taking the United States Medical Licensing Exam?

A.    Not directly because they don't accredit medical schools.

MR. RIVERA:  Okay.  Let's go to the middle one, Raquel, "examination rankings."

BY MR. RIVERA:

Q.    "Graduates are qualified to do the application for the USA Medical Licensing Examination.  Graduates are qualified to make applications to residency programs."  All right.  Does it state here how the graduates could be qualified to take the USA Medical Licensing Examination?

A.    I didn't hear that.

Q.    It says here that the graduates are qualified to take the USA Medical Licensing Examination, correct?

A.    If this document was prepared before December 31st, 2018, then the statements were true, they were true at the time it was

published.

Q.   Okay.  Should this -- but does it -- it did not state here how the medical student can qualify to the USA Medical Licensing Examination, correct?

A.   It's a brochure that we did not prepare.

Q.   At the bottom, it says, "Avenida Barbosa, San Juan, PR."  That's the address that we talked about earlier -- correct? -- where the office was located?

A.   I can't -- I don't know because I can't see the bottom of your screen.

Q.   Okay.

A.   I believe that is the address, though it doesn't list the number.

Q.   Okay.

A.   And I'm not that familiar with San Juan.

MR. RIVERA:  Okay.  And then to the right -- let's go to the right, on page 3, Raquel.

BY MR. RIVERA:

Q.   It says, "USAT University of Science, Arts, and Technology College of Medicine Puerto Rico," correct?

A.   It says that, but we did not prepare that

brochure and I've never seen it before.

Q.   So your belief is that Dr. Ortiz Bustillo was the person that prepared this brochure?

A.   I don't know.

MR. RIVERA:  You don't know.  Okay. Let's go to page number 4.  I won't ask questions about this page.

All right.  Let's go to the next exhibit, which is Exhibit 25.

(Whereupon, Exhibit 25 is marked for identification.)

BY MR. RIVERA:

Q.   Exhibit 25 is 2 pages, the second page is "2018 conference schedule," and that's the one that I think we reviewed in the prior exhibit, but page -- the first page of Exhibit 25 is the "2017 university lecture conference."  This lecture conference is similar to the prior one that we reviewed, correct?

A.   I didn't understand your question.

Q.   That this 2017 lecture conference schedule is similar to the one that we reviewed before, that was 2018, correct?

A.   I don't know because I can't see the two of them side by side.

DEPOSITION OF  ORIEN TULP

Page 150

Q.  You can't see it?

A.  I can only see one page.

MR. RIVERA:  Yeah, show -- Raquel,
show her -- him the second page.

BY MR. RIVERA:

Q.  You can see it's -- second page is 2018.

A.  I can see this --

Q.  And the first --

A.  I see 2018 and 2017, yes.

Q.  Okay.

A.  You can project the schedules, doesn't
mean they actually happen.

Q.  All right.  But those schedules, the 2017
schedule is similar in respect to the legend
that you had described before in 2018, correct?

A.  Yes, but I didn't prepare those.

Q.  Okay.  And you don't know who did?

A.  No, I do not.

MR. RIVERA:  Okay.  Let's go to the
next exhibit, Exhibit 26.

(Whereupon, Exhibit 26 is marked for
identification.)

BY MR. RIVERA:

Q.  Do you recognize Exhibit 26?

A.  No, I don't --

Q.   Page --

A.   I don't know what that is.

Q.   Do you remember that the -- that USAT would send the letter of admission to the students?

A.   I assume that the admissions folks might have done that, but I've not seen that before.

Q.   Okay.  Do you remember that letter was sent to the students on behalf of you, Dr. Tulp?

A.   No, because I've not seen it before.

Q.   Say what?

A.   I've not seen those letters before.  I have no access to those files.

Q.   Okay.  So you didn't prepare this letter?

A.   No.

Q.   And you have no knowledge that this letter was sent to the students to inform them that they were being admitted to the USAT Puerto Rico Medical Doctorate Program?

A.   It's an unsigned letter.

Q.   Okay.  Were there any letters that were prepared that were models that were used for students?

A.   I don't know.

Q.   Do you have any knowledge if other

letters were used for other students outside Puerto Rico?

A.   I don't know.

Q.   But you have no knowledge as to -- these are all letters from the plaintiff -- sent to the plaintiffs.  The first letter is "Sujeil Peña Torres."  You have no knowledge as to this letter of -- dated July 11th, 2017?

A.   I did not send that letter personally, so the answer is no.  I don't know.  I don't know who sent that or where from.

Q.   Do you have any knowledge that Dr. Ortiz Bustillo sent this letter to Sujeil Peña?

A.   I do not know.

Q.   Okay.  Let's go to number 2 -- page number 2.  A letter dated June 21st, 2017, directed to José Blasco Jusino.  Similar to the prior letter, it's a letter of admission to the medical doctorate program.  This letter states at the bottom that it was sent by Dr. Tulp. Dr. Tulp, you didn't prepare this letter?

A.   I did not prepare that letter personally, no.

Q.   Okay.  Do you have any knowledge if Dr. Ortiz Bustillo sent this letter on behalf of

USAT?

     A.   I don't know.

     Q.   Okay.  Let's go to page number 3.  It's a letter of Paula Prosper -- directed to Paula Prosper, dated July 19, 2017.  It's another letter of admission to the medical doctorate program.

     A.   I did not get copied on those letters, I didn't see that.

     Q.   Okay.  So were you involved in the admission -- were you involved in the writing of this letter?

     A.   Not that I recall.

     Q.   Okay.  And do you have any knowledge that Dr. Ortiz Bustillo sent this letter on behalf of USAT?

     A.   I don't know.

     Q.   Okay.  Page 4, September 12, 2017, a letter directed to Lisa Torres Colón, a letter for admission to the medical doctorate program.  Dr. Tulp, you didn't prepare this letter?

     A.   No, I did not.

     Q.   Okay.  And you have no knowledge whether Dr. Ortiz Bustillo sent this letter on behalf of USAT?

A.   I have no idea.

Q.   June 1st, 2018 -- it's page 5 of Exhibit 26.  It's another letter, with the date June 1st, 2018, a letter regarding admission to the medical doctorate program USAT.  Dr. Tulp, do you remember writing this letter?

A.   I did not write that letter.

Q.   Do you recall if Dr. Ortiz Bustillo prepared this letter on behalf of USAT?

A.   I have no idea.

Q.   Okay.  And then page 6, dated April 17, 2018, directed to Lucero Rodríguez.

Just for the record, page 5 of Exhibit 26 is directed to Joffre Gómez.  And then page 6 is directed to Lucero Rodríguez.

This letter for admission to the medical doctorate program, Dr. Tulp, you didn't -- did you prepare the content of this letter?

A.   I did not prepare that letter.

Q.   Do you have any knowledge that Dr. Ortiz Bustillo sent this letter to Lucero Rodríguez --

A.   I have no idea.

Q.   -- on behalf of USAT?

A.   I don't know.

Q.   Okay.  Last page 7, January 5th, 2018, a

letter directed to Enny de Jesús, a letter as to the admission to the medical doctorate program. Dr. Tulp, did you prepared to -- did you prepare this letter?

A.   No.

Q.   No.

Do you have any idea or whether -- or knowledge that Dr. Ortiz Bustillo prepared this letter on behalf of USAT?

A.   I don't know.

Q.   Okay.  So do you have any knowledge that USAT sent these letters of admission -- do you have any knowledge as part of the admissions committee or whether to -- whether Puerto Rican students were admitted to a Puerto Rico medical school of USAT in Puerto Rico?

A.   There's only one USAT, so -- there was only one USAT, and that's in Montserrat.

Q.   Okay.  When it talks about an admissions committee, what's the -- who's in the admissions committee?

A.   Well, I know Mr. Huffman is one of those, but I don't know who was on in -- in Puerto Rico.

Q.   So David Huffman?

A.   David Huffman worked for us for about five years.

Q.   **Is he still working with USAT?**

A.   No.

Q.   **Okay.  And David Huffman was one of the persons in the admissions committee that evaluated students applying?**

A.   He was one of the people who helped to evaluate admissions, but I don't -- I don't know what his role was with Puerto Rico at all.  I don't know.

MR. RIVERA:  Okay.  All right.  I'm going to pause for a second, I'm going to review my notes and I'm going to ask to be off the record for 5 minutes, okay?

(Whereupon, a brief recess transpires.)

MR. RIVERA:  All right.  During the recess, I sent another exhibit, which will be marked as Exhibit 27.

(Whereupon, Exhibit 27 is marked for identification.)

BY MR. RIVERA:

Q.   **Do you recognize Exhibit 27, Dr. Tulp?**

A.   The font is pretty small, it's hard for

me to see that.  Okay.  Go ahead.

Q.   Do you recognize this first page?

A.   It looks like it was written many years ago, so I can't say I immediately recognize it.

Q.   Okay.  Did you prepare it?

A.   Not in its entirety, no.  I would have given guidance on what to put in and a letter to respond to someone who called in and was addressing the school.

Q.   All right.  Did you all prepare the -- did you speak with someone in order to prepare this document, this first page?

A.   I don't recall, this is a long time ago.

Q.   Okay.

A.   Probably more than 10 years.

Q.   Okay.  Do you recall -- do you remember authorizing somebody to prepare this first page?

A.   I don't remember.

Q.   You don't remember?

A.   No.

Q.   But you remember that this document was given to students that were interested in USAT?

A.   I don't remember.  I don't know that it was ever given to anyone.

Q.   Okay.  The PO Box address is correct,

right?  Olveston, Montserrat.

A.    Yes, that's the -- that's the address of campus.

Q.    Okay.  And then there's a US Information Office, 3442 Ash Street, Denver, Colorado, do you recall that address?

A.    That was -- I remember the address, yes. That was many years ago.

Q.    That was one of the administration offices' address -- addresses, correct?

A.    Probably 10 or more years ago.  A long time ago.

Q.    And then the -- you recognize the phone numbers?

A.    I can't say -- it doesn't have my phone number, so I don't know -- I don't remember the other ones.

Q.    Okay.  Is the website correct?  usat.edu?

A.    It appears to be correct.

Q.    Okay.  So USAT had a website that was being used, correct?

A.    Yes, we have -- we have a website, sure.

Q.    And then the emails admissions@usat.edu and admissions2@usat.edu, those are the admissions emails?

A.   I would presume so, but I don't recall exactly.

Q.   Okay.  As the president, were you in charge of overseeing that this document be prepared and that it contains the correct information before being sent to students?

A.   If it would have passed by me, I would have made sure it was correct.

Q.   Okay.  It says to the right, "office of the president," correct?

A.   It does.

Q.   And then in this document it states that, on the second paragraph, that if there -- "We recognize that professionals, like yourself, are interested in pursuing a medical career while still working a traditional schedule and living life.  We try to accommodate our students by offering our lectures in four-day weekend blocks (Thursday to Sunday), one weekend a month.  This allows students to commute to Florida, Texas, or Maryland for the once monthly sessions, and complete the clinical portion of their MD training in hospitals and clinics nearer to their home."  Do you remember authorizing that statement?

A.   This was a planning document, and I don't recall that it was ever sent.

Q.   Okay.  And then it says here, "This is a two-phase program conducted in, but not limited to, the United States," correct?  And then it says --

A.   It --

Q.   Do you remember stating that "phase one is 12 to 15 months of focused lectures and examinations in a seminar, clinic, or hospital setting"?

A.   I probably would have phrased it differently.

Q.   Why would you phrase it differently?

A.   It usually takes longer than 12 to 15 months.

Q.   Okay.  So that statement is incorrect?

A.   It depends on the applicant.

Q.   Okay.  It says that "The curriculum is based on integrative systems model, and the lectures are supplemented by slide sets are provided to matriculated students.  Most lectures for this program are USA MD-PhD credentialed."  Do you remember authorizing that representation?

A.    All of our -- all of our lecturers were in that category.

MR. RIVERA:  Okay.  And then...  Let's go here.  Let's go to the bottom of the page, Raquel, where it says "currently."

BY MR. RIVERA:

Q.    It says, "Currently, we are accredited to IMED, ASIC, FAIMER, ECFMG, and USMLE."  Do you remember authorizing that?

A.    I would not have written that.

Q.    So that sentence is incorrect?

A.    It's misidentified.

Q.    So that statement -- it's a "yes" or "no" question -- that statement is incorrect?

A.    It's incorrect as written, yes.

Q.    Okay.  "So this means that our students are able to obtain licensure in the US, Canada, and abroad."  Is that statement correct?

A.    That statement is correct.

Q.    Okay.  "You may verify the status of USAT on the IMED/FAIMER website.  Select "Caribbean" for "region," and select Montserrat as the country in the Caribbean.  You'll see USAT listed, thus the graduates can qualify for licensure in the USA and most other nations by

virtue of having been listed on the ECFMG register."  Is that statement correct?

A.   Yes, that is a correct statement.

Q.   **That is what?**

A.   That is a correct statement.

Q.   **"USAT grads qualify for postgraduate training in the USA and other nations"; that statement is correct?**

A.   That is correct.

Q.   **"USAT is accredited by the Government of Montserrat and the American Association for Higher Education and Accreditation in the USA"; is that statement correct?**

A.   That is correct.

Q.   **Okay.  So the only sentence that is incorrect is the first sentence?**

A.   Yes, and that I would have corrected if had actually seen that letter.

Q.   **Okay.  And then if -- it keeps going. Let's go to the second page.  It says, "Apply online."  Do you recognize the second page?**

A.   No.

Q.   **No.**

**Do you remember that students would apply online for the medical school?**

A.   I remember they would apply online, but I don't recall that letter.

Q.   Okay.  And it says at the bottom, it says, "If you have any questions and your last name starts with A-L, contact David Huffman." Is that the David Huffman you referred to earlier?

A.   He's the gentleman, yes.

Q.   And David Huffman, what was his position?

A.   He's the director of admissions.

Q.   And Sean Moudy, do you recognize that name?

A.   I recognize the name, but he is no longer with us either.  He wasn't there very long.

Q.   Okay.  Let's go to the third paragraph -- third page, sorry.  Third page of Exhibit 27. And all those contacts at the bottom, it says David Huffman, Sean Moudy are admissions.

A.   Uh-huh.

Q.   Is that statement correct?

A.   That was correct at the time.

Q.   And it says "Montserrat administration: Tracy Scipio."  Who's Tracy Scipio?

A.   He's the office manager for Montserrat.

Q.   Okay.  "Academic requirements/ECFMG:

Dr. Tulp," what was that referring to?

A.   If they had questions about what the requirements were -- because oftentimes they're confused and they need additional information.

Q.   Okay.  And then, "Director and student accounts: Carla Konyk."  That's your wife, correct?

A.   Correct.

Q.   Okay.  "Registrar: Nadine Cruz and Mary Hickling," what are those persons in charge of?

A.   They were registrars.  They just maintained the transcripts.

Q.   They dealt with the transcripts only?

A.   Well, they're not -- they're no longer with us, but they -- registrars maintain transcripts.

Q.   Okay.  And the webinar is Karen Baldwin. What was Karen Baldwin in charge of?

A.   She was involved -- she just helped us with scheduling and miscellaneous, things like that.

MR. RIVERA:  Okay.  All right.  I am... Let's go to Exhibit 7.  Raquel, I'm done.  I don't think I'm going to add any more exhibits, but I'm just going to go to

Exhibit 7 from yesterday.  Exhibit 7 was the Response of the Production of Documents submitted in response to the Request of Production of Documents Number 6.

BY MR. RIVERA:

Q.   **And it says, "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects the establishment or structure of the USAT Florida Medical School Branch."  And then it's -- at the bottom it keeps -- it refers to -- if you go downstairs -- downstairs -- if you go to the first page -- second page, sorry -- of Exhibit 7, it says "University of Science, Arts, and Technology, Inc."  Do you recognize that name?**

A.   That would not have been under my purview to know about.  I had to know about it but -- not to have it in my file.

Q.   **Why not?**

A.   Because I'm not -- I don't have anything to do with the administrative part.

Q.   **Was this -- in charge of Karen -- I mean, Carla Konyk?**

A.   That would have been under Dr. Konyk's

purview.

