**EXHIBIT 42**

*In the Matter Of:*

*SUJEIL PEÑA-TORRES vs*

*UNIVERSITY OF SCIENCE*

*KAREN LYNN BALDWIN*

*May 26, 2023*

DEPOSITION OF   KAREN LYNN BALDWIN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUJEIL PEÑA-TORRES; et al. * CIVIL NO.: 19-1707
                           *
       Plaintiffs,         * RACKETEER INFLUENCED AND
                           * CORRUPT ORGANIZATIONS ACT
           v.              * (RICO)
                           *
UNIVERSITY OF SCIENCE, ARTS*
AND TECH a/k/a USAT a/k/a  * FRAUDULENT INDUCEMENT;
MEDICAL COLLEGE OF LONDON  * BREACH OF CONTRACT;
a/k/a MALINA MEDICAL       * UNJUST ENRICHMENT; TORT
COLLEGE a/k/a METROPOLITAN * DAMAGES
INNOVATIVE GROUP, INC.     *
a/k/a USAT MONSERRAT, LLC; * TRIAL BY JURY DEMANDED
et al.,                    *
                           *
       Defendants.         *
----------------------------
The deposition of:


KAREN LYNN BALDWIN,


taken on Friday, May 26, 2023, via videoconference,

starting at 11:08 a.m.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 2

APPEARANCES:


ON BEHALF OF THE PLAINTIFFS:
BY:     VÍCTOR RIVERA RÍOS, ESQ.
1420 Ave. Fernández Juncos
San Juan, Puerto Rico   00909
Tel.:  787.727.5710
Email: victorriverarios@rcrtrblaw.com


ON BEHALF OF THE DEFENDANTS:
BY:     CHRIS A. PAULSEN, ESQ.
5705 W. 86th Ave.
Arvada, Colorado   80003
Tel.:  303.429.1076
Email: chris@paulsenlaw.com


NOTARY PUBLIC:
VÍCTOR RIVERA TORRES


REPORTER:
CARMEN H. MARTÍNEZ DELGADO
VERBATIM REPORTING, LLC
Tel.:  787.626.5700
Email: scheduling@vr-pr.com

DEPOSITION OF   KAREN LYNN BALDWIN

Page 3

```
                         I-N-D-E-X



DEPONENT:
Karen Lynn Baldwin


EXAMINATION BY:                                         PAGE
Mr. Rivera........................................  9
Mr. Paulsen...................................... 101


                      E-X-H-I-B-I-T-S

 NUMBER                   DESCRIPTION                  PAGE

 Exh. 28     USAT Emails                                79
```

DEPOSITION OF  KAREN LYNN BALDWIN

Page 4

VIA VIDEOCONFERENCE

FRIDAY, MAY 26, 2023

P-R-O-C-E-E-D-I-N-G-S

---

MR. RIVERA:  All right.  Good morning all.  It's 11:08 Atlantic Standard Time, Puerto Rico time; 9:08 a.m. Colorado time, on May 26, 2023.  We're here for the taking of the deposition Karen Baldwin in the case of Sujeil Peña Torres and others, plaintiffs, versus University of Science, Arts, and Technology, also known as USAT, and others, defendants.  This case is filed before the United States District Court for the District of Puerto Rico, case civil number 19-1707.

For the purposes of the deposition, I'll first identify the persons in the deposition.  This deposition is being taken by Zoom.  And I am counselor Víctor M. Rivera Ríos, on behalf of the plaintiffs.

I'm going to ask opposing counsel to identify himself.

MR. PAULSEN:  Chris Paulsen, on behalf of University of Science, Arts, and

Technology, Dr. Orien L. Tulp, Carla M. Konyk, and Karen Baldwin.

MR. RIVERA:  Okay.  For the purposes of the deposition, I'm going to ask the court reporter to identify herself.

THE COURT REPORTER:  Yes, my name is Carmen H. Martínez Delgado.

MR. RIVERA:  Okay.  For the purpose of the deposition, I'm going to ask the deponent to state her name.

THE DEPONENT:  Karen Baldwin.

MR. RIVERA:  Okay.  And before we continue, I'm going to ask the notary to identify himself and take the oath of the court reporter and the deponent.

MR. RIVERA TORRES:  Good morning.  My name is Víctor Rivera Torres.  I'm duly certified as a notary public in Puerto Rico.  We proceed to take the oaths of the court reporter, the interpreter -- I'm sorry, the deponent.

To the court reporter: Please, Court Reporter, raise your hand and state your full name for the record.

THE COURT REPORTER:  (Raises her right

hand.) Carmen H. Martínez Delgado.

MR. RIVERA TORRES:  Do you solemnly swear or affirm to record these proceedings and transcript faithfully and accurately all that is said during this deposition?

THE COURT REPORTER:  I do.

MR. RIVERA TORRES:  To the deponent: Deponent, please raise your hand and state your full name.

THE DEPONENT:  (Raises her right hand.) Karen Lynn Baldwin.

MR. RIVERA TORRES:  Do you solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth in answer to all that will be asked of you during this deposition?

THE DEPONENT:  Yes.

MR. RIVERA TORRES:  You're duly sworn.

MR. RIVERA:  All right.  Thank you, Notary Rivera Torres.  You may be excused.

Okay.  So before we continue, I'm going to reflect the stipulations agreed by the parties.  These are the same stipulations that have been raised in the prior depositions of Carla Konyk on May

24th, 2023, or Dr. Orien Tulp on May 25th, 2023, but for the sake of the record, I'm going to state that the stipulations are the following, that this deposition will be taken pursuant to the Federal Rules of Civil Procedure.

The stipulations between the parties -- that the deponent will have 30 days to review the transcript of the deposition in order to state any corrections or make any suggestions to correct the transcript based on any errors or grammatical errors.

The parties stipulate that this deposition will be exchanged digitally and a copy will be provided to the opposing counsel and the defendant with the exhibits.

The parties stipulate that the defendant will waive signature, so it's understood that if 30 days transpire from the date of notification of the transcript, it's understood that the transcript of the deposition is true and correct.

The parties stipulate that the

objections will be reserved for trial, except those objections, such as form or privilege. Notwithstanding, the party may raise any objection in the deposition here today, and if the depo-- if the objection has nothing to do -- is not on -- based on the grounds of privilege, then the deponent must answer the question.

The parties stipulate that the exhibits that will be used today will be the exhibits that have been used in the prior depositions, as of May 24th, 2023, and May 25th of 2023. So far we submitted 27 exhibits in both depositions, so if any exhibits are being brought on this deposition, we will continue the numbering and mark it as Exhibit 28.

Counselor, do you have any -- are you in agreement with the stipulations?

MR. PAULSEN: Yes.

MR. RIVERA: Okay. Now that the stipulations have been reflected on the record, I'm going to start with my direct examination with preliminary questions for the deponent in order to identify them.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 9

WHEREUPON,

----------------------------------------------------

KAREN LYNN BALDWIN,

----------------------------------------------------

having been duly sworn by a notary public, was examined and declared as follows:

EXAMINATION

BY MR. RIVERA:

Q.    The deponent, can you please state your full name?

A.    Karen Lynn.

Q.    Karen Lynn Baldwin?

A.    Correct.

Q.    Okay.  What's your date of birth?

A.    July 23rd, 1979.

Q.    Place of birth.

A.    Carolina.

Q.    Okay.  What's your marital status?  Are you single?  Married?

A.    I'm married.

Q.    Okay.  The name of your spouse.

A.    I'm not comfortable answering that question.  I don't know why that matters.

Q.    It's for the sake of identification purposes that I am asking the question, so --

the person that is actually Karen Baldwin; so that's pretty much why I asked the question.

Q.  What is the name of your spouse?

A.  Grant.

Q.  Last name.

A.  Baldwin.

Q.  Without telling me the name of your children, how many children do you have and their ages?

A.  None.

Q.  Okay.  What's your address?

A.  I'm not comfortable with that either.  I mean, can I give you my work address?  Because...

Q.  Your residential address.

A.  I'm sorry.  I would just like -- can you -- as to why?  Because...

Q.  For the purposes of identification.

A.  11920, West 38th Avenue, Wheat Ridge, Colorado, 80033.

Q.  Okay.  Your phone number.

A.  919-260-6266.

Q.  Okay.  Email.

A.  karen.baldwin@usat.edu.

Q.  Okay.  All right.  So now that I'm done

DEPOSITION OF  KAREN LYNN BALDWIN

with the questions for identification purposes, have you been in -- have you had a prior experience with a deposition?

A.   No.

Q.   Okay.  This is your first time?

A.   Yes.

Q.   Okay.  Did you meet with anyone before this deposition to prepare for it?

A.   My attorney.

Q.   Anybody else?

A.   No.

Q.   Okay.  Without telling me what your attorney told you, can you explain to me in your own words what you understand what a deposition is?

A.   You're asking me questions, demanding them in regards to the case.

Q.   Okay.  That's correct.  The deposition is a mechanism to discover testimonial evidence. As you can see, the deposition is being recorded, so I'm going to ask you to -- you know, I kindly request that all the answers that you make are verbal answers.  I know that sometimes human beings have -- gestures, or maybe they say "uh-huh," and that might be

DEPOSITION OF   KAREN LYNN BALDWIN

Page 12

understood as "yes," but the record is being -- it's a sound record, so that's not -- might not translate correctly in the transcript, so I'm going to ask you to verbalize all the answers. So if you see me go like that with the mouth, it's just to remind you to verbalize the answer. Okay?

A.   (Unintelligible).

Q.   I didn't hear you.

A.   Okay.

Q.   Okay.  We just -- you just took an oath, do you understand what taking of the oath means?

A.   Yes.

Q.   And can you explain in your own words what you understand the taking of the oath means?

A.   It means that I will tell the truth when asked questions.

Q.   Okay.  Do you understand that if you don't tell the truth while you're under oath, there could be, you know, consequences, criminal offenses?

A.   Yeah.

Q.   You've heard of the term "perjury"?

A.   Yes.

Q.   So you understand that perjury is the criminal offense if you don't tell the -- if you don't testify the truth under oath, correct?

A.   Correct.

Q.   Have you taken any medications today or in the last 24 hours that you understand might affect your testimony today?

A.   No.

Q.   Okay.  Are you suffering any conditions that you understand that might affect your testimony here today?

A.   No.

Q.   So far you've been understanding all my questions, correct?

A.   Correct.

Q.   Okay.  If there's any moment that you feel that there's a question that you don't understand, please feel free to let me know and I'll try to reformulate the question or rephrase the question so you can understand it better.  Okay?

A.   Okay.

Q.   And if there's any moment that you want to take a recess, get a drink of water, please let me know and I will gladly give you that

DEPOSITION OF   KAREN LYNN BALDWIN

recess or that moment to drink water.  Okay?

A.   Okay.

Q.   If there's -- the only thing that I would ask is, if I asked a question -- right? -- and you still haven't answered, I might ask you to answer the question before taking a recess.  Okay?

A.   Okay.

Q.   So can I -- so the next set of questions has to do with the -- your -- I'm going to ask you about what's your academic background.

A.   I have a bachelor's.

Q.   Obtained from where?

A.   The University of North Carolina at Chapel Hill.

Q.   Okay.  When was that degree obtained?

A.   2001.

Q.   Okay.  And after that, no other degrees?  You mentioned bachelor's, right?

A.   Correct.

Q.   Are there any other degrees besides the bachelor's?

A.   No, I have a bachelor's degree.

Q.   Okay.  A bachelor's of what?

A.   Bachelor of Psychology, or, I guess,

science --

Q.    All right.

A.    -- would be -- overall.

Q.    Then the next set of questions is what is your job background or job experience after the bachelor's?

A.    Administrative, technology-related jobs, education.

Q.    Okay.  I know that you worked for USAT; I'm going to ask you, before USAT -- when did you start working for USAT?

A.    2015, I believe.

Q.    Okay.  Approximately, 2015?

A.    Yes.

Q.    If you don't remember a specific date, that's okay.  We understand that, you know, time passes and memory might fail, but if you can give me an approximate, that's acceptable too.  Okay?

A.    Okay.

Q.    When you first started working at USAT, how did you start or how did you apply to work for USAT?  Or, how were you approached to work for USAT?

A.    I applied for the job and --

Q.   At the time that you applied for the job, you were applying for the job at USAT at Colorado?

A.   (Unintelligible).

Q.   Sorry?

A.   Correct.

Q.   Okay.  And what was the job position you applied for?

A.   Administrative assistants, I believe.

Q.   Okay.  How did you send the application?

A.   My résumé.

Q.   You sent the résumé by email?

A.   I don't recall.

Q.   That's okay.

A.   I believe so, but...

Q.   It's a fair answer if you don't remember, okay?

A.   Okay.

Q.   So you sent your résumé.  Who did -- do you remember who you sent it to?

A.   It was an online application.  I don't know who it went to.

Q.   Okay.  Who was the first person for USAT that approached you or to interview for the job?

A.   Carla Konyk.

Q.   Okay.  Carla Konyk is the vice president of USAT, correct?

A.   Yes.

Q.   And she's married to Dr. Tulp?

A.   Yes.

Q.   And Dr. Tulp is the president of USAT, correct?

A.   Yes.

Q.   Were you interviewed by Carla Konyk for the job?

A.   Yes.

Q.   And did Carla Konyk explain to you what USAT is?

A.   Yes.

Q.   What did she explain to you that -- what was USAT?

A.   It is a Caribbean-based medical school.

Q.   Okay.  And when you were being interviewed about the position of administrative assistant, did she explain what the duties and functions were for that position?

A.   Yes.

Q.   What were the duties and functions for that position?

A.   I would help with the filing, answering

DEPOSITION OF   KAREN LYNN BALDWIN

Page 18

emails if needed if no one else was available.

Q.   Of filing, answering emails.  When you meant -- mean "help filing," what exactly was being filed?

A.   Documents.

Q.   Documents related to what?

A.   Students, their applications.

Q.   Okay.  Just student applications or did you also handle other types of documents besides applications?

A.   No, it was just applications.

Q.   Okay.  And we are talking about approximately at the time in 2015, correct?

A.   Correct.

Q.   Okay.  And then "answering emails," answering what type of emails?

A.   Anything from a student -- usually they were admissions-based.  Sometimes (unintelligible) like a -- other information, I don't know.

Q.   So any matters related to admissions and applications?

A.   Correct.

Q.   I don't know if it's my connection, but I think I heard her say "correct," correct?  Okay.

I might have a faulty Wi-Fi here, I apologize. So if I ask you to repeat it, it's because I might not hear you.  Okay?

A.   Okay.

Q.   So that position of administrative assistant you started around 2015?

A.   Yes.

Q.   And you were in that position for how long?

A.   I do not recall.

Q.   Were you ever promoted?

A.   Yes.

Q.   You were promoted to what position?

A.   Operations.

Q.   Do you remember around what time?

A.   No, I do not recall.

Q.   Okay.  And then after operations, did you -- before I move on, what were the duties and functions of that position of operations?

A.   I helped with scheduling, travel. Logistics, essentially.

Q.   Okay.  So when you mentioned "help with scheduling," scheduling what exactly?

A.   Travel for some of the staff or myself if I was traveling.  That kind of thing.

DEPOSITION OF  KAREN LYNN BALDWIN

Page 20

Q.    Okay.  Did you -- were you in charge of scheduling classes?

A.    No.

Q.    When you mentioned logistics, what are you referring to with logistics?

A.    Making sure people were where they needed to be at certain times, making sure they, you know, got lunch.  That kind of thing.

Q.    Okay.  Is this related to staff members only?

A.    Yes.

Q.    This "logistics" was not related to students?

A.    Sometimes it was, I guess, student-related, but it was more making sure that they got a lunch break if needed.

Q.    What exactly was the logistics related to the students, then?

A.    Making sure there's a break so that they could get lunch.

Q.    When you mentioned "make sure that they have a break for lunch," are you referring to when the students were at a seminar?

A.    Correct.

Q.    Okay.  You mentioned traveling, helping

schedule traveling, you mentioned staff, did you also coordinate traveling with students?

A.   No.

Q.   Okay.  Besides operations, were you promoted to another position?

A.   Yes.

Q.   What was the next position?  Ms. Baldwin, can you hear me?

A.   I think everyone's frozen.

Q.   Okay.  Now I can see -- I can see you. What was the next position after operations when you were promoted?

THE DEPONENT:  (Unintelligible) I'm getting like little bits of sound but no (unintelligible).

MR. RIVERA:  Okay.  One second. She's -- I don't know if she's frozen.

MR. PAULSEN:  It's frozen.

(Whereupon, a brief recess transpires.)

BY MR. RIVERA:

Q.   Okay.  I'm going to just ask a question, and let's see if it flows.  What was the next position after operations?

A.   It's breaking up.  (Unintelligible)

words.

(Whereupon, a brief recess transpires.)

MR. RIVERA:  It's 11:36 a.m. in Puerto Rico time, 9:36 a.m. Colorado time.  We had brief technical issues, we're going to try to resolve it by using Counselor Paulsen's system and computer.

BY MR. RIVERA:

Q.   So can you hear me, Ms. Baldwin?

A.   Yes, I can.

Q.   Okay.  So my question was -- the last question I asked was: What was the next position that you assumed after operations?

A.   Office manager.

Q.   Okay.  What are the duties and functions of office manager?

A.   Helping the office run, making sure we have supplies.

Q.   Was this involving -- is it just managing the office with the employees in Colorado?

A.   Yes.

Q.   Okay.  You were not involved with the students?

A.   I occasionally answer the phones if

students call.

Q.   So would it be similar to the answering of emails when you were -- when you started as assistant -- administrative assistant?

A.   Yes.

Q.   Okay.  All right.  And after office manager, were you promoted to another position?

A.   No.

Q.   And you're still presently working for USAT?

A.   Yes.

Q.   And you're currently working for USAT as office manager?

A.   Yes.

Q.   Okay.  All right.  Whenever -- when you were working for USAT during this time from 2015 around 2018 or '19, you mentioned that you were handling logistics with regards to students, correct?

