**EXHIBIT 43**

*In the Matter Of:*

*SUHEIL PEÑA-TORRES vs*

*UNIVERSITY OF SCIENCE*

*DR. MANUEL JOSÉ ORTIZ BUSTILLO*

*May 30, 2023*

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

SUHEIL PEÑA-TORRES, et al;  * CIVIL NO.:  19-1707
                            *
                            * RACKETEER INFLUENCED AND
        Plaintiffs          * CORRUPT ORGANIZATIONS
                            * ACT (RICO); FRAUDULENT
            vs.             * INDUCEMENT; BREACH OF
                            * CONTRACT; UNJUST ENRICHMENT;
UNIVERSITY OF SCIENCE,      * TORT DAMAGES
ARTS AND TECH et al;        *
                            *
                            * TRIAL BY JURY DEMANDED
                            *
        Defendant.          *
----------------------------

The deposition of:
        DR. MANUEL JOSÉ ORTIZ-BUSTILLO,

taken on Tuesday, May 30, 2023, through ZOOM

Videoconference, beginning at 9:14 a.m.

APPEARANCES:
ON BEHALF OF THE PLAINTIFFS, SUHEIL PEÑA-TORRES et al.:

RIVERA COLÓN, RIVERA TORRES & RÍOS BERLY
Ave. Fernández Juncos, #1420
San Juan, Puerto Rico   00909

BY:     VÍCTOR RIVERA-RÍOS, ESQ.
TEL:    787.727.5710
EMAIL:  victorriverarios@rctrblaw.com



ON BEHALF OF THE DEFENDANT, UNIVERSITY OF SCIENCE, ARTS
AND TECH et al.:

AJBN LAW OFFICE
P.O. Box 8, Isabela,
Puerto Rico   00662

BY:     AMEXIS BONILLA-NIEVES, ESQ.
TEL:    939.439.0487
EMAIL:  ajbnlaw@gmail.com


NOTARY PUBLIC:
ROBERTO C. LATIMER-VALENTÍN, ESQ.


COURT REPORTER:
DORIS NICOLE BURGOS-OCASIO
VERBATIM REPORTING, LLC
TEL:    787.626.5700
EMAIL:  scheduling@verbatimreportingpr.com


ADDITIONAL APPEARANCES:

USAT REPRESENTATIVE:
DR. CARLA KONYK

PLAINTIFFS:
JOSÉ ENRIQUE BLASCO-JUSINO
LISA TORRES

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

I-N-D-E-X

DEPONENT:

DR. MANUEL JOSÉ ORTIZ-BUSTILLO


Examination by:                                              PAGE

VÍCTOR RIVERA-RÍOS, ESQ.............................09

E-X-H-I-B-I-T-S

NUMBER                    DESCRIPTION                    PAGE

Exh. 29 Answer to third amended complaint............ 58
        Manuel José Ortiz Bustillo

Exh. 30 Notice of Deposition Duces Tecum..............61
        Manuel José Ortiz Bustillo

Exh. 31 E-mail exchange between Daniela Cabrera.......72
        and Suheil Peña.

Exh. 32 Loan documents...............................123


Exh. 33 Payment receipts.............................128


Exh. 34 Registration schedule........................135


Exh. 35 USAT Enrollment Certification................144


Exh. 36 Email exchanges pradmissions@usat.edu........153
        and José Blasco

Exh. 37 The USAT website.............................186


Exh. 38 Email Exchange between Manuel Bustillo.......189
        and Paola Prosper

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 4

SAN JUAN, PUERTO RICO

TUESDAY, MAY 30, 2023

P-R-O-C-E-E-D-I-N-G-S

---

COURT REPORTER:  On the record.

MR. RIVERA:  Good morning.
It's 9:14 a.m. on May 30, 2023.  We're here for the taking of the deposition of Manuel José Ortiz-Bustillo in the case of Suheil Peña-Torres and Others as the plaintiffs vs The University of Science, Arts and Technology, also known as USAT and Others as the defendants.  Civil case number 19-1707, filed before the United States District Court for the District of Puerto Rico.

For the record, I'm Counselor Víctor M. Rivera Ríos, on behalf of the plaintiffs. I'm going to ask opposing counsel, Counselor Bonilla, to introduce himself on the record.

MR. BONILLA:  Yes, good morning.
For the record, I'm an Attorney Amexis Bonilla-Nieves, on behalf of USAT, Orien Tulp, Carla Konyk and Karen Baldwin.

MR. RIVERA:  Manuel José, can you state

your name?

DEPONENT: Manuel José Ortiz-Bustillo.

MR. RIVERA: Court reporter, can you state your name?

COURT REPORTER: My name is Doris Nicole Burgos-Ocasio.

MR. RIVERA: I'm going to ask the notary to reflect his name on the record and to take the oaths of the court reporter and Manuel Ortiz-Bustillo. And then, we'll excuse him and reflect the stipulations.

NOTARY PUBLIC: Good morning, all. I, Attorney Roberto C. Latimer, duly certified as a notary public in Puerto Rico, will proceed to take the oaths of the court reporter and the deponent.

Court reporter, please raise your hand and state your full name for the record.

COURT REPORTER: My name is Doris Nicole Burgos-Ocasio.

NOTARY PUBLIC: Do you solemnly swear or affirm to record these proceedings and transcribe faithfully and accurately all that is said today in this deposition?

COURT REPORTER: Yes, I swear.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

NOTARY PUBLIC:  You are duly sworn.

Deponent, please raise your hand and state your full name.

DEPONENT:  My name is Manuel José Ortiz-Bustillo.

NOTARY PUBLIC:  Do you solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth in answer to all that will be asked of you during this deposition?

DEPONENT:  Yes, I swear.

NOTARY PUBLIC:  You are duly sworn.

MR. RIVERA:  Thank you, Notary Latimer. You may be excused.  Have a good day.

NOTARY PUBLIC:  Good day to all.

(Whereupon, the notary public exits the videoconference.)

MR. RIVERA:  As for the stipulations, I'm going to reflect the same stipulations that have been stated in the prior depositions. The stipulations are that the deposition will be taken pursuant to the Federal Rules of Civil Procedure.

The stipulation is that the deponent will have 30 days to review the transcript

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

of the deposition to make any grammatical corrections.  We stipulate that the transcript of the deposition will be delivered digitally, as well as the exhibits.  We stipulate that the deponent will waive the signature.

It's understood that once he receives the transcript of the deposition, the deponent will then have to review it in 30 days.  If 30 days pass, it will be understood that the transcript is true and correct.  And we also stipulate that the objections will be reserved for trial except those of form and privilege.

Are you in agreement with those stipulations, Counselor Bonilla?

MR. BONILLA:  Can you repeat the last one about the privilege objections?

MR. RIVERA:  The objections?

MR. BONILLA:  Yes.

MR. RIVERA:  The objections are all reserved for trial.  That means that if you do not raise the objection today, you can still raise them in trial, except those of a form or privilege.  But you can still raise

objections today.

MR. BONILLA:  We can agree to that. We just want to clarify that you stated that the transcript of the deposition will be notified to the deponent.  But can we state to which e-mail or address you will be notifying the position?

MR. RIVERA:  Before we continue, let's reflect on the record that Manuel José Ortiz Bustillo has been filing documents pro se, so he doesn't have a counselor. I've been notifying him by e-mail.

What we're going to do is we're going to send the transcript of the deposition to Manuel José Ortiz-Bustillo to his e-mail, which we've already used before, but we'll also send copies to the counselors of the other codefendants.

I understand you are the counselor of four codefendants, who are USAT, Tulp, Karen Baldwin and Konyk?

MR. BONILLA:  Correct.  Yes, we agree to the stipulations.

MR. RIVERA:  All right.  We've been using exhibits in the past three days of

deposition, and we've reached up to exhibit 28.  So when we present a new exhibit today, we'll be marking it as Exhibit 29 and onwards.  Now that we have set those stipulations, I'm going to start asking some preliminary questions for identification.

MR. BONILLA:  All right.

Whereupon,

--------------------------------------------------

DR. MANUEL JOSÉ ORTIZ-BUSTILLO,

--------------------------------------------------

having been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. RIVERA:

Q.  **Deponent, can you please state your full name for the record again?**

A.  My name is Manuel José Ortiz-Bustillo.

Q.  **I'm going to ask you a few questions. I have to do so for identification purposes to know that you are the person that I'm deposing.**

A.  Okay.

Q.  **What's your date of birth?**

A.  May 13, 1987.

Q.  **Where were you born?**

A.   In Puerto Rico.

Q.   What's your current civil status?  Single or married?

A.   Married.

Q.   The name of your spouse?

A.   Alana Mercado.

Q.   What's your current address?

A.   "432 Calle Tarragona, Caguas."

Q.   What's your telephone number?

A.   787.618.7696.

Q.   Your e-mail?

A.   Ortizbustillo@yahoo.com

Q.   That's the e-mail where we've been sending the information, so we'll send the transcript to that e-mail, okay?

A.   Okay.

Q.   Have you been in a prior deposition before?

A.   No.

Q.   Is this your first time?

A.   Yes.

Q.   Did you meet with anybody before this deposition to prepare?

A.   No.

Q.   I'm going to just ask you these basic

questions before we ask other questions.

What do you understand, in your own words, to be a deposition?

A.    Interrogatory questions that you're going to ask from the case.  Basic questions from what I understand.

Q.    And you just took an oath, right?

A.    Yes.

Q.    Do you understand what taking an oath means?

A.    Yes.

Q.    Can you explain in your own words what it means?

A.    That I have to comply by telling only the truth to the answers for these questions to my best ability.

Q.    Do you understand that if you do not tell the truth under oath you might be subject to criminal offenses?

A.    Yes.

Q.    Have you heard of the term perjury?

A.    Yes.

Q.    And you understand that perjury is a criminal offense if you do not tell the truth under oath, correct?

A.   Yes.

Q.   Have you taken any medications that might affect your testimony today?

A.   No.

Q.   Are you suffering from any conditions that might affect your testimony today?

A.   Well, I just had maxillofacial surgery a couple days ago, but I don't think it might affect, no.  I'm able to speak.

Q.   So far, have you understood all my questions?

A.   Yes.

Q.   Even though we're on ZOOM, this deposition is being recorded by sound.  So all these questions, you've been answering them well by verbalizing your answer.  But I know that sometimes people say um-hum or something along those lines where it doesn't record well. So if you ever see me go like that with my hand, it's just to remind you to verbalize the answer.

A.   To verbalize, okay.

Q.   If there's any moment that you need to take a break for a glass of water or to go to the bathroom, you let me know and I'll take that brief recess so you can go get water or go to

the bathroom, okay?

A.   Sure.

Q.   But the only thing that I'd ask is that if I ask you a question, I'm going to ask you to answer the question before you take that break or recess, okay?

A.   Okay.

Q.   All right.

So can you give me a brief background of your academic preparation?

A.   I am currently a general practitioner. I'm an MD.

Q.   Where did you obtain the MD?

A.   From where?

Q.   Yes.

A.   In USAT.  I started in the Dominican Republic, transferred after we got issues with the loans and all that, and I graduated at USAT.

Q.   You graduated from USAT.  In what year?

A.   2015.

Q.   And where did you obtain the MD? Where in USAT did you take the classes?

A.   Clinical sciences.  I transferred.

Q.   But did you take the classes in Miami?

A.   No, no.  Not classes, I had clinical

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 14

rotations in Puerto Rico.

Q.   Where did you take the science portion of the classes?

A.   Since I was transferred, it was in the Dominican Republic.

Q.   What is your job experience after the MD?

A.   My job experience after the MD? I worked for USAT for a brief period of time, and afterwards I worked with a law firm as well. And then, I practice medicine.

Q.   Which law firm?

A.   Napoli Shkolnik.

Q.   Napoli?

A.   Um-hum.

COURT REPORTER:  Excuse me, did you say, "Napoli's law firm?"

DEPONENT:  Yes, Napoli.  NSPR, I think it's called.

BY MR. RIVERA:

Q.   And then, you said that you're practicing medicine.  Where?

A.   In Puerto Rico.

Q.   In a hospital or a private --

A.   In various hospitals, yes, and private clinics.

Q.   Which hospitals?

A.   There's the Doctors Center, the Caribbean Medical Center...  That's it, currently.

Q.   So take me back to USAT.  When did you first start working with USAT?

A.   I do not recall the exact date, but it was around the year 2017.

Q.   How did you approach or how did USAT approach you to start working with them?

A.   I was approached by USAT.  I was a graduate. I passed my steps and all that -- my boards.  So I was -- I had a good track record, I guess, and I was approached by them.

Q.   When you say, "them," are you referring to Dr. Tulp and Dr. Konyk?

A.   Yes.

Q.   Who is Dr. Tulp?

A.   The dean of the College of Medicine.

Q.   And Dr. Konyk?

A.   She is the vice-president.  I'm not sure if until now, but until that time, yes.

Q.   Yes, I'm going to focus on 2017.

So when they asked you to start working for USAT, what exactly was this task that they were going to assign to you?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 16

A.    It was the clinical sciences.  It was a period that -- that's not the exact description, but it was clinical sciences associate dean, if I recall correctly.  And basically, is to help out the students.  Recruit them and help place them in clinical rotations in hospitals. Be like a liaison to them.

A.    So you where were you going to be an associate dean?  In Puerto Rico?

Q.    There's no location for that, it's just wherever.  There could be rotations in the States, and it could be rotations in Puerto Rico.  There's...

Q.    But where were you principally located?

A.    I lived in Puerto Rico.

Q.    And where did you principally work? In Puerto Rico, correct?

A.    I'm sorry?

Q.    Where you principally worked was mostly in Puerto Rico?

A.    Yes.  Puerto Rico, yes.

Q.    The main administration office of USAT is located in Colorado, correct?

A.    Correct.

Q.    As Associate Dean, what were your main

functions and duties?

A.    To be a liaison with the students so that they could get clinical rotations in the hospitals, and be able to accommodate them there so they could complete all those clinical rotation segments.

Q.    Is your statement today that you only did the clinical rotations?  You didn't do any duties related to basic sciences?

A.    We recruited, we oriented patients -- not patients, the students.  At that time, most of the basic sciences were mostly done through the USAT lectures.  And then, the transition would come to clinical sciences.

But yes, we had to work all sorts -- whatever the student needed at that moment.  We tried to locate whichever the person or resource that would help him out.

Q.    When USAT was going to start in Puerto Rico, did you -- let's take a step back.

When you studied at USAT, you only did clinical rotations?  That's your statement?

A.    That is correct.

Q.    And whenever you had to receive some type of orientation or needed assistance from USAT,

where did you go?

A.   I had to contact any of the officers, any of the employees there.

Q.   Where?

A.   Well, they were in Colorado.

Q.   Do you recall that USAT had sites other than Colorado?

A.   Lecture sites.

Q.   And what were those lecture sites?

A.   I'm sorry?

Q.   Where were those lecture sites located?

A.   I know that there's -- over time that's changed, but I've only known about Miami. I remember Tampa and Dallas, I guess.

Q.   Did those sites have an anatomy lab?

A.   Not to my knowledge. I have not -- I never went to an Anatomy lab there.  A physical anatomy lab is impossible on lecture sites.

Q.   Did they use an anatomy lab near the sites?

A.   In other words -- I don't know how you call that, "contratado?"  A contracted anatomy lab that other medical schools used. But I never attended, so I would not know that complete information.

Q.   So you were aware that they contracted other medical schools to use their anatomy labs in Miami?

A.   No.  I said that other medical schools used a lab in Miami as well, so it was common for other schools to use it.  And to use that per se, I have no idea how they contracted them or how they arranged them.  I never had to deal with that.

Q.   Do you recall creating a legal entity to operate USAT in Puerto Rico?

A.   It was already created.  A new entity that was what?  Can you explain?

Q.   Did you ever register for an LLC or an Incorporation in the Department of Corporations?

A.   Yes, yes.  It was registered.  I did that on behalf of USAT as a resident.

MR. RIVERA:  Can you show him Exhibit Number 6, court reporter, and can you go down to page number 2?

COURT REPORTER:  Yes, sir. One moment.

MR. RIVERA:  Exhibit Number 6 of the deposition is a response by USAT and the other codefendants where they produced this

document from Puerto Rico's Department of State with corporate information.

BY MR. RIVERA:

Q.   It says here, "USAT Monserrat, LLC, which was formed on May 9, 2017."  And it says, "Corporate Domicile and Date of Incorporation, Youngfield St., Wheat Ridge, Colorado.  Home state: Florida.  Date of incorporation: June 12, 2012.  Main Office: 598 Barbosa Ave., San Juan, PR."

Before we continue, do you recognize this information?

A.   The information, yes.

Q.   Were you the person that registered this information?

A.   Yes.

Q.   Can you explain that to me?  Before you handled and registered this information, how did USAT approach you to do this certificate of incorporation?

A.   I don't understand the question.  How?

Q.   You filed the certificate of incorporation, correct?

A.   Yes.

Q.   And you filed it on behalf of USAT,

correct?

A.   Correct.

Q.   And it was Tulp that requested that you filed the same in Puerto Rico, correct?

A.   I do not recall if it was Tulp, Carla or which -- I just remember that I did that because there were -- "la gestoría de documentos y cosas," they had to be done by a resident agent in Puerto Rico.  Otherwise, it couldn't be done. So I was that resident agent for a brief while until they could get on the ground.

Q.   If we continue below, it says -- by the way, that "598 Barbosa Avenue," that's the address where the USAT building was located, correct?

A.   Correct.

Q.   And that site, what is it?  Was it a building that was purchased or leased?

A.   No, it was leased.

Q.   How was the lease obtained?

A.   It was through a realtor if I recall. I had nothing to do with that.  It was directly the USAT officers, Carla and Dr. Tulp, with them at that time.

Q.   So did you assist Tulp and Konyk in

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 22

leasing this building?

A.    I'm sorry?

Q.    You assisted Dr. Tulp and Dr. Konyk in leasing this building?

A.    Yes.  I was there, yes.  I remember when they leased the building, but I had nothing to do with that.  That was the corporate stuff that they did.

Q.    You didn't sign the lease?

A.    I do not recall.

Q.    It indicates that Dr. Tulp and Dr. Konyk are the administrators at USAT, correct?

A.    Yes.

Q.    And the offices are located in Colorado, correct?

A.    Yes.  That's what it says on the document, correct.

MR. RIVERA:  Can you go to page 6 of Exhibit 6?

BY MR. RIVERA:

Q.    This a page that says, "Certificate to amend." It says that the agent resident resigned without a successor.  Do you recall this?

A.    I have not seen that document before. I did, obviously, resign because I had no part

in USAT.  I mean, was not working with USAT, so I had no pertinence being on that corporation.

Q.   So it says here that you resigned around January 22, 2019, correct?

A.   I do not recall the exact date, no.

Q.   But do you recall that you were the resident agent for the corporation or the LLC, when it was created in May of 2017?

A.   Right.  The exact limit of time -- for which I don't remember the exact time, but yes.

Q.   So would it be fair to say that you were the resident agent of USAT for approximately a year and a half?

A.   I would not know if it was a year and a half.  I do not recall that.  I'm not -- the exact time I -- I'm not sure of that. I have no document on that.  And I'm not sure when the resignation was submitted versus when they filed it.  I'm not sure how that worked at that time. I do not remember.

Q.   But would it be fair to say that you were the resident agent before this date?

A.   Before -- prior, yes.  For a certain time, yes.

MR. RIVERA:  Let's keep scrolling

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 24

down to page 8.

BY MR. RIVERA:

Q.   Is that your signature or your handwriting?

A.   There's no signature there.

Q.   No, not your signature, your handwriting.

A.   Yes, it looks like my handwriting.

Q.   Which one?

A.   The one in blue.

Q.   So do you recall filling out these forms?

A.   I do not recall filling that form out. I don't remember that form, but that looks like my handwriting.

MR. RIVERA:  Let's go to the next one, page 9.

BY MR. RIVERA:

Q.   This is a form on page 9 of Exhibit Number 6.  Is that your handwriting?

A.   Yes.  That looks like my handwriting, and that is my signature.

Q.   And is that your signature?

A.   Yes.

Q.   So does this refresh your recollection that you filed this amendment on that date of January 22, 2019?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 25

A.   Yes.  Having seen this, which I don't have possession of, but yes, that does look like my signature.  And yes, it should have been on that date.

MR. RIVERA:  Let's go to page 10.

BY MR. RIVERA:

Q.   Is that the document where you renounce being resident agent or where you resign as resident agent?

A.   It has to be.  Yes, I guess.

Q.   So up to this day you were the resident agent of USAT since its inception, correct?

A.   Well, yes, until that date for that signature.  But I'm sure I was not an employee of USAT at that time.  This was just a formality after leaving USAT that I had to get done.

Q.   Let's go back to May of 2017.  So around that time when the USAT was incorporated, was that the time when you were assigned as associate dean?

A.   I do not recall the exact date, but it was around that time.

Q.   And that was around the time that you started leasing -- the date USAT started leasing the building?

A.    I do not recall the exact time of the leasing, no.  I don't remember if it was at that exact time.  It should have been around that time.

Q.    Do you recall that around the summer of 2017 you traveled to the Dominican Republic to talk to students about the USAT studies in Puerto Rico?

A.    Yes, I did travel to the Dominican Republic at one point.

Q.    Is it true that you traveled with Daniela Cabrera to the Dominican Republic?

A.    Yes.

Q.    And when you traveled to the Dominican Republic to recruit students, what did you tell the students?

A.    What did I tell the students?

Q.    Yes.

A.    That's a very open question.  Well, I do not recall what I told the students.  It must have depended on what the student wanted to know about the transfer or any information.

I do not remember what I told the students. There must have been many students.  And particularly, I do not remember every

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 27

conversation.

Q.   Can you summarize?  In essence, what was the summary of what you were telling the students in the Dominican Republic about USAT Puerto Rico?

A.   It was about USAT.  When you say USAT Puerto Rico and USAT -- I mean, it's the same thing.  I studied at USAT.  I graduated from USAT.  And what happened in the Dominican Republic at that time was exactly the same thing that happened to me.

The student loans -- the universities have been losing student loan support.  That was what happened to me.  I had no money to go on and study without the support of the US student loans, so opted for an alternative school that would be cheaper and more cost-effective so I could finish my career.

I found out about USAT from another student that had graduated from USAT.  It was basically the same experience that they were -- what happened to me happened to them.  And I finished, I passed my boards, and I am a licensed physician.

So basically, it was the experience of what

happened to me versus what was happening to them.  So if they wanted to transfer, I could relate my experience to them from what had happened to me.  So basically, that was the summary of the information -- of the most important information.

Q.  Did you explain to them the types of classes or credits that they were going to be obtaining?

A.  No, only the clinical rotations at that time.  The other parts, the registrar and all that, I did not work on that part at that time.

MR. RIVERA:  I'm going to ask the court reporter to show him Exhibit 27.

COURT REPORTER:  All right.

BY MR. RIVERA:

Q.  Have you ever seen Exhibit 27 before?

A.  This is basically one of many that -- looks like the information provided by USAT.  The basic information explaining -- yes, this a normal document from that time, I guess.

Q.  Did you prepare this document?

A.  No.

Q.  Was this a document that you were showing as part of the materials when recruiting

students for USAT?

A.   I don't remember exactly what the documents were, but that was sent to every student in a package.  I guess this is just a basic summary of the whole program, from what I recall.  But I do not remember, exactly.

MR. RIVERA:  Go to the top, on the first page.

BY MR. RIVERA:

Q.   And in the first paragraph, on the second sentence it says, "Students can commute to Florida, Texas, or Maryland," correct?

A.   That's what it says here, yes.

Q.   And it says on the second paragraph that (Reading) "This is a two-phase program conducted in, but not limited to the United States," correct?

A.   Correct.

Q.   And that (Reading) "Phase I is 12 to 15 months of focused lectures and examinations in a seminar, clinic or hospital setting and represent the basic medical sciences review part of the program," correct?

A.   That's what it says there, correct.

Q.   When it says, "basic medical sciences,"

is that expressing that those were the first two years of clinical science --

MR. BONILLA:  Objection to the form.

BY MR. RIVERA:

Q.    You can answer.

A.    I'm sorry, I did not hear it.

Q.    When it states in that sentence that it "represents the basic medical science review part of the program," is that the basic sciences portion of your MD program?

MR. BONILLA:  I have an objection to the form.  It is a continuous objection, so as to not continuously interrupt.  Since the witness has testified that he didn't prepare this document, he doesn't have recollection of this document.  So I will have a continuous objection regarding the questions about the content of this document.

MR. RIVERA:  All right.

BY MR. RIVERA:

Q.    You can answer.

A.    I do not recall this document, per se. I mean, this has a lot of information there. Maryland, for example.  I've never heard -- to my recollection, from the time I've

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 31

been a student that USAT I've never heard of a satellite. I've never been or had any knowledge of a satellite or anything in USAT. Maybe this is a prior document or an older version. But I have no -- I do not recall.

MR. RIVERA: Keep going down to the penultimate -- down to one of the last three paragraphs, where it says, "currently."

BY MR. RIVERA:

Q. (Reading) "Currently, we are accredited by IMED, ASIC, FAIMER, ECFMG, and USMLE."

Do you see that sentence?

A. I see that sentence, yes.

Q. When it says that USAT is accredited by ECFMG, do you know what it's referring to?

A. No, I do not.

Q. And when it says it's accredited by USMLE, do you know what it's referring to?

A. No, I do not.

Q. Do you know what ECFMG is?

A. Yes, correct.

Q. What is ECFMG?

A. ECFMG is a commission to recognize foreign medical schools.

Q. Foreign medical graduates.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 32

A.    Correct.  Foreign graduates, not schools. Exactly.  For graduates -- students.

Q.    So ECFMG is an entity that verifies international medical students, correct?

A.    Correct.

Q.    And then, after it verifies the international medical student, it validates that student in order to take a medical licensing exam the United States, correct?

A.    Correct.

Q.    And USMLE is the United States Medical Licensing Examination, correct?

A.    Correct.

Q.    And you know that, right?

A.    Yes, correct.  Yes, I have the -- I took the USMLE exam.

Q.    You went through ECFMG, correct?

A.    Yes, correct.

Q.    And you took the USMLE, correct?

A.    Correct.

Q.    So would it be fair to say that this sentence that says that "USAT is accredited by ECMC and USMLE" can be interpreted that USAT was indeed accredited by ECFMG and USMLE?

A.    No, I'm not sure if those entities

accredit or examine anything.  I'm just -- they do recognize the students from that school because of my experience.  But accreditation processes and all that -- I have nothing to do with that.  So I'm not sure what that means, exactly, or how the process is.

Q.   You don't know what "accredited" means?

A.   No.  I know what accredited it means. But if there was an accreditation process at that time that USAT went through or whichever -- I wasn't part of that.  I went through this as a student, not as a USAT --

Q.   Accredited.  What does that mean?

A.   Accredited?  It's a process that if there were -- an accreditation per se -- I'm not saying that it's this one -- is what I have to go through to be recognized by that entity or whatnot.

Q.   And based on this sentence?

A.   Based on this it says that, yes, a student can be eligible for the ECFMG and USMLE exams, as I did because of my experience.

MR. RIVERA:  Can we go down to the second page of Exhibit 27?

///

BY MR. RIVERA:

Q.    The second page of Exhibit 27 has this section where it says, "Apply online."

Do you recognize this page?

A.    Yes.  (Reading) "Apply online."

That's the application instructions.  Yes, it looks about -- like the normal Maestrosis application they had to go through.

Q.    So all the students that went to USAT had to apply online using this website, correct?

A.    I do not recall if all.  I don't know when the -- that actually started, but yes, there was an application process, definitely.

Q.    When you were recruiting students in the Dominican Republic, did you tell them to apply online?

A.    I do not recall that.  Not exactly. I don't remember that.

Q.    Do you recall giving them these materials when you were talking to those medical students?

A.    I could not say "I gave them," because that would not be true.  I would not remember exactly which material I was giving out at that time.

MR. RIVERA:  Can you go down to the

contacts on the third page?

BY MR. RIVERA:

Q.   Do you know who David Huffman is?

A.   Yes.

Q.   Who is David Huffman?

A.   He worked at Admissions at USAT.

Q.   And he was located in Colorado?

A.   Correct.

Q.   And Sean Moudy?

A.   I do not know Sean Moudy, no.

Q.   Tracy Scipio?

A.   No.

Q.   Stephanie Majors?

A.   Yes.

Q.   Who is she?

A.   She was in Student Services.  She worked with the clinical rotations as well.

Q.   And she was located where?

A.   If I do not recall -- in Colorado.

Q.   And Dr. Tulp?

A.   Yes.

Q.   That was the owner, correct?

A.   Yes, you could say.  The president.

Q.   Do you remember what he did as president?

A.   Do I remember what, I'm sorry?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 36

Q.   What were his functions and duties as president?  Do you recall?

A.   He was the dean.

Q.   He oversaw all of USAT, correct?

A.   I do not know if it's all of USAT, but at least the part of the questions of the students and "la gestoría de la escuela de medicina," of the college of medicine, it was Dr. Tulp. He was the dean of the college of medicine.

Q.   Just a brief parenthesis.

You mentioned that you were assigned as an associate dean, correct?

A.   As associate dean of clinical sciences, yes.

Q.   And what were your interactions with Tulp as an associate dean?

A.   My interactions with Tulp?  Well, he at every -- I had close interactions with him because all the documents of all the rotations had to be sent to him for the admissions. Everything had to be routed that way so they could tell the students where they were going to end up in the semester, and what would be the requirements and all that.  But it was all them, so yes, there was interaction with him.

Q.   Did Tulp oversee your administration of the Puerto Rico building?

A.   Tulp, per se, I would not know. The chief officer or the director was Ms. Konyk. He was more hands on and stuff, but they were a team, so --

Q.   With regards to the --

A.   I wouldn't know what decision was taken by whom.  That would not be something I would know.  But yes, they were the president and the vice-president.

Q.   It says here, "Academic requirements." With regards to classes, did you talk to Tulp about the classes that you were going to teach in Puerto Rico?

A.   He was in everything academic.  He was the dean of the college of medicine, so yes.

Q.   Which classes were being delivered in Puerto Rico?

A.   I do not recall exactly which ones specifically, at this time.

Q.   And Carla Konyk?  She was the vice-president, you mentioned, correct?

A.   Yes.  To my knowledge, yes.

Q.   But she handled the finances, correct?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 38

A.   Yes.

Q.   And she was the one --

A.   The administrative stuff.

Q.   The administrative stuff?

And she handled the students' applications, correct?

A.   I do not recall.  I do not know if the applications were her or if --

Q.   Do you recall if she handled the --

A.   I was not there in Colorado.

Q.   Okay, but you didn't send her applications?

A.   Yes.  I sent everything to the main offices.  So how it was routed, or which -- I do not remember which one exactly, or if at all. But basically, it was probably all of them.

Q.   If you received any money or any checks from students, you would send them to Colorado, correct?

A.   Yes, correct.  That all went through Colorado.

Q.   And you would send those by mail?

A.   Yes.

Q.   And if there were credit cards being used you would use the credit card machine, correct?

A.   Yes, the credit card machine that they provided.

Q.   **And the credit card machine, whenever it printed a receipt it stated that it was sent to Colorado, correct?**

A.   I remember it was a machine from the States that was brought over, so yes.

Q.   **Karen Baldwin.  Do you recognize Karen Baldwin?**

A.   Yes.

Q.   **Who is Karen Baldwin?**

A.   She was in charge of everything technological.  If they had issues with computers, rotations and all that, then we would call her.  She helped as well with the trips to -- for the Dominican Republic students. There were a lot of inquiries, so she helped out.

Q.   **She was in charge of the travel?**

A.   No.  Not the travel, but she helped us out with that.  I'm not sure what her position exactly is, but she helped out.

Q.   **How did she help out?**

A.   With the students.  With the setup in the system for the students, for the clinical

rotations, out of all those documents, creating emails for the students, e-mail ID's, technologic -- mostly technological.

Q.   So she created ID's for the students?

A.   It was emails, basically.  I'm not sure if they were ID's but...

Q.   So she helped create the emails for the students?

A.   Yes.  She set up the -- she contacted the students and gave them the information about all of that, yes.

Q.   (Reading) "Karen Baldwin: Webinars."

With regards to webinars, do you know what they were referring to?

A.   They were online webinars that she -- I think she coordinated.  But I never had interactions with that, so I'm not sure how she did that or how that worked.  So no, I wouldn't know.

Q.   And in Puerto Rico --

A.   And then -- I don't recall much more than that.

Q.   There were no webinars in Puerto Rico, correct?

A.   Everybody had access to the webinars.

I had access to the webinars.  It just depended on who needed what, or who would benefit from what or...

Q.   What are the webinars about?

A.   About medicine.  About medical topics.

Q.   Were the webinars classes?

A.   They were preparation courses.  They were medical graduate courses as well -- for the graduates.  There was a whole length of -- I can't recall exactly what they were exactly right now.  They were --

Q.   Were the webinars related to basic science portions?

A.   I do not recall at this time if it was exactly related to that.

MR. RIVERA:  Let's go to Exhibit 24.

