**EXHIBIT 44**

*In the Matter Of:*

*SUHEIL PEÑA-TORRES vs*

*UNIVERSITY OF SCIENCE*

---

*YANIRÉ BUSTILLO GONZÁLEZ*

*May 30, 2023*

---

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

SUHEIL PEÑA-TORRES, et al;    * CIVIL NO.:  19-1707
                             *
                             * RACKETEER INFLUENCED AND
        Plaintiffs           * CORRUPT ORGANIZATIONS
                             * ACT (RICO); FRAUDULENT
            vs.              * INDUCEMENT; BREACH OF
                             * CONTRACT; UNJUST ENRICHMENT;
UNIVERSITY OF SCIENCE,       * TORT DAMAGES
ARTS AND TECH et al.,        *
                             *
                             * TRIAL BY JURY DEMANDED
                             *
        Defendant.           *
----------------------------

The deposition of:
          YANIRÉ BUSTILLO-GONZÁLEZ,

taken on Tuesday, May 30, 2023, through ZOOM

Videoconference, beginning at 1:50 p.m.

DEPOSITION OF   YANIRÉ BUSTILLO GONZÁLEZ

APPEARANCES:
ON BEHALF OF THE PLAINTIFFS, SUHEIL PEÑA-TORRES et al.:

RIVERA COLÓN, RIVERA TORRES & RÍOS BERLY
Ave. Fernández Juncos, #1420
San Juan, Puerto Rico  00909

BY:      VÍCTOR RIVERA-RÍOS, ESQ.
TEL:     787.727.5710
EMAIL:   victorriverarios@rctrblaw.com

ON BEHALF OF THE DEFENDANT, UNIVERSITY OF SCIENCE, ARTS
AND TECH et al.:

AJBN LAW OFFICE
P.O. Box 8, Isabela,
Puerto Rico  00662

BY:      AMEXIS BONILLA-NIEVES, ESQ.
TEL:     939.439.0487
EMAIL:   ajbnlaw@gmail.com

NOTARY PUBLIC:
ROBERTO C. LATIMER-VALENTÍN, ESQ.

COURT REPORTER:
DORIS NICOLE BURGOS OCASIO
VERBATIM REPORTING, LLC
TEL:     787.626.5700
EMAIL:   scheduling@verbatimreportingpr.com

ADDITIONAL APPEARANCES:

USAT REPRESENTATIVE:
DR. CARLA KONYK

PLAINTIFFS:
LORAIMA ROSADO
EDDIE DE JESÚS
JOSÉ ENRIQUE BLASCO
SUHEIL MARIE
LISA TORRES

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

I-N-D-E-X

DEPONENT:

YANIRÉ BUSTILLO-GONZÁLEZ

Examination by:                                              PAGE

VÍCTOR RIVERA-RÍOS, ESQ.............................09

E-X-H-I-B-I-T-S

NUMBER                    DESCRIPTION                    PAGE

            No exhibits were proffered.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 4

SAN JUAN, PUERTO RICO

TUESDAY, MAY 30, 2023

P-R-O-C-E-E-D-I-N-G-S

---

COURT REPORTER:  We're on the record.

MR. RIVERA:  We're on the record. Good afternoon.  It's 1:56 p.m. on May 30, 2023.  We're here for the taking of the deposition of Yaniré Bustillo, who is present here today.

The taking of this deposition is for the case of Suheil Peña-Torres and Others as the plaintiffs vs University of Science, Arts and Technology, also known as USAT, and Others as the defendants.  Civil case 19-1707, filed before the United States District Court for the District of Puerto Rico.

I am Counselor Víctor M. Rivera-Ríos, on behalf of the plaintiffs.  This deposition is being taken via ZOOM. The other four plaintiffs are online, who are Loraima Rosado, Eddie de Jesús, José Enrique Blasco y Suheil Marie. These are four of the plaintiffs, and we

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

have Lisa Torres as well.

USAT is also connected with Dr. Carla Konyk.  We're trying to get a hold of USAT's counselor, Counselor Bonilla. During this moment, I'm just going to ask for the notary to take oaths.