Q.   Okay.  Do you recall that this incorporation was created as a not-for-profit corporation for --

A.   I knew that we had a nonprofit, yes.

Q.   And what was the purpose of creating a nonprofit?

A.   Oftentimes, people want to make donations, and it helps you to conduct business.

Q.   Did that nonprofit receive any income?

A.   Not to my knowledge.

Q.   Okay.  And then if go to page 33 of Exhibit 7, this is the -- in Florida -- so we have that nonprofit corporation that was incorporated in Florida, and then we have this -- on page 33, we have a trademark that was registered in Florida; do you remember the trademark?

A.   I remember the trademark but I don't recall, you know, this document per se.

Q.   Okay.  And you remember that Ms. Konyk registered the trademark of the USAT seal?

A.   I believe she did.

MR. RIVERA:  Okay.  And that's the seal on page 41?  Raquel.

THE COURT REPORTER:  31?

MR. RIVERA:  41.

THE COURT REPORTER:  41.

BY MR. RIVERA:

Q.   Is that the seal that was registered?

A.   Dr. Konyk had registered the trademark and I don't know -- I presume so, I don't know.

Q.   Do you know why it's mentioned in the seal "USA"?

A.   Because the ECFMG required us to have the US office.

Q.   Okay.  And UK?

A.   We, as the UK -- Montserrat is a UK territory.

Q.   And then if we go down to the page 43, there's an ID of David Huffman; is that the David Huffman that was involved in admissions?

A.   Yes.  That would have been him, yes.

Q.   And he was located in Colorado, correct?

A.   He was based in Colorado.

Q.   Okay.  And then on page 45, do you recognize page 45 of Exhibit 7?

A.   I recognize that's the commencement program cover for the party that they had --

Q.   Okay.  And this is the graduation of

DEPOSITION OF   ORIEN TULP

Page 168

2011, which states that it was held at the Miami Airport Hilton Gardens.

A.   That's correct.

Q.   Okay.  It makes reference to CAM.  CAM is what exactly?

A.   Complementary and Alternative Medicine.

Q.   That's not the Caribbean one?

A.   No.

Q.   Okay.  Let's go to the -- page 46. Page 46 of Exhibit 7 is the Department of Florida Division of Corporations' webpage of USAT Montserrat LLC.  Did you recall that earlier we were looking at the Puerto Rico Corporation, correct?

A.   Yes, I remember you spoke about that.

Q.   And then in this -- it made reference that its home incorporation was Florida.  So, in effect, is this the USAT LLC Corporation -- limited liability company that was created in Florida?

A.   Yes, I would assume so.

Q.   Okay.  It says that it was created in June 12 of 2012.  Is that fair to say that it was created in 2012?

A.   I would believe so, yes.

DEPOSITION OF   ORIEN TULP

Q.   Did --

A.   Dr. Konyk registered the LLC; I didn't.

Q.   Okay.  And then this LLC was dissolved in May 19th of 2021, correct?

A.   Yes, I believe that it looks like it was.

Q.   Why was it dissolved?

A.   I have no idea.

Q.   The principal address here is the 5400 Ward Road, Building 3-150, Arvada, Colorado. That's the same address that we saw earlier, that -- the principal place of business of the LLC, correct?

A.   Yes, we have an office in that address.

Q.   Okay.  All right.  Do you know that that LLC filed annual reports?

A.   I do not know.  I would assume so.

Q.   Okay.  Do you know whether that LLC received income?

A.   I do not know.

Q.   You do not know?

A.   No, I have nothing to do with finances.

Q.   Okay.  And who has knowledge of that?

A.   The vice president.

Q.   Dr. Konyk?

A.   Dr. Konyk.

MR. RIVERA:  Okay.  All right.  I don't think I have any more questions.

Counselor?

MR. PAULSEN:  No, I have no questions.

MR. RIVERA:  Okay.

MR. PAULSEN:  Well, I do have one.  Do you have any idea how many exhibits you're going to use tomorrow?

MR. RIVERA:  Oh, a question to Dr. Tulp, I mean.

MR. PAULSEN:  Oh, no.  I have no questions for Dr. Tulp.  Sorry about that.

MR. RIVERA:  Okay.  Well, with that, I'm going to conclude the deposition of Dr. Tulp today at 5:35 Atlantic Time, Puerto Rico time.  That's 3:30 in Colorado time.

Thank you, Dr. Tulp, for being here today.  Thank you for your patience.  And we can go off the record.

(Whereupon, at 5:35 p.m.
the deposition concludes.)

DEPONENT'S CERTIFICATE


   I, ORIEN TULP, after reading the within

transcription prepared by Verbatim Reporting

Puerto Rico, LLC, certify that (yes) _____ *(no)

_____ I am in agreement with the contents of

same.

   In _____, Puerto Rico, the

_____ day of _____, 2023.


_____

ORIEN TULP


*NOTE:  If the deponent is not in agreement with

any portions of the transcription, he must

utilize the enclosed Errata Sheet by indicating

the page and line number and indicated

correction.

ERRATA SHEET


     I, ORIEN TULP, certify that I have read the

foregoing transcript of my deposition taken on

May 25, 2023, and have signed it subject to the

following changes, if any:


PAGE    LINE              CORRECTION

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____


_____    _____

ORIEN TULP,                              DATE

Sworn and subscribed to on this _____ day of

_____, 2023.

DEPOSITION OF  ORIEN TULP

Page 173

CERTIFICATE OF NOTARY PUBLIC


    I, VÍCTOR RIVERA TORRES, ESQ., Notary Public

duly commissioned and qualified in and for the

Commonwealth of Puerto Rico,

    DO HEREBY CERTIFY that the court reporter and

deponent were duly sworn before the commencement

of the taking of the deponent's testimony.

    IN WITNESS WHEREOF I sign these presents and

affix my notarial seal in San Juan, Puerto Rico,

this _____ day of _____, 2023.


_____

VÍCTOR RIVERA TORRES, ESQ.

DEPOSITION OF  ORIEN TULP

REPORTER'S CERTIFICATE


     I, RAQUEL LEÓN, E.R.  Reporter, do hereby

certify that the following transcript is a full,

true, and correct record transcribed by me.

     I further certify that I am not interested in

the outcome of the case named in said caption.



*Raquel León*
_____

     RAQUEL LEÓN

DEPOSITION OF  ORIEN TULP

Index: 04-2003

### Exhibits

**Exhibit 11 of Deposition- Agreement to Operate USAT** 9:15 16:9,11,18 17:1 18:9 45:15

**Exhibit 12 of Deposition- CAAM-HP No Accreditation** 56:10,11,14

**Exhibit 13 of Deposition- USAT Complaint to ECFMG** 97:2,3,8 98:23 100:23 101:1,5 102:5,9 104:10 105:14

**Exhibit 14 of Deposition- ECFMG Motion to Dismiss** 112:7,8

**Exhibit 15 of Deposition- ED PEnn Transcript of Prelim Inj Hearing** 102:5 113:14,16,19 114:12

**Exhibit 16 of Deposition- ED PENN Opinion Granting Motion to Dismiss** 115:17,21

**Exhibit 17 of Deposition- ED PENN Order Granting and Denying Motion to Dismiss** 116:12,13,16

**Exhibit 18 of Deposition- ECFMG Answer to Tulp USAT Complaint** 117:4,5,8

**Exhibit 19 of Deposition- ECFMG Mot Summary Judgment to Dismiss Case** 117:16,17,20 118:22 123:21,24 124:8 131:1

**Exhibit 20 of Deposition- ED PENN Opinion Granting Summary Judgment** 131:1,2,5

**Exhibit 21 of Deposition- ED PENN ORDER Granting Summary Judgment** 132:4,5,8,10

**Exhibit 22 of Deposition- Third Cir USCA Mandate Confirming Opinion** 133:8,9,12

**Exhibit 23 of Deposition- Photographic Evidence of White Coat Ceremony** 133:19 134:10,11,15,18,22 135:18 136:25

**Exhibit 24 of Deposition- Brochure of USAT PR** 138:7,8,13,16,19 140:8 141:4

**Exhibit 25 of Deposition- Lecture Conference Schedule** 149:9,10,13,16

**Exhibit 26 of Deposition- Letter of Admissions** 150:20,21,24 154:3,13

**Exhibit 27 of Deposition- USAT Info** 156:20,21,24 163:16

### 0

**04** 81:17

**05** 81:17

### 1

**1** 39:11,23 44:24,25 65:16,20 102:21 111:14 140:14 141:17,25 142:1,12,23

**10** 9:13 20:17,25 21:12 62:5 111:17 157:15 158:11

**100** 139:7

**10:00** 58:24 60:19 127:11

**10:05** 5:8

**11** 9:15 16:9,11,18 17:1 18:9 45:15

**11th** 100:21 101:10 152:8

**12** 48:23 56:10,11,14 67:11,12 79:20 98:20,22 153:18 160:9,15 168:23

**12/24/18** 111:21

**125** 49:25

**12:00** 79:23

**12:05** 5:7

**12th** 79:14

**13** 97:2,3,8 98:23 100:23 101:1,5 102:5,9 104:10 105:14

**14** 112:7,8,11

**14th** 92:3 125:22

**15** 50:1 67:25 68:1,24 100:23,25 101:4 102:5 113:14,16,19 114:12 160:9,15

**150** 124:6,7

**154** 118:20,22 123:20,23

**15th** 10:15

**16** 34:14 65:22 115:17,21

**160** 124:7

**164** 125:1

**165** 125:20

**17** 102:4 116:12,13,16 130:13 154:11

**171** 126:15

**175** 126:14

**18** 105:17 114:15 117:4,5,8

**18-5540** 113:25

**18th** 67:19

**19** 39:14 117:16,17,20 118:22 123:21,24 124:8 131:1 153:5

**19-1707** 5:16

**1936** 10:15

**1974** 15:1

**1995** 48:14

**19th** 169:4

**1st** 110:7 154:2,4

### 2

**2** 39:11,12,23 66:4,7,11 103:1,4 141:4,24,25 142:4,6,12,24 143:6 149:13 152:15,16

**2,000** 71:3

**2.2** 20:15

**20** 21:4 131:1,2,5 140:14

**2002** 28:16 29:9

**2003** 16:7 18:17 20:10 21:4 28:25 30:1 55:10 81:17 108:8 138:21

DEPOSITION OF  ORIEN TULP

Index: 2005-8.5

**2005** 39:11

**2006** 51:12

**2007** 32:12,22,25 48:21 51:11 56:21,22 57:1,22 58:6,12 59:11 61:11

**2008** 32:15 33:4 51:13, 14,20

**2010** 34:3 48:23

**2011** 34:4 48:11 51:14 58:17 59:18 60:22 61:4 79:18 80:7,9 168:1

**2012** 49:1,3 56:21 58:15 79:14,18,20 80:8 168:23,24

**2013** 139:8

**2014** 29:18

**2015** 29:18 34:13,20 35:5

**2016** 76:20

**2017** 22:19,23 35:2 39:21,25 40:1 76:20,22 85:9 91:6,19 149:17,21 150:9,13 152:8,16 153:5,18

**2018** 35:18,24 36:1,4,9, 12 39:13,21,25 40:1 91:19 92:3,8 95:11,12 100:7,21 101:11 104:12,25 105:17 107:14 110:7 111:23 118:13,15 120:2,7,8 124:15 125:22 127:8 147:24 149:14,23 150:6,9,15 154:2,4,12, 25

**2019** 24:5,6,7,8,9 101:18,24 110:19 112:16 113:23 116:20 117:13 130:13,17 131:6

**202** 127:5

**2021** 16:21 44:24 169:4

**2022** 65:22

**2023** 5:2,6 67:11 88:4

**21** 132:4,5,8,10

**210** 127:9

**21st** 104:12 107:14,22 152:16

**22** 133:8,9,12

**22nd** 112:16

**23** 102:9 133:19 134:10,11,15,18,22 135:18 136:25

**235** 128:11

**236** 128:10

**24** 138:7,8,13,16,19 140:8 141:4

**24th** 8:9 111:23 113:23

**25** 5:2 23:20 149:9,10, 13,16

**250** 15:18

**25th** 5:6 88:3 131:6 132:12

**26** 16:7 18:16 104:10 113:24 116:20 150:20, 21,24 154:3,13

**27** 104:10 156:20,21,24 163:16

**274** 128:14

**28** 95:12 127:7

**28th** 95:11 105:8 111:5 113:4

**29** 105:14

**2:03** 113:23

**2:18-CV-05540** 128:21

**2nd** 16:21

---

**3**

**3** 39:16,19 67:7,9 98:8 103:6 135:17,18 142:10,22 143:6,22,23 145:10 148:19 153:3

**3-150** 83:7 169:9

**30** 8:15,21,23 58:21 59:25 109:23 111:4

**300** 23:12,21

**300-dollar** 25:4

**31** 109:2 167:1

**31st** 147:24

**32** 110:4

**33** 166:12,16

**34** 61:16

**3442** 158:5

**374** 128:13,15,16,18

**3:05** 88:1,3

**3:30** 170:16

---

**4**

**4** 23:7 68:12,18 136:7,8 143:4,9 149:6 153:18

**4.3** 24:19

**400-page** 57:16

**41** 166:25 167:2,3

**4288** 79:25

**43** 167:15

**45** 167:21,22

**46** 168:9,10

**479** 129:18

**480** 130:3

**483** 130:7

**491** 130:10,11

---

**5**

**5** 25:10 59:24 77:20 136:25 154:2,13 156:15

**5,000** 20:17 21:1,4,8

**5-minute** 123:15

**50** 14:12 21:15 23:21 60:25 70:16 106:25

**500** 15:12 23:21 94:10

**5400** 83:7 169:8

**55-2** 16:20

**598** 82:24

**5:35** 170:15,21

**5th** 154:25

---

**6**

**6** 25:20 77:16,18 137:6, 7 154:11,14 165:4

**60** 118:1

**600.2** 61:16

**614** 117:20

**62** 114:11

**66** 118:2

**6:00** 59:5 60:16

**6:30** 59:5

---

**7**

**7** 26:16 137:19 154:25 164:23 165:1,14 166:13 167:22 168:10

**727-252-6210** 11:4

**79** 100:15 134:1

---

**8**

**8** 27:12

**8.1** 27:12

**8.11** 47:10

**8.13** 47:21 48:5

**8.14** 49:8

**8.16** 50:16

**8.2** 28:7

**8.3** 30:13

**8.4** 30:21 45:16

**8.5** 45:18 46:7

**8.6** 46:9

**9**

**9.2** 54:2

**9.6** 54:20

**95** 110:22

**9:00** 105:8

**9th** 117:13

**A**

**A-A-H-E-A** 146:11

**A-L** 163:5

**A-V-I-C-E-N-N-A** 30:8

**a.m.** 60:19 79:23 105:8 127:11

**AAHEA** 146:10

**ABCP** 51:22

**ability** 13:5 118:7

**abroad** 14:14 161:18

**academic** 14:11 32:1, 3 49:9,12 64:2 163:25

**accept** 110:18

**acceptance** 42:11

**access** 54:7 71:16,18, 19 72:11,13 89:12 151:13

**accident** 13:3

**ACCM** 44:10,12,23 45:6,7,11 51:7

**accommodate** 159:17

**account** 80:19 81:24

**accounts** 164:6

**Accredations** 143:24

**accredit** 41:4,25 44:1 51:13 59:16 144:11 146:15 147:2,7

**accreditation** 40:19 41:1,8 43:10 44:13

51:15,17,20,24,25 52:6,14,20 54:6 56:15, 23 57:10,14,16 59:8,16 144:4,8,12,15,21,24 146:8,12,18 162:12