A.   No, logistics were for staff.

Q.   When you were in operations?

A.   Correct.

Q.   Okay.  When you were handling logistics with the students, were these students located in different locations in the United States?

DEPOSITION OF   KAREN LYNN BALDWIN

Page 24

A.   I do not know where they were located, but I wasn't handling logistics for students, only staff.

MR. RIVERA:  You heard her?

THE COURT REPORTER:  No, I didn't --

THE DEPONENT:  (Unintelligible) breaking up again?

BY MR. RIVERA:

Q.   Could you speak louder?

A.   I did not handle logistics for students, only staff.

Q.   So you had -- you were not involved with any logistics related to students located in Miami?

A.   I do not know where students were located.

Q.   You were not involved with any logistics with students located in Dallas-Fort Worth?

A.   I do not know where students were located.

Q.   Okay.  Were you involved with logistics of students located in Tampa?

A.   I do not know where students were located.

Q.   Were you involved with logistics with

DEPOSITION OF  KAREN LYNN BALDWIN

Page 25

students in Baltimore?

A.   I do not know where students were located.

Q.   Did you handle logistics with regards to students in Puerto Rico?

A.   I do not know where students were located.

Q.   Did you handle logistics with students located in Montserrat?

A.   I do not know where students are located.

MR. RIVERA:  Okay.  I'm going to ask that the court reporter show her Exhibit 1.

THE COURT REPORTER:  Excuse me, exhibit...

MR. RIVERA:  1.  One of -- the first one that I sent you.

All right.  For the purposes of the record, I'm showing the witness what's -- the document marked as Exhibit 1, which is the Third Amended Complaint filed on December 16th, 2022, in the case Document 130.

BY MR. RIVERA:

Q.   Ms. Baldwin, do you recognize this document, this Exhibit 1?

DEPOSITION OF   KAREN LYNN BALDWIN

Page 26

A.   I can only see a tiny bit of it.  I...

Q.   **We'll allow the court reporter to go -- to review it.**

A.   I guess I do.  It says there's 38 pages, and I don't know if you want me to look at all 38 pages.

Q.   **I didn't hear too well.**

A.   It says there's 38 pages.  I would -- I can guess, if you would like, that I'm familiar with this, but I only -- that's only page 4, so...

Q.   **Okay.  Do you remember receiving a complaint or a lawsuit?**

A.   Yes.

Q.   **Okay.  And you remember receiving the lawsuit.  And, after you received the lawsuit, what did you proceed to do?**

A.   I spoke to Carla Konyk and Dr. Tulp.

Q.   **And what did you tell -- what did you speak about with Carla Konyk and Dr. Tulp?**

A.   I told them that I was served a paper -- a legal paper.

Q.   **Okay.  Did you discuss anything about the content?**

A.   No.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 27

Q.   Okay.  Did you proceed to retain an attorney to answer the complaint?

A.   Yes.

MR. RIVERA:  Okay.  Can you show her Exhibit 2?

Exhibit 2 is the document identified as the Defendant's Answers to the Plaintiff's Third Amended Complaint filed by USAT, Dr. Tulp, Dr. Konyk, and Ms. Baldwin.  It was filed before the court on December 30th, 2022 under Document 131.

BY MR. RIVERA:

Q.   Ms. Baldwin, do you recognize this document?

A.   Yes, I believe I do.

Q.   You have knowledge that Counselor Paulsen filed this answer to the Third Amended Complaint before the court?

A.   Yes.

Q.   And Counselor Paulsen is your attorney, correct?

A.   Yes.

Q.   And as your legal representative, he's authorized to file this document, correct?

A.   Yes.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 28

Q.   Did you review the document before its filing?

A.   Yes.

Q.   And after reviewing the document, you understand that the affirmations and allegations are true and correct?

A.   The answer that Mr. Paulsen filed, yes.

Q.   Okay.  I'm going to ask her to now show you, the court reporter, show you the Exhibit 3. Exhibit 3 is the Notices of Taking the Deposition.

MR. RIVERA:  Can you go to -- Ms. Martínez, go to page 11 of that document?

BY MR. RIVERA:

Q.   Ms. Baldwin, do you recognize this first -- this page on the screen, which is page 11 of Exhibit 3?

A.   No, but --

Q.   Have you seen them -- have you seen them before?

A.   I'm not sure.

Q.   Okay.  You were notified by your counselor that you were being requested to appear in the deposition, correct?

DEPOSITION OF   KAREN LYNN BALDWIN

A.   Correct.

Q.   And then that's why we're here.  Were you also notified that the plaintiffs were requesting documents?

A.   Yes.

Q.   Okay.  With regards to the answer or responses to the request of documents, your attorney sent us a written response, did you review it before it was filed, served?

A.   Yes.

MR. RIVERA:  Okay.  Can you show her Exhibit 4?

BY MR. RIVERA:

Q.   Okay.  Do you recognize Exhibit 4?

A.   Yes.

Q.   These were the Responses to the Request for Production of Documents, correct?

A.   Correct.

Q.   And you authorized Counselor Paulsen to serve this response, correct?

A.   Yes.

Q.   With regards -- I'm going to go one by one, but with regards to the first request, "Any and all documents related to USAT being a medical school program in the United States,

accredited by the Liaison Committee of Medical Education," you don't have any documents related to that?

A.   No.

Q.   Okay.  With regards to -- and just parentheses here -- you were not involved in the foundation of USAT, correct?

A.   No, I was not.

Q.   Okay.  USAT was already -- existed by the time you started working in 2015?

A.   Yes.

Q.   Were you involved -- and I might skip -- let's go to number 2.  Do you have any documents related to -- that USAT is a United States Medical School accredited by the Commission on Osteopathic College Accreditation?

A.   No.

Q.   Okay.  On the third one, do you have any documents related to -- that USAT is a medical school outside the United States that's listed in the World Directory of Medical Schools and that meets ECFMG requirements?

A.   No.

Q.   Okay.  Then we'll go to page -- number 5. Do you have any documents related to USAT, the

school in Puerto Rico?

A.   No.

Q.   Okay.   Then number 6: Do you have any documents as to USAT school in Florida?

A.   No.

Q.   Do you have any doc-- number 7: Do you have any documents as to USAT Maryland Medical School?

A.   No.

Q.   And number 8: Do you have any documents as to USAT Texas Medical School?

A.   No.

Q.   Okay.   Do you have any documents as to USAT Colorado Medical School?

A.   No.

Q.   Do you have any documents as to the applications sent by the plaintiffs Sujeil Peña Torres, Lucero Rodríguez, Lisa Torres Colón, Zabdiel Nieves Rivera, Enny de Jesús, Loraima Rosado, Paola Prosper, Wendoly Vázquez?

A.   No.

Q.   The only -- and I'm going to...   In number 11 you mentioned, "In May 2019, I became a custodian of the documents attached and labeled as item 11."   I'm going to --

A.   Correct.

MR. RIVERA:  I'm going to ask -- I'm going to ask the court reporter to withdraw Exhibit 4 and go to Exhibit 9.

Exhibit 9 was the production of documents of item 11 as part of the Response to Request for Production of Documents, which is "Any and all documents, paper, records, or materials in your possession or under your control in any format that reflects all medical school applications received from the plaintiffs for their education at USAT Puerto Rico Medical School Branch."

Can we go down to the second page, please, Ms. Martínez?  Leave it right there.

BY MR. RIVERA:

Q.   Ms. Baldwin, do you recognize that page on the screen, which is page 2 of Exhibit 9?

A.   Yes.

Q.   What is that?

A.   An application.

Q.   What software -- this is a computer screenshot?

DEPOSITION OF  KAREN LYNN BALDWIN

Page 33

A.   It looks like that, yes.

Q.   And this computer screenshot was a screenshot of a software?

A.   Yes.

Q.   What's the name of the software?

A.   Maestro.

Q.   Maestro.  Okay.

And how do you use Maestro?

A.   It was an online tool to collect application information and documents.

Q.   So this software was used to receive information on the application?

A.   Correct.

Q.   And you would enter the information?

A.   No.

Q.   Who would enter the information?

A.   The applicant.

Q.   All right.  So does the applicant fill the application online?

A.   Yes.

Q.   And then that information is entered in this software?

A.   No, it's saved in the software.

Q.   Saved.  Did you have -- by any chance could you modify it or update this information?

A.   The document portions -- I could accept or review a document, I could not change them.

Q.   Okay.  If it's a PDF, you mean?

A.   Any kind of document.

Q.   So if they upload a document, it's just saving the document, right?

A.   Correct.

Q.   If there were certain data entries that you could -- that's not document related, such as putting information, could you modify that?

A.   If a phone number or an address changed, I could assist with modifying that if the student could not.

Q.   Okay.  The part where it says "application information" -- you see the section -- this is -- just so the record shows, this is the second page of Exhibit 9.  It's -- at the top, it says, "Sujeil Maire Peña Torres." Do you recognize that name?

A.   Yes.

Q.   Okay.  She was a student of USAT, correct?

A.   If she's on this sheet, then yes.

Q.   Okay.  And it says "application information."  This section of "application

DEPOSITION OF  KAREN LYNN BALDWIN

Page 35

"information," what's this section?

A.   Its application status.

Q.   Okay.  And that's -- it looks like it's a drop-down window; is that correct?

A.   I believe so.

Q.   What were the other choices in this application status besides "accepted"?

A.   I do not recall.  We haven't --

Q.   Okay.

A.   -- this in quite a few years.

Q.   Then "school information" -- this section of "school information," what's it referring to?

A.   The school.

Q.   Okay.  It says, "District University of Science, Arts, and Technology," and then "school USAT."  In that section, could you modify the part of the district?

A.   No, not to my knowledge.

Q.   And the school?

A.   No.

Q.   Okay.  So it was just one USAT, correct?

A.   Correct.

Q.   "Student personal information," that's just the personal information of any of the applicants, correct?

DEPOSITION OF  KAREN LYNN BALDWIN

Page 36

A.   Correct.

Q.   As we can see here, "date of birth," "gender," correct?

A.   Yes.

Q.   The names, correct?

A.   Yes.

Q.   And there's a part that says "degree program for which you are applying," it says "MPH."  Do you know what that means?

A.   Masters of Public Health, I believe.

Q.   Okay.

A.   If I'm recalling that correctly.

Q.   Were there any other options in that section, in that part of degrees?

A.   I do not recall.  I would assume so, but that's assuming.

Q.   And the "private notes: USAT, Puerto Rico," do you see that?

A.   Yes.

Q.   Do you know -- were you the person that entered that information?

A.   No.

Q.   Do you know who did?

A.   The student, I believe.

MR. RIVERA:  Okay.  Let's scroll a bit

more down, Ms. Martínez.

BY MR. RIVERA:

Q.   There's a part that says "student account information" and a username, is that username the one that USAT used for emails?

A.   No, this is a username specifically for this software.

Q.   Okay.  And then the academic background is -- just the student entering their information, correct?

A.   Yes.

MR. RIVERA:  Let's continue down to -- let's go down to page -- at the bottom of page 3, Ms. Martínez.  Right there.  You passed it.  This section of "document requirements" -- a little bit up, Ms. Martínez.

BY MR. RIVERA:

Q.   There's a section there that talks about "How do you plan to finance your medical education?"  Is that section filled out by these students?

A.   Yes.

Q.   Here it talks about loans, were you involved in student loans?

DEPOSITION OF  KAREN LYNN BALDWIN

Page 38

A.   No.

Q.   Who is the person that would be involved with student loans in USAT?

A.   The student.

Q.   Okay.  Were there any USAT officials that assisted the student in obtaining the student loans?

A.   No.

Q.   And let's continue down to the top of page 4.  What is this section here?

A.   The documents section --

Q.   Were it says if the --

A.   -- submitted.

Q.   So these are the documents that you mentioned earlier?

A.   Correct.

Q.   "Application fee," "background check," "enrollment agreement," correct?

A.   Yes.

Q.   The "application fee," what document would that be?

A.   If -- I don't know what document that would be.  It's paid, I would assume, but that's assuming.

Q.   Was there a document that set the fees

for the school?

A.   Yes.

Q.   And would you recognize that if I showed it to you later today?

A.   Probably.

Q.   "Enrollment agreement," what is the enrollment agreement?

A.   It's kind of like a code of ethics and conduct for the student.

Q.   Okay.  Let's go -- keep going down to the page 5.  Do you recognize this page on page 5 of Exhibit 9?

A.   Can you scroll down a little more so I can see all of it?  Yes.

Q.   What is this page 5 of Exhibit 9?

A.   It is a fee schedule explaining the tuition and fees.

Q.   Would this be the application fee document?

A.   No, this is the fee schedule document.

Q.   Okay.  Did you prepare this document?

A.   No.

Q.   It was already prepared by the time you started working?

A.   Yes.

Q.   Did you obtain the information or did you gain knowledge as to who prepared it?

A.   No.

MR. RIVERA:  Can we go up a little bit, Ms. Martínez?

BY MR. RIVERA:

Q.   At the address on the top, it says "Olveston campus," that's the Montserrat campus?

A.   Yes.

Q.   Do you know the address of Montserrat?

A.   Not off the top of my head, but I can read it on this paper.

Q.   Okay.  And then there's a US Information Office, 3442 Ash Street, Denver, Colorado; do you recognize that address?

A.   Yes.

Q.   When you worked for USAT, did you work at that address?

A.   Yes.

Q.   Do you remember around what time the USAT administration office was at that address?

A.   It was at that address when I started in 2015.

Q.   Could you -- okay.  So when you started in 2015 there, USAT was at that address,

DEPOSITION OF  KAREN LYNN BALDWIN

Page 41

correct?

A.   Correct.

Q.   And do you recall approximately how long they were at that address?

A.   No, I do not.

Q.   Can we go down to the following page, page 6?

Do you see this document on page 6 of Exhibit 9?

A.   Yes.

Q.   What is this document?

A.   It looks like the start of the enrollment agreement.

Q.   Okay.  So this was the contract between the student and USAT?

A.   This is the code of conduct and academic regulations between USAT and the student.

Q.   Okay.  Did you prepare this document?

A.   No.

Q.   Okay.  At the top, it says "Olveston campus," which is Montserrat, correct?

A.   Correct.

Q.   And it also says Florida, correct?

A.   Correct.

Q.   And Colorado, correct?

DEPOSITION OF KAREN LYNN BALDWIN

Page 42

A. Correct.

Q. Okay. "MD transition program," do you see that?

A. Yes.

Q. Do you know what "MD transition program" means?

A. Transitioning from something else to the MD program.

Q. Okay. Is it like a transfer?

A. No, the transition.

Q. Can you explain that? I'm not a medical student, so I was never -- I became an attorney, so I have no idea.

A. It would be learning the knowledge behind an MD degree.

Q. Okay.

A. A medical doctorate degree.

Q. Okay. And this document that it mentions Florida, Colorado, do you know what it was referring to?

A. No.

Q. Do you have any knowledge that there were locations in Florida or Colorado where students attended classes?

A. In Florida, yes, but not in Colorado,

DEPOSITION OF  KAREN LYNN BALDWIN

Page 43

that I'm aware of.

Q.   And you were aware that in Florida there were students attending classes in Miami?

A.   Seminars, yes.

Q.   And Tampa?

A.   Yes, seminars in Tampa as well.

Q.   Okay.  So you were not involved in the drafting of the content of this document of the enrollment agreement?

A.   No.

Q.   Were you ever in charge of explaining this enrollment agreement to students?

A.   No.

Q.   Who was the person that would be in charge of explaining the enrollment agreement?  If you have any knowledge.

A.   I would guess David Huffman, who was in admissions.  But from my knowledge of the enrollment agreement, it is rather straightforward.

Q.   Okay.  There was another person that worked at the USAT administration office in Colorado, by the name of David Huffman?

A.   Correct.

Q.   And he was in charge of admissions?

A.   Correct.

Q.   Do you collaborate with David Huffman in the handling of applications?

A.   No.

MR. RIVERA:  All right.  Let's continue with the other exhibits.  Can we go back to Exhibit 4.  And go on to page 4. We're back on Exhibit 4, which is the Response to the Request for Production of Documents.  I took a brief parenthesis to review the response to items 11, which was Exhibit 9, but now we're back in Exhibit 4. Just explaining this for the record, Ms. Baldwin.

We were now on item 12, which is "Any and all documents, papers in your possession" -- if you can scroll down, Ms. Martínez, to 12.

BY MR. RIVERA:

Q.   "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects all medical school tuitions and registrations related to the plaintiffs' education at USAT Puerto Rico Medical School Branch."  You do not possess any

of those documents?

A.   No.

Q.   Number 13, "Any and all documents, papers, records, or materials in your possession or under your control in any format that reflects all payments received from the plaintiffs for their education at USAT Puerto Rico Medical School."

A.   No.

Q.   But just a follow-up question to these two: Were you in any way in charge or -- not in charge, sorry.  Let me rephrase it.  Were you in any way tasked or delegated of the tasks to handle the payments received in Colorado?

A.   No.

Q.   You were not involved in receiving payments via credit card?

A.   No.

Q.   Were you in charge of receiving payments by mail?

A.   No.

Q.   Were you delegated the task to receive payments by -- to the bank accounts?

A.   No.

Q.   Do you know who was the person that was

tasked to handle receiving these payments?

A.   Carla Konyk.

Q.   Okay.  Were you aware that payments were received in Colorado?

A.   Maybe.  I would say no.

Q.   You never gained knowledge that payments were being sent by mail?

A.   I do not recall.

Q.   Were you ever aware that payments were received by credit card?

A.   I don't recall.

Q.   Were you ever aware that payments were received by a wire transfer?

A.   No.

Q.   And when I say "payments received by mail," I'm referring to checks.  Were you aware of checks?

A.   No.

Q.   Were you aware of money orders?

A.   No.

Q.   Okay.  Let's continue to the next page, Ms. Martínez.  "Any and all documents, paper records, or materials in your possession or under your control in any format that reflects all loan applications and payments received in

favor of the plaintiffs for their education at the USAT Puerto Rico Medical School Branch."