BY MR. RIVERA:

Q.   This the first page of Exhibit 24. Do you recognize it?

A.   Probably one of the brochures or something.  At that time -- until this time, I do not recognize it.  But yes, it could be from that time.  There were many, many --

Q.   Did you prepare it?  Did you prepare this brochure?

A.    Not that I recall.

Q.    You mentioned Daniela Cabrera. Daniela Cabrera was also an ex-USAT student, correct?

A.    Yes.

Q.    She graduated with you?

A.    Yes.  Well, I'm not sure if with me, but from USAT.

Q.    When you started working as an associate dean at USAT Puerto Rico, what was Daniela Cabrera's role in USAT Puerto Rico?

A.    Student Affairs.  We basically worked on the same thing at that time.  Orientation, clinical rotations, getting spots for the students at the hospitals so they could advance on their -- and liaisoning.  We were helping them out.  There was a lot of influx from students at that time, so yes.

Q.    Do you think that Daniela Cabrera was the person that prepared this brochure?

A.    No, I do not know.  No, I do not recall that.

Q.    Here in this brochure it says, "Contact details and admissions:  Dr. Manuel José Ortiz Bustillo."   That's your name, correct?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 43

A.   Yes, that is correct.

Q.   (Reading) "Dean of Clinical Science and Student Affairs," was that the name of your position?

A.   Associate dean.  (Reading) "...of clinical sciences and Student Affairs."  I know it was associate dean of clinical sciences.

Q.   And that address at the bottom, "P.O. Box 364363, San Juan, Puerto Rico 00936-4363," that was the postal address of USAT in Puerto Rico, correct?

A.   Correct.

Q.   And the phone number, "787-450-5845," that was the telephone of USAT Puerto Rico, correct?

A.   No, that was my personal cell phone. I don't know why -- I don't remember why that was there, but no.  That was my personal cell phone at that time.

Q.   So 787-450-5845 was your mobile number?

A.   That was my mobile number at that time.

Q.   And the other phone?  (Reading) "787-679-1583?"

A.   I do not recall that number, no.

Q.   (Reading) "manuel.ortizbustillo@USAT.edu."

That was your e-mail, correct?

A.    That was an e-mail from USAT, yes, at that time.

MR. RIVERA:  Let's go to the second page of Exhibit 24.

BY MR. RIVERA:

Q.    In Exhibit 24 on the second page of the brochure, it says here on the left, "Application Checklist," correct?

A.    On the left?  "Application checklist." Got it, yes.

Q.    And it's stating that if you want to apply to USAT to go to the Maestroris website, correct?

A.    That is correct.  That's what it says.

Q.    And then, you request "Resumé and letters of recommendation," correct?

A.    No, I did not request that.  I mean, USAT requested it.

Q.    "Enrollment agreement."  What is an enrollment agreement?

A.    An enrollment agreement was a document that the registrar sent from the main office for students to sign.  That was something that they did on their end.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 45

Q.   Is the enrollment agreement the contract entered between USAT and the student?

A.   I have no idea if it's a contract entered, per say.  I don't know.  I don't remember the exact details of that agreement.

Q.   But the students have to sign it, correct?

A.   I would say that yes, they had to sign it.  But I do not remember exactly what's the pres -- the contract.

Q.   (Reading) "Fee schedule."  What is the fee schedule?

A.   Probably the tuition costs.

Q.   Do you see the middle part, where it says, "MD program curriculum?"

A.   Yes.

Q.   This MD program curriculum that was in the brochure -- what is that? (Reading) "Semester I, 20 credits:  gross anatomy lecture, functional anatomy lab, medical embryology, histology, introduction to human nutrition, medical physics, and free elective."

A.   What do you mean by what was that? If these are the courses?

Q.   Are those the classes of the first

semester?

A.   Yes, those are requirements of the first semester or -- yes.  The first year, I guess.

Q.   The first year or first semester of medical school, correct?

A.   Yes, it all depends on what -- there were different types of semesters.  The explanation depends on what a semester is actually characterized as in months.  But yes, basically the requirements.

Q.   Would it be fair to say that these are the classic classes for the basic science portion?

A.   Yes, I would say.  Identifying some of them are -- yes, part of basic science.

Q.   Were these classes taught in USAT Puerto Rico?

A.   Classes taught in USAT Puerto Rico?

Q.   Yes.

A.   They were in a webinar.  They were in the whole curriculum, basically.

Q.   So there were webinars about these classes, correct?

A.   About all.

Q.   But you mentioned that Puerto Rico didn't

use the webinar much, correct?

A.   No, no.  I didn't.  I personally didn't.
When we were talking about that I --

Q.   I know that you personally didn't.
But when you were the associate dean in USAT
Puerto Rico -- you started in 2017 You
mentioned, correct?

A.   Yes.

Q.   And then, the students started taking
classes in USAT Puerto Rico, correct?

A.   Yes, some classes and some webinars as
well.  The webinars -- they had access to
webinars as well.  Everybody had.

Q.   Did those students that started taking
classes at USAT take these classes in
Semester I?

A.   I do not recall exactly which ones were
given at that time, though.

Q.   You don't recall that the students in
Puerto Rico took these classes in Semester I in
Puerto Rico?

A.   Well, they took classes, but there's a
lot of classes there.  Which ones exactly, I'm
not sure.  That's more than one right there.
That's --

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 48

Q. Would it be fair to say that students in Puerto Rico took one of these or all of these classes at some time between 2017 and 2018 in Semester I?

A. Yes, it is. But if it had to be in the program -- yes, somebody had to take those classes. Either in Puerto Rico, in webinars, or in the States or wherever, yes.

Q. Then, (Reading) "Semester II: medical physiology I, medical biochemistry I, intro to cell biology, medical imaging I, neurosciences, medical biostatistics for the USMLE, and free elective."

Those were the classes of Semester II, correct?

A. Those are -- let me explain. Those are summaries of the classes that they had to take. Exactly in what order, or which exactly were the names of the courses specifically, I'm not sure it was there. I don't remember. I don't have that information right now. But yes, that's all of them. It's the same thing.

Q. So that's part of the basic sciences portion of medical school, correct?

A. It depends, because preclinical -- you

could do those for clinical sciences as well and not necessarily for basic science.

Q.   But are you saying that they're not basic science classes?

A.   No, no.  They are.  Some are, but they are mixed together.  But you could do pathophysiology and you could do neurosciences as well.  All of that you could do as well in clinical sciences, so it depends on which one.

Q.   When you say, "clinical sciences," what are you referring to?

A.   Clinical rotations, neuroscience and neurology and -- that's basic radiology if I recall properly.  See?  Here in Semester IV it says, (Reading) "basic life support."  That's for clinical sciences as well.  "Pathology and..."  Yes, that's not basic sciences only.  It's a mixture.

Q.   So just a brief parenthesis here.  If a student wants to obtain a medical degree, you would have to go through four years of medical school, correct?

A.   Yes.

Q.   And then, the first two years of medical school are usually basic sciences classes,

correct?

A.   Correct.

Q.   And when I say basic science classes, I'm talking about classes in a lecture setting, correct?

A.   Correct, yes.

Q.   Classes in a classroom, correct?

A.   Classroom -- lectures, yes.

Q.   And those were the first two years, correct?

A.   Correct.

Q.   And then after that, for the next two years -- the last two years, those are the clinical rotations, correct?

A.   Yes.

Q.   And when you talk about clinical rotations, that's when the student goes to a hospital and practices medicine, correct?

A.   The thing is that not every program is set the same way.  For example, in third year, when I did medical school, I had -- I was in the clinical program, which were not necessarily clinical rotations.  There was an aspect of the class which was clinical rotations.  And then, an aspect of the class which was lab or lecture.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 51

That wasn't my experience when I did it in the Dominican Republic, so it all depends.

And then, at USAT -- I'm not completely sure, I know it also has the same integration where you could integrate clinical sciences with lectures, webinars, or whatever you call them.

So yes, they could -- and then, there's also preparation for exams.  You could go back to getting ready for the exams for anatomy or for embryology and all that.  So they would go back from clinical sciences to these classes, lectures and webinars.  It was integrated.

Q.   **But do we agree that the first two years are usually lectures in classroom settings? Is that correct?**

A.   Yes, the first two years are basic sciences.  Correct, it should be more lecture-based, yes.

Q.   **So Semesters I and II that we have just reviewed here, these are the first year of basic sciences, correct?**

A.   Yes, I would say.

Q.   **And it says here that it's "20 credits," correct?**

A.   It says that it is 20 credits, yes.

Q.   What does "20 credits" mean?

A.   Contact hours.

Q.   So if you take the class and you pass the class, you gain credits, correct?

A.   Correct.

Q.   And those are the credits that you need to obtain the medical degree, correct?

A.   Yes.

Q.   And if you transfer to another school, these are the credits that will be transferred to the other school, correct?

A.   Yes, like any other school.  Yes.

Q.   So based on this brochure, USAT was stating that you can take 20 credits in the first semester with these basic science classes, correct?

A.   Yes.  I would -- yes, they consist of 20 credits.

Q.   And then, it states that in Semester II you can obtain 20 credits taking these basic science classes, correct?

A.   (Reading) "Semester II, 20 credits."

I would say that, yes.  Semester II.

Q.   And on Semester III it says, (Reading) "Advanced physiology, pathophysiology,

microbiology I and II, and pharmacology."

A.   Yes.

Q.   These are basic science classes, correct?

A.   Yes.  Not specifically all, but yes, they are part of basic sciences.  Yes.

Q.   And then, (Reading) "Semester IV: microbiology, infectious diseases, pathology, pathophysiology, pharmacology II and III, medical ethics, physical diagnosis, basic cardiac life support and free electives."

These are also basic science classes, correct?

A.   Yes, but not limited to.

Q.   So Semester III and Semester IV are part of the basic sciences portion of a medical degree, correct?

A.   In essence, but not limited to, yes.

Q.   (Reading) "Semester V:  introduction to clinical medicine, advanced cardiac life support, epidemiology, public health and preventive medicine, toxicology and medical practice."

Are these basic science courses?

A.   Yes.  I took them as basic sciences, in my experience.  Yes, you could -- these are (Reading) "...to clinical sciences."  No, this is clinical sciences.

Q.   What does "clinical sciences" mean?

A.   That it's an integration to the more applied-based medicine.

Q.   Is this when the clinical rotations start?  In Semester V?

A.   I do not recall if they started there or not.  I do not recall that.

Q.   But based on this brochure, USAT is representing that in the first four semesters you would take basic science courses, correct?

A.   Yes.  There are basic science courses there, correct.  Not limited to others, but yes.

Q.   And based on each semester you would obtain 20 credits or 18 credits, correct?

A.   As it explains there.  I don't know exactly how many credits there are, but yes, that's what it says there in the document.

Q.   And do you recall that USAT Puerto Rico prepared this document?

A.   I do not recall that.

MR. RIVERA:  Can we go to page 3 of Exhibit 24?

BY MR. RIVERA:

Q.   On page three of Exhibit 24, on the left side it says, "Our accreditations."

Do you see that?

A.   Yes, I see it.

Q.   And is it true that under "Accreditation" it says, "Educational Commission for Foreign Medical Graduates?"  Is that correct?

A.   Yes.  It says so right there, yes.

Q.   And that's the ECFMG that we mentioned earlier, correct?

A.   Correct.

Q.   So here USAT is representing that they're accredited by ECFMG, correct?

A.   From what I see there, yes.

Q.   And on the right side, there's USAT's seal, correct?

A.   Yes.

Q.   Is it true that -- if you can look at the seal, can you see that it says, "US and UK?"

A.   Yes, I see that.

MR. RIVERA:  Can you go down a little bit, Ms. Burgos?

BY MR. RIVERA:

Q.   And then, right there it says, "College of Medicine, Puerto Rico," correct?

A.   At the bottom, yes.

Q.   And it represents that USAT had a College

of Medicine in Puerto Rico, correct?

A.   They had representation in Puerto Rico. A college of medicine per se, I wouldn't...

Q.   "College of Medicine per se," what?

A.   I would not rec -- say it was a college, per se.  USAT was one entity, not Puerto Rico.

Q.   Why would you not say that it's a college of medicine in Puerto Rico?

A.   Because it wasn't, from my understanding at that moment.

Q.   Was USAT approved by Puerto Rico or accredited by Puerto Rico to have a college of medicine?

A.   By Puerto Rico?  They were accredited by Monserrat, not by Puerto Rico.

Q.   So it was not accredited by Puerto Rico, correct?

A.   Well, not to my understanding.

Q.   And then, at the bottom it says, "Avenida Barbosa."  That's the address of the USAT building, correct?

A.   Yes.

Q.   And is that your telephone number? (Reading) "787-450-5845," correct?

A.   Yes.

MR. RIVERA:  I'm going to ask that you show him Exhibit number 1.

COURT REPORTER:  Yes, certainly. One moment.

MR. RIVERA:  Ms. Burgos, I'm sending you two e-mails, with two exhibits. Exhibit 1 was the complaint that was filed. It is filed as document 130.

BY MR. RIVERA:

Q.   Do you do you recognize this first page? Do you recognize this document?

A.   That's part of the complaint, yes. I don't recognize it in detail, but yes.

Q.   But you've seen it before, correct?

A.   Correct.

Q.   Do you remember when you saw it before? The first time?

A.   That I had it in my hands and scrolled over it?  It was last year -- a couple of months.

Q.   Do you remember how you received it?

A.   I never received it.  Well, I received this, but via e-mail.  From you, if I'm not mistaken.

Q.   By e-mail?  And did you read the

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 58

complaint?

A.    Not thoroughly.

Q.    But did you discuss this complaint with anybody?

A.    No.  Other than my mother, no.

Q.    Did you seek an attorney to answer the complaint?

A.    No.

Q.    So you didn't speak with any lawyers to represent you in this case?

A.    Initially -- no.  I have not seen medical --

Q.    Legal?

A.    Not medical, I mean legal.  No legal attention for this, no.

Q.    So you you've been handling your defense by yourself, correct?

A.    Correct.

MR. RIVERA:  Can you show him the Exhibit?  Now, this will be a new exhibit for today, Ms. Burgos.  So it will be marked as Exhibit 29.

(Whereupon, Deposition Exhibit 29 is marked, for identification.)

COURT REPORTER:  Yes, I received it.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 59

MR. RIVERA:  Exhibit 29 is a document that was filed before the Court.  It is docket 133 in the case of Peña vs USAT Civil Action 19-1707.  This is Ortiz-Bustillo's answer to the third amended complaint.

BY MR. RIVERA:

Q.    Do you recognize this document?

A.    Yes.

Q.    What is this?

A.    This is the amendment that we filed last year.

Q.    You drafted this?

A.    Yes.

Q.    By yourself?

A.    Well, with my mother and --

Q.    You and your mother?

A.    Yes.  Well, not -- the answers, I mean. Not the document, completely.  The answers that were there, I drafted, yes.  And I personally submitted it to the Court.

Q.    Did you receive any assistance from anybody to answer this complaint?

A.    No, I had to answer it myself.

Q.    Just you and your mother?

A.    Yes.

MR. RIVERA:  Can you scroll all the way down to the bottom?

COURT REPORTER:  You mean to the last page?

MR. RIVERA:  The last page, yes.

BY MR. RIVERA:

Q.   Is that your signature?

A.   Yes.

Q.   And it says you filed it around January 2023, correct?

A.   I'm sorry? January of this year, was it? Okay, yes.  I thought it was December, sorry.

Q.   And that P.O. Box -- that postal address, what address is that?

A.   I have that as well.  It's my address as well.

Q.   And that's the e-mail you mentioned earlier, correct?

A.   Yes, that's correct

Q.   And that's your new mobile number?

A.   That's my mother's mobile number. The one that's listed there, yes.  At that time, yes, I was using that one.

Q.   So after you reviewed this answer to the third amended complaint, you understood it was

true and correct?

A.   Correct.

Q.   And then you signed it and filed it before the Court, correct?

A.   Yes, that's what happened.  Yes.

MR. RIVERA:  Can you show him Exhibit 30?  This Exhibit 30 is the notice of deposition duces tecum directed to Manuel José Ortíz Bustillo to his email.

(Whereupon, Deposition Exhibit 30 is marked, for identification.)

BY MR. RIVERA:

Q.   You received this, correct?

A.   Yes.  I received the e-mail, yes.

Q.   And you read this notice, correct?

A.   No.  I did not read that particular notice, no.

Q.   But you were aware that you were being requested to appear to this deposition today, correct?

A.   Yes, right.  That's why I'm here today, yes.

Q.   And we changed the date because we called you last week and we changed it for today, correct?

A.   Correct, yes.  Well, you did talk to my mother, but specifically -- yes.

Q.   **There was a request for production of documents.  Did you have any documents that you would like to produce as part of this case?**

A.   No, I do not.  I do not possess any documents as part of this case right now, no.

Q.   **You have no documents whatsoever?**

A.   No.

Q.   **None that are relevant to this case?**

A.   No.  I have no documents of USAT for the case or any other -- no.  I do not have that in my possession.

Q.   **All right.**

MR. RIVERA:  You can take that down.

BY MR. RIVERA:

Q.   **Let's talk about these USAT brochures and the information that we just reviewed. You mentioned that you went with Daniela Cabrera to the Dominican Republic to talk to students about USAT, correct?**

A.   Yes.

Q.   **That's what you mentioned earlier?**

A.   Yes.

Q.   **Afterwards, were the students in the**

Dominican Republic transferred to USAT Puerto Rico?

A.   They were transferred to USAT, yes.

Q.   Do you remember the names of the students that transferred to USAT Puerto Rico in 2017?

A.   No.  Not all of them, no.

Q.   Do you recall José Blasco?

A.   José Blasco is one of the names. Where he was at, I do not recall exactly, but yes.

Q.   Do you remember that you first met Blasco in Miami?

A.   I do not remember where I met him for the first time.  I met so many students.  I would not remember that.

Q.   Do you remember that there was a moment, when USAT was first starting in Puerto Rico, that you were in Miami to bring the Puerto Rico students to Puerto Rico?

A.   I'm sorry, can you repeat that?

Q.   Let me rephrase it.  And feel free to ask me you if you don't understand a question.

Do you recall that when USAT Puerto Rico first started in 2017 you went to Miami to orient students to come to Puerto Rico?

A.   I do not remember exactly that, no. I went many times to Miami for -- but to come to Puerto Rico, no.  I wouldn't remember specifically that, no.  I don't remember that.

Q.   **You don't remember talking to students in Miami that USAT was opening a branch in Puerto Rico?**

A.   I talked to students all over.  I mean, if they wanted to come to Puerto Rico, they could do that, but they didn't have to talk to me specifically for that.  I probably would have talked to some students about it, yes. Probably, but which students, I do not recall.

Q.   **Do you remember --**

A.   Nor the exact conversation either. A long time ago.

Q.   **Do you remember talking to Suheil Peña?**

A.   I remember the name, but I do not remember the exact topics of our conversation, or when it to place.  But yes, Suheil Peña is a known student from USAT.

Q.   **Did you talk to Suheil Peña to try to get her to become a student at USAT?**

A.   We discussed recruitment and all that, yes.  I probably -- of course, I talked to

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 65

everybody.  That was the main topic.  But the exact conversation that I had with her I do not recall.

Q.   Do you remember telling Suheil Peña information about USAT so she could become a student?

A.   Probably.  I do not recall exactly the topic of the conversation.  But like I said, those were the topics that we used to discuss.

Q.   Do you remember telling Suheil Peña that USAT was accredited by ECFMG?

A.   I do not remember talking about specifics or who was it accredited by because that would not be related to me, that would be related to the USAT administration.

Q.   Do you remember telling Suheil Peña that USAT was accredited by USMLE?

A.   USMLE?  I would find that hard to believe because USMLE is an exam.  I don't think that has anything to do with what we talked about. If you finish medical school and you get certified by ECFMG, you take the exams. So "accredited" -- I'm not completely sure of how that works right now, but -- no.  I took my USMLE.  So by accredited -- I'm not sure USMLE

accredits anything.

Q.    So USAT is not accredited by -- excuse me, let me go back.

Have you ever heard of LCME?

A.    Yes, that's the accreditation for the US.

Q.    That's the Liaison Committee on Medical Education, correct?

A.    Around those words, yes.

Q.    And that's the organization that accredits medical schools in the United States, correct?

A.    Yes.

Q.    USAT is not accredited by LCME, correct?

A.    No, because it's an imported school.

Q.    Have you ever heard of COCA, the Commission Osteopathic College Accreditation?

A.    No.  I have no details on that, no.

Q.    So you don't know whether USAT is accredited by COCA?

A.    No, I currently do not know who is -- which entity accredits USAT or not.  I had no information exactly on that.  That was all done in the administration.

Q.    So going back to Blasco, do you remember talking to Blasco about USAT Puerto Rico?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 67

A.   I'm trying to remember the exact -- no.
I don't remember the exact topic of our
conversation.  That's impossible.

Q.   **Do you remember telling Blasco that USAT
Puerto Rico was accredited by ECFMG?**

A.   I do not remember that exact topic, but
it would be -- ECFMG is a question that
everybody asks.  If they could take the USMLE --
the ECFMG.  So I would say yes. I mean, I did
that myself.

Q.   **Did you talk to Lisa -- Lucero Rodríguez?**

A.   I don't remember Lisa, per se.  I have no
recollection of her.  I've heard of her name.
I could have talked -- I talked to so many
students.  I don't remember each and every one
of them.

Q.   **Do you remember talking to Joffre Gómez?**

A.   I know the name as well, but I would not
have -- place that exact conversation.  What
took place in that conversation, I would not
remember that, no.  But I do remember the name,
of course.

Q.   **All right.**

A.   There were a lot of students.  I would
not remember each conversation, no.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 68

Q.   Paola Prosper?

A.   I remember the name.  And once again, I remember I've seen her personally, yes.  But the exact extent of the conversation, that I do not remember.

Q.   Do you remember speaking to her about USAT to motivate her to become a student at USAT?

A.   I would have probably answered questions that she had, of course.  That was part of what we were doing -- of our job.  What motivated or what -- which topic of conversation, I do not remember.

Q.   Do you remember telling Paola that USAT was accredited by ECFMG?

A.   See, that's the problem.  That's a part of that.  I do not remember exactly the conversation of that -- accredited by ECFMG. USAT was recognized by ECFMG at the time, so yes, that could have been a topic of conversation.  But I do not remember the exact extent of our conversation.

Q.   Do you remember telling Paola that the anatomy lab -- that USAT was going to fly students to Miami to take classes of anatomy and

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 69

participate in an anatomy lab in Miami?

A.    I do not recall that conversation, but it was something that we would have discussed before.  That if they wanted to do an anatomy lab, they could do that USAT.

And they would sign up wherever they had their anatomy lab, which I never attended myself. So yes, off the bat, that's something that would have happened with USAT directly.

Q.    You don't recall that they mentioned that the anatomy lab was located in Miami?

A.    It was located in Florida.  We talked about this earlier.  A contracted anatomy lab that was for other medical schools as well. But I never attended, so I'm not -- exactly where it was I do not recall.

Q.    Do you remember the name?

A.    I remember it was in Florida.

Q.    Do you remember the name of the entity or the lab?

A.    No, I do not.

Q.    But you know that there was a lab contracted out to give anatomy lab classes in Florida, correct?

A.    It was anatomy lab lectures with light

body parts, from what I can recall. That information -- a lot of other medical schools attended as well. But yes, it was -- I'm not sure how specific that was, but yes.

Q.   Were there anatomy labs in Puerto Rico?

A.   Anatomy labs in Puerto Rico? They had to be with the clinical courses as -- with the technical webinars, and all that. But there were lectures and webinars on that.

Q.   In Puerto Rico, where the students taken to an anatomy lab?

A.   Anatomy lab? I do not recall. Here in Puerto Rico, no. Not that I recall at this moment.

Q.   But they took anatomy classes in Puerto Rico, correct?

A.   Anatomy classes? Yes, they had to take anatomy. Everybody has to take anatomy.

Q.   Do you remember talking to Zabdiel Nieves?

A.   I do not recall talking to him specifically. I remember the name, but no, I do not remember the conversation.

Q.   And you don't remember telling him that

USAT was accredited by ECFMG?

A.    Not exactly those words.  It's all -- the same question and the same answer from the previous one because I do not remember that conversation, per se.

Q.    Do you remember talking to Enny de Jesús?

A.    Same answer.

Q.    Do you remember telling Enny de Jesús that USAT was accredited by ECFMG?

A.    Same answer.  There were a lot.

Q.    Do you remember talking to Loraima Rosado?

A.    Same answer.

Q.    When you say the same answer, are you mentioning that you don't recall?

A.    Yes, that I don't remember the exact topic of conversation or having that conversation specifically with her.  I met a lot of students.

It probably took place -- and from one -- and I'm not sure if it was personally, in a group, or if it ever took place.  I don't remember that.  That was a long time ago.  I do remember the name, of course, but the conversation, no.

Q.    Do you remember talking to Wendoly

Vázquez?

A.   Same answer as well.

Q.   And you don't remember Wendoly Vázquez that USAT was accredited by ECFMG?

A.   Once again, the same answer. ECFMG -- USAT was recognized by ECFMG.  So, so far, that is something that I would have come up and said.  So yes, the same answer.

Q.   Daniela Cabrera was also tasked to recruit students in Puerto Rico, correct?

A.   Yes, I would say.  Student Affairs, counsel, orient -- yes.  Clinical as well. I mean, it was all the same.

        MR. RIVERA:  I'm going to send you the next exhibit, which is Exhibit 31.  I just sent you Exhibit 31, Ms. Burgos.  So when you get a chance, show it on the screen.

        (Whereupon, Deposition Exhibit 31 is marked, for identification.)

        COURT REPORTER:  Just got it. One moment.

        MR. RIVERA:  Exhibit 31 is an e-mail exchange between Daniela Cabrera and Suheil Peña.

        ///

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 73

BY MR. RIVERA:

Q.   Daniela.cabrera@usat.edu.

Do you see that address?

A.   Yes.

Q.   That was Daniela Cabrera's e-mail at USAT at that time in 2017, correct?

A.   Yes, I would say so.

Q.   And Daniella, at that time, was an employee of USAT, correct?

A.   Yes.

Q.   And she was authorized to send information on behalf of USAT, correct?

A.   Yes.

Q.   It says here in English -- I'm going to translate it.  Roughly, it says, "Good afternoon.  I am attaching information about the school fee schedule and enrollment agreement. These are parts of the requisites to apply. The fee schedule has to be signed.  I put the date at the bottom.  Enrollment agreement has to have initials on all pages, and fill out the information on the last page.  Any doubt let me know.  Welcome aboard, Daniela Cabrera Pujadas." And right down there it says, "Clinical Coordinator - Student Affairs of Puerto Rico."

That was her role, correct?

A.   Yes, correct.

Q.   And this e-mail is basically Daniela sending USAT information to Suheil Peña, correct?

A.   Yes.

Q.   Is it true that up there it says that there are five attachments?

A.   Five, yes.

Q.   And it says, "Brochure USAT," correct?

A.   Correct.

Q.   And then, "Brochure II USAT," correct?

A.   (Reading) "Brochure II USAT."  All right.

Q.   Would you know whether these brochures are the brochures that we reviewed earlier?

A.   No, I would not know.  I would not remember that, no.

Q.   (Reading) "Application checklist." Do you recall that?

A.   We saw it a bit prior -- yes.

Q.   And it's a list of the things that you need to do to apply, correct?

A.   Yes, yes.

Q.   And then, there's a USAT PR fee schedule and an enrollment agreement, correct?

A.   Yes.

Q.   So Daniela Cabrera sent Suheil Peña all these USAT Brochures and materials, correct?

A.   From what I see in this e-mail, yes. I have no recollection of this, but yes.

MR. RIVERA:   Let's go down to the second page.  Before we do that, let's go back to the first page.

BY MR. RIVERA:

Q.   And that e-mail that Daniela sent to Suheil was dated July 8, 2017, correct?

A.   Yes.

MR. RIVERA:  Now let's go down again to the second page.

BY MR. RIVERA:

Q.   There's an e-mail here.  We see another e-mail being sent to Suheil, dated July 12, 2017, correct?

A.   That is correct.

Q.   And in this e-mail she says, "Good afternoon, Suheil.  Congratulations on the part of the Admissions Committee.  You are being accepted into the MD program of USAT," correct?

A.   Correct.

Q.   Who was part of the Admissions Committee?

A.   The Admissions Committee was done in the USAT's Administrative Office.  It was Admissions, Dr. Tulp -- all of them.  There was a complete area for that.  It wasn't one person, specifically.  Dr. Tulp had to send out the letter of acceptance, though.

Q.   So is the Admissions Committee composed of various individuals?

A.   I would believe so, yes.

Q.   Would you know who -- you identified Dr. Tulp.  Where there other persons?

A.   The Admissions officers.  They had to make sure that they had all -- the parties would be transferred and accepted, and all of that. So more than one person, yes.

Q.   Do you know the names of those persons?

A.   That would be the registrars, the admissions, Dr. Tulp.  I would say --

Q.   All three?

A.   Maybe a -- yes.  He has more than one officer in each of those offices, so yes.

Q.   Were you part of the Admissions Committee?

A.   I was I was consulted at times, yes. I did not make that decision, but yes.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 77

Q.   But do you recommend accepting students?

A.   Yes.  Well, yes.  Dr. Tulp --

Q.   Did you interview students as well?

A.   If they have any questions on where they would land, then yes, definitely.

Q.   Do you remember that you interviewed students prior to their admission?

A.   Interviewed?  Yes.

Q.   And do you remember -- I mean, obviously you are not going to remember.  And I already asked you questions about different names.  But in summary, you remember sitting down and interviewing students before they became students at USAT, correct?

A.   Yes.

Q.   And in those interviews you were asking the students information about their credits and their experiences, correct?

A.   Yes it's a basic interview, yes.  An interview or orientation.  I don't recall how it was titled per se, but yes.

Q.   Did you remember, in those same interviews, whether you also explained to the students or answered any questions about USAT?

A.   Yes, there -- I must have, yes.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 78

Probably. What questions or which students, that I do not recall, but yes. I mean, that's basic. Everybody has to do that.

Q. Do you remember interviewing Suheil Peña?

A. I do not remember, specifically. I do not remember if I interviewed her or not. I do not recall that.

Q. Do you remember talking with --

A. I met with so many students.

Q. -- on the phone?

A. I do not remember specifically, no. It could have happened, but I do not recall that specific moment.

MR. RIVERA: Let's go to page 3 of Exhibit 31.

DEPONENT: I talked to a lot.

BY MR. RIVERA:

Q. This e-mail on page 3 of Exhibit 31 is dated September 17, 2017, and talks about suspending classes. Do you remember this?

A. (Reading) "After María..." Yes. Everybody stopped working after María, so that will be something that we sent out. Probably, yes.

Q. So you remember that you closed USAT

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 79

Puerto Rico because Hurricane María was about to pass through, correct?

A.   Yes.

MR. RIVERA:  Let's go to page 4.

BY MR. RIVERA:

Q.   Page 4 is an e-mail that Daniela Cabrera sent on September 15, 2017, correct?

A.   Hold on a minute.  Yes, September 15, 2017.

Q.   And Daniela is sending an e-mail to various emails, correct?

A.   Yes.

Q.   Do you recognize there that there's an e-mail that says, "suheilpt@gmail.com?"

A.   Give me one second, please.  Let me read it now.  Yes.

Q.   Do you remember that that's Suheil Peña's e-mail?

A.   No, I do not.  It has to be hers. That's her name, but I don't remember.  I don't remember anyone's e-mail from that time.

Q.   And there's "paola.prosper1@upr.edu." Do you see that e-mail?

A.   I see it.

Q.   Do you recall if that's Paola Proper's

e-mail?

A.   No.  It's her name, so it's probably her e-mail, but I do not recall the exact -- I do not remember everybody's e-mail.  I do not remember none of those emails at all.  I would not know them by heart, no.

Q.   All right.  No worries, I'll skip to the next question.

MR. RIVERA:  Let's go to the bottom, where it says, "Subject."  Not all the way, Ms. Burgos, I just want to see the e-mail content.  "Debajo de 'Bienvenida'."

BY MR. RIVERA:

Q.   So this e-mail that Daniela Cabrera sent on September 15, was to announce that the school was going to start, correct?

A.   (Reading) "...that a semester new school term..."  Yes, that is correct.

Q.   And it says, "Welcome to the grand family of USAT Puerto Rico," correct?

A.   Yes.

Q.   And that the classes were going to start on September 18, 2017, correct?

A.   Correct.

Q.   And those classes were going to start in

the building at Avenida Barbosa, correct?

A.   Depending on who it was.  Not necessarily to all students, no.

Q.   But did some students start taking classes at Avenida Barbosa?

A.   Yes, that could be case.  It depends on the student or -- it depends.

Q.   And this was sent by Daniela Cabrera, correct?

A.   That's what it says on the document, yes.

MR. RIVERA:  Let's go to October.  At the bottom, Ms. Burgos.  Let's go to the next e-mail on page 5 of Exhibit 31.

BY MR. RIVERA:

Q.   It says, "October 28, 2017," correct?

A.   Yes.

Q.   And when we go to the bottom, it says, "Reanudación de clases," which I think it's "Reopening of classes or Renewing the classes," correct?

A.   Yes.

Q.   And then, it's stating that the classes were going to start on November 1, 2017, correct?

A.   Yes.  From what it says on the document,

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 82

yes.

Q.   So after Hurricane María, the classes were suspended up to that date, correct?

A.   I'm not sure if it was up to that date, but yes.  I don't remember the exact date, but from what this document is stating --

MR. RIVERA:  Let's go to page 7.

Wait, page 6 first.