Counselor Latimer, can you take the oaths of Yaniré Bustillo and Nicole Burgos?

NOTARY PUBLIC:  Good afternoon to all. I, attorney Roberto C. Latimer-Valentín, duly certified as a notary public in Puerto Rico, will proceed to take the oath of the deponent.

Deponent, please raise your hand and state your full name.

(The deponent complies.)

DEPONENT:  Yaniré Bustillo-González.

NOTARY PUBLIC:  Do you solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth and answer to all that will be asked of you during this deposition?

DEPONENT:  I do.

NOTARY PUBLIC:  You are duly sworn.

MR. RIVERA:  Can you take the oath

again for Ms. Burgos, just for safety purposes?  It's a new deposition.

NOTARY PUBLIC:  Of course.  You mean the court reporter, correct?

MR. RIVERA:  The court reporter, yes.

NOTARY PUBLIC:  Court reporter, please raise your hand and state your full name for the record.

(The court reporter complies.)

COURT REPORTER:  Doris Nicole Burgos Ocasio, Verbatim Reporting.

NOTARY PUBLIC:  Do you solemnly swear or affirm to record these proceedings and transcribe faithfully and accurately all that is said today in this deposition?

COURT REPORTER:  I swear.

NOTARY PUBLIC:  You are duly sworn.

MR. RIVERA:  Thank you, Notary Latimer.  You may be excused.

NOTARY PUBLIC:  Thank you, all. Good afternoon.

(Whereupon, the notary public exits the videoconference.)

MR. RIVERA:  Let's go off the record for a moment while we wait for Bonilla.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 7

COURT REPORTER:  Off the record.

(Whereupon, a brief recess transpires.)

COURT REPORTER:  On the record.

MR. RIVERA:  We are back from the recess.  Before the recess, we said the caption name, we took the oaths of Yaniré Bustillo and the court reporter.  I haven't said anything else besides that.

I just want to reflect on the record that the stipulations are the same from this morning.  The stipulations are that this deposition will be taken pursuant to the Federal Rules of Civil Procedure.

The deponent, Ms. Bustillo, will have 30 days to review the transcript of the deposition to make any comments or corrections as to grammatical errors and stuff like that.  We stipulate that the deposition transcript will be copied digitally to all parties and the deponents. We'll send it to Yaniré Bustillos's e-mail. We'll use the same e-mail as your son, correct?

DEPONENT:  Yes.

DEPOSITION OF   YANIRÉ BUSTILLO GONZÁLEZ

Page 8

MR. RIVERA:  So let's stipulate that we'll just use the same email.

MR. RIVERA:  Counselor Bonilla.

MR. BONILLA:  Yes?

MR. RIVERA:  I'm going to send her deposition to the same e-mail as her son, okay?

MR. BONILLA:  Okay.

MR. RIVERA:  And we also stipulate that Yaniré Bustillo will waive her signature.  So if in those 30 days you don't review it, it's understood that it's true and correct, okay?

DEPONENT:  Okay.

MR. RIVERA:  And we stipulate that the objections are reserved for trial, except for those of form and privilege.

Are those the stipulations, counselor?

LCDO. BONILLA:  Yes, those are the stipulations.

MR. RIVERA:  Just for the record, let the record show that Counselor Bonilla is here on behalf of codefendants USAT, Dr. Tulp, Dr. Konyk and Dr. Baldwin.

MR. BONILLA:  Right.

MR. RIVERA:  Yaniré Bustillo does not have an attorney.  She is pro se, correct?

DEPONENT:  Correct.

Whereupon,

-------------------------------------------------

YANIRÉ BUSTILLO-GONZÁLEZ,

-------------------------------------------------

having been duly sworn, was examined, and testified as follows:

EXAMINATION

BY MR. RIVERA:

Q.   Ms. Bustillo, I'm going to ask you a few preliminary questions.  First, just to identify you, please state your full name again for the record.