**accreditations** 143:24 146:3

**accredited** 40:15 41:7, 22 44:7 45:6,7 51:18, 21 52:5,17,19 54:8 57:23 58:1,6,8,13 138:20 144:9,10 147:3 161:7 162:10

**accrediting** 40:9 41:24 43:16 44:16,22 51:9 52:10 58:10 60:11 146:2,9,13 147:3

**accredits** 40:12 43:20 56:17

**accurate** 108:15

**accurately** 7:7

**achieve** 72:7

**acres** 55:19

**acronym** 43:6,12

**action** 116:25

**actions** 72:10

**activated** 48:8 50:7

**active** 24:11,14 29:13 42:15,23 49:4,5 51:9 52:2 62:17

**actively** 46:10 60:22 89:3 91:4

**activities** 48:12 60:13

**activity** 48:7

**actual** 74:7,9 82:4

**add** 164:24

**added** 39:12 85:25

**additional** 22:15 52:4 55:21 61:12 143:4 164:4

**address** 72:6 79:24 80:23 82:3,4,25 83:1,6, 8,9,10 125:18 148:8,14

157:25 158:2,6,7,10 169:8,10,13

**addresses** 158:10

**addressing** 157:9

**adequate** 71:18

**adjacent** 55:20

**administered** 53:23 108:1

**administration** 72:8, 16 80:12 158:9 163:22

**administrations** 88:11

**administrative** 34:24 45:19,22 46:17 70:23 80:1,16 81:21 83:14 85:19,25 86:1,4 88:9 108:10 121:18 125:12 165:22

**administrators** 83:21, 22

**admission** 151:4 152:18 153:6,11,20 154:4,16 155:2,12

**admissions** 151:6 155:13,19,20 156:6,9 158:25 163:10,18 167:17

**admissions2@usat. edu** 158:24

**admissions@usat. edu** 158:23

**admit** 29:3

**admitted** 97:19 151:18 155:15

**advance** 23:17

**advanced** 37:12 142:11,22

**Advancement** 145:1, 16

**advise** 104:7 106:1

**advised** 107:14

**Affairs** 140:3

**affect** 12:20 13:8 48:3

**affects** 13:4

**affidavit** 94:10 102:17, 20 103:4,13,15,17,24 104:5

**affidavits** 93:25 94:4

**affirm** 7:6,17

**affirmative** 117:9

**affirmed** 133:15

**afford** 52:21

**afternoon** 5:6 60:21 88:1

**agency** 41:24

**agents** 74:14

**ages** 10:24

**agree** 84:16 111:22

**agreed** 59:7 85:11

**agreement** 17:6,12,14 18:12,15 20:13 44:9 47:24 54:3,13,21,22 55:4,9,23 58:2,4 59:14, 15 102:6

**agreements** 55:6

**agrees** 47:22

**ahead** 38:8 114:22 141:13 157:1

**Aid** 63:5

**airline** 62:14

**airport** 62:18 168:2

**allegation** 98:14,15 106:2,24 107:2

**allegations** 67:3 105:21,24 106:20,23 110:10

**allowed** 29:1

**Alternative** 168:6

**Amended** 65:20 66:15 69:4

**America** 15:17 44:2

**American** 51:18 146:11 162:11

**analogous** 41:3

**anatomy** 25:13 36:19 122:8 140:14,15

**and/or** 47:12,25 54:11

**annual** 20:16,19 45:24 169:15

**answering** 66:1 129:14

**answers** 37:19 67:5 69:3

**Antigua** 62:20

**anymore** 104:2

**anytime** 73:8

**apologies** 121:9

**apparently** 71:17

**appeal** 132:24 133:4

**Appeals** 133:4,15

**appearance** 113:6

**appeared** 90:22 96:14 114:3

**appearing** 5:18

**appears** 158:19

**applicant** 160:18

**applicants** 35:6

**application** 30:23 42:24 45:1,2 51:12 56:22 57:16 59:12 60:9 147:13

**applications** 60:2 72:23 109:11,18 147:15

**applied** 30:3 70:16

**applies** 26:8 27:8

**apply** 17:17 25:25 26:2 40:20 42:3,6,12,13 51:11,14 101:19 162:20,24 163:1

**applying** 89:9 156:7

**appreciated** 123:16

**approach** 17:13 63:4

**approached** 70:3

**approval** 125:7

**approved** 45:3

**approximately** 22:3 79:18

**April** 76:22 117:13 130:13,17 154:11

**area** 15:13 48:2 65:2 72:18 73:2 85:14

**areas** 71:17

**argument** 128:5

**arise** 48:1 72:6

**arisen** 46:8

**arrange** 50:16

**arrangement** 76:9

**arrival** 23:18

**Arts** 5:12 6:1 16:4 17:4 19:3,11,18 49:20,22 50:12,14 78:10 100:9 148:23 165:15

**Arvada** 83:7 169:9

**Ash** 158:5

**ASIC** 51:24 52:5 144:5, 11 161:8

**aspect** 72:16

**assessment** 140:18 142:15

**assist** 20:3 54:15 70:3 89:19

**assistance** 46:11,18, 23

**assisting** 47:3

**associate** 71:8,9 91:14 139:24

**association** 43:15 44:14 51:19 146:11 162:11

**associations** 51:4

**assume** 85:3 90:17 119:2 133:5 134:8 143:21 151:6 168:21 169:16

**assumed** 29:18 76:14 81:23

**Atlantic** 5:7 170:15

**attempt** 64:5

**attend** 71:21 122:7

**attendance** 106:14 109:5,10

**attended** 61:21 102:22

**attending** 42:16 106:17 109:13,14

**attends** 23:14

**attorney** 20:5,6 95:20, 23 97:19,22 110:13 114:19,20 115:5 127:1 129:21 130:2

**attorneys** 20:2 94:20 95:17,19,21 96:24 97:15 104:19 111:10 113:9 116:4 117:2 127:2 128:6 131:14,16, 23 132:24

**attorney's** 74:16 129:3

**audience** 136:19

**August** 92:8 107:13,22

**authority** 41:24 43:10

**authorized** 49:17 98:1 105:2,4 111:10 129:24

**authorizing** 98:14 157:17 159:24 160:24 161:9

**automatically** 29:24

**Avenida** 76:25 77:4 148:7

**avenue** 47:16 82:24

**Avicenna** 29:15,19,24 30:4,5

**award** 29:1,2

**awarded** 49:24,25 50:2,10,11,14

**aware** 93:12 94:15 107:15 131:11 132:12

---

**B**

**Bachelor** 49:18,19,21 50:2,6,13,14

**back** 36:14 48:19 60:21 71:4 81:10,13 82:2 88:2 123:19

**backdated** 59:11

**background** 14:11,13 15:20 63:18

**backwards** 134:4

**bad** 52:19

**Baldwin** 6:3 66:16,23 68:20 69:23 164:17,18

**Baltimore** 34:9,11 35:15 36:4,6 75:20

**bank** 80:19 81:24 82:7

**Barbosa** 76:25 77:4 82:24 148:7

**based** 29:2 33:20 40:3 103:13 106:21 160:20 167:20

**basic** 31:24 32:4,6,10, 16,19 33:18 36:14,17 37:1,24 42:18,22 43:3 55:18 88:20 89:4,10,16 90:5 91:5 94:6,12,14 96:8 103:2,7 143:2,7,9

**Basically** 63:3

**basin** 44:1

**basis** 46:1 108:11

**bathroom** 13:20

**Beetlestone** 113:21

**began** 33:9 48:20,23 49:2 134:3

**beginning** 21:21

**behalf** 5:22,25 23:11 81:25 97:23 98:1,2

105:3 113:6 129:25 130:8 132:25 151:9 152:25 153:15,24 154:9,23 155:9

**behavior** 99:5,17,23 100:10 106:4,25 107:3

**belief** 149:2

**bell** 124:18

**big** 49:7

**binding** 55:2

**biochemistry** 36:20 37:3 142:1

**biology** 142:1

**biostatistics** 142:3

**birthdate** 10:14

**bit** 83:18 86:15 100:1

**black** 101:7

**Blasco** 152:17

**blocks** 159:18

**blue** 121:25 122:1,2

**Board** 38:18

**boards** 39:1 52:16,17 53:24

**bodies** 51:9 52:10 147:3

**body** 40:9 43:16 44:16, 22 53:17,19 58:10 146:2,9,13

**boldface** 101:6

**bot--** 135:16

**bottom** 47:21 67:25 79:2 100:3 101:9 107:21 112:23 123:2 148:7,12 152:20 161:4 163:3,17 165:11

**Box** 157:25

**branch** 33:5 61:5,7 77:25 106:13 107:11, 12,16,19 109:7 118:12 165:10

**break** 86:16 87:10 88:4

123:9,11,12,15

**bridge** 139:5

**briefly** 21:22

**bring** 60:8

**British** 27:4 50:3 52:6 108:5 138:22

**broadcasted** 63:11

**brochure** 139:13,21 143:17 148:6 149:1,3

**Broward** 64:19

**building** 22:10,11,16, 19 25:15 76:25 77:4 82:5 83:7 169:9

**buildings** 22:3,5,6 23:1

**bulk** 63:9

**business** 46:2 78:13 92:3 166:9 169:11

**Bustillo** 70:5,21 71:7 76:9,12,18 77:6 83:4 85:11,16,21 88:9 89:3 91:9 135:4,10,14 136:4 137:2 139:21,23 140:2, 4 149:2 152:13,25 153:15,24 154:8,21 155:8

**Bustillo's** 74:3

---

**C**

---

**C-A-A-M-H-P** 43:7

**CAAM** 44:15 45:12 51:6,7,11,12 56:15 57:25 58:3,5,7,10,12 59:2,14,15

**CAAM-HP** 43:7 44:7,9 56:16

**cadavers** 25:10

**call** 84:8 136:12

**called** 29:15 95:8 124:9 157:8

**Cally** 124:17

**CAM** 168:4

**campus** 21:24 22:2 23:2,3,5 24:1,4,10,11, 14,21 25:13 27:24 55:14,16,18 58:22 59:2 60:5,18 61:14,16,18 74:5 75:6 86:11 106:13 107:11,12,16,19 108:4 118:14 125:6,11 137:21 158:3

**campuses** 35:23 109:7

**Canada** 161:17

**Canadian-based** 40:10

**can't** 13:3 67:15 70:9 80:25 97:10 119:10,23 137:2 148:11 149:24 150:1 157:4 158:15

**capable** 54:9 62:4

**capacity** 106:3

**Capaldo** 127:12

**CAPER** 146:24

**car** 13:3

**cardiac** 143:7

**career** 159:15

**careful** 99:16

**Caribbean** 43:10,21, 23,24,25 44:5,22 51:10 55:15 56:17,18 61:22 108:3 139:3 161:21,23 168:7

**CARICOM** 43:22,25

**Carla** 6:2 8:10 10:21 164:6 165:24

**carried** 58:17

**case** 5:10,14,16 112:12 113:7,24 128:19,21 129:7 130:18

**cases** 25:5

**category** 161:2

**cease** 48:12

**ceased** 36:4,8,11

**ceases** 29:7

**ceasing** 35:17

**cell** 142:1

**Center** 122:9

**CEO** 72:2,4 74:22 129:5

**ceremonies** 122:19

**ceremony** 89:25 90:3, 4,11,15,20,22 91:1 122:20,21 123:5 135:20 136:11 137:9, 11,15 138:2

**certificate** 27:22

**certificates** 28:1

**certification** 27:14 101:20 109:4 110:18

**certifications** 27:22

**certified** 6:22 106:14, 18 109:12

**CFR** 61:16

**chain** 124:7,8

**chance** 64:4 128:3

**changed** 101:6 118:5, 7

**charge** 72:19,22 73:14 74:4 124:14 159:4 164:10,18 165:23

**charges** 26:17,18

**chief** 18:3 30:16 56:4

**children** 10:22,24 47:13,16

**choose** 48:1

**chose** 60:3 63:14,25

**Chris** 5:25 66:18

**Circuit** 133:4

**circumstances** 47:25

**citizens** 26:10,12,14

**civil** 5:14,16 8:13 113:24

DEPOSITION OF  ORIEN TULP

Index: CK-corporation

**CK** 39:11

**claims** 131:8

**clarification** 31:8

**clarify** 11:18

**class** 33:2

**classes** 32:10 33:17 36:16,23,25 37:1 60:23 61:2 62:25 63:1 73:3, 15,19 89:15 92:15 94:8 96:8 118:17 126:12 141:16,19,20,25 142:4, 9,14,25 143:9

**classroom** 22:12

**clear** 74:9 141:7

**clearinghouse** 41:19

**clinic** 22:15 54:8 90:8 160:10

**clinical** 30:24 31:2,4 32:2,8,9 35:12 37:4,8, 15,23 38:1 39:4,5,13 51:22 54:16 70:17,20 85:24 86:2 88:10,12 90:16 140:2 159:22

**clinics** 30:19 159:23

**close** 60:25 65:4 92:2 140:20

**closed** 96:16,18 98:11 111:8 132:13

**closer** 119:25 141:8

**closes** 62:18

**coat** 89:24 90:3,7,15, 20 91:1 122:21 135:20 136:11 137:9,15

**COCA** 40:22,23,25

**college** 15:4,9 18:19, 20,21,24 19:1,4,8,10, 16,21 20:15 40:19 41:1,8 46:13,15 49:25 148:23

**colleges** 18:23 19:7 43:11 44:13 46:24 47:3 51:25 144:5

**Color--** 81:16

**Colorado** 5:8 11:2 34:23,24 80:1,7,12,14 81:7,12 82:2,17 83:8, 11 158:5 167:19,20 169:9 170:16

**colors** 121:2,3

**column** 119:18 141:1, 5 145:11

**columns** 120:3

**Colón** 153:19

**combination** 37:5

**commanded** 14:14

**commencement** 35:20 122:18,20 167:23

**commencing** 127:10

**commensurate** 49:11

**comments** 136:17,21

**Commission** 28:21 40:18 41:1,8,11,18 139:6

**committee** 40:4,8 99:11,16 105:7 127:6 155:14,20,21 156:6

**Committee's** 100:4

**common** 116:25 139:1

**communicate** 96:20 116:22

**communication** 17:15 105:5 111:9

**community** 46:13,15 47:3 139:3

**commute** 159:20

**companies** 20:3 82:6

**company** 78:15 168:19

**competence** 73:10

**competent** 50:18 51:3 63:25

**compile** 69:15

**complaint** 65:21 66:15

67:1 69:4 97:25 98:2,4 100:24 102:14 104:11 109:20,21 110:25 111:3,11,23 112:3,15, 17 117:9 131:12

**Complementary** 168:6

**complete** 26:5 103:24, 25 104:1 159:22

**completed** 15:7 42:17 45:2 49:12 51:24 70:7 72:8 94:11,14 122:23 123:6

**completing** 90:12

**completion** 43:2

**complex** 22:13

**comply** 42:21 45:19

**Components** 15:16

**comprehension** 39:15

**comprehensive** 38:2, 5,7,9,16

**comprise** 69:15

**conclude** 170:14

**concludes** 170:22

**conditions** 13:8 30:15

**conduct** 25:12 61:8 166:9

**conducted** 29:16 32:14 90:2 108:2 113:3 160:4

**conducting** 126:10

**conference** 62:2,8 65:7 71:20 92:19 93:6, 9,11,17 94:18 103:19 105:11 119:13 149:14, 17,18,21

**conferences** 33:22

**confirm** 61:12 70:9

**confused** 164:4

**connecting** 100:10

**connection** 99:18 100:10 106:4

**considered** 44:3 49:14 53:8,9 99:11 137:14,16 141:22

**contact** 18:1 85:22 88:11 135:13 163:5

**contacted** 59:2 61:10

**contacts** 86:3 163:17

**content** 17:10 103:16 154:18

**continue** 5:17 9:11,14 16:2 23:6 32:19 45:15 116:12

**continued** 32:20 48:9, 22 50:24

**continues** 33:11 114:25

**continuing** 88:5

**contract** 53:25

**contracts** 74:11

**contractual** 54:25

**control** 29:19 68:5 77:22 80:22 165:8

**convenience** 48:2

**conversation** 76:19 95:7

**converted** 32:16

**cooperate** 111:16

**coordinate** 35:12 53:25 74:13

**coordinated** 18:5,6

**coordinator** 70:20

**Copenhagen** 29:17

**copied** 153:8

**copy** 8:18

**cor--** 21:24

**Corporate** 79:2,4

**corporation** 85:8 166:4,14 168:14,18

DEPOSITION OF  ORIEN TULP

**Corporations** 77:12 168:11

**Corrado** 110:7 126:2

**correct** 8:25 12:10,17 17:8,9 18:11,13,14,17, 18 19:22 20:11 21:6,17 22:1,4,12 23:22 24:25 25:1 27:9 30:11,12 31:10,20,21 33:23,24 34:5,9,17 35:25 37:15 39:22,25 40:1,13 41:16 42:8 43:13,14 47:5 52:25 53:1,2,5,10,11, 15 54:18,19 56:1,4,18, 19 60:14 62:3 64:15 66:16,17,23,24 67:4,5, 17 69:19 72:17 74:6 75:6,9,15 78:6,15,16 79:14 80:2,8,13,16,21 81:7,11 83:23,24 84:1, 2,4,5,21 85:2 88:13 89:11 91:6,20 94:14 97:20,21,23 98:2 99:1, 5 100:19 101:14,20 102:7,14,18,23 103:4, 5,9 104:23 105:3,10,22 106:6 108:14 109:22 110:11,12,20,25 111:12 112:4 113:7 115:14,15 119:1,13,19, 22 120:7,18,19 121:20 126:12 127:1,21 128:11 129:7,8,22 131:13 132:20 134:7 135:21,24 136:2 137:10,15,24 138:2 139:24 146:8 147:22 148:5,9,24 149:19,23 150:15 157:25 158:10, 18,19,21 159:5,8,10 160:5 161:18,19 162:2, 3,5,8,9,13,14 163:20, 21 164:7,8 167:19 168:3,14 169:4,12