You don't possess any of those documents?

A.   No.

Q.   Were you ever tasked to handle the loan applications?

A.   No.

Q.   Were you aware that students were obtaining student loan -- student loans for USAT?

A.   No.

Q.   Okay.  Number 15, "Any and all documents, papers, records, or materials in your possession or under your control in any format which contains evidence which you propose to use at trial."  Your response was, "To date, USAT's Motion for Summary Judgment exhibits appended ECF number 55-2 and USAT's Answer to Third Amended Complaint exhibits appended ECF number 131-1."  You have knowledge that certain documentary evidence was attached with certain motions and briefs in the court?

A.   Yes.

Q.   Okay.  And you understand that those are the only documentary evidence at this moment

that might be used at trial?

A.   Yes.

Q.   Are there any other documentary evidence that you believe may be used at trial outside these documents?

A.   No.

Q.   "A list containing" -- can we go down? "A list containing the names, addresses, and telephone numbers of witnesses that you intend to use at trial."  You do not have a list of witnesses?

A.   No.

Q.   Do you have -- are you aware of which witnesses you might use at trial?

A.   No.

Q.   Okay.  Besides Dr. Tulp, Dr. Konyk, and yourself, are there any additional persons that may have knowledge?

A.   I don't know.

MR. RIVERA:  Okay.  Let's change it to -- can you show her Exhibit 5?  Can you scroll down a bit?  Exhibit 5 is the Response to the Production of Documents, item 3.

---

BY MR. RIVERA:

Q.   Do you recognize that page on the screen?

A.   Yes.

Q.   What is that?

A.   It's the World Directory of Medical Schools, I think it's the full name.  It's their sponsor notes about the school, about USAT.

Q.   Have you heard about this entity, of World Directory?

A.   In the past couple of years, yes.

Q.   Okay.  And do you recall that -- let's go to page 5 of Exhibit 5.  There.  Are you aware that ECFMG included these notes in the World Directory page?

A.   Yes.

Q.   The notes in -- the notes in red.

A.   Yes.

Q.   Okay.  So you've heard of ECFMG before, correct?

A.   Correct.

Q.   Can you explain to me in your own words what is ECFMG?

A.   Their -- I don't really know how to explain that.  I was not involved with ECFMG.

Q.   Do you have a -- are you aware that ECFMG

DEPOSITION OF   KAREN LYNN BALDWIN

Page 50

was an entity that certified students in order to take the United States Medical Licensing Exam?

A.   Yes.

Q.   And ECFMG is in charge of verifying international students, correct?

A.   That is my understanding.

Q.   Okay.  What do you recall about ECFMG notifying USAT that they were going to investigate USAT for irregular behavior?

A.   I do not recall.

Q.   Do you recall that ECFMG sent an email to Dr. Tulp that they were receiving information that students were studying in the United States?

A.   No.

Q.   Okay.  Were you ever involved in or interviewed by ECFMG officials?

A.   No.

Q.   Were you ever involved in a telephone conference in September of 2018 where Dr. Tulp and Dr. Konyk were speaking to USAT students as to the ECFMG investigation?

A.   Yes.

Q.   Okay.  Can you explain to me your

recollection of that telephone conference?  How did it start?

A.   I do not recall.  I only set up the conference.

Q.   Okay.  Did you speak with Dr. Tulp or Dr. Konyk before starting the telephone conference?

A.   Only to give them the login information.

Q.   Okay.  Did they -- at no time before the telephone conference did they explain to you what was the ECFMG investigation?

A.   No.

Q.   Okay.  Were you present when Dr. Tulp and Dr. Konyk were speaking to the students during that telephone conference in September?

A.   No.

Q.   Okay.  So you did not hear what Dr. Tulp and Dr. Konyk told the USAT students in that telephone conference?

A.   No.

Q.   You did not hear Dr. Tulp instruct students to not comply with certain information requests from ECFMG?

A.   No, I've never heard him say that.

MR. RIVERA:  Did you catch that,

DEPOSITION OF   KAREN LYNN BALDWIN

Page 52

Ms. Martínez?  I didn't -- might have broken up.  I don't know if it's me.

THE COURT REPORTER:  Can you repeat it, please?

BY MR. RIVERA:

Q.    **You don't recall Dr. Tulp instructing students to not comply with the --**

A.    I have never heard Dr. Tulp say that.

THE DEPONENT:  I didn't -- I think it failed again.

(Whereupon, a brief recess transpires.)

BY MR. RIVERA:

Q.    **I apologize.  I'm having technical issues with the connection, so I'm sorry, Ms. Baldwin, but I will have to repeat the question because I don't -- I don't think I heard you.**

**My question was, I believe that -- did you ever hear Dr. Tulp instruct students to not comply with the ECFMG investigation?**

A.    No.  I have never heard Dr. Tulp say that.

Q.    **Okay.  Were you aware that ECFMG was sending affidavits to USAT students?**

A.    I became aware late in 2018, I think.  Is

that the correct time?

Q.   Okay.  And the affidavit was asking the students where they were taking their classes, correct?

A.   I never received the affidavit, so I don't know.

Q.   Going back a bit, before the ECFMG investigation, what knowledge do you have -- or let me change the question.  Did you ever meet a person by the name of Dr. José Manuel Ortiz Bustillo?

A.   Yes.

Q.   Who is he?

A.   At the time or now?  Which -- what is your question?

Q.   Who was Dr. Manuel José Ortiz Bustillo?

A.   He was a USAT graduate -- or is a USAT graduate.

Q.   Okay.  Do you recall that Dr. Manuel Ortiz Bustillo was tasked to administer a USAT location in Puerto Rico?

A.   Yes, I believe he helped set one up.

Q.   Okay.  Did you know that he was assigned as a USAT associate dean?

A.   Yes.

Q.   Okay.  And Dr. Ortiz Bustillo, did you ever interact with him in helping to structure the school in Puerto Rico?

A.   No.

Q.   Okay.  Did you ever coordinate with Dr. Ortiz Bustillo "application information"?

A.   No.

Q.   Do you ever meet somebody or met somebody by the name of Daniela Cabrera?

A.   Yes.

Q.   Who was Daniela Cabrera?

A.   She was also a USAT graduate.

Q.   And she also assisted Dr. Ortiz Bustillo with the Puerto Rico school?

A.   I do not know.

Q.   Okay.  Do you remember when the USAT Puerto Rico School first started?

A.   2017, I believe.  I don't remember what time exactly.

Q.   Did you ever visit the location?

A.   Yes.

Q.   When did you visit it?

A.   Sometime after it opened.  I'm sorry, I don't remember dates.  2017 I could guess --

Q.   You visited it when it was first

starting?

A.   No, after it had started.

Q.   Okay.  Have you heard of the term white coat ceremony?

A.   I have.

Q.   Were you ever involved in participating in a white coat ceremony?

A.   No.

Q.   Okay.  You mentioned that when you dealt with scheduling and logistics, you didn't deal with scheduling of classes?

A.   No.

Q.   You didn't handle scheduling classes in Puerto Rico?

A.   No.

Q.   Were you ever involved in the transaction to register corporations on behalf of USAT?

A.   No.

Q.   Were you ever tasked in handling softwares related to student payments or invoices?

A.   No.

Q.   Okay.  I'm going to show you Exhibit 10. Do you recognize the second page of Exhibit 10, which is --

A.   No.

MR. RIVERA:  This is on page 3 -- sorry. Or no, this is page...  Yes, my apologies, Ms. Martínez, I'm confused.

BY MR. RIVERA:

Q.   Second page of Exhibit 10 is -- looks like a list of software -- list and columns and rows.  Yet -- you don't recognize this page 10?

A.   No.

Q.   Number -- page 3 of Exhibit 10.  Do you recognize page 3?

A.   No.

Q.   Okay.  That's it for Exhibit 10.

Okay.  When ECFMG was investigating, you mentioned that you helped set up the telephone conference around September of 2018 when Dr. Tulp and Dr. Konyk was speaking to the students; do you -- were you involved in anything further after that?

A.   No.

Q.   Okay.  Were you in contact with students that were asking questions about the ECFMG investigation?

A.   If I answered the phone when they called, but that's the extent.

Q.   Were you involved with exchanging emails?

A.   Possibly if they emailed me, they would have received an email.

Q.   Did you at that time, during the ECFMG investigation, did you travel to Puerto Rico?

A.   I do not recall.

Q.   Okay.  Were you ever involved in the proceedings that Dr. Tulp had to assist with the ECFMG in Pennsylvania?

A.   No.

Q.   Were you ever involved in the lawsuit filed by Dr. Tulp and USAT against ECFMG in Pennsylvania?

A.   No.

Q.   Were you aware that a lawsuit was being filed against ECFMG in Philadelphia?

A.   I was not aware that it was being -- it was after the fact.

Q.   Okay.  Did you ever meet attorneys Tommy Swate?

A.   No.

Q.   Did you ever meet an attorney by the last name of Reil?

A.   No.

MR. RIVERA:  I'm going to ask you to

DEPOSITION OF  KAREN LYNN BALDWIN

Page 58

verify exhibit -- can you show her Exhibit 24, Ms. Martínez?

BY MR. RIVERA:

Q.   Do you recognize Exhibit 24?

A.   No.

Q.   This was a brochure prepared by USAT in Puerto Rico.  Were you ever in dialogue with Ortiz Bustillo to prepare this type of brochure?

A.   No.

Q.   I'm going to ask you to review the brochure and let me know if you recognize any part of it.

MR. RIVERA:  Ms. Martínez, if you can just scroll down.

THE DEPONENT:  It's very, very small. I'm sorry.  I can barely read it.

MR. RIVERA:  I'm going to ask Ms. Martínez, if you can, just zoom in.

THE DEPONENT:  I'm not aware -- I -- this is going too fast.  I couldn't read it.

MR. RIVERA:  Ms. Martínez, can you give her control so she can scroll it at her speed?

THE DEPONENT:  I can tell you when if

you'll just let me.

MR. RIVERA:  Okay.

THE DEPONENT:  I can't read the one on the far left.  That -- that's too small.  I recognize -- you know -- Dr. Manuel Ortiz Bustillo's name.  I recognize the USAT logo.

You can go on to the next page.  I recognize the items on the application checklist, they're very similar to the ones in the Maestro system.

You can go on to the next page.  It -- I don't know if it's the contrast coming through from the video, but it's hard to read whatever's on that -- the black on the grey, so I can't really see that.  So we can skip to page 4.  I don't really recognize anything else.

MR. RIVERA:  Okay.  So going back to the -- let's go to page -- the first page of Exhibit 24 and go -- zoom in on the left-hand column.  Can you zoom in closer to the left-hand column, Ms. Martínez?

BY MR. RIVERA:

Q.   Okay.  That description to the left that

DEPOSITION OF  KAREN LYNN BALDWIN

Page 60

talks about -- that USAT is "our prestigious" -- "prestigious," sorry -- "accredited USAT was established and licensed in September."  That paragraph where it says that's accredited by those entities, the Caribbean Community -- "We are listed by the Educational Commission for Foreign Medical Graduates in the top 100 MD schools worldwide in 2013."  Do you recognize that description?

A.   (Unintelligible).

Q.   Did you answer?  Sorry.

A.   I said "no."

MR. RIVERA:  Okay.  Can we go now to the right side?  Can you scroll to the right, Ms. Martínez?  Sorry, to the seal to the right.

THE DEPONENT:  It's rather fuzzy.  But is there a question?

MR. RIVERA:  Yeah.

Can you go down to the seal a little bit?  There.

BY MR. RIVERA:

Q.   You mentioned that that's the USAT seal, correct?

A.   It looks like it.  It's very fuzzy, so I

couldn't be 100 percent on that.

Q.  Okay.  Did you know that USAT had its seal trademarked?

A.  I did not.

Q.  Okay.  Do you recall that the USAT seal demonstrated -- showed the acronyms of the US and UK?

A.  No.

MR. RIVERA:  Okay.  All right.  Let's go to the next one, Exhibit 25.

THE DEPONENT:  Are we able to take like a quick 5-minute restroom break?

MR. RIVERA:  Sure.  We'll take a 5-minute break.

THE DEPONENT:  Thank you.

(Whereupon, a brief recess transpires.)

MR. RIVERA:  We're back on the record. It's -- sorry.  It's 12:47 p.m. Puerto Rico time and 10:47 Colorado time.

So I'm going to ask the court reporter to show the deponent Exhibit 25.  25 is the lecture conference schedule of 2017 and 2018.  2017 is the first page, 2018 the second page.

BY MR. RIVERA:

Q.   Ms. Baldwin, do you recognize the first page of Exhibit 25?

A.   Yes.

Q.   What is that?

A.   The lecture conference scheduled for 2017.

Q.   Okay.  And in this lecture conference schedule, do you know who prepared it?

A.   No, I do not.

Q.   Okay.  You're not aware of the person that actually was in charge of preparing this conference schedule?

A.   No, I don't.

Q.   Okay.  And is it -- but you've seen this lecture conference scheduled before, correct?

A.   Yes, a long time ago.

Q.   While you were working at USAT, correct?

A.   Correct.

Q.   And this conference schedule, can you explain in your own words how this conference schedule works or how it could be interpreted?

A.   No.  It's all black and white so it's kind of hard to read.

Q.   Okay.  Is the conference schedule -- did

they use color schematic?

A.   I don't recall.  It appears so.

Q.   All right.  Let's go to -- just to make it easier, I have a better version of this.  I'm going to ask the court reporter to go to Exhibit 19.  And it was -- go to page 154. Exhibit 19 is the Motion for Summary Judgment filed by ECFMG in the federal court case of -- in Pennsylvania.  And one of the exhibits they included was that same lecture conference schedule.  It's on page 154 of Exhibit 19.

Can you see the page 154 of Exhibit 19?

A.   Part of it.  It's hard --

MR. RIVERA:  Yeah, Ms. Martínez, I might have to ask you to flip it.

THE COURT REPORTER:  Let's see.  Oh, I can't do that.

(Whereupon, a brief recess transpires.)

BY MR. RIVERA:

Q.   Can you see it?

A.   Most of it.

Q.   Okay.  Is it better?

A.   Yeah.  Well --

Q.   There it is.  All right.  Page 154 of

Exhibit 19 is the lecture conference schedule of 2018 of USAT, a much better version with colors.

My original question was: Looking at this document that you said that you've seen it before, can you explain to me in your own words how it works or how one interprets it?

A.   How I would interpret it?  As -- based on the key at the bottom, the three colors correspond with the dates in those colors.  And then there's a couple of additional colors that explain what they are as well.

Q.   Okay.  So the green was to -- for the Tampa, Florida location, correct?

A.   Yes, I believe so.

Q.   And then all the dates that are shaded green are the dates of the lecture conferences in Tampa, Florida, correct?

A.   Yes.

Q.   Okay.  And it says that the Tampa, Florida location was at the DoubleTree Tampa Airport, Westshore; that's a hotel, correct?

A.   I would assume so based on the name and the address --

Q.   Were you ever tasked in coordinating those location seminars?

DEPOSITION OF   KAREN LYNN BALDWIN

Page 65

A.   No.

Q.   Okay.  It says there a reservation number, 813-879-4800; do you recognize that number?

A.   No.

Q.   Do you know how one could make a reservation for that or no?

A.   I don't know.

Q.   And then yellow is the color used for the Miami location, correct?

A.   That would be my understanding of this, yes.

Q.   And the dates shaded in yellow would be the dates of the lectures in Miami, correct?

A.   That is my understanding.

Q.   And that Miami location was at the Hilton Garden, another hotel, correct?

A.   Yes, I would say so based on that information.

Q.   And then the blue is the Dallas location, correct?

A.   That is also my understanding.

Q.   And the blue shade on the dates would be the dates that there will be a lecture at Dallas, Texas, correct?

DEPOSITION OF  KAREN LYNN BALDWIN

Page 66

A.   That is my understanding.

Q.   And that was all -- those lectures were held at the Hilton Garden?

A.   That's what it says, yes.

Q.   Okay.  And then there's a red shade, correct?

A.   Yes.

Q.   It says below "Dallas," "graduation in Miami," correct?

A.   Yes.

Q.   And then there's two dates shaded red, would those be the dates of graduation?

A.   If I recall correctly, it was a commencement ceremony, but I don't remember the exact dates in 2018.  I would have to assume this is correct in order to verify that.

Q.   Okay.  When you mention a "commencement ceremony," what is a commencement ceremony?

A.   It's where students who have met the criteria or close to meeting the criteria to graduate would be allowed to have a ceremony celebrating that fact.

MR. RIVERA:  It slowed for me.  Did you catch that, Ms. Martínez?

THE COURT REPORTER:  I think that she

DEPOSITION OF  KAREN LYNN BALDWIN

Page 67

should repeat it because it was, like I told you before, like a little metallic, the voice.

THE DEPONENT:  Okay.  The commencement ceremony was where students who had met or would soon meet the requirements to graduate were then celebrating that.

Did that come through okay?  Are you able to hear me?

THE COURT REPORTER:  Yes, thank you.

BY MR. RIVERA:

Q.   Is it like a white coat ceremony?

A.   I don't believe so.  I don't know exactly.

Q.   Okay.  Then there's a purple that says, "Must sign up and prepay for anatomy lab."  Do you know what that means?

A.   Based on this, I would say it's signing up and paying for the anatomy lab.

Q.   Okay.  Is that anatomy lab, was that located in Miami?

A.   I do not know.

Q.   Okay.  So when you were talking about logistics earlier, and scheduling, and the students taking a break for lunch, was -- is

that related somewhat to these lecture conference schedules?