BY MR. RIVERA:

Q.   At the bottom of page 6 it says, "October 9, 2017."  Do you see that e-mail?

A.   Yes.

Q.   And then, at the at the bottom, going into page 7, it says that Daniela Cabrera sent an e-mail saying that they were trying to start operations on October 16, 2017, correct?

A.   Yes.

Q.   And it says that "this applies to regular students as well as students that are taking the USMLE review," correct?

A.   That is what it says there.

Q.   What's the difference between a regular student and a student that's taking a review of the USMLE?

A.   Well, the USMLE students are prepping for

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 83

the exam, so they must be more advanced in their career.

Q.   And the regular students are the students that are starting their medical education?

A.   Not necessarily.  I mean, medical students that transfer or that have been there or that are already taking clinical rotations could have been there in those lectures, so no, not exactly.

Q.   So the regular students are the students that were taking the basic science classes?

A.   From webinar lectures?  Yes, that would have been so.

MR. RIVERA:  Keep scrolling up to October 9 -- to October 12, Ms. Burgos.

BY MR. RIVERA:

Q.   If we go up a bit, it says that Daniela sent another e-mail on October 12.  Do you see that?

A.   I'm sorry?

Q.   Do you see that on October 12 there was another e-mail sent by Daniela Cabrera?

A.   Yes, I see October 12.

Q.   And then it says, "Cancellation of the renewal of classes until further notice."

A.   Yes.

Q.   Is that correct?

A.   Yes, that's what it says.

Q.   So does that refresh your recollection that the classes were going to try -- you were going to try to operate USAT in October, but then it was canceled and that it would start in November?

A.   I know it was cancelled.  On various terms -- the whole operation.  We couldn't do anything.  There was no power, no electricity, no water, so yes.  The exact dates -- that would have been something that happened at that time. It was chaos.

Q.   Were you a teacher of one of the classes?

A.   I used to do lectures and -- not many, but yes.

Q.   Which lectures?

A.   I do not recall exactly which ones I did. I know I did the microbiology ones, but I'm not -- I do not recall exactly which ones.

Q.   So you recall microbiology only?

A.   I'm not sure if it was a lecture or "repaso."  What do you call it?

Q.   A review?

A.   A review.  I'm not sure which one it was, but yes.

Q.   So you're unsure whether you had taught classes with credits or a review for the USMLE?

A.   At this moment I do not recall that, no.

Q.   Do you remember the names of the professors that gave classes in USAT Puerto Rico?

A.   We had a lot of faculty specialists in USAT, yes.

Q.   Can you remember their names?

A.   Dr. Caro.

Q.   Dr. Caro?

A.   Let's see.  Who else?  There was "Doctora Santiago" as well.  And there was Dr. Fernández. Those are the three I remember, off the bat. There were others.  I don't recall all the names, but yes.

Q.   Do you remember Dr. Igartua?

A.   Yes, yes.

Q.   So for Dr. Caro, what classes did Dr. Caro teach?

A.   I don't remember the classes that everybody thought, no.  I would not remember that exactly.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 86

Q.   You don't remember the classes that Dr. Caro taught In USAT Puerto Rico?

A.   No, not exactly.  He taught multiple classes on multiple topics, reviews and all that, so I don't remember exactly which ones. I wouldn't be able to list them by heart. I don't remember that.

Q.   As associate dean of USAT, were you in charge of organizing the classes?

A.   Organizing the classes?  In what matter?

Q.   Organizing which classes are going to be taught and which professors are going to teach which class.

A.   Yes, that would have been done by Admissions.  It depends on the necessity of the students, on the quorum, so yes.  It would have been done by anyone at the office, yes.

Q.   So as associate dean, were you in charge or were you tasked as one of your duties to organize the classes and assign professors to those classes?

A.   It would have been a task, yes.  It could have been one of the things that I helped out with.

Q.   Did you recruit the professors for those

classes?

A.   Some of them.

Q.   Out of these professors that you mentioned, did you recruit Dr. Caro?

A.   Yes.

Q.   Did you recruit Dr --

A.   I did not -- when you say "recruit," -- I know them, but I did not contract anyone because I have no authority to do that.  They were interviewed and done by Dr. Tulp.  But yes, I know Dr. Caro.

Q.   Okay, so --

A.   I was a liaison between them and the administration, but yes.

Q.   So what you did was that you knew Dr. Caro and you recommended him to Tulp?

A.   That is correct.

Q.   And then you recommended to Tulp that he interview Dr. Caro?

A.   I do not remember if he was interviewed by Dr. Tulp or when.  At that time -- I have no recollection of that.  I don't remember how that exact process was done, but yes.

Q.   Do you know whether you hired Dr. Caro, or was it Dr. Tulp who hired Dr. Caro?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 88

A.    No, Dr. Tulp.

Q.    Did you know whether a contract was signed?

A.    No, I do not know that.

Q.    And Dr. Santiago?  Did you recommend Dr. Santiago to be interviewed by Dr. Tulp?

A.    I do not remember that as well. No, not exactly.

Q.    Are you aware that Dr. Tulp hired Dr. Santiago?

A.    I do not know the exact way that -- I do not remember the exact transition, "la formalidad."  I don't remember how that worked at that time.  I do not remember, but it would probably be under my recommendation, of course. If I knew that -- if I could recommend the --

Q.    Did you hire Dr. Santiago?

A.    Did I personally hire Dr. Santiago?  I do not recall -- remember that.  No, I do not recollect hiring Dr. Santiago myself.  I don't remember how that process was done.  It was -- I would have been a liaison, yes.  I would have been there, I would have discussed it over with Dr. Tulp, and then the decision would be made.

Q.    Dr. Fernández.  Did you recommend

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 89

Dr. Fernandez to Tulp?

A.   Yes as well.

Q.   And did Dr. Tulp interview Dr. Fernández?

A.   I do not know.  I do not remember that.

Q.   Did Dr. Tulp hire Dr. Fernández?

A.   I believe so.  At USAT, yes, but I don't remember the specifics.

Q.   Did you hire Dr. Fernández?

A.   No, I would have been the liaison to hiring Dr. Fernández, but not the hiring.

Q.   Dr. Igartua.  Did you recommend Dr. Igartua to Dr. Tulp?

A.   Probably.

Q.   And did Dr. Tulp interview Dr. Igartua?

A.   I do not remember that.

Q.   Did Dr. Tulp hire Dr. Igartua?

A.   The same thing as all the others. I would have recommended her if I knew her or had background to hire, but the exact way of how it was done I do not remember at this time.

Q.   You did not hire Dr. Igartua?

A.   No, I don't remember if I hired her or not.  Igartua?  It would have been with Dr. Tulp, so that decision of hiring was not mine.

Q.    So as associate dean, you were not tasked to hire these professors?

A.    No, I was tasked to seek out faculty. We needed faculty for webinars, for everything, for clinical sciences.  But to hire per se, it was a decision made by the administration, not by me.  I would recommend her or be the liaison, like I said, but the hiring had to be -- the decision came from the administration.

Q.    So going back, what classes did Dr. Caro teach?

A.    I do not remember the exact classes that Dr. Caro taught.  No, I don't have that information right now.  There were many classes, but I do not remember right now the exact list of that.  I wouldn't remember that.

Q.    I'm going to ask you about a class, and you tell me whether he taught that class, okay?

A.    If I remember.

Q.    Of course.

Did he teach gross anatomy?

A.    That would have been a class that would have taught because I know he has a specialty in anatomy.  That would be a class he would have taught.

Q.   So Caro taught that class, yes?

A.   I would feel comfortable saying that he did.  In any form.

Q.   Functional Anatomy Lab.  Did Dr. Caro teach that class?

A.   I do not remember that exact same one.

Q.   Medical Embryology.  Did Dr. Caro teach that class?

A.   I do not remember the exact class, no.

Q.   Histology.  Did he teach that class?

A.   Which one?

Q.   Histology.

A.   No, I don't remember.  I know anatomy is one that was his forte, but the rest -- I don't remember If it was that exact class.  Honestly, do not remember that.  He taught a couple of classes.  Which one was which, I have no way of remembering that.

Q.   Introduction to human nutrition. Did Dr. Caro teach that?

A.   I do not remember exactly which ones they were.  No, I don't remember.

Q.   Medical physics?

A.   No, I don't remember.

Q.   Did he teach medical physiology I?

A.   Medical physiology I?  I do not remember if it was Dr. Caro.  I wouldn't -- I can't answer that because it's not truthful.
I do not remember exactly for Dr. Caro.  If you tell me one by one which one it was, I do not remember at this time.

Q.   Medical biochemistry?

A.   I do not remember that as well, no.

Q.   Intro to cell biology?

A.   Biology?  I don't remember.  If we go down the list -- if I were to answer the question, I would be lying to myself and to you guys because I don't remember exact classes.
I know that there were many.  It could be many of those you mentioned but, I don't recall the exact classes, no.  Not at this time.

Q.   Medical -- intro to cell biology.
Did I already ask that?

A.   Yes, you asked that.  Biology?  No.

Q.   Neurosciences?

A.   I do not recall.  No, I don't remember the specifics at this time.

Q.   Medical biostatistics?

A.   I do not remember.

Q.   Advanced physiology?

A.   I do not remember.

Q.   **Microbiology?**

A.   I do not remember.

Q.   **Pharmacology?**

A.   I don't remember at this time.

Q.   **Microbiology and infectious diseases?**

A.   The same answer.  I do not remember the exact classes that he taught.

Q.   **Pathophysiology?**

A.   Same answer.

Q.   **Pathology?**

A.   Same answer.

Q.   **And Dr. Santiago?  Do you remember which classes Dr. Santiago taught?**

A.   No, I don't remember any of the classes that she taught.

Q.   **Did she teach gross anatomy?**

A.   I do not remember.

Q.   **Functional anatomy lab?**

A.   I do not remember.

Q.   **Medical Embryology?**

A.   I do not remember.

Q.   **Histology?**

A.   I do not remember.

Q.   **Introduction to human nutrition?**

A.   I do not remember any of the classes that she taught, no.

Q.   **Medical Physics?**

A.   I do not remember.

Q.   **Medical Physiology?**

A.   Same answer.

Q.   **Neurosciences?**

A.   I do not remember.

Q.   **Intro to cell biology?**

A.   No, I don't remember that.

Q.   **Medical Biochemistry?**

A.   I do not remember.

Q.   **Physiology?**

A.   I do not remember the classes that she taught, no.

Q.   **Pathophysiology?**

A.   I do not remember.

Can I say -- do I have to repeat it?

Q.   **You have to say, "I don't remember."**

A.   That I don't remember, okay.  Or "same answer?"  Is that okay?

Q.   **Just say you don't remember.  If you don't remember, you don't remember.**

A.   Okay.

Q.   **And Dr. Fernández?  What classes did he**

teach?

A.    I do not remember.

Q.    **Gross anatomy?**

A.    I do not remember any of the classes that he taught.

Q.    **Nothing rings a bell if I go down this list?**

A.    No, not exactly.  I would not remember which ones it was at the time.  Really, I do not remember that.

Q.    **So if I go down this list, you are just going to say that you don't remember?**

A.    Correct.  I do not remember.

MR. RIVERA:  I'm going to take a brief 5 to 10-minute break to review something.

MR. BONILLA:  So will you be back at 11:07?

MR. RIVERA:  I will be back in, like, 5-10 minutes.

MR. BONILLA:  10 minutes?

MR. RIVERA:  By 11:15, let's put it that way.  And then, just to let you know, I'm thinking of going maybe until 12:30 or 1:00.  And then, we will be finished with Manuel José Ortiz, okay?

MR. BONILLA:  Okay.

MR. RIVERA:  And then, after that we can go with Yaniré.  But I want to check some notes out and just take a break. And when we have finished at 12:30 to 1:00, we can start with Yaniré at like 2:00 o'clock or 1:30, okay?

MR. BONILLA:  Okay.

MR. RIVERA:  Manuel José, right now you are under oath.  Technically, it's like you are sitting in the witness stand at trial, so I'm going to ask you to please refrain from speaking with anyone during this brief recess.

DEPONENT:  All right.

MR. RIVERA:  Thank you.  I'll be right back.

COURT REPORTER:  Off the record.

(Whereupon, a brief recess transpires.)

COURT REPORTER:  On the record.

MR. RIVERA:  It is 11:26 a.m. on May 30, and we are continuing with the deposition of Manuel José Ortiz-Bustillo. While we were off the record, I was reviewing some notes and documents.  And

while off the record, the court reporter reminded us that there are actually two persons connected to the ZOOM.  One says USAT and the other says José Enrique Blasco Jusino.

These persons have been connected since the beginning, but I want to reflect on the record that José Enrique Blasco Jusino is one of the plaintiffs in the case, and he is present and listening to the deposition. As for the other person named USAT, I'm going to ask them to state their name for the record.

CARLA KONYK:  Hello, it's Carla Konyk.

MR. RIVERA:  Carla Konyk from USAT is appearing in the deposition here today. So we want to reflect on the record that they have been connected in the ZOOM deposition since the beginning.

Thank you very much, court reporter.

BY MR. RIVERA:

**Q.  So we were talking about the professors and that you don't recall their classes.**

MR. RIVERA:  Can you go to Exhibit number 9?

COURT REPORTER:  Certainly.  Sharing.

MR. RIVERA:  Exhibit number 9 was a production of documents sent by the codefendants USAT, Konyk, Tulp and Baldwin. I'm going to ask you to go to page two of Exhibit 9.

BY MR. RIVERA:

Q.   Do you recognize that page?

A.   Yes, the format is the demographic information of a student.

Q.   So you worked with this software before?

A.   Yes, yes.

Q.   Is this the Maestrosis software?

A.   I believe so, yes.  Let me see.

Q.   So this was the software that USAT used to enter the student information, correct?

A.   Yes.  All of that, yes.

Q.   Did you handle this software -- the entering of the information?

A.   Everybody had access to it, but entering information -- I could have entered it, but usually the student created his own application portal if I recall correctly.

Q.   So when the student creates the application -- when they apply online, the

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 99

profile is created?

A.   Yes.  If I recall, yes.

Q.   And then, USAT employees would have access to this software?

A.   Yes.

Q.   And you and Daniela Cabrera also had access?

A.   Yes.

Q.   And that part where it says, "Private notes, USAT Puerto Rico," do you see it on the first page.

A.   No, I don't see it well.

(Reading) "...USAT Puerto Rico."  Okay, I saw it.

Q.   And you can see that is Suheil Peña's page.  And there's a section that says, "School information," correct?

A.   Yes.

Q.   And then it says, "District University of Science Arts and Technology School USAT," correct?

A.   Correct.  Yes, I see that.

Q.   There in that school information it doesn't say anything about Puerto Rico, correct?

A.   Correct.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Q.   Going down to the other section, in (Reading) "Student personal information," there's a private note that says, "USAT Puerto Rico," correct?

A.   Correct.

Q.   Do you know who entered those private notes?

A.   No, no.  I would not know, off the bat, who entered that private note, no.  No, I do not recall entering that note.  No.

MR. RIVERA:  Let's go to page number 4 of Exhibit number 9.

BY MR. RIVERA:

Q.   Do you see that box?

A.   Yes.

Q.   What is that box?

A.   (Reading) "Edit application."

That's probably all the -- the checklist per se, of the receipts.

Q.   So those are the application checklists where the student had to send the application fee, the enrollment agreement, and the fee schedule, correct?

A.   Yes, I guess it would be that.

Q.   And other documents such as letter

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 101

recommendations, resumé and unofficial transcripts, correct?

A.   Correct.

Q.   So once they upload it online, it's all received in the software, correct?

A.   Yes.

MR. RIVERA:  Let's go to page 5 of exhibit 9.

BY MR. RIVERA:

Q.   At the bottom, do you recognize page 5 of Exhibit 9?

A.   USAT's fee schedule, yes.  Yes, it's the fee schedule.

Q.   What is that?

A.   It basically tells you the tuition costs.

Q.   And what is the purpose of this? Is it just for stating the costs?

A.   Yes, it says -- yes.  It delimits all the costs of the tuition fees.  Yes, that would be correct.

Q.   All right. And at the bottom, there's a part that says signature, correct?

A.   I can't see it.  Yes, got it.  I saw that.

Q.   What's the purpose of the signature?

A.   I did not create this document, so I wouldn't know the exact purpose of this. But it's a fee schedule that is received.  And I would guess that they saw that they received that information.

Q.   When you were recruiting students at the beginning, you remember that you would deliver to them this USAT fee schedule, correct?

A.   Yes, yes.

Q.   And as part of the fee schedule you asked the student to sign it and return it, correct?

A.   Yes, they would return it to the admission portal and upload it.  If I -- I do not recall.  That would be the process, but yes, it would...

Q.   But the purpose of the fee schedule was so the student accepted that that's the tuition that they will pay, correct?

A.   Well, yes.  I would say so, yes.

Q.   And this happened after they applied -- after they were admitted, correct?

A.   I'm sorry, this happened after what? Can you --

Q.   They would sign this fee schedule after

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 103

they were informed that they were admitted to the program, correct?

A.   No.  Not necessarily, no.  This was given with the whole packet that USAT sent.  It was with the fee schedule as well.  They wouldn't have to be admitted for them to receive this, no.  Everybody has to know what the school costs.  If not, they wouldn't even consider going to school there.

Q.   Do you have any knowledge whether this -- you know that we saw an e-mail with Daniela Cabrera including a bunch of documents, correct?

A.   Yes.

Q.   So this fee schedule was in that e-mail with the other brochures?

A.   I'm not sure if it was this one, but yes, it could.  It could be this document, yes. It was a normal document for when we oriented students on the costs.  Maybe they wanted to know the costs, so that's something that was handed out to them.

BY MR. RIVERA:

Q.   Let's go to page 6 of Exhibit 9.

///

BY MR. RIVERA:

Q.   Do you recognize that?

A.   The enrollment agreement.

Q.   So this the enrollment agreement that states -- that's given to the student to sign to become a student at USAT?

A.   Yes, everybody had that document. It was -- to become a student.  I'm not sure what was in the technicality behind that, but yes, everybody signed that enrollment agreement.

A.   But that enrollment agreement was an agreement Between USAT and the student, correct?

A.   Yes, I had nothing to do with that. I did not create that, or I wouldn't -- yes. I don't know.

Q.   But this was the enrollment agreement you gave to the students?

A.   Yes, this would be in the packet.  In the information packet, yes.  That would be included there, yes.

Q.   And this enrollment agreement states that there's an "Olveston campus, Florida and Colorado," correct?

A.   (Reading) "Olveston campus, Florida and Colorado."  Yes, right there.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 105

MR. RIVERA:  Ms. Burgos, scroll down through all the pages.

BY MR. RIVERA:

Q.   And then, the student initials on all the pages?  At the bottom there's the initials, correct?

A.   Yes, I see that.

Q.   And all the students need to initial on all the pages, correct?

A.   Yes.

Q.   And at the end, there's the signature, correct?

A.   I can see that.

Q.   And all the students, after they initial and they sign this agreement with the date, it's understood that they're going to start classes with USAT, correct?

A.   No, not necessarily.  That was sent in the information packet for everybody.  Everybody received it in the in the beginning.  I received that when I was a student.  And I was not necessarily involved at that time.  Obviously, that was one of the requirements for enrollment, so if they were accepted or started or -- they had to have that document already filled out.

Q.   Can you become a student without signing this?

A.   No.  No, no.  I'm not saying that. You asked me if that would be signed after starting and I said no because you have to complete this prior to starting.

A.   So you need to sign this so you can become a student at USAT, correct?

A.   Yes, that was the requirement.  If they were okay with it, yes.

MR. RIVERA:  We are going to continue scrolling down.  I'm not going to go through all the stuff, but let's go to page 23 of exhibit 9.

BY MR. RIVERA:

Q.   So this page 23 of Exhibit 9 is the USAT PR tuition fee and schedule, correct?

A.   Yes.

Q.   This one is different than the prior one, correct?

A.   Yes.

Q.   Well, did you create this one?

A.   No, I don't remember creating that one, no.

Q.   Isn't it true that this USAT PR tuition

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 107

fee schedule was created specifically for the USAT PR School?  Is that correct?

A.   It was for the Puerto Rico students, yes. They had had more costs -- into the attending. For example, for the chemical sciences, the hospital wanted the school to pay for a lot of fees, so that came out from there.

It was different than other programs.  That's why -- I think these changed from time to time, once or twice.  I do not remember exactly. It all depended on the cost of the tuition.

Q.   (Reading) "University of Science Arts and technology PR."  That's the title of the School in Puerto Rico, correct?

A.   The title of the branch in Puerto Rico, yes.  Correct.

Q.   And then, there's an address.  That's the postal address?  (Reading) "PO Box 364363." That's the postal address of USAT Puerto Rico, correct?

A.   Yes, that is correct.

Q.   And this other address?  (Reading) "598 Avenida Barbosa, Esquina Calle Guayama, San Juan PR."  That's the physical location of the USAT Puerto Rico School, correct?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 108

A.   It's the physical location of the building, yes.

Q.   **That's the building that was being leased at the time?**

A.   Yes.

Q.   **That building that was being leased, how big were the facilities?  Were there two floors or one floor?**

A.   No, it was one floor.  It was on the second floor of the of the building.  I don't remember the exact square footage or any of that, but yes, it was --

Q.   **Do you remember how many rooms there were?**

A.   Exactly how many rooms, no.  There were maybe about four or more.  Something like that. The exact number I do not remember.

Q.   **You had your own office, correct?**

A.   Yes.

Q.   **And there were offices for Daniela Cabrera?**

A.   Yes.  There were spaces for all of us, yes.

Q.   **Was there a secretary there?**

A.   Yes.  At that time, yes.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 109

Q.   What was the name?

A.   I do not remember the -- Damaris.

Q.   Damaris?

Do you remember somebody by the name of Hilda Capó?

A.   Yes.

Q.   Who was she?

A.   She was the assistant registrar.

Q.   And she worked in USAT Puerto Rico, correct?

A.   She worked in the office, yes.

Q.   Let's go to the tuition fee schedule. What's this?  Can you explain what this graph is?  This table.

A.   Yes.  It basically explains the costs. It's the same thing as the one before. It's just maybe in a different layout, I guess. But it's basically the same thing, only that --

Q.   So the column down below the education costs is separating each expense, correct?

A.   Yes.

Q.   So there's a "Tuition," which is the student tuition that needs to be paid for taking classes, correct?

A.   Yes.

Q.   And below it, it says, "Fees," correct?

A.   Yes.

Q.   And then, (Reading) "Technology fee, clerkship fee, mal-practice insurance, student activity fee, maintenance fee, and graduation fees."

These are all separate expenses, correct?

A.   Yes, I see that.  Yes.

Q.   So to the right of "Education costs" there's the "Basic sciences," correct?

A.   Correct.  To the right of education costs, yes.

Q.   And in basic sciences it says, "First year and Second Year," correct?

A.   Correct.

Q.   And those first year and second years were the first semester, second semester, third semester, fourth semester?  The four semesters that we saw in the brochure earlier, correct?

A.   Yes.  I think there were more than four, but yes.  Basically, they were the beginning two years of the medical program.

Q.   And these are the basic science classes that are in a classroom setting, correct?

A.   Lectures, webinars, yes.

Q.   And it says that the tuition for the first year was "19,485 dollars," correct?

A.   For the first year, yes.

Q.   And the second year?  The same?

A.   Yes.

Q.   So I if an USAT student went to USAT Puerto Rico, they had to pay approximately 20,000 dollars for the first year?

A.   Approximately, yes.  Correct, yes.

Q.   And that student was taking basic sciences, correct?

A.   It could be a mixture of basic or clinical, but yes.  Depending on the year. If it was solely that year or it would be maybe webinar and lectures for that first year of basic science.

Q.   So the students in 2017 that first started in USAT Puerto Rico took that first year of basic science, correct?

A.   I do not recall which ones took which. No, I really don't remember which ones were the ones that took which.  I don't have that information.  I do not remember that.

Q.   But in summary --

A.   But yes, there was a basic science

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO
Page 112

mixture of lectures and webinars there, yes.
But it in which specific year, I don't remember.

Q.   But it was part of the --

A.   I remember that --

Q.   But USAT Puerto Rico operated for two years?  From 2017 to 2018 -- half of 2018?

A.   Yes, less than two years.  I was there for less than two years.  But remember that these students were transfers.  They had a mixture of classes that they brought in, so it depends on the students.

Q.   Yes, it depends on the students.  But the reality is that there were students taking basic science classes in Puerto Rico, correct?

A.   In the webinar lectures.  If they needed that, they could have taken that, yes.

Q.   But it is also true that there were professors in the classroom in Avenida Barbosa giving classes of basic sciences, correct?

A.   Yes.  There were professors in -- everywhere, yes.  Even for the students in the States because it was the same thing. If they went to --

Q.   But going back, you mentioned Dr. Caro. Dr. Caro went to Avenida Barbosa and taught

basic sciences there?

A.   Yes, he was there.

Q.   And he taught basic sciences in Avenida Barbosa, correct?

A.   He must have taught -- well, classes of basic sciences and anatomy.  I'm sure that he taught -- what was I saying?  Yes.  I do not remember the exact courses that they said, but yes.

Q.   Dr. Santiago also went to Avenida Barbosa to teach classes in basic sciences, correct?

A.   Yes -- I do not remember which classes she taught, no.

Q.   But the question is not specifically which class, it's if she taught basic sciences in Avenida Barbosa.  Is that correct?

A.   She should have taught webinars, lectures or the review.  Yes, she could have done that, yes.

Q.   And Dr. Fernández?  Not the specific classes, but he did teach basic science classes in Avenida Barbosa, correct?

A.   For Fernández I'm not one hundred percent sure.  I do not remember the exact basic science classes that he taught, but he might have.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO
Page 114

Q.    And Dr. Iguartua?  She also taught basic sciences in Avenida Barbosa, correct?

A.    Her -- she was brief.  I do not remember exactly what she taught specifically.  So no, I do not remember exactly what she taught.

Q.    And here at the bottom, is a printed name and signature, correct?

A.    Yes.

Q.    (Reading) "Lucero Rodríguez Fernández, April 4, 2018," correct?

A.    Yes.  I see that, yes.

Q.    So Lucero Rodríguez accepted that that's the fee schedule that she had to pay if she was going to attend USAT Puerto Rico, correct?

A.    I believe so, yes.

MR. RIVERA:  Let's go to page 33.

BY MR. RIVERA:

Q.    This is another Puerto Rico student's fee schedule, correct?

A.    Yes, I see that.

Q.    Would it be safe to say that this fee schedule came before the one that we just reviewed?

A.    I do not remember, but it could be. It could be that.  I wouldn't -- yes.

Q.   You mentioned that there were two or three drafts, correct?

A.   Yes.  The versions -- I think it was two versions.  It's depending on the students, but yes.

Q.   And do you see the signature at the bottom?

A.   Let me see.  Yes, I see that.

Q.   (Reading) "August 22, 2017."  Lisa Torres signed the fee schedule from Puerto Rico, correct?

A.   Yes.

Q.   So this was before the other one that we saw, correct?

A.   This was before.  Right.

MR. RIVERA:  Let's go to page 42 of exhibit 9.

BY MR. RIVERA:

Q.   Page 42 of exhibit 9 is the same USAT PR tuition and fee schedule we saw earlier, correct?

A.   Yes.

Q.   And I know we discussed basic sciences, but then there's the third year and fourth year of clinical sciences.  Those are the clinical

sciences with the clinical rotations you mentioned before?

A.   Yes, they start clinical rotations throughout those two years.

Q.   And that is when they start doing residencies?

A.   No, no.

Q.   No?

A.   Residency is something else.  Clinical rotations are one thing, and residencies are once you've graduated.  And then, you have to have all your board exams.

Q.   I'm sorry, I'm an attorney.  I never took medicine.

A.   That's okay.

Q.   So clinical science is third year, fourth year, and it's approximately 20,000 dollars per year, correct?

A.   It says there it's approximately 23 or 30.  Yes, something like that.

Q.   Because in the third year you have to pay for malpractice insurance, correct?

A.   Yes, because you have contact with hospitals and patients.  So yes, everybody had to --

Q.   (Reading) "Clerkship fee."  What was the clerkship fee?

A.   I do not remember what that was. Really, I don't remember what clerkship fee was. I didn't create this.  I'm not sure of what's -- everything in that clerkship fee thing.  I'm not sure what it was completely.

Q.   So you didn't prepare this tuition and fee schedule?

A.   Prepare that tuition and fee schedule? I don't recall having -- no.  This had to be approved by the administration.

Q.   In Colorado?

A.   Yes.

Q.   And then, at the bottom, the student signed that PR tuition fee was "Joffre Gómez on June 4, 2018," correct?

A.   May I see that?  Correct.

MR. RIVERA:  Let's do down to page 43.

BY MR. RIVERA:

Q.   This is another enrollment agreement, correct?

A.   Correct.

Q.   Isn't it true that this enrollment agreement was revised?

A.   What do you mean?  I'm sorry, I don't...

Q.   Isn't it true that this enrollment agreement was updated and revised?

A.   Well, I have no idea.  I would not have access to that.

Q.   It says,(Reading) "Regulations approved by the Governing Body on November 1, 2010. Updated on July 25, 2014, and revised on December 5, 2017."

Do you see that section?

A.   Yes, I see that section.

Q.   So is it fair to say that the enrollment agreement was revised, just like the tuition and fee schedule?

A.   Yes.  From what I -- what we understand from that -- yes, it could be.

Q.   And in this enrollment agreement it reflects (Reading) "Olveston campus, Florida, Texas and Puerto Rico," correct?

A.   (Reading) "Puerto Rico."  Yes, I see that on the top.

Q.   So this enrollment agreement is the same as the enrollment agreement that we reviewed earlier where the student needs to sign in order to become a USAT student, correct?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 119

A.  Yes.  The same thing.  Enrollment agreement.

Q.  **And this enrollment agreement reflects that USAT had locations in Florida, Texas and Puerto Rico, correct?**

A.  On the top it says, (Reading) "Florida, Texas and Puerto Rico."  Correct.

MR. RIVERA:  Let's go to the next exhibit, which is Exhibit 10.  Let's go to page 2 of Exhibit 10.

BY MR. RIVERA:

Q.  **Do you recognize this page 2 of Exhibit 10?**

A.  No.

Q.  **You have never seen this?**

A.  No.  I saw it in an e-mail that you sent, but that one specifically, no.

Q.  **And page 3?  Have you seen page 3?**

A.  The statement?

Q.  **Have you seen that statement before?**

A.  When you say -- when you ask the question, is that prior to you sending me this?

Q.  **Yes, prior.**

A.  I do not recall having seen this prior. Yes -- no, I do not remember having seen this

specific tuition statement.  That was something that was sent directly to the students most of the time.  It could have passed through me, but I do not remember having seen it.

MR. RIVERA:  Let's go to page 4.

DEPONENT:  That's with Accounting.  We don't do none of that in Puerto Rico.

BY MR. RIVERA:

Q.  So this is the same fee schedule that the students sign and that we reviewed earlier, correct?

A.  Yes.

MR. RIVERA:  Let's go to page 7.

BY MR. RIVERA:

Q.  So you mentioned that you didn't see this page 7 of Exhibit 10 before the deposition, correct?

A.  No, I don't recall seeing that before that.  That something for Accounting, from what I can see on the format there.  I do not -- I did not have access to any of that.

Q.  But it's true that at the time -- you mentioned that you would send payments to Colorado, correct?

A.  Yes, yes.  In the office.  Yes, I would

forward that.

Q.   And then, these payments were received in Colorado, but you didn't manage the software program of the payments over there?

A.   No.

Q.   But do you remember that there were also student loans?

A.   Yes.

Q.   Can you explain to me how the student loans worked?

A.   There was a private bank.  They had to apply online and deal directly with the bank. And then, the bank would pay USAT directly. On that area -- I did not have access to that either.  I wouldn't --

Q.   Question, when the students would first start in USAT Puerto Rico, did you assist them in applying for the student loan?

A.   Yes.  We told them -- we would give them the online page where they had to go and do that.  And if they had any questions, then we would assist or they would call the bank directly for assistance.

Yes, that wasn't any big thing.  But we didn't have anything to do with the approval or the

funds or anything.  That would be directly with the school.

Q.   But do you remember when you would sit down with the students to assist them in filling out the information for the student loan?

A.   I don't remember exactly filling out -- but if they had a question, I would gladly do so if I knew the answer to that, or if I could seek information to help them out. Yes, that would not have been a problem.

Q.   So your statement today is that you didn't sit with the students to fill out the student --

A.   No, no.  Obviously, if they had a question and if I had the answer, I would have gladly sat down.  But I do not recall a specific moment where I sat down and applied with a specific student in particular.  It's so many students.  I know it's something that we could have done, obviously, but I do not remember exactly having done that with any specific student.  Impossible.

Q.   But do you recall assisting the students to get the loan?

MR. BONILLA:  Objection to the form.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

DEPONENT:  Assisting in telling them what to do because I had nothing to do with the loans.  The loans are managed directly from the USAT administrative office, and I had no access to that.

MR. RIVERA:  I'm going to show you a new exhibit, which will be marked as Exhibit 32.  I just sent it now. I'm sending Exhibit 32 and all exhibits to all e-mails of the ZOOM link.  So opposing counsel has been receiving all these exhibits.

(Whereupon, Deposition Exhibit 32 is marked, for identification.)

COURT REPORTER:  All right.