A.   Yaniré Bustillo-González.

Q.   What is your birth date?

A.   "Julio 20, 1063."

Q.   One second.  You don't feel comfortable speaking in English?

A.   I can talk -- both.  If I get in trouble, I will talk in Spanish.

Q.   All right.

I'm going to request that you answer in English.  Your date of birth in English, sorry.

A.   July 20, 1963.

Q.   **And where were you born?**

A.   Puerto Rico.

Q.   **What's your current civil status? Married or single?**

A.   Married.

Q.   **What is the name of your spouse?**

A.   Deveral Bodden.

Q.   **And what's your address?**

A.   432 Tarragona.

Q.   **And what's your telephone?**

A.   787-593-0720.

Q.   **Have you ever been in a deposition before?**

A.   Never.

Q.   **Is this your first time?**

A.   Yes.

Q.   **And have you been in -- do you understand what a deposition is?**

A.   Yes.  Yes, I think.  Yes.

Q.   **Can you explain in your own words what a deposition is?**

A.   About USAT.

Q.   **But do you understand that the deposition is a mechanism to discover testimonial evidence**

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

and personal knowledge of a witness?

A.   Okay, yes.

Q.   And that I'm going to ask you questions and you're going to answer to the best of your ability?

A.   Yes.

Q.   So you have taken an oath.  Did you understand the oath?

A.   Yes.

Q.   And do you understand what an oath means?

A.   Yes.

Q.   Can you explain in your own words what taking those means?

A.   Tell the truth.

Q.   You have to tell the truth, correct?

A.   Yes.

Q.   And you understand that if you don't tell the truth there might be criminal penalties, correct?

A.   Yes.

Q.   Have you heard of perjury?

A.   Yes.

Q.   And you understand that perjury is a criminal offense if you don't tell the truth under oath, correct?

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 12

A.   Yes.

Q.   Have you taken any medications before the deposition that might affect your testimony today?

A.   No.

Q.   Are you suffering from any conditions that might affect your testimony today?

A.   Not today.  I don't think so.

Q.   Do you understand all my questions so far?

A.   Yes.

Q.   If you don't understand a question, let me know and I'll rephrase it, okay?

A.   Yes.

Q.   And if at any moment you need to take a recess, let me know and I will let you take the recess.  But if there's a question on the table, I'm going to ask you to answer the question first, okay?

A.   Okay.

Q.   I'm going to try to be as brief as possible.  What is your relationship with USAT?

A.   I just came there because of the registrar.  She was maybe leaving the country because of her husband, so I went there.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 13

I was, like, doing whatever she was doing because she will be -- "ella iba a ir a Estados Unidos con el esposo, pero estaban seguros de que la posición se podía dar, y era para cubrirla en ese momento."

Q.    What's the name of the registrar?

A.    Hilda.

Q.    Hilda Capó?

A.    (Gestures.)

Q.    I'm going to ask you to verbalize that.

A.    Hilda Capó, "sí."

Q.    Is that a yes?

A.    Yes.

Q.    So just to summarize what you said in Spanish, Hilda Capó was the registrar, she was leaving the country and you substituted her, correct?

A.    In some things, yes.

Q.    So you assumed the duties and functions of registrar only, or did you do other things?

A.    Well, at least more -- like, with the grades.  That's what the most things I did.

Q.    With the grades?

A.    Yes, the grades.

Q.    Did you handle the transcripts?

A.   No, only the grades.

Q.   **The grades of the classes?**

A.   The transcripts were working [sic] on in Colorado.

Q.   **So when you talk about the grades, you're talking about the grades of the classes taken by the students in Puerto Rico?**

A.   Yes.

Q.   **And the classes that the students were taking in Puerto Rico -- do you remember the classes?**

A.   No, sorry.

Q.   **Do you remember that these classes were being taken in Puerto Rico?**

A.   Yes.

Q.   **And the professors were teaching these classes in the USAT location at Avenida Barbosa?**

A.   Yes.

Q.   **And the offices of the USAT Puerto Rico school were in Avenida Barbosa, correct?**

A.   Yes.

Q.   **And the classes that they were taking, do you recall that they were basic science classes?**

A.   Not at all.  I really don't know. I was learning on that.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 15

Q.   So you were there at USAT for how long, do you think?  Months or a year?

A.   Months.  No, months.

Q.   Months?  Would it be fair to say you were there for about six months, approximately?

A.   It could be, yes.  I really -- it could be.  I really don't know because in the facility I was -- very few months.  After that I stayed, but at home.