**corrected** 146:6 162:17

**corrections** 8:23

**cost** 63:23

**couldn't** 12:11 66:5 89:13 94:22,25 135:11

**counsel** 5:23 95:2

**counselor** 5:21 8:1,2 9:5,10 66:18 86:13 114:18 170:3

**countries** 52:20 54:17

**country** 31:11 44:4 54:11 59:14 161:23

**couple** 67:20 85:14

**courses** 36:21 37:11 63:22 91:17 103:2,7 104:5,6 140:19 143:3

**court** 5:15 6:7,9,15,19, 23,25 7:3,9 16:14,20 65:21 66:7 111:12 112:12,13 114:15,21, 22 115:14,19,25 116:17 128:14,20 130:18 131:7,17,24 132:13,14 133:4,14,21 167:1,3

**courthouse** 115:5,10 117:1

**Court's** 114:20

**cover** 18:10 130:11 167:24

**covered** 57:17

**create** 16:5 47:17

**created** 21:24 77:6 78:5,18,21 79:9,13,18 85:9 166:3 168:19,22, 24

**creating** 166:6

**credential** 73:21

**credentialed** 160:24

**credentials** 73:22 127:6

**Credit** 80:20

**credits** 102:2 140:14

**criminal** 12:3

**Crown** 28:22

**Cruz** 164:9

**CS** 39:12

**current** 10:16 11:1 29:22 51:21 83:10

**curriculum** 31:12,13, 17 140:8,10 142:7 143:12 160:19

**Customs** 23:14

**cut** 94:23

---

**D**

**Dallas** 108:21 122:2 123:3

**Dallas-fort** 34:16,19 35:15 36:8 75:23

**date** 34:3,8,13,21 36:3, 6 54:22 59:20 67:13 69:2 76:21 77:2 79:2,4, 15,22 105:18 110:9 111:20,25 127:11 154:3

**dated** 46:3 104:11 105:17 125:21 152:8, 16 153:5 154:11

**dates** 102:22 103:2 106:14 109:5,10 119:12 123:7

**daughter** 142:19

**David** 57:2 155:25 156:1,5 163:5,6,9,18 167:16,17

**day** 23:15 29:4 33:11 46:3 57:19 58:22 59:1 111:14 135:2,25 136:24 138:5

**days** 8:15,22,24 33:25 61:18 100:15 109:23 110:22 111:4 119:14 120:15,17,23 121:1,17 134:1

**de** 155:1

**dealt** 164:13

**dean** 71:8,9 91:14 139:24 140:2

**decade** 45:13

**deceased** 56:7 57:10

**December** 28:16 29:9 35:19,20,22,24 36:1,4, 8,11 65:22 111:23 147:24

**decide** 111:2

**decided** 110:24

**decision** 73:25 96:18 100:16 134:6

**declarations** 117:25

**declared** 10:6

**declined** 51:16

**declining** 60:11

**deem** 50:4

**deemed** 102:2

**defendants** 5:13 128:23

**defenses** 117:9

**definition** 19:7

**degree** 14:19,21,24 31:19,23 49:13

**degrees** 15:5 29:2 49:9,16,22 50:15

**Delaware** 81:7,11,13, 17,20,21,25

**delegate** 72:6 76:11 91:13

**delegated** 72:9,10,15 76:16

**deliver** 62:11 64:1

**delivered** 33:19

**delivering** 63:13

**deluge** 35:5

**demand** 70:25

**demonstrating** 97:6

**demonstration** 63:2

**denied** 58:9 116:1

**denies** 116:17

**dental** 49:19 50:6,9

DEPOSITION OF  ORIEN TULP

**dentists** 50:9

**Denver** 61:23 158:5

**Department** 61:10,13 77:12 124:21,22 125:7,8 168:10

**depended** 62:6

**dependent** 47:16

**depending** 31:11

**depends** 63:12 160:18

**deponent** 6:6,16,20,24 7:12,14,21 8:14,20,21 9:6 16:10 66:5 68:13 86:19,23 123:9,12,16 126:6 141:6,10 145:13

**deposition** 5:9,19 7:8,20 8:10,16,17 9:6 11:8,10,13 21:23 67:10,17 88:5 97:8 113:19 116:16 128:23,25 129:2,6,9 130:12,14,22,23 170:14,22

**depositions** 8:12

**describes** 61:18

**description** 84:17

**desired** 143:8

**destroyed** 22:19

**destroying** 48:14

**detail** 57:17

**details** 116:3 133:2

**determination** 57:25

**determined** 24:23 30:16 48:3 99:4,16 100:7

**develop** 54:16

**developing** 76:19 88:17

**Development** 56:3

**diagnosis** 143:7

**didn't** 11:18 12:11 14:2,20,22 28:17 51:10 58:23,25 60:15,16 64:8 82:13 88:22 89:19

90:20 92:21 93:15,16 96:19 104:1 107:20 112:1 116:21,22 121:4 127:20 131:15,19,20,23 136:17 137:17 138:4 140:11 143:12 146:5 147:19 149:20 150:16 151:14 152:21 153:9,21 154:17 169:2

**differently** 160:13,14

**digital** 8:18

**dinner** 59:6 60:16

**diplomas** 28:1

**direct** 115:4

**directed** 152:17 153:4,19 154:12,14,15 155:1

**directly** 91:12 110:14 147:7

**director** 163:10 164:5

**directors** 49:16

**directory** 28:10,12,14,20 29:7,15,20 30:2,6 100:6,13,18,20 101:14 110:17,24 138:24 144:17,19

**disagreed** 58:9

**disapproved** 58:10

**disasters** 48:1

**discovered** 92:4 109:7

**discussed** 103:18 133:1

**discussing** 51:5 88:8 113:9

**diseases** 143:5

**dismiss** 112:17 113:10 116:1,2,18,19

**dismissed** 131:13

**dismissing** 131:8 133:15

**dissection** 25:12

**dissolved** 169:3,6

**distance** 141:23 143:3

**distant** 28:6

**District** 5:15 112:14 113:22 115:19 128:20 132:14,15

**Division** 168:11

**Doctor** 49:17,18 50:1

**doctorate** 64:21 139:4 151:19 152:19 153:6,20 154:5,17 155:2

**document** 16:19,20 17:11 56:14 65:22,24 66:1 78:1,2 97:7 102:10,11,13 112:11,18 113:24 117:10,12 139:10 140:11 143:13 144:2 146:6 147:23 157:12,21 159:4,12 160:1 166:20

**documentation** 99:11

**documents** 33:20 45:3 59:7 67:21 68:3,8 69:1 77:18,20,21 80:22 133:20,21 165:2,4,6

**doesn't** 52:19 148:15 150:11 158:15

**dollars** 20:17 21:1,5,8 23:13

**Domicile** 79:2,4

**Dominican** 35:4,6,7 70:6,12,13

**donations** 166:9

**don't** 12:1,9,21 13:10,15 34:2,8,12,20 36:2,5 44:20 49:6 53:21 61:3 63:7,24 65:13 67:12,15 68:14 69:16,17 76:21 77:1,9 78:7 79:15 81:4,22,23 82:1,9,19,22 84:8,18 86:17,19 87:1,4 88:21 89:6,12,20,22 92:12,16,23,25 93:21 94:2,3 95:5,6 96:1,10,19 102:24 104:2,14 105:18,24 106:25 107:19 109:18,25

112:5 115:7 120:4,11 121:4,8 123:25 124:13,24 125:18 127:20 128:7 129:20 130:2,7,19,21 131:9 133:1,6,14 134:8 135:5 136:6,12,20 137:12,19 140:5 143:19 147:7 148:11 149:4,5,24 150:17,25 151:2,24 152:3,10 153:2,17 154:24 155:10,23 156:9,11 157:13,18,19,23 158:16 159:1 160:1 163:2 164:24 165:21 166:19 167:7 170:2

**double** 64:21

**downstairs** 165:12

**dozen** 71:20

**drastically** 48:13

**drawn** 75:17

**due** 23:15 61:13 116:25 131:8

**duly** 6:21 7:10,22 10:5 19:20 43:4 49:9 115:1

**duration** 47:24

**duties** 72:3

_____

E

**eager** 71:5

**earlier** 55:25 102:7 124:21 148:9 163:7 168:13 169:10

**early** 24:6,8 28:25 78:22 81:16,17 86:15 91:19

**Eastern** 112:13 113:22 115:19 128:20 132:15

**easy** 62:13

**ECFMG** 29:18 41:15,22,23 42:1,3,7,11 43:1 51:5 52:15 53:15 91:20 92:8,13,18 93:4,10,14,19,24 94:19 95:4,8 96:23 98:11,25 99:4,

11,16,19,22 100:4,5,7, 11 101:19 102:11 105:6 106:5,11,12,15 107:14 108:18 109:7,9, 21 110:7,18 111:7,16 112:13,16 113:6,24 116:1 118:2,3,9,10,11 124:9,13 125:2,11 126:10 127:6 128:22 129:5 131:12 145:5,14, 18 146:1,3,7 147:1 161:8 162:1 167:10

**ECFMG'S** 92:1 96:18 102:25 110:10 117:8, 20 126:20 134:6

**eco-friendly** 22:17

**Economic** 56:2

**education** 14:15 28:20,24 36:22 40:4,9 49:12 51:19 61:11,14 63:17 73:5 88:13 108:19 124:21,23 125:8 127:6 138:24 144:17 145:2,17 146:12,24 162:12

**educational** 28:21 41:11,18 46:18 139:6

**effect** 30:2 144:19 168:18

**effectively** 35:13 132:13

**efficiently** 23:12

**eight-page** 16:18

**elected** 59:1

**elective** 140:17 142:3

**electives** 143:8

**element** 86:4 146:25

**elementary** 47:18

**eligible** 40:16 41:9 42:10 43:1 101:19

**eliminated** 39:13

**Elisa** 112:24

**email** 11:5 105:19 124:7,8 125:1,2,15,17

**emails** 158:23,25

**embryology** 36:21 140:16

**employed** 89:18

**employees** 25:21,23 26:20 47:14

**encouraged** 63:6

**end** 90:5

**endeavor** 50:23

**endocrinology** 15:10

**engaged** 99:4,17 100:9 106:3

**engagement** 59:6

**Enny** 155:1

**enroll** 63:21

**enrolled** 24:21 27:18

**ensuring** 54:5

**enter** 23:14 37:25

**entering** 39:4

**enterprise** 82:9

**entire** 15:15 44:20 58:22 60:1 86:20 95:23

**entirety** 131:13 157:6

**entities** 19:12,24

**entity** 19:13,15,17 30:3 41:2 77:7,10 78:4,17 91:22,23 144:7,18 147:2

**epidemiology** 37:11

**equivalent** 44:15 50:4

**erupt** 32:20 48:9

**erupted** 32:12,25 33:16 48:13,20,21

**erupting** 48:20

**essential** 33:19 36:21

**establish** 27:13 30:23 35:10 39:2 46:16 47:11 56:24 61:14

**established** 18:25

29:4 35:8 38:25 45:13 50:19 55:13 70:22 71:19 78:22 83:4 138:21

**establishment** 77:23 108:9 165:9

**estate** 82:8

**ethics** 36:20 37:9 143:7

**European** 31:13,15

**evaluate** 156:9

**evaluated** 50:17 156:7

**evaluation** 50:20

**event** 95:23 136:23

**eventually** 39:5 73:23 89:9 127:19 132:21 134:5

**evidence** 60:12 68:6 69:5,8,10 108:25

**exact** 34:3,8,13,20 36:2,6 67:12 77:2 79:15 105:18

**exam** 42:7,14 53:22,25 63:19 144:13,23 145:24 146:20 147:6

**examination** 10:7 26:5 29:6 38:2,9,14,17, 18,23 39:15 53:23 63:16 107:25 115:4 128:23 147:10,14,18, 22 148:5

**examinations** 98:13 101:25 125:14 160:10

**examine** 114:21

**examined** 10:6 129:4

**Examiners** 38:19

**exams** 39:9,22,23 40:2

**exceeds** 23:21

**excellence** 50:24

**exception** 74:2

**exchanging** 8:17

**exclusively** 75:12

**excuse** 8:3 31:5 76:15 127:4

**excused** 7:25

**exempt** 21:11

**exempted** 26:7

**exhibit** 9:11,13,15 16:9,11,15,18 17:1 18:9 45:15 56:10,11,14 65:16,20 66:4,7,11 67:7,9 68:12,18 77:16, 18 97:2,3,8 98:18,19, 22,23 100:23,24,25 101:1,5,22 102:5,9 104:10 105:14 112:7,8 113:14,16,19 114:12 115:17,21 116:12,13, 16 117:4,5,8,16,17,20 118:22 123:21,24 124:8 131:1,2,5 132:4, 5,8,10 133:8,9,12,19 134:10,11,15,18,22 135:18 136:25 138:7,8, 13,16,19 140:8 141:4 149:9,10,13,15,16 150:20,21,24 154:3,13 156:19,20,21,24 163:16 164:23 165:1, 14 166:13 167:22 168:10

**exhibits** 8:18 9:13 69:3,4 109:22 164:25 170:7

**exist** 29:7

**existing** 30:25

**expatriate** 25:21

**expatriates** 26:9

**expect** 140:23

**expected** 63:17

**expensive** 52:20

**experience** 11:8 15:6

**expert** 72:17

**explain** 11:12,22 15:25 17:11 36:16 70:2 93:18 120:21 133:22

**extensive** 14:13

**extraordinary** 70:25

---

**F**

---

**facilitating** 54:9

**facilities** 30:15,17 31:1

**facility** 103:7 122:12

**fact** 73:18 107:5

**factors** 60:11

**faculty** 46:18 47:2 49:15 55:22 63:12 73:8,25 74:5,20 75:4,5, 8,13,16,17,19,22,25 76:4,6,12 89:15,19,21

**failed** 44:9 57:24 58:2 59:13 60:8

**fails** 74:24

**FAIMER** 161:8

**FAIMER-IMED** 145:3

**fair** 73:1,23 74:19 79:17 84:17 85:5,7,9 140:13,18 141:19 142:14,24 143:1 168:23

**faithfully** 7:7

**false** 12:15 99:18,20,24 100:11 106:5,11 107:4 109:4,9

**familiar** 63:15 85:21 148:17

**family** 22:14 80:7 81:10

**fancy** 123:1

**fastest** 139:2

**feasibility** 46:10

**February** 24:8 56:21, 22,25 57:22 58:12 120:6

**federal** 8:13 35:4 80:20,25 111:12 112:12,13 113:6 114:4 115:5,14,25 117:1

130:18 131:7,17,24

**Federation** 39:1 53:24 146:23 147:4

**fee** 20:17,19 23:15,19 25:4

**fees** 23:8,9,11 24:23 25:6,9 82:21

**fell** 111:7

**fellowship** 15:8

**ferries** 62:15

**file** 45:23 74:11 98:1 110:24 111:2,11 165:19

**filed** 5:14 16:21 65:21 66:15,18 69:10 77:11 96:24 97:25 98:5 109:21 111:13,24 112:1,3,12,15,16 113:5,7 129:7 130:8 131:12 132:13,23,24 133:3 169:15