A.   Somewhat, yes.

Q.   Okay.  Would you coordinate the logistics with professors to attend these seminars or these conferences?

A.   Yes.

Q.   Okay.  And the professors and faculty members, they would go to these specific locations?

A.   Sometimes, yes.

Q.   Okay.  Do you recall the name of the faculty members that you would assist in the travels to Tampa, Florida?

A.   I do not recall.  I'm sorry.

Q.   You don't recall any names?

A.   Some of them, but I don't know if I know all of them off the top of my head.

Q.   Based on your best recollection, just -- can you tell me the names that you do remember?  And we're focused on Tampa right now.

A.   Okay.  Dr. Einstein, Dr. Scranka (phonetic).  Maybe Dr. Sainvil -- I'm not 100 percent on that one.  I'm sorry, that was -- those are the ones I recall right now.

DEPOSITION OF   KAREN LYNN BALDWIN

MR. RIVERA:  Martínez, did you catch that?

THE COURT REPORTER:  The last one I didn't.  Dr. Einstein, Dr. Suroco (phonetic).  I don't know how that's spelled.

THE DEPONENT:  Let's see.  I can't remember how to spell...

THE COURT REPORTER:  Maybe C-U-R-O-C-O?

THE DEPONENT:  Scranka, like S-C-R...

THE COURT REPORTER:  S-C...

THE DEPONENT:  I'm sorry, I didn't hear you.

THE COURT REPORTER:  S-C...

THE DEPONENT:  R, I believe, and then maybe A-N-K-A.  I don't recall how to spell it.  I'm sorry.

THE COURT REPORTER:  And the last one?

THE DEPONENT:  Dr. Sainvil, but that one I'm not sure on that name for --

THE COURT REPORTER:  Sainvil?

THE DEPONENT:  Correct.

THE COURT REPORTER:  S-A-I-N-V-I-L-L-E?

DEPOSITION OF  KAREN LYNN BALDWIN

Page 70

THE DEPONENT:  Sain -- S-A-I-N-V-I-L.

BY MR. RIVERA:

Q.   With regards to the Miami location, which professors did you assist with traveling to Miami?  The names that you recall.

A.   Dr. Scranka, again.  Dr. Robinson, Dr. Einstein, and Dr. Sainvil again.

Q.   Okay.  With regards to Dallas, Texas, what faculty members did you assist in traveling to Dallas?

A.   The same ones.

Q.   Okay.  Did you assist any faculty members to travel to Puerto Rico?

A.   No, I did not.

Q.   Did you assist any faculty to travel to Baltimore?

A.   I believe so.  If I did, it would have been the same names.

MR. RIVERA:  Okay.  All right. Let's -- I'm going to stop sharing.  How do you stop sharing here?  Let me see.  Okay. Here it is.  Okay.

So I'm going to go to the -- I'm going to ask you to show her the next exhibit, 26.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 71

BY MR. RIVERA:

Q.    Do you recognize Exhibit 26?

A.    No.

Q.    Okay.  Were you ever involved in delivering letters of admission to students?

A.    No.

Q.    As part of the application procedure?

A.    I don't understand, I guess, what you're asking.

Q.    If you were ever involved in sending letter of admission to students as part of the application procedures.

A.    No.

Q.    Okay.  Are you aware of the person who sent the letters of admission?

A.    I believe that was David Huffman for some of them.  And I do not know who sent them for any of the Puerto Rican students.

Q.    Okay. Let's go to the other exhibit, 27. Do you recognize Exhibit 27?

A.    Can you scroll down a little so I can see more of it?

Q.    Scroll -- just to -- I'm going to ask you a question for the first page for now of Exhibit 27.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 72

A.   I do not recognize it, no.

Q.   You ever handled this first page of the USAT information?

A.   No.

Q.   Are you aware of the person that might have prepared this document?

A.   No.

Q.   Okay.  Let's go to the second one, second page.  It says here, "Apply online."  Have you ever seen this document before in the second page of Exhibit 27?

A.   No.

Q.   Okay.  It says, "Apply online at usat.maestrosis.com"; is that the software you were mentioning earlier?

A.   Yes.  If I recall correctly, that was the web address for the software.

Q.   So that's the website where the students would send their information at -- and you -- and USAT offices could handle the same after they received it, correct?

A.   Correct.  It was the online application.

Q.   Okay.  And it says here that the -- that it could also be mailed to the Ash Street address in Denver, correct?

A.   Let me finish reading it, please.  It says "Mail official transcripts to USAT admissions department" with the Ash Street address.

Q.   Okay.  And let's go on page 3 of Exhibit 27.  Do you recognize the page 3 of Exhibit 27?

A.   Some of it is familiar.

Q.   Okay.  What do you find familiar or what do you recognize?

A.   The names, some of the phone numbers, and the emails.

Q.   Okay.  So David Huffman is the person that you mentioned that dealt with admission, correct?

A.   Correct.

Q.   And then Sean Moody is another person that dealt with admissions?

A.   Correct.

Q.   Okay.  Would these be the people that were in charge of the -- the officials that -- or the employees that were in charge of creating the prior two pages?

A.   I could not say.  I do not know.

Q.   Then it says "academic requirements,

ECFMG, Dr. Tulp," correct?

A.   Yes.

Q.   And when it mentioned that "academic requirements and ECFMG" with Dr. Tulp, what's that referring to?

A.   I do not know.

Q.   Okay.  It says "Montserrat administration, Tracy Scipio"; do you recognize that name?

A.   Yes.

Q.   Have you -- is she currently an employee of USAT?

A.   I believe so.  I can't confirm that.

Q.   Okay.  Do you ever have interactions with her with regard to USAT?

A.   I have.

Q.   Okay.  What were your interactions with her?

A.   When students were on-island, I would communicate to her if they let me know when they were arriving so she could meet them, help them get there, answer any questions.

Q.   Okay.  "Student services: Stephanie Majors," do you recognize that name?

A.   Yes.

Q.   And what does Stephanie Majors do?

A.   I am not 100 percent sure.  I could speculate, but I don't want to do that.  It's...

Q.   What did Tracy Scipio do in Montserrat?

A.   Only what I stated earlier.  I do not know her other job duties.

Q.   Okay.  "Director, student accounts: Carla Konyk."  That's Dr. Konyk, correct?

A.   Correct.

Q.   She dealt mostly with the finances?

A.   I do not know her -- all of her job titles or her responsibilities.

Q.   Did she -- when you mentioned that you worked as administrative assistant, you were her administrative assistant, correct?

A.   I was the USAT administrative assistant.

Q.   Okay.  But when you mentioned that you handled filings and these were student documents, these were the -- just solely applications?

A.   Yes, they were all admissions documents.

Q.   Did you handle finance documents of the students?

A.   No, I did not.

Q.   Okay.  Did you handle any -- like,

DEPOSITION OF   KAREN LYNN BALDWIN

school-related, grade-reports documents?

A.   If they were printed and needed to be filed, but I did not have anything to do with them other than that.

Q.   And transcripts?

A.   No, I did not deal with transcripts, unless they were part of the admission stuff.

Q.   Under "registrar," there's the name of Nadine Cruz, Mary Hickling, do you recognize those names?

A.   I do.

Q.   And those were the names that handled the -- the transcripts of the students?

A.   Correct.

Q.   And the grades?

A.   Correct.

Q.   Anything else that they handled?

A.   I do not know.

Q.   Okay.  And "Webinars: Karen Baldwin." That's your name, correct?

A.   Correct.

Q.   With regards to webinars, what is that referring to?

A.   Online courses that we offered via live lecture.

Q.   Okay.  So you would sometimes coordinate courses online?

A.   I would not coordinate those.  I would bill them once I received the schedule.

Q.   Once you receive the schedule?

A.   Correct.

Q.   Okay.  And then you would -- the webinars would be -- would that be like a live-action webinar, like a live webinar?

A.   It's like what we're doing now, where there's teachers.

Q.   So it's not videotaped or prior videotaped webinars?

A.   No.

Q.   Okay.  So you would handle -- part of the logistics was if a professor was giving a class, connecting the webinar for other students, correct?

A.   I would not connect to the webinar, no; the professor would do that.  I would just build the -- like the shell, like setting up a Zoom meeting.

Q.   Okay.

A.   That kind of a thing.  And then, you know --

Q.   You --

A.   -- a link to attend.  That -- I would create the shell and then those who selected to attend would get the link to attend.

Q.   Like a scheduling?

A.   No, the system did that.  I would accept what date and time it was to take place, and then from there, it was all handled by someone else once it was built.

Q.   Question: if a professor was giving a class live in Tampa, so to speak, would that class be broadcasted to the other locations?

A.   Based on that calendar, that wouldn't be possible.

Q.   Okay.  So if one weekend there was a professor giving a class in Tampa, that -- would that class be broadcasted to Miami and to Texas at that same time?

A.   No.

Q.   No?  Okay.

     MR. RIVERA:  Let's go to the next exhibit, which is -- see Exhibit 28.  Do you have it?

     THE COURT REPORTER:  28...

     MR. RIVERA:  28.

DEPOSITION OF  KAREN LYNN BALDWIN

Page 79

THE COURT REPORTER:  Let me see.

MR. RIVERA:  I think you have up to 27, right?

THE COURT REPORTER:  Yes.

MR. RIVERA:  Okay.  I'm sending a reply all to the Zoom link of today.  You should be getting an email of Exhibit 28. Did you receive it?

THE COURT REPORTER:  Yes, I did.

MR. RIVERA:  Exhibit 28 is going to be marked as the new exhibit for today.

(Whereupon, Exhibit 28 is marked for identification.)

(Whereupon, a brief recess transpires.)

BY MR. RIVERA:

Q.  Exhibit 28 is the set of emails.  And we're going to start with page 1.  Page 1 -- Ms. Baldwin, can you see that there is your name, "Karen Baldwin," and then an email address to the right of it.  Do you see that?

A.  Yes.

Q.  Earlier today, when I asked you for your email, you stated this same email, correct?

A.  Yes.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 80

Q.   karen.baldwin@usat.edu, correct?

A.   Yes.

Q.   So that's your personal -- your work email with USAT, correct?

A.   Correct.

Q.   And then there's another email below that says webinars+managers@usat.edu.  What is that?  To who that email -- who uses that email?

A.   It's like a distribution list.

Q.   Okay.  And then below it is webinars@usat.edu, correct?

A.   Correct.

Q.   And who uses that email?

A.   USAT staff.

Q.   Earlier we saw that you were identified as a person in charge of webinars, would you have access to the webinars email?

A.   It's not an actual email, it's a distribution list.

Q.   Okay.  So if -- when you mentioned a "distribution list," what does that mean?

A.   It means -- like, for example, I could create a distribution list for the people in this room or in this meeting, and it would be, like, "pick a word, pick the email address," and

then when you send it to that one email address, it would send it to all of those email addresses listed underneath it.  So, like, it would email to you, and to me, and to Ms. Martínez, and to Mr. Paulsen.  That's an example of what that is.

Q.   Okay.  So it's -- basically, you make like a list of persons and then you send it to that address and it spams to the rest?

A.   Yes.

Q.   Okay.  And then this email -- can you read this email completely -- or just the top part?

A.   I can read up until the -- well, okay.  I can read what's shown on the screen.  Are you asking me to read it out?

Q.   Yeah, yeah.  I'm going to ask you to read the email to yourself first on this first page, and then once you're finished, I'll ask a question.  Okay?

A.   Can we scroll down so I can read the rest, please?  Okay.  I have read the email.

Q.   Okay.  What's this email about on this first page?

A.   It's about an opportunity for clinical rotations and USMLE Step 1 prep course on the

island of Montserrat.

Q.   So you're coordinating with the students how to travel to Montserrat to take a review with -- in order to take the United States Medical Licensing Exam?

A.   No.  They were not taking the United States Medical Licensing Exam, it was a prep course.

Q.   Yeah, prep course.  So sorry if I -- you've misunderstood me, but you're basically trying to schedule or coordinate with students to travel to Montserrat for that prep course?

A.   I was not coordinating their travel, this was just letting them know that it was available, and then there were details about what they would need to do if they were going to book for it and if they wanted to attend.

Q.   So it says here, "To reserve your space, please contact karen.baldwin" -- do they -- was there like a limit to how many students could take that prep course?

A.   There were.

Q.   How many?

A.   I do not recall.

Q.   And when you sent this email, you sent it

DEPOSITION OF   KAREN LYNN BALDWIN

Page 83

to the students that were located outside Montserrat, correct?

A.   I don't know where the students were located.

Q.   Okay.  Let's go to the next page.  The next page is an email dated September 18th.  It says "karen.baldwin@usat.edu," correct?

A.   Correct.

Q.   So you sent this email to the students. It says, oldgmail@usat.edu; what's that email address?

A.   It's another distribution list.

Q.   Okay.  And then do you recall sending this email, which seems to be forwarding a message from Dr. Tulp?

A.   I do not recall sending it.  It's been quite a while.  I sent a lot of emails.

Q.   So if this email was sent on September 18, 2018, by your address, is it likely that you were the person that did send this email?

A.   I sent -- it appears that I sent it on behalf of Dr. Tulp.

Q.   Can you say that louder?  Sorry.

A.   From reading this, it appears that I sent this email on behalf of Dr. Tulp.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 84

Q.   Okay.  So that -- sometimes that would happen, where Dr. Tulp asks you to forward the email to the rest of the students of USAT?

A.   Not all staff had access to the distribution lists.

Q.   Were you the person that seemed to be more familiar with using the distribution list?

A.   Yes.

Q.   So if Dr. Tulp or Dr. Konyk wanted to contact all USAT students, they would delegate to you the task to send their messages forward to the -- all the USAT students, correct?

A.   Yes.

Q.   So do you recall in September 18th sending this message from Dr. Tulp to all the USAT students?

A.   I do not recall.

Q.   Dr. Tulp said that he was currently researching the request for ECFMG in regards to the affidavit.  "We are consulting experts in this area in order to move forward in helping you to complete the affidavit.  Please trust that we're only taking this extra time because we have your best interest in mind.  Please try to refrain from contacting Dr. Tulp as he's

DEPOSITION OF  KAREN LYNN BALDWIN

Page 85

working diligently on this and is taken away from doing so by numerous calls, emails, and texts he is receiving.  It's our goal to provide you with updated information by the end of the week.  Thank you again, Dr. Tulp."

   After reading this paragraph, does that refresh your recollection of what was happening in September 18?

   A.   Somewhat.

   Q.   What do you remember from this, from reading this paragraph?

   A.   We were receiving a lot of emails and calls and texts.  I remember it was quite a busy time.  I was on the phone and sending emails, and I believe Dr. Tulp was as well.  I can't confirm that, I was not in his inbox and (unintelligible) access to that, but...

        MR. RIVERA:  Did you catch that Martínez?

        THE COURT REPORTER:  No, I didn't.

BY MR. RIVERA:

   Q.   Try to speak a bit louder.

   A.   Hang on, let me -- sorry, it's just uncomfortable to sit that way the whole time. My arm starts to fall asleep.

Based on what I'm reading, it sounds like it was a very busy time.  We were receiving many calls, and emails, and texts.

Q.   Okay.  And do you recall that a lot of USAT students were contacting the USAT office because ECFMG was sending them affidavits?

A.   I don't remember why they were contacting.  That was probably part of it.

Q.   Okay.  And then can you scroll down to the next email, September 21?  That -- was September 21 -- you sent this email to the distribution list, correct?

A.   Yes.

Q.   It states, "Dear students, please see the updated information in regards to ECFMG from Dr. Tulp below."  And then there's a message saying, "Dear students, ECFMG is questioning our delivery of the basic sciences because some students didn't attend on Montserrat due to past volcanic activity in Montserrat.  As you may know, there's a provision in the USAT license that does not require students to be on-island because of natural disasters like the volcano for safety reasons.  Accordingly, many USAT lectures are delivered via a live, interactive

webinar platform, a widely accepted blended instructional format which we have been using for many years without incident or comment from the ECFMG.

"We will now begin offering the basic science portion of our program at our campus on Montserrat as early as October 1st, 2018, and at our new British Virgin Islands campus as soon as January 2019.  Our university counsel will be in discussion with the ECFMG next week to allow current students and graduates to continue to take the Step exams and proceed into the 2019 Match.

"It is strongly advised that you don't return the affidavit forms at this time because this situation is a grey area that still needs to be explored before we submit anything.  Thank you for your patience during this challenging time."

Do you remember -- after reading this email, does that refresh your recollection of what was going on September 21st?

A.   No.  I mean, I can say that this was sent on September 21st, but I do not recall exactly what was happening on that date.

Q.   Okay.  Here Dr. Tulp talks about -- that

DEPOSITION OF  KAREN LYNN BALDWIN

Page 88

many USAT lectures are delivered by via a live, interactive webinar platform; that was the webinar that you were talking about earlier, correct?

A.   Correct.

Q.   And when it says "live, interactive webinar platform," it includes that some lectures were done by professors live in some locations, correct?

A.   Wherever they were, it was the live lecture, correct?

Q.   Okay.  And then at the same time, there was a broadcast or webinar being broadcasted to other locations, correct?

A.   That's what the webinar platform does, yes.

Q.   Okay.  So would it be fair to say that if a lecture was being done in one location, it was actually being broadcasted to multiple locations?

A.   Wherever the professor was and wherever the attendee was; multiple locations.

Q.   Okay.  And then it says here that -- he talks about "university counsel", do you know who the University counsel was?

DEPOSITION OF  KAREN LYNN BALDWIN

Page 89

A.  No, I do not know.

Q.  Do you know -- do you remember the attorney -- the USAT attorneys at that time in September 2018?

A.  I do not.

Q.  And see that last sentence, that "strongly advise that you don't return the affidavit forms at that time," does that refresh your recollection that Dr. Tulp was telling students to not return those affidavits to ECFMG?

A.  No.

Q.  "No" as you don't recall?

A.  I do not recall.

Q.  Okay.

A.  I mean, I can read what's written, but that's -- I don't recall it.

Q.  Let's go to page 3 of Exhibit 28.  It's an email dated September 24th, 2018.  It's your email address, karen.baldwin, correct?