BY MR. RIVERA:

Q.   Dr. Ortiz Bustillo, do you recognize that first page?

A.   No.

Q.   No?

A.   No.  Not at this time, no.  Can you zoom out?

Q.   Yes.  I'm going to ask that you just review it.  And if you want, you can tell Ms. Burgos to scroll down and look at all of

Exhibit 32.  And then, once you have looked at it, I'll ask you a few more questions.

DEPONENT:  Go ahead and keep scrolling down some more.

COURT REPORTER:  Would you like to have control of the screen so you can scroll down yourself?

DEPONENT:  Could I do that?  Yes.

COURT REPORTER:  Try scrolling now.

DEPONENT:  Okay.

These are loan documents.  (Reading) "...private education loan... self-certification."  Yes, these are loan documents that the students would sign with the bank.  But I would not have -- that was the bank on this.  The students with the bank.

BY MR. RIVERA:

Q.  So you don't remember assisting Blasco with the student loan and reading the loan from --

A.  I do not remember the exact moment. I would not recall if assisted or if I sat with him.  Once again, it could be possible, but I do not remember that.  But then again, this is

something that the student would receive and they would have to review with the bank, not with anything that I would manage.  And then -- so that's the information for them. They could have brought it in, of course, to send to the administration or whatever, but that with the bank.  That's not with us.  Not with me.

Q.   You remember SouthEast Bank, correct?

A.   Yes, I remember that bank -- that bank name, yes.

Q.   How did they student -- how do you know about SouthEast Bank?

A.   Because of USAT.  Prior to that, I did not know anything about it.

Q.   So USAT recommended -- did other USAT officials tell you to recommend this bank for the student loans?

A.   It's the only student loan that they had. I mean, naturally, they wouldn't -- as a student, myself included, I would have liked to have a type of financial assistance.  So if they have that -- that's the only thing they had to offer.  That's part of it.  Private loans, grants and stuff like that.

It's basically the same thing, but I had nothing to do directly with the loan.  I could have given them the link, helped them out or answered any questions that I might have known, but that's -- the loan is directly with the bank and then with the school afterwards.

Q.   So the SouthEast Bank -- you remember that that was the bank that was mostly used for the student loans for the USAT students if they were taking out loans, correct?

A.   Yes.  If I'm not mistaken, that was the only thing yes.

Q.   And then, once the student loan was approved -- you were aware that that loan was paid to USAT directly in Colorado, correct?

A.   No, I was not aware of anything that was paid.  That was administrative information. And then, I would have -- we would have to get a notice that a student was active, but I don't remember exactly how that process was.  I had no contact at all with the bank.  I got no way of knowing any of that.

Q.   So you're saying that you don't remember assisting students with the student loan?

A.   No, I do not remember assisting any

students in particular.  If they asked questions and I knew the answers at that time, obviously, I would have helped out in any way I could. As for assisting one specific student per say to do which -- no.  I had no -- I had nothing to do with student the loans.  That would have --

Q.   But in summary, you did sit down with some students online with --

MR. BONILLA: Objection to this line. Asked and answered about four times now.

MR. RIVERA:  Okay.

BY MR. RIVERA:

Q.   But in summary, you do remember assisting students online with putting information for the student loan, correct?

MR. BONILLA:  Objection.  Asked and answered.

BY MR. RIVERA:

Q.   You can answer.

A.   I do not remember the specific moment where that happened.  If they had questions and I knew the answers, I would answer.  Other than that, no.  I do not remember that.

Q.   Do you recall that students would request USAT in Colorado to refund them certain portions

of the loan?

A.   I don't.  I didn't manage that.  If that happened, that would have to be directly with USAT Colorado because I had no -- I had nothing in the finance section of the operation there. I was just a liaison for the students.

And if there was something that had to do with student loans or any of that, they would have to contact the administration directly, not us. And if they did asked me, I would tell them exactly what I'm telling you, that they would have to contact them there because I have no way of knowing how that works.

MR. RIVERA:  Can you show him the next exhibit that I just sent by e-mail? That is Exhibit 33.

(Whereupon, Deposition Exhibit 33 is marked, for identification.)

BY MR. RIVERA:

Q.   Do you recognize the first page of exhibit 33?

A.   That's the credit card authorization from -- yes, it's the receipt of the credit card payment.

Q.   You remember that you mentioned earlier

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 129

that you received the machine from the United States, correct?

A.   Yes, that is correct.

Q.   And that you used that machine to process certain payments?

A.   Everything was done there, yes.  If it was done there it was through that, or direct check that I mailed to USAT.

Q.   So it states here that on July 11, 2017, a payment of 600 dollars was made, correct?

A.   That is correct.

Q.   And that credit card receipt shows at the top, "University Science 3442 Ash St., Denver, Colorado," correct?

A.   Yes.

Q.   And that was the address of the main administration location, correct?

A.   Yes.

Q.   So it's understood that that credit card payment was sent to Colorado, correct?

A.   Yes.

MR. RIVERA:  Can we go to the second page?  Before we go to the second page, can we go back up to the first page?  Sorry.

///

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 130

BY MR. RIVERA:

Q.   That payment that was made -- at the bottom, there's a name and it says, "José Blasco Jusino," correct?

A.   Yes.  That's -- yes.

Q.   And that was one of the students of USAT Puerto Rico, correct?

A.   Yes, José Blasco was one of the students.

Q.   And this other credit card receipt, do you recognize it?

A.   No.

Q.   But do you recognize --

A.   I recognize that that is a receipt, just like the one before.  But I don't remember any -- all of them.

Q.   But this is the receipt that the machine used to print out, correct?

A.   Yes, it looks it.  It looks like that one, yes.

Q.   And then, it would print out that the receipt was received in "Ash St., Denver, Colorado," correct?

A.   Yes, yes.  I see that.

Q.   And this was a credit card payment of 125 dollars, correct?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 131

MR. BONILLA:  Objection to the form. Just for the record, we have been very lenient regarding the questions during the deposition.  But we want to reaffirm the previous objections and the continuous subjection made regarding documents that have not been established that they were created by the opponent or that he has personal knowledge regarding the content of the documents.  So we just want to reaffirm this objection because it has been a continuous issue during the deposition, but just to be sure --

MR. RIVERA:  Sure.  I disagree.

BY MR. RIVERA:

Q.    **You can answer the question, Ortiz-Bustillo.**

A.    Can you repeat the question, please?

Q.    **This was a payment of 125 dollars, correct?**

A.    That it was a payment of a hund -- yes. That's what it says there, that it was a payment of 125.

Q.    **And that was the -- when we saw the tuition and the fees, the application fee was**

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 132

125 dollars, correct?

A.   Yes.

Q.   And at the bottom, there's the name Suheil Peña Torres, correct?

A.   At the bottom, yes.

Q.   And that was one of the USAT PR students, correct?

A.   Yes.

MR. RIVERA:   Let's go to the third page.

BY MR. RIVERA:

Q.   The third page is another credit card payment receipt, correct?

A.   Yes.

Q.   And that's for the amount of 6,000 dollars, correct?

A.   Correct.

Q.   And at the top it says, "USAT 4288 Youngfield St., Wheat Ridge, Colorado, correct?

A.   Correct.

Q.   That was another address of the administration location, correct?

A.   Yes, correct.

Q.   So this credit card payment was sent to Colorado, correct?

A.   Yes, Colorado.

Q.   And you mentioned that this is the same receipt that was would be printed out when you used the machine that you had in Puerto Rico?

MR. BONILLA:  Objection to form.

DEPONENT:  I was something like this, yes.  It was...

BY MR. RIVERA:

Q.   And on the next page -- before we go to the next page, in print it says, "Suheil Peña Figueroa," correct?

A.   Yes.

LCDO. RIVERA:  Let's continue to the bottom.

BY MR. RIVERA:

Q.   So basically, these are all credit card printed payment receipts with different dates, right?

A.   Okay, yes.

Q.   And on all these different dates -- this is that on that date you processed the credit card to receive a payment, correct?

MR. BONILLA:  Objection to the form.

DEPONENT:  I don't remember having processed these, personally.  That could

have been done by anyone at the office, but these are payments.  These are something that was done by the student and --

BY MR. RIVERA:

Q.   So with --

A.   You could read them all and I would answer the same thing.  They are credit card slips -- receipt payments.

Q.   So with that machine -- the credit card machine was located where in the office?

A.   In the administrative office, in the secret --

Q.   In the secretary's desk?

A.   Yes.

Q.   And who was the secretary at the time?

A.   Damaris.

Q.   And Damaris was authorized to process the payments using that machine, correct?

A.   Yes.  Damaris and Daniela, yes.

Q.   So any USAT Puerto Rico employee that was in the office?

A.   Anyone in the administrative office that could -- that would know how to use it.

Q.   So Damaris was authorized, correct?

A.   Yes.

Q.   On behalf of USAT, correct?

A.   Yes.  To take a payment, yes.

Q.   And Daniela Cabrera was authorized, right?

A.   I believe so.  I could --

Q.   On behalf of USAT?

A.   Yes.

Q.   And you also handled some payments, correct?

A.   Yes.

Q.   And you did it on behalf of USAT, correct?

A.   Yes.

MR. RIVERA:  Let's go to Exhibit 34, which I'm about to send now.

(Whereupon, Deposition Exhibit 34 is marked, for identification.)

BY MR. RIVERA:

Q.   Do you recognize Exhibit 34?

A.   Yes, it's a registration schedule for a student.

Q.   Why do you recognize it?

A.   Because it's it says so right there. I've seen that before.  It's a registration for the courses.

Q.   So this was the document used in USAT Puerto Rico with regards to which classes the students were taking, correct?

A.   Correct.

Q.   So this would have --

A.   Or would have to take.  Not that -- would have to take.

Q.   So this document was given to the students, correct?

A.   Yes.

Q.   And this document is given to the students when the year starts so they know what are the classes and what days they would have to attend, correct?

A.   Yes.  Something like that, yes.

Q.   And with José Blasco -- this registration was for (Reading) "September - December 2018," correct?

A.   (Reading) "September - December."  Yes.

Q.   (Reading) "Intro to clinicals." Which portion of classes would that be? The clinical one?

A.   Yes.  (Reading) "Intro to clinical." Yes.

Q.   The clinical sciences?"

A.   Yes.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 137

Q.   So that's probably third year?

A.   Yes.  That's probably third, yes.
I do not remember exactly how it was in the
curriculum, but yes, that would be the
third.  Clinical sciences.

Q.   (Reading) "Organ System III?"

A.   Yes.

Q.   That's also clinical science?

A.   I do not remember if it was clinical
or -- it should be clinical.  There were times
that it was lectures.  So at this moment I do
not recall exactly where on the curriculum that
was.

MR. RIVERA:  Let's go to the next page.

BY MR. RIVERA:

Q.   (Reading) "January-April 2018," correct?

A.   Yes.

Q.   And on the second page of exhibit 34,
these are the classes that this student was
taking during that time, correct?

A.   I'm not one hundred percent sure, no.
I do not recall which one exactly he was taking.

Q.   But again, this --

A.   These were the registration requirements.
If he completed it or not, I do not remember.

I don't really recall at that time.

Q.   But again, this document is prepared by USAT Puerto Rico, correct?

A.   By the registrar, yes.

Q.   And then, that's given to the student, correct?

A.   Correct, correct.

Q.   And then, the student is being notified that these are the classes on these days and these hours, correct?

A.   Correct.

Q.   And then, on this registration between -- this student had to appear to these classes in January and April of 2018, correct?

A.   Yes, you have to be responsible for the classes.

Q.   So if you took these -- you have to take the classes or you wanted to graduate, correct?

A.   Yes.

Q.   So here it says, "Org. System." What does Org. System mean?

A.   That's organ systems.

Q.   Organ Systems?  And is Organ systems part of basic sciences?

A.   I do not recall which part of

the -- (Reading) "Organ systems." I think it was clinical. I don't remember right now, at this moment, which one it is. If it was clinical third or fourth -- a long time ago.

Q. And the next one, (Reading) "Psychology." Do you see Psychology?

A. Yes, I see that.

Q. Is that an elective?

A. I do not remember if that was an elective at the time.

Q. Is that part of the basic sciences?

A. I do not remember if it was part of the basic sciences, no. I can't recall that right now.

Q. And then, it says "Tuesday - Immunology," correct?

A. Correct.

Q. Is that part of the basic sciences?

A. Yes, I believe so. It was part of one of the programs.

Q. (Reading) "Medical ethics." Do you see that?

A. Yes, I see that.

Q. It says, "Med. Ethics." Med stands for medicine, correct?

A.   Yes.

Q.   And that's part of the basic sciences?

A.   I do not recall if it's part of the basic sciences.

Q.   "Pharmacology." Do you see that?

A.   Yes.

Q.   And that class is part of the basic sciences?

A.   Yes.

MR. RIVERA:  Let's continue to the next one on page 3.

BY MR. RIVERA:

Q.   This registration of José Blasco is from August-Dec 2017, correct?  The second term.

A.   (Reading) "August - Dec."  Yes.

Q.   So this is, again, a document prepared by USAT Puerto Rico, correct?

A.   By the registrar or either -- yes. Whoever did that.  Not necessarily Puerto Rico, whoever did the registrar.  But yes, it was handed to them in Puerto Rico.

Q.   And at the bottom, there's a signature. Do you see that?

A.   Yes.

Q.   In the prior ones there was a seal.

That's the seal of USAT, correct?

A. Yes.

Q. And that official seal of USAT is the one that we saw earlier in the brochure, correct?

A. Yes, I guess. The seal.

Q. Where it says, "US/UK," correct?

A. Yes, I see that.

Q. So that seal states that its United States, correct?

A. Yes.

Q. And that signature or handwriting there, do you recognize it?

A. No, not exactly at this -- maybe "Capó?" I can't read that, no. I can't read that -- be one hundred percent certain.

Q. So you don't recognize it?

A. No, I do not remember that signature. (Reading) "G. Capó." If it's G. Capó, it was the registrar at that time. But I do not remember her signature, honestly. I don't.

Q. Its dated November 16, 2017?

A. Yes.

Q. And here it says, (Reading) "Micro/Immuno." What does that stand for?

A. Which one? I'm sorry?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 142

Q.    The first one.  It says, "Monday from 9:00 to 11:00."

A.    (Reading) "Micro/Immuno."  Yes, those are microbiology and immunology classes.

Q.    And those are part of basic sciences, correct?

A.    Yes, it should be on that block. But once again, the students from clinical sciences could be part of it as well if they were clinical sciences.  It depends on what they are because there is a mixture there of clinical and basic.

Q.    (Reading) "Gen. Pathology."  What does Gen stand for?  General?

A.    General Pathology.

Q.    And that's part of the basic sciences?

A.    I do not recall if it's part of the basics, but it should.  I don't remember exactly if it was one of the basics.

Q.    (Reading) "Physiology?"

A.    Physiology, yes.

Q.    That's part of the basic sciences?

A.    Yes.

Q.    The other one that says, "Micro/Immuno," what does Micro stand for?

A.    Microbiology.

Q.    And "Immuno?"

A.    Immunology.

Q.    (Reading) "Molecular Bio."

A.    Same thing.

Q.    Bio stands for -- It's just bio?

A.    Biochemistry.

Q.    Biochemistry?  So molecular Biochemistry?

A.    Biology.  It's biology.  I'm sorry, it's Biology.

Q.    Molecular Biology, okay.

Is that part of basic sciences?

A.    Yes.

Q.    And then, (Reading) "Biochemistry."

Do you see biochemistry next to it?

A.    Yes.

Q.    Is that part of basic sciences?

A.    On this course?  Yes.

Q.    (Reading) "Med. Imaging."  So Med stands for medical?

A.    Yes.

Q.    And that's part of basic sciences?

A.    I do not remember that.

Q.    (Reading) "Neuroanatomy."  Is that Neuroanatomigy?

A.    Neuroanatomy.

Q.    **Neuroanatomy, sorry.**

**Is that part of basic sciences?**

A.    Yes.

Q.    **So based on this registration, this student was taking basic science classes in this term, correct?**

A.    Not one hundred percent sure, no.

Q.    **But based on this document, what does it reflect?**

A.    Well, I'm not sure, a lot of them are. I'm not sure all of them are part of that, but yes.

MR. RIVERA:  We can close this one. This one was 34, correct?

COURT REPORTER:  Yes, 34.

MR. RIVERA:  Let's go to Exhibit 35.

COURT REPORTER:  All right.

MR. RIVERA:  Wait, can you go back to exhibit 34?  I have a few more questions, sorry.

COURT REPORTER:  No problem.  So this is Exhibit 34.

BY MR. RIVERA:

Q.    **On the bottom -- So obviously, this graph**

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 145

explains the schedule.  The days and the hours these classes are going to be taken, correct?

A.   Yes.

Q.   And then, at the bottom, there's another table.  About this table, I didn't ask questions, sorry.  What does the "Course number" mean, on that column to the left?

A.   Identification of the course.

Q.   (Reading) "GPS."  What does that GPS stand for?

A.   I do not recall.  (Reading) "General principles..."  No, I do not remember which one that was.

Q.   Is that "General Principle of Sciences?"

A.   It could be, but I'm not one hundred percent sure that it was that.

Q.   (Reading) "BSC?"

A.   I do not remember exactly what it was. No, I can't say.  I don't remember.

Q.   Would it be fair to say that BSC stands for Basic science?

A.   I'm not sure.  I'm not really sure about that, no.

Q.   (Reading) "CSC?"  There is another one that says CSC.

A.   I do not remember either.

Q.   Would it be fair to say that CSC stands for Clinical science?

A.   I'm not sure.

MR. RIVERA:  We are on page 3 of Exhibit 34.  Can you up to the second page?

BY MR. RIVERA:

Q.   The course number says, "ORG."  What does ORG stand for?

A.   Organ Systems.  Sometimes the names --

Q.   And here it repeats "GPS."

You don't remember what GPS stands for?

A.   I'm not one hundred percent sure, no. It could be General Principles of something, but I don't remember.  I don't remember exactly what it was.

Q.   Could it be General Principles of Science?

A.   Or systems.  I don't remember.

Q.   Or systems?

A.   Yes.

Q.   And "BSC" is the same one that we saw before.  Would it be fair to say that it stands for Basic Science?

A.   I don't remember, no.  I wouldn't say one

hundred percent because I'm not certain of that.

Q.   (Reading) "BHS."  What does BHS stand for?

A.   I do not remember.

Q.   (Reading) "CSC."

A.   Not -- neither.  I would not remember that.

MR. RIVERA:  Let's go back to page number 1.

DEPONENT:  It's the same thing.

BY MR. RIVERA:

Q.   (Reading) "ICM."  What does ICM stand for?

A.   I do not recall.  It could be Introduction to Clinical Medicine.  It sounds like abbreviations, but I'm not certain for sure what each letter means completely.

Q.   All right.

MR. RIVERA:  Just so we can include it, Exhibit 34 was the registration documents. Now let's go to Exhibit 35, Ms. Burgos. This is Exhibit 35, which are the certification documents.

(Whereupon, Deposition Exhibit 35 is marked, for identification.)

BY MR. RIVERA:

Q.   Do you recognize this first page?

A.   (Reading) "Enrollment certification."
Yes, it's the enrollment certification.

Q.   Why do you recognize this?

A.   It's -- the format.  If a student needed
a document that said that he was enrolled in the
university in the program, then that's something
that would have worked for them.  Either for --

Q.   So sometimes the students would ask for a
certification from USAT that they were enrolled
in that university, correct?

A.   Enrolled, yes, in the university.
Specifically for food stamps and all that, they
needed this type of document -- or for their
clinical rotations.

Q.   So there's a signature there that
says -- is that your signature?

A.   Yes.

Q.   So that's (Reading) "Manuel Ortiz
Bustillo?"  So you did the certification?

A.   I don't remember doing it that exact
moment, but yes, that's my signature.

Q.   And then, it says that --

A.   This is a template that we had.

Q.   So this template was used by USAT Puerto Rico, correct?

A.   No, it wasn't.  I think that it was on -- everywhere.  This wasn't just -- that's for every student.  Not for Puerto Rican students only.

Q.   So here it says, (Reading) "This letter is to certify that the student José Blasco Jusino is a full-time enrolled student in good standing in the MD Program at the University of Science Arts and Technology, Puerto Rico extension," correct?

A.   Yes, that's what it says.

Q.   And you are certifying that he was in the medical doctorate program?

A.   Yes.

Q.   And that he was in Puerto Rico, correct?

A.   The Puerto Rico extension, yes.

Q.   And then, at the bottom it says, (Reading) "Please feel free to contact the Department of Admissions with any questions you may have regarding this student at pradmissions@usat.edu."

Do you recognize that e-mail?

A.   (Reading) "pradmissions@..."  No.

I do not remember exactly who handled that, no.

Q.   But that's an e-mail that was created to handle the Puerto Rico admissions, correct?

A.   Yes, correct.

Q.   And did you have access to that e-mail?

A.   I don't remember right now, off the bat. A long time ago.

Q.   Karen Baldwin came in last Friday and she mentioned that sometimes she would create certain e-mails that other employees could have access to.

A.   No.

Q.   Were there some e-mails where you might have shared access with other employees?

A.   Yes, that probable.  That's very possible, yes.

Q.   So is it possible that you handled the PR Admissions e-mail?

A.   It's possible, after being someone that has access to it -- had access to it, and I received emails.  But "handled," I do not remember.

MR. RIVERA:  Let's go to page 2 of Exhibit 35.

///

BY MR. RIVERA:

Q.   This is a certification -- before we continue this, that first certification was dated November 8, 2017, correct?

A.   November 8, 2017, correct.

Q.   Yes, right?

A.   Yes, November 8, 2017.

MR. RIVERA:  Let's go to the second page.

BY MR. RIVERA:

Q.   It says, "Certification, November 10, 2017," correct?

A.   Yes.

Q.   And it says at the top, "University of Science Arts and Technology in Puerto Rico," correct?

A.   Yes.

Q.   And at the bottom, there's a signature that says, "Hilda Capó-Iriarte," correct?

A.   Yes.

Q.   And that was the registrar or secretary that you mentioned?

A.   Registrar.  The registrar.

Q.   And she worked at USAT Puerto Rico for how long?

A.    I do not recall the extension of time that she worked for.

Q.    Is it true that this certification states that, "This is to certify that student Lisa Torres-Colón is currently enrolled at the University of Science Arts and Technology, Puerto Rico Campus," correct?

A.    Yes.

Q.    And again, it states the same thing, (Reading) "Lisa is a student in good standing in the MD program at our institution," correct?

A.    Yes.

Q.    So it's certifying that Lisa Torres was attending the USAT Puerto Rico campus, correct?

A.    That's what it says there, yes.

Q.    And Lisa Torres was in fact -- do you remember that she was a student in Puerto Rico?

A.    Yes, she was a student.

MR. RIVERA:  Let's go to the next page.

BY MR. RIVERA:

Q.    And this is another certification. (Reading) "December 5/20/17," correct?

A.    Same thing, yes.

Q.    But this one is signed by Hilda Capó, correct?

A.   Yes, she was the registrar.  She would have mostly done that type of document.

MR. RIVERA:  Let's go to Exhibit 36.

I don't know if I sent it.  Did I send it?  I think so.

(Whereupon, Deposition Exhibit 36 is marked, for identification.)

COURT REPORTER:  Yes, you did.

BY MR. RIVERA:

Q.   **Exhibit 36 is a couple of e-mails. On the first page, there's an e-mail sent from pradmissions@usat.edu.  Do you see it?**

A.   Yes.

Q.   **That's the same e-mail we saw earlier, correct?**

A.   Yes.

Q.   **And it was sent on May 16, 2017, correct?**

A.   Yes.

Q.   **I'm going to ask you to read it. And once you have read it, I'm going to ask you a question.**

A.   All right.  I read it.

Q.   **What is the e-mail about?**

A.   I do not remember this exact e-mail, but it's that's basically saying that -- there were

so many students at that time.  There were a lot of students and there was a lot of traffic. I don't know who sent this e-mail, either, specifically, but it says that to help them out, and the processes will have to be done via the Puerto Rico office.  That's basically it.

Q.    So this e-mail states that --

A.    And that -- you go ahead.

Q.    This e-mail states that all students that come from either Puerto Rico or the Dominican Republic will be evaluated by the USAT PR school, correct?

A.    Yes, by the USAT staff at Puerto Rico. But I'm sure this was because they needed help in -- they did not speak any Spanish.  And most of them did not -- they were having trouble communicating.  I know it was an issue at the beginning.  I'm not sure if it has to do with that, but probably.

Q.    But isn't it true that this e-mail states that USAT Puerto Rico is located in Avenida Barbosa, correct?

A.    Yes, that's the office.

Q.    In Hato Rey, correct?

A.    Yes.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 155

Q.   And then it says, "it would manage all student processes," correct?

A.   Yes.

Q.   And it says, "Entiéndase," as in "Understanding: Admissions," correct?

A.   Yes.

Q.   "Basic sciences," correct?

A.   Yes.

Q.   "Clinical sciences," correct?

A.   Yes.

Q.   "Financial matters," correct?

A.   Yes.

Q.   "Affiliations with hospital institutions," correct?

A.   Yes.

Q.   "And others."

A.   Yes.

Q.   And it says that "In the next 24 to 48 hours, a representative will be contacting you," correct?

A.   Yes.

Q.   "And thank you for your interest in USAT PR," correct?

A.   Yes.

Q.   "PR Admissions." It doesn't state a name,

correct?

A.   Yes.

Q.   But this e-mail that was sent was an e-mail managed by USAT, correct?

A.   Yes.

Q.   And the person -- you don't remember if it was you who sent this e-mail?

A.   No, I do not remember.  I was copied. I was copied, it's right there.

Q.   You were copied, and Daniela Cabrera was copied too, correct?

A.   Yes.

Q.   And basically this e-mail is telling José Blasco, who was a student USAT -- José Blasco was a student at USAT?

A.   Yes.

Q.   It was informing Blasco that USAT Puerto Rico will manage all these student matters, correct?

A.   Yes.  The USAT office will manage -- will work with them on all these matters, yes.

Q.   And it's representing that USAT Puerto Rico will give out classes, correct?

A.   No it's not.  Where does it say that?

Q.   The "Basic sciences."

A.   Yes, but this is a very generic e-mail. I mean, that could be sent to everybody. I'm not sure it was directed to José Blasco. And Admissions, you could say Admissions is part of basic sciences and clinicals.  They go through Admissions, and they have to know where they are at.  That is a very generic e-mail. I could not say --

Q.   **So your statement today is that USAT Puerto Rico did not give classes of basic sciences at all?**

A.   No, no.  I'm not saying that.  But that this e-mail is a representation of that, I'm not convinced one hundred percent, no.  I wouldn't know what they were referring exactly to. It's very generic.

MR. RIVERA:  Let's go to the next e-mail on page 2.

BY MR. RIVERA:

Q.   **This e-mail was sent to m.ortizbustillo@usat.edu.  That's your e-mail, correct?**

A.   Yes.

Q.   **And it was sent on August 8, 2018, correct?**

A.   Yes.

Q.   And then it says -- can you tell me what this e-mail -- do you remember receiving this e-mail?

A.   No, I do not remember this particular e-mail.

Q.   If you want, read it and see if it refreshes your recollection.

A.   Yes, it's an e-mail from Prosper that she wants an appointment regarding the ECFMG and the USMLE step 1.  That's basically it.  I would not know who to redirect that to.

Q.   Dr. Igartua was supposed to do the review of the United States Medical Licensing Examination?

A.   No.

Q.   No?  It wasn't?

A.   She was -- what do you call a review?

Q.   I'm not sure.  What does Dr. Igartua have to do with the ECFMG?

A.   A review -- if it's a course for the preparedness of the students, that's possible. But to be eligible for the ECFMG and USMLE, that's not with us, that's directly with the administration.

Q.   She is referring to Dr. Igartua.  Why is she referring to Dr. Igartua?

A.   I have no idea.  I do not remember none of that.  I don't remember why -- I don't know why she was referring to Dr. Igartua.

Q.   Why did she have to do a -- did she have something to do with the ECFMG?

A.   No.

MR. RIVERA:  Let's go to the next email.

DEPONENT:  None of us had nothing to do with the ECFMG.  It's an entity by itself.

BY MR. RIVERA:

Q.   It's dated September 20, 2018, correct?

A.   Yes.

Q.   And it says, "infopr@usat.edu," correct?

A.   Yes.

Q.   And that was another e-mail that was managed by USAT employees, correct?

A.   Yes.

Q.   And then, sent to all these emails.  And we go to the bottom, it says your name, correct?

A.   Yes.

Q.   But it says, "Damaris Frías on behalf of

Manuel Ortiz Bustillo," correct?

A.   Yes.

Q.   So Damaris sent this e-mail to all the students at USAT, correct?

A.   Yes.  I believe so, yes.

Q.   And can you summarize what this e-mail is about?

A.   It was a communication that there was an open convocatory [sic] for the PR medical exam. That's just a communication to all the students. That was on the news.  It happens on the news two times a year.  It's just for a heads up to let them know that they could take the Puerto Rico Boards.  For those who qualify, obviously. It's just news.

Q.   Let's start moving now to 2018.

So in 2017 you and Daniela were talking to students and getting recruiting students to come to USAT Puerto Rico when it first started, right?

A.   When it first started, yes.

Q.   And then, after the students start taking classes -- they took classes in 2017 between August or September until December?

A.   I don't recall the exact dates.  I don't

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 161

know.  I do not recall the exact dates of the classes.  It's sketchy because of -- there was a hurricane, and it was postponed and...

Q.   But as associate dean, do you acknowledge that -- obviously, there was a hurricane, I understand that.

A.   Yes.

Q.   But USAT Puerto Rico was supposed to be giving out classes during that time in September and December of 2017, correct?

A.   Yes, the semester was supposed to start. I'm not sure what exact date it started, or anybody get -- wouldn't know at this time.

Q.   And then, USAT Puerto Rico continued giving out classes in January up to May or June of 2018?

A.   I do not remember the exact dates, no.

Q.   Did the USAT give out classes in Puerto Rico in the summer of 2018?

A.   No, I don't remember what was done that summer, no.  That was a long time ago.  I don't remember.

Q.   Do you remember that around August or September of 2018, some students were requesting to take the steps exams?

A.    Everybody at all times was requesting to take the exams.  That's something...

Q.    So can you take us -- what's the process for a student to take a step exam?

Before we continue, a step exam is part of the United States medical licensing examination, correct?

A.    Yes.

Q.    And how many exams are there?

A.    Well, three.  At that time, that's what it was.

Q.    And what's the first step exam?  What is the purpose of it?

A.    Step 1.

Q.    And what's the point in the students taking that exam?

A.    That's a basic sciences exam. And there's clinical knowledge, which is the second one.  And then, there's step 3.

Q.    And step 3 is to be licensed as a medical doctor, correct?

A.    If you have them all, yes.  Only in Puerto Rico, not in the States.

Q.    So step one is for students after they take the basic science classes?

A.   Not necessarily -- yes.  You have to have completed basic sciences, yes, prior to taking it.  But you could take it after graduation, like I did, if you want.  There's no timeline.

Q.   But the point of step 1 is to test out the students' knowledge in basic sciences?

A.   Yes, that is correct.

Q.   And then, step 2 is to test out the students' knowledge as to clinical sciences?

A.   Clinical knowledge, which is an integration from both.

Q.   And then, step 3 is to test the student out, so they become a fully licensed doctor?

A.   Correct.  Or to move on to residency.

Q.   In order for an international student to take these exams they would have to go through ECFMG, that was mentioned earlier, correct?

A.   Yes.

Q.   And when a student goes to ECFMG -- when they request the ECFMG, they do it online, correct?

A.   Yes.

Q.   And when they go to ECFMG, they file their application in order for ECFMG to verify their credentials, correct?

A.   Yes.

Q.   And then, once they create the ECFMG file, they get assigned a number, I believe?

A.   Yes, once they -- yes.  They have an ID number, yes.

Q.   And then, when the ID -- ECFMG verifies this information of the student, right?

A.   Um-hum.  Well, what's the question? If ECFMG --

Q.   Once the ECFMG receives the information, they review the information of the student, correct?

A.   Yes.  They review the information of the student, yes.

Q.   And then, they validate or verify the students so they can proceed to take the exam, correct?

A.   Yes, that's correct.

Q.   There are certain requisites that ECFMG requests from the students, correct?

A.   Can you repeat that?

Q.   There are certain requisites that ECFMG requires before they approve the student to take the exam, correct?

A.   Yes.  That's correct, yes.

Q.   Do you know that around August or September 2018 an event occurred with ECFMG and the USAT students?

A.   Yes.

Q.   And what happened was that ECFMG proceeded to investigate USAT?

A.   I don't know the exact details of that. I was not -- I did not have access to that information, but yes.

Q.   Were you were you ever contacted by ECFMG?

A.   No, never.  I had no access to that.

Q.   Did any person or official from ECFMG sent you an e-mail or a letter?

A.   I received the same letter or e-mail that the students received at that time because I was graduate, but no, not in the capacity of a USAT employee.  Not as an employee, but as a student.

MR. RIVERA:  Before we continue with Exhibit 36, I'm going to ask if you can go to Exhibit 23 for a second.

COURT REPORTER:  Counsel Rivera, we have Lisa Torres joining in on our meeting.

MR. RIVERA:  So Lisa Torres joined?

COURT REPORTER:  Yes.

MR. RIVERA:  All right.