Q.   Do you recall that USAT Puerto Rico was eventually closed?

A.   Eventually.

Q.   Do you remember the date?

A.   The dates in -- what?  No, I really don't know.

Q.   Do you remember it was around Christmas time?

A.   I didn't know a lot of things at that moment.

Q.   Do you know the reason why it closed?

A.   I heard about ECFMG, but I really don't know a lot about that.

Q.   So you don't have personal knowledge as to the reasons why it closed?

A.   Not at that moment.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 16

Q.    Do you recall that students were requesting new information about USAT and ECFMG?

A.    They were talking about it, yes.

Q.    Were the students asking you for their transcripts?

A.    Yes.  Well, some of them because they were finishing their classes.

Q.    Did you did you ever deliver them their transcripts?

A.    I delivered everything I had in my hands, yes.

Q.    You don't recall what it was?

A.    I don't recall.  I don't really recall like, specifics.  But if I have a grade, I delivered it.

Q.    Were you involved in establishing USAT in Puerto Rico?

A.    No, never.

Q.    So you came in midway?  It was already running or operating?

A.    Mid -- less.  Mid-end way.  I think so. At the last time -- I really don't have any information at the first time, really.  Nothing.

Q.    Did you ever meet Doctor Tulp?

A.    Once.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 17

Q.    When did you meet him?

A.    Here, when he went to the office, I think.  One time, yes.

Q.    And Dr. Konyk?

A.    Once, too.  Only one time.

Q.    They visited the office in Puerto Rico, correct?

A.    Yes.

Q.    And the classrooms?  They visited the classrooms as well?

A.    I don't know.  I don't remember.

Q.    Do you remember giving them tours in the Puerto Rico --

A.    No, not really.

Q.    Did you give tours to students?

A.    No.

Q.    Did you ever recruit students?

A.    I just fill up the students' -- the request.

Q.    The applications?

A.    Not the application.  If they are accepted, then they look for their classes. That's it.  They were looking for the classes that they needed, but I really didn't touch anything else.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 18

A.    So you only dealt with the registration and the classes only?

A.    Yes, this all depends on what they need.

Q.    Did you deal with the student loans?

A.    No, nothing.

Q.    Did you ever process payments?

A.    No.

Q.    Did you ever use a machine or credit card machine?

A.    No, not that I recall.

Q.    So your main functions and duties were mostly handling the student's classes and grades?

A.    Grades.  Most of the time, yes.

Q.    Do you recall that when USAT was closing you assisted in closing the USAT Puerto Rico school?

A.    Not at that moment.  But later on, I just went once because they wanted to know where everything was, so that's it.

Q.    Who wanted to know?

A.    They went here, the person from Colorado. Karen came, so I let her know. I gave her everything, all the documentation.

Q.    So Karen Baldwin came to Puerto Rico?

A. Yes. So they were picking up things -- everything from Puerto Rico.

**Q. And you assisted her in delivering the documents that were in the USAT school?**

A. I just assisted them in everything I -- my part. Registrar -- all the documents. Where it was, all the documentation.

**Q. So the grades of the classes, correct?**

A. Yes.

**Q. And you delivered that to Karen Baldwin?**

A. Yes.

**Q. Where did you deliver that?**

A. No, they went to the facilities. I don't go anywhere, I just --

**Q. Do you remember putting the documents in a vehicle?**

A. They pick it up. That's it.

**Q. So you didn't move the documents from the USAT Puerto Rico facility to a car?**

A. No, they did. They just wanted to pick it up.

MR. RIVERA: One second, I'm going to check something here and I'll be right back. One second.

COURT REPORTER: Do we go off the

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

record?

MR. RIVERA:  No, it's just going to be one minute.