**files** 72:12,23 151:13

**filing** 67:1 96:22,24 112:2 133:22

**fill** 103:16,20

**final** 35:20 55:2

**finally** 59:3

**Finance** 56:2

**finances** 72:9,19,20 169:21

**financial** 72:12

**find** 97:18

**findings** 100:4 134:1

**fine** 123:14

**finish** 123:23

**first-year** 36:25

**flies** 62:14

**flight** 60:21

**flip** 134:21

**flocking** 88:22

**Florida** 61:10,13 64:19,24 65:1 78:21, 23,24 79:7,9 106:13 107:16 108:21 124:20, 22,23 159:20 165:10 166:13,15,17 168:11, 17,20

**focus** 78:25 141:5 145:11

**focused** 44:19 62:23, 25 73:2,4 160:9

**focuses** 42:1

**folks** 63:25 151:6

**font** 156:25

**foreign** 28:21 40:5 41:12,18 42:5 139:6

**form** 9:3

**format** 32:18 68:5 77:23 165:8

**forward** 29:4

**found** 59:4 132:19,21

**foundation** 71:25 145:1,4

**founded** 16:1

**four-day** 159:18

**four-stage** 45:1

**fourth** 70:18,19

**fourth-year** 35:9

**Frantz** 64:6,9,12,13,23

**free** 140:17 142:3 143:8

**front** 69:17

**full** 7:1,13 17:22 21:17, 19 24:14 29:19 39:19 57:9,14 59:8 64:19

**fully** 45:5,7 52:5

**function** 86:1 135:22

**functional** 140:15

**functions** 72:3 85:25 121:18

**funding** 35:4

---

**G**

---

**garage** 22:17

**garbled** 64:8

**Gardens** 168:2

**gave** 33:14 64:25 109:23

**general** 27:11,12 133:23

**Generally** 11:11 13:13

**Geneva** 28:11

**gentleman** 163:8

**George** 57:2

**give** 14:10 49:23 53:22 62:11,12 73:19 136:15

**giving** 89:15 136:10

**glass** 13:21

**global** 44:21

**goal** 39:5

**GOM** 24:24 50:21

**good** 5:5 6:17 15:19 63:23 88:6 130:19

**government** 17:5,7, 13,16,25 20:16 24:24 25:5,8 26:6 27:13 28:7, 16,18 30:13,21 44:8 45:4,8 47:8,20 48:5 50:21 52:3 54:13 55:3, 11 57:13,24 58:2,9 59:10,13 78:3 162:10

**governor** 29:12 51:15 138:22

**grads** 162:6

**gradually** 48:19

**graduate** 42:24 49:25 70:5 101:24

**graduated** 27:18,20, 23 42:16

**graduates** 27:15,23

28:22 41:12,20 101:17 106:15 139:7 147:12, 14,16,20 161:24

**graduation** 101:18 123:3,4 167:25

**grant** 30:22 49:8

**granted** 48:4 115:25

**grants** 116:18

**great** 59:6 64:3,4

**green** 121:10,12,13,14, 15

**gross** 140:14

**ground** 22:21

**groups** 63:14

**growing** 139:2

**Guard** 15:16

**guess** 74:10 134:8

**guest** 22:14

**guidance** 157:7

**Gómez** 154:14

---

**H**

---

**half** 52:18 55:19 71:20 86:21

**hand** 7:1,4,13,15 114:23

**hand--** 77:7

**handle** 81:20

**handled** 74:12 80:15

**handling** 74:10,18

**happen** 150:12

**happened** 17:11 35:5 63:13 96:14

**happy** 46:19 70:21

**hard** 156:25

**hasn't** 24:9

**haven't** 37:9 70:10

**Hawkins** 57:2,9

**heading** 128:19

**health** 30:10 37:11 43:11 49:20 50:10

**healthcare** 139:4

**hear** 11:18 12:11 14:20,22 64:8 66:5 94:22,23,25 147:19

**heard** 12:6 40:3,18,20 41:13 43:6 44:10 64:6, 9 89:24 90:1 131:14

**hearing** 95:9,11,12,16 96:4,6,11,12,15,17,23, 25 99:1 105:9 110:22 111:5 113:2,4,20 114:1,4,7 127:8,14,15, 16,17,18,24 128:1,4,9 134:2

**held** 33:17,22 90:16 93:18 96:17 122:8 127:9 138:2 168:1

**helped** 156:8 164:19

**helps** 166:9

**Herbert** 122:8

**he's** 56:2 64:18,21 129:5 163:8,10,24

**Hickling** 164:10

**high** 47:18 84:7,8,11, 15

**higher** 49:11 51:19 146:11 162:12

**highest** 50:23 85:2,5

**Hills** 32:24

**Hilton** 62:2 168:2

**hire** 73:25 74:20 88:18

**hired** 75:5,9,14,19,22, 25 76:6,8 95:18 97:16 104:20 110:13

**hires** 73:19

**hiring** 73:14 74:4,7,10 76:12

**histology** 140:16

**history** 14:11

**hit** 22:24

**hold** 23:6 105:7 123:5

**holding** 93:8

**holiday** 60:4 111:7

**Holness** 58:18 59:25

**home** 60:21 79:6 82:14 159:24 168:17

**Honorable** 113:21

**hope** 88:6

**hospital** 30:18,24,25 31:2 54:8 61:18 160:10

**hospitals** 31:3 85:22 86:3 88:11 159:23

**hotel** 61:19 95:14 105:9 127:9

**hour** 86:16,20,22,23

**hours** 138:3

**housing** 55:22

**Huffman** 155:22,25 156:1,5 163:5,6,9,18 167:16,17

**human** 140:16

**humanitarian** 15:18

**hurricane** 22:19,22,23 71:3

---

**I**

---

**ID** 167:16

**idea** 88:14 99:24 122:6 124:3,5,16 136:3 139:20,22 154:1,10,22 155:7 169:7 170:7

**identification** 10:13 16:12 56:12 97:4 112:9 113:17 115:22 116:14 117:6,18 131:3 132:6 133:10 134:12 138:9 149:11 150:22 156:22

**identified** 83:22 97:7 114:19 139:24 141:17

**identifies** 107:11

**identify** 5:20,23

**imaging** 142:2

**IMED** 28:25 161:8

**IMED/FAIMER** 161:21

**immediately** 29:14 55:14 157:4

**Immigration** 23:15

**immunology** 37:13

**implication** 102:1

**implies** 125:7 126:13

**important** 26:24 64:5

**importantly** 51:23

**importation** 25:11

**impose** 101:21

**imposed** 52:15

**impossible** 109:17

**impressed** 57:11

**include** 28:3,5 43:24 49:17

**included** 54:20 100:12,14,24 101:14 102:13 104:11 144:16

**includes** 37:13 140:14 142:22 143:4

**including** 14:18 20:24

**income** 26:16,18 27:8 166:10 169:18

**incorporate** 19:24

**incorporated** 19:20, 23 20:1,9 29:25 166:15

**incorporating** 20:3

**incorporation** 79:3,4, 22 166:3 168:17

**incorrect** 107:7,9,22 146:4 160:17 161:11, 14,15 162:16

**incurred** 12:14 99:23

**independent** 50:17

51:2

**indicating** 37:18

**Indies** 108:6

**individual** 24:23

**individually** 23:1 42:2, 3 106:2

**individuals** 17:25 57:18 58:20 59:21,23

**infectious** 143:5

**inform** 93:9 151:17

**information** 38:4 64:1 92:14 94:5 99:18,21,24 100:11 106:5,11,16 107:4,23,24 108:15,18, 23 109:4,8,9 158:4 159:6 164:4

**informed** 94:1

**initial** 56:23 88:14

**initially** 35:2 70:11,22 85:13,20,23 88:22

**injunction** 113:20

**injury** 12:24

**inserted** 47:15

**installed** 22:16 32:15

**instances** 25:8

**institution** 49:10,11 146:15

**institutional** 51:23 52:7 144:8,14 146:14, 21

**institutions** 50:19 51:4 74:25

**instruct** 103:23 104:4

**instruction** 73:12

**instructors** 75:10,12

**integrative** 160:20

**intended** 142:8

**intent** 102:25

**intention** 145:25

**interested** 52:8 53:13 157:22 159:15

**interfered** 133:24

**interference** 91:20

**interim** 30:4

**international** 28:19 40:17,21 41:10,20 42:10,20 50:18 51:1,3 52:24 53:1,11 54:1,6 63:21 125:10 138:23 144:4,17 145:2,16

**Internet** 71:15,18,19 92:5 110:21

**internship** 70:7

**interrogatories** 129:15

**interrupt** 71:23

**interview** 58:25 60:20 61:8 73:16,20

**interviewed** 57:7 73:9

**interviewing** 73:17 74:7

**interviews** 60:2 61:22 119:15 121:18 125:12

**intro** 142:1

**introduction** 37:4 140:16

**investigate** 96:7

**investigation** 92:1 93:10 95:4 101:12 109:3,6 124:15 126:11 134:3

**investment** 54:24

**invited** 17:17 135:1,25 136:24 138:5

**involved** 85:23 91:8 153:10,11 164:19 167:17

**Irma** 22:23

**irregular** 99:4,17,23 100:9 106:4,25 107:3

**island** 27:6 32:13

48:14,16,18 56:25 71:4 108:7

**isn't** 12:5 64:23 106:21 107:2 109:16 125:9

**issue** 51:17 59:16 70:15 71:16 94:19

**issued** 28:1 51:8 54:3, 14 62:10 92:19 93:5 108:7 131:6,7,24

**issues** 46:7 70:14 74:15

**it's** 5:6,8 8:20,24 9:8 13:2 16:20 17:21,22 18:9 19:13,15 22:20 23:12 25:18 34:13 37:18 40:16 41:9 44:16,21 45:1 49:3,4 53:3,4,11 55:18 62:16 63:4 75:1 77:1 79:22 83:8 85:7 88:3 90:4,19 97:10,11 101:16,21 104:10 115:7 117:20 122:6 124:7,8,25 125:1 126:15 128:19 130:15, 20 141:6,8 144:24 145:25 146:5 148:6 150:6 151:20 152:18 153:3,5 154:2,3 156:25 161:12,13,15 165:11 167:8

**I'd** 60:7

**I'm** 5:17,20 6:4,13 8:5 9:10,18 10:18 13:1,25 14:6 16:8,14 20:12 21:24,25 37:19 45:14 51:7 65:15 66:6 67:6 69:25 71:23 72:2 78:24,25 80:5 92:17 93:2,3 94:15 97:6 115:16 128:11 134:9 145:10 148:17 156:12, 13,14 164:23,24,25 165:21 170:14

**I've** 14:12 15:12,19 40:20 61:20 65:24 84:11,18 86:24 107:1 138:15 140:11 149:1 151:7,10,12

**J**

**January** 16:21 112:16 113:23 119:17 120:6 154:25

**Jesús** 155:1

**job** 15:6 72:1 85:1

**Joffre** 154:14

**John** 55:24

**José** 140:1 152:17

**journals** 15:13 51:1

**Juan** 148:8,17

**judge** 113:21 114:4 115:13

**judgment** 69:3 117:21, 22,24 133:15

**July** 10:15 152:8 153:5

**June** 56:21 58:15 79:14,20 131:6 132:12 152:16 154:2,4 168:23

**jurisdiction** 27:7 72:24

**jurisdictional** 52:16

**Jusino** 152:17

**K**

**K-E-L-S-I-C** 20:8

**Kaplan** 61:9

**Kaplan's** 63:5

**Kara** 110:7 126:2

**Karen** 6:3 66:16,23 164:17,18 165:23

**Kelsic** 20:6,7

**key** 121:23

**kind** 62:18 64:1 121:6

**kindergarten** 47:11

**Kingdom** 27:5 54:10, 17

**knew** 63:16 73:11 85:22 89:18 166:5

**knowledge** 39:3,4 42:25 89:2,8,14 91:21 108:16 124:22 139:1 143:17 151:16,25 152:4,7,12,24 153:14, 23 154:20 155:8,11,13 166:11 169:22

**Konyk** 6:2 8:10 10:21 21:23 66:16,22 68:19 69:21 72:9,15 74:12,13 80:6,11,15,19 81:5,10, 20 82:11 83:16,23 84:3 125:17 164:6 165:24 166:21 167:6 169:2,24, 25

**Konyk's** 165:25

---

**L**

**lab** 122:8,14 140:15

**language** 39:14 70:14

**large** 55:18

**largely** 75:10

**larger** 62:5 70:24

**largest** 139:3

**lasted** 48:15

**laundromat** 22:18

**law** 45:20 97:13 116:25

**lawsuit** 96:22,25 132:13 133:16,23 134:6

**lawyer** 112:20

**lay** 71:25

**LCME** 40:15 41:4 43:17,18

**learn** 37:8

**learned** 92:2

**learning** 141:23 143:3

**lease** 76:24 77:4

**leave** 32:13 48:18 59:5

**lecture** 63:2,13,14,25 108:9 119:12 140:15 149:17,18,21

**lecturers** 63:14 161:1

**lectures** 33:7,10,15 63:9 64:25 65:1,6,8,9 71:13 73:6 86:9 108:20 159:18 160:9,21,23

**Lee** 114:24

**left** 33:3 57:12 60:17 71:4 119:19 120:6 135:4 145:11

**leg** 62:21

**legal** 66:21 74:15 77:7, 10 78:17 95:2 97:22 104:21,22

**legend** 121:16,23 150:14

**legitimate** 73:22

**letter** 92:7,11,18,24 93:3 98:18,24,25 99:3 104:10,13 105:17,20, 25 106:1 107:17 108:14 109:24 110:10, 16 125:21 126:17,19, 20,22 128:10,12 129:19,20 151:4,8,14, 17,20 152:6,8,9,13,16, 18,19,21,22,25 153:4, 6,12,15,19,21,24 154:3,4,6,7,9,16,18,19, 21 155:1,4,9 157:7 162:18 163:2

**letters** 127:3 151:12,21 152:1,5 153:8 155:12

**let's** 23:6,7 27:11 54:2 56:9,21 78:25 86:23 87:9 98:7,19 102:4 105:13 113:13 114:16 116:11 117:3,15 118:1, 18 124:6,25 126:14 129:18 130:10 131:1 133:8,18 134:20 135:16 136:7,25 137:6, 19 138:6 140:7 143:22 147:9 148:19 149:6,8 150:19 152:15 153:3 161:3,4 162:20 163:15

164:23 168:9

**level** 63:17 64:2 73:10, 11

**León** 6:10 7:4

**liability** 78:14 168:19

**Liaison** 40:4,8

**license** 17:2,3,20,23 19:1 20:16,19,20 29:2 39:20 46:2 47:15 51:8 54:3,12 78:13 108:7

**licensed** 16:7 39:6 41:5 43:4,5 48:21 52:9, 23 53:13 70:8 138:21

**licenses** 17:22

**Licensing** 29:5 38:22 42:6 101:25 109:12 144:13,23 145:23 146:20 147:6,13,17,21 148:4

**licensure** 54:9 161:17, 25

**life** 143:7 159:17

**light** 48:6 100:4

**limited** 47:13 78:14 160:4 168:19

**linked** 146:25

**Lisa** 127:11 153:19

**list** 27:17 28:18 29:23, 24,25 30:5 69:14,15 148:15

**listed** 28:24 30:3 138:24 139:5 161:24 162:1

**listing** 28:9 144:25 146:24

**live** 63:10

**lived** 81:13

**lives** 65:5

**living** 26:13 159:16

**LLC** 78:4,8,9,13,14 79:9,17 80:2 168:12,18 169:2,3,12,15,17

**local** 35:10 83:10 89:18

**located** 25:18 44:4 56:18 103:8 108:5 122:14 148:10 167:19

**location** 41:10 75:14 92:14 94:5 103:2 107:23 118:13 122:3

**locations** 17:18 24:21 25:3 96:7

**London** 18:6,19,20 19:4,10,17,21 20:16

**long** 9:7 34:15 36:5,7, 10 45:11 49:2 56:8 65:11,13 79:11 81:8 130:15,20 157:13 158:11 163:14

**longer** 29:13 160:15 163:13 164:14

**looked** 70:10

**lost** 35:4

**lot** 11:9 63:23 70:11

**Lucero** 154:12,15,21

**lunch** 86:15 87:10 88:4,6

---

**M**

**made** 14:6 22:2 50:20 73:24 76:10 93:12 98:15 100:15 117:25 159:8 168:16

**Mahy** 57:2

**main** 80:1 118:12 142:6

**maintain** 47:22 50:23 164:15

**maintained** 28:20 29:16 164:12

**major** 22:20 54:25 71:3

**make** 38:3 62:20 73:7, 21 80:6 105:2,5 109:18 110:13 147:14 166:8

**makes** 54:24 107:13 117:25 119:11 168:4

**making** 46:13 86:2 138:25 139:8

**management** 84:15

**manager** 163:24

**Manuel** 140:1

**March** 116:20 120:6

**Marie** 127:12

**marital** 10:17

**mark** 9:11

**marked** 16:11 56:11 97:3,7 112:8 113:16 115:21 116:13 117:5, 17 131:2 132:5 133:9 134:11 138:8 149:10 150:21 156:20,21