A.  Correct.

Q.  And you're sending this email to the distribution list, correct?

A.  Correct.

Q.  Okay.  Here you say, "Dear students and

graduates, USAT would like to invite you to the first of two conference calls, one that will take place tomorrow, September 25th, from 4:00 p.m. to 5:00 p.m. Eastern Time, and another that will take place on September 26th from 4:00 p.m. to 5:00 p.m. Eastern Time.  Please see below to determine which call applies to you.  During this call, we hope to answer some of the questions we know you have, as well as provide you with more information.  We ask that if you have additional questions during the call, to please email them to Carla Konyk.

"We are holding the first conference call for those students that have received the affidavit from ECFMG.  We ask that those students who have not received the affidavit to please join the conference call the following day, September 26, at 4:00 p.m. Eastern Time in order to better accommodate all students.

"Please see below for the call instructions. Dial in number: 712-432-3900.  Participant ID: 585537.  Thank you, USAT Administration."

After we read that section, that email of September 24th, does that refresh your recollection?

DEPOSITION OF   KAREN LYNN BALDWIN

A.   Somewhat.  I remember there was a conference call.  Based on the email, I would assume that it was held on those dates.  I don't recall exactly off the top of my head all of them.

Q.   You mentioned that you helped set up the conference calls, correct?

A.   Correct.

Q.   So the dial-in number, participant ID numbers, those were information that you prepared?

A.   Yes.

Q.   Okay.  And then, based on this email, does that refresh your recollection that there were two separate telephone conferences?

A.   I do not recall there are two separate ones, but based on this, it seemed that there were.

Q.   Do you remember or does it refresh your recollection why they were making two different conference calls for students that received affidavits and students that haven't?

A.   I don't recall why, but reading this, I can infer why.

Q.   Okay.  Were you present at one of these

DEPOSITION OF   KAREN LYNN BALDWIN

Page 92

conference calls or both of them?

A.   I do not recall that I was present.

Q.   Okay.  You just recall setting it up?

A.   Yes, that's all I recall.

Q.   Where did you set it up?

A.   I found a conference number online where you could create your own conference call -- I don't know what platform or anything.

Q.   And after you set it up, would you leave -- you left Dr. Tulp and Dr. Konyk alone?

A.   The only thing I did was find the dial-in number and the participation ID number.

Q.   All right.

A.   And provided them to them.  They did the rest.

Q.   So you never saw -- you never saw if Dr. Konyk or Dr. Tulp was with other persons during the conference call?

A.   No, I was not present.

Q.   Let's go to page 4.  Page 4 is an email dated October 18th, 2018, sent by karen.baldwin to the list server, correct?

A.   Correct.

Q.   And it says, "Dear students, USAT has become aware of the second affidavit requested

by ECFMG." Does that first sentence -- does that refresh your recollection that a second affidavit was sent?

A. Yes.

Q. Do you remember what was the difference between the first one or the second one?

A. No, I never received --

Q. It says, "We are having counsel review the document and will provide you with more information by early next week. We ask you to await further information before submitting this second affidavit. We are pleased to tell you that, as of today, we have verified that several students have received email confirmations and restored access to ECFMG services after their affidavits were reviewed. USAT thanks you for your continued patience and understanding at this time."

Does that email refresh your recollection that USAT's counsel was reviewing that, the second affidavit?

A. I was unaware.

Q. Okay. Did you write this email?

A. No, I did not.

Q. Okay. Do you remember that this email

DEPOSITION OF   KAREN LYNN BALDWIN

Page 94

requested that the students wait for further information before submitting the second affidavit?

A.    I do not recall.  I can read what's written.

Q.    It mentions that some students received email confirmations and restored access through ECFMG services.  Do you know why those students were able to access ECFMG services?

A.    No.

Q.    Do you have any knowledge whether the affidavits of those students were prepared by Dr. Tulp or Dr. Konyk?

A.    No.

Q.    Or if those affidavits were prepared by USAT's counsel?

A.    No.

Q.    Did you assist students with preparing the affidavits?

A.    No.

Q.    Page number 5 says -- November 2nd, 2018 -- it says, "Dear students, USAT has heard that some students are being asked to provide additional information to ECFMG above and beyond the affidavit" -- before I start, this email was

DEPOSITION OF  KAREN LYNN BALDWIN

Page 95

sent by your email address, correct?

A.  Correct.

Q.  And to the list of the -- distribution list of the USAT students, correct?

A.  Correct.

Q.  And that it says here that -- "additional information."  Do you recall what was that additional information?

A.  No.

Q.  It says here, "If you are one of these students, we ask you that you please do not send them additional information."  Do you recall why it was instructed to the students to not send additional information?

A.  No.

Q.  It says, "We ask you to instead please send an email to Carla Konyk with the title 'ECFMG additional information.'"  Do you know why the students were instructed to send an email to Carla Konyk?

A.  No.

Q.  "She would like to refer you to work directly with USAT's counsel individually."  Do you know why Carla Konyk wanted to -- the students to talk to the USAT counsel?

DEPOSITION OF  KAREN LYNN BALDWIN

Page 96

A.   No.

Q.   Okay.  I would go to page 6.  Email address says, "lectures@usat.edu."  Do you recognize that email?

A.   Yes.

Q.   (Unintelligible)?  Can you recall?

A.   I'm sorry, I didn't hear anything.

Q.   Do you know who handled that email?

A.   Different USAT staff.

Q.   Say what?

A.   Different USAT staff.

Q.   This email is being sent to the distribution list, correct?

A.   Correct.

Q.   So was it likely that you sent this email to the distribution list?

A.   Perhaps I was not the only one with access.

Q.   Okay.  It talks about what -- can you read the email and then tell me what it's about?

A.   The email is about a USMLE prep course being offered or potentially being offered in Puerto Rico.

Q.   Okay.  Is this sort of similar to the USMLE prep course that we saw in the first page?

DEPOSITION OF   KAREN LYNN BALDWIN

Page 97

A.   No.

Q.   **Why not?**

A.   This says Step 1 and Step 2 CS.  If I recall the other one we were discussing, it was for clinical rotations and the USMLE prep course.

Q.   **"CS" means what?**

A.   Clinical skills, I believe.  I may not be correct on that, though.

Q.   **"Clinical sites"?**

A.   No, I said "skills."

Q.   **Okay.  Do you recall why USAT was considering offering a USMLE prep course in Puerto Rico?**

A.   No.

Q.   **Okay. All right. I think we're done with these emails.  At the end of -- after the ECFMG investigation, do you -- are you aware of what happened, what were the results of it?**

A.   Only what was shown earlier on the screen.

Q.   **Okay.  Did USAT, in effect, close its locations in Miami?**

A.   We -- it wasn't up to us to really open or close them.  We rented space.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 98

Q.    Okay.  Or did any more students take classes --

MR. RIVERA:  You can close the exhibit, Ms. Martínez.

BY MR. RIVERA:

Q.    Did USAT recruit any more students for the Miami location?

A.    I do not know.

Q.    Did USAT recruit any students for the Tampa location?

A.    I do not know.

Q.    Did USAT recruit any students for the Texas -- Dallas, Texas location?

A.    I do not know.

Q.    Did USAT recruit any more students for the Puerto Rico location?

A.    I do not know.

Q.    Did USAT -- after this ECFMG investigation, is USAT -- did USAT recruit any students for -- at Montserrat?

A.    I do not know.

Q.    Okay.  Do you recall, at the end of 2018, traveling to Puerto Rico to assist Dr. Ortiz Bustillo in handling the student complaints?

A.    I do not recall.

DEPOSITION OF  KAREN LYNN BALDWIN

Page 99

Q.    You don't remember going to the USAT offices in Puerto Rico?

A.    I went a few times, I don't remember dates.

Q.    During the ECFMG investigation.

A.    I do not recall.

Q.    Okay.  Do you remember talking to Ortiz Bustillo during this ECFMG investigation?

A.    I do not recall.

Q.    Did you speak with anybody else besides Dr. Tulp, Dr. Konyk, and Dr. Ortiz Bustillo about the ECFMG investigation?

A.    I don't recall.

Q.    Did you speak with Dr. Tulp about the ECFMG investigation?

A.    I don't know.  I don't recall.

Q.    Did you talk to Dr. Konyk about the ECFMG investigation?

A.    I don't recall.

Q.    Okay.  What, if anything, was the knowledge that you gained about the ECFMG investigation?

A.    From the students I just know that they received affidavits asking for some information.

Q.    Okay.  Do you know what was the -- what

happened after the ECFMG investigation with regards to the students being able to take the United States Medical Licensing Exam?

A.   Per the WDOMS page that you showed earlier, the WDOMS, it says that, after 2018, they were no longer eligible.

Q.   Okay.  So no students had graduated -- if USAT students had not graduated by 2018, then they were not able to take the United States Medical Licensing Exam?

A.   I can't confirm that.  I'm not sure.  I don't know.  I don't work for ECFMG.

MR. RIVERA:  Okay.  I'm going to take a few minutes to review my notes and then we might be ending.  One second.

(Whereupon, a brief recess transpires.)

MR. RIVERA:  Back on the record.  1:49 p.m., Puerto Rico time.  11:49 a.m. Colorado time.  I don't have -- this is Counselor Víctor Rivera.  I don't have any further questions for Ms. Baldwin.

Counselor Paulsen?

MR. PAULSEN:  Let me think for a second.  I do have one question for

DEPOSITION OF   KAREN LYNN BALDWIN

Page 101

Ms. Baldwin; it's based on the email, the last email we looked at.

EXAMINATION

BY MR. PAULSEN:

Q.  Do you --

A.  Are we able to show the last email? So I can recall it.

Q.  **You know what, I might be able to.  Here it is.  This is from Sujeil -- I'm terrible at this.**

A.  Is the email in regards --

Q.  **To the (unintelligible) --**

A.  (Unintelligible) prep course.

Q.  **Right.  So this is the email dated --**

THE DEPONENT:  No, they -- what happened?

MR. PAULSEN:  No, it's feedback.  She can hear.

THE DEPONENT:  Oh, it went away on the screen.

THE COURT REPORTER:  While you were both speaking at the same time --

MR. RIVERA:  Just try not to speak at the same time.

THE COURT REPORTER:  Yeah, because

DEPOSITION OF  KAREN LYNN BALDWIN

Page 102

only -- I can only hear one at a time.

BY MR. PAULSEN:

Q.   So this is from ECF number 78-2, page 71.  This is the email sent to webinars+managers@usat.edu, Monday, dated January 14, 2019 at 4:32 p.m.  Do you recognize this email?

A.   Yes.

Q.   Is this prep course offered for credit or -- do you know?

A.   Per the email, it says the course is not for credit.

MR. PAULSEN:  That's my only question, Mr. Rivera.  That's it.

MR. RIVERA:  Okay.

MR. PAULSEN:  Anything else?

MR. RIVERA:  No, nothing else.

MR. PAULSEN:  I have nothing else.

MR. RIVERA:  All right.  Well, it's 1:51 p.m. Puerto Rico time.  We're concluding with the taking of the deposition of Ms. Baldwin.

Ms. Baldwin, thank you for being here today and for your patience.  And I wish you -- have a good afternoon -- good day.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 103

THE DEPONENT:  You too.

MR. PAULSEN:  Thank you.

MR. RIVERA:  Okay.  We'll go off the record now.

(Whereupon, at 1:51 p.m.

the deposition concludes.)

DEPONENT'S CERTIFICATE

I, KAREN LYNN BALDWIN, after reading the within transcription prepared by Verbatim Reporting Puerto Rico, LLC, certify that (yes) _____ *(no) _____ I am in agreement with the contents of same.

In _____, Puerto Rico, the _____ day of _____, 2023.


_____

KAREN LYNN BALDWIN


*NOTE:  If the deponent is not in agreement with any portions of the transcription, she must utilize the enclosed Errata Sheet by indicating the page and line number and indicated correction.

DEPOSITION OF  KAREN LYNN BALDWIN

Page 105

ERRATA SHEET


I, KAREN LYNN BALDWIN, certify that I have
read the foregoing transcript of my deposition
taken on May 26, 2023, and have signed it
subject to the following changes, if any:


PAGE    LINE              CORRECTION

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____


_____     _____
KAREN LYNN BALDWIN,                      DATE
Sworn and subscribed to on this _____ day of
_____, 2023.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 106

CERTIFICATE OF NOTARY PUBLIC


I, VÍCTOR RIVERA TORRES, ESQ., Notary Public duly commissioned and qualified in and for the Commonwealth of Puerto Rico,

DO HEREBY CERTIFY that the court reporter and deponent were duly sworn before the commencement of the taking of the deponent's testimony.

IN WITNESS WHEREOF I sign these presents and affix my notarial seal in San Juan, Puerto Rico, this _____ day of _____, 2023.


_____

VÍCTOR RIVERA TORRES, ESQ.

DEPOSITION OF   KAREN LYNN BALDWIN

Page 107

REPORTER'S CERTIFICATE

I, CARMEN H. MARTÍNEZ DELGADO, E.R.  Reporter, do hereby certify that the following transcript is a full, true, and correct record transcribed by me.

I further certify that I am not interested in the outcome of the case named in said caption.

_____

CARMEN H. MARTÍNEZ DELGADO

DEPOSITION OF   KAREN LYNN BALDWIN

Index: 1–administrative

**Exhibits**

**Exhibit 28 of Deposition- USAT Emails** 8:17 78:22 79:7,10,12, 17 89:18

**1**

**1** 25:12,15,19,25 79:18 81:25 97:3

**10** 55:23,24 56:6,8,10, 13

**100** 60:7 61:1 68:23 75:2

**10:47** 61:20

**11** 28:13,18 31:23,25 32:6 44:11

**11920** 10:19

**11:08** 4:6

**11:36** 22:4

**11:49** 100:19

**12** 44:15,18

**12:47** 61:19

**13** 45:3

**130** 25:22

**131** 27:11

**131-1** 47:20

**15** 47:12

**154** 63:6,11,12,25

**16th** 25:21

**18** 83:19 85:8

**18th** 83:6 84:14 92:21

**19** 23:17 63:6,7,11,12 64:1

**19-1707** 4:16

**1979** 9:15

**1:49** 100:18

**1st** 87:7

**2**

**2** 27:5,6 30:13 32:20 97:3

**2001** 14:17

**2013** 60:8

**2015** 15:12,13 18:13 19:6 23:16 30:10 40:23,25

**2017** 54:18,24 61:23,24 62:7

**2018** 23:17 50:21 52:25 56:16 61:24 64:2 66:15 83:19 87:7 89:4,19 92:21 94:22 98:22 100:5,8

**2019** 31:23 87:9,12

**2022** 25:21 27:11

**2023** 4:2,8 7:1,2 8:12, 13

**21** 86:10,11

**21st** 87:21,23

**23rd** 9:15

**24** 13:6 58:2,4 59:21

**24th** 7:1 8:12 89:19 90:24

**25** 61:10,22 62:3

**25th** 7:1 8:13 90:3

**26** 4:2,8 70:25 71:2 90:17

**26th** 90:5

**27** 8:14 71:19,20,25 72:11 73:6,7 79:3

**28** 8:17 78:22,24,25 79:7,10,12,17 89:18

**2nd** 94:21

**3**

**3** 28:9,10,18 37:14 48:24 56:2,10,11 73:5,

**6** 89:18

**30** 7:8,21

**30th** 27:11

**3442** 40:14

**38** 26:4,6,8

**38th** 10:19

**4**

**4** 26:10 29:12,14 32:4 38:10 44:7,8,12 59:17 92:20

**4:00** 90:3,5,18

**5**

**5** 30:24 39:11,15 48:21, 22 49:12 94:21

**5-minute** 61:12,14

**55-2** 47:18

**585537** 90:22

**5:00** 90:4,6

**6**

**6** 31:3 41:7,8 96:2

**7**

**7** 31:6

**712-432-3900** 90:21

**8**

**8** 31:10

**80033** 10:20

**813-879-4800** 65:3

**9**

**9** 32:4,5,20 34:17 39:12,15 41:9 44:12

**919-260-6266** 10:22

**9:08** 4:7

**9:36** 22:5

**A**

**A-N-K-A** 69:17

**a.m.** 4:7 22:4,5 100:19

**academic** 14:11 37:8 41:16 73:25 74:3

**accept** 34:1 78:6

**acceptable** 15:18

**accepted** 35:7 87:1

**access** 80:17 84:4 85:17 93:15 94:7,9 96:18

**accommodate** 90:19

**account** 37:3

**accounts** 45:23 75:7

**Accreditation** 30:16

**accredited** 30:1,15 60:2,4

**accurately** 6:4

**acronyms** 61:6

**activity** 86:20

**actual** 80:18

**additional** 48:17 64:10 90:11 94:24 95:6,8,12, 14,18

**address** 10:11,13,15 34:11 40:7,10,15,18, 21,22,25 41:4 64:23 72:17,25 73:4 79:20 80:25 81:1,8 83:11,19 89:20 95:1 96:3