Let the record show that Lisa Torres is one of the plaintiffs, and she has joined the meeting.

COURT REPORTER:  You said Exhibit 23?

MR. RIVERA:  Yes.

BY MR. RIVERA:

Q.  Do you recognize Exhibit 23?

A.  Yes, that's an invitation to a white coat ceremony.

Q.  And this was organized by USAT Puerto Rico?

A.  Yes, by USAT.

Q.  And do you remember appearing at this?

A.  Yes.

MR. RIVERA:  Can we go to the second page?  You might have to rotate it.

COURT REPORTER:  I don't know that I can.

BY MR. RIVERA:

Q.  Do you recognize the people on the second page?  The second page of Exhibit 23.

A.  Yes, some.  Others I don't remember the names.  But some I do, yes, of course.

Q.  Can you identify each person from left to

right?

A.   From left to right, Dr. Fernández is the first one.  The third one is Barbosa.  I cannot make out the fourth, I believe it's Dr. Caro. I do not recall the fifth person.  The sixth person is Dr. Tulp.  I am the seventh. Then, it's Daniela.  The two grads, I can't make out.

MR. RIVERA:  Can you rotate it or not?

COURT REPORTER:  I'm trying to, but I'm not able to.  I don't have the membership.

MR. RIVERA:  I'm sorry about that.

COURT REPORTER:  I'm sorry.

MR. RIVERA:  Let's go to the next one. I mean, I can try to do it, but I'd rather -- if he can look at it from that point, it will be sufficient.

BY MR. RIVERA:

Q.   Do you recognize the people on the third page?

A.   Not all of them.  That's myself in the middle, in the blue.  Then, Dr. Tulp.  And then, we have Dr. Caro.  And then, there's David Pagán.  And the last o -- I do not remember the names of the others.

Q.   So you're the person in the blue suit?

A.   Correct.

Q.   And Dr. Tulp is behind you, correct?

MR. RIVERA:  Let's go to page 4.

BY MR. RIVERA:

Q.   Is this Dr. Tulp giving a speech?

A.   Correct.

Q.   When USAT Puerto Rico organized this event, Dr. Tulp was in Puerto Rico then?

A.   Yes.

Q.   Do you remember what his speech was about?

A.   No.

MR. RIVERA:  let's go to page 5.

BY MR. RIVERA:

Q.   Is that you?

A.   Yes.

Q.   And you're also giving a speech?

A.   Yes.

Q.   So the white coat ceremony -- what's the purpose of the white coat ceremony?

A.   That's a representation.  An iconic representation of clinical sciences.  That they are now going to clinical rotations, to hospitals, and so on.  It's a ceremony.

Q.   So it's only for the clinical sciences, it's not for basic sciences?

A.   That is correct.

Q.   So the white coat ceremony is usually done after the students have taken basic sciences?

A.   Yes.

Q.   And when they're about to start clinical sciences?

A.   Yes, that is correct, usually.  I mean, anywhere along the clinical sciences.

Q.   So any students that are here are students that took basic sciences classes and they're about to start their clinical sciences?

A.   Yes, that's it.  That's the purpose of that.

Q.   And it said that it was --

A.   Or that have started already.  It's not done every time.  It's only -- yes, it's not exact.

Q.   And this was all in Cayey, Puerto Rico, right?

A.   Yes.

MR. RIVERA:  Let's go to Exhibit 12.

///

BY MR. RIVERA:

Q.   Have you seen Exhibit 12 Before?

A.   Yes.

Q.   What is it?

A.   Yes, that's -- (reading) "CAAM-HP..." That's the -- this is not the ECFMG.  This is just saying that, (reading) "CAAM-HP determination..." Yes, I've seen this before. That's an accreditation from CAAM-HP. Some of -- for CAAM-HP.

Q.   CAAM-PM is an organization that accredits schools in the Caribbean, correct?

A.   Yes, correct.

Q.   And USAT is not accredited by CAAM-PM, correct?

A.   No, not to my knowledge.

MR. RIVERA:  Now I'm going to ask that you show him Exhibit 19.  Exhibit 19 is a big exhibit, but I'm going to tell you which pages to go through.  Go to page 66.

BY MR. RIVERA:

Q.   Have you ever seen page 66 of exhibit 19?

A.   I -- maybe along the lines -- that exact document, no.  I have not been -- I have not studied that document, but I'm sure this is

stated somewhere else.  It's basic information.

Q.   So you've never seen the ECFMG policies of the international medical schools?

A.   Yes.  Yes, but this document, per se, no. The policies online, yes.  I could see that online.  I'm not sure if it's the same.  I don't recall if it's the same.  I have not dealt with this in years, so I'm not -- I don't remember the exact document, no.  But yes, I just have seen --

Q.   But do you have knowledge that ECFMG policy states that international medical schools have to be outside the United States?

A.   Yes.

Q.   So it's considered that an international medical school cannot be operating in the United States, correct?

MR. BONILLA:  Objection to the form. You may respond.

DEPONENT:  It cannot be op -- okay. If it's an international medical school -- we're international.  USAT was international at the time, yes.

BY MR. RIVERA:

Q.   So USAT as an international school should

not be operating the United States, correct?

MR. BONILLA:  Objection to the form.

BY MR. RIVERA:

Q.  You can answer.

A.  I don't -- I do not know.  I don't have privilege to that information of how they would operate or not.  I was an employee who worked with the students, not with ECFMG directly or any of this information.  I would not know exactly how that will be governed.

Q.  And at the bottom, in subsection 2, it says, "If the medical school has a branch campus in another country..."  Do you see that?

A.  I see that.

Q.  (Reading) "ECFMG may require confirmation from the appropriate government authority in the branch campus country that the branch campus is authorized to operate as a medical school in the branch campus country.  And that the medical school awards degrees that meet the medical education eligibility requirements for licensure to practice medicine in the branch campus country."

Do you see that?

A.  I see that.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 173

Q.   Did the USAT Puerto Rico medical school have authority from the Puerto Rico government to operate in Puerto Rico?

MR. BONILLA:  Objection to the form.

You may answer.

DEPONENT:  I -- no.  I mean, not to my knowledge.  They had a license from Monserrat stating that they could work from out of the country to --

BY MR. RIVERA:

Q.   So based on your knowledge, with regards to Puerto Rico government, did USAT have the Puerto Rico government authority to operate?

MR. BONILLA:  Objection to the form.

DEPONENT:  Not to my knowledge. Not to my knowledge, no.  I don't remember that.

MR. RIVERA:  Let's go to the next page, page 154.

BY MR. RIVERA:

Q.   Do you recognize page 154?

A.   (Reading) "Lecture conference schedules." Yes, it's a lecture conference schedule from that time.  But these changes -- they were a lot.  I don't know exactly how they worked.

I did not work with that.

Q.   So you didn't work with this document before?

A.   With the document, yes.  I've seen it. Yes, of course.  I've seen that in the past. But how that works -- that's with registrars and Admissions.  I don't work with that.

Q.   But you had knowledge that USAT had campuses in Miami and Tampa, Florida, and Dallas, Texas, correct?

MR. BONILLA:  Objection to the form.

DEPONENT:  There were lecture conference schedules and for webinars.  Yes, I do recognize those locations from the webinars and lectures, but...

BY MR. RIVERA:

Q.   So they would teach classes in those locations, correct?

MR. BONILLA:  Objection to the form.

DEPONENT:  I would not know exactly what was taught there, per se.  So no, I would not know.

BY MR. RIVERA:

Q.   With regards to webinars, do you have knowledge of whether a professor taught class in

one location, that class was broadcasted to the other locations at the same time?

MR. BONILLA:  Objection to the form.

DEPONENT:  I do not.  I do not have that information, no.

BY MR. RIVERA:

Q.   It says here, "Must sign up and prepay for anatomy lab."  Do you know what they are referring to there?

A.   No.

Q.   And there's a part that says, "Graduation in Miami."  Do you see that, in red?

A.   Yes.

Q.   So is it true then that USAT did graduations in Miami?

MR. BONILLA:  Objection to the form.

DEPONENT:  The graduation ceremony, yes.

BY MR. RIVERA:

Q.   When you graduated from USAT, you went to that graduation in Miami?

A.   Yes.

Q.   Where was the graduation?

A.   It was a hotel, in a conference thing in Miami.  I don't remember the hotel name right

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 176

now, but yes, it was in Miami.

Q.   So all the students that graduated from USAT would go to Miami for that graduation?

MR. BONILLA:  Objection to the form.

DEPONENT:  Yes.

BY MR. RIVERA:

Q.   At what time, if any, did you go to Monserrat?

A.   To where?

Q.   Monserrat.

A.   No, I have never been to Monserrat.

MR. RIVERA:  Let's go to page 156.

BY MR. RIVERA:

Q.   Have you ever seen these emails before?

A.   No.

Q.   From something related to the Florida Department of Education?

A.   No, never.

Q.   So first time you've seen it is today?

A.   Yes.

Q.   Yes?

A.   To the best of my knowledge, yes. I don't recall seeing this before.

Q.   Were you aware that USAT was being investigated by the Florida department of

education?

A.   No.

LCDO. RIVERA:  Let's go to this one, page 165.

BY MR. RIVERA:

Q.   Have you ever seen this letter before?

A.   I don't recall having seen that exact letter.  I may have seen it in the process, but I do not recall that exact letter, no.

Q.   Did you ever see this letter at that time in September 2018?

A.   I don't remember.  A lot of letters, a lot of documents, a lot of students.  I don't remember every single letter.

MR. RIVERA:  Can you go to page 182?

BY MR. RIVERA:

Q.   Have you ever seen page 182 of exhibit 19?

A.   Yes, I've seen that.  Correct.

Q.   When did you see that?

A.   I do not remember the exact date. I received that as a student.

Q.   You received this as a student?

A.   Yes.

Q.   And you filled out this affidavit?

Case 3:19-cv-01707-WGY   Document 152-44   Filed 07/27/23   Page 179 of 231

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO
Page 178

A.   Yes.

Q.   And you filled out the affidavit stating that you studied at USAT?

A.   Yes.

Q.   And that you took basic sciences courses at USAT in Monserrat?

A.   No.  No, because I was a transfer. I had only clinical sciences.

Q.   Did you know that these affidavits were given to other students?

A.   Yes, I'm sure other students were. What or who students were exactly, no.  I'm not sure.  And I'm not sure if they gave them to all, but I received it as a student.

Q.   Do you know that these affidavits were being sent to the students taking classes at USAT Puerto Rico?

A.   They were being sent to all students from USAT if I recall.  I'm not sure which one exactly -- written, but I thought it was to all.

MR. RIVERA:  Can you go to page 611?

DEPONENT:  I'm a graduate and I received it.

BY MR. RIVERA:

Q.   Do you recognize page 611?

Verbatim Reporting PR
787.626.5700

A.   Yes.  I recall this, yes.

Q.   **What is that?**

A.   It's a communication from the World Directory of Medical Schools.

Q.   **And there's a note saying, "ECFMG - As of January 1, 2019, any students that go to USAT will not be eligible to apply to ECFMG."**

A.   It doesn't say that exactly, but a variation.  (Reading) "...and later are not eligible for ECFMG."  It says the graduation of 2019 and later.

Q.   **So what it's stating is that any student that is taking classes with USAT that hasn't graduated by that date of January, 1, 2019, will not be eligible to apply to ECFMG, correct?**

MR. BONILLA:  Objection to the form.

DEPONENT:  I'm sorry?

BY MR. RIVERA:

Q.   **That any student that has not graduated by that date will not be able to apply to ECFMG?**

MR. BONILLA:  Objection to the form.

DEPONENT:  Yes.  Along those lines, yes.  That's what it's stating.

BY MR. RIVERA:

Q.   **And any student that goes to USAT will**

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 180

not be able to take the USMLE after that date, correct?

A.   After 2019.

Q.   Is that correct?

A.   Correct.  To the best of my knowledge, that was on the website, I believe.

MR. RIVERA:  Let's go to Exhibit 28.

BY MR. RIVERA:

Q.   Do you remember receiving this e-mail from Karen Baldwin?

A.   Yes, I remember seeing many emails from Dr. Tulp -- or along those lines, yes.

Q.   What do you know about the ECFMG irregularities?  What was going on around that time?

A.   I did not know anything.  I had no access to that.

MR. RIVERA:  Let's go to page 3.

BY MR. RIVERA:

Q.   Do you do you recall that e-mail on page 3?

A.   Yes.

Q.   What does page 3 show?

A.   Yes, it's a basic e-mail about a conference call for the students.  And that they

are going to give -- I do not remember the exact content of that conference.  I was -- there were, I think, two of them.

I only got notice of one.  I'm not sure if it's this one or the next, but I do remember the conference calls.  But it's a term -- USAT is saying that -- explaining what's going on, but I have no idea of the content of that.  I was not part of that.

Q.   So you were not part of that conference call?

A.   I do not recall being part of the conference call, no.  Nor organizing or being in the organizing group.  I had no idea.

Q.   So you had no knowledge whatsoever of the of the conference call or what was said in that conference call?

A.   No.  I was briefed on part one of the two, like I said before.  But I do not remember what was done.  I mean, a lot -- there were a lot of students.  I know there were a lot of interruptions at times, that's why I decided not to join.  It was a lot, so I do not recall what was discussed there with detail, no.

Q.   You don't remember Dr. Tulp telling the

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 182

students that they need to put in the affidavit that they studied at Monserrat?

A.   No, I do not remember that

Q.   You don't remember Dr. Tulp instructing the students to not cooperate with ECFMG investigations?

A.   Not directly, no.  I do not remember that.  As I said, I was briefed on one of the conference calls, and there was a lot of chatter there.  I couldn't hear anything. I remember that it was poorly organized.

Q.   (Reading) "Karen.baldwin@usat.edu." You recognize that e-mail, right?

A.   Yes.

Q.   And that's the Karen Baldwin that we mentioned earlier that worked with USAT in Colorado, correct?

A.   It's the only Karen Baldwin I know.

Q.   And she would send these emails to all of USAT students, correct?

A.   Yes.

Q.   And usually she sent these emails by instructions of either Dr. Tulp or Dr. Konyk, correct?

A.   No.  I don't have -- I don't know who

gives her the information or not. That's administrative -- that's not within my preview.

MR. RIVERA:  Let's go to the next page.

BY MR. RIVERA:

Q.   **It says on this page -- by the way, the prior e-mail that we saw on page 3 was dated September 24, 2018, correct?**

A.   Yes.

MR. RIVERA:  Let's go to the next page.

BY MR. RIVERA:

Q.   **This is dated October 18, 2018. Karen Baldwin said this e-mail.  Do you remember this e-mail?**

A.   I remember the content the second affidavit.  I do not remember this e-mail, per se.  I would lie if I remember exactly -- if receiving this e-mail, no.  I do not remember this e-mail, but I do remember the contents of this second affidavit request, yes.  It was a hot topic at the time, but no, I do not remember the exact e-mail.

Q.   **Do you remember that in this e-mail they asked the students to please await further information before submitting the affidavit?**

A.   Yes, that's what it says there.

Q.   **Do you remember they talked about a counselor and attorney?**

MR. BONILLA:  Objection to the form.

DEPONENT:  No.  I do not remember that, no.  That was part of that e-mail.  They had counsels and attorneys, but I didn't talk to any counselor or any attorney.

BY MR. RIVERA:

Q.   **Did do you know the attorneys by name?**

A.   No.

MR. RIVERA:  Go to the next one on page 5 of Exhibit 28.

DEPONENT:  No, I had no --

BY MR. RIVERA:

Q.   **It says here, "November 2, 2018," and it's another e-mail sent by Karen Baldwin, correct?**

A.   Yes.

Q.   **And in that e-mail they are saying, "please don't send information to ECFMG," correct?**

MR. BONILLA:  Objection to the form.

DEPONENT:  (Reading) "...additional information..."

BY MR. RIVERA:

Q.   And to send it to Carla Konyk?

A.   I do not remember this e-mail in particular.  (Reading) "We ask you to please not send them any information.  If you are one of those students, please don't send them any information at this time.  Instead, send e-mail to Carla Konyk... going to refer you over to USAT counsel individually."

I have nothing to do with it.  I had no access to that.  I do not remember this, no.

Q.   So you don't recall that the people at USAT Colorado were asking the USAT students to not comply with the ECFMG investigations?

MR. BONILLA:  Objection to the form.

DEPONENT:  No.

BY MR. RIVERA:

Q.   You can answer.

A.   No, I didn't have any knowledge or access to what they were doing with ECFMG and the attorneys.  We were not privy to that information.  We did not manage none of that.  Only student affairs, not counseling or administrative things like these.

So no, I would not have that information.

If -- I do not recall this exact e-mail either per se. If I received it or not, I do not remember it from that time. There were a lot of communications going on back and forth.

The students -- it was very hectic at that time.

Q.   So your statement is that you had nothing to do with the ECFMG investigation?

A.   No, my -- I didn't have access to that information. I had access to -- the same access that ECFMG sent me the emails as a student, but not as anything to do with USAT.

Q.   What can you tell me is your knowledge of the ECFMG investigation if any?

A.   I have no knowledge whatsoever at this point because after I left I -- that didn't affect me. I complied with all -- of everything they asked of me as a student, so -- and I had no problem at all. I do not know at this time.

MR. RIVERA:  I'm going to send two more exhibits. We're almost done. I just sent it now, Ms. Burgos.

COURT REPORTER:  All right.

MR. RIVERA:  Let's go to Exhibit 37. Exhibit 37 is a printout of the USAT webpage.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 187

(Whereupon, Deposition Exhibit 37 is marked, for identification.)

BY MR. RIVERA:

Q.   The website has four pages.  Do you recognize it?

A.   The USAT webpage?

Q.   Do you recognize the first page?

A.   (Reading) "USAT - Our mission, Our vision."  I -- yes.  Is this something I may have seen in the past?  I don't remember the exact thing on the page, but yes.

Q.   Do you remember that USAT had a webpage, correct?

A.   Yes.

Q.   And then, that webpage was all the USAT information?

A.   Yes.  I would expect so, yes.

Q.   And is it correct to say that most of the information in the USAT brochure we saw earlier comes from this webpage as well?

A.   I do not know.

Q.   You don't know?

And it says here in page 2, "Our accreditations and listings," correct?

A.   Yes.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 188

Q.    And if we go down to page 3, it lists the entities that it's accredited by, correct? On the second column to the right.

A.    Yes.

Q.    And these are all entities that are accredit schools, correct?

A.    I am not sure of all of them.  It's --

Q.    But most of them.

A.    Yes.  Accredit or recognize, or -- yes.

Q.    And it includes here, (reading) "Educational Commission for Foreign Medical Graduates," correct?

A.    Yes.

Q.    So it's stated in this webpage that USAT was accredited by ECFMG, correct?

A.    Yes, it' in the list.  I would say so, yes.  Verified or recognized by the ECFMG.

Q.    Do you see the address at the bottom-left, where it says, "usat.edu/aboutus?"

A.    Where? I'm sorry.

Q.    At the bottom-left, do you see a webpage address?

A.    Yes.

Q.    You recognize that web page address, correct?

A.   Yes.

Q.   **And that's the web page of USAT, correct?**

A.   Yes, I guess so.  Yes, at the time.

Q.   **All right.**

MR. RIVERA:  Let's go to Exhibit 38.
Exhibit 38 is an e-mail dated August 1,
2017.

(Whereupon, Deposition Exhibit 38
is marked, for identification.)

BY MR. RIVERA:

Q.   **Do you see that e-mail?**

A.   Yes.

Q.   **And "manuel.ortizbustillo@usat.edu" is your e-mail, correct?**

A.   Yes.

Q.   **And you're sending this email to Paola Prosper, correct?**

A.   Yes.

Q.   **And you're sending in this e-mail a document that must be signed by Víctor Prosper for the student loan, correct?**

A.   That's what it says there, yes.

Q.   **So does this refresh your recollection that you would send student loan documents to students?**

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 190

A.   No.  I would have to see the exact document to see if I recognize it, but not necessarily.

Q.   So it doesn't refresh your recollection that you would send student loan documents or documents related to student loans to students?

A.   If they were sent to me or they asked for me by the administration to require or request any documents from the students, yes, I would have done that.  No problem at all.  But which document specifically for this student, I do not remember.

MR. RIVERA:  Let's go back to Exhibit 36.  We stopped at page 4.  We are going to finish this, and I think we are almost done with the questions.

BY MR. RIVERA:

Q.   Page 5 is an e-mail sent by Lisa Torres on October 23, 2018.  That's your e-mail? "Manuel.ortizbustillo@usat.edu," correct?

A.   Yes.

Q.   And then, there's another e-mail that says, "m.ortizbustillo@usat.edu," correct?

A.   Yes.

Q.   That is another e-mail you used?

A.   Yes, I think there were two.  Yes, there was a problem with the names.  Or maybe one was as a student, and the other -- I'm not sure how that went, but yes.

Q.   **So do you recall receiving this e-mail from Lisa Torres requesting a meeting because they wanted to discuss the situation with the ECFMG?**

A.   No, I do not remember that exact e-mail.  It could have happened, of course.  I mean, I received e-mails from hundreds of students, but this specific --

Q.   **You mentioned that ECFMG was a "hot topic" at that moment, correct?**

A.   Yes, exactly that's why.

Q.   **And at that time the students were trying to contact you to ask you questions about ECFMG, correct?**

A.   Yes.  That would have been so, yes.

Q.   **And they were calling you by phone, correct?**

A.   Phone, e-mail, smoke signals -- however, yes.

Q.   **And did you respond to them?**

A.   Most of them, probably.  I'm not sure

which ones exactly.  I don't remember which ones I -- with the information I had.  But if it was ECFMG information, I did not have any information from ECFMG that I could provide to them.  That was directly with the administration.  I wouldn't have given them a lot more information because I had none.

MR. RIVERA:  Let's go to the next e-mail, which is page 6.

BY MR. RIVERA:

Q.   It says, "Important message from the dean of USAT PR," correct?

A.   Okay...

Q.   You said yes?

A.   Yes.  I see that, yes.

MR. RIVERA:  Ms. Burgos, wait.  Go up, let's check the date first.

BY MR. RIVERA:

Q.   It says, "Info --

A.   I do not remember.

Q.   This e-mail was sent on November 8, 2018, correct?

A.   Yes.

Q.   And it was sent from infopr@usat.edu, correct?

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 193

A.   Yes.

Q.   And this e-mail was sent to all these other emails.  I understand that these are all student e-mails, correct?

A.   Yes.

MR. RIVERA:  Let's scroll down to the content.

BY MR. RIVERA:

Q.   I'm going to ask you to read that paragraph.  And then, we'll go one by one. Let me know when you finish.

A.   Okay, I'm done.

Q.   Do you remember this e-mail?

A.   Yes.

Q.   What was this e-mail about?

A.   Because of all our calls and emails that I was receiving.  That was me getting back to them and telling them that as soon as I had the information, then I would provide it.  But I had none, and I had not -- I didn't have access to that.  And I didn't want to speculate about things that I did not know were entirely true or misinformation because I had none to offer. I think it's very clear.

Q.   So it says here that "During the past few

weeks, communications from ECFMG have been sent to the students," correct?

A.   Yes.

Q.   And that you went to Colorado to talk to the USAT administration, correct?

A.   Correct.

Q.   So you flew to Colorado and met over there with USAT officials, correct?

A.   Yes, at various times.  That was something routinary of the job.

Q.   All right.

So how many times have you -- you used to fly to Colorado?

A.   I don't know.  I don't remember exactly how --

Q.   But you remember flying for this ECFMG situation, correct?

A.   Yes.  And one time, I approved of this without -- "avisar.  Sin avisar allá."

Q.   When you flew to Colorado, did you fly by yourself?

A.   Yes.

Q.   And when you flew to Colorado, was that travel that was accommodated by Karen Baldwin?

A.   I don't recall at that time if this was

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO
Page 195

one of them.  So no, I would not remember at that time.

Q.   When you went to Colorado, who did you meet?

A.   I -- at this time, I think I did not meet any -- Dr. Tulp or Carla because they were busy with the -- they weren't even there.  And in one of the meetings that I went -- so I'm pretty sure it was this one.  I would not recall exactly what happened at that time, or where they were at, but they were busy at that time. I went from one day to another, and then went back.

Q.   So when you went to Colorado you didn't meet with Dr. Tulp?

A.   Not that I recall.

Q.   And when you went to Colorado, you didn't meet with Dr. Konyk?

A.   Well, in previous times, yes.  It was -- that was the norm.  But at this specific time, I do not recall if this was one of the times that I could not.

Q.   Do you recall -- you don't recall who you spoke with when you visited at this moment for the ECFMG issue?

A.   No.  At this moment, I don't recall the exact people that were present there.  No, I do recall that.

Q.   **Do you recall what was spoken in Colorado when you were asking about the ECFMG issue?**

A.   The same thing. What I -- everything I had already gathered from the information I was stating in this letter.  That I couldn't speculate because we had none right now. And from what I got from the administration it was that they were surprised as well.  So I had no information whatsoever.  No new information or certain information.  It's all explained right there.

Q.   **And it says that the administration of USAT was surprised?  That's what you --**

A.   Yes.  That's what got, yes.

Q.   **And you were also surprised?**

A.   Yes.

Q.   **Why were you surprised?**

A.   Because I didn't know what was happening either.  I had the same questions everybody had. I had no access to that information.

Q.   **So what were you surprised about?**

A.   That they were saying that after 2/20/19

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 197

they could not be eligible for USMLE.  I didn't understand.  Nobody understood.  I had the same discrepancies as a student, so -- I did not know.  I was a student myself.

Q.    And the administration officials that you spoke to, what did they tell you that they were surprised about?

A.    They had no more -- they had no definite information or no more information of what was going on.  They didn't have any certain information or nothing specific to share at that time.

MR. RIVERA:  Let's go to page number 8.

BY MR. RIVERA:

Q.    This is an e-mail sent from infopr@usat.edu, correct?

A.    I'm sorry?

Q.    That e-mail was sent from infopr@usat.edu, correct?

A.    Yes.

Q.    And the prior e-mail was an e-mail that you yourself wrote?  The one that we saw in the prior pages 6 and 7, correct?

A.    Let me see.  Yes.  It was it was something that I would have drafted for Damaris,

yes.

Q.   So you drafted and sent that e-mail, correct?

A.   Damaris sent it, I drafted it.

Q.   And the next one, which is page 8, is an e-mail dated November 16, 2018.  That e-mail was sent by Damaris, correct?

A.   Yes.

Q.   But on your behalf, correct?

A.   Yes.

Q.   Read this e-mail and let me know what this e-mail is about.

A.   It's basically the same thing I was explaining then.  That when I got back I wished to have more information.  And that that information would be passed on to them, but I had no information.

Q.   Do you remember that you -- that this e-mail set up a date and time to meet with the students?

A.   Yes.

Q.   And you met with the students at USAT, correct?

A.   And -- yes.  I think I met with students in the afternoon.

Q.   Do you remember meeting with those students at USAT and requesting them to turn off their phones?

A.   No, I do not remember that.

Q.   Or did you take their phones?

A.   No.  No, that would -- never happened.

Q.   Do you remember that meeting with the students, and that you were telling them that the students were going to transfer to another medical school?

A.   No, I do not remember that.

Q.   You did not tell the students that USAT was making the arrangements to transfer the USAT students to a medical school in the Virgin Islands?

A.   No.  At that time, no.  I would not have -- I would not -- I don't even -- at that time -- to transfer?  It was -- what I do recall them saying was that after 2019, the pres -- they would not be eligible for ECFMG with USAT, and that they would have to transfer to another medical school.  But more information than that, no, I do not remember exact information from that.  Just like we did.

MR. RIVERA:  Can you go to page 9 of Exhibit

36?

BY MR. RIVERA:

Q.   Page 9 is another e-mail sent on December 11, 2018, correct?  This is page 9 of Exhibit 36.

A.   Yes.

Q.   And this e-mail was sent by your office, correct?

A.   I do not remember this e-mail.  Let me see it.  Can I read it?

Q.   Yes, read it.

A.   Yes, it's a typical e-mail that maybe Damaris had.

Q.   And this e-mail -- what was this e-mail about?

A.   I do not remember exactly what it was about.  It's just information.  We're communicating information, but not -- I don't remember exactly what it was.

Q.   Do you remember that Carla Konyk and Dr. Tulp created a new medical school after USAT?

A.   That would never come -- there was -- to my knowledge, that never happened.

Q.   You have knowledge whether they have a

new medical school called University of Health and Humanities, Virgin Islands?

A.   No, not right now.  No, I do not. I don't have that information.  I left USAT and I have no recollection of whatever happened afterwards.

Q.   Have you ever heard the name Dr. Frantz Sainvil?

A.   Can you repeat that name?

Q.   Frantz Sainvil.

A.   No, I do not know him.

Q.   Bruce Robinson?

A.   Robinson?

Q.   Dr. Bruce Robinson.

A.   Those are our faculty.  I think he was a faculty member, but I do not know him.  Not that I remember.

Q.   Dr. Aftab Awan?

A.   I do not remember.

Q.   Dr. George P. Einstein?

A.   I do remember a faculty member Dr. Einstein, but other than that, no.  No, I don't have communication or -- he was faculty.

Q.   He taught USAT in Miami?

A.   I don't remember where he taught or not.

I have no -- I don't have that information.

Q.   Dr. Andrew Scrianka?

A.   No, I do not know him.

Q.   Dr. Stephen Rudin?

A.   Not to my knowledge, no.  I think -- I do not call.  I do not know him.

Q.   And Tracy Scipio?

A.   No, don't remember knowing her.

Q.   And Carla Konyk?  Obviously, you know that's Dr. Carla Konyk.

A.   Yes.

Q.   And you have no knowledge that they have another school in the Virgin Islands?

A.   Not to my knowledge.

Q.   So after the ECFMG issue, USAT Puerto Rico closed down, correct?

A.   I have no idea of what happened afterwards and after I left.  But at this time, I think -- I don't know.  I'm not -- I don't remember the exact time I left.  It was, I think, in December, so I wouldn't remember more on that.  So I wouldn't have any information whatsoever after that.

Q.   So you resigned in December of 2018?

A.   Yes.

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 203

Q.    And did you mention the reasons for your resignation?

A.    No.

Q.    What were the reasons for your resignation?

A.    I wanted to focus on my medical career and practice medicine.

Q.    So your resignation had nothing to do with the ECFMG investigation?

A.    It did not affect me.  It was -- nothing to do with me.  I did not like what -- the lack of information from ECFMG was at that time, so I took another path.  But it didn't it affect directly that --

Q.    Do you have knowledge whether USAT hired another associate dean in Puerto Rico after you?

A.    I was -- no idea.  I never heard anything more about USAT afterwards.

Q.    Do you remember closing down the USAT Puerto Rico branch?

A.    No, no.  That -- it wasn't mine to close.

Q.    Do you remember taking the files from the USAT Puerto Rico branch from the building?

A.    No, none whatsoever.

MR. RIVERA:  I'm going to pause for a

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 204

moment because I think I'm all done, but I'm going to verify a few notes.  So let's go off the record for just one minute or two, and I'll be right back.

DEPONENT:  Okay.

MR. BONILLA:  One moment. Can we go off the record for five minutes, at least, so that I can review my notes also?  That way we don't have to take two breaks.

MR. RIVERA:  You got it.

COURT REPORTER:  Off the record.

(Whereupon, a brief recess transpires.)

COURT REPORTER:  On the record.

MR. RIVERA:  We are back on the record. It is 1:33 p.m.  I'm Counselor Víctor Rivera Ríos, on behalf of the plaintiffs. I have no further questions.

MR. BONILLA:  This is Attorney Amexis Bonilla, for the record. I do not have any follow-up questions.

MR. RIVERA:  We have concluded. And with that, we conclude the deposition of Manuel José Ortiz Bustillo.

Dr. Ortiz, thank you for being here

today and for your patience.

We will excuse you now at 1:34 p.m.

We're going to take a one-hour break and then we'll come back at around 2:30 for Yaniré Bustillo's deposition.

DEPONENT:  Thank you very much.

COURT REPORTER:  Off the record.

(Whereupon, the deposition concludes at 1:34 p.m.)

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Page 206

DEPONENT'S CERTIFICATE

I, DR. MANUEL JOSÉ ORTIZ-BUSTILLO, after reading the within transcription prepared by Verbatim Reporting Puerto Rico, LLC, certify that (yes) _____ *(no) _____ I am in agreement with the contents of same.

In _____, Puerto Rico, the _____ day of _____, 2023.

_____
DR. MANUEL JOSÉ ORTIZ-BUSTILLO

*NOTE:  If the deponent is not in agreement with any portions of the transcription, he must utilize the enclosed Errata Sheet by indicating the page and line number and indicated correction.

ERRATA SHEET


I, DR. MANUEL JOSÉ ORTIZ-BUSTILLO, certify that I

have read the foregoing transcript of my deposition

taken on May 30, 2023, and have signed it subject to

the following changes, if any:

PAGE    LINE        CORRECTION

_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____


_____    _____

DR. MANUEL JOSÉ ORTIZ-BUSTILLO,

                                      05.30.2023

Sworn and subscribed to on this ___ day of

_____, 2023.

CERTIFICATE OF NOTARY PUBLIC


I, ROBERTO C. LATIMER-VALENTÍN, ESQ., Notary
Public duly commissioned and qualified in and
for the Commonwealth of Puerto Rico,
DO HEREBY CERTIFY that the court reporter, the
deponent, and the interpreter were duly sworn
before the commencement of the taking of the
deponent's testimony.
IN WITNESS WHEREOF I sign these presents and
affix my notarial seal in San Juan, Puerto Rico,
this
_____ day of _____,
2023.