COURT REPORTER:  All right.

MR. RIVERA:  All right.  I'm back.

BY MR. RIVERA:

Q.   So you don't remember the date that you delivered the documents to Karen Baldwin?

A.   No.

Q.   You don't remember it was around March of 2019?

A.   No -- not recall.

Q.   Do you remember taking the documents out and closing the facilities around December of 2018?

A.   No.

Q.   You don't recall or that didn't happen?

A.   I don't recall. I really don't recall taking anything out at that time for -- nothing, no.

Q.   So in summary, the only thing that you handled, which was in the last few months, was the students' grades and registry, and then delivering those documents to Karen Baldwin? Those are the only --

LCDO. BONILLA:  Objection to the form.

DEPONENT:  Karen -- hello?

BY MR. RIVERA:

Q.  Yes.

A.  I don't deliver.  I just -- they picked it up, everything.

Q.  And they picked it up where?

A.  There in the facilities.

Q.  In the USAT Puerto Rico school?

A.  Yes.

LCDO. RIVERA:  All right. I don't have any more questions.

MR. BONILLA:  I don't have any questions.

MR. RIVERA:  So let's close that at 2:17.  We have finished with the deposition of Yaniré Bustillo.

DEPONENT:  Thank you for your patience with me.

COURT REPORTER:  Off the record.

(Whereupon, the deposition concludes at 2:17 p.m.)

DEPONENT'S CERTIFICATE


I, YANIRÉ BUSTILLO-GONZÁLEZ, after reading the within transcription prepared by Verbatim Reporting Puerto Rico, LLC, certify that (yes) _____ *(no) _____ I am in agreement with the contents of same.

In _____, Puerto Rico, the _____ day of _____, 2023.




_____

YANIRÉ BUSTILLO-GONZÁLEZ



*NOTE:  If the deponent is not in agreement with any portions of the transcription, he must utilize the enclosed Errata Sheet by indicating the page and line number and indicated correction.

DEPOSITION OF   YANIRÉ  BUSTILLO  GONZÁLEZ

Page 23

ERRATA SHEET


I, YANIRÉ BUSTILLO-GONZÁLEZ, certify that I have

read the foregoing transcript of my deposition taken

on May 30, 2023, and have signed it subject to the

following changes, if any:

PAGE   LINE        CORRECTION

____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____
____   _____    _____


_____   _____

YANIRÉ BUSTILLO-GONZÁLEZ,                05.30.2023

Sworn and subscribed to on this ___ day of

_____, 2023.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 24

CERTIFICATE OF NOTARY PUBLIC


I, ROBERTO C. LATIMER-VALENTÍN, ESQ., Notary Public duly commissioned and qualified in and for the Commonwealth of Puerto Rico, DO HEREBY CERTIFY that the court reporter, the deponent, and the interpreter were duly sworn before the commencement of the taking of the deponent's testimony. IN WITNESS WHEREOF I sign these presents and affix my notarial seal in San Juan, Puerto Rico, this

_____ day of _____,

2023.


_____

ROBERTO C. LATIMER-VALENTÍN, ESQ.

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Page 25

REPORTER'S CERTIFICATE

I, DORIS NICOLE BURGOS-OCASIO, Verbatim Reporter, do hereby certify that the following transcript is a full, true and correct record transcribed by me.

I further certify that I am not interested in the outcome of the case named in said caption.

*Doris Nicole Burgos*

DORIS NICOLE BURGOS-OCASIO

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Index: 1063-ella

**1**

**1063**  9:18
**19-1707**  4:16
**1963**  10:1
**1:56**  4:7

**2**

**20**  9:18 10:1
**2018**  20:15
**2019**  20:11
**2023**  4:2,8
**2:17**  21:16,22

**3**

**30**  4:2,8 7:16 8:11

**4**

**432**  10:10

**7**

**787-593-0720**  10:12

**A**

**ability**  11:5
**accepted**  17:22
**accurately**  6:14
**address**  10:9
**affect**  12:3,7
**affirm**  5:19 6:13
**afternoon**  4:7 5:9 6:21
**application**  17:21
**applications**  17:20
**approximately**  15:5