**married** 10:18

**Mary** 164:9

**Maryland** 159:21

**Master** 49:19,20 50:10, 11

**mastered** 38:3

**materials** 60:9 68:4 77:21 165:7

**matriculated** 160:22

**matters** 103:18

**max** 62:5

**MBBS** 50:3

**Mcenroe** 95:23 112:21,24 113:1 129:3

**MD** 15:2 50:5 64:21 139:7 140:8,9 159:22

**MD-PHD** 160:23

**Mealey** 124:9,12 125:1

**means** 11:17,20,23,24 45:23 46:1 101:23 121:7,16 122:2 161:16

**MECC** 95:24 96:1

**medical** 14:14 15:9,13, 17,18 17:16 18:19,20, 24 19:4,9,16,21 20:15, 21 27:15,23 28:10,13,

14,20,21 29:5,21 30:15,16,17,25 31:9, 18,19,22 35:11 36:20, 22 37:7 38:19,22 39:1, 3 40:4,6,8,10,12 41:5, 12,19,20 42:5,6,10,20 43:1,21 44:16 47:23 52:16,17,18 53:1,9,24 55:14 56:17,24 61:20 64:18,20 70:2,4 71:10 73:2,5 76:19 77:24 82:21 85:12 88:13 89:5,17,21 90:4,12 91:9,10,14,18 94:7 98:13 100:6 101:17,25 108:19 109:12 118:2,3 125:10 127:6 138:23 139:4,6 140:15,17,24 141:25 142:1,2 143:6, 18 144:13,17,23 145:2, 17,23 146:20,23 147:5, 8,13,17,21 148:3,4 151:19 152:19 153:6, 20 154:5,16 155:2,15 159:15 162:25 165:10

**medication** 12:22,23 13:4

**medications** 12:19

**medicine** 15:4 18:22 19:1,8 37:5 43:11 44:13 49:18 50:1 148:23 168:6

**meet** 58:19 89:19

**Meeting** 127:5

**meets** 54:5

**member** 63:12 73:9 74:21

**members** 58:18 74:1,5 75:5,8,13,19,22,25 76:6,12 89:15

**mention** 104:5

**mentioned** 21:23 24:6 35:15 46:21 47:6 48:10,25 71:13 80:6 81:5,9 85:15 89:1 112:20 113:1 123:24 124:20 144:18 167:8

**mentioning** 105:10

**met** 18:7 137:22

**met all** 59:12

**metabolism** 15:11

**Miami** 33:22 35:15,21, 22,24 61:4,5 62:1 65:3, 4,7,12 75:9,14,17 106:13 107:16,23 108:20 121:24 122:8, 15 123:3,4 125:11 168:1

**microbiology** 37:12 142:12,23 143:5

**middle** 134:25 135:1 140:9 141:1,5 147:10

**middleman** 53:22

**military** 14:13 15:14

**minimum** 39:3 42:17, 21

**minister** 18:3 28:23 56:2,5,6,7

**minor** 50:13

**minute** 136:18

**minutes** 58:21 59:24, 25 96:16 156:15

**miscellaneous** 164:20

**misidentified** 146:5 161:12

**missed** 60:1,3

**mistaken** 21:25

**model** 160:20

**modeled** 31:17

**modeling** 31:15

**models** 151:22

**modules** 143:4

**moment** 13:22 24:15

**moments** 13:20

**Mon--** 104:6

**money** 63:24

**monitor** 73:6

**monopoly** 53:20

**month** 101:11 120:24 121:2 132:21 134:2 159:19

**monthly** 159:21

**months** 119:12,19 120:5 160:9,16

**Montserrat** 16:4 17:5, 7,8,13,16 18:5 20:1 24:1,4,10,17,22,24 25:3,24 26:7,11,13,19 27:4,7,24 28:2,4,8 29:10 30:14,18 31:2,5, 6 32:14 33:13,14 44:8 45:4 46:2,12,15,22 47:23 48:5 50:21 52:25 54:13 55:11 56:3,25 57:6,19 60:14,23 61:2 62:13,21,24 74:5 75:6 78:8,9,11 81:11 82:15 91:23 102:23 103:3,8 104:6 107:5,6 108:5,6 118:8 138:22 155:18 158:1 161:22 162:11 163:22,24 167:13 168:12

**morning** 6:17 58:24

**morphed** 39:14 70:23

**Morrison** 11:2

**motion** 69:2 112:16 113:10 116:1,2,18 117:21,22,24

**motions** 69:11 112:3

**Moudy** 163:11,18

**move** 81:10

**moved** 80:7,11 81:13, 16

**moving** 81:12

**multiple** 15:17 18:23 19:7 30:18 37:5 82:5

---

**N**

---

**Nadine** 164:9

**names** 10:23 57:4,5

**NARIC** 14:17

**nation** 43:5

**National** 15:16 38:18

**nations** 43:22 161:25 162:7

**natural** 47:25

**Navy** 80:19,25

**NBME** 107:25

**nearer** 159:23

**needed** 35:10 46:17 62:7 64:2,3 69:16 91:16 108:10

**negated** 86:10

**neurosciences** 142:2

**nonprofit** 166:5,7,10, 14

**northern** 44:2

**not-for-profit** 166:3

**notary** 6:12,22 8:3 10:5 127:13

**note** 100:5,12,17 101:13 106:1 110:17

**notes** 37:9 156:14

**notice** 67:9,18 90:23 91:25 93:4 127:8

**notified** 106:12 108:22 110:16 126:10

**notify** 131:23

**notifying** 105:21 106:22

**Notwithstanding** 24:20 50:22

**November** 95:11,12 104:12 105:8 110:7 111:5 113:4 127:7

**number** 5:16 11:3 23:7 25:10,20 26:16 28:7 42:12,13 67:25 68:1,24 71:1 77:20 113:24 128:21 148:15 149:6 152:15,16 153:3 158:16 165:4

**numbering** 9:12

**numbers** 120:20,22 158:14

**nutrition** 15:10 140:17

**nutritional** 37:3

**O**

**o.tulp@usat.edu.** 11:6

**oath** 6:13,15,19,23 11:16,17,19,20,23,24 12:2,10,15 115:10,12, 13 128:2 130:22,24

**object** 86:17,19 87:1,4

**objection** 9:7,8

**objections** 9:2,4

**objective** 88:15

**objectives** 57:15

**obligation** 54:25

**obstacle** 58:3

**obtain** 14:19,21,24 27:22 31:19,22 161:17

**obtained** 15:5 27:14 56:15 76:25 102:15

**occur** 74:24

**occurred** 127:14

**occurs** 74:24

**October** 28:24,25 58:17 59:18 105:17 118:15

**off-campus** 108:9

**offense** 12:13

**offenses** 12:3

**offer** 33:9 54:20 57:11

**offered** 17:19

**offering** 159:18

**office** 18:6,7 34:25 35:10 70:23 71:18 74:8 80:2,3,12 81:21 82:4,5,

12,14,15,17,20 83:2,3, 13,15 85:13,17,18,19 88:10 129:3 145:21 148:10 158:5 159:9 163:24 167:11 169:13

**officer** 30:16

**offices** 22:18 82:6,10 97:13 158:10

**official** 84:12,16 100:8 106:3

**officials** 84:7,9

**offshore** 56:24

**oftentimes** 164:3 166:8

**oldest** 146:13

**Olveston** 21:24 22:1 108:5 158:1

**on-island** 33:1 108:11

**one-hour** 62:12

**online** 32:17 33:19 65:9 71:13 73:6 86:9 162:21,25 163:1

**onwards** 110:19

**open** 71:10 85:11,16 93:18

**opened** 33:4 80:19

**opening** 70:3 81:24

**operate** 17:8 20:20 36:6 78:18 106:13

**operated** 61:6 81:22 91:19

**operating** 24:9 46:22 47:2 53:4 107:16

**operations** 24:16 35:17 45:20 47:22 72:5

**opinion** 115:18,25 116:6,7 131:6,8,24

**Opposing** 5:23

**oral** 128:23

**orange** 121:6,8,9,11

**order** 17:8,13 31:19,22

42:14 78:18 95:2 116:17,19,21 157:11

**organ** 37:6

**organization** 29:13 30:11 40:7,11 41:3 43:20 53:21 56:16 84:23 122:10 144:6 146:7

**organizations** 143:25 144:1

**organize** 137:17

**organized** 22:6,8 51:13 90:23,24 91:1

**Orien** 5:10 6:2,6 7:15 10:3,11 114:24 128:22 130:12

**Orient** 127:7

**orientation** 33:22 62:12,23,24 108:1

**orientations** 62:10 125:13

**original** 18:21,25 29:23 44:21 59:11

**originally** 79:10 112:15

**origination** 108:12

**Ortiz** 71:7 76:11,18 77:6 83:4 85:11,15 88:8 89:3 91:8 135:4,9, 14 136:4 139:20,23 140:2,4 149:2 152:12, 25 153:15,24 154:8,20 155:8

**Osborne** 18:2 55:24

**osteopathic** 40:19 41:1,5,8

**Ostwalt** 124:18

**outgoing** 57:12 59:10

**overburden** 47:19

**overhead** 22:18

**Overseas** 138:22

**oversee** 72:5 85:23 88:10

overseeing 86:2 159:4

oversight 81:1

owned 55:15

owners 84:6

o'clock 58:24

---

**P**

P-R-O-C-E-E-D-I-N-G-S 5:3

p.m. 59:5 60:16 88:1,3 113:23 170:21

pages 117:20 130:6 149:13

paid 21:3

panels 22:16 25:16

papers 15:12 68:3 74:11 77:21 165:7

paperwork 74:18

paragraph 26:8 46:7, 17 48:8 99:8,13,14 100:3 159:13 163:15

parcel 55:20

parenthesis 71:24

part 23:5 29:23 38:1 63:3 79:1 91:21 101:15 102:13 115:25 116:1, 17,18 145:13,17 155:13 165:22

parties 8:7,19 9:1,9

parts 39:24 44:2 121:1

party 167:24

pass 63:19

passed 44:24,25 51:14 57:15 159:7

passing 64:4

pathology 143:5

pathophysiology 142:12,23 143:6

patience 170:19

Paula 153:4

Paulsen 5:25 9:10,16 66:19 86:13,17 87:1,4, 7 170:4,6,11

pause 156:13

pay 20:16 21:17,19 23:17 25:4 26:21

paying 21:1,7 22:25

payment 24:22

payments 82:18,20

pays 21:14 23:10

peer 50:25

Pennsylvania 97:20 111:12 112:14 113:22 115:20 127:10 128:21 132:2,15 133:16

people 26:10,13 48:18 62:5 63:15 122:23 156:8 166:8

percent 21:15 23:20, 21

period 48:2 54:21

periodically 27:17 73:6

periods 106:17 109:14

periphery 44:5

perjury 12:6,13

permanent 26:14

permission 30:23 48:4 114:20

permit 23:8,9,10,19 24:23 25:20 26:5 30:14 108:8

permitted 47:11 128:8

person 55:24 64:21 73:18,24 74:19,20 82:11 89:20 95:25 102:22 119:6 124:3,17 135:3 137:1 149:3

personally 72:11 93:7 152:9,22

personnel 74:11

persons 57:2 73:18 77:3 124:9 135:6,7,9 156:6 164:10

perspective 17:21

petitioned 45:10

Peña 5:10 152:7,13

pharmacology 64:20 142:13,24 143:6

phase 160:8

Phd 14:18 15:3 49:24 64:22

Phds 50:1

Philadelphia 95:15 105:9 114:1,4 115:5,14 127:10 129:22 130:13, 17 131:23,25

Philosophy 49:17

phone 11:3 158:13,15

photograph 134:22, 23

phrase 125:5 160:14

phrased 160:12

Phyllis 57:3,20

physical 26:5 86:11 143:7

physician 26:6 39:20 52:9,23 53:13

physicians 71:1,2,3

physics 140:17

physiology 36:19 64:17,18 141:25 142:11,23

picture 136:5 137:24

Pinsky 95:22 128:24, 25 129:4,12

Pit-miller 57:21

Pitt-miller 57:3

place 60:13 169:11

places 24:17 35:14

plaintiff 114:25 128:22 152:5

plaintiffs 5:11,22 66:14 152:6

plan 55:21

planning 160:1

platform 32:17

PO 157:25

point 16:20 37:13 38:2 60:7 92:3

points 61:19 85:22

policies 42:19 43:1 118:1

policy 118:2,4,6

politely 14:7

population 48:17 53:20

portion 32:6,11 36:18 37:2,15,23 88:12,20 89:17 90:16 91:6 94:7 96:8 115:3 143:10 159:22

portions 32:5 36:15

position 70:8 72:1 85:1,2,6 163:9

possess 139:3

possession 68:4 77:22 165:7

postal 83:9

postdoctoral 15:8

posted 92:4

postgraduate 39:17 162:6

PR 88:10 143:18 148:8

practice 54:10

pre-usmle 107:25 125:13

precedes 45:12

precise 76:21

precursor 38:19

**predates** 45:12

**preferred** 38:17

**preliminary** 9:19 10:12 113:20,25

**prep** 61:8 63:3 65:1

**prepare** 63:24 119:4 121:4 123:25 124:2 134:17 148:6,25 150:16 151:14 152:21, 22 153:21 154:18,19 155:3 157:5,10,11,17

**prepared** 37:25 118:25 119:2,7 124:4 136:17, 21 139:13,21 147:23 149:3 151:22 154:9 155:3,8 159:5

**preparing** 91:9

**present** 57:19 59:24 65:8 135:23

**presentation** 57:13 59:10

**presented** 63:10 73:7 99:12

**presently** 21:7 23:25 45:5 83:14

**president** 22:13 72:2, 4,25 74:23 84:1,3,14, 20,21,22,25 85:4 129:5 140:6 145:21 159:3,10 169:23

**president's** 74:8

**prestigious** 138:20

**presume** 45:23 46:3 69:7,20 120:23 159:1 167:7

**pretty** 15:19 156:25

**previous** 45:13 129:12

**previously** 92:4 101:22

**primarily** 47:12 86:6

**primary** 47:11

**principal** 169:8,11

**printed** 138:17

**prior** 11:7 17:12 74:18 108:2 118:14 149:15, 18 152:18

**privilege** 9:3

**privileged** 9:8

**problem** 87:6,7,8

**procedure** 8:13 46:6

**procedures** 45:19,22

**proceed** 6:14,23 18:8

**proceedings** 7:6

**process** 54:9 74:10 116:25 131:8 133:5

**proctored** 125:13

**produced** 67:23

**production** 67:21 68:7,25 77:18,19 165:2,4

**professional** 14:15 49:9,13 52:7 127:12 139:4

**professionals** 159:14

**Professions** 43:11

**professor** 14:12 15:11 57:3 58:18 64:19 65:11 73:10

**professors** 64:14 73:15

**program** 33:10 50:7 54:8 70:19 122:24 123:6 139:5 140:8,9 151:19 152:19 153:7, 20 154:5,17 155:2 160:4,23 167:24

**programmatic** 146:22

**programs** 46:11,24 47:19,20,24 50:17 147:15

**project** 150:11

**projected** 118:24

**pronounce** 30:7

**proof** 108:24

**properties** 21:16

**property** 21:11,15 22:25 54:24

**propose** 68:6 69:5

**proposed** 18:21

**Prosper** 153:4,5

**proven** 106:20

**provi--** 110:2

**provide** 9:14 13:21 45:25 46:19 47:16 60:12 63:7,8,25 110:6

**provided** 73:5,12 99:20 102:16 106:11 108:24 109:8 114:7 116:3,10 117:12 141:20 160:22

**providing** 46:10,23 99:18,23 100:11 106:5 107:3 108:19

**provisional** 56:23

**psychology** 51:22

**public** 6:22 10:5 37:11 49:19 50:10 127:13

**publication** 28:15

**publications** 51:1

**published** 15:12 28:10,13 50:22 100:15 133:25 148:1

**Puerto** 5:7,16 6:22 22:24 35:1,2,16 36:11 53:7 70:1,4,7,12 71:1, 11,14,17 74:2 76:7,13, 20 77:7,11,12,24 78:3, 5,19 79:10,11 83:2 85:12,21,24 89:5,11,15 90:20 91:1,4,10,15,18, 22 108:21 135:21 136:2,11 137:10,21 138:1 148:23 151:18 152:2 155:14,15,16,23 156:10 168:13 170:16