**addresses** 48:8 81:2

**administer** 53:20

**administration** 40:21 43:22 74:8 90:22

**administrative** 15:7 16:9 17:19 19:5 23:4

DEPOSITION OF  KAREN LYNN BALDWIN

Index: admission–busy

75:14,15,16

**admission** 71:5,11,15 73:14 76:7

**admissions** 18:21 43:18,25 73:3,18 75:21

**admissions-based** 18:18

**advise** 89:7

**advised** 87:14

**affect** 13:7,10

**affidavit** 53:2,5 84:20, 22 87:15 89:8 90:14,16 92:25 93:3,12,21 94:3, 25

**affidavits** 52:24 86:6 89:10 91:22 93:16 94:12,15,19 99:24

**affirm** 6:3,13

**affirmations** 28:5

**ages** 10:9

**agreed** 6:22

**agreement** 8:19 38:18 39:6,7 41:13 43:9,12, 15,19

**Airport** 64:21

**allegations** 28:5

**allowed** 66:21

**Amended** 25:20 27:8, 17 47:19

**anatomy** 67:16,19,20

**answering** 9:22 17:25 18:2,15,16 23:2

**answers** 11:22,23 12:4 27:7

**apologies** 56:3

**apologize** 19:1 52:14

**appears** 63:2 83:21,24

**appended** 47:17,19

**applicant** 33:17,18

**applicants** 35:25

**application** 16:10,21 32:23 33:10,12,19 34:15,24,25 35:2,7 38:17,20 39:18 54:6 59:9 71:7,12 72:22

**applications** 18:7,8, 10,11,22 31:17 32:12 44:3 46:25 47:6 75:20

**applied** 15:25 16:1,8

**applies** 90:7

**apply** 15:22 72:9,13

**applying** 16:2 36:8

**approached** 15:23 16:24

**approximate** 15:18

**approximately** 15:13 18:13 41:3

**area** 84:21 87:16

**arm** 85:25

**arriving** 74:21

**Arts** 4:12,25 35:15

**Ash** 40:14 72:24 73:3

**asks** 84:2

**asleep** 85:25

**assigned** 53:23

**assist** 34:12 57:8 68:13 70:4,9,12,15 94:18 98:23

**assistant** 17:20 19:6 23:4 75:14,15,16

**assistants** 16:9

**assisted** 38:6 54:13

**associate** 53:24

**assume** 36:15 38:23 64:22 66:15 91:3

**assumed** 22:14

**assuming** 36:16 38:24

**Atlantic** 4:6

**attached** 31:24 47:21

**attend** 68:5 78:2,4 82:17 86:19

**attended** 42:24

**attendee** 88:22

**attending** 43:3

**attorney** 11:9,13 27:2, 20 29:8 42:12 57:22 89:3

**attorneys** 57:19 89:3

**authorized** 27:24 29:19

**Avenue** 10:19

**await** 93:11

**aware** 43:1,2 46:3,9, 12,16,19 47:8 48:13 49:12,25 52:23,25 57:15,17 58:19 62:11 71:14 72:5 92:25 97:18

---

**B**

**Bachelor** 14:25

**bachelor's** 14:12,19, 22,23,24 15:6

**back** 44:7,8,12 53:7 59:19 61:18 100:18

**background** 14:11 15:5 37:8 38:17

**Baldwin** 4:9 5:2,11 6:11 9:3,12 10:1,6 21:7 22:10 25:24 27:10,13 28:16 32:19 44:14 52:15 62:2 76:19 79:19,20 100:22 101:1

**Baltimore** 25:1 70:16

**bank** 45:23

**barely** 58:16

**based** 7:12 8:6 64:7,22 65:18 67:18 68:19 78:13 86:1 91:2,13,17 101:1

**basic** 86:18 87:5

**basically** 81:6 82:10

**begin** 87:5

**behalf** 4:21,24 55:17 83:22,25

**behavior** 50:10

**beings** 11:24

**bill** 77:4

**birth** 9:14,16 36:2

**bit** 26:1 36:25 37:16 40:5 48:22 53:7 60:21 85:22

**bits** 21:14

**black** 59:15 62:23

**blended** 87:1

**blue** 65:20,23

**book** 82:17

**bottom** 37:13 64:8

**Branch** 32:14 44:25 47:2

**break** 20:16,19,22 61:12,14 67:25

**breaking** 21:25 24:7

**briefs** 47:22

**British** 87:8

**broadcast** 88:13

**broadcasted** 78:12,17 88:13,19

**brochure** 58:6,8,11

**broken** 52:2

**brought** 8:15

**build** 77:20

**built** 78:9

**Bustillo** 53:11,16,20 54:1,6,13 58:8 98:24 99:8,11

**Bustillo's** 59:6

**busy** 85:13 86:2

DEPOSITION OF   KAREN LYNN BALDWIN
Index: C-U-R-O-C-O-counselor

**C**

**C-U-R-O-C-O** 69:10

**Cabrera** 54:9,11

**calendar** 78:13

**call** 23:1 90:7,8,11,13, 17,20 91:2 92:7,18

**called** 56:24

**calls** 85:2,13 86:3 90:2 91:7,21 92:1

**campus** 40:8 41:21 87:6,8

**can't** 59:3,16 63:17 69:7 74:13 85:15 100:11

**card** 45:17 46:10

**Caribbean** 60:5

**Caribbean-based** 17:17

**Carla** 5:1 6:25 16:25 17:1,9,12 26:18,20 46:2 75:7 90:12 95:17, 20,24

**Carmen** 5:7 6:1

**Carolina** 9:17 14:14

**case** 4:9,13,15 11:17 25:21 63:8

**catch** 51:25 66:24 69:1 85:18

**celebrating** 66:22 67:7

**ceremony** 55:4,7 66:14,18,21 67:5,12

**certified** 5:18 50:1

**challenging** 87:18

**chance** 33:24

**change** 34:2 48:20 53:9

**changed** 34:11

**Chapel** 14:15

**charge** 20:1 43:11,15, 25 45:11,12,19 50:5 62:12 73:21,22 80:16

**check** 38:17

**checklist** 59:10

**checks** 46:16,17

**children** 10:8

**choices** 35:6

**Chris** 4:24

**civil** 4:15 7:6

**class** 77:16 78:11,12, 16,17

**classes** 20:2 42:24 43:3 53:3 55:11,13 98:2

**clinical** 81:24 97:5,8, 10

**close** 66:20 97:22,25 98:3

**closer** 59:22

**coat** 55:4,7 67:12

**code** 39:8 41:16

**collaborate** 44:2

**collect** 33:9

**College** 30:16

**color** 63:1 65:9

**Colorado** 4:7 10:20 16:3 22:5,21 31:14 40:14 41:25 42:19,23, 25 43:23 45:14 46:4 61:20 100:20

**colors** 64:2,8,9,10

**column** 59:22,23

**columns** 56:7

**Colón** 31:18

**comfortable** 9:22 10:12

**commencement** 66:14,17,18 67:4

**comment** 87:3

**Commission** 30:15 60:6

**Committee** 30:1

**communicate** 74:20

**Community** 60:5

**complaint** 25:20 26:13 27:2,8,17 47:19

**complaints** 98:24

**complete** 84:22

**completely** 81:11

**comply** 51:22 52:7,20

**computer** 22:8 32:24 33:2

**conditions** 13:9

**conduct** 39:9 41:16

**conference** 50:21 51:1,4,7,10,15,19 56:16 61:23 62:6,8,13, 16,20,21,25 63:10 64:1 68:2 90:2,13,17 91:2,7, 21 92:1,6,7,18

**conferences** 64:16 68:6 91:15

**confirm** 74:13 85:16 100:11

**confirmations** 93:14 94:7

**confused** 56:4

**connect** 77:19

**connecting** 77:17

**connection** 18:24 52:15

**consequences** 12:21

**consulting** 84:20

**contact** 56:21 82:19 84:10

**contacting** 84:25 86:5,8

**content** 26:24 43:8

**continue** 5:13 6:21 8:16 37:12 38:9 44:6

**46:21 87:11**

**continued** 93:17

**contract** 41:14

**contrast** 59:13

**control** 32:10 44:22 45:5 46:24 47:14 58:23

**coordinate** 21:2 54:5 68:4 77:1,3 82:11

**coordinating** 64:24 82:2,13

**copy** 7:16

**corporations** 55:17

**correct** 7:12,24 9:13 11:18 13:3,4,14,15 14:20 16:6 17:2,7 18:13,14,23,25 20:24 23:19,22 27:21,24 28:6,25 29:1,17,18,20 30:7 32:1 33:13 34:7, 22 35:4,21,22,25 36:1, 3,5 37:10 38:16,18 41:1,2,21,22,23,24,25 42:1 43:24 44:1 49:19, 20 50:6 53:1,4 60:24 62:16,18,19 64:13,17, 21 65:10,14,17,21,25 66:6,9,16 69:23 72:21, 22,25 73:15,16,19 74:1 75:8,9,15 76:14,16,20, 21 77:6,18 79:24 80:1, 4,5,11,12 83:2,7,8 84:12 86:12 88:4,5,9, 11,14 89:20,21,23,24 91:7,8 92:22,23 95:1,2, 4,5 96:13,14 97:9

**corrections** 7:11

**correctly** 12:3 36:12 66:13 72:16

**correspond** 64:9

**couldn't** 58:20 61:1

**counsel** 4:22 7:17 87:9 88:24,25 93:8,20 94:16 95:23,25

**counselor** 4:20 8:18 22:7 27:16,20 28:24 29:19 100:21,23

**couple** 49:10 64:10

**courses** 76:24 77:2

**court** 4:14 5:5,6,15,20, 22,25 6:6 24:5 25:12, 13 26:2 27:10,18 28:9 32:3 47:22 52:3 61:21 63:5,8,16 66:25 67:10 69:3,9,12,15,19,22,24 78:24 79:1,4,9 85:20 101:21,25

**create** 78:3 80:23 92:7

**creating** 73:22

**credit** 45:17 46:10

**criminal** 12:21 13:2

**criteria** 66:20

**Cruz** 76:9

**CS** 97:3,7

**current** 87:11

**custodian** 31:24

**D**

**Dallas** 65:20,25 66:8 70:8,10 98:13

**Dallas-fort** 24:18

**Daniela** 54:9,11

**data** 34:8

**date** 7:22 9:14 15:15 36:2 47:16 78:7 87:24

**dated** 83:6 89:19 92:21 101:14

**dates** 54:24 64:9,15,16 65:13,14,23,24 66:11, 12,15 91:3 99:4

**David** 43:17,23 44:2 71:16 73:13

**day** 90:17

**days** 7:9,21

**de** 31:19

**deal** 55:10 76:6

**dealt** 55:9 73:14,18 75:10

**dean** 53:24

**Dear** 86:14,17 89:25 92:24 94:22

**December** 25:21 27:11

**declared** 9:6

**defendant** 7:17,20

**defendants** 4:13

**Defendant's** 27:7

**degree** 14:16,23 36:7 42:15,17

**degrees** 14:18,21 36:14

**delegate** 84:10

**delegated** 45:13,22

**Delgado** 5:7 6:1

**delivered** 86:25 88:1

**delivering** 71:5

**delivery** 86:18

**demanding** 11:16

**demonstrated** 61:6

**Denver** 40:14 72:25

**department** 73:3

**depo--** 8:5

**deponent** 5:10,11,15, 21 6:7,8,10,17 7:8 8:7, 25 9:9 21:13 24:6 52:9 58:15,19,25 59:3 60:17 61:11,15,22 67:4 69:7, 11,13,16,20,23 70:1 101:15,19

**deposition** 4:9,17,19 5:4,9 6:5,16 7:4,10,15, 24 8:4,16 11:3,8,14,18, 20 28:11,25

**depositions** 6:25 8:12,14

**description** 59:25 60:9

**details** 82:15

**determine** 90:7

**Dial** 90:21

**dial-in** 91:9 92:12

**dialogue** 58:7

**didn't** 12:9 24:5 26:7 52:1,9 55:10,13 69:4, 13 85:20 86:19 96:7

**difference** 93:5

**digitally** 7:15

**diligently** 85:1

**direct** 8:23

**directly** 95:23

**Director** 75:7

**Directory** 30:21 49:5, 9,14

**disasters** 86:23

**discover** 11:19

**discuss** 26:23

**discussing** 97:4

**discussion** 87:10

**distribution** 80:9,19, 21,23 83:12 84:5,7 86:12 89:23 95:3 96:13,16

**district** 4:14,15 35:14, 17

**doc--** 31:6

**doctorate** 42:17

**document** 25:19,21,25 27:6,11,14,24 28:1,4, 14 34:1,2,4,5,6,9 37:15 38:20,22,25 39:19,20, 21 41:8,11,18 42:18 43:8 64:4 72:6,10 93:9

**documentary** 47:21, 25 48:3

**documents** 18:5,6,9 29:4,7,17,24 30:2,13, 19,25 31:4,7,10,13,16, 24 32:6,8 33:10 38:11,

14 44:10,16,20 45:1,3 46:22 47:3,12 48:5,23 75:19,21,22 76:1

**don't** 9:23 12:20 13:2, 3,17 15:15 16:13,16,21 18:20,24 21:17 26:5 30:2 38:22 46:11 47:3 48:19 49:23 52:2,6,17 53:6 54:18,24 56:8 59:13,17 62:14 63:2 65:8 66:14 67:13 68:16,17 69:5,17 71:8 75:3 83:3 86:7 87:14 89:7,13,17 91:3,23 92:8 99:1,3,13,16,19 100:12,20,21

**Doubletree** 64:20

**drafting** 43:8

**drink** 13:24 14:1

**drop-down** 35:4

**due** 86:19

**duly** 5:17 6:18 9:5

**duties** 17:20,23 19:18 22:16 75:6

**E**

**earlier** 38:15 67:24 72:15 75:5 79:23 80:15 88:3 97:20 100:5

**early** 87:7 93:10

**easier** 63:4

**Eastern** 90:4,6,18

**ECF** 47:18,19

**ECFMG** 30:22 49:13, 18,22,24,25 50:5,8,12, 18,23 51:11,23 52:20, 23 53:7 56:14,22 57:4, 9,12,16 63:8 74:1,4 84:19 86:6,15,17 87:4, 10 89:11 90:15 93:1,15 94:8,9,24 95:18 97:18 98:18 99:5,8,12,15,17, 21 100:1,12

**education** 15:8 30:2 32:13 37:21 44:24 45:7

47:1

**Educational** 60:6

**effect** 97:22

**Einstein** 68:22 69:4 70:7

**eligible** 100:6

**email** 10:23 16:12 50:12 57:3 79:7,20,24 80:4,6,8,13,17,18,25 81:1,2,3,10,11,17,21, 22 82:25 83:6,9,10,14, 18,20,25 84:3 86:10,11 87:19 89:19,20,22 90:12,23 91:2,13 92:20 93:14,19,23,25 94:7,25 95:1,17,20 96:2,4,8,12, 15,20,21 101:1,2,6,11, 14

**emailed** 57:2

**emails** 18:1,2,15,16 23:3 37:5 57:1 73:12 79:17 83:17 85:2,12,14 86:3 97:17

**employee** 74:11

**employees** 22:21 73:22

**end** 85:4 97:17 98:22

**ending** 100:15

**Enny** 31:19

**enrollment** 38:18 39:6,7 41:12 43:9,12, 15,19

**enter** 33:14,16

**entered** 33:21 36:21

**entering** 37:9

**entities** 60:5

**entity** 49:8 50:1

**entries** 34:8

**errors** 7:12,13

**essentially** 19:21

**established** 60:3

**ethics** 39:8

**everyone's** 21:9

**evidence** 11:19 47:15, 21,25 48:3

**exact** 66:15

**Exam** 50:3 82:5,7 100:3,10

**examination** 8:24 9:7 101:3

**examined** 9:6

**exams** 87:12

**exchanged** 7:15

**exchanging** 57:1

**Excuse** 25:13

**excused** 6:20

**exhibit** 8:17 25:12,14, 19,25 27:5,6 28:9,10, 18 29:12,14 32:4,5,20 34:17 39:12,15 41:9 44:7,8,12 48:21,22 49:12 55:23,24 56:6, 10,13 58:1,2,4 59:21 61:10,22 62:3 63:6,7, 11,12 64:1 70:24 71:2, 19,20,25 72:11 73:6,7 78:22 79:7,10,11,12,17 89:18 98:4

**exhibits** 7:18 8:10,11, 14,15 44:6 47:17,19 63:9

**existed** 30:9

**experience** 11:3 15:5

**experts** 84:20

**explain** 11:13 12:14 17:12,15,20 42:11 49:21,24 50:25 51:10 62:21 64:5,11

**explaining** 39:16 43:11,15 44:13

**explored** 87:17

**extent** 56:25

**extra** 84:23

**F**

**fact** 57:18 66:22

**faculty** 68:8,13 70:9, 12,15

**fail** 15:17

**failed** 52:10

**fair** 16:16 88:17

**faithfully** 6:4

**fall** 85:25

**familiar** 26:9 73:8,9 84:7

**fast** 58:20

**faulty** 19:1

**favor** 47:1

**federal** 7:5 63:8

**fee** 38:17,20 39:16,18, 20

**feedback** 101:17

**feel** 13:17,18

**fees** 38:25 39:17

**file** 27:24

**filed** 4:13 18:4 25:20 27:9,10,17 28:7 29:9 57:12,16 63:8 76:3

**filing** 17:25 18:2,3 28:2

**filings** 75:18

**fill** 33:18

**filled** 37:21

**finance** 37:20 75:22

**finances** 75:10

**find** 73:9 92:11

**finish** 73:1

**finished** 81:18

**flip** 63:15

**Florida** 31:4 41:23 42:19,23,25 43:2 64:13,17,20 68:14

**flows** 21:23

**focused** 68:21

**follow-up** 45:10

**Foreign** 60:7

**form** 8:2

**format** 32:11 44:22 45:5 46:24 47:14 87:2

**forms** 87:15 89:8

**forward** 84:2,11,21

**forwarding** 83:14

**found** 92:6

**foundation** 30:7

**free** 13:18

**FRIDAY** 4:2

**frozen** 21:9,17,18

**full** 5:24 6:9 9:10 49:6

**functions** 17:21,23 19:19 22:16

**fuzzy** 60:17,25

**G**

**gain** 40:2

**gained** 46:6 99:21

**Garden** 65:17 66:3

**gender** 36:3

**gestures** 11:24

**give** 10:13 13:25 15:18 51:8 58:23

**giving** 77:16 78:10,16

**gladly** 13:25

**goal** 85:3

**Good** 4:5 5:16

**grade-reports** 76:1

**grades** 76:15

**graduate** 53:17,18 54:12 66:21 67:7

DEPOSITION OF   KAREN LYNN BALDWIN

**graduated** 100:7,8

**graduates** 60:7 87:11 90:1

**graduation** 66:8,12

**grammatical** 7:13

**Grant** 10:4

**green** 64:12,16

**grey** 59:16 87:16

**grounds** 8:7

**guess** 14:25 20:14 26:4,9 43:17 54:24 71:8

---

**H**

---

**hand** 5:23 6:1,8,11

**handle** 18:9 24:10 25:4,8 45:14 46:1 47:5 55:13 72:20 75:22,25 77:15

**handled** 72:2 75:18 76:12,17 78:8 96:8

**handling** 23:18,23 24:2 44:3 55:19 98:24

**Hang** 85:23

**happen** 84:2

**happened** 97:19 100:1 101:16

**happening** 85:7 87:24

**hard** 59:14 62:24 63:13

**haven't** 14:5 35:8 91:22

**head** 40:11 68:18 91:4

**Health** 36:10

**hear** 12:9 19:3 21:8 22:10 26:7 51:17,21 52:19 67:9 69:14 96:7 101:18

**heard** 12:24 18:25 24:4 49:8,18 51:24 52:8,17, 21 55:3 94:22

**held** 66:3 91:3

**helped** 19:20 53:22 56:15 91:6

**helping** 20:25 22:18 54:2 84:21

**he's** 27:23 84:25

**Hickling** 76:9

**Hill** 14:15

**Hilton** 65:16 66:3

**holding** 90:13

**hope** 90:8

**hotel** 64:21 65:17

**hours** 13:6

**Huffman** 43:17,23 44:2 71:16 73:13

**human** 11:24

---

**I**

---

**ID** 90:21 91:9 92:12

**idea** 42:13

**identification** 9:24 10:18 11:1 79:13

**identified** 27:6 80:15

**identify** 4:18,23 5:5,14 8:25

**inbox** 85:16

**incident** 87:3

**included** 49:13 63:10

**includes** 88:7

**individually** 95:23

**infer** 91:24

**information** 18:19 33:10,12,14,16,21,25 34:10,15,25 35:1,11, 12,23,24 36:21 37:4,10 40:1,13 50:13 51:8,22 54:6 65:19 72:3,19 85:4 86:15 90:10 91:10 93:10,11 94:2,24 95:7, 8,12,14,18 99:24