_____
ROBERTO C. LATIMER-VALENTÍN, ESQ.

REPORTER'S CERTIFICATE


I, DORIS NICOLE BURGOS-OCASIO, Verbatim Reporter, do hereby certify that the following transcript is a full, true and correct record transcribed by me.

I further certify that I am not interested in the outcome of the case named in said caption.


*Doris Nicole Burgos*

DORIS NICOLE BURGOS-OCASIO

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Index: 00936-4363-600

**Exhibits**

**Exh. 29** 3:0 9:3 58:22, 23 59:1

**Exh. 30** 3:0 61:6,7,10

**Exh. 31** 3:0 72:15,16, 18,22 78:15,18 81:13

**Exh. 32** 3:0 123:7,8,9, 13 124:1

**Exh. 33** 3:0 128:16,17, 21

**Exh. 34** 3:0 135:14,16, 19 137:18 144:20,23 146:6 147:20

**Exh. 35** 3:0 144:17 147:21,22,24 150:24

**Exh. 36** 3:0 153:3,6,10 165:20 190:13,14 199:25 200:1,4,5

**Exh. 37** 3:0 186:23,24 187:1

**Exh. 38** 3:0 189:5,6,8

**0**

**00936-4363** 43:10

**1**

**1** 57:2,7 81:23 118:7 147:9 158:11 162:14 163:5 179:6,14 189:6

**10** 25:5 95:20 119:9,10, 13 120:16 151:11

**10-minute** 95:15

**11** 129:9 200:4

**11:00** 142:2

**11:07** 95:17

**11:15** 95:21

**11:26** 96:21

**12** 20:9 29:19 75:17 83:15,18,21,23 169:24

170:2

**125** 130:24 131:19,23 132:1

**12:30** 95:23 96:5

**13** 9:24

**130** 57:8

**133** 59:3

**15** 29:19 79:7,8 80:15

**154** 173:19,21

**156** 176:12

**1583** 43:23

**16** 82:16 141:21 153:17 198:6

**165** 177:4

**17** 78:19

**18** 54:14 80:23 183:12

**182** 177:15,17

**19** 170:18,22 177:18

**19,485** 111:2

**19-1707** 4:14 59:4

**1987** 9:24

**1:00** 95:24 96:5

**1:30** 96:7

**1:33** 204:16

**2**

**2** 19:20 119:10,12 150:23 157:18 163:8 172:11 184:16 187:23

**2/20/19** 196:25

**20** 45:19 51:23,25 52:1, 14,17,20,22 54:14 159:14

**20,000** 111:8 116:17

**2010** 118:7

**2012** 20:9

**2014** 118:8

**2015** 13:20

**2017** 15:7,22 20:5 23:8 25:17 26:6 47:6 48:3 63:5,24 73:6 75:11,18 78:19 79:7,9 80:23 81:15,23 82:11,16 111:17 112:6 115:9 118:9 129:9 140:14 141:21 151:4,5,7,12 153:17 160:17,23 161:10 189:7

**2018** 48:3 112:6 114:10 117:17 136:17 137:16 138:14 157:24 159:14 160:16 161:16,19,24 165:2 177:11 183:8,12 184:16 190:19 192:21 198:6 200:4 202:24

**2019** 23:4 24:25 179:6, 11,14 180:3 199:19

**2023** 4:2,7 60:10

**22** 23:4 24:25 115:9

**23** 106:13,16 116:19 165:21 166:5,8,22 190:19

**24** 41:16,18 44:5,7 54:22,24 155:18 183:8

**25** 118:8

**27** 28:14,17 33:24 34:2

**28** 9:2 81:15 180:7 184:13

**29** 9:3 58:22,23 59:1

**2:00** 96:6

**3**

**3** 54:21 78:14,18 119:18 140:11 146:5 162:19,20 163:12 180:18,21,23 183:7 188:1

**30** 4:2,7 6:25 7:9,10 61:7,10 96:22 116:20

**31** 72:15,16,18,22 78:15,18 81:13

**32** 123:8,9,13 124:1

**33** 114:16 128:16,17,21

**34** 135:14,16,19 137:18 144:15,16,20,23 146:6 147:20

**3442** 129:13

**35** 144:17 147:21,22,24 150:24

**36** 153:3,6,10 165:20 190:14 200:1,5

**364363** 43:9 107:18

**37** 186:23,24 187:1

**38** 189:5,6,8

**4**

**4** 79:4,6 100:11 114:10 117:17 120:5 168:4 190:14

**42** 115:16,19

**4288** 132:18

**43** 117:19

**432** 10:8

**48** 155:18

**5**

**5** 81:13 95:15 101:7,10 118:9 168:14 184:13 190:18

**5-10** 95:19

**5/20/17** 152:22

**598** 20:9 21:13 107:22

**6**

**6** 19:19,23 22:18,19 24:18 82:8,10 103:24 192:9 197:23

**6,000** 132:15

**600** 129:10

**611** 178:21,25

**66** 170:20,22

___

**7**

**7** 82:7,14 120:13,16 197:23

**787-450-5845** 43:13, 20 56:24

**787-679-** 43:22

**787.618.7696** 10:10

___

**8**

**8** 24:1 75:11 151:4,5,7 157:24 192:21 197:13 198:5

___

**9**

**9** 20:5 24:15,17 82:11 83:15 97:25 98:2,6 100:12 101:8,11 103:24 106:14,16 115:17,19 199:25 200:3,4

**9:00** 142:2

**9:14** 4:7

___

**A**

**a.m.** 4:7 96:21

**abbreviations** 147:16

**ability** 11:16

**aboard** 73:23

**academic** 13:10 37:12,16

**acceptance** 76:6

**accepted** 75:23 76:14 102:18 105:24 114:12

**accepting** 77:1

**access** 40:25 41:1 47:12 98:20 99:4,7

118:5 120:21 121:14 123:5 150:5,10,14,20 165:8,12 180:16 185:10,19 186:8,9 193:20 196:23

**accommodate** 17:4

**accommodated** 194:24

**Accounting** 120:6,19

**accredit** 33:1 188:6,9

**accreditation** 33:3,9, 15 55:3 66:5,16 170:9

**accreditations** 54:25 187:24

**accredited** 31:10,14, 17 32:22,24 33:7,8,13, 14 55:11 56:12,14,16 65:11,13,17,23,25 66:2,13,19 67:5 68:15, 18 71:1,9 72:4 170:14 188:2,15

**accredits** 66:1,10,21 170:11

**accurately** 5:23

**acknowledge** 161:4

**Action** 59:4

**active** 126:19

**activity** 110:5

**additional** 184:24

**address** 8:6 10:7 21:14 43:8,10 56:20 60:13,14,15 73:3 107:17,18,19,22 129:16 132:21 188:18, 22,24

**administration** 16:22 37:1 65:15 66:23 87:14 90:6,9 117:12 125:6 128:9 129:17 132:22 158:25 190:8 192:6 194:5 196:10,15 197:5

**administrative** 38:3,4 76:2 123:4 126:17 134:11,22 183:2 185:24

**administrators** 22:12

**admission** 77:7 102:14

**admissions** 35:6 36:20 42:24 75:22,25 76:1,3,7,12,18,22 86:15 149:21 150:3,18 155:5,25 157:4,6 174:7

**admitted** 102:22 103:1,6

**advance** 42:15

**advanced** 52:25 53:18 83:1 92:25

**affairs** 42:12 43:3,6 72:11 73:25 185:23

**affect** 12:3,6,9 186:16 203:10,13

**affidavit** 177:25 178:2 182:1 183:16,20,25

**affidavits** 178:9,15

**Affiliations** 155:13

**affirm** 5:22 6:7

**Aftab** 201:18

**afternoon** 73:16 75:21 198:25

**agent** 21:8,10 22:22 23:7,12,22 25:8,9,12

**agree** 8:2,22 51:13

**agreement** 7:15 44:20,21,22 45:1,5 73:17,20 74:25 100:22 104:3,4,10,11,12,16,21 105:15 117:21,25 118:3,13,17,22,23 119:2,3

**ahead** 124:3 154:8

**Alana** 10:6

**allá** 194:19

**alternative** 27:16

**amend** 22:22

**amended** 59:5 60:25

**amendment** 24:24 59:10

**Amexis** 4:22 204:20

**amount** 132:15

**anatomy** 18:15,17,18, 19,23 19:2 45:20 51:9 68:24,25 69:1,4,7,11, 13,23,25 70:6,7,12,13, 16,18,19 90:21,24 91:4,13 93:17,19 95:3 113:6 175:8

**Andrew** 202:2

**announce** 80:15

**answering** 12:15

**answers** 11:15 59:17, 18 127:2,22

**anyone's** 79:21

**appearing** 97:16 166:14

**application** 34:6,8,13 44:8,10 74:18 98:22,25 100:17,20,21 131:25 163:24

**applications** 38:5,8, 12

**applied** 102:22 122:17

**applied-based** 54:3

**applies** 82:18

**apply** 34:3,5,10,15 44:13 73:18 74:22 98:25 121:12 179:7,15, 20

**applying** 121:18

**appointment** 158:10

**approach** 15:8,9 20:19

**approached** 15:10,13

**approval** 121:25

**approve** 164:23

**approved** 56:11 117:12 118:6 126:14 194:18

**approximately** 23:12 111:7,9 116:17,19

**April** 114:10 138:14

**area** 76:4 121:14

**arranged** 19:8

**arrangements** 199:13

**Arts** 4:11 99:20 107:12 149:11 151:15 152:6

**Ash** 129:13 130:21

**ASIC** 31:11

**asks** 67:8

**aspect** 50:23,25

**assign** 15:25 86:20

**assigned** 25:20 36:11 164:3

**assist** 21:25 121:17,22 122:4

**assistance** 17:25 59:21 121:23 125:22

**assistant** 109:8

**assisted** 22:3 124:23

**assisting** 122:23 123:1 124:19 126:24, 25 127:4,13

**associate** 16:3,9,25 25:20 36:12,13,16 42:9 43:5,7 47:5 86:8,18 90:1 161:4 203:16

**attaching** 73:16

**attachments** 74:8

**attend** 114:14 136:14

**attended** 18:24 69:7, 15 70:3

**attending** 107:4 152:14

**attention** 58:15

**attorney** 4:22 5:13 58:6 116:13 184:3,8 204:19

**attorneys** 184:7,10 185:21

**August** 115:9 140:15 157:24 160:24 161:23 165:1 189:6

**August-dec** 140:14

**authority** 87:9 172:16 173:2,13

**authorization** 128:22

**authorized** 73:11 134:17,24 135:3 172:18

**Ave** 20:9

**Avenida** 56:19 81:1,5 107:23 112:18,25 113:3,10,16,22 114:2 154:21

**Avenue** 21:13

**avisar** 194:19

**await** 183:24

**Awan** 201:18

**awards** 172:20

**aware** 19:1 61:18 88:9 126:14,16 176:24

---

**B**

**back** 15:4 17:20 25:17 51:8,10 66:3,24 75:8 90:10 95:16,18 96:17 112:24 129:24 144:19 147:8 186:4 190:13 193:17 195:13 198:14 204:4,15

**background** 13:9 89:19

**Baldwin** 4:24 8:21 39:8,9,11 40:12 98:4 150:8 180:10 182:15, 18 183:13 184:17 194:24

**bank** 121:11,12,13,22 124:15,16,17 125:2,7, 9,10,13,17 126:5,7,8, 21

**Barbosa** 20:9 21:13 56:20 81:1,5 107:23

112:18,25 113:4,10,16, 22 114:2 154:22 167:3

**based** 33:19,20 52:13 54:8,13 144:5,9 173:11

**basic** 10:25 11:5 17:9, 12 28:20 29:5,22,25 30:8,9 41:12 46:12,15 48:23 49:2,3,13,15,17, 25 50:3 51:16,20 52:15,20 53:3,5,9,11, 14,21,22 54:10,11 77:19 78:3 83:11 110:10,13,23 111:10, 12,16,19,25 112:13,19 113:1,3,6,11,15,21,24 114:1 115:23 138:24 139:11,13,18 140:2,3,7 142:5,12,16,22 143:12, 17,22 144:3,6 145:21 146:24 155:7 156:25 157:5,10 162:17,25 163:2,6 169:2,5,13 171:1 178:5 180:24

**basically** 16:4 27:20, 25 28:4,18 38:16 40:5 42:12 46:9,21 74:3 101:15 109:15,18 110:21 126:1 133:16 153:25 154:6 156:13 158:11 198:13

**basics** 142:18,19

**bat** 69:8 85:16 100:8 150:6

**bathroom** 12:24 13:1

**beginning** 97:7,19 102:8 105:20 110:21 154:18

**behalf** 4:18,23 19:17 20:25 73:12 135:1,6,11 159:25 198:9 204:17

**bell** 95:6

**benefit** 41:2

**BHS** 147:2

**Bienvenida'** 80:12

**big** 108:7 121:24 170:19

**bio** 143:4,6

**biochemistry** 48:10 92:7 94:11 143:7,8,14, 15

**biology** 48:11 92:9,10, 17,19 94:9 143:9,10,11

**biostatistics** 48:12 92:23

**birth** 9:23

**bit** 55:20 74:20 83:17

**Blasco** 63:7,8,11 66:24,25 67:4 97:4,8 124:19 130:3,8 136:16 140:13 149:8 156:14, 15,17 157:3

**block** 142:7

**blue** 24:9 167:22 168:1

**board** 116:12

**boards** 15:12 27:23 160:14

**body** 70:1 118:7

**Bonilla** 4:20,21 7:16, 17,20 8:2,22 9:7 30:3, 11 95:16,20 96:1,8 122:25 127:9,16 131:1 133:5,23 171:18 172:2 173:4,14 174:11,19 175:3,16 176:4 179:16, 21 184:4,23 185:15 204:6,19,20

**Bonilla-nieves** 4:23

**born** 9:25

**bottom** 43:8 55:24 56:19 60:2 73:20 80:9 81:12,17 82:10,13 101:10,22 105:5 114:6 115:7 117:15 130:3 132:3,5 133:14 140:22 144:25 145:4 149:19 151:18 159:22 172:11

**bottom-left** 188:19,21

**box** 43:8 60:13 100:14, 16 107:18

**branch** 64:6 107:15

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO
Index: break–clinical

172:12,17,19,22 203:20,23

**break** 12:23 13:5 95:15 96:4

**breaks** 204:10

**briefed** 181:18 182:8

**bring** 63:18

**broadcasted** 175:1

**brochure** 41:25 42:20, 23 44:8 45:18 52:13 54:8 74:10,12,13 110:19 141:4 187:19

**brochures** 41:20 62:17 74:14,15 75:3 103:16

**brought** 39:7 112:10 125:5

**Bruce** 201:12,14

**BSC** 145:17,20 146:22

**building** 21:14,18 22:1,4,6 25:25 37:2 56:21 81:1 108:2,3,6, 10 203:23

**bunch** 103:12

**Burgos** 55:20 57:5 58:21 72:16 80:11 81:12 83:15 105:1 123:25 147:21 186:21 192:16

**Burgos-ocasio** 5:6,20

**Bustillo** 8:10 42:25 61:9 123:17 148:21 160:1 204:24

**busy** 195:6,11

---

**C**

---

**CAAM-HP** 170:5,7,9, 10

**CAAM-PM** 170:11,14

**Cabrera** 26:12 42:2,3, 19 62:19 72:9,23 73:23 75:2 79:6 80:14 81:8 82:14 83:22 99:6

103:12 108:21 135:3 156:10

**Cabrera's** 42:11 73:5

**Caguas** 10:8

**call** 18:22 39:15 51:6 84:24 121:22 158:18 180:25 181:11,13,16, 17 202:6

**Calle** 10:8 107:23

**called** 14:18 61:23 201:1

**calling** 191:20

**calls** 181:6 182:9 193:16

**campus** 104:22,24 118:18 152:7,14 172:12,17,19,22

**campuses** 174:9

**canceled** 84:7

**Cancellation** 83:24

**cancelled** 84:9

**capacity** 165:17

**Capó** 109:5 141:13,18 152:24

**Capó-iriarte** 151:19

**card** 38:25 39:1,3 128:22,23 129:12,19 130:9,24 132:12,24 133:16,22 134:7,9

**cardiac** 53:9,18

**cards** 38:24

**career** 27:18 83:2 203:6

**Caribbean** 15:2 170:12

**Carla** 4:24 21:5,23 37:22 97:14,15 185:2,8 195:6 200:20 202:9,10

**Caro** 85:12,13,21,22 86:2 87:4,11,16,19,24, 25 90:10,13 91:1,4,7, 20 92:2,4 112:24,25

167:4,23

**case** 4:9,13 11:5 58:10 59:3 62:5,7,10,12 81:6 97:9

**Cayey** 169:21

**cell** 43:16,18 48:10 92:9,17 94:9

**Center** 15:2,3

**ceremony** 166:10 168:20,21,25 169:4 175:17

**certificate** 20:19,22 22:21

**certification** 147:23 148:3,4,11,21 151:2,3, 11 152:3,21

**certified** 5:14 65:22

**certify** 149:8 152:4

**certifying** 149:14 152:13

**chance** 72:17

**changed** 18:13 61:23, 24 107:9

**chaos** 84:14

**characterized** 46:9

**charge** 39:12,19 86:9, 18

**chatter** 182:9

**cheaper** 27:17

**check** 96:3 129:8 192:17

**checklist** 44:9,10 74:18 100:18

**checklists** 100:20

**checks** 38:17

**chemical** 107:5

**chief** 37:4

**civil** 4:13 6:23 10:2 59:3

**clarify** 8:3

**clases** 81:18

**class** 50:24,25 52:3,4 86:13 90:17,18,22,24 91:1,5,8,9,10,15 113:15 140:7 174:25 175:1

**classes** 13:22,24,25 14:3 28:8 37:13,14,18 41:6 45:25 46:12,16, 18,23 47:10,11,15,20, 22,23 48:3,7,13,16 49:4,25 50:3,4,7 51:11 52:15,21 53:3,11 68:25 69:23 70:16,18 78:20 80:22,25 81:5,19,22 82:2 83:11,25 84:5,15 85:4,7,21,23 86:1,4,9, 10,11,20,21 87:1 90:10,12,14 91:17 92:13,16 93:8,14,15 94:1,14,25 95:4 97:23 105:16 109:24 110:23 112:10,14,19 113:5,11, 12,21,25 136:2,13,21 137:19 138:9,14,16,18 142:4 144:6 145:2 156:23 157:10 160:23 161:2,9,15,18 162:25 169:13 174:17 178:16 179:13

**classic** 46:12

**classroom** 50:7,8 51:14 110:24 112:18

**clear** 193:24

**clerkship** 110:4 117:1, 2,4,6

**clinic** 29:21

**clinical** 13:23,25 16:1, 3,6 17:3,5,8,14,22 28:10 30:2 35:17 36:13 39:25 42:14 43:2,6,7 49:1,9,10,12,16 50:14, 16,22,23,24 51:5,11 53:18,24,25 54:1,4 70:8 72:12 73:24 83:7 90:5 111:13 115:25 116:1,3,9,16 136:22, 23,24 137:5,8,9,10 139:2,3 142:8,10,11 146:3 147:15 148:16

155:9 162:18 163:9,10 168:23,24 169:1,8,11, 14 178:8

**clinicals** 136:20 157:5

**clinics** 14:25

**close** 36:18 144:14 203:21

**closed** 78:25 202:16

**closing** 203:19

**coat** 166:9 168:20,21 169:4

**COCA** 66:15,19

**codefendants** 8:18,20 19:25 98:4

**college** 15:18 36:8,9 37:17 55:22,25 56:3,4, 5,7,12 66:16

**Colorado** 16:23 18:5,7 20:7 22:14 35:7,19 38:10,18,21 39:5 104:23,25 117:13 120:24 121:3 126:15 127:25 128:4 129:14, 20 130:22 132:19,25 133:1 182:17 185:13 194:4,7,13,20,23 195:3,14,17 196:4

**column** 109:19 145:7 188:3

**comfortable** 91:2

**commission** 31:23 55:4 66:16 188:11

**Committee** 66:6 75:22,25 76:1,7,23

**common** 19:5

**communicating** 154:17 200:18

**communication** 160:8,10 179:3 201:23

**communications** 186:4 194:1

**commute** 29:11

**complaint** 57:7,12

58:1,3,7 59:5,22 60:25

**complete** 17:5 18:25 76:4 106:6

**completed** 137:25 163:2

**completely** 51:3 59:18 65:23 117:7 147:17

**complied** 186:16

**comply** 11:14 185:14

**composed** 76:7

**computers** 39:14

**conclude** 204:23

**concluded** 204:22

**conditions** 12:5

**conducted** 29:15

**conference** 173:22,23 174:13 175:24 180:25 181:2,6,10,13,16,17 182:9

**confirmation** 172:15

**Congratulations** 75:21

**connected** 97:3,6,18

**considered** 171:15

**consist** 52:17

**consulted** 76:24

**contact** 18:2 42:23 52:2 116:23 126:21 128:9,12 149:20 191:17

**contacted** 40:9 165:10

**contacting** 155:19

**contacts** 35:1

**content** 30:18 80:12 131:9 181:2,8 183:15 193:7

**contents** 183:19

**continue** 8:8 20:11 21:12 106:11 133:13 140:10 151:3 162:5 165:19

**continued** 161:14

**continuing** 96:22

**continuous** 30:12,17 131:5,12

**continuously** 30:13

**contract** 45:1,3,10 87:8 88:2

**contracted** 18:22 19:1,7 69:13,23

**contratado** 18:22

**control** 124:6

**conversation** 27:1 64:15,19 65:2,8 67:3, 19,20,25 68:4,12,18, 21,22 69:2 70:24 71:5, 17,18,24

**convinced** 157:14

**convocatory** 160:9

**cooperate** 182:5

**coordinated** 40:16

**Coordinator** 73:25

**copied** 156:8,9,10,11

**copies** 8:17

**corporate** 20:2,6 22:7

**corporation** 23:2,7

**Corporations** 19:15

**correct** 7:12 8:22 11:25 16:17,23,24 17:23 20:23 21:1,2,4, 15,16 22:12,15,17 23:4 25:12 29:12,17,18,23, 24 31:21 32:1,4,5,9,10, 12,13,15,17,18,19,20 34:10 35:8,22 36:4,12 37:23,25 38:6,19,20,25 39:5 40:24 42:4,25 43:1,11,12,15 44:1,9, 14,15,17 45:7 46:5,23 47:1,7,10 48:14,24 49:22 50:1,2,5,6,7,10, 11,14,18 51:15,17,21, 24 52:4,5,7,11,16,21 53:3,11,15 54:10,12,14 55:5,8,9,11,14,23 56:1,

17,21,24 57:14,15 58:17,18 60:10,18,19 61:1,2,4,13,15,20,25 62:1,21 66:7,11,13 69:24 70:17 72:10 73:6,9,12 74:1,2,5,10, 11,12,22,25 75:3,11, 18,19,23,24 77:14,18 79:2,7,11 80:16,18,20, 23,24 81:1,9,15,20,24 82:3,16,20 84:2 87:17 95:13 98:16 99:17,21, 22,24,25 100:4,5,23 101:2,3,5,20,23 102:9, 12,19,22 103:2,13 104:12,23 105:6,9,12, 17 106:8,17,20 107:2, 14,16,20,21,25 108:18 109:10,20,24 110:1,7, 10,11,14,15,19,24 111:2,9,11,19 112:14, 19 113:4,11,16,22 114:2,7,10,14,19 115:2,11,14,21 116:18, 22 117:17,18,22,23 118:19,25 119:5,7 120:11,17,24 125:9 126:10,15 127:15 129:2,3,10,11,14,17,20 130:4,7,17,22,25 131:20 132:1,4,7,13, 16,17,19,20,22,23,25 133:11,22 134:18,24 135:1,9,12 136:3,4,9, 14,18 137:16,20 138:3, 6,7,10,11,14,18 139:16,17,25 140:14, 17 141:1,4,6,9 142:6 144:7,15 145:2 148:12 149:2,12,17 150:3,4 151:4,5,12,16,19 152:7,11,14,22,25 153:15,17 154:12,22, 24 155:2,5,7,9,11,14, 20,23 156:1,4,11,19,23 157:22,25 159:14,16, 19,23 160:1,4 161:10 162:7,21 163:7,14,17, 21,25 164:12,17,18,20, 24,25 168:2,3,7 169:3, 10 170:12,13,15 171:17 172:1 174:10, 18 177:19 179:15 180:2,4,5 182:17,20,24

183:8 184:18,22 187:13,18,24 188:2,6, 12,15,25 189:2,14,17, 21 190:20,23 191:14, 18,21 192:12,22,25 193:4 194:2,5,6,8,17 197:16,19,23 198:3,7, 9,23 200:4,8 202:16

corrections 7:2

correctly 16:4 98:23

cosas 21:8

cost 107:11

cost-effective 27:17

costs 45:13 101:15,17, 19 103:8,20,21 107:4 109:15,20 110:9,12

counsel 4:19 72:12 123:11 165:22 185:9

counseling 185:23

counselor 4:17,19 7:16 8:11,19 184:3,8 204:16

counselors 8:17

counsels 184:7

country 172:13,17,19, 23 173:9

couple 12:8 57:19 91:16 153:10

courses 41:7,8 45:24 48:18 53:21 54:10,11 70:8 113:8 135:25 178:5

court 4:5,15 5:3,5,9,15, 17,19,25 14:15 19:19, 21 28:13,15 57:3 58:25 59:2,20 60:3 61:4 72:20 96:18,20 97:1,20 98:1 123:15 124:5,9 144:16,18,22 153:8 165:22 166:5,18 167:10,13 186:22 204:12,14

create 40:7 102:2 104:14 106:22 117:5 150:9 164:2

created 19:12 23:8 40:4 98:22 99:1 107:1 131:8 150:2 200:21

creates 98:24

creating 19:10 40:1 106:23

credentials 163:25

credit 38:24,25 39:1,3 128:22,23 129:12,19 130:9,24 132:12,24 133:16,21 134:7,9

credits 28:8 45:19 51:23,25 52:1,4,6,10, 14,18,20,22 54:14,16 77:17 85:4

criminal 11:19,24

CSC 145:24,25 146:2 147:5

current 10:2,7

curriculum 45:15,17 46:21 137:4,12

―――――――――――

D

―――――――――――

Dallas 18:14 174:10

Damaris 109:2,3 134:16,17,19,24 159:25 160:3 197:25 198:4,7 200:13

Daniela 26:11 42:2,3, 10,19 62:19 72:9,23 73:5,23 74:3 75:2,10 79:6,10 80:14 81:8 82:14 83:17,22 99:6 103:12 108:20 134:19 135:3 156:10 160:17 167:7

Daniela.cabrera@ usat.edu. 73:2

Daniella 73:8

date 9:23 15:6 20:6,8 23:5,22 24:24 25:4,13, 21,24 61:23 73:20 82:3,4,5 105:15 133:21 161:12 177:21 179:14, 20 180:1 192:17

198:19

dated 75:11,17 78:19 141:21 151:3 159:14 183:7,12 189:6 198:6

dates 84:12 133:17,20 160:25 161:1,17

David 35:3,5 167:23

day 6:14,15 25:11 195:12

days 6:25 7:10 8:25 12:8 136:13 138:9 145:1

de 21:7 36:7 71:6,8 80:12 81:18

deal 19:8 121:12

dealt 171:7

dean 15:18 16:3,9,25 25:20 36:3,9,12,13,16 37:17 42:10 43:2,5,7 47:5 86:8,18 90:1 161:4 192:11 203:16

Debajo 80:12

Dec 140:15

December 60:12 118:9 136:17,19 152:22 160:24 161:10 200:3 202:21,24

decided 181:22

decision 37:8 76:25 88:24 89:24 90:6,9

defendants 4:13

defense 58:16

definite 197:8

degree 49:20 52:7 53:15

degrees 172:20

delimits 101:18

deliver 102:8

delivered 7:4 37:18

demographic 98:9

Denver 129:13 130:21

department 19:15 20:1 149:21 176:17,25

depended 26:21 41:1 107:11

depending 81:2 111:13 115:4

depends 46:6,8 48:25 49:9 51:2 81:6,7 86:15 112:11,12 142:10

deponent 5:2,16 6:2,4, 11,24 7:5,9 8:5 9:16 14:17 78:16 96:15 120:6 123:1 124:3,8,10 133:6,24 147:10 159:11 171:20 173:6, 15 174:12,20 175:4,17 176:5 178:22 179:17, 22 184:5,14,24 185:16 204:5

deposing 9:21

deposition 4:8 5:24 6:10,22 7:1,3,8 8:4,14 9:1 10:17,23 11:3 12:14 19:24 58:23 61:8,10,19 72:18 96:23 97:10,16,19 120:16 123:13 128:17 131:4, 12 135:16 147:24 153:6 187:1 189:8 204:23

depositions 6:21

description 16:2

desk 134:13

detail 57:13 181:24

details 42:24 45:5 66:17 165:7

determination 170:8

diagnosis 53:9

didn't 145:5

difference 82:22

digitally 7:4

direct 129:7

directed 61:8 157:3

**directly** 21:22 69:9 120:2 121:12,13,23 122:1 123:3 126:2,5,15 128:3,9 158:24 172:8 182:7 192:5 203:14

**director** 37:4

**Directory** 179:4

**disagree** 131:14

**discrepancies** 197:3

**discuss** 58:3 65:9 191:7

**discussed** 64:24 69:3 88:23 115:23 181:24

**diseases** 53:7 93:6

**District** 4:15 99:19

**docket** 59:3

**doctor** 162:21 163:13

**Doctora** 85:14

**doctorate** 149:15

**Doctors** 15:2

**document** 20:1 22:17, 24 23:17 25:7 28:21, 22,24 30:15,16,18,22 31:4 44:22 54:17,19 57:8,11 59:1,7,18 81:10,25 82:6 102:2 103:18,19 104:7 105:25 136:1,8,11 138:2 140:16 144:9 148:7,15 153:2 170:24, 25 171:4,9 174:2,4 189:20 190:2,11

**documentos** 21:7

**documents** 8:10 29:3 36:19 40:1 62:4,7,8,11 96:25 98:3 100:25 103:12 124:11,14 131:6,10 147:20,23 177:13 189:24 190:5,6, 9

**dollars** 111:2,8 116:17 129:10 130:25 131:19 132:1,16

**Domicile** 20:6

**Dominican** 13:16 14:5 26:6,9,12,14 27:4,9 34:15 39:16 51:2 62:20 63:1 154:10

**don't** 161:20

**Doris** 5:5,19

**doubt** 73:22

**drafted** 59:12,19 197:25 198:2,4

**drafts** 115:2

**duces** 61:8

**duly** 5:13 6:1,12 9:12

**duties** 17:1,9 36:1 86:19

---

**E**

**e-mail** 8:6,12,15 10:11, 13,15 40:2 44:1,2 57:23,25 60:17 61:14 72:22 73:5 74:3 75:4, 10,16,17,20 78:18 79:6,10,14,18,21,23 80:1,3,4,12,14 81:13 82:11,15 83:18,22 103:11,15 119:16 128:15 149:24 150:2,5, 18 153:11,14,23,24 154:3,7,9,20 156:3,4,7, 13 157:1,7,13,18,20,21 158:3,4,6,9 159:18 160:3,6 165:14,15 180:9,20,24 182:13 183:7,13,14,16,18,19, 22,23 184:6,17,20 185:3,7 186:1 189:6, 11,14,19 190:18,19,22, 25 191:5,9,22 192:9,21 193:2,13,15 197:15,18, 21 198:2,6,11,12,19 200:3,7,9,12,14

**e-mails** 57:6 123:10 150:10,13 153:10 191:11 193:4

**earlier** 55:8 60:18 62:23 69:13 74:15 110:19 115:20 118:24 120:10 128:25 141:4

153:14 163:17 182:16 187:19

**ECFMG** 31:11,15,20, 22,23 32:3,17,24 33:21 55:7,11 65:11,22 67:5, 7,9 68:15,18,19 71:1,9 72:4,6 158:10,20,23 159:7,12 163:17,19,20, 23,24 164:2,6,9,10,19, 22 165:2,5,11,13 170:6 171:2,11 172:8,15 179:5,7,10,15,20 180:13 182:5 184:21 185:14,20 186:7,10,13 188:15,17 191:8,13,17 192:3,4 194:1,16 195:25 196:5 199:20 202:15 203:9,12

**ECMC** 32:23

**Edit** 100:17

**education** 66:7 83:4 109:19 110:9,11 124:12 172:21 176:17 177:1

**Educational** 55:4 188:11

**Einstein** 201:20,22

**elective** 45:22 48:12 139:8,9

**electives** 53:10

**electricity** 84:11

**eligibility** 172:21

**eligible** 33:21 158:23 179:7,10,15 197:1 199:20

**email** 61:9 159:10 189:16

**emails** 40:2,5,7 79:11 80:5 150:21 159:21 176:14 180:11 182:19, 22 186:10 193:3,16

**embryology** 45:21 51:10 91:7 93:21

**employee** 25:14 73:9 134:20 165:18 172:7

**employees** 18:3 99:3 150:10,14 159:19

**end** 36:23 44:25 105:11

**English** 73:14

**Enny** 71:6,8

**Enrique** 97:4,8

**enrolled** 148:7,11,13 149:9 152:5

**enrollment** 44:20,21, 22 45:1 73:17,20 74:25 100:22 104:3,4,10,11, 16,21 105:23 117:21, 24 118:2,12,17,22,23 119:1,3 148:3,4