**Arts**  4:14
**assisted**  18:16 19:3,5
**assumed**  13:19
**attorney**  5:10 9:2
**Avenida**  14:17,20

**B**

**back**  7:5 19:24 20:5
**Baldwin**  8:24 18:25 19:10 20:8,24
**Barbosa**  14:17,20
**basic**  14:23
**behalf**  4:20 8:23
**birth**  9:17,25
**Blasco**  4:24
**Bodden**  10:8
**Bonilla**  5:4 6:25 8:3,4, 8,19,22,25 21:1,13
**born**  10:2
**Burgos**  5:8 6:1,10
**Bustillo**  4:9 5:8 7:8,15 8:10 9:1,12 21:17
**Bustillo-gonzález**  5:17 9:6,16
**Bustillos's**  7:22

**C**

**caption**  7:7
**Capó**  13:8,11,15
**car**  19:19
**card**  18:8
**Carla**  5:2
**case**  4:12,15
**certified**  5:11
**check**  19:23
**Christmas**  15:16

**civil**  4:15 7:14 10:4
**classes**  14:2,6,9,11, 13,17,22,23 16:7 17:22,23 18:2,12 19:8
**classrooms**  17:9,10
**close**  21:15
**closed**  15:11,20,24
**closing**  18:15,16 20:14
**codefendants**  8:23
**Colorado**  14:4 18:22
**comfortable**  9:19
**comments**  7:17
**complies**  5:16 6:9
**con**  13:3
**concludes**  21:21
**conditions**  12:6
**connected**  5:2
**copied**  7:20
**correct**  6:4 7:24 8:13 9:2,3 11:15,19,25 13:17 14:20 17:7 19:8
**corrections**  7:18
**counselor**  4:19 5:4,7 8:3,18,22
**country**  12:24 13:16
**court**  4:5,17 6:4,5,6,9, 10,16 7:1,4,8 19:25 20:4 21:20
**credit**  18:8
**criminal**  11:18,24
**cubrirla**  13:5
**current**  10:4

**D**

**dar**  13:4
**date**  9:17,25 15:13 20:7
**dates**  15:14

**days**  7:16 8:11
**de**  4:23 13:3
**deal**  18:4
**dealt**  18:1
**December**  20:14
**defendants**  4:15
**deliver**  16:8 19:12 21:5
**delivered**  16:10,15 19:10 20:8
**delivering**  19:3 20:24
**depends**  18:3
**deponent**  5:13,14,16, 17,23 7:15,25 8:14 9:3 21:2,18
**deponents**  7:21
**deposition**  4:9,11,21 5:22 6:2,15 7:13,17,20 8:6 10:13,19,22,24 12:3 21:16,21
**Deveral**  10:8
**digitally**  7:21
**discover**  10:25
**District**  4:17
**Doctor**  16:24
**documentation**  18:24 19:7
**documents**  19:4,6,15, 18 20:8,13,24
**Doris**  6:10
**duly**  5:11,24 6:17 9:8
**duties**  13:19 18:11

**E**

**e-mail**  7:22,23 8:6
**ECFMG**  15:21 16:2
**Eddie**  4:23
**el**  13:3
**ella**  13:2

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ
Index: email-P-R-O-C-E-E-D-I-N-G-