**purchase** 63:7

**purchased** 55:13

**purple** 122:4

**purpose** 22:9,11 38:24 50:19 96:3,6,10,12 102:20 133:22,24 166:6

**pursuant** 8:12 127:8

**pursue** 46:10

**pursued** 84:18

**pursuing** 159:15

**purview** 165:17 166:1

**put** 16:9,15 29:14 55:21 90:7 92:23 110:17,21,23 114:17 137:12 157:7

**putting** 104:7

---

**Q**

**qualified** 49:10 64:22 147:12,14,17,21

**qualify** 148:4 161:24 162:6

**quality** 73:4

**quasi-similar** 43:17

**question** 13:16,24 14:1,4,5,7 37:21 77:9 78:7 103:3 132:9 141:13,15 149:20 161:14 170:9

**questions** 9:19,20 10:13 11:14 13:12,14 20:14 70:1 93:14 94:9 115:2 129:24 149:7 163:4 164:2 170:2,4,12

**quieted** 48:19

**quote** 81:1

**quoting** 125:2

---

**R**

**raise** 6:25 7:13 8:22 9:5 114:22

DEPOSITION OF  ORIEN TULP

Index: raised-remember

**raised** 8:8 9:4,6 67:4

**raises** 7:3,14

**ran** 95:23 142:19

**rankings** 147:10

**Raquel** 6:9 7:4 16:9 45:16 56:10 65:15 67:7,25 68:16 77:16 83:19 97:1 98:8,20 99:8 100:25 105:14 110:4 111:18 112:6 114:12 118:20 119:25 123:20 125:25 126:5 141:3 145:10 147:10 148:20 150:3 161:5 164:23 166:25

**reach** 9:12 17:14 111:8

**reached** 8:6 17:7 18:16

**reaching** 17:12

**read** 108:13 116:6,7,21 119:23 121:16 126:4 140:20,25 141:2,6 142:7 143:12

**reading** 115:3

**reads** 79:16,20 99:6 102:24 119:20

**real** 82:8

**recall** 18:1 34:8,20 36:5 61:3 65:13 67:12, 15 68:22 77:1,5,6 78:20 79:15 81:24 92:10 93:4,8 94:4 95:1, 5,6 98:4,14 100:12 104:14 107:17 108:6, 22 113:9,25 114:3,8 115:3,7 132:8 133:6,14 137:13 153:13 154:8 157:13,16 158:6 159:1 160:2 163:2 166:2,20 168:12

**receive** 82:18 92:7 94:2 105:19 117:22 131:20 166:10

**received** 8:16 14:15 56:23 65:25 67:18 71:14 82:20 92:18

107:18 108:18,23 110:15 127:21 128:10, 12 169:18

**receiving** 67:10,14 92:10 93:3 105:16 108:18 125:21

**recently** 114:10 135:14

**recess** 13:20,22 14:1,8 15:22 65:17 66:8 87:11 123:17 138:10 142:17 156:16,19

**recognize** 16:22,24,25 57:4,5 66:11 68:22 77:25 82:25 83:1 97:9, 14 98:22 101:4 102:10 104:12,15 105:17 112:18 117:10 118:23 123:6 124:10,11 126:15,16 129:18 130:4,7 132:9 133:12 134:14,22 135:7,17,19 136:8 137:1,7,8,23 138:13 140:9 143:25 144:1 150:24 156:24 157:2,4 158:13 159:14 162:21 163:11,13 165:16 167:22,23

**recognized** 98:24

**recognizing** 122:23

**recollection** 79:7 103:14 130:19

**recommendation** 74:3

**recommended** 49:15 57:9,13 59:8,9

**record** 7:2,6 8:5,9 10:10 27:14,22 87:10 88:3 114:23 123:19 154:13 156:15 170:20

**recorded** 111:25

**recorder** 114:22

**recording** 127:15

**records** 68:4 77:21 89:13 165:7

**recruit** 88:19 143:18

**recruiting** 88:23 89:3, 6

**red** 101:7 122:16,17

**redacted** 125:19

**reduced** 23:20

**refer** 32:4 61:17 120:23

**reference** 46:14 63:9 80:6 107:13 117:25 119:12 168:4,16

**referencing** 105:12

**referrable** 55:1

**referred** 55:25 84:11 163:6

**referring** 26:19,20 30:17 31:1 38:10,14 45:21 46:4,6 47:14 51:2 85:17 99:25 123:4 125:6 164:1

**refers** 31:4 32:6 121:24 165:11

**reflect** 8:6

**reflected** 8:8 9:18 127:18

**reflection** 141:19 142:24

**reflects** 77:23 165:9

**reformulate** 13:16

**refresh** 79:7 103:14

**refuse** 58:4

**refused** 111:16

**refusing** 98:12

**regard** 47:23 55:3

**region** 44:19,20 161:22

**regional** 30:19 50:18 51:3 54:6

**register** 162:2

**registered** 127:12 166:17,22 167:5,6 169:2

**registrar** 72:11 164:9

**registrars** 164:11,15

**registrar's** 72:10

**registration** 78:2

**registry** 27:14,16

**regular** 75:17

**Reil** 95:20 97:13,22 111:11 114:18 129:21 130:8

**related** 46:7

**relation** 45:20

**relationship** 30:24

**relevant** 54:11 69:9

**reliance** 55:1

**relocate** 48:1

**relocated** 80:14

**rem--** 94:3

**remained** 48:18 116:25

**remains** 51:21

**remedial** 91:17

**remedies** 94:21

**remedy** 95:3

**remember** 34:2,12 36:2 59:20,22 66:1 67:10,14,16,22,23 68:7,9 69:1 92:12,13, 16,19,23 93:20,21,22, 23 94:3,10,17 95:8 96:22,24 98:15 103:17 104:2 105:16,18 112:2, 5 114:5,6 115:9,24 116:19,24 125:14,21 126:3 127:13,16,23 128:24 129:14,20 130:13,16,21 131:5,7,9 132:23 133:2,3 136:20 137:6,20 138:25 139:8 151:3,8 154:6 157:16, 18,19,21,23 158:7,16 159:24 160:8,24 161:9 162:24 163:1 166:17, 19,21 168:15

remind 37:18

renamed 29:20

renegotiation 54:23

Renn 58:18

repair 22:20

repeat 14:3 16:10

repeated 127:4

rephrase 13:16

replied 107:22

reply 108:18

report 57:20

reported 125:10

reporter 6:7,9,15,19, 24,25 7:3,9 16:14 66:7 127:13 128:14 167:1,3

reports 45:24 169:15

representation 77:8 138:25 139:9 160:25

representations 105:3

representative 66:21 97:23 104:22

Republic 35:4,6,7 70:6,12,14

request 13:25 27:17 28:8,9 29:9,10,11 47:9 68:7,25 165:3

requested 46:25 47:5, 6,7 63:6 67:16 127:19

requesting 92:14 94:5

requests 47:7,8 67:21 77:19 102:22

require 28:22,23 74:16

required 39:19 45:20 55:8 58:14 60:5 74:14, 17 167:10

requirement 61:12

requirements 42:9 49:13 59:12 164:3

requirements/ecfmg

163:25

research 50:25 122:9 145:2,4,17

Reserve 15:15

reserved 9:2

reside 22:14

residence 11:1 81:6

residency 39:17 147:15

residents 26:12,14,15

resolution 97:18 104:20 111:14

respect 25:19 150:14

respond 109:23 110:9 111:4,9 157:8

response 14:5 69:2 77:19 108:13 110:6,13 126:20 165:2,3

responses 68:19

responsibility 76:14, 17

responsible 54:5 74:23

results 50:20 133:25

reverse 134:6

review 8:15,22 57:1 63:4,21,22 99:16 114:9 126:22 156:14

reviewed 59:7 66:25 102:6 149:15,19,22

reviewing 98:4

reviews 50:25

Rhonda 58:19 59:23

Rican 155:14

Rico 5:7,16 6:22 22:24 35:1,2,16 36:11 53:7 70:1,4,7,13 71:2,11,14, 17 74:2 76:7,13,20 77:7,11,12,24 78:3,5, 19 79:10,12 83:2 85:12,21,24 89:5,11,16 90:21 91:2,4,11,15,18,

22 108:21 135:21 136:2,11 137:10,21 138:1 148:24 151:19 152:2 155:15,16,24 156:10 168:13 170:16

Ridge 79:25 82:3

ring 124:18

risk 49:6

Rittenhouse 95:14 105:8 127:9

Rivera 5:5,21 6:4,7,12, 17,18,21 7:5,10,16,22, 24,25 8:2,3 9:17 10:8 15:24 16:8,13 45:14,17 56:9,13 65:14,19 66:3, 6,10 67:6,8,24 68:2,11, 15,17 77:14,17 83:17, 20 86:13,21 87:2,3,5,9 88:2,7 97:1,5 98:7,9, 19,21 99:7,9 100:22 101:3 105:13,15 110:3, 5 111:17,19 112:6,10 113:13,18 114:11,13 115:16,23 116:11,15 117:3,7,15,19 118:18, 21 119:24 120:1 123:11,14,19,22 125:25 126:1,5,8 128:16,17 130:25 131:4 132:4,7 133:8,11 134:9,13 138:6,12 141:3,8,11 142:19,21 145:9,15 147:9,11 148:18,21 149:5,12 150:3,5,19,23 156:12, 18,23 161:3,6 164:22 165:5 166:24 167:2,4 170:1,5,9,13

Road 83:7 169:9

Rodríguez 154:12,15, 21

role 72:1,20 85:20 130:1 156:10

room 62:2,4,5,8 65:7 71:20

rooms 85:14

rough 71:2

RPR 127:12

rule 118:9,11,14

Rules 8:13

run 86:24

Ríos 5:21

---

**S**

Sainvil 64:7,10,23

sake 31:8

San 148:8,17

sanctioned 98:11

satellite 32:15 33:5,6, 8,10 61:5

schedule 118:24,25 119:4,7,11,13 124:1,4 149:14,22 150:14 159:16

scheduled 60:3,19 62:6 121:17 122:18

schedules 150:11,13

scheduling 164:20

school 17:17 20:21 40:17 41:10 42:16 43:2,4 46:12 47:4,12, 18 53:1,10 54:5,15 56:24 61:20 62:25 70:2,4,6 71:11 72:16, 25 76:20 77:24 85:12 89:5,17 90:12,23 91:4, 10,14,18 94:7 101:17 118:2,3,13 125:10 139:2 140:24 143:18 155:16 157:9 162:25 165:10

schools 17:22 28:10, 13,14,18 29:21,22 31:9 35:3,6,7,11 40:6,10,12, 21 41:5,19,21 43:21 44:1,17,22 47:20 51:13 52:18 55:15 56:17 61:21 86:7 89:22 90:4, 14 100:6 118:17 139:7 144:5 147:8

science 5:12 6:1 16:4

DEPOSITION OF  ORIEN TULP

17:4 19:3,10,18 31:24 32:4,6,11 36:14,18 37:2 42:22 43:3 46:11, 24 49:20,21 50:11,13 78:10 88:20 89:10,16 91:6 94:7 96:8 100:8 103:2,7 143:10 148:22 165:15

**sciences** 32:17,19 33:18 37:25 42:18 90:5 94:12,14 140:2 143:2

**Scipio** 163:23

**Scott** 124:9,12 125:1

**screen** 16:15 92:24 121:11 148:12

**scroll** 125:23

**scrolling** 20:13

**Sea** 44:5

**seal** 166:22,25 167:5,9

**Sealey-thomas** 59:23

**Sealy-thomas** 58:19

**Sean** 163:11,18

**seat** 13:2

**Second-year** 37:1

**secondary** 46:12 47:4, 12

**section** 20:14,15 23:8 25:11,20,21 26:16 27:12 28:11 45:21 46:13 48:6 49:22 51:2 54:2,12 79:3 102:21 103:1,4,6,9 143:23

**secure** 32:18 122:12

**Security** 26:17,18,21 27:1,6

**seek** 94:20 95:3

**seeking** 95:2

**seized** 35:24 36:1

**select** 161:21,22

**self-assessment** 50:25

**semester** 140:14,19, 24 141:17,21,24,25 142:4,6,10,22,25 143:1,2,4,9

**semesters** 31:25

**seminar** 33:21 160:10

**seminars** 33:17

**send** 151:4 152:9

**sending** 93:24

**sentence** 106:6,19,22 161:11 162:15,16

**separate** 19:11 75:16 76:4

**separated** 39:8

**September** 16:7 18:16 92:3,20 100:21 101:10 108:8 118:15 125:21 138:21 153:18

**served** 15:17 109:21

**Service** 144:4

**services** 42:4 109:19

**SESSION** 88:1

**sessions** 159:21

**set** 55:2

**sets** 160:21

**setting** 160:11

**shaded** 121:2,5

**shape** 71:2

**she's** 72:17,19,22

**short** 34:6,10 70:17 90:22

**shortage** 50:8

**shortly** 48:20

**shot** 64:4

**show** 58:23,25 60:15, 16 65:16 66:3,7 67:6 68:11,13,16 77:15 97:1 112:6 129:12 134:10 150:3,4

**showed** 59:4

**shown** 101:22

**side** 149:25

**sign** 29:12 44:9 51:16 52:3 55:6 58:2,4 59:13, 15 74:11 122:7

**signature** 8:20 28:23 74:14,16,17 112:23

**signed** 18:16 45:4,8 55:10,24 77:3

**significant** 70:15

**similar** 19:4 43:18 137:14 140:23 142:5 143:9,11 144:19 149:18,22 150:14 152:17

**simple** 58:11 59:16

**single** 62:4

**sit** 13:3

**site** 52:4 59:19 76:5 107:24 125:12

**sites** 108:10 125:6

**situation** 93:19

**skills** 39:13

**skipped** 31:7

**slide** 160:21

**small** 32:17 50:12 71:19 85:14 156:25

**Social** 26:17,18,21,25 27:1,6

**solar** 22:16 25:16

**solemnly** 7:5,16

**sort** 84:19

**sorts** 37:10 118:23

**Soufriere** 32:24

**sounds** 134:3

**South** 15:17 44:2

**sovereign** 43:5

**span** 33:25

**speak** 53:23 69:22,24 104:1 157:11

**specialty** 15:12 65:2

**specific** 22:9,11 44:19 49:16

**specifically** 22:7 75:14 94:3 95:5 106:10,23 109:12 124:1

**speech** 136:10,12,15

**spent** 58:21,22

**spinal** 12:24

**spoke** 103:15 168:15

**sponsor** 100:5

**spouse** 10:19,20

**Square** 127:10

**staff** 24:14 47:2,17

**Stage** 44:24,25

**stamp** 111:21

**stand** 44:12 78:9 114:17

**standard** 5:7 39:2,3

**standards** 50:24 54:6

**standing** 135:3

**stands** 16:1,3 43:12

**start** 5:20 9:19 33:12 34:1,7,11,19 88:17

**started** 33:14,25 35:2 39:10 48:11 49:1,2 51:12 70:22 71:6 92:13

**starting** 88:18

**starts** 18:13 115:2 163:5

**state** 6:5,14 7:1,13 10:9 12:9 39:1 43:1 52:16 53:24 61:13 79:6 114:23 125:8 147:16 148:3

**stated** 96:13 115:12

**statement** 103:22 104:3 118:10 131:22 143:16 146:4 159:25 160:17 161:13,14,18,

19 162:2,3,5,8,13 163:20

**statements** 99:12 147:24

**states** 5:15 12:14 23:19 27:2 31:16 38:22 39:7 40:12,14 41:6 42:6 51:20 52:10,23 53:4,6,9,14 54:11,16 59:18 60:10 61:10,15 77:20 78:18,19 79:6,13 99:3 101:25 108:17 109:11 113:22 115:18 128:18,19 132:14 138:19 144:13,22 145:23 146:20 147:5 152:19 159:12 160:5 168:1