**instruct** 51:21 52:19

**instructed** 95:13,19

**instructing** 52:6

**instructional** 87:2

**instructions** 90:20

**intend** 48:9

**interact** 54:2

**interactions** 74:14,17

**interactive** 86:25 88:2, 6

**interest** 84:24

**international** 50:6

**interpret** 64:7

**interpreted** 62:22

**interpreter** 5:20

**interprets** 64:6

**interview** 16:24

**interviewed** 17:9,19 50:18

**investigate** 50:10

**investigating** 56:14

**investigation** 50:23 51:11 52:20 53:8 56:23 57:5 97:18 98:19 99:5, 8,12,15,18,22 100:1

**invite** 90:1

**invoices** 55:21

**involved** 22:23 24:12, 17,21,25 30:6,12 37:25 38:2 43:7 45:16 49:24 50:17,20 55:6,16 56:18 57:1,7,11 71:4,10

**involving** 22:20

**irregular** 50:10

**island** 82:1

**Islands** 87:8

**issues** 22:6 52:14

**item** 31:25 32:6 44:15 48:24

**items** 44:11 59:9

**it's** 4:6 7:20,23 9:24 12:2,6 16:16 18:24 19:2 21:18,25 22:4 33:23 34:3,5,17 35:3 38:23 39:8 49:5,6 52:2 58:15 59:13,14 60:17, 25 61:19 62:23 63:11, 13 66:19 67:18 75:3 77:10,12 80:9,18 81:6, 24 83:12,16 85:3,23 89:18,19 96:20 101:1, 17

**I'll** 4:18 13:19 81:18

**I'm** 4:22 5:4,9,13,17,20 6:21 7:2 8:23 9:20,22 10:12,16,25 11:21 12:3 14:10 15:10 21:13,22 25:11,18 26:9 28:8,22 29:22 31:22,25 32:2 36:12 42:11 43:1 46:16 52:14,15 54:23 55:23 56:4 57:25 58:10,16, 17,19 61:21 63:4 68:15,23,24 69:13,18, 21 70:20,23 71:23 79:5 81:16 86:1 96:7 100:11,13 101:9

**I've** 51:24

---

**J**

---

**January** 87:9

**Jesús** 31:19

**job** 15:5,25 16:1,2,7,24 17:10 75:6,11

**jobs** 15:7

**join** 90:16

**José** 53:10,16

**Judgment** 47:17 63:7

**July** 9:15

---

**K**

---

**Karen** 4:9 5:2,11 6:11 9:3,11,12 10:1 76:19

DEPOSITION OF   KAREN LYNN BALDWIN
Index: karen.baldwin–mentions

79:20

**karen.baldwin** 82:19 89:20 92:21

**karen.baldwin@usat. edu** 80:1 83:7

**karen.baldwin@usat. edu.** 10:24

**key** 64:8

**kind** 19:25 20:8 34:4 39:8 62:24 77:24

**kindly** 11:22

**knowledge** 27:16 35:18 40:2 42:14,22 43:16,18 46:6 47:20 48:18 53:8 94:11 99:21

**Konyk** 5:2 6:25 16:25 17:1,9,12 26:18,20 27:9 46:2 48:16 50:22 51:6,14,18 56:17 75:8 84:9 90:12 92:10,17 94:13 95:17,20,24 99:11,17

---

**L**

**lab** 67:16,19,20

**labeled** 31:25

**late** 52:25

**lawsuit** 26:13,16 57:11,15

**learning** 42:14

**leave** 32:16 92:10

**lecture** 61:23 62:6,8,16 63:10 64:1,16 65:24 68:1 76:25 88:11,18

**lectures** 65:14 66:2 86:25 88:1,8

**lectures@usat.edu.** 96:3

**left** 59:4,25 92:10

**left-hand** 59:22,23

**legal** 26:22 27:23

**letter** 71:11

**letters** 71:5,15

**letting** 82:14

**let's** 21:23 30:13 36:25 37:12,13 38:9 39:10 44:5 46:21 48:20 49:11 59:20 61:9 63:3, 16 69:7 70:20 71:19 72:8 73:5 78:21 83:5 89:18 92:20

**Liaison** 30:1

**license** 86:21

**licensed** 60:3

**Licensing** 50:2 82:5,7 100:3,10

**limit** 82:20

**link** 78:2,4 79:6

**Lisa** 31:18

**list** 48:7,8,10 56:7 80:9, 19,21,23 81:7 83:12 84:7 86:12 89:23 92:22 95:3,4 96:13,16

**listed** 30:20 60:6 81:3

**lists** 84:5

**live** 76:24 77:9 78:11 86:25 88:1,6,8,10

**live-action** 77:8

**loan** 46:25 47:5,9

**loans** 37:24,25 38:3,7 47:9

**located** 23:24 24:1,13, 16,18,20,22,24 25:3,7, 9,10 67:21 83:1,4

**location** 53:21 54:20 64:13,20,25 65:10,16, 20 70:3 88:18 98:7,10, 13,16

**locations** 23:25 42:23 68:10 78:12 88:9,14, 20,22 97:23

**login** 51:8

**logistics** 19:21 20:4,5,

12,17 23:18,20,23 24:2,10,13,17,21,25 25:4,8 55:10 67:24 68:4 77:16

**logo** 59:7

**long** 19:9 41:3 62:17

**longer** 100:6

**looked** 101:2

**Loraima** 31:19

**lot** 83:17 85:12 86:4

**louder** 24:9 83:23 85:22

**Lucero** 31:18

**lunch** 20:8,16,20,22 67:25

**Lynn** 6:11 9:3,11,12

---

**M**

**Maestro** 33:6,7,8 59:11

**mail** 45:20 46:7,16 73:2

**mailed** 72:24

**Maire** 34:18

**Majors** 74:24 75:1

**make** 7:11 11:23 20:21 63:3 65:6 81:6

**making** 20:6,7,15,19 22:18 91:20

**manager** 22:15,17 23:7,13

**managing** 22:20

**Manuel** 53:10,16,19 59:5

**marital** 9:18

**mark** 8:17

**marked** 25:19 79:11, 12

**married** 9:19,20 17:4

**Martínez** 5:7 6:1

28:13 32:16 37:1,14,17 40:5 44:18 46:22 52:1 56:4 58:2,13,18,22 59:23 60:15 63:14 66:24 69:1 81:4 85:19 98:4

**Mary** 76:9

**Maryland** 31:7

**Masters** 36:10

**Match** 87:13

**materials** 32:9 44:21 45:4 46:23 47:13

**matters** 9:23 18:21

**MD** 42:2,5,8,15 60:7

**means** 12:12,16,17 36:9 42:6 67:17 80:22 97:7

**meant** 18:3

**mechanism** 11:19

**medical** 17:17 29:25 30:1,15,19,21 31:7,11, 14 32:11,14 37:20 42:11,17 44:22,25 45:8 47:2 49:5 50:2 60:7 82:5,7 100:3,10

**medications** 13:5

**meet** 11:7 53:9 54:8 57:19,22 67:6 74:21

**meeting** 66:20 77:22 80:24

**meets** 30:22

**members** 20:9 68:9,13 70:9,12

**memory** 15:17

**mention** 66:17

**mentioned** 14:19 19:22 20:4,21,25 21:1 23:17 31:23 38:15 55:9 56:15 60:23 73:14 74:3 75:13,17 80:20 91:6

**mentioning** 72:15

**mentions** 42:18 94:6

**message** 83:15 84:15 86:16

**messages** 84:11

**met** 54:8 66:19 67:5

**metallic** 67:2

**Miami** 24:14 43:3 65:10,14,16 66:9 67:21 70:3,5 78:17 97:23 98:7

**mind** 84:24

**minutes** 100:14

**misunderstood** 82:10

**modify** 33:25 34:10 35:16

**modifying** 34:12

**moment** 13:16,23 14:1 47:25

**money** 46:19

**Montserrat** 25:9 40:8, 10 41:21 74:7 75:4 82:1,3,12 83:2 86:19, 20 87:7 98:20

**Moody** 73:17

**morning** 4:5 5:16

**Motion** 47:17 63:7

**motions** 47:22

**mouth** 12:5

**move** 19:18 84:21

**MPH** 36:9

**multiple** 88:19,22

### N

**Nadine** 76:9

**names** 36:5 48:8 68:16,20 70:5,18 73:11 76:10,12

**natural** 86:23

**needed** 18:1 20:6,16 76:2

**Nieves** 31:19

**North** 14:14

**notary** 5:13,18 6:20 9:5

**notes** 36:17 49:7,13,16 100:14

**Notices** 28:10

**notification** 7:22

**notified** 28:23 29:3

**notifying** 50:9

**Notwithstanding** 8:3

**November** 94:21

**number** 4:16 10:21 30:13,24 31:3,6,10,23 34:11 45:3 47:12,18,19 56:10 65:3,4 90:21 91:9 92:6,12 94:21

**numbering** 8:16

**numbers** 48:9 73:11 91:10

**numerous** 85:2

### O

**oath** 5:14 12:11,12,15, 20 13:3

**oaths** 5:19

**objection** 8:4,5

**objections** 8:1,2

**obtain** 40:1

**obtained** 14:13,16

**obtaining** 38:6 47:9

**occasionally** 22:25

**October** 87:7 92:21

**offense** 13:2

**offenses** 12:22

**offered** 76:24 96:22

**offering** 87:5 97:13

**office** 22:15,17,18,21

23:6,13 40:14,21 43:22 86:5

**offices** 72:20 99:2

**official** 73:2

**officials** 38:5 50:18 73:21

**oldgmail@usat.edu** 83:10

**Olveston** 40:8 41:20

**on-island** 74:19 86:22

**online** 16:21 33:9,19 72:9,13,22 76:24 77:2 92:6

**open** 97:24

**opened** 54:23

**operations** 19:14,17, 19 21:4,11,24 22:14 23:21

**opportunity** 81:24

**opposing** 4:22 7:16

**options** 36:13

**order** 7:10 8:25 50:1 66:16 82:4 84:21 90:18

**orders** 46:19

**Orien** 5:1 7:1

**original** 64:3

**Ortiz** 53:10,16,20 54:1, 6,13 58:8 59:5 98:23 99:7,11

**Osteopathic** 30:16

### P

**P-R-O-C-E-E-D-I-N-G-S** 4:3

**p.m.** 61:19 90:4,5,6,18 100:19

**pages** 26:4,6,8 73:23

**paid** 38:23

**Paola** 31:20

**paper** 26:21,22 32:9 40:12 46:22

**papers** 44:16,20 45:4 47:13

**paragraph** 60:4 85:6, 11

**parentheses** 30:6

**parenthesis** 44:10

**part** 32:6 34:14 35:17 36:7,14 37:3 58:12 63:13 71:7,11 76:7 77:15 81:12 86:8

**participant** 90:21 91:9

**participating** 55:6

**participation** 92:12

**parties** 6:23 7:8,14,19, 25 8:9

**party** 8:3

**passed** 37:15

**passes** 15:17

**past** 49:10 86:19

**patience** 87:18 93:17

**Paulsen** 4:24 8:20 21:18 27:16,20 28:7 29:19 81:5 100:23,24 101:4,17

**Paulsen's** 22:7

**paying** 67:19

**payments** 45:6,14,17, 19,23 46:1,3,6,9,12,15, 25 55:20

**PDF** 34:3

**Pennsylvania** 57:9,13 63:9

**people** 20:6 73:20 80:23

**percent** 61:1 68:24 75:2

**perjury** 12:24 13:1

**person** 10:1 16:23 36:20 38:2 43:14,21

45:25 53:10 62:11 71:14 72:5 73:13,17 80:16 83:20 84:6

**personal** 35:23,24 80:3

**persons** 4:18 48:17 81:7 92:17

**Peña** 4:10 31:17 34:18

**Philadelphia** 57:16

**phone** 10:21 34:11 56:24 73:11 85:14

**phones** 22:25

**phonetic** 68:23 69:5

**pick** 80:25

**place** 9:16 78:7 90:3,5

**plaintiffs** 4:11,21 29:3 31:17 32:12 44:24 45:7 47:1

**Plaintiff's** 27:8

**plan** 37:20

**platform** 87:1 88:2,7, 15 92:8

**pleased** 93:12

**portion** 87:6

**portions** 34:1

**position** 16:7 17:19, 21,24 19:5,8,13,19 21:5,7,11,24 22:13 23:7

**possess** 44:25 47:3

**possession** 32:10 44:17,21 45:4 46:23 47:13

**Possibly** 57:2

**potentially** 96:22

**preliminary** 8:24

**prep** 81:25 82:7,9,12, 21 96:21,25 97:5,13 101:13

**prepare** 11:8 39:21 41:18 58:8

**prepared** 39:23 40:2 58:6 62:9 72:6 91:11 94:12,15

**preparing** 62:12 94:18

**prepay** 67:16

**present** 51:13 91:25 92:2,19

**presently** 23:9

**president** 17:1,6

**prestigious** 60:1,2

**pretty** 10:2

**printed** 76:2

**prior** 6:25 8:12 11:2 73:23 77:12

**private** 36:17

**privilege** 8:3,7

**procedure** 7:6 71:7

**procedures** 71:12

**proceed** 5:19 26:17 27:1 87:12

**proceedings** 6:3 57:8

**production** 29:17 32:5,7 44:9 48:23

**professor** 77:16,20 78:10,16 88:21

**professors** 68:5,8 70:4 88:8

**program** 29:25 36:8 42:2,5,8 87:6

**promoted** 19:11,13 21:5,12 23:7

**propose** 47:15

**Prosper** 31:20

**provide** 85:3 90:9 93:9 94:23

**provided** 7:16 92:14

**provision** 86:21

**Psychology** 14:25

**public** 5:18 9:5 36:10

**Puerto** 4:7,15 5:18 22:4 25:5 31:1 32:13 36:17 44:24 45:7 47:2 53:21 54:3,14,17 55:14 57:5 58:7 61:19 70:13 71:18 96:23 97:14 98:16,23 99:2 100:19

**purple** 67:15

**purpose** 5:8

**purposes** 4:17 5:3 9:25 10:18 11:1 25:17

**pursuant** 7:5

**putting** 34:10

---

**Q**

**question** 8:8 9:23,25 10:2 13:17,19,20 14:4, 6 21:22 22:12,13 45:10 52:16,18 53:9,15 60:18 64:3 71:24 78:10 81:19 100:25

**questioning** 86:17

**questions** 8:24 11:1, 16 12:18 13:14 14:9 15:4 56:22 74:22 90:9, 11 100:22

**quick** 61:12

---

**R**

**raise** 5:23 6:8 8:4

**raised** 6:24

**raises** 5:25 6:10

**read** 40:12 58:16,20 59:3,15 62:24 81:11, 13,14,15,16,20,21 89:16 90:23 94:4 96:20

**reading** 73:1 83:24 85:6,11 86:1 87:19 91:23

**reasons** 86:24

**recall** 16:13 19:10,16 35:8 36:15 41:3 46:8, 11 49:11 50:8,11,12

51:3 52:6 53:19 57:6 61:5 63:2 66:13 68:12, 15,16,25 69:17 70:5 72:16 82:24 83:13,16 84:14,17 86:4 87:23 89:13,14,17 91:4,16,23 92:2,3,4 94:4 95:7,12 96:6 97:4,12 98:22,25 99:6,9,13,16,19 101:7

**recalling** 36:12

**receive** 33:11 45:22 77:5 79:8

**received** 26:16 32:12 45:6,14 46:4,10,13,15, 25 53:5 57:3 72:21 77:4 90:14,16 91:21 93:7,14 94:6 99:24

**receiving** 26:12,15 45:16,19 46:1 50:13 85:3,12 86:2

**recess** 13:24 14:1,6 21:19 22:2 52:11 61:16 63:18 79:14 100:16

**recognize** 25:24 27:13 28:16 29:14 32:19 34:19 39:3,11 40:15 49:2 55:24 56:8,11 58:4,11 59:5,6,9,18 60:8 62:2 65:3 71:2,20 72:1 73:6,10 74:8,24 76:9 96:4