**enter** 98:16

**entered** 45:2,4 98:21 100:6,9

**entering** 98:19,20 100:10

**entities** 32:25 188:2,5

**entity** 19:10,13 32:3 33:18 56:6 66:21 69:19 159:12

**Entiéndase** 155:4

**epidemiology** 53:19

**escuela** 36:7

**Esquina** 107:23

**essence** 27:2 53:16

**established** 131:7

**ethics** 53:9 139:21,24

**evaluated** 154:11

**event** 165:2 168:9

**everybody's** 80:4

**ex-usat** 42:3

**exact** 15:6 16:2 23:5,9, 10,16 25:21 26:1,3 45:5 64:15,19 65:2 67:1,2,6,19 68:4,21 71:16 80:3 82:5 84:12 87:23 88:11,12 89:19 90:12,15 91:6,9,15 92:13,16 93:8 102:3

108:11,17 113:8,24 124:22 148:22 153:24 160:25 161:1,12,17 165:7 169:20 170:23 171:9 177:7,9,21 181:1 183:22 186:1 187:11 190:1 191:9 196:2 199:23 202:20

**exam** 32:9,16 65:19 83:1 160:9 162:4,5,12, 16,17 164:16,24

**examination** 9:14 32:12 158:15 162:6

**examinations** 29:20

**examine** 33:1

**examined** 9:12

**exams** 33:22 51:8,9 65:22 116:12 161:25 162:2,9 163:16

**exchange** 72:23

**excuse** 5:11 14:15 66:2

**excused** 6:14

**exhibit** 9:1,2,3 19:18, 23 22:19 24:17 28:14, 17 33:24 34:2 41:16,18 44:5,7 54:22,24 57:2,7 58:20,22,23 59:1 61:6, 7,10 72:15,16,18,22 78:15,18 81:13 97:24 98:2,6 100:12 101:8,11 103:24 106:14,16 115:17,19 119:9,10,12 120:16 123:7,9,13 124:1 128:15,16,17,21 135:14,16,19 137:18 144:17,20,23 146:6 147:20,21,22,24 150:24 153:3,6,10 165:20,21 166:5,8,22 169:24 170:2,18,19,22 177:17 180:7 184:13 186:23,24 187:1 189:5, 6,8 190:13 199:25 200:4

**exhibits** 7:5 8:25 57:6 123:9,12 186:20

**exits** 6:16

**expect** 187:17

**expense** 109:20

**expenses** 110:7

**experience** 14:6,7 27:21,25 28:3 33:3,22 51:1 53:23

**experiences** 77:18

**explain** 11:12 19:13 20:17 28:7 48:15 109:13 121:9

**explained** 77:23 196:13

**explaining** 28:20 181:7 198:14

**explains** 54:15 109:15 145:1

**explanation** 46:7

**expressing** 30:1

**extension** 149:12,18 152:1

**extent** 68:4,22

———————

**F**

———————

**facilities** 108:7

**fact** 152:16

**faculty** 85:9 90:3,4 201:15,16,21,23

**FAIMER** 31:11

**fair** 23:11,21 32:21 46:11 48:1 118:12 145:20 146:2,23

**faithfully** 5:23

**family** 80:19

**Federal** 6:23

**fee** 45:11,12 73:17,19 74:24 100:22 101:12, 13 102:4,9,11,17,25 103:5,15 106:17 107:1 109:12 110:3,4,5 114:13,18,21 115:10,

20 117:1,2,4,6,9,10,16 118:14 120:9 131:25

**feel** 63:21 91:2 149:20

**fees** 101:19 107:7 110:1,6 131:25

**Fernandez** 89:1

**Fernández** 85:15 88:25 89:3,5,8,10 94:25 113:20,23 114:9 167:2

**Figueroa** 133:11

**file** 163:23 164:3

**filed** 4:14 20:22,25 21:4 23:18 24:24 57:7, 8 59:2,10 60:9 61:3

**files** 203:22

**filing** 8:10

**fill** 73:21 122:12

**filled** 105:25 177:25 178:2

**filling** 24:10,11 122:4,6

**finance** 128:5

**finances** 37:25

**financial** 125:22 155:11

**find** 65:18

**finish** 27:18 65:21 190:15 193:11

**finished** 27:23 95:24 96:5

**firm** 14:9,11,16

**flew** 194:7,20,23

**floor** 108:8,9,10

**floors** 108:7

**Florida** 20:8 29:12 69:12,18,24 104:22,24 118:18 119:4,6 174:9 176:16,25

**fly** 68:24 194:12,20

**flying** 194:16

**focus** 15:22 203:6

**focused** 29:20

**follow-up** 204:21

**food** 148:14

**footage** 108:11

**foreign** 31:24,25 32:1 55:4 188:11

**form** 7:14,25 24:11,12, 17 30:3,12 91:3 122:25 131:1 133:5,23 171:18 172:2 173:4,14 174:11, 19 175:3,16 176:4 179:16,21 184:4,23 185:15

**formalidad** 88:13

**formality** 25:15

**format** 98:9 120:20 148:6

**formed** 20:5

**forms** 24:10

**forte** 91:14

**forward** 121:1

**found** 27:19

**fourth** 110:18 115:24 116:16 139:4 167:4

**Frantz** 201:7,10

**free** 45:22 48:12 53:10 63:21 149:20

**Friday** 150:8

**Frías** 159:25

**full** 5:18 6:3 9:16

**full-time** 149:9

**fully** 163:13

**functional** 45:20 91:4 93:19

**functions** 17:1 36:1

**funds** 122:1

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

**G**

**gain** 52:4

**gathered** 196:7

**gave** 34:21 40:10 85:7 104:17 178:13

**Gen** 142:13,14

**general** 13:11 142:14, 15 145:11,14 146:14, 17

**generic** 157:1,7,16

**George** 201:20

**gestoría** 21:7 36:7

**give** 13:9 69:23 79:15 121:19 156:23 157:10 161:18 181:1

**giving** 34:19,23 112:19 161:9,15 168:6,18

**gladly** 122:8,16

**glass** 12:23

**good** 4:6,21 5:12 6:14, 15 15:12 73:15 75:20 149:9 152:10

**governed** 172:10

**Governing** 118:7

**government** 172:16 173:3,12,13

**GPS** 145:9 146:11,12

**grads** 167:7

**graduate** 15:11 41:8 138:18 165:17 178:22

**graduated** 13:18,19 27:8,20 42:6 116:11 175:20 176:2 179:14, 19

**graduates** 31:25 32:1, 2 41:9 55:5 188:12

**graduation** 110:5 163:3 175:11,17,21,23 176:3 179:10

**graduations** 175:15

**grammatical** 7:1

**grand** 80:19

**grants** 125:25

**graph** 109:13 144:25

**gross** 45:19 90:21 93:17 95:3

**ground** 21:11

**group** 71:21 181:14

**Guayama** 107:23

**guess** 15:13 18:14 25:10 28:21 29:4 46:3 100:24 102:5 109:17 141:5 189:3

**guys** 92:13

**Gómez** 67:17 117:16

**H**

**half** 23:13,15 112:6

**hand** 5:17 6:2 12:19

**handed** 103:22 140:21

**handle** 98:18 150:3

**handled** 20:18 37:25 38:5,9 135:8 150:1,17, 21

**handling** 58:16

**hands** 37:5 57:18

**handwriting** 24:4,6,7, 13,18,19 141:11

**happened** 27:9,11,14, 22 28:1,4 61:5 69:9 78:12 84:13 102:21,23 127:21 128:3 165:5 191:10 195:10 199:6 200:24 201:5 202:17

**happening** 28:1 196:21

**hard** 65:18

**Hato** 154:24

**heads** 160:12

**health** 53:19 201:1

**hear** 30:6 182:10

**heard** 11:21 30:25 31:1 66:4,15 67:13 201:7 203:17

**heart** 80:6 86:6

**hectic** 186:5

**helped** 39:15,17,20,22 40:7 86:23 126:3 127:3

**helping** 42:16

**Hilda** 109:4 151:19 152:24

**hire** 88:17,18 89:5,8, 16,19,21 90:2,5

**hired** 87:24,25 88:9 89:22 203:15

**hiring** 88:20 89:10,24 90:8

**histology** 45:21 91:10, 12 93:23

**Hold** 79:8

**Home** 20:8

**honestly** 91:15 141:20

**hospital** 14:23 29:21 50:18 107:6 155:13

**hospitals** 14:24 15:1 16:6 17:4 42:15 116:24 168:25

**hot** 183:21 191:13

**hotel** 175:24,25

**hours** 52:2 138:10 145:1 155:19

**Huffman** 35:3,5

**human** 45:21 91:19 93:25

**Humanities** 201:2

**hund** 131:21

**hundred** 113:23 137:21 141:15 144:8 145:15 146:13 147:1 157:14

**hundreds** 191:11

**hurricane** 79:1 82:2 161:3,5

**I**

**ICM** 147:12

**iconic** 168:22

**ID** 164:4,6

**ID's** 40:2,4,6

**idea** 19:7 45:3 118:4 159:3 181:8,14 202:17 203:17

**identification** 9:6,20 58:24 61:11 72:19 123:14 128:18 135:17 145:8 147:25 153:7 187:2 189:9

**identified** 76:10

**identify** 166:25

**Identifying** 46:14

**Igartua** 85:19 89:11, 12,14,16,21,23 158:13, 19 159:1,2,5

**Iguartua** 114:1

**II** 48:9,13 51:19 52:19, 22,23 53:1,8 74:12,13

**III** 52:24 53:8,13 137:6

**imaging** 48:11 143:19

**IMED** 31:11

**Immuno** 143:2

**immunology** 139:15 142:4 143:3

**important** 28:6 192:11

**imported** 66:14

**impossible** 18:18 67:3 122:22

**inception** 25:12

**include** 147:19

**included** 104:19 125:21

**includes** 188:10

**including** 103:12

**incorporated** 25:19

**incorporation** 19:15 20:6,8,20,23

**individually** 185:9

**individuals** 76:8

**infectious** 53:7 93:6

**influx** 42:17

**Info** 192:19

**infopr@usat.edu** 159:16 192:24 197:16, 19

**information** 10:14 18:25 20:2,12,13,15,18 26:22 28:5,6,19,20 30:23 40:10 48:20 62:18 65:5 66:22 70:2 73:12,16,22 74:4 77:17 90:14 98:10,16,19,21 99:17,23 100:2 102:6 104:19 105:19 111:23 122:5,9 125:4 126:17 127:14 164:7,10,11,13 165:9 171:1 172:6,9 175:5 183:1,25 184:21, 25 185:5,7,22,25 186:9 187:16,19 192:2,3,4,7 193:19 196:7,12,13,23 197:9,11 198:15,16,17 199:22,24 200:17,18 201:4 202:1,22 203:12

**informed** 103:1

**informing** 156:17

**initial** 105:8,14

**Initially** 58:11

**initials** 73:21 105:4,5

**inquiries** 39:17

**institution** 152:11

**institutions** 155:14

**instructing** 182:4

**instructions** 34:6 182:23

**insurance** 110:4 116:22

**integrate** 51:5

**integrated** 51:12

**integration** 51:4 54:2 163:11

**interaction** 36:25

**interactions** 36:15,17, 18 40:17

**interest** 155:22

**international** 32:4,7 163:15 171:3,12,15,21, 22,23,25

**interpreted** 32:23

**Interrogatory** 11:4

**interrupt** 30:13

**interruptions** 181:22

**interview** 77:3,19,20 87:19 89:3,14

**interviewed** 77:6,8 78:6 87:10,20 88:6

**interviewing** 77:13 78:4

**interviews** 77:16,23

**intro** 48:10 92:9,17 94:9 136:20,23

**introduce** 4:20

**introduction** 45:21 53:17 91:19 93:25 147:15

**investigate** 165:6

**investigated** 176:25

**investigation** 186:7, 13 203:9

**investigations** 182:6 185:14

**invitation** 166:9

**involved** 105:22

**irregularities** 180:14

**Islands** 199:15 201:2

202:13

**issue** 131:12 154:17 195:25 196:5 202:15

**issues** 13:17 39:13

**it'** 188:16

**it's** 141:18

**IV** 49:14 53:6,13

**I'd** 167:15

**I'll** 204:4

**I'm** 128:11 135:15 188:20

---

**J**

**January** 23:4 24:25 60:9,11 138:14 161:15 179:6,14

**January-april** 137:16

**Jesús** 71:6,8

**job** 14:6,7 68:11 194:10

**Joffre** 67:17 117:16

**join** 181:23

**joined** 165:24 166:3

**joining** 165:23

**José** 4:9,25 5:2 6:4 8:9,15 9:10,18 42:24 61:9 63:7,8 95:25 96:9, 23 97:4,8 130:3,8 136:16 140:13 149:8 156:14 157:3 204:24

**Juan** 4:1 20:10 43:9 107:23

**July** 75:11,17 118:8 129:9

**June** 20:9 117:17 161:15

**Jusino** 97:5,8 130:4 149:9

---

**K**

**Karen** 4:24 8:20 39:8,

11 40:12 150:8 180:10 182:15,18 183:13 184:17 194:24

**Karen.baldwin@ usat.edu.** 182:12

**knew** 87:15 88:16 89:18 122:8 127:2,22

**knowing** 126:22 128:13 202:8

**knowledge** 18:16 31:2 37:24 103:10 131:9 162:18 163:6,9,10 170:16 171:11 173:7, 11,15,16 174:8,25 176:22 180:5 181:15 185:19 186:12,14 200:24,25 202:5,12,14 203:15

**Konyk** 4:24 8:21 15:15,19 21:25 22:3,11 37:4,22 97:14,15 98:4 182:23 185:2,8 195:18 200:20 202:9,10

---

**L**

**la** 21:7 36:7 88:12

**lab** 18:15,17,18,19,23 19:5 45:20 50:25 68:24 69:1,5,7,11,13,20,22, 23,25 70:12,13 91:4 93:19 175:8

**labs** 19:2 70:6,7

**lack** 203:11

**land** 77:5

**Latimer** 5:13 6:13

**law** 14:9,11,16

**lawyers** 58:9

**layout** 109:17

**LCDO** 133:13 177:3

**LCME** 66:4,13

**lease** 21:20 22:9

**leased** 21:18,19 22:6 108:3,6

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

Index: leasing–medicina

**leasing** 22:1,4 25:24 26:2

**leaving** 25:16

**lecture** 18:8,9,11,18 45:20 50:4,25 84:23 173:22,23 174:12

**lecture-based** 51:18

**lectures** 17:13 29:20 50:8 51:5,12,14 69:25 70:10 83:8,12 84:16,18 110:25 111:15 112:1, 15 113:17 137:11 174:15

**left** 44:8,10 54:24 145:7 166:25 167:2 186:15 201:4 202:18,20

**legal** 19:10 58:13,14

**length** 41:9

**lenient** 131:3

**letter** 76:6 100:25 147:17 149:7 165:14, 15 177:6,8,9,10,14 196:8

**letters** 44:16 177:12

**liaison** 16:7 17:2 66:6 87:13 88:22 89:9 90:7 128:6

**liaisoning** 42:16

**license** 173:7

**licensed** 27:24 162:20 163:13

**licensing** 32:8,12 158:14 162:6

**licensure** 172:21

**lie** 183:17

**life** 49:15 53:9,18

**light** 69:25

**limit** 23:9

**limited** 29:16 53:12,16 54:12

**lines** 12:18 170:23 179:22 180:12

**link** 123:10 126:3

**Lisa** 67:11,12 115:9 152:4,10,13,16 165:23, 24 166:2 190:18 191:6

**list** 74:21 86:6 90:15 92:11 95:7,11 188:16

**listed** 60:22

**listening** 97:10

**listings** 187:24

**lists** 188:1

**lived** 16:15

**LLC** 19:14 20:4 23:7

**loan** 27:13 121:18 122:5,24 124:11,12,13, 20 125:19 126:2,5,13, 14,24 127:15 128:1 189:21,24 190:5

**loans** 13:18 27:12,16 121:7,10 123:3 125:18, 24 126:9,10 127:6 128:8 190:6

**locate** 17:17

**located** 16:14,23 18:11 21:14 22:14 35:7,18 69:11,12 134:10 154:21

**location** 16:10 107:24 108:1 129:17 132:22 175:1

**locations** 119:4 174:14,18 175:2

**long** 64:16 71:23 139:4 150:7 151:25 161:21

**looked** 124:1

**Loraima** 71:11

**losing** 27:13

**lot** 30:23 39:17 42:17 47:23 67:24 70:2 71:10,18 78:16 85:9 107:6 144:11 154:1,2 173:25 177:12,13 181:20,21,23 182:9 186:3 192:7

**Lucero** 67:11 114:9,12

**lying** 92:12

---

**M**

---

**m.ortizbustillo@ usat.edu** 190:23

**m.ortizbustillo@ usat.edu.** 157:21

**machine** 38:25 39:1,3, 6 129:1,4 130:16 133:4 134:9,10,18

**made** 88:24 90:6 129:10 130:2 131:6

**Maestroris** 44:13

**Maestrosis** 34:7 98:13

**mail** 38:22

**mailed** 129:8

**main** 16:22,25 20:9 38:13 44:23 65:1 129:16

**maintenance** 110:5

**Majors** 35:13

**make** 7:1 76:13,25 167:4,7

**making** 199:13

**mal-practice** 110:4

**malpractice** 116:22

**manage** 121:3 125:3 128:2 155:1 156:18,20 185:22

**managed** 123:3 156:4 159:19

**Manuel** 4:8,25 5:2,10 6:4 8:9,15 9:10,18 42:24 61:8 95:25 96:9, 23 148:20 160:1 204:24

**manuel. ortizbustillo@usat. edu** 189:13 190:20

**manuel. ortizbustillo@usat. edu.** 43:25

**marked** 58:21,24 61:11 72:19 123:7,14 128:18 135:17 147:25 153:7 187:2 189:9

**marking** 9:3

**married** 10:3,4

**Maryland** 29:12 30:24

**María** 78:21,22 79:1 82:2

**material** 34:23

**materials** 28:25 34:19 75:3

**matter** 86:10

**matters** 155:11 156:18,21

**maxillofacial** 12:7

**MD** 13:12,13,21 14:6,7 30:10 45:15,17 75:23 149:10 152:11

**means** 7:22 11:10,13 33:5,7,8 147:17

**Med** 139:24 143:19

**medical** 15:3 18:23 19:2,4 29:22,25 30:8 31:24,25 32:4,7,8,11 34:20 41:5,8 45:20,22 46:5 48:9,10,11,24 49:20,22,24 50:21 52:7 53:8,14,20 55:5 58:12, 14 65:21 66:6,10 69:14 70:2 83:4,5 91:7,23,25 92:1,7,17,23 93:21 94:3,5,11 110:22 139:21 143:20 149:15 158:14 160:9 162:6,20 171:3,12,16,21 172:12, 18,19,20 173:1 179:4 188:11 199:10,14,22 200:21 201:1 203:6

**medications** 12:2

**medicina** 36:7

**medicine** 14:10,21 15:18 36:8,9 37:17 41:5 50:18 53:18,20 54:3 55:23 56:1,3,4,8, 13 116:14 139:25 147:15 172:22 203:7

**meet** 10:22 172:20 195:4,5,15,18 198:19

**meeting** 165:23 166:4 191:6 199:1,7

**meetings** 195:8

**member** 201:16,21

**membership** 167:11

**mention** 203:1

**mentioned** 36:11 37:23 42:2 46:25 47:7 55:7 60:17 62:19,23 69:10 87:4 92:15 112:24 115:1 116:2 120:15,23 128:25 133:2 150:9 151:22 163:17 182:16 191:13

**mentioning** 71:15

**Mercado** 10:6

**message** 192:11

**met** 63:11,13,14 71:18 78:9 194:7 198:22,24

**Miami** 13:24 18:13 19:3,5 63:12,18,24 64:2,6 68:25 69:1,11 174:9 175:12,15,21,25 176:1,3 201:24

**Micro** 142:25

**Micro/immuno** 141:24 142:3,24

**microbiology** 53:1,7 84:20,22 93:2,6 142:4 143:1

**middle** 45:14 167:22

**mine** 89:25 203:21

**minute** 79:8 204:3

**minutes** 95:19,20 204:7

**misinformation** 193:23

**mission** 187:8

**mistaken** 57:24 126:11

**mixed** 49:6

**mixture** 49:18 111:12 112:1,10 142:11

**mobile** 43:20,21 60:20, 21

**molecular** 143:4,8,11

**moment** 12:22 17:16 19:22 56:10 57:4 63:16 70:15 72:21 78:13 85:5 122:17 124:22 127:20 137:11 139:3 148:23 191:14 195:24 196:1 204:1,6

**Monday** 142:1

**money** 27:14 38:17

**Monserrat** 20:4 56:15 173:8 176:8,10,11 178:6 182:2

**months** 29:20 46:9 57:20

**morning** 4:6,21 5:12

**mother** 58:5 59:15,16, 24 62:2

**mother's** 60:21

**motivate** 68:7

**motivated** 68:11

**Moudy** 35:9,10

**move** 163:14

**moving** 160:16

**multiple** 86:3,4

**N**

**named** 97:11

**names** 48:18 63:4,8 76:16 77:11 85:6,11,18 146:10 166:24 167:25

191:2

**Napoli** 14:12,13,17

**Napoli's** 14:16

**naturally** 125:20

**necessarily** 49:2 50:22 81:2 83:5 103:3 105:18,22 140:19 163:1 190:3

**necessity** 86:15

**needed** 17:16,25 41:2 90:4 112:15 148:6,15 154:14

**Neuroanatomigy** 143:25

**Neuroanatomy** 143:24 144:1,2

**neurology** 49:13

**neuroscience** 49:12

**neurosciences** 48:11 49:7 92:20 94:7

**news** 160:11,15

**Nicole** 5:6,20

**Nieves** 70:21

**norm** 195:20

**normal** 28:21 34:7 103:19

**notary** 5:8,12,14,21 6:1,6,12,13,15,16

**note** 100:3,9,10 179:5

**notes** 96:4,25 99:10 100:7 204:2,8

**notice** 61:7,15,17 83:25 126:19 181:4

**notified** 8:5 138:8

**notifying** 8:7,12

**November** 81:23 84:8 118:7 141:21 151:4,5, 7,11 184:16 192:21 198:6

**NSPR** 14:17

**number** 4:13 10:9 19:19,20,23 24:18 43:13,20,21,24 56:23 57:2 60:20,21 97:25 98:2 100:11,12 108:17 145:6 146:8 147:9 164:3,5 197:13

**nutrition** 45:22 91:19 93:25

**O**

**oath** 11:7,9,18,25 96:10

**oaths** 5:9,15

**objection** 7:23 30:3, 11,12,17 122:25 127:9, 16 131:1,11 133:5,23 171:18 172:2 173:4,14 174:11,19 175:3,16 176:4 179:16,21 184:4, 23 185:15

**objections** 7:13,18,19, 21 8:1 131:5

**obtain** 13:13,21 49:20 52:7,20 54:14

**obtained** 21:20

**obtaining** 28:9

**occurred** 165:2

**October** 81:11,15 82:10,16 83:15,18,21, 23 84:6 183:12 190:19

**offense** 11:24

**offenses** 11:19

**offer** 125:24 193:23

**office** 16:22 20:9 44:23 76:2 86:17 108:18 109:11 120:25 123:4 134:1,10,11,21,22 154:6,23 156:20 200:7

**officer** 37:4 76:21

**officers** 18:2 21:23 76:12

**offices** 22:14 38:14 76:21 108:20

**official** 141:3 165:13

**officials** 125:17 194:8 197:5

**older** 31:4

**Olveston** 104:22,24 118:18

**online** 34:3,5,10,16 40:15 98:25 101:4 121:12,20 127:8,14 163:20 171:5,6

**onwards** 9:4

**op** 171:20

**open** 26:19 160:9

**opening** 64:6

**operate** 19:11 84:6 172:7,18 173:3,13

**operated** 112:5

**operating** 171:16 172:1

**operation** 84:10 128:5

**operations** 82:16

**opponent** 131:8

**opposing** 4:19 123:10

**opted** 27:16

**order** 32:8 48:17 118:24 163:15,24

**Org** 138:20,21 146:8,9

**organ** 137:6 138:22,23 139:1 146:10

**organization** 66:9 170:11

**organize** 86:20

**organized** 166:11 168:8 182:11

**organizing** 86:9,10,11 181:13,14

**Orien** 4:23

**orient** 63:24 72:12

**orientation** 17:25 42:13 77:20

**oriented** 17:10 103:19

**Ortiz** 8:9 42:24 95:25 123:17 148:20 160:1 204:24,25

**Ortiz-bustillo** 4:9 5:2, 10 6:5 8:15 9:10,18 96:23 131:17

**Ortiz-bustillo's** 59:4

**Ortizbustillo@yahoo. com** 10:12

**Ortíz** 61:9

**Osteopathic** 66:16

**oversaw** 36:4

**oversee** 37:1

**owner** 35:22

---

**P**

---

**P-R-O-C-E-E-D-I-N-G-S** 4:3

**p.m.** 204:16

**P.O.** 43:8 60:13

**package** 29:4

**packet** 103:4 104:18, 19 105:19

**pages** 73:21 105:2,5,9 170:20 187:4 197:23

**Pagán** 167:24

**paid** 109:23 126:15,17

**Paola** 68:1,14,23 79:25 189:16

**paola.prosper1@upr. edu.** 79:22

**paragraph** 29:10,14 193:10

**paragraphs** 31:8

**parenthesis** 36:10 49:19

**part** 22:25 28:12,25 29:22 30:9 33:11 36:6 45:14 46:15 48:23

53:5,13 57:12 62:5,7 68:10,16 75:21,25 76:22 99:9 101:22 102:11 112:3 125:24 138:23,25 139:11,12, 18,19 140:2,3,7 142:5, 9,16,17,22 143:12,17, 22 144:3,12 157:4 162:5 175:11 181:9,10, 12,18 184:6

**participate** 69:1

**parties** 76:13

**parts** 28:11 70:1 73:18

**pass** 7:10 52:3 79:2

**passed** 15:11 27:23 120:3 198:16

**past** 8:25 174:5 187:10 193:25

**path** 203:13

**pathology** 49:16 53:7 93:11 142:13,15

**pathophysiology** 49:7 52:25 53:8 93:9 94:16

**patients** 17:10,11 116:24

**pause** 203:25

**pay** 102:19 107:6 111:7 114:13 116:21 121:13

**payment** 128:24 129:10,20 130:2,24 131:19,21,22 132:13, 24 133:17,22 135:2

**payments** 120:23 121:2,4 129:5 134:2,8, 18 135:8

**penultimate** 31:7

**people** 12:17 166:21 167:19 185:12 196:2

**percent** 113:23 137:21 141:15 144:8 145:16 146:13 147:1 157:14

**period** 14:8 16:2

**perjury** 11:21,23

**person** 9:21 17:17 20:14 42:20 76:4,15 97:11 156:6 165:13 166:25 167:5,6 168:1

**personal** 43:16,18 100:2 131:9

**personally** 47:2,4 59:19 68:3 71:21 88:18 133:25

**persons** 76:11,16 97:3,6

**pertinence** 23:2

**Peña** 59:3 64:17,20,22 65:4,10,16 72:24 74:4 75:2 78:4 132:4 133:10

**Peña's** 79:17 99:15

**Peña-torres** 4:10

**pharmacology** 53:1,8 93:4 140:5

**Phase** 29:19

**phone** 43:13,16,19,22 78:10 191:20,22

**phones** 199:3,5

**physical** 18:17 53:9 107:24 108:1

**physician** 27:24

**physics** 45:22 91:23 94:3

**physiology** 48:10 52:25 91:25 92:1,25 94:5,13 142:20,21

**place** 16:5 64:20 67:19,20 71:20,22

**plaintiffs** 4:10,18 97:9 166:3 204:17

**PO** 107:18

**point** 26:10 162:15 163:5 167:17 186:15

**policies** 171:2,5

**policy** 171:12

**poorly** 182:11

**portal** 98:23 102:14

**portion** 14:2 30:10 46:13 48:24 53:14 136:21

**portions** 41:13 127:25

**position** 8:7 39:21 43:4

**possess** 62:6

**possession** 25:2 62:13

**postal** 43:10 60:13 107:18,19

**postponed** 161:3

**power** 84:11

**PR** 20:10 74:24 106:17, 25 107:2,13,24 115:19 117:16 132:6 150:17 154:11 155:23,25 160:9 192:12

**practice** 14:10 53:20 172:22 203:7

**practices** 50:18

**practicing** 14:20

**practitioner** 13:11

**pradmissions@** 149:25

**pradmissions@usat. edu.** 149:23 153:12

**preclinical** 48:25

**preliminary** 9:6

**preparation** 13:10 41:7 51:8

**prepare** 10:23 28:22 30:14 41:24 117:8,10

**prepared** 42:20 54:19 138:2 140:16

**preparedness** 158:22

**prepay** 175:7

**prepping** 82:25

**pres** 45:10 199:20

**present** 9:2 97:10 196:2

**president** 35:23,24 36:2 37:10

**pretty** 195:8

**preventive** 53:19

**preview** 183:3

**previous** 71:4 131:5 195:19

**principally** 16:14,16, 19

**Principle** 145:14

**principles** 145:12 146:14,17

**print** 130:17,20 133:10

**printed** 39:4 114:6 133:3,17

**printout** 186:24

**prior** 6:20 10:17 23:23 31:4 74:20 77:7 106:6, 19 119:22,23,24 125:14 140:25 163:2 183:7 197:21,23

**private** 14:23,24 99:9 100:3,6,9 121:11 124:12 125:24

**privilege** 7:14,18,25 172:6

**privy** 185:21

**pro** 8:10

**probable** 150:15

**problem** 68:16 122:10 144:22 186:18 190:10 191:2

**Procedure** 6:23

**proceed** 5:15 164:16

**proceeded** 165:6

**proceedings** 5:22

**process** 33:6,9,14 34:13 87:23 88:21

102:15 126:20 129:4 134:17 162:3 177:8

**processed** 133:21,25

**processes** 33:4 154:5 155:2

**produce** 62:5

**produced** 19:25

**production** 62:3 98:3

**professor** 174:25

**professors** 85:7 86:12,20,25 87:3 90:2 97:22 112:18,20

**profile** 99:1

**program** 29:5,15,23 30:9,10 45:15,17 48:6 50:19,22 75:23 103:2 110:22 121:4 148:8 149:10,15 152:11

**programs** 107:8 139:20

**Proper's** 79:25

**properly** 49:14

**Prosper** 68:1 158:9 189:17,20

**provide** 192:4 193:19

**provided** 28:19 39:2

**Psychology** 139:5,6

**public** 5:12,14,21 6:1, 6,12,15,16 53:19

**Puerto** 4:1,15 5:14 10:1 14:1,22 16:9,12, 15,17,20,21 17:19 19:11 20:1 21:4,9 26:8 27:5,7 37:2,15,19 40:20,23 42:10,11 43:9,11,14 46:16,18,25 47:6,10,20,21 48:2,7 54:18 55:23 56:1,2,6,8, 11,12,14,15,16 63:1,5, 17,18,19,23,25 64:3,6, 9 66:25 67:5 70:6,7,11, 14,16 72:10 73:25 79:1 80:20 85:7 86:2 99:10, 13,24 100:3 107:3,14,

15,19,25 109:9 111:7, 18 112:5,14 114:14,18 115:10 118:19,20 119:5,7 120:7 121:17 130:7 133:4 134:20 136:2 138:3 140:17,19, 21 149:1,5,11,17,18 150:3 151:15,24 152:7, 14,17 154:6,10,13,21 156:17,22 157:10 160:13,19 161:8,14,18 162:23 166:11 168:8,9 169:21 173:1,2,3,12,13 178:17 202:15 203:16, 20,23

**Pujadas** 73:23

**purchased** 21:18

**purpose** 101:16 102:1, 3,17 162:13 168:21 169:15

**purposes** 9:20

**pursuant** 6:22

**put** 73:19 95:21 182:1

**putting** 127:14

---

**Q**

---

**qualify** 160:14

**question** 13:4,5 20:21 26:19 63:22 67:7 71:3 80:8 92:12 113:14 119:22 121:16 122:7, 15 131:16,18 153:21 164:8

**questions** 9:6,19 11:1, 4,5,15 12:11,15 30:17 36:6 68:9 77:4,11,24 78:1 121:21 124:2 126:4 127:1,21 131:3 144:20 145:6 149:21 190:16 191:17 196:22 204:18,21

**quorum** 86:16

---

**R**

---

**radiology** 49:13

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO
Index: raise–remember

**raise** 5:17 6:2 7:23,24, 25

**reached** 9:1

**read** 57:25 61:15,16 79:15 134:6 141:14 153:19,20,22 158:7 193:9 198:11 200:10, 11

**reading** 29:15,19 31:10 34:5 40:12 43:2, 5,22,25 45:11,19 48:9 49:15 52:22,25 53:6, 17,24 56:24 74:13,18 78:21 80:17 99:13 100:2,17 104:24 107:12,18,22 110:3 114:9 115:9 117:1 118:18,20 119:6 124:11,20 136:17,19, 20,23 137:6,16 139:1, 5,21 140:15 141:18,23 142:3,13,20 143:4,14, 19,24 145:9,11,17,24 147:2,5,12 148:3,20 149:7,20,25 152:10,22 170:5,7 172:15 173:22 179:9 182:12 184:24 185:4 187:8 188:10