**email**  8:2

**en**  13:5

**English**  9:20,25

**Enrique**  4:24

**era**  13:4

**errors**  7:18

**ese**  13:5

**esposo**  13:3

**estaban**  13:3

**establishing**  16:16

**Estados**  13:2

**eventually**  15:11,12

**evidence**  10:25

**EXAMINATION**  9:10

**examined**  9:8

**excused**  6:19

**exits**  6:22

**explain**  10:21 11:12

**F**

**facilities**  19:13 20:14 21:8

**facility**  15:7 19:19

**fair**  15:4

**faithfully**  6:14

**Federal**  7:14

**feel**  9:19

**filed**  4:16

**fill**  17:18

**finished**  21:16

**finishing**  16:7

**form**  8:17 21:1

**full**  5:15 6:7 9:14

**functions**  13:19 18:11

**G**

**gave**  18:24

**Gestures**  13:9

**give**  17:15

**giving**  17:12

**Good**  4:7 5:9 6:21

**grade**  16:14

**grades**  13:22,23,24 14:1,2,5,6 18:13,14 19:8 20:23

**grammatical**  7:18

**H**

**hand**  5:14 6:7

**handle**  13:25

**handled**  20:22

**handling**  18:12

**hands**  16:10

**happen**  20:17

**heard**  11:21 15:21

**Hilda**  13:7,8,11,15

**hold**  5:3

**home**  15:9

**husband**  12:25

**I**

**iba**  13:2

**identify**  9:13

**information**  16:2,23

**involved**  16:16

**ir**  13:2

**J**

**Jesús**  4:23

**José**  4:24

**JUAN**  4:1

**Julio**  9:18

**July**  10:1

**K**

**Karen**  18:23,25 19:10 20:8,24 21:2

**knowledge**  11:1 15:23

**Konyk**  5:3 8:24 17:4

**L**

**la**  13:4

**Latimer**  5:7 6:19

**Latimer-valentín**  5:10

**LCDO**  8:19 21:1,11

**learning**  14:25

**leaving**  12:24 13:16

**Lisa**  5:1

**loans**  18:4

**location**  14:17

**long**  15:1

**Loraima**  4:23

**lot**  15:18,22

**M**

**machine**  18:8,9

**main**  18:11

**make**  7:17

**March**  20:10

**Marie**  4:24

**Married**  10:5,6

**means**  11:10,13

**mechanism**  10:25

**medications**  12:2

**meet**  16:24 17:1

**Mid**  16:21

**Mid-end**  16:21

**midway**  16:19

**minute**  20:3

**moment**  5:5 6:25 12:15 15:19,25 18:18

**momento**  13:5

**months**  15:2,3,4,5,8 20:22

**morning**  7:12

**move**  19:18

**N**

**needed**  17:24

**Nicole**  5:8 6:10

**notary**  5:6,9,11,18,24 6:3,6,12,17,18,20,22

**O**

**oath**  5:12,25 11:7,8,10, 25

**oaths**  5:6,8 7:7

**Objection**  21:1

**objections**  8:16

**Ocasio**  6:11

**offense**  11:24

**office**  17:2,6

**offices**  14:19

**online**  4:22

**operating**  16:20

**P**

**P-R-O-C-E-E-D-I-N-G-S**  4:3

DEPOSITION OF   YANIRÉ BUSTILLO GONZÁLEZ

Index: p.m-.tours

**p.m.** 4:7 21:22

**para** 13:4

**part** 19:6

**parties** 7:21

**patience** 21:18

**payments** 18:6

**penalties** 11:18

**perjury** 11:21,23

**pero** 13:3

**person** 18:22

**personal** 11:1 15:23

**Peña-torres** 4:12

**pick** 19:17,20

**picked** 21:5,7

**picking** 19:1

**plaintiffs** 4:13,20,22, 25

**podía** 13:4

**posición** 13:4

**preliminary** 9:13

**present** 4:10

**privilege** 8:17

**pro** 9:2

**Procedure** 7:14

**proceed** 5:12

**proceedings** 6:13

**process** 18:6

**professors** 14:16

**public** 5:9,11,18,24 6:3,6,12,17,20,22

**Puerto** 4:1,17 5:11 10:3 14:7,10,14,19 15:10 16:17 17:6,13 