**stating** 99:22 125:5 160:8

**status** 10:17 161:20

**stayed** 45:16

**Step** 39:11,12,16,19, 22,23 42:14

**stipulate** 8:19 9:1

**stipulation** 8:11,14

**stipulations** 8:6,8 9:18

**stop** 35:16

**stopped** 35:18

**strategically** 25:18

**street** 79:25 82:3,25 158:5

**strongest** 17:19,20

**structure** 77:24 91:14 165:9

**stuck** 62:18,19

**student** 23:7,9,10,11, 13,20 24:23 25:4 29:22 36:16 42:5,10,15,20,23 52:8 53:12,14,17 55:21 63:24 72:12,22,23 101:23 103:20 104:7 140:3 146:19 148:3 164:5

**students** 23:25 24:4, 12,15,20 25:2 27:18,21 28:3,5 29:3,5 30:25 33:2 35:9 39:4 42:1,3 46:23 47:13,17 49:10 52:22,25 54:1,7,15 58:25 60:17,18,20,22 61:1 62:1,6,19 63:6,21 70:11,13,16 71:21 73:13 82:18,21 86:7 88:12,19 89:4,9 90:24 91:5,16 92:15,20 93:6, 9,12,18,23,24 94:6,11, 13 95:1,6 96:7 98:12 101:17 102:15,18 103:15,23 104:4 106:15,16 107:4 108:2, 11 109:5,10,13,19 110:19 118:7,11 124:23 126:11 136:1 137:11,20,22 143:18 144:22 145:22 151:5,9, 17,23 152:1 155:15 156:7 157:22 159:6,17, 20 160:22 161:16 162:24

**student's** 23:17

**studied** 15:10

**studies** 31:10,16 32:8

**study** 31:19

**studying** 107:5,6 118:12

**stuff** 131:21

**SU** 119:22 120:2,10,11, 13

**sub-campus** 86:11

**subject** 12:2 24:22 54:23

**subjected** 130:14

**submission** 58:16

**submitted** 16:19 45:2 57:15 165:3

**subpoena** 129:13

**subsection** 109:3

**subside** 48:24 49:3

**subsiding** 49:1

**substantial** 54:24

**successfully** 63:18

**suffer** 13:7

**sufficient** 144:12,21 145:22 146:18 147:5

**suite** 22:13,14

**Sujeil** 5:10 152:6,13

**summary** 14:10 69:3 98:8,10 117:21,22,24 133:23

**sun** 25:19

**Sunday** 119:22 120:15 159:19

**supplemented** 160:21

**support** 89:18 143:8

**suppose** 12:4

**supposed** 58:23 85:16 105:23

**Surgery** 49:18,19 50:3, 6

**surveyed** 55:19

**Swate** 95:20 104:15,21 111:11 114:20 115:2,6 126:18,20,25

**Swate's** 99:12

**swear** 7:6,17

**Switzerland** 28:11

**sworn** 7:11,23 10:5 115:1 127:23 128:7

**synonym** 40:23

**system** 51:25

**systems** 37:6 63:4 160:20

---

**T**

---

**table** 13:25 118:22 119:17

**takes** 62:16 160:15

**taking** 5:9 6:19 11:17, 20,23,24 12:19 37:19 52:9 60:13,23 61:1 67:9 92:15 94:6 96:8 126:12 127:8 147:5

**talk** 30:9 136:14,16

**talked** 148:9

**talking** 26:25 30:10 56:16 92:24,25 93:2,3 103:16 109:24 120:4

**talks** 26:17 47:10 155:19

**Tampa** 34:5,7 35:15 36:1 76:1 108:20 121:17 123:2

**task** 76:12 91:13

**tasked** 71:10

**tasks** 72:7

**taught** 64:17,18,20,25

**tax** 21:11,18,19 22:25 26:16,18,21 27:8

**taxes** 21:15

**teach** 64:24 65:6 118:7

**teaching** 22:15 26:4 60:13

**team** 58:18

**Tech** 5:12

**technical** 46:11

**Technology** 6:2 16:4 17:4 19:3,11 78:11 100:9 148:23 165:15

**telephone** 92:19 93:5, 8,17 94:18 103:18

**telling** 10:23 93:23 95:5

**tells** 12:14

**term** 12:6 44:10 89:24 90:1

**terms** 30:15 55:1,3

**territories** 28:19 52:1

**territory** 44:6 52:17

DEPOSITION OF  ORIEN TULP
Index: testified–understanding

138:23 167:14

**testified** 115:1,13 128:1 130:23

**testify** 128:3,5,8 130:18

**testifying** 130:21

**testimony** 12:20 13:5, 8 90:19,25 114:7

**testing** 107:24

**Texas** 108:21 159:20

**textbook** 63:4

**Thailand** 28:6

**that's** 5:18 12:9,13 20:20 23:11,23 26:24 32:18 33:6,9 38:4 40:8, 23 41:3 43:12,16,24 44:4,6,15 46:3,6 48:8 50:3,12 55:12,20 56:1 58:3 60:15,16 61:17 65:4 66:14 72:17 75:3 79:15 80:15 83:3 85:7 99:6 101:21 102:24 103:11,12 105:9 106:5 107:7 110:24 112:14 114:18 118:24 119:20 122:9,12 123:5 126:17 130:25 133:5 136:19 137:23 144:6,8 145:4, 13,25 146:2,13,14,21, 25 148:8 149:14 155:18 158:2 164:6 166:24 167:23 168:3,7 169:10 170:16

**thereabouts** 39:12 49:3

**there's** 13:14 14:4,5 25:20 31:25 50:8 55:20 62:14 79:24 84:20 85:13 86:3 88:15 91:22,23 100:23 104:9 109:3 112:23 120:20 121:5,11,20,25 122:16 143:23 155:17 158:4 167:16

**they're** 19:5 20:1 22:8 26:6,7,25 36:25 46:6 52:19 53:22 85:5 99:25

142:5 146:9 164:3,14

**they've** 38:3

**thing** 50:13

**things** 82:9 94:18 164:20

**third-** 35:9

**three-quarters** 48:17

**thursday** 5:2 159:19

**tier** 52:5

**till** 48:22

**time** 5:7 15:15 18:3 24:3 28:17 33:3 34:6,7, 10 42:24 45:24 48:2 51:11 53:16 56:8 57:14 58:23 59:24 60:16 62:7,15,16 69:12 70:17 71:21 76:24 77:1 79:19 80:3,10,11 81:19 85:10 86:10 92:22 95:18 97:10 104:25 106:17 109:13 116:20 117:13 123:7 126:9,25 130:15, 16 131:15 132:1,3,16, 17 133:7 140:4 147:25 157:13 158:12 163:21 170:15,16,17

**timeframe** 76:23 81:18

**timely** 45:25

**times** 51:15 61:11

**titles** 83:25

**today** 5:6 7:8 9:11,14 12:20 13:9 49:4,5 70:10 90:19,25 103:22 104:3 116:8 118:10 131:22 139:18 143:16 170:15,19

**told** 94:18 95:1,10 96:5 103:20 117:2 131:16

**Tommy** 104:15 126:18,19,25

**tomorrow** 170:8

**top** 52:5 97:12 111:20, 21 119:24 120:7 139:7

**Torres** 5:11 6:17,18,21 7:5,10,16,22,25 8:3 152:7 153:19

**tour** 59:4 60:4

**tours** 15:17,18

**towns** 30:20

**Tracy** 163:23

**trademark** 166:16,18, 19,22 167:6

**traditional** 159:16

**train** 88:12

**training** 30:24 31:2,4 32:2,9 35:13 39:5,17 54:8,16 70:18 85:24 86:2 88:10 159:23 162:7

**transceiver** 32:16

**transcribe** 7:7

**transcript** 8:15,17,22, 23,25 113:20 114:9 127:18,19,21

**transcripts** 164:12,13, 16

**transfer** 70:12 86:6

**transferable** 102:3

**transferred** 70:6

**transfers** 88:25

**transitioned** 29:14

**transpired** 8:24

**transpires** 15:23 65:18 66:9 87:12 123:18 138:11 142:18 156:17

**transportation** 62:22

**traveling** 62:24 108:2

**treatment** 31:1

**trial** 9:2 68:6 69:6,10, 19

**true** 8:25 53:6,7 64:23 67:4,5 106:21 107:2 109:16 147:25

**truth** 7:17,18 11:25 12:2,5,9 13:5

**tuition** 82:18

**Tulp** 5:10 6:2,5,6 7:15 10:3,11,12,16 11:7 12:19 15:25 16:24 65:20 66:12,15,22 67:10,11 68:15,19 69:1,19 77:15 78:1 83:23,25 86:18 88:5,6 97:2,6,9 98:11 104:22 112:12,17 113:24 114:17,21,24 115:24 127:7 128:22 130:12 138:14 151:9 152:20, 21 153:21 154:5,17 155:3 156:24 164:1 170:10,12,15,18

**twist** 101:1

**two-phase** 160:4

**two-to-four-day** 33:24

**type** 74:18 95:3

**typically** 36:25 89:21

---

**U**

---

**uh-huh** 12:18 13:18 37:16,20 103:10 110:8 163:19

**UK** 14:17 28:18,19 51:24 52:1 144:6 167:12,13

**ultimately** 73:24 85:1

**unable** 51:17 116:6 134:6

**undergraduate** 47:18

**understand** 11:10,13, 17,20 12:1,12,17 13:15,17 14:2,22 67:3 69:9 77:9 78:7 84:13 119:16,18 149:20

**understanding** 13:12 47:1 54:4,14 62:9 75:1 80:18 84:14 85:18

**understood** 8:21,24 33:21 53:3

**undertakes** 46:9 54:25

**unforeseen** 47:25

**unintelligible** 13:1 25:24,25

**Union** 80:20

**United** 5:14 27:2,4 31:16 38:22 39:7 40:12,14 41:6 42:6 51:20 52:10,23 53:4,9, 14 54:10,16,17 61:9,15 101:24 109:11 115:18 128:19 132:14 144:13, 22 145:23 146:19 147:5 160:5

**units** 14:14

**universities** 52:1 144:5

**university** 5:12 6:1 14:16,25 15:3,8 16:3 17:2,3,23 18:22 19:3,5, 6,10,17 20:22,23 23:10 26:21 29:16 64:19 72:5 74:15,25 75:18 78:10 100:8 133:25 148:22 149:17 165:14

**unrestricted** 39:20

**unsigned** 151:20

**unusual** 61:25 62:16

**update** 101:10

**updated** 100:6

**upper** 84:15

**US-BASED** 40:10

**USA** 147:13,17,21 148:4 160:23 161:25 162:7,12 167:9

**USAR** 15:16

**USAT** 5:13 16:1,3,6 17:8 19:1,21 20:15,25 21:3,7,10,14 24:1,9,20 26:3 27:15 28:9 30:3, 14,23 31:15 33:5 38:16

40:15 41:7,22 44:7,23 45:5,18 46:9,21,23 47:2,7,10,22 48:1,3,4 49:8,16,23 50:16,23 52:8,25 53:8,9,12 54:4, 23 55:10 56:24 58:6, 13,16 59:21 60:11,12 64:14 65:12 66:15,22 70:5 71:10 72:1 77:8, 10,24 78:4,8,9,18 79:17 80:2,3,5,12,16, 20 81:21,25 83:15 84:7 85:2,6,11 91:1,10,18, 21,22,24 92:1,20 93:6, 9,18,24 94:7 97:23 98:1,2,12 100:5 102:22 103:15 104:22 105:3, 22 106:3,12,15,17 107:15 108:7,10,19,22 109:13,14 110:11,19 118:25 119:3 124:15, 23 126:11 127:1,7 135:22 136:2 138:17, 20 139:15 140:19 141:20 142:25 143:10, 18 144:9,16 146:8,16 147:2 148:22 151:3,18 153:1,16,25 154:5,9,23 155:9,12,16,17,18 156:3 157:22 158:20 161:20,23 162:6,10 165:10 166:22 168:12, 18

**usat.edu** 158:18

**USAT'S** 47:13,17 69:2,3 109:7 118:7

**USMLE** 38:10,20,21, 24,25 39:8 61:8 63:3,5, 16 65:1 142:3 161:8

**usual** 130:1

---

**V**
---

**vaguely** 114:5 126:3

**valid** 54:21 55:4

**verbalize** 37:19

**verified** 14:16

**verify** 161:20

**Vermont** 14:16 15:3,9 17:3

**version** 144:20

**versus** 5:11 52:7 128:22

**vice** 72:25 74:8 84:3,14 85:4 140:6 169:23

**video** 130:11,14

**VIDEOCONFERENC E** 5:1

**viewing** 92:5

**vigorously** 32:13 33:1 48:22

**virtue** 162:1

**visit** 49:5 52:4 58:17 59:19 60:5

**visited** 59:21

**volcanic** 48:11 108:7

**volcano** 32:12,20,22, 23 33:16 48:6,9,10,13 49:1,6 59:1,4 60:4 62:17

**Víctor** 5:21 6:18,21

---

**W**
---

**waiting** 60:18

**waive** 8:20 25:9

**waives** 25:6

**wanted** 17:16 71:24

**Ward** 83:7 169:9

**wasn't** 91:1 131:9 163:14

**water** 13:21

**WDOMS** 29:21,25

**webinar** 164:17

**webpage** 168:11

**website** 158:18,20,22 161:21

**week** 65:10 120:16,17

**weekend** 61:7 159:18, 19

**weeks** 116:9

**well-rounded** 15:20

**Wendy** 113:21

**West** 108:5 122:15 127:9

**we'd** 18:5

**we'll** 13:21 45:23,25

**we're** 5:8 30:10 45:18 88:2,4 123:19 145:5,7, 9

**we've** 50:2,6 62:19 90:1,8,10,17 107:11 122:22

**WFME** 146:24

**whatsoever** 72:21

**what's** 10:13 11:1,3 15:6 25:21 29:15 32:23 38:24 40:25 46:4,13 101:8 123:4 133:22 155:20

**Wheat** 79:25 82:3

**white** 89:24 90:3,7,15, 20,25 122:21 135:20 136:11 137:9,14

**who's** 66:21 155:20 163:23

**wife** 164:6

**William** 97:13 128:24 129:21 130:7

**window** 6:11

**wished** 46:16

**witnesses** 69:14,16

**won't** 149:6

**word** 94:25

**words** 11:12,22

**work** 12:22 23:12 25:20,24 26:4 80:16 82:13

**worked** 82:12,13,14

DEPOSITION OF   ORIEN TULP

Index: working–zoom

156:1

**working** 26:3 156:3 159:16

**world** 15:13 28:9,12,14 29:7,20 30:1,10 50:9 52:18 100:5,12,18 101:14 110:17,24 144:19 146:23 147:4

**worldwide** 28:5 41:21 92:5 139:7

**Worth** 34:17,19 35:16 36:8 75:23

**wouldn't** 136:12 137:3

**would've** 146:6

**write** 6:10 37:8 125:17 139:10 140:11 143:12 144:2 146:5 154:7

**writing** 37:7 106:1 125:14 153:11 154:6

**written** 57:20 126:18 157:3 161:10,15

**wrong** 107:1 145:5,7

## Y

**year** 20:10 21:2,4 23:13,22 36:17,24 39:17 45:10 48:15 54:22 60:24 70:18 89:4 90:6,12 91:5,9 101:18 119:19 122:19 138:24

**year-round** 108:11

**years** 14:12 15:7 20:17,25 21:4,12 29:17 31:9,13,14,18,23 32:1, 3,11,21 37:15,22,24 39:2 42:18,21 43:2 50:1 52:2 70:19 81:14 88:20 89:10,16 100:18 106:25 115:7 118:5 130:20 156:2 157:3,15 158:8,11

**yellow** 121:20,22,23

**yesterday** 8:9 9:13 21:22 165:1

**Youngfield** 79:25 82:3

**you'll** 11:24 161:23

**you're** 13:17 14:23 22:25 38:9 46:5 62:18 92:24,25 109:25 120:4 170:7

**you've** 40:3 138:16 139:17

## Z

**zoom** 5:19 141:3,9