**recollection** 51:1 68:19 85:7 87:20 89:9 90:25 91:14,20 93:2,19

**record** 5:24 6:3 7:2 8:23 12:1,2 25:18 34:16 44:13 61:18 100:18

**recorded** 11:21

**records** 32:9 44:20 45:4 46:23 47:13

**recruit** 98:6,9,12,15,19

**red** 49:16 66:5,11

**refer** 95:22

**referring** 20:5,22 35:12 42:20 46:16 74:5

76:23

**reflect** 6:22

**reflected** 8:22

**reflects** 32:11 44:22 45:6 46:24

**reformulate** 13:19

**refrain** 84:25

**refresh** 85:7 87:20 89:8 90:24 91:14,19 93:2,19

**regard** 74:15

**register** 55:17

**registrar** 76:8

**registrations** 44:23

**regulations** 41:17

**Reil** 57:23

**related** 18:6,21 20:9, 12,17 24:13 29:24 30:2,14,19,25 34:9 44:23 55:20 68:1

**remember** 15:15 16:16,20 19:15 26:12, 15 40:20 54:16,18,24 66:14 68:20 69:8 85:10,13 86:7 87:19 89:2 91:1,19 93:5,25 99:1,3,7

**remind** 12:6

**rented** 97:25

**repeat** 19:2 52:3,16 67:1

**rephrase** 13:19 45:12

**reply** 79:6

**reporter** 5:5,6,15,20, 22,23,25 6:6 24:5 25:12,13 26:2 28:9 32:3 52:3 61:21 63:5, 16 66:25 67:10 69:3,9, 12,15,19,22,24 78:24 79:1,4,9 85:20 101:21, 25

**representative** 27:23

**request** 11:22 29:7,16, 23 32:7 44:9 84:19

**requested** 28:24 92:25 94:1

**requesting** 29:4

**requests** 51:23

**require** 86:22

**requirements** 30:22 37:16 67:6 73:25 74:4

**researching** 84:19

**reservation** 65:2,7

**reserve** 82:18

**reserved** 8:1

**residential** 10:15

**resolve** 22:7

**response** 29:8,20 32:7 44:9,11 47:16 48:23

**responses** 29:7,16

**responsibilities** 75:12

**rest** 81:8,21 84:3 92:15

**restored** 93:15 94:7

**restroom** 61:12

**results** 97:19

**retain** 27:1

**return** 87:14 89:7,10

**review** 7:9 26:3 28:1 29:9 34:2 44:11 58:10 82:3 93:8 100:14

**reviewed** 93:16

**reviewing** 28:4 93:20

**Rican** 71:18

**Rico** 4:7,15 5:19 22:5 25:5 31:1 32:13 36:18 44:24 45:8 47:2 53:21 54:3,14,17 55:14 57:5 58:7 61:19 70:13 96:23 97:14 98:16,23 99:2 100:19

**Ridge** 10:19

**Rivera** 4:5,21 5:3,8,12, 16,17 6:2,7,12,18,19, 20 8:21 9:8 21:16,21 22:4,9 24:4,8 25:11,15, 23 27:4,12 28:12,15 29:11,13 31:19 32:2,18 36:25 37:2,12,18 40:4, 6 44:5,19 48:20 49:1 51:25 52:5,13 56:2,5 57:25 58:3,13,17,22 59:2,19,24 60:13,19,22 61:9,13,18 62:1 63:14, 20 66:23 67:11 69:1 70:2,19 71:1 78:21,25 79:2,5,10,16 85:18,21 98:3,5 100:13,18,21 101:23

**Robinson** 70:6

**Rodríguez** 31:18

**room** 80:24

**Rosado** 31:20

**rotations** 81:25 97:5

**rows** 56:8

**Rules** 7:5

**run** 22:18

**résumé** 16:11,12,19

**Ríos** 4:21

---

### S

**S-A-I-N-V-I-L** 70:1

**S-A-I-N-V-I-L-L-E** 69:25

**S-C** 69:12,15

**S-C-R** 69:11

**safety** 86:24

**Sain** 70:1

**Sainvil** 68:23 69:20,22 70:7

**sake** 7:2 9:24

**saved** 33:23,24

**saving** 34:6

**schedule** 21:1 39:16, 20 61:23 62:9,13,20, 22,25 63:11 64:1 77:4, 5 82:11

**scheduled** 62:6,16

**schedules** 68:2

**scheduling** 19:20,23 20:2 55:10,11,13 67:24 78:5

**schematic** 63:1

**school** 17:17 29:25 30:15,20 31:1,4,8,11, 14 32:11,14 35:11,12, 13,15,19 39:1 44:23,25 45:8 47:2 49:7 54:3,14, 17

**school-related** 76:1

**schools** 30:21 49:6 60:8

**science** 4:11,25 15:1 35:15 87:5

**sciences** 86:18

**Scipio** 74:8 75:4

**Scranka** 68:22 69:11 70:6

**screen** 28:17 32:20 49:2 81:14 97:21 101:20

**screenshot** 32:25 33:2,3

**scroll** 36:25 39:13 44:17 48:22 58:14,23 60:14 71:21,23 81:20 86:9

**seal** 60:15,20,23 61:3,5

**Sean** 73:17

**section** 34:16,25 35:1, 11,16 36:14 37:15,19, 21 38:10,11 90:23

**selected** 78:3

**seminar** 20:23

**seminars** 43:4,6 64:25 68:5

DEPOSITION OF   KAREN LYNN BALDWIN

**send** 16:10 72:19 81:1, 2,7 83:20 84:11 95:11, 13,17,19

**sending** 52:24 71:10 79:5 83:13,16 84:15 85:14 86:6 89:22

**sentence** 89:6 93:1

**separate** 91:15,16

**September** 50:21 51:15 56:16 60:3 83:6, 18 84:14 85:8 86:10,11 87:21,23 89:4,19 90:3, 5,17,24

**serve** 29:20

**served** 26:21 29:9

**server** 92:22

**services** 74:23 93:15 94:8,9

**set** 14:9 15:4 38:25 51:3 53:22 56:15 79:17 91:6 92:5,9

**setting** 77:21 92:3

**shade** 65:23 66:5

**shaded** 64:15 65:13 66:11

**sharing** 70:20,21

**sheet** 34:23

**shell** 77:21 78:3

**she's** 17:4 21:17 34:23

**show** 25:12 27:4 28:8, 9 29:11 48:21 55:23 58:1 61:22 70:24 101:6

**showed** 39:3 61:6 100:4

**showing** 25:18

**shown** 81:14 97:20

**shows** 34:16

**side** 60:14

**sign** 67:16

**signature** 7:20

**signing** 67:18

**similar** 23:2 59:10 96:24

**single** 9:19

**sit** 85:24

**sites** 97:10

**situation** 87:16

**skills** 97:8,11

**skip** 30:12 59:17

**slowed** 66:23

**small** 58:15 59:4

**software** 32:24 33:3,5, 11,22,23 37:7 56:7 72:14,17

**softwares** 55:20

**solely** 75:19

**solemnly** 6:2,12

**sort** 96:24

**sound** 12:2 21:14

**sounds** 86:1

**space** 82:18 97:25

**spams** 81:8

**speak** 24:9 26:20 51:5 78:11 85:22 99:10,14 101:23

**speaking** 50:22 51:14 56:17 101:22

**specific** 15:15 68:9

**specifically** 37:6

**speculate** 75:3

**speed** 58:24

**spell** 69:8,17

**spelled** 69:6

**spoke** 26:18

**sponsor** 49:7

**spouse** 9:21 10:3

**staff** 19:24 20:9 21:1 23:20 24:3,11 80:14

84:4 96:9,11

**Standard** 4:6

**start** 8:23 15:11,22 41:12 51:2 79:18 94:25

**started** 15:21 19:6 23:3 30:10 39:24 40:22,24 54:17 55:2

**starting** 51:6 55:1

**starts** 85:25

**state** 5:10,23 6:8 7:3, 10 9:9

**stated** 75:5 79:24

**states** 4:14 23:25 29:25 30:14,20 50:2,15 82:4,7 86:14 100:3,9

**status** 9:18 35:2,7

**Step** 81:25 87:12 97:3

**Stephanie** 74:23 75:1

**stipulate** 7:14,19,25 8:9

**stipulations** 6:22,24 7:3,7 8:19,22

**stop** 70:20,21

**straightforward** 43:20

**Street** 40:14 72:24 73:3

**strongly** 87:14 89:7

**structure** 54:2

**student** 18:8,17 34:13, 21 35:23 36:24 37:3,9, 25 38:3,4,6 39:9 41:15, 17 42:12 47:9 55:20 74:23 75:7,18 98:24

**student-related** 20:15

**students** 18:7 20:13, 18,23 21:2 22:24 23:1, 18,24 24:2,10,13,15, 18,19,22,23 25:1,2,5,6, 8,10 37:22 42:23 43:3, 12 47:8 50:1,6,14,22 51:14,18,22 52:7,19,24 53:3 56:18,21 66:19

67:5,25 71:5,11,18 72:18 74:19 75:23 76:13 77:17 82:2,11,20 83:1,3,9 84:3,10,12,16 86:5,14,17,19,22 87:11 89:10,25 90:14,15,19 91:21,22 92:24 93:14 94:1,6,8,12,18,22,23 95:4,11,13,19,25 98:1, 6,9,12,15,20 99:23 100:2,7,8

**studying** 50:14

**stuff** 76:7

**submit** 87:17

**submitted** 8:13 38:13

**submitting** 93:11 94:2

**suffering** 13:9

**suggestions** 7:11

**Sujeil** 4:10 31:17 34:18 101:9

**Summary** 47:17 63:7

**supplies** 22:19

**Suroco** 69:4

**Swate** 57:20

**swear** 6:3,13

**sworn** 6:18 9:5

**system** 22:8 59:11 78:6

---

**T**

---

**taking** 4:8 12:12,15 14:6 28:10 53:3 67:25 82:6 84:23

**talk** 95:25 99:17

**talking** 18:12 67:23 88:3 99:7

**talks** 37:19,24 60:1 87:25 88:24 96:19

**Tampa** 24:22 43:5,6 64:13,17,19,20 68:14, 21 78:11,16 98:10

**task** 45:22 84:11

**tasked** 45:13 46:1 47:5 53:20 55:19 64:24

**tasks** 45:13

**teachers** 77:11

**technical** 22:6 52:14

**Technology** 4:12 5:1 35:15

**technology-related** 15:7

**telephone** 48:9 50:20 51:1,6,10,15,19 56:15 91:15

**telling** 10:7 11:12 89:9

**term** 12:24 55:3

**terrible** 101:9

**testify** 13:3

**testimonial** 11:19

**testimony** 13:7,11

**Texas** 31:11 65:25 70:8 78:17 98:13

**texts** 85:3,13 86:3

**that's** 10:2 11:18 12:2 15:16,18 16:14 26:10 29:2 30:20 34:9 35:3, 23 36:16 38:23 40:8 56:13,25 59:4 60:4,23 64:21 66:4 69:5 72:18 75:8 76:20 80:3 81:5 88:15 89:17 92:4

**there's** 13:16,17,23 14:3 20:19 26:4,8 36:7 37:3,19 40:13 64:10 66:5,11 67:15 76:8 77:11 80:6 86:16,21

**they're** 59:10

**thing** 14:3 19:25 20:8 77:24 92:11

**time** 4:6,7 11:5 15:16 16:1 18:13 19:15 22:5 23:16 30:10 39:23 40:20 51:9 53:1,14 54:19 57:4 61:20 62:17

78:7,18 84:23 85:14,24 86:2 87:15,18 88:12 89:3,8 90:4,6,18 93:18 100:19,20 101:22,24

**times** 20:7 99:3

**tiny** 26:1

**title** 95:17

**titles** 75:12

**today** 8:5,10 13:5,7,11 39:4 79:6,11,23 93:13

**told** 11:13 26:21 51:18 67:2

**Tommy** 57:19

**tomorrow** 90:3

**tool** 33:9

**top** 34:18 38:9 40:7,11 41:20 60:7 68:18 81:11 91:4

**Torres** 4:10 5:16,17 6:2,7,12,18,20 31:18 34:18

**Tracy** 74:8 75:4

**trademarked** 61:3

**transaction** 55:16

**transcript** 6:4 7:9,12, 22,23 12:3

**transcripts** 73:2 76:5, 6,13

**transfer** 42:9 46:13

**transition** 42:2,5,10

**Transitioning** 42:7

**translate** 12:3

**transpire** 7:21

**transpires** 21:20 22:3 52:12 61:17 63:19 79:15 100:17

**travel** 19:20,24 57:5 70:13,15 82:3,12,13

**traveling** 19:25 20:25 21:1,2 70:4,9 98:23

**travels** 68:14

**trial** 8:1 47:16 48:1,4, 10,14

**true** 7:24 28:6

**trust** 84:22

**truth** 6:13,14 12:17,20 13:3

**tuition** 39:17

**tuitions** 44:23

**Tulp** 5:1 7:1 17:4,6 26:18,20 27:9 48:16 50:13,21 51:5,13,17,21 52:6,8,19,21 56:17 57:8,12 74:1,4 83:15, 22,25 84:2,9,15,18,25 85:5,15 86:16 87:25 89:9 92:10,17 94:13 99:11,14

**type** 18:16 58:8

**types** 18:9

---

**U**

---

**uh-huh** 11:25

**UK** 61:7

**unaware** 93:22

**uncomfortable** 85:24

**underneath** 81:3

**understand** 11:14 12:12,15,19 13:1,6,10, 18,20 15:16 28:5 47:24 71:8

**understanding** 13:13 50:7 65:11,15,22 66:1 93:17

**understood** 7:21,23 12:1

**unintelligible** 12:8 16:4 18:19 21:13,15,25 24:6 60:10 85:17 96:6 101:12,13

**United** 4:14 23:25 29:25 30:14,20 50:2,14 82:4,6 100:3,9

**university** 4:11,25 14:14 35:14 87:9 88:24,25

**update** 33:25

**updated** 85:4 86:15

**upload** 34:5

**USAT** 4:12 15:9,10,11, 21,23,24 16:2,23 17:2, 6,13,16 23:10,12,16 27:9 29:24 30:7,9,14, 19,25 31:4,7,11,14 32:13 34:21 35:16,21 36:17 37:5 38:3,5 40:17,20,25 41:15,17 43:22 44:24 45:7 47:2, 10 49:7 50:9,10,22 51:18 52:24 53:17,20, 24 54:12,16 55:17 57:12 58:6 59:6 60:1,2, 23 61:2,5 62:18 64:2 72:3,20 73:2 74:12,15 75:16 80:4,14 84:3,10, 12,16 86:5,21,24 88:1 89:3 90:1,22 92:24 93:16 94:22 95:4,25 96:9,11 97:12,22 98:6, 9,12,15,18,19 99:1 100:8

**usat.maestrosis.com** 72:14

**USAT'S** 47:16,18 93:20 94:16 95:23

**username** 37:4,6

**USMLE** 81:25 96:21,25 97:5,13

---

**V**

---

**verbal** 11:23

**verbalize** 12:4,6

**verified** 93:13

**verify** 58:1 66:16

**verifying** 50:5

**version** 63:4 64:2

**versus** 4:11

DEPOSITION OF   KAREN LYNN BALDWIN

**vice**  17:1

**video**  59:14

**VIDEOCONFERENCE**  4:1

**Virgin**  87:8

**visit**  54:20,22

**visited**  54:25

**voice**  67:3

**volcanic**  86:20

**volcano**  86:23

**Vázquez**  31:20

**Víctor**  4:20 5:17 100:21

---

**W**

---

**wait**  94:1

**waive**  7:20

**wanted**  82:17 84:9 95:24

**wasn't**  24:2 97:24

**water**  13:24 14:1

**WDOMS**  100:4,5

**web**  72:17

**webinar**  77:9,17,19 87:1 88:2,3,7,13,15

**webinars**  76:19,22 77:7,13 80:16,17

**webinars+ managers@usat. edu.**  80:7

**webinars@usat.edu**  80:11

**website**  72:18

**week**  85:5 87:10 93:10

**weekend**  78:15

**Wendoly**  31:20

**West**  10:19

**Westshore**  64:21

**we'll**  26:2 30:24 61:13

**we're**  4:8 22:6 29:2 44:8,12 61:18 68:21 77:10 79:18 84:23 97:16

**whatever's**  59:15

**what's**  9:14,18 10:11 14:11 25:18 33:5 35:1, 12 74:4 81:14,22 83:10 89:16 94:4

**Wheat**  10:19

**white**  55:3,7 62:23 67:12

**Wi-fi**  19:1

**widely**  87:1

**window**  35:4

**wire**  46:13

**withdraw**  32:3

**witnesses**  48:9,11,14

**word**  80:25

**words**  11:14 12:14 22:1 49:21 62:21 64:5

**work**  10:13 15:22,23 40:17 80:3 95:22 100:12

**worked**  15:9 40:17 43:22 75:14

**working**  15:11,21 23:9,12,16 30:10 39:24 62:18 85:1

**works**  62:22 64:6

**World**  30:21 49:5,9,13

**worldwide**  60:8

**Worth**  24:18

**wouldn't**  78:13

**write**  93:23

**written**  29:8 89:16 94:5

---

**Y**

---

**years**  35:10 49:10 87:3

**yellow**  65:9,13

**you'll**  59:1

**you're**  6:18 11:16 12:20 23:9,12 62:11 71:8 81:18 82:2,10 89:22

**you've**  12:24 13:13 49:18 62:15 64:4 82:10

---

**Z**

---

**Zabdiel**  31:19

**zoom**  4:20 58:18 59:21,22 77:21 79:6