**ready** 51:9

**reaffirm** 131:4,10

**reality** 112:13

**realtor** 21:21

**Reanudación** 81:18

**reasons** 203:1,4

**rec** 56:5

**recall** 15:6 16:4 18:6 19:10 21:5,21 22:10,23 23:5,6,15 24:10,11 25:21 26:1,5,20 29:6 30:22 31:5 34:11,17,19 35:19 36:2 37:20 38:7, 9 40:21 41:10,14 42:1, 21 43:24 47:17,19 49:14 54:6,7,18,20 63:7,9,23 64:13 65:3,7 69:2,10,16 70:1,13,14, 22 71:15 74:19 77:20 78:2,7,12 79:25 80:3

84:19,21,22 85:5,17 88:19 92:15,21 97:23 98:23 99:2 100:10 102:15 111:20 117:11 119:24 120:18 122:16, 23 124:23 127:24 137:12,22 138:1,25 139:13 140:3 142:17 145:11 147:14 152:1 160:25 161:1 167:5 171:7 176:23 177:7,9 178:19 179:1 180:20 181:12,23 185:12 186:1 191:5 194:25 195:9,16,21,23 196:1, 3,4 199:18

**receipt** 39:4 128:23 129:12 130:9,13,16,21 132:13 133:3 134:8

**receipts** 100:19 133:17

**receive** 17:24 59:21 103:6 125:1 133:22

**received** 38:17 57:21, 22 58:25 61:13,14 101:5 102:4,5 105:20 121:2 129:1 130:21 150:21 165:15,16 177:22,23 178:14,23 186:2 191:11

**receives** 7:7 164:10

**receiving** 123:11 158:3 180:9 183:18 191:5 193:17

**recess** 12:25 13:6 96:14,19 204:13

**recognize** 20:11 31:23 33:2 34:4 39:8 41:19, 22 57:10,11,13 59:7 79:13 98:8 101:10 104:2 119:12 123:17 128:20 130:10,12,13 135:19,22 141:12,16 148:2,5 149:24 166:8, 21 167:19 173:21 174:14 178:25 182:13 187:5,7 188:9,24 190:2

**recognized** 33:17 68:19 72:6 188:17

**recollect** 88:20

**recollection** 24:23 30:15,25 67:13 75:5 84:4 87:22 158:8 189:23 190:4 201:5

**recommend** 77:1 88:5,16,25 89:11 90:7 125:17

**recommendation** 44:17 88:15

**recommendations** 101:1

**recommended** 87:16, 18 89:18 125:16

**record** 4:5,17,20,22 5:8,18,22 8:9 9:17 12:18 15:12 96:18,20, 24 97:1,8,13,17 131:2 166:2 204:3,7,12,14, 15,20

**recorded** 12:14

**recruit** 16:5 26:15 72:10 86:25 87:4,6,7

**recruited** 17:10

**recruiting** 28:25 34:14 102:7 160:18

**recruitment** 64:24

**red** 175:12

**redirect** 158:12

**refer** 185:8

**referring** 15:14 31:15, 18 40:14 49:11 157:15 159:1,2,5 175:9

**reflect** 5:8,11 6:19 8:9 97:7,17 144:10

**reflects** 118:18 119:3

**refrain** 96:12

**refresh** 24:23 84:4 189:23 190:4

**refreshes** 158:8

**refund** 127:25

**register** 19:14

**registered** 19:16 20:14,18

**registrar** 28:11 44:23 109:8 138:4 140:18,20 141:19 151:21,23 153:1

**registrars** 76:17 174:6

**registration** 135:20,24 136:16 137:24 138:12 140:13 144:5 147:20

**regular** 82:18,22 83:3, 10

**Regulations** 118:6

**relate** 28:3

**related** 17:9 41:12,15 65:14 176:16 190:6

**relevant** 62:10

**remember** 18:14 21:6 22:5 23:10,20 24:12 26:2,23,25 29:2,6 34:18,22 35:24,25 38:15 39:6 43:17 45:5, 9 48:20 57:16,21 63:4, 11,13,15,16 64:1,3,4,5, 14,17,18,19 65:4,10, 12,16 66:24 67:1,2,4,6, 12,15,17,21,25 68:2,3, 5,6,13,14,17,21,23 69:17,18,19 70:20,23, 24,25 71:4,6,8,11,16, 22,23,25 72:3 74:17 77:6,9,10,12,22 78:4,5, 6,8,11,20,25 79:17,20, 21 80:4,5 82:5 85:6,11, 16,19,23,24 86:1,5,7 87:20,22 88:7,12,13, 14,19,21 89:4,7,15,20, 22 90:12,15,16,19 91:6,9,13,15,16,21,22, 24 92:1,4,6,8,10,13,21, 24 93:1,3,5,7,13,15,18, 20,22,24 94:1,4,8,10, 12,14,17,19,20,22,23 95:2,4,8,10,12,13 102:8 106:23 107:10 108:11,13,17 109:2,4 111:21,23 112:2,4,8 113:8,12,24 114:3,5,24 117:3,4 119:25 120:4

121:6 122:3,6,20 124:19,22,25 125:9,10 126:7,20,23,25 127:13, 20,23 128:25 130:14 133:24 137:3,9,25 139:2,9,12 141:17,20 142:18 143:23 145:12, 18,19 146:1,12,15,19, 25 147:4,6 148:22 150:1,6,22 152:17 153:24 156:6,8 158:3,5 159:3,4 161:17,20,22, 23 166:14,23 167:24 168:11 171:8 173:16 175:25 177:12,14,21 180:9,11 181:1,5,19,25 182:3,4,7,11 183:13, 15,16,17,18,19,21,23 184:2,5 185:3,11 186:3 187:10,12 190:12 191:9 192:1,20 193:13 194:14,16 195:1 198:18 199:1,4,7,11,23 200:9,16,19,20 201:17, 19,21,25 202:8,20,21 203:19,22

**remembering** 91:18

**remind** 12:20

**reminded** 97:2

**renewal** 83:25

**Renewing** 81:19

**renounce** 25:7

**Reopening** 81:19

**repaso** 84:24

**repeat** 7:17 63:20 94:18 131:18 164:21 201:9

**repeats** 146:11

**rephrase** 63:21

**reporter** 4:5 5:3,5,9, 16,17,19,25 14:15 19:19,21 28:14,15 57:3 58:25 60:3 72:20 96:18,20 97:1,20 98:1 123:15 124:5,9 144:16, 18,22 153:8 165:22,25 166:5,18 167:10,13

186:22 204:12,14

**represent** 29:22 58:10

**representation** 56:2 157:13 168:22,23

**representative** 155:19

**representing** 54:9 55:10 156:22

**represents** 30:8 55:25

**Republic** 13:17 14:5 26:6,10,12,15 27:4,10 34:15 39:16 51:2 62:20 63:1 154:11

**request** 44:16,18 62:3 127:24 163:20 183:20 190:8

**requested** 21:3 44:19 61:19

**requesting** 161:24 162:1 191:6 199:2

**requests** 164:20

**require** 172:15 190:8

**requirement** 106:9

**requirements** 36:24 37:12 46:2,10 105:23 137:24 172:21

**requires** 164:23

**requisites** 73:18 164:19,22

**reserved** 7:13,22

**residencies** 116:6,10

**residency** 116:9 163:14

**resident** 19:17 21:8,10 22:22 23:7,12,22 25:8, 9,11

**resign** 22:25 25:8

**resignation** 23:18 203:2,5,8

**resigned** 22:22 23:3 202:24

**resource** 17:17

**respond** 171:19 191:24

**response** 19:24

**responsible** 138:15

**rest** 91:14

**resumé** 44:16 101:1

**return** 102:12,13

**review** 6:25 7:9 29:22 30:8 82:20,23 84:25 85:1,4 95:15 113:18 123:24 125:2 158:13, 18,21 164:11,13 204:8

**reviewed** 51:20 60:24 62:18 74:15 114:23 118:23 120:10

**reviewing** 96:25

**reviews** 86:4

**revised** 117:25 118:3, 8,13

**Rey** 154:24

**Rican** 149:5

**Rico** 4:1,16 5:14 10:1 14:1,22 16:9,13,15,17, 20,21 17:20 19:11 21:4,9 26:8 27:5,7 37:2,15,19 40:20,23 42:10,11 43:9,11,14 46:17,18,25 47:6,10, 20,21 48:2,7 54:18 55:23 56:1,2,6,8,11,12, 14,15,16 63:2,5,17,18, 19,23,25 64:3,7,9 66:25 67:5 70:6,7,11, 14,17 72:10 73:25 79:1 80:20 85:8 86:2 99:10, 13,24 100:4 107:3,14, 15,19,25 109:9 111:7, 18 112:5,14 114:14,18 115:10 118:19,20 119:5,7 120:7 121:17 130:7 133:4 134:20 136:2 138:3 140:17,19, 21 149:2,11,17,18 150:3 151:15,24 152:7, 14,17 154:6,10,13,21

156:18,23 157:10 160:14,19 161:8,14,19 162:23 166:12 168:8,9 169:21 173:1,2,3,12,13 178:17 202:16 203:16, 20,23

**Rico's** 20:1

**Ridge** 20:7 132:19

**rings** 95:6

**Rivera** 4:6,18,25 5:3,7 6:13,18 7:19,21 8:8,24 9:15 14:19 19:18,23 20:3 22:18,20 23:25 24:2,14,16 25:5,6 28:13,16 29:7,9 30:4, 19,20 31:6,9 33:23 34:1,25 35:2 41:16,17 44:4,6 54:21,23 55:19, 21 57:1,5,9 58:19 59:1, 6 60:1,5,6 61:6,12 62:15,16 72:14,22 73:1 75:6,9,13,15 78:14,17 79:4,5 80:9,13 81:11, 14 82:7,9 83:14,16 95:14,18,21 96:2,9,16, 21 97:15,21,24 98:2,7 100:11,13 101:7,9 103:23 104:1 105:1,3 106:11,15 114:16,17 115:16,18 117:19,20 119:8,11 120:5,8,13,14 123:6,16 124:18 127:11,12,18 128:14, 19 129:22 130:1 131:14,15 132:9,11 133:8,13,15 134:4 135:14,18 137:14,15 140:10,12 144:14,17, 19,24 146:5,7 147:8, 11,19 148:1 150:23 151:1,8,10 152:19,20 153:3,9 157:17,19 159:9,13 165:19,22,24 166:1,6,7,16,20 167:9, 12,14,18 168:4,5,14,15 169:24 170:1,17,21 171:24 172:3 173:10, 18,20 174:16,23 175:6, 19 176:6,12,13 177:3, 5,15,16 178:21,24 179:18,24 180:7,8,18, 19 183:4,5,10,11

184:9,12,15 185:1,17 186:19,23 187:3 189:5, 10 190:13,17 192:8,10, 16,18 193:6,8 197:13, 14 199:25 200:2 203:25 204:11,15,16, 22

**Roberto** 5:13

**Robinson** 201:12,13, 14

**Rodríguez** 67:11 114:9,12

**role** 42:11 74:1

**rooms** 108:13,15

**Rosado** 71:12

**rotate** 166:17 167:9

**rotation** 17:6

**rotations** 14:1 16:6,11, 12 17:3,8,22 28:10 35:17 36:19 39:14 40:1 42:14 49:12 50:14,17, 23,24 54:4 83:7 116:1, 3,10 148:16 168:24

**Roughly** 73:15

**routed** 36:21 38:14

**routinary** 194:10

**Rudin** 202:4

**Rules** 6:23

**Ríos** 4:18 204:17

---

**S**

---

**safe** 114:21

**Sainvil** 201:8,10

**San** 4:1 20:10 43:9 107:23

**Santiago** 85:15 88:5,6, 10,17,18,20 93:13,14 113:10

**sat** 122:16,17 124:23

**satellite** 31:2,3

**says,(reading)** 118:6

**schedule** 45:11,12 73:17,19 74:24 100:23 101:12,13 102:4,9,11, 17,25 103:5,15 106:17 107:1 109:12 114:13, 19,22 115:10,20 117:9, 10 118:14 120:9 135:20 145:1 173:23

**schedules** 173:22 174:13

**school** 27:16 33:2 46:5 48:24 49:22,25 50:21 52:9,11,12 65:21 66:14 73:17 80:15,17 99:16, 20,23 103:7,9 107:2,6, 13,25 122:2 126:6 154:12 171:16,22,25 172:12,18,20 173:2 199:10,14,22 200:21 201:1 202:13

**schools** 18:23 19:2,4,6 31:24 32:1 66:10 69:14 70:3 170:12 171:3,12 179:4 188:6

**science** 4:11 14:2 30:2,8 41:13 43:2 46:12,15 49:2,4 50:3 52:15,21 53:3,11,21 54:10,11 83:11 99:20 107:12 110:23 111:16, 19,25 112:14 113:21, 24 116:16 129:13 137:8 144:6 145:21 146:3,18,24 149:11 151:15 152:6 162:25

**sciences** 13:23 16:1,3 17:9,12,14 29:22,25 30:9 36:13 43:6,7 48:23 49:1,9,10,16,17, 25 51:5,11,17,21 53:5, 14,22,24,25 54:1 90:5 107:5 110:10,13 111:11 112:19 113:1,3, 6,11,15 114:2 115:23, 25 116:1 136:24 137:5 138:24 139:11,13,18 140:2,4,8 142:5,9,10, 16,22 143:12,17,22 144:3 145:14 155:7,9 156:25 157:5,11 162:17 163:2,6,9

168:23 169:1,2,6,9,11, 13,14 178:5,8

**Scipio** 35:11 202:7

**screen** 72:17 124:6

**Scrianka** 202:2

**scroll** 60:1 105:1 123:25 124:6 193:6

**scrolled** 57:18

**scrolling** 23:25 83:14 106:12 124:3,9

**seal** 55:14,17 140:25 141:1,3,5,8

**Sean** 35:9,10

**secret** 134:12

**secretary** 108:24 134:15 151:21

**secretary's** 134:13

**section** 34:3 99:16 100:1 118:10,11 128:5

**seek** 58:6 90:3 122:9

**segments** 17:6

**self-certification** 124:13

**semester** 36:23 45:19 46:1,3,4,8 47:16,20 48:4,9,13 49:14 52:15, 19,22,23,24 53:6,13,17 54:5,13 80:17 110:17, 18 161:11

**semesters** 46:7 51:19 54:9 110:18

**seminar** 29:21

**send** 8:14,17 10:14 38:11,18,22 72:14 73:11 76:5 100:21 120:23 125:6 135:15 153:4 182:19 184:21 185:2,5,6,7 186:19 189:24 190:5

**sending** 10:14 57:5 74:4 79:10 119:22 123:9 189:16,19

**sentence** 29:11 30:7 31:12,13 32:22 33:19

**separate** 110:7

**separating** 109:20

**September** 78:19 79:7,8 80:15,23 136:17,19 159:14 160:24 161:9,24 165:2 177:11 183:8

**Services** 35:16

**set** 9:4 40:9 50:20 198:19

**setting** 29:21 50:4 110:24

**settings** 51:14

**setup** 39:24

**seventh** 167:6

**share** 197:11

**shared** 150:14

**Sharing** 98:1

**Shkolnik** 14:12

**show** 19:18 28:14 57:2 58:19 61:6 72:17 123:6 128:14 166:2 170:18 180:23

**showing** 28:24

**shows** 129:12

**sic** 160:9

**side** 54:25 55:13

**sign** 22:9 44:24 45:6,8 69:6 102:12,25 104:5 105:15 106:7 118:24 120:10 124:14 175:7

**signals** 191:22

**signature** 7:6 24:3,5,6, 20,21 25:3,14 60:7 101:23 102:1 105:11 114:7 115:6 140:22 141:11,17,20 148:17, 18,23 151:18

**signed** 61:3 73:19 88:3 104:10 106:4 115:10

117:16 152:24 189:20

**signing** 106:1

**Sin** 194:19

**single** 10:2 177:14

**sir** 19:21

**sit** 122:3,12 127:7

**site** 21:17

**sites** 18:6,8,9,11,15,18, 20

**sitting** 77:12 96:11

**situation** 191:7 194:17

**sixth** 167:5

**sketchy** 161:2

**skip** 80:7

**slips** 134:8

**smoke** 191:22

**software** 98:11,13,15, 18 99:4 101:5 121:3

**solely** 111:14

**solemnly** 5:21 6:6

**sorts** 17:15

**sound** 12:14

**sounds** 147:15

**Southeast** 125:9,13 126:7

**spaces** 108:22

**Spanish** 154:15

**speak** 12:9 58:9 154:15

**speaking** 68:6 96:13

**specialists** 85:9

**specialty** 90:23

**specific** 70:4 78:13 112:2 113:20 120:1 122:16,18,21 127:4,20 191:12 195:20 197:11

**specifically** 37:21 48:19 53:4 62:2 64:4, 11 70:23 71:18 76:5

78:5,11 107:1 113:14 114:4 119:17 148:14 154:4 190:11

**specifics** 65:12 89:7 92:22

**speculate** 193:21 196:9

**speech** 168:6,11,18

**spoke** 195:24 197:6

**spoken** 196:4

**spots** 42:14

**spouse** 10:5

**square** 108:11

**St** 20:7 129:13 130:21 132:19

**staff** 154:13

**stamps** 148:14

**stand** 96:11 141:24 142:14,25 145:10 146:9 147:2,12

**standing** 149:10 152:10

**stands** 139:24 143:6, 19 145:20 146:2,12,23

**start** 9:5 15:5,9,23 17:19 54:5 80:16,22,25 81:4,23 82:15 84:7 96:6 105:16 116:3,5 121:17 160:16,22 161:11 169:8,14

**started** 13:16 25:24 34:12 42:9 47:6,9,14 54:6 63:24 105:24 111:18 160:19,21 161:12 169:18

**starting** 63:17 83:4 106:5,6

**starts** 136:12

**state** 4:25 5:4,18 6:3 8:5 9:16 20:2,8 97:12 155:25

**stated** 6:20 8:3 39:4 171:1 188:14

**statement** 17:7,22 119:19,20 120:1 122:11 157:9 186:6

**states** 4:14 16:12 29:16 30:7 32:9,11 39:7 48:8 52:19 66:10 104:5,21 112:22 129:2, 9 141:8,9 152:3,9 154:7,9,20 158:14 162:6,23 171:12,13,17 172:1

**stating** 44:12 52:14 81:22 82:6 101:17 173:8 178:2 179:12,23 196:8

**status** 10:2

**step** 17:20 158:11 162:4,5,12,14,19,20,24 163:5,8,12

**Stephanie** 35:13

**Stephen** 202:4

**steps** 15:11 161:25

**stipulate** 7:2,5,12

**stipulation** 6:24

**stipulations** 5:11 6:18,19,21 7:16 8:23 9:5

**stopped** 78:22 190:14

**student** 17:16 26:21 27:12,13,15,19 29:4 31:1 32:7,8 33:12,21 35:16 42:3,12 43:3,6 45:2 49:20 50:17 64:21,23 65:6 68:7 72:11 73:25 81:7 82:23 98:10,16,22,24 100:2, 21 102:12,18 104:5,6, 8,12 105:4,21 106:1,8 109:23 110:4 111:6,10 117:15 118:24,25 121:7,9,18 122:5,13, 18,22 124:20 125:1,12, 18,19,21 126:9,13,19, 24 127:4,6,15 128:8 134:3 135:21 137:19 138:5,8,13 144:6 148:6 149:5,8,9,22 152:4,10,

17,18 155:2 156:14,15, 18 162:4 163:12,15,19 164:7,11,14,23 165:18 177:22,23 178:14 179:12,19,25 185:23 186:10,17 189:21,24 190:5,6,11 191:3 193:4 197:3,4

**student's** 114:18

**students** 16:5 17:2,11 26:7,15,16,17,20,23,24 27:4 29:1,11 32:2,4 33:2 34:9,14,20 36:6, 22 38:18 39:16,24,25 40:2,4,8,10 42:15,18 44:24 45:6 47:9,14,19 48:1 62:20,25 63:4,14, 19,25 64:5,8,12,13 67:15,24 68:25 70:11 71:19 72:10 77:1,3,7, 13,14,17,24 78:1,9 81:3,4 82:19,25 83:3,6, 10 86:16 102:7 103:20 104:17 105:8,14 107:3 111:17 112:9,11,12,13, 21 115:4 120:2,10 121:16 122:4,12,19,23 124:14,16 126:9,24 127:1,8,14,24 128:6 130:6,8 132:6 136:3,9, 12 142:8 148:10 149:6 154:1,2,9 158:22 160:4,10,18,22 161:24 162:15,24 163:6 164:16,20 165:3,16 169:5,12,13 172:8 176:2 177:13 178:10, 11,12,16,18 179:6 180:25 181:21 182:1,5, 20 183:24 185:6,13 186:5 189:25 190:6,9 191:11,16 194:2 198:20,22,24 199:2,8, 9,12,14

**students'** 38:5 163:9

**studied** 17:21 27:8 170:25 178:3 182:2

**studies** 26:7

**study** 27:15

**stuff** 22:7 37:5 38:3,4

106:13 125:25

**subject** 11:18 80:10

**subjection** 131:6

**submitted** 23:18 59:20

**submitting** 183:25

**subsection** 172:11

**successor** 22:23

**suffering** 12:5

**sufficient** 167:17

**Suheil** 4:9 64:17,20,22 65:4,10,16 72:23 74:4 75:2,11,17,21 78:4 79:17 99:15 132:4 133:10

**suheilpt@gmail.com** 79:14

**suit** 168:1

**summaries** 48:16

**summarize** 27:2 160:6

**summary** 27:3 28:5 29:5 77:12 111:24 127:7,13

**summer** 26:5 161:19, 21

**support** 27:13,15 49:15 53:10,18

**supposed** 158:13 161:8,11

**surgery** 12:7

**surprised** 196:11,16, 18,20,24 197:7

**suspended** 82:3

**suspending** 78:20

**swear** 5:21,25 6:6,11

**sworn** 6:1,12 9:12

**system** 39:25 137:6 138:20,21

**systems** 138:22,23 139:1 146:10,19,20

---

**T**

---

**table** 109:14 145:5

**taking** 4:8 11:9 47:9,14 52:20 81:4 82:19,23 83:7,11 109:23 111:10 112:13 126:10 136:3 137:20,22 144:6 160:22 162:16 163:2 178:16 179:13 203:22

**talk** 26:7 37:13 50:16 62:1,17,20 64:10,22 67:11 184:7 194:4

**talked** 64:8,12,25 65:20 67:14 69:12 78:16 184:2

**talking** 34:20 47:3 50:4 64:5,17 65:12 66:25 67:17 70:20,22 71:6, 11,25 78:8 97:22 160:17

**talks** 78:19

**Tampa** 18:14 174:9

**Tarragona** 10:8

**task** 15:24 86:22

**tasked** 72:9 86:19 90:1,3

**taught** 46:16,18 85:3 86:2,3,12 90:13,18,23, 25 91:1,16 93:8,14,16 94:2,15 95:5 112:25 113:3,5,7,13,15,17,25 114:1,4,5 174:21,25 201:24,25

**teach** 37:14 85:22 86:12 90:11,21 91:5,7, 10,20,25 93:17 95:1 113:11,21 174:17

**teacher** 84:15

**team** 37:6

**technical** 70:9

**technicality** 104:9

**Technically** 96:10

**technologic** 40:3

**technological** 39:13 40:3

**technology** 4:12 99:20 107:13 110:3 149:11 151:15 152:6

**tecum** 61:8

**telephone** 10:9 43:14 56:23

**telling** 11:14 27:3 65:4, 10,16 67:4 68:14,23 70:25 71:8 123:1 128:11 156:13 181:25 193:18 199:8

**tells** 101:15

**template** 148:25 149:1

**term** 11:21 80:18 140:14 144:7 181:6

**terms** 84:10

**test** 163:5,8,12

**testified** 9:13 30:14

**testimony** 12:3,6

**Texas** 29:12 118:19 119:4,7 174:10

**thing** 13:3 27:8,10 42:13 48:22 50:19 89:17 109:16,18 112:22 116:10 117:7 119:1 121:24 125:23 126:1,12 134:7 143:5 147:10 152:9,23 175:24 187:11 196:6 198:13

**things** 74:21 86:23 185:24 193:22

**thinking** 95:23

**thought** 60:12 85:24 178:20

**time** 10:20 14:8 15:21 17:11 18:12 21:24 23:9,10,16,19,24 25:15,18,19,22,23 26:1,3,4 27:10 28:11, 12,21 30:25 33:10

34:24 37:21 41:14,21, 23 42:13,18 43:19,21 44:3 47:18 48:3 57:17 60:22 63:14 64:16 68:19 71:23 73:6,8 79:21 84:13 87:21 88:14 89:20 92:6,16,22 93:5 95:9 105:22 107:9 108:4,25 120:3,22 123:21 127:2 134:15 137:20 138:1 139:4,10 141:19 150:7 152:1 154:1 161:9,13,21 162:10 165:16 169:19 171:23 173:24 175:2 176:7,19 177:10 180:15 183:21 185:7 186:3,5,18 189:3 191:16 194:18,25 195:2,5,10,11,21 197:12 198:19 199:16, 18 202:18,20 203:12

**timeline** 163:4

**times** 64:2 76:24 127:10 137:10 160:12 162:1 181:22 194:9,12 195:19,22

**title** 107:13,15

**titled** 77:21

**today** 5:24 7:23 8:1 9:2 12:3,6 17:7 58:21 61:19,21,24 97:16 122:11 157:9 176:19

**told** 26:20,23 121:19

**top** 29:7 118:21 119:6 129:13 132:18 151:14

**topic** 65:1,8 67:2,6 68:12,20 71:17 183:21 191:14

**topics** 41:5 64:19 65:9 86:4

**Torres** 115:9 132:4 152:13,16 165:23,24 166:2 190:18 191:6

**Torres-colón** 152:5

**toxicology** 53:20

**track** 15:12

**Tracy** 35:11 202:7

**traffic** 154:2

**transcribe** 5:23

**transcript** 6:25 7:3,8, 11 8:4,14 10:15

**transcripts** 101:2

**transfer** 26:22 28:2 52:9 83:6 178:7 199:9, 13,18,21

**transferred** 13:17,23 14:4 52:10 63:1,3,5 76:14

**transfers** 112:9

**transition** 17:13 88:12

**translate** 73:15

**transpires** 96:19 204:13

**travel** 26:9 39:19,20 194:24

**traveled** 26:6,11,14

**trial** 7:13,22,24 96:11

**trips** 39:15

**trouble** 154:16

**true** 7:11 26:11 34:22 55:3,16 61:1 74:7 106:25 112:17 117:24 118:2 120:22 152:3 154:20 175:14 193:22

**truth** 6:7,8 11:15,18,24

**truthful** 92:3

**Tuesday** 4:2 139:15

**tuition** 45:13 101:15, 19 102:18 106:17,25 107:11 109:12,22,23 111:1 115:20 117:8,10, 16 118:13 120:1 131:25

**Tulp** 4:24 8:20 15:15, 17 21:3,5,23,25 22:3, 11 35:20 36:8,15,17 37:1,3,13 76:3,5,11,18

77:2 87:10,16,18,21,25 88:1,6,9,24 89:1,3,5, 12,14,16,24 98:4 167:6,22 168:3,6,9 180:12 181:25 182:4, 23 195:6,15 200:21

**turn** 199:2

**two-phase** 29:15

**type** 17:24 125:22 148:15 153:2

**types** 28:7 46:7

**typical** 200:12

---

**U**

**UK** 55:17

**um-hum** 12:17 14:14 164:8

**understand** 8:19 11:2, 6,9,17,23 20:21 63:22 118:15 161:6 193:3 197:2

**understanding** 56:9, 18 155:5

**understood** 7:7,11 12:10 60:25 105:16 129:19 197:2

**United** 4:14 29:16 32:9,11 66:10 129:1 141:8 158:14 162:6 171:13,16 172:1

**universities** 27:12

**university** 4:11 99:19 107:12 129:13 148:8, 12,13 149:10 151:14 152:6 201:1

**unofficial** 101:1

**unsure** 85:3

**updated** 118:3,8

**upload** 101:4 102:14

**US/UK** 141:6

**USAT** 4:12,23 8:20 13:16,18,19,22 14:8 15:4,5,8,10,24 16:22

17:13,19,21,25 18:6 19:11,17,24 20:4,19,25 21:14,23 22:12 23:1,12 25:12,15,16,18,24 26:7 27:4,6,7,8,9,19,20 28:20 29:1 31:1,3,14 32:22,23 33:10,12 34:9 35:6 36:4,5 42:8,10,11 43:10,14 44:2,13,18 45:2 46:16,18 47:5,10, 15 51:3 52:13 54:8,18 55:10,25 56:6,11,20 59:3 62:11,17,21 63:1, 3,5,17,23 64:6,21,23 65:5,11,15,17 66:2,13, 18,21,25 67:4 68:7,8, 14,19,24 69:5,9 71:1,9 72:4,6 73:5,9,12 74:4, 10,12,13,24 75:3,23 77:14,24 78:25 80:20 84:6 85:7,10 86:2,8 89:6 97:4,11,15 98:4, 15 99:3,10,13,20 100:3 102:9 103:4 104:6,12 105:17 106:8,17,25 107:2,19,24 109:9 111:6,18 112:5 114:14 115:19 118:25 119:4 121:13,17 123:4 125:14,16 126:9,15 127:25 128:4 129:8 130:6 132:6,18 134:20 135:1,6,11 136:1 138:3 140:17 141:1,3 148:11 149:1 151:24 152:14 154:11,13,21 155:22 156:4,14,15,17,20,22 157:9 159:19 160:4,19 161:8,14,18 165:3,6,17 166:11,13 168:8 170:14 171:22,25 173:1,12 174:8 175:14, 20 176:3,24 178:3,6, 17,19 179:6,13,25 181:6 182:16,20 185:9, 13 186:11,24 187:6,8, 12,15,19 188:14 189:2 192:12 194:5,8 196:16 198:22 199:2,12,13,21 200:22 201:4,24 202:15 203:15,18,19, 23

**USAT's** 55:13 76:2

101:12

**usat.edu/aboutus** 188:19

**USMLE** 31:11,18 32:11,16,19,23,24 33:21 48:12 65:17,18, 19,25 67:8 82:20,24,25 85:4 158:11,23 180:1 197:1

---

**V**

**validate** 164:15

**validates** 32:7

**variation** 179:9

**verbalize** 12:20,21

**verbalizing** 12:16

**Verified** 188:17

**verifies** 32:3,6 164:6

**verify** 163:24 164:15 204:2

**version** 31:4

**versions** 115:3,4

**versus** 23:18 28:1

**vice-president** 15:20 37:11,23

**videoconference** 6:17

**Virgin** 199:14 201:2 202:13

**vision** 187:9

**visited** 195:24

**Vázquez** 72:1,3

**Víctor** 4:17 189:20 204:16

---

**W**

**wait** 82:8 144:19 192:16

**waive** 7:6

DEPOSITION OF DR. MANUEL JOSÉ ORTIZ BUSTILLO

**wanted** 26:21 28:2 64:9 69:4 103:20 107:6 138:18 191:7 203:6

**water** 12:23,25 84:12

**web** 188:24 189:2

**webinar** 46:20 47:1 83:12 111:15 112:15

**webinars** 40:12,13,15, 23,25 41:1,4,6,12 46:22 47:11,12,13 48:7 51:6,12 70:9,10 90:4 110:25 112:1 113:17 174:13,15,24

**webpage** 186:25 187:6,12,15,20 188:14, 21

**website** 34:10 44:13 180:6 187:4

**week** 61:24

**weeks** 194:1

**Wendoly** 71:25 72:3

**whatnot** 33:18

**whatsoever** 62:8 181:15 186:14 196:12 202:23 203:24

**Wheat** 20:7 132:19

**whichever** 17:17 33:11

**white** 166:9 168:20,21 169:4

**wished** 198:14

**words** 11:2,12 18:21 66:8 71:2

**work** 16:16 17:15 28:12 156:21 173:8 174:1,2,7

**worked** 14:8,9 16:19 23:19 35:6,16 40:18 42:12 88:13 98:11 109:9,11 121:10 148:9 151:24 152:2 172:7 173:25 182:16

**working** 15:5,9,23 23:1 42:9 78:22

**works** 65:24 128:13 174:6

**World** 179:3

**worries** 80:7

**wouldn't** 64:3

**written** 178:20

**wrote** 197:22

---

**Y**

**Yaniré** 96:3,6

**year** 13:19 15:7 23:13, 14 46:3,4 50:20 51:20 57:19 59:11 60:11 110:14,16 111:2,3,4,8, 13,14,15,18 112:2 115:24 116:16,17,18, 21 136:12 137:1 160:12

**years** 30:2 49:21,24 50:9,13 51:13,16 110:16,22 112:6,7,8 116:4 171:8

**Youngfield** 20:7 132:19

---

**Z**

**Zabdiel** 70:20

**zoom** 12:13 97:3,18 123:10,21