18:16,25 19:2,19 21:9

**purposes** 6:2

**pursuant** 7:13

**putting** 19:15

**Q**

**question** 12:12,17,18

**questions** 9:13 11:3 12:9 21:12,14

**R**

**raise** 5:14 6:7

**reason** 15:20

**reasons** 15:24

**recall** 14:23 15:10 16:1,12,13 18:10,15 20:12,17,18

**recess** 7:2,6 12:16,17

**record** 4:5,6 6:8,13,24 7:1,4,10 8:21,22 9:15 20:1 21:20

**recruit** 17:17

**reflect** 7:10

**registrar** 12:24 13:6, 15,20 19:6

**registration** 18:1

**registry** 20:23

**relationship** 12:22

**remember** 14:10,13 15:13,16 17:11,12 19:15 20:7,10,13

**rephrase** 12:13

**reporter** 4:5 6:4,5,6,9, 10,16 7:1,4,8 19:25 20:4 21:20

**Reporting** 6:11

**request** 9:24 17:19

**requesting** 16:2

**reserved** 8:16

**review** 7:16 8:12

**Rico** 4:1,18 5:12 10:3 14:7,10,14,19 15:10 16:17 17:6,13 18:16,25 19:2,19 21:9

**RIVERA** 4:6 5:25 6:5, 18,24 7:5 8:1,3,5,9,15, 21 9:1,11 19:22 20:2,5, 6 21:3,11,15

**Rivera-ríos** 4:19

**Roberto** 5:10

**Rosado** 4:23

**Rules** 7:14

**running** 16:20

**S**

**safety** 6:1

**SAN** 4:1

**school** 14:20 18:17 19:4 21:9

**science** 4:13 14:23

**seguros** 13:3

**send** 7:22 8:5

**show** 8:22

**sic** 14:3

**signature** 8:11

**single** 10:5

**solemnly** 5:18 6:12

**son** 7:23 8:6

**Spanish** 9:22 13:15

**speaking** 9:20

**specifics** 16:14

**spouse** 10:7

**state** 5:15 6:7 9:14

**States** 4:16

**status** 10:4

**stayed** 15:8

**stipulate** 7:19 8:1,9,15

**stipulations** 7:11,12 8:18,20

**student** 18:4

**student's** 18:12

**students** 14:7,9 16:1,4 17:15,17,18

**students'** 20:23

**stuff** 7:19

**substituted** 13:16

**suffering** 12:6

**Suheil** 4:12,24

**summarize** 13:14

**summary** 20:21

**swear** 5:18 6:12,16

**sworn** 5:24 6:17 9:8

**sí** 13:11

**T**

**table** 12:17

**taking** 4:8,11 11:13 14:10,22 20:13,19

**talk** 9:21,22 14:5

**talking** 14:6 16:3

**Tarragona** 10:10

**teaching** 14:16

**Technology** 4:14

**telephone** 10:11

**testified** 9:9

**testimonial** 10:25

**testimony** 12:3,7

**thing** 20:21

**things** 13:18,20,22 15:18 19:2

**time** 10:16 15:17 16:22,23 17:3,5 18:14 20:19

**today** 4:10 6:15 12:4,7, 8

**Torres** 5:1

**touch** 17:24

**tours** 17:12,15

DEPOSITION OF  YANIRÉ BUSTILLO GONZÁLEZ

Index: transcribe–ZOOM

**transcribe** 6:14

**transcript** 7:16,20

**transcripts** 13:25 14:3 16:5,9

**transpires** 7:3

**trial** 8:16

**trouble** 9:21

**true** 8:13

**truth** 5:19,20 11:14,15, 18,24

**TUESDAY** 4:2

**Tulp** 8:24 16:24

---

### U

**understand** 10:18,24 11:8,10,17,23 12:9,12

**understood** 8:12

**Unidos** 13:3

**United** 4:16

**University** 4:13

**USAT** 4:14 5:2 8:23 10:23 12:22 14:17,19 15:1,10 16:2,16 18:15, 16 19:4,19 21:9

**USAT's** 5:4

---

### V

**vehicle** 19:16

**verbalize** 13:10

**Verbatim** 6:11

**videoconference** 6:23

**visited** 17:6,9

**Víctor** 4:19

---

### W

**wait** 6:25

**waive** 8:10

**wanted** 18:19,21 19:20

**words** 10:21 11:12

**working** 14:3

---

### Y

**Yaniré** 4:9 5:8,17 7:7, 22 8:10 9:1,6,16 21:17

**year** 15:2

---

### Z

**ZOOM** 4:21