**EXHIBIT 45**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; ET ALS**<br><br>PLAINTIFFS<br><br>VS.<br><br>**UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ET ALS**<br><br>DEFENDANTS | CIVIL NO. 19-1707<br><br>RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO);<br>FRAUDULENT INDUCEMENT;<br>BREACH OF CONTRACT;<br>UNJUST ENRICHMENT;<br>TORT DAMAGES<br><br>TRIAL BY JURY DEMANDED |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

1. My name is Sujeil M. Peña Torres. I am of legal age, student, single, domiciled and resident of San Juan, Puerto Rico.

2. My address is the following: Urb. Venus Gardens Calle Peliux #771, San Juan, P.R. 00926.

3. In May 3rd of 2017, I was searching for a medical school to apply in order to get into a career in medicine.

4. On or around July 8th of 2017, I was contacted and interviewed by Manuel José Ortiz-Bustillo ("Ortiz") and Daniela Cabrera-Pujadas ("Cabrera").

5. Ortiz and Cabrera represented themselves as officials of the medical school known as University of Science, Arts and Technology ("USAT").

6. Ortiz and Cabrera represented to me that USAT was an accredited college of medicine in Puerto Rico.

7. On July 8th of 2017, I received various materials regarding USAT, such as a brochures, applications and enrollment agreements. These materials made representations that USAT was an accredited college of medicine in Puerto Rico, as well as other states.

8. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Orien L. Tulp ("Tulp") is the President of USAT, Carla M. Konyk ("Konyk") is the Vice-President and Director of Administration and Finances of USAT, and Karen Baldwin ("Baldwin") is the Administrator of USAT.

9. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Ortiz is the Dean of the USAT College of Medicine in Puerto Rico, and that Cabrera is the Clinical Coordinator of Student Affairs of the USAT College of Medicine in Puerto Rico.

10. As such, my understanding was that Tulp, Konyk, Baldwin, Ortiz and Cabrera (jointly "USAT Officials") were all officials and representatives of USAT.

11. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT was accredited by the Educational Commission for Foreign Medical Graduates ("ECFMG") so that USAT students may be able to take the United States Medical Licensing Examinations.

12. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that being a student of USAT would allow me to take the United States Medical Licensing Examinations.

13. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT also had other satellite campuses or schools in other states in the United States, such as in Florida, Maryland and Texas.

14. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT had its main Administrative Office in the state of Colorado, in the United States.

15. I understood that the USAT officials have been working at USAT for some time.

16. The USAT Officials made representations that USAT's purpose was to provide me an education in medicine if I applied to be a student.

17. In consideration of providing me an education in medicine if I became a student, USAT would request payments from me.

18. The USAT Officials made representations that once the payments would be received, they would provide the education in medicine and I would be able to take the United States Medical Licensing Examinations.

19. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I was induced and made the decision to apply to USAT, thinking that I was going to be able to receive a valid medical education in Puerto Rico and will be able to apply for and take the United States Medical Licensing Examinations.

20. On July 11th of 2017 and August 2nd of 2017, I submitted all the required documents and required payments to USAT in order to apply.

21. On July 12th of 2017, I received a letter from Tulp which informed me that I was admitted to the medical doctor program of USAT. The letter said it was a typical four-year program of scientific and medical education. The Letter indicated that I must pay no less than four thousand nine hundred dollars ($4,900.00) per semester plus other expenses such as a Matriculation Fee, Medical Student Malpractice Insurance Fee, Anatomy Lab Fee, Technology Fee, Clinical Fee and Graduation Fee which amounted to approximately nine thousand one hundred forty-five dollars ($9,145.00).

22. Once I was admitted by USAT, USAT Officials from both Puerto Rico and Colorado came to attend the White Coat Ceremony making the representation that we were going to start a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

23. Once I was admitted by USAT, the USAT officials oriented me as to the manner of payment and the possibility of taking out a loan.

24. I paid for my education directly to Dhamaris Frías at the USAT administrative office in Puerto Rico Campus with my credit card.

25. On July 11th of 2017, I paid de amount of $125 corresponding to USAT application fee.

26. On August 2nd of 2017, I paid de amount of $6,000 corresponding to USAT One Time Matriculation Fee ($600), Tuition of Semester August 2017 to December 2017 ($4,900) and Anatomy Lab Fee ($500).

27. On January 24th of 2018, I paid de amount of $4,000 corresponding to USAT Semester January 2018 to May 2018. Then on April 3rd of 2018, I paid $400 corresponding to USAT Semester January 18 to May 2018.

28. On May 16th of 2018, I paid de amount of $5,400 corresponding to USAT Summer classes, including $500 corresponding to a pending balance of the Semester January 2018 to May 2018.

29. On September 25th of 2018, I paid de amount of $4,900 corresponding to USAT Semester August 2018 to December 2018.

30. From the date of my admission until September of 2018, USAT had received the sum amount of $25,725, for providing education in medicine.

31. From the date of my admission until September of 2018, while USAT received the sum amount of $25,725, I understood that I was receiving a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

32. On August of 2018, I was studying and applied to take the United States Medical Licensing Examinations.

33. After I applied, ECFMG requested me to submit information under penalty of perjury via an affidavit to describe the USAT medical school information and asking whether I had physically attended the USAT medical classes at Montserrat.

34. On August of 2018, the ECFMG informed me that I was not eligible for the United States Medical Licensing Examination.

35. On September 14th of 2018, I was notified by the USAT Officials of the ECFMG irregularities.

36. On September 24th of 2018, the USAT Officials notified me of a telephone conference to be held on September 26th of 2018 to discuss the ECFMG irregularities.

37. On September 26th of 2018, a telephone conference was held with Tulp and the attorneys of USAT to address me and other students' concerns regarding the denial to take the United States Medical Licensing Examination.

38. During that September 26th telephone conference, Tulp instructed me and the other students to falsely inform ECFMG that I and the other students took the USAT medical education at the Montserrat main campus.

39. Tulp made the representation that ECFMG had been provided false information regarding USAT students and the USAT location of colleges of medicine.

40. After this telephone conference, I began send numerous communications to the USAT Officials inquiring as to why I could not take the United States Medical Licensing Examination.

41. During September, October and November of 2018, the USAT Officials dodged and evaded questions by me and other students regarding their lack of eligibility for the United States Medical Licensing Examination.

42. During early November of 2018, the USAT Officials instructed me and the other students to not send additional information to ECFMG outside the instructions of USAT.

43. During early November of 2018, the USAT Officials instructed me and the other students to send all information regarding ECFMG to Konyk, who would then refer me and the other students to USAT's attorney.

44. During early November of 2018, the USAT Officials also tried to invite me and the other students to transfer to start again at other medical schools suggested by USAT.

45. On November 8th of 2018, Ortiz sent an e-mail to me and the other students regarding ECFMG's decision to find me and the other students not eligible for the United States Medical Licensing Examination. In that e-mail, Ortiz falsely represented to me and the other students that USAT was "surprised" by ECFMG's decision.

46. Subsequent to this e-mail, me and the other students demanded a physical meeting with Ortiz to discuss face to face these surprising events.

47. On November 16th of 2018, USAT Officials sent an electronic mail to some Plaintiffs invoking a meeting on that same date at around 5:30 pm.

48. However, the meeting was delayed until 10 pm, when Ortiz arrived.

49. At 10 pm, me and the other students met with Ortiz and asked him a line of questions concerning whether USAT had licensing and/or certification status in Puerto Rico and whether me and other students' finances and personal loans that was controlled by the USAT Officials in Colorado would be returned.

50. Ortiz did not answer our questions, answering them evasively and without any concrete answers.

51. Another meeting was held by Ortiz on December 18th, 2018 to try to resolve the situation.

52. Ortiz physically met me and the other students at the Mall of San Juan in December of 2018.

53. During said meeting, Ortiz admitted to me and the other students that they should not bother going to the other medical schools suggested by USAT.

54. Additionally, Ortiz admitted during the meeting that USAT lawyers advised him to not speak about USAT's activities for approximately five years.

55. When me and the other students asked what he meant about not speaking about USAT activities for approximately five years, Ortiz admitted that the USAT lawyers advised him to not testify as to anything until the statute of limitations runs out.

56. On December of 2018, I noticed that USAT Officials vacated the USAT college of medicine school in Puerto Rico.

57. USAT took me and the other students medical school documents to an unknown location.

58. During September of 2018, Konyk, Tulp and Baldwin email me and the other students that they will resolve our situation as to taking United States Medical Licensing Examination.

59. However, USAT never resolved me and the other student's situation and we were unable to take the United States Medical Licensing Examination via USAT.

60. On December 31st of 2018, I requested USAT to deliver certain transcripts about my medical education and they did not provide the same.

61. Instead, on January 11th of 2019, USAT began to send me invoices from their Colorado Office with fabricated expenses and costs, requesting me to make more payments.

62. On February 20th of 2019, I made the payment of $250 and requested USAT to deliver transcripts about my medical education.

63. On February 28th of 2019, I received the transcript of my medical education from USAT.

64. However, these transcripts of medical education from USAT were not accepted by other medical schools.

65. All applications made for School of Medicine in US were rejected and did not accept the USAT medical education.

66. Therefore, I had to start my medical education again because this situation.

67. Based on the above, USAT received a sum amount of $25,725 from me, without providing a valid medical education in Puerto Rico.

68. Based on the above, USAT received a sum amount of $25,725 from me for providing an invalid medical education that resulted in my inability to take the United States Medical Licensing Examinations.

69. All the USAT Officials participated in the false representation that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

70. USAT falsely represented to me and many other students throughout 2017 and 2018 that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

71. However, the reality is that USAT did not provide to me and the other students a valid medical education, which resulted in me being unable to take the United States Medical Licensing Examinations.

72. From the October 16th of 2017, until December 15th of 2018, USAT and the USAT officials kept repeating their false statements that they were providing a valid medical education and I would be able to take the United States Medical Licensing Examination, so long as I kept paying them, which I did because USAT received the sum amount of $25,725 from me.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. sec. 1746.

Dated at San Juan, PR, this 29th day of March, 2021.

_____

Sujeil M. Peña Torres

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; et als.**<br><br>PLAINTIFFS<br><br>VS.<br><br>**UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; et als.**<br><br>DEFENDANTS | CIVIL NO. 19-1707<br><br>RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO);<br>FRAUDULENT INDUCEMENT;<br>BREACH OF CONTRACT;<br>UNJUST ENRICHMENT;<br>TORT DAMAGES<br><br>TRIAL BY JURY DEMANDED |

**ANSWERS TO FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS**

> **TO:**  **CO-DEFENDANT, DANIELA CABRERA PUJADAS**
> **Through its legal counsel,**
> **CHARLES A. CUPRILL, P.S.C. LAW OFFICES**

> **FROM:**  **SUJEIL PEÑA TORRES**
> **Through his legal counsel,**
> **VICTOR M. RIVERA-RIOS**

Comes now, **Sujeil Peña Torres**, hereinafter referred as "Plaintiff" and/or as "me, myself, or "I", through counsel, hereby submits his Answers to Co-Defendant, **Daniela Cabrera Pujadas** ("Co-Defendant") First Set of Interrogatories and Request for Production of Documents.

**PRELIMINARY STATEMENT**

Plaintiff has not completed the investigation, discovery, or analysis, of all the facts of this case and has not completed preparation for trial. Accordingly, all of the following responses are provided without prejudice to Plaintiff's right to supplement or amend discovery responses pursuant to the terms of the Federal Rules of Civil Procedure, or introduce at trial any evidence

that is subsequently discovered relating to proof of presently known facts and to produce and introduce all evidence whenever discovered relating to the proof of subsequently discovered material facts. Moreover, facts, documents and things now known may be imperfectly understood and accordingly, such facts, documents, and things, may not be included in the following responses. Plaintiff reserves the right to reference, discover or offer into evidence at the time of trial any and all facts, documents and things notwithstanding the initial responses and objections interposed herein. Plaintiff further reserves the right to reference, discover, or offer into evidence at the time of trial any and all facts, documents and things which it does not presently recall but may recall at some time in the future.

## DEFINITIONS

The following definitions are incorporated by reference in all of Plaintiff's specific responses and objections to Plaintiff's Answers to Defendants First Set of Interrogatories, Request for Admissions and Requests for Production of Documents:

1.      "Irrelevant" means not relevant to the claims or defenses of any party involved in the pending action and not reasonably calculated to lead to the discovery of evidence admissible as to those issues.

2.      "Impermissibly overbroad" means irrelevant, burdensomely and unnecessary to the extent the set of interrogatories seek: (1) information about individuals or entities not parties to this action; and/or (2) information pertaining to persons' activities and/or events that are outside the scope of the present litigation.

3.      "Vague" means ambiguous or not specified with reasonable particularity.

4.      "Unduly burdensome and oppressive" means that: (1) it is impossible to produce such document or information in a complete and sufficient manner without making a complex or

2

onerous investigation; (2) the collection or reproduction of such document or information is financially burdensome or unfeasible; or (3) the document or information sought has been previously produced to a party within this action and served upon every attorney involved in the litigation.

5.     "Not discoverable" means outside of the scope of the present litigation because it is either, and/or irrelevant, impermissibly overbroad and/or vague.

6.     "Defendants" mean the named individuals in the caption of the complaint.

## GENERAL OBJECTIONS

1.     Plaintiff objects to Defendant's interrogatories on the grounds that they seek disclosure of information protected by the attorney-client, work product, and self-critical analysis privileges. To the extent that Plaintiff inadvertently discloses information that may arguably be protected from discovery under attorney-client privileged the work product doctrine, the self-critical analysis privileged or any other applicable privilege, such inadvertent disclosure does not constitute a waiver of any such privilege.

2.     Plaintiff objects to Defendant's interrogatories to the extent that Defendants' definitions and instructions purport to impose requirements beyond the Federal Rules of Civil Procedure anchor purport to give meaning to terms beyond Plaintiff's normal connotation.

3.     Plaintiff objects to Defendant's interrogatories insofar as they seek information concerning matters unrelated to the subject matter of this lawsuit, on the ground that it is overly broad, unduly burdensomely and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

4.     Plaintiff objects to Defendant's interrogatories to the extent that they are not limited in time frame and are overly broad and unduly burdensome because they are more than inclusive

3

of the relevant time period at issue in this case.

5.     Plaintiff objects to Defendant's interrogatories to the extent that they call for information that is not currently in her possession, custody, or control.

6.     The responses set forth below are made without in any manner waiving (a) the right to object to the use of any response for any purpose in this action or any other actions, on the grounds of privilege, relevance materiality, or any other appropriate grounds; and (b) the right to revised corrects supplement, or clarify any of the responses provided below at any time.

These General Objections are applicable to each and every one of the following responses and objections, and failure to repeat an objection in response to a specific request is not a waiver of the objection. Further, when Plaintiff specifically repeats one or more of these general objections in response to a specific interrogatory, such specific response is not a waiver of these general objections.

Subject to and without waiving these general objections, and subject to and without waiving the specific objections noted below, Plaintiff responds as follows:

## INTERROGATORRIES

**INTERROGATORY 1**

1. As to the person who answers these Interrogatories state:

a. Your full name, including your two last names and any nickname;

b. Physical and postal address, as well as a telephone number where you can be contacted.

c. Identify the following circumstances if you exercise any profession, work or business: (i) nature, type or classification of profession, work or business; (ii) exact name and address of your place of business; (iii) if you are an employee, state the name of your employer as well as the exact address of your current job.

d. State your relationship with USAT.

**RESPONSE:**

a. Sujeil Marie Peña Torres

b. Urb. Venus Gardens C/Peliu 771 San Juan, PR 00926. (787) 241-1877.

c

d. I was a medical student.

**INTERROGATORY 2**

State the basis for your statement at paragraph 2 of the Third Amended Complaint (the "Complaint") to the effect that Cabrera was an officer and director of USAT and submit all documents in support thereof

**RESPONSE:**

Daniela Cabrera ("Cabrera") was the Clinical Coordinator- Student Affairs of Puerto Rico.

See Attachment.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 3**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff identifies the following individuals who may have discoverable information and may be used to support the Plaintiff's theories:

5

1.      Sujeil Peña-Torres ("Peña") -

a.      Peña must be contacted through the undersigned counsel.

b.      Peña was a student applicant and student of the USAT PR Branch.

c.      Peña has personal knowledge of the facts alleged in the Complaint. In summary, Peña has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the Puerto Rico Branch ("PR Branch") of the University of Science, Arts and Tech a/k/a USAT a/k/a Medical College of London a/k/a Malina Medical College a/k/a Metropolitan Innovative Group, Inc a/k/a USAT Montserrat LLC (jointly referred as "USAT"), 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the joint owners of USAT, who are Orien L. Tulp ("Tulp") and Carla M. Konyk ("Konyk")  Manuel José Ortiz-Bustillo ("Ortiz"), Yanire Bustillo ("Bustillo"), Daniela Cabrera-Pujadas ("Cabrera") and Karen Baldwin ("Baldwin") (jointly referred as "USAT Officers"), amongst other unknown persons. 3) how USAT and the USAT Officers (jointly "Defendants") violated the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 USC sec. 1961, *et seq.* because the Defendants caused injuries to the Plaintiffs and various other medical students ("RICO victims") because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from banking institutions ("Banks") that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were

6

not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from United States Regulatory Agencies ("Regulatory Agencies"), 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the Educational Commission

7

for Foreign Medical Graduates ("ECFMG") because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

    2.    Jose E. Blasco-Jusino ("Blasco") -

    a.    Blasco must be contacted through the undersigned counsel.

    b.    Blasco was a student applicant and student of the USAT PR Branch.

    c.    Blasco has personal knowledge of the facts alleged in the Complaint. In summary, Blasco has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory

Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

9

3.      Lucero Rodriguez-Fernández ("Rodriguez") -

a.      Rodriguez must be contacted through the undersigned counsel.

b.      Rodriguez was a student applicant and student of the USAT PR Branch.

c.      Rodriguez has personal knowledge of the facts alleged in the Complaint. In summary, Rodriguez has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various

10

times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

4.      Lisa M. Torres-Colon ("Torres") -

a.      Torres must be contacted through the undersigned counsel.

b.      Torres was a student applicant and student of the USAT PR Branch.

11

c.      Torres has personal knowledge of the facts alleged in the Complaint. In summary, Torres has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants

continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

5.      Joffre E. Gómez-Frontera ("Joffre") -

a.      Joffre must be contacted through the undersigned counsel.

b.      Joffre was a student applicant and student of the USAT PR Branch.

c.      Joffre has personal knowledge of the facts alleged in the Complaint. In summary, Joffre has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education

13

to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified

14

to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

6.    Zabdiel A. Nieves-Rivera ("Zabdiel") -

a.    Zabdiel must be contacted through the undersigned counsel.

b.    Zabdiel was a student applicant and student of the USAT PR Branch.

c.    Zabdiel has personal knowledge of the facts alleged in the Complaint. In summary, Zabdiel has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given

15

directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical

16

education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

7.    Enny de Jesús-Ureña ("Enny") -

a.    Enny must be contacted through the undersigned counsel.

b.    Enny was a student applicant and student of the USAT PR Branch.

c.    Enny has personal knowledge of the facts alleged in the Complaint. In summary, Enny has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they

17

could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations

18

of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

       8.       Loraima M. Rosado-Villafañe ("Loraima") -

      a.       Loraima must be contacted through the undersigned counsel.

      b.       Loraima was a student applicant and student of the USAT PR Branch.

      c.       Loraima has personal knowledge of the facts alleged in the Complaint. In summary, Loraima has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations

19

from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

20

9.    Paola M. Prosper-Crespo ("Prosper") -

a.    Prosper must be contacted through the undersigned counsel.

b.    Prosper was a student applicant and student of the USAT PR Branch.

c.    Prosper has personal knowledge of the facts alleged in the Complaint. In summary, Prosper has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various

21

times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

10.    Wendoly M. Vazquez Oliveras ("Vazquez") -

a.    Vazquez must be contacted through the undersigned counsel.

b.    Vazquez was a student applicant and student of the USAT PR Branch.

22

c.      Vazquez has personal knowledge of the facts alleged in the Complaint. In summary, Vazquez has personal knowledge as to: 1) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 2) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 3) how USAT was composed by the USAT Officers, amongst other unknown persons. 3) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 4) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 5) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 6) how the Defendants

23

continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 7) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 8) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 9) any other matter deemed necessary that arises from the facts alleged in the Complaint.

11.    Orien L. Tulp ("Tulp") -

a.    Tulp was the Owner and President of USAT.

b.    Tulp has personal knowledge of the facts alleged in the Complaint. In summary, Tulp has personal knowledge as to: 1) how Tulp created USAT in Montserrat, 2) how Tulp created locations within the United States to open USAT branches, 3) how Tulp created USAT branches in Florida, Texas, Maryland, Colorado and Puerto Rico, 4) how Tulp located the main USAT offices in Colorado, 5) how Tulp directed that all student tuition and fee payments be made to the

24

USAT offices in Colorado, 6) how Tulp directed that Konyk handle and receive all Tuition payments, 7) how Tulp directed and delegated to Ortiz as Associate Dean to create and handle the PR branch of USAT, 8) how Ortiz created and structured the USAT branch, 9) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 10) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 11) how USAT was composed by the USAT Officers, amongst other unknown persons, 12) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 13) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 14) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed

to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 15) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 16) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 17) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 18) any other matter deemed necessary that arises from the facts alleged in the Complaint.

12.    Carla M. Konyk ("Konyk") -

a.    Konyk was the Owner and Vice President of USAT.

b.    Konyk has personal knowledge of the facts alleged in the Complaint. In summary, Konyk has personal knowledge as to: 1) how Konyk created USAT in Montserrat, 2) how Konyk created locations within the United States to open USAT branches, 3) how Konyk created USAT

26

branches in Florida, Texas, Maryland, Colorado and Puerto Rico, 4) how Konyk located the main USAT offices in Colorado, 5) how Konyk directed that all student tuition and fee payments be made to the USAT offices in Colorado, 6) how Konyk handle and receive all Tuition payments, 7) how Konyk directed and delegated to Ortiz as Associate Dean to create and handle the PR branch of USAT, 8) how Ortiz created and structured the USAT branch, 9) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 10) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 11) how USAT was composed by the USAT Officers, amongst other unknown persons, 12) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 13) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 14) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various

27

times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 15) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 16) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 17) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 18) any other matter deemed necessary that arises from the facts alleged in the Complaint.

13.    Manuel José Ortiz-Bustillo ("Ortiz") -

a.    Ortiz was the Associate Dean of the PR Branch of USAT.

28

b.    Ortiz has personal knowledge of the facts alleged in the Complaint. In summary, Ortiz has personal knowledge as to: 1) how Ortiz was originally a student of USAT, 2) how Ortiz reached and agreement with Tulp to create the PR Branch of USAT, 3) how Ortiz coordinated with Tulp and Konyk who were located the main USAT offices in Colorado, 4) how Ortiz directed that all student tuition and fee payments be made to the USAT offices in Colorado, 5) how Ortiz handle and receive all Tuition payments, 6) how Tulp & Konyk directed and delegated to Ortiz as Associate Dean to create and handle the PR branch of USAT, 7) how Ortiz created and structured the USAT branch, 8) how Ortiz recruited students to apply to the USAT branch, 9) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 10) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 11) how USAT was composed by the USAT Officers, amongst other unknown persons, 12) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 13) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 14) how the USAT officers were part of an

29

enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 15) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 16) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 17) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 18) any other matter deemed necessary that arises from the facts alleged in the Complaint.

14.    Yanire Bustillo ("Bustillo") -

a.    Bustillo was an employee of the PR Branch of USAT.

b.    Bustillo has personal knowledge of the facts alleged in the Complaint. In summary, Bustillo has personal knowledge as to: 1) how Bustillo worked as an employee of the PR Branch of USAT, 2) how Bustillo coordinated with Konyk who was located the main USAT offices in Colorado, 3) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 4) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 5) how USAT was composed by the USAT Officers, amongst other unknown persons. 6) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 7) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 8) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and

31

certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 9) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 10) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 11) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 12) any other matter deemed necessary that arises from the facts alleged in the Complaint.

15.    Daniela Cabrera-Pujadas ("Cabrera") -

a.    Cabrera was an employee of the PR Branch of USAT.

b.      Cabrera has personal knowledge of the facts alleged in the Complaint. In summary, Cabrera has personal knowledge as to: 1) how Cabrera and Ortiz coordinated with Tulp and Konyk who were located the main USAT offices in Colorado, 4) how Cabrera and Ortiz directed that all student tuition and fee payments be made to the USAT offices in Colorado, 5) how Cabrera and Ortiz handle and receive all Tuition payments, 6) how Tulp & Konyk directed and delegated to Ortiz as Associate Dean to create and handle the PR branch of USAT, 7) how Ortiz created and structured the USAT branch, 8) how Cabrera and Ortiz recruited students to apply to the USAT branch, 9) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 10) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 11) how USAT was composed by the USAT Officers, amongst other unknown persons, 12) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 13) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 14) how the USAT officers were part of an enterprise because their purpose was to continue to recruit

33

the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 15) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 16) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 17) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 18) any other matter deemed necessary that arises from the facts alleged in the Complaint.

16.    Karen Baldwin ("Baldwin") -

34

a.    Baldwin was an employee of USAT.

b.    Baldwin has personal knowledge of the facts alleged in the Complaint. In summary, Baldwin has personal knowledge as to: 1) how Baldwin worked as an employee of USAT, 2) how Baldwin worked with USAT from the main USAT offices in Colorado, 3) how the Plaintiffs are medical students whom applied and studied at the PR Branch of the USAT, 4) how USAT is a foreign medical school from the island of Montserrat that did not have any licenses or certifications to provide medical school education to any persons within the United States, 5) how USAT was composed by the USAT Officers, amongst other unknown persons. 6) how Defendants violated RICO because the Defendants caused injuries to the RICO victims because they received money from the RICO victims, including Plaintiffs, whom also would incur in loans from Banks that would be given directly to the Defendants based on the false representation that they could provide medical school education to any persons within the United States when in fact they couldn't, 7) how the USAT Officers participated jointly in the operation and management of the enterprise, USAT, by continuing to actively recruit RICO victims, including the Plaintiffs based on the false representations that they could provide medical education within the United States when they were not certified to do so and by collecting payments from the prospective RICO victims whom would take loans from Banks, wire transferring said loans directly to Defendants bank accounts in Colorado, even though the RICO victims would later not be allowed to take medical examinations from Regulatory Agencies, 8) how the USAT officers were part of an enterprise because their purpose was to continue to recruit the Plaintiffs and other RICO victims under false representations and continue to collect wire transfer payments from Banks based on the false representations that they were licensed and certified to provide medical education, the USAT officers met at various times to actively recruit and collect money from the Plaintiffs, the RICO victims and Banks, even

35

though the Plaintiffs and other RICO victims would not be allowed to take medical examinations from Regulatory Agencies because USAT was not licensed and certified, 9) how the Defendants continued to recruit RICO victims, including the Plaintiffs, under the false representations that they were licensed and certified to provide medical education in the United States when in reality they were not licensed or certified and the RICO victims were unable to take any medical examinations from Regulatory Agencies because the Defendants were not licensed and certified to provide said medical education, 10) how during approximately two years, 2071 and 2018, the Defendants falsely represented to the Plaintiffs and RICO victims that they could pay for the medical school by taking out loans from Banks, such that the Defendants would provide the same false representations to Banks that the Plaintiffs and RICO victims would receive a valid medical education, so that the Banks would wire transfer to USAT accounts at Colorado the loan payments under the false pretense that it was for the payment of the tuition and any other expenses of a licensed and certified medical institution, even though later on the Plaintiffs and other RICO Victims to their surprise would be notified that they were unable to take any medical examinations of the Regulatory Agencies such as the ECFMG because USAT is not considered a licensed and certified medical school in the United States, 11) how these patterns of fraudulent activities incurred by the Defendants caused injuries to the Plaintiffs, such as economic and emotional damage, and 12) any other matter deemed necessary that arises from the facts alleged in the Complaint.

Plaintiff reserves the right to announce any other witnesses during the process of discovery. Plaintiff reserves the right to call any individuals named by the Defendants whose name becomes known through discovery or otherwise. Plaintiff reserves the right to call any individuals to testify for impeachment purposes.

**INTERROGATORY 4**

State the facts supporting your allegations of paragraph 3 of the Complaint

**RESPONSE:**

The USAT and USAT officials violated the RICO Act, because they received approximately twenty-one thousand seventy-five dollars ($21,075.00) from direct payments I made to USAT directly to Colorado. The payment for the student tuition and fees issued to USAT was based on the false representation that they could provide medical education within the United States when they were not certified to do so and later, I was not allowed to take the United States Medical Licensing Examinations.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 5**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 6**

State the facts supporting your allegations of paragraph 4 of the Complaint.

**RESPONSE:**

37

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 4.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 7**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

 **RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 8**

As to paragraph 34 of the Complaint state the nature and extent of Cabrera's contact with you and your interview by her, specifically stating date, time and place of all contacts and interviews in chronological order, narrating what Cabrera told you as to each, including her representations as to USAT.

 **RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 2.

Notwithstanding the objection, Cabrera was the one who recruited me at USAT. I know the person who was her mother-in-law at that time and when I told her that I was accepted at the

38

PUCMM medical school located in Santo Domingo, but that it was difficult for me to leave because I did not want to leave my daughter alone in Puerto Rico with my mother, she called Cabrera. On that same that, which July 8, 2017, Cabrera called me and explained to me by phone what was USAT and that it had a PR Branch. The same day, Cabrera sent me an email with the USAT information and the documents to fill out. The USAT materials and information that I received reflected the same information that Cabrera told me on the phone, such how USAT was accredited by ECFMG and how USAT was certified in that its students can take the United States Medical Licensing Examinations ("USMLE"). After I reviewed the documents which led to believe that USAT was authorized to provide medical education in Puerto Rico, I proceeded to send her the required documents by email and that same day in the afternoon she and Dr. Manuel Jose Ortiz Bustillo received me at the USAT facilities in PR located in 598 Ave Barbosa, Esq. calle Guayama, San Juan PR, for an interview. On July 11, 2017 I pay de Admission Fee in the facilities. On July 12, 2017, she sent me the acceptance letter as a USAT student signed by Dr. Orien L. Tulp. In the first days, she was the one in charge of sending me the communications regarding the start of classes, the steps to follow due to the ravages that storm María left on the island, and she was in charge of guiding me on any questions I had regarding the school. Months after the classes began, she was assigned to the clinical rotations area (third and fourth year of medicine) so I had almost no communication with her unless there was some activity outside the institution that had to be attended. On some occasions I received emails from her informing me that the scheduled activity was compulsory.

See Attachments.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 9**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 10**

State Cabrera's involvement with the facts alleged in paragraph 35 of the Compliant.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 2 & 8.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 11**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

## INTERROGATORY 12

Separately as to paragraph 36 and 37 of the Complaint, state the specific materials in which the name of Cabrera appears, and the representations made by her in each.

## RESPONSE:

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 2 & 8.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

## INTERROGATORY 13

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons separately as to paragraphs 36, 37 and 38.

## RESPONSE:

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

## INTERROGATORY 14

As to paragraph 38 of the Complaint, state the specific materials in which the name of Cabrera appears, and the representations made by her in each, that induced you to make the decision to apply to USAT, thinking that you were going to receive the education in medicine and

41

that you would be able to take the United States Medical Licensing Examinations.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 2 & 8.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 15**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 16**

As to paragraph 43 of the Complaint, state Cabrera's participation in the White Coat Ceremony, if any.

**RESPONSE:**

Cabrera was present on USAT White Coat Ceremony like Faculty Member. I saw Cabrera there. I hereby attach photographs.

See attachments.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory,

in order to include any other newly discovered evidence.

**INTERROGATORY 17**

As to paragraph 44 of the Complaint, state Cabrera's participation in the facts alleged therein, indicating if Cabrera was located in Colorado.

**RESPONSE:**

Cabrera was not located in Colorado. She was located in Puerto Rico. Notwithstanding, all the payments that I made for the PR Branch of USAT were going to Colorado.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 18**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 19**

As to paragraph 45 of the Complaint, state Cabrera's participation or involvement in the facts alleged therein.

**RESPONSE:**

I was assisted by an USAT official in order to make the payments utilizing a credit card.

All payments made to USAT with the credit card were confirmed by a printed receipt. I kept a copy of the receipts which states that the credit card payment was sent to the USAT office in Colorado. USAT has in their possession evidence of them receiving my credit card payments which confirms that the payment was sent to Colorado. I have the original credit card receipts.

See Attachments.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 20**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each and state the name of USAT's attorneys.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 21**

As to paragraph 59 of the Complaint, state Cabrera's participation or involvement in the facts alleged therein.

**RESPONSE:**

On September of 2018, I was notified with other Plaintiffs by the USAT Officials of the ECFMG irregularities. On September of 2018, the USAT Officials notified me and the other Plaintiffs of a telephone conference to be held on or around September 25 and 26 of 2018 to discuss

44

the ECFMG irregularities. I met with a group of students where one of the students called the telephone conference line in order to attend conference held with Tulp and the attorneys of USAT to address our concerns regarding the denial to take the United States Medical Licensing Examination. During that telephone conference, Tulp instructed the students, including me and the other Plaintiffs, to falsely inform ECFMG that the students took the USAT medical education at the Montserrat main campus. Tulp made the representation to the students that ECFMG had been provided false information regarding USAT students and the USAT location of colleges of medicine. Tulp's statements made me uncomfortable because I had been physically present in Puerto Rico at all times taking classes at the PR Branch of USAT.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 22**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 23**

As to paragraph 60 of the Complaint, state to whom the communications referred to therein were forwarded and by whom as to each communication and submit copies thereof.

45

**RESPONSE:**

I sent emails to USAT officials requesting information. They never responded.

I later received emails related to the lack of eligibility for the United States Medical

Licensing Examination, for students who expect to graduate after January 1, 2019, as in my case.

See Attachments.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory,

in order to include any other newly discovered evidence.

**INTERROGATORY 24**

Identify all persons who may have personal knowledge of the facts referred to in your

answer to the preceding interrogatory, setting forth the particulars of those facts as to each such

persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is being repetitive. Please

refer to the previous Answer of Interrogatory 3.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory,

in order to include any other newly discovered evidence.

**INTERROGATORY 25**

As to paragraph 61 of the Complaint, state Cabrera's participation and/or involvement in

the allegations set forth therein.

**RESPONSE:**

I received an email with instructions that we do not send additional information to

ECFMG and to send all information regarding ECFMG to Karla Konyk.

See Attachments.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 26**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 27**

As to paragraph 65 of the Complaint, what were the false representations made by Cabrera to you, chronologically stating the time and date thereof and their nature.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

Medical schools located in the Dominican Republic, St. Kitts, Puerto Rico, among others, did not accept credits made during my first two years with USAT.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

47

**INTERROGATORY 28**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 29**

As to paragraph 68 of the Complaint, state chronologically by time and date Cabrera's participation and/ or involvement in the false representations by mail and wire representing that USAT would provide a valid medical education to you and that you would be able to take the United States Medial Licensing Examinations, setting forth the nature thereof, and submit copies thereof.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 30**

48

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 31**

As to paragraph 71 of the Complaint, chronologically by time and date indicate all payments made by you to Cabrera and submit copies thereof.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 32**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

49

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 33**

As to paragraph 72 of the Complaint, state how you were fraudulently induced by Cabrera into applying, studying and paying for a medical education at the USAT PR Branch.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 34**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory,

in order to include any other newly discovered evidence.

**INTERROGATORY 35**

As to paragraph 73 of the Complaint, state how Cabrera orchestrated the scheme to defraud with the knowledge to deceive you by means of false or fraudulent pretenses, representations, promises or other deceptive conduct.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 36**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 37**

As to paragraph 74 of the Complaint, state how Cabrera falsely represented that the

51

"satellite" schools were licensed and certified to assist you to be eligible for the medical licensing examinations.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 38**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 39**

As to paragraph 75 of the Complaint, state how Cabrera knowingly and frequently used interstate mail and wire transfer in furtherance of a fraudulent scheme and submit copies thereof.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33

52

of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 40**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 41**

As to paragraph 76 of the Complaint, state how Cabrera requested payments for the "medical education" via interstate mail and wire transfer, requesting that all payments be made to USAT at the Colorado office, inducing you and other RICO Victims to understand that you were paying for a proper medical education because USAT had its proper licenses and certification and submit copy thereof.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no

53

more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 42**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 43**

As to paragraph 77 of the Complaint, state how Cabrera directed mail and interstate wire transfers with Banks in furtherance of scheme and submit copies thereof.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 44**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 45**

As to paragraph 78 of the Complaint, state how Cabrera requested that the Banks give you and other RICO Victims student loans to pay for the USAT PR Branch medical education.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 46**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 47**

As to paragraph 79 of the Complaint, state how Cabrera fabricated certain costs and expenses when directing invoices to you and the other RICO Victims, demanding more payment for additional services for the "medical education" and submit copies thereof.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 48**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 49**

As to paragraph 80 of the Complaint, based on the above-mentioned facts, state how Cabrera incurred in fraudulent acts in violation of RICO.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 50**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 51**

As to paragraph 94 of the Complaint, indicate how Cabrera falls in the definition of an

enterprise as defined by RICO.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 52**

As to paragraph 95 of the Complaint, state in detail in chronological sequence Cabrera's involvement and/or participation in the allegations of said paragraph.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 53**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no

more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 54**

As to paragraph 97 of the Complaint, state in detail in chronological sequence Cabrera's involvement and/or participation in the allegations of said paragraph.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 55**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 56**

59

As to paragraph 98 of the Complaint, state in detail in chronological sequence Cabrera's involvement and/or participation in the allegations of said paragraph.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 57**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 58**

As to paragraph 100 of the Complaint, itemize the damages claimed by you.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

Notwithstanding the objection, I suffered economic damages because I was induced by the false representations of USAT Officials that I was able to obtain a medical education in Puerto Rico in order to take the USMLE. Based on those false representations, I paid USAT student tuition and fees. I paid approximately twenty-one thousand seventy-five dollars ($21,075.00) to USAT for a fraudulent education where I was cheated and wasted my time. I would not have incurred in this payment of approximately twenty-one thousand seventy-five dollars ($21,075.00), if I had knowledge that USAT was not authorized to operate a medical school in Puerto Rico.

I suffered emotional damages when I found out that USAT was not authorized to operate a medical school in Puerto Rico. I received professional help from a psychologist to deal with my depression and anxiety.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 59**

As to paragraph 103 of the Complaint, state how Cabrera obtained your consent to enter into an agreement with USAT through deceptive means.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 60**

Identify all persons who may have personal knowledge of the facts referred to in your

61

answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 61**

As to paragraph 104 of the Complaint, state how Cabrera used false words and/or insidious machinations, describing each, to induce you to enter into an agreement with USAT, which without the existence of false words and insidious machination you would not have entered in the agreement.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 62**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

62

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 63**

As to paragraph 105 of the Complaint, state how Cabrera knowingly did not disclose to you the lack of licenses and credentials of the USAT PR Branch and that USAT did not comply with rules pursuant to ECFMG.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 64**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no

more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 65**

As to paragraph 106 of the Complaint, state how Cabrera falsely represented to you the costs and expenses taken during the USAT PR Branch community.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 66**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE**:

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 67**

64

As to paragraph 107 of the Complaint, state how Cabrera entered into a valid contract with you.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 68**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 69**

As to paragraph 108 of the Complaint, state how a valid contract exists because you and Cabrera consented to bind yourselves with regard to one another, in which you would pay Cabrera a sum amount of money in exchange for services.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 70**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 71**

As to paragraph 109 of the Complaint, how as a result of Cabrera's fraudulent inducement, or in the alternative, breach of contract, and the nature thereof Cabrera is liable for compensatory, statutory, treble and liquidated damages pursuant to RICO, 18 USC 1962, et seq.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

66

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 72**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 73**

As to paragraph 112 of the Complaint, state how Cabrera's actions constitute an act or omission which caused damage to you.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 74**

Identify all persons who may have personal knowledge of the facts referred to in your

answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 75**

As to paragraph 113 of the Complaint, state how Cabrera is liable to you pursuant to Article 1802 of the Civil Code of Puerto Rico, 31 LPRA sec. 5141.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 76**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33

of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 77**

As to paragraph 121 of the Complaint, state how Cabrera is jointly and severally liable to for negligent and intentional tort actions.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

**INTERROGATORY 78**

Identify all persons who may have personal knowledge of the facts referred to in your answer to the preceding interrogatory, setting forth the particulars of those facts as to each such persons.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

69

**INTERROGATORY 79**

As to paragraph 122 of the Complaint, itemize the damages claimed by you.

**RESPONSE:**

The Plaintiff objects to this interrogatory on the grounds that it is in violation of Rule 33 of the Federal Rules of Civil Procedure which states that a party may serve on any other party no more than 25 written interrogatories.

Notwithstanding the objection, I suffered economic damages because I was induced by the false representations of USAT Officials that I was able to obtain a medical education in Puerto Rico in order to take the USMLE. Based on those false representations, I paid USAT student tuition and fees. I paid approximately twenty-one thousand seventy-five dollars ($21,075.00) to USAT for a fraudulent education where I was cheated and wasted my time. I would not have incurred in this payment of approximately twenty-one thousand seventy-five dollars ($21,075.00), if I had knowledge that USAT was not authorized to operate a medical school in Puerto Rico.

I suffered emotional damages when I found out that USAT was not authorized to operate a medical school in Puerto Rico. I received professional help from a psychologist to deal with my depression and anxiety.

The Plaintiff reserves the right to supplement or amend this Response to the Interrogatory, in order to include any other newly discovered evidence.

Pursuant to 28 U.S.C. Sec. 1746, I state, under penalty of perjury, that after reviewing the foregoing answers with my attorney, who assisted me with the translation of the English Questions and my Spanish Answers to English, the foregoing answers are true and correct.

In San Juan, Puerto Rico, on this ___ day of May, 2023.

_____
SUJEIL PEÑA TORRES

70

**I HEREBY CERTIFY** that on this same date a true copy of this Answer to First Set of Interrogatories and Request for Production of Documents has been sent to Defendants' counsels.

In San Juan, Puerto Rico, on this ___ day of May, 2023.

/S/VICTOR M. RIVERA-RIOS
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE
SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
Mobile: (787) 565-3477
E-Mail: victorriverarios@rcrtrblaw.com
        info.vrr@rcrtrblaw.com

Fwd: USAT

Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:48 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

📎 5 archivos adjuntos (5 MB)
Brochure USAT.pdf; Brochure II USAT.pdf; Application Checklist.pdf; USAT PR Fee Schedule.pdf; Enrollment Agreement.pdf;

Sent from my iPhone

Begin forwarded message:

> **From:** Daniela Cabrera <daniela.cabrera@usat.edu>
> **Date:** July 8, 2017 at 1:35:41 PM ADT
> **To:** sujeilpt@gmail.com, sujeilpt@live.com
> **Subject: USAT**
>
> Buenas Tardes,
>
> Adjunto información de la escuela, fee schedule y enrollment agreement los mismos forman parte de los requisitos para aplicar.
>
> -El fee schedule hay que firmarlo y poner la fecha en la parte de abajo.
>
> -El enrollment agreement poner iniciales en las paginas y llenar la información en la ultima pagina.
>
> Cualquier duda me deja saber
>
> Welcome Aboard!!!🏁
> --
>
> Dr. Daniela A. Cabrera Pujadas
>
> Clinical Coordinator- Student Affairs Of Puerto Rico
> University of Science, Arts and Technology (USAT)

# *University of Science Arts & Technology*

*4288 Youngfield St.*
*Wheat Ridge, CO 80033*
*303.371.0252*
*www.usat.edu*

## Application Checklist:

- Apply online at  https://usat.maestrosis.com/FECreateAccount.aspx

- Background Check

- Resume

- Letter of recommendation #1

- Letter of recommendation #2

- Enrollment Agreement

- Fee schedule

- Official Transcripts from previous schools (can accept unofficial for acceptance review but we will need officials within the first 6 weeks after starting the program)

   **Please note that without all the items above submitted applications will not be reviewed for acceptance**

Our prestigious, accredited, U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professinoal (HCP) to Medical Doctor (MD) bridge program. We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

Our educational philosophy is founded on well-established traditional, and "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise.

USAT was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became IMED listed the same year. We Are now the fastest growing School in the Caricom, and possess the largest HCP to MD bridge program. We are listed by the ECFMG in the top 100 MD schools worldwide in 2013.



## Contact Details and Admissions:

Dr. Manuel Jose Ortiz Bustillo

Dean of Clinical Sciences

And Student Affairs

**Puerto Rico Information Office:**

University of Science, Arts

& Technology,

College of Medicine

P.O. Box 364363

San Juan, PR 00936-4363

Telephone:

787-450-5845

787-679-1583

Email:

manuel.ortizbustillo@usat.edu

University of Science, Arts & Technology, College of Medicine

---

Start, Continue or Finish Your Professional Journey at U.S.A.T.!





## Application Checklist

- Apply online at:

  https://usat.maestrosis.com/FECreateAccount.aspx

- Background Check

- Resume

- Letter of Recommendation #1 and #2

- Enrollment Agreement

- Fee Schedule

- Official Transcripts from previous schools (can accept unofficial for acceptance review bet we will need officials within the first 6 weeks after starting the program)

** Please note that without all the items above submitted applications will not be reviewed for acceptance.



## MD Program Curriculum

**Semester I 20 Credits:** Includes Gross Anatomy lecture, Functional Anatomy Lab, Medical Embryology, Histology, Introduction to Human Nutrition, Medical Physics, and Free Elective.

**Semester II min 20 Credits:** Includes Medical Physiology I, Medical Biochemistry I, Intro Cell Biology, Medical Imaging I, Neurosciences, Medical Biostatistics for the USMLE, and free elective

**Semester III min 20 Credits:** Includes Advanced Physiology & Pathophysiology, Microbiology I, II, Pharmacology

**Semester IV min 18 credits:** Includes additional modules in microbiology & Infectious Diseases, Pathology & Pathophysiology, Pharmacology II and III, Medical Ethics, Physical Diagnosis, Basic Cardiac Life Support [BCLS], and free electives as desired

**Semester V min 12 credits:** Includes Introduction to Clinical Medicine, Advanced Cardiac Life Support, Epidemiology, Public Health, & Preventive Medicine, Toxicology & Medical Practice, and free electives as desired.

**Semester VI min 12 credits:** Intensive Basic Sciences Preparatory Course

**Core Clinical Specialties:** 50 weeks in duration, may be completed in any sequence. The designated specialty or substantial equivalent, and may be completed in any hospital or clinical environment approved by USAT.
General Medicine / Family Medicine, minimum 4 weeks
Internal Medicine, minimum 12 weeks
General Surgery, minimum 12 weeks
Emergency Medicine or Urgent Care, minimum 4 weeks
Obstetrics & Gynecology, minimum 6 weeks
Pediatrics, minimum 6 weeks
General Psychiatry, minimum 6 weeks

**Elective Clinical Specialties:** 30 weeks minimum.
Note: Clinical Electives may be completed in virtually any area of medicine as practiced by physicians [MD or DO] physicians.
Recommended Clinical Electives: [recommended 2 to 4 weeks each, minimum 30 weeks total
Dermatology, 4 weeks
Cardiology, 4 weeks
Radiology, 2 to 4 weeks
Orthopedics, 2 to 4 weeks
Ophthalmology, ENT, 2 to 4 weeks

Free Electives, any additional clinical specialties including but not limited to Pathology, Hematology & Oncology, Rheumatology, Tropical Medicine, Physical Medicine, Acupuncture & Pain Management, Clinical Nutrition, Allergy & Infectious Diseases, Integrative Medicine, Plastic & Reconstructive Surgery.



## Our Accreditations

Accreditation Service for International Schools, Colleges, and Universities (ASIC)

USAT is included in the International Medical Education Directory (IMED)

The Foundation for Advancement of International Medical Education and Research (FAIMER - IMED)

Educational Commission for Foreign Medical Graduates (ECFMG)

AAHEA (American Association for Higher Education and Accreditation)

The World Federation for Medical Education (WFME) CAPER Listing





## Examinations Rankings

Graduates are qualified to Do the application for the USA Medical Licensing Examination

Graduates are qualified to make application to residency training programs in the USA & Abroad

Pass Rate At First Attempt Usmle Step 1: 93%*
Pass Rate On Usmle Step 1 CK (First Attempt) 98%
Pass Rate On Usmle Step II CS (First Attempt) 99%*



University
of
Science Arts
and
Technology

College of Medicine

Puerto Rico

## Join Our Family

Ave. Barbosa, San Juan, PR

(787) 450-5845/ (787) 679-1583

www.USAT.edu



# Our Standards

We believe in the pursuit of excellence in education, research, patient care, community service with integrity, ethical behavior and respect for everyone. We value humanism and compassion for all people without distinction of age, race, sex, national origin, belief, or ethnicity. We are committed to working cooperatively and collaboratively with our students, teachers, staff, and community who make invaluable contributions to our institution and the development of our mission and vision every single day of their lives



**Start, Continue or Finish Your Professional Journey at U.S.A.T !**

## Mission

To provide Medical Graduate study programs presented in a humanistic manner that embraces high standards of excellence and professionalism. We believe these attributes are necessary to train the "Leaders of Tomorrow"

## Vision

Our educational philosophy is founded on well-established traditional, & "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professional (HCP) to Medical Doctor (MD) bridge program.

We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

# 2017 University of Science, Arts and Technology
## LECTURE CONFERENCE SCHEDULE

| 2017 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19M | 20M | 21M | 22M | 23L | 24L | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | | |
| FEB | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9T | 10T | 11T | 12T | 13 | 14 | 15 | 16M | 17M | 18M | 19M | 20 | 21 | 22 | 23D | 24D | 25D | 26D | 27 | 28 | | | | | | |
| MAR | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16M | 17M | 18M | 19M | 20L | 21L | 22 | 23D | 24D | 25D | 26D | 27 | 28 | 29 | 30 | 31 | | | |
| APR | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | *20M | *21M | *22M | *23M | 24 | 25 | 26 | 27D | 28D | 29D | 30D | |
| MAY | | 1 | 2 | 3 | 4T | 5T | 6T | 7T | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18M | 19M | 20M | 21M | 22L | 23L | 24 | 25D | 26D | 27D | 28D | 29 | 30 | 31 | | | | | |
| JUN | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8T | 9T | 10T | 11T | 12 | 13 | 14 | 15M | 16M | 17M | 18M | 19 | 20 | 21 | 22 | 23D | 24D | 25D | 26 | 27 | 28 | 29 | 30 | | | |
| JUL | | | | | | | 1 | 2 | 3 | 4 | 5 | 6T | 7T | 8T | 9T | 10 | 11 | 12 | 13M | 14M | 15M | 16M | 17L | 18L | 19 | 20D | 21D | 22D | 23D | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| AUG | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10T | 11T | 12T | 13T | 14 | 15 | 16 | 17M | 18M | 19M | 20M | 21 | 22 | 23 | 24D | 25D | 26D | 27D | 28 | 29 | 30 | 31 | | | | |
| SEP | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14M | 15M | 16M | 17M | 18L | 19L | 20 | 21D | 22D | 23D | 24D | 25 | 26 | 27 | 28 | 29 | 30 | | |
| OCT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12T | 13T | 14T | 15T | 16 | 17 | 18 | 19M | 20M | 21M | 22M | 23 | 24 | 25 | 26D | 27D | 28D | 29D | 30 | 31 | | | | | | |
| NOV | | | | 1 | 2T | 3T | 4T | 5T | 6 | 7 | 8 | 9M | 10M | 11M | 12M | 13L | 14L | 15 | 16D | 17D | 18D | 19D | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | | |
| DEC | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7T | 8T | 9T | 10T | 11 | 12 | 13 | 14M | 15M | 16M | 17M | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

TAMPA   BALTIMORE/MIAMI   DALLAS

**MUST SIGN-UP PRIOR FOR ANATOMY LAB**   **GRADUATION IN MIAMI**

**Tampa, Florida Location = T**
Hilton Westshore Tampa Airport Hotel
2225 N. Lois Avenue
Tampa, FL 33607
Reservations: (813) 877-6688

**Miami, FL Location = M**
The Hilton Garden Miami Airport Hotel West Doral
3550 NW 74th Avenue
Miami, FL 33122
Reservation: (305) 629-7701

**Baltimore, MD Location = M**
DoubleTree by Hilton Baltimore – BWI Airport
890 Elkridge Landing Rd,
Linthicum Heights, MD 21090
Reservation: (410) 859-8400

**Dallas/Ft Worth Location = D**
Four Points by Sheraton
1580 Point West Blvd
Coppell, TX 75019
Reservation: (469) 702-6311

*April 20-23 in MIAMI ONLY the lecture will be held at the Homewood Suites next door all four days. Reservations: 305-629-7831*

**Class times are: Thursday 1pm to 6pm/ Friday 9am to 6pm/ Saturday 8am to 6pm (testing from 9-10)/ Sunday 8am to 6pm**

# 2018 University of Science, Arts and Technology
## LECTURE CONFERENCE SCHEDULE

| 2018 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11t | 12t | 13t | 14t | 15 | 16 | 17 | 18m | 19m | 20m | 21m | 22l | 23l | 24 | 25d | 26d | 27d | 28d | 29 | 30 | 31 |  |  |  |  |  |
| Feb |  |  |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19 | 20 | 21 | 22d | 23d | 24d | 25d | 26 | 27 | 28 |  |  |  |  |  |
| Mar |  |  |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19l | 20l | 21 | 22d | 23d | 24d | 25d | 26 | 27 | 28 | 29 | 30 | 31 |  |  |
| Apr | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19M | 20m | 21m | 22m | 23 | 24 | 25d | 26d | 27d | 28d | 29 | 30 |  |  |  |  |  |  |  |
| May |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10t | 11t | 12t | 13t | 14 | 15 | 16 | 17m | 18m | 19m | 20m | 21l | 22l | 23 | 24d | 25d | 26d | 27d | 28 | 29 | 30 | 31 |  |  |  |  |
| Jun |  |  |  |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7t | 8t | 9t | 10t | 11 | 12 | 13 | 14m | 15m | 16m | 17m | 18 | 19 | 20 | 21 | 22d | 23d | 24d | 25 | 26 | 27 | 28 | 29 | 30 |  |  |
| Jul | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19m | 20m | 21m | 22m | 23l | 24l | 25 | 26d | 27d | 28d | 29d | 30 | 31 |  |  |  |  |  |  |
| Aug |  |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9t | 10t | 11t | 12t | 13 | 14 | 15 | 16m | 17m | 18m | 19m | 20 | 21 | 22 | 23d | 24d | 25d | 26d | 27 | 28 | 29 | 30 | 31 |  |  |  |
| Sep |  |  |  |  |  |  | 1 | 2 | 3 | 4 | 5 | 6t | 7t | 8t | 9t | 10 | 11 | 12 | 13m | 14m | 15m | 16m | 17l | 18l | 19 | 20d | 21d | 22d | 23d | 24 | 25 | 26 | 27 | 28 | 29 | 30 |  |
| Oct |  | 1 | 2 | 3 | 4t | 5t | 6t | 7t | 8 | 9 | 10 | 11m | 12m | 13m | 14m | 15 | 16 | 17 | 18d | 19d | 20d | 21d | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |  |  |  |  |  |
| Nov |  |  |  |  | 1t | 2t | 3t | 4t | 5 | 6 | 7 | 8m | 9m | 10m | 11m | 12l | 13l | 14 | 15d | 16d | 17d | 18d | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |  |  |  |
| Dec |  |  |  |  |  | Nov 30t | 1t | 2t | 3 | 4 | 5 | 6m | 7m | 8m | 9m | 10 | 11 | 12 | 13 | 14d | 15d | 16d | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**MUST SIGN-UP AND PREPAY FOR ANATOMY LAB**

TAMPA   MIAMI   DALLAS

*GRADUATION IN MIAMI*

**Tampa, FL Location = t**
DoubleTree Tampa Airport Westshore
4500 West Cypress Street
Tampa, FL 33607
Reservations: 813-879-4800

**Miami, FL Location = m**
Hilton Garden Miami Airport West Doral
3550 NW 74th Avenue
Miami, FL 33122
Reservations: 305-629-7701

**Dallas, TX Location = d**
Hilton Garden DFW North
205 W. State Hwy 114
Grapevine, TX 76051
Reservations: 817-421-1172

**The Tampa site in January will be at the Hilton Westshore 2225 N. Lois Ave (813)877-6688 **

Class times are: Thursday 1300 - 1800 / Friday 0900 - 1800 / Saturday 0800 - 1800 (testing from 0900-1000) / Sunday 0800 - 1800



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**

P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

Sujeil Peña Torres
Urb. Venus Gardens Calle Peliux 771
San Juan, PR 00926

July 11, 2017

Re: Admission to the MD Program

Dear Sujeil Peña;

Congratulations, on behalf of the admissions committee I am pleased to advise of you of your admission to the MD program at the University of Science, Arts and Technology. This is typically a 4-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been admitted with a projected 14 terms to graduation.

The tuition for the USAT PR MD program is currently USD $5,400 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995), Anatomy Lab fee (USD $600/lab), a Technology fee (USD $95 p/term), and a Graduation fee of (USD $900). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT PR Admissions Department, PO Box 364363. San Juan, PR USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
Cc: Dr. Konyk

*The University of Science, Arts& Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability, or religion in its programs, activities, or employment practices.*



**USAT**
MONTSERRAT

*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free: 866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs.

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

*[The first three on the list must be paid in order to receive an ID Badge from the University]*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: Sujeil Peña Torres

Signature: _____     Date: 7/10/2017

Located in Beautiful Montserrat, the "Emerald Isle of the Caribbean"
Registered in the USA (FL NO700601004) & Montserrat (C of N 17-2003). USAT has been formally listed by
The International Medical Education Directory (IMED/FAIMER) and others.
An Equal Opportunity Employer, Excellence and Professionalism in Medical Education ©2003-2012 USAT

Scanned by CamScanner

# ÜSAT
## MONTSERRAT



*View from Montserrat*

# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free:  866-596-9577

U.S. Information Office: 3442 Ash Street, Denver, CO 80207 Local
Phone: 303-371-6252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** |
| One-Time Matriculation | $600.00** |
| Medical Student Malpractice Insurance | $895.00** |
| Tuition per Semester | $4,900.00 |
| Anatomy Lab Fee | $500.00 (per lab experience) |
| Technology Fee | $250.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $500.00 |

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

### ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.

Printed Name: *Aujul Peña Jones*

Signature: _____   Date: 7/10/2017

*Located in Beautiful Montserrat, the "Emerald Isle of the Caribbean"*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003)  USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education  © 2003-2012 USAT*

**Scanned by CamScanner**



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Peña Torres, Sujeil                    Student ID: 1010
Sept-Dec. 2018

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | Intro to Clinicals | | | | Organ System III | |
| 9:00-10:00am | ll | | Organ System III | | ll | |
| 10:00-11:00am | ll | | ll | | ll | |
| 11:00-12:00md | ll | | ll | | ll | |
| 12:00-1:00pm | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* | *LUNCH* |
| 1:00-2:00pm | Intro to Clinical/Lab | Psychology | ACN | | Intro to Clinicals | |
| 2:00-3:00pm | ll | ll | ll | | ll | |
| 3:00-4:00pm | | | | | ll | |
| 4:00-5:00pm | | | | | ll | |
| 5:00-6:00pm | | | | | | |
| 6:00-7:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME |
|---|---|---|---|---|
| ICM 600 | 001 | Introduction to Clinical Medicine | 205 | M 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine Lab | 205 | M 1:00pm-3:00pm |
| BHS 600 | 001 | Psychology | 204 | T 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | W 9:00am-12:00md |
| GPS 602 | 001 | Advanced Clinical Nutrition | 204 | W 1:00pm-3:00pm |
| ORG 602 | 001 | Organ Systems III | 205 | K 8:00am-12:00md |
| ICM 600 | 001 | Introduction to Clinical Medicine | 204 | F 1:00pm-5:00pm |

Student: _____

Date: _____

Date: _____





# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: <u>Peña Torres, Sujeil M.</u>                    Student ID: <u>PR-03-17-1010</u>
May-August 2018  Fourth Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | Org. Systems | | Org. Systems | PHS | | |
| 9:00-10:00am | Org. Systems | | Org. Systems | PHS | | |
| 10:00-11:00am | Org. Systems | | Org. Systems | PHS | | |
| 11:00-12:00md | Org. Systems | | Org. Systems | PHS | | |
| 12:00-1:00pm | *Lunch* | | *Lunch* | *Lunch* | | |
| 1:00-2:00pm | Clinical Skills | | | Psychopatho | | |
| 2:00-3:00pm | Clinical Skills | | | Psychopatho | | |
| 3:00-4:00pm | Clinical Skills | | | Psychopatho | | |
| 4:00-5:00pm | | | | | | |
| 5:00-6:00pm | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME | |
|---|---|---|---|---|---|
| ORG 600 | 001 | Organ Systems I | 205 | M<br>W | 8:00-12:00md<br>8:00-12:00md |
| CKS 600 | 001 | Clinical Skills | 204 | M | 1:00-4:00pm |
| PHS 601 | 001 | Public Health Sciences | 204 | T | 8:00-12:00md |
| BHS 601 | 001 | Psychopathology | 204 | T | 1:00-4:00pm |

Student: _____

Processed By: _____          Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Peña Torres, Sujeil M.
Jan-Apr. 2018  Third Term

Student ID: PR-03-17-1010

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | Org. Systems | | Org. Systems | Pharmacology | Org. Systems | |
| 9:00-10:00am | Org. Systems | Biochemistry | Org. Systems | Pharmacology | Org. Systems | |
| 10:00-11:00am | Org. Systems | Biochemistry | Org. Systems | Pharmacology | Org. Systems | |
| 11:00-12:00md | Org. Systems | Gen. Pathology | Org. Systems | Pharmacology | Org. Systems | |
| 12:00-1:00pm | | Gen. Pathology | *Lunch* | *Lunch* | *Lunch* | |
| 1:00-2:00pm | | *Lunch* | Med. Ethics | | Med. Ethics | |
| 2:00-3:00pm | | Immunology | Med. Ethics | | Med. Ethics | |
| 3:00-4:00pm | | Immunology | Med. Ethics | | | |
| 4:00-5:00pm | | Biochemistry | TTS-II | | | |
| 5:00-6:00pm | | Biochemistry | | | | |
| 6:00-7:00 | | | | | | |
| 7:00-8:00 | | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME | |
|---|---|---|---|---|---|
| ORG 509 | 001 | Organ Systems X | 205 205 | M W F | 8:00-12:00md 8:00-12:00md 8:00-12:00md |
| GPS 507 | 001 | General Principles II (Biochemistry) | 204 | K | 9:00-11:00am 4:00-6:00pm |
| GPS 507 | 001 | General Principles II (Immunology) | 205 | K | 2:00-4:00pm |
| BSC 563 | 001 | Pharmacology | 205 | T | 8:00-12:00md |
| BHS 514 | 001 | Medical Ethics & Professionalism Skills | 205 | W F | 1:00-4:00pm 1:00-3:00pm |
| CSC 508 | 001 | Test Taking Strategies II | 205 | W | 4:00-5:00pm |

Student: _____

Processed By: _____    Date: 7/22/2018



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: <u>Peña Torres, Sujeil M.</u>          Student ID: <u>PR-03-17-1010</u>
Aug-Dec. 2017    First Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 9:00-10:00am | Microbiology | Physiology | Physiology | Microbiology | Neuroanatomy | |
| 10:00-11:00am | Microbiology | Physiology | Physiology | Microbiology | Neuroanatomy | |
| 11:00-12:00md | | Physiology | Physiology | Microbiology | Neuroanatomy | |
| 12:00-1:00pm | | | | | | |
| 1:00-2:00pm | | Molecular Bio | | Embryology | | |
| 2:00-3:00pm | | Molecular Bio | | Embryology | | |
| 3:00-4:00pm | | Genetics | Med. Imaging | Gross Anatomy | Histology | |
| 4:00-5:00pm | | Genetics | Med. Imaging | Gross Anatomy | Histology | |
| 5:00-6:00pm | TTS | TTS | TTS | TTS | TTS | |

| COURSE # | SEC # | COURSE TITLE | CRED | RM # | DAY/TIME |
|---|---|---|---|---|---|
| BSC 501 | 001 | Human Body Structure – (Embryology) | 2 | 203 | T    1:00-3:00pm |
| BSC 501 | 001 | Human Body Structure – (Gross Anatomy) | 2 | 203 | T    3:00-5:00pm |
| GPS 502 | 001 | General Principles I – (Micro/Immuno) | 5 | 203 | K    9:00-11:00am<br>T    9:00-12:00md |
| BSC 501 | 001 | Human Body Structure – (Medical Img) | 1 | 203 | W    3:00-5:00pm |
| GPS 502 | 001 | General Principles I – (Physiology) | 6 | 203 | K-W 9:00-12:00md |
| CSC 503 | 001 | Clinical Test Taking Strategies | 1 | 203 | M-F 5:00-6:00pm |
| GPS 502 | 001 | General Principles I – (Molecular Biology) | 3 | 203 | K    1:00-3:00pm |
| GPS 502 | 001 | General Principles I – (Genetics) | 3 | 203 | K    3:00-5:00pm |
| BSC 501 | 001 | Human Body Structure – (Neuroanatomy) | 2 | 203 | F    9:00-12:00md |
| BSC 501 | 001 | Human Body Structure – (Histology) | 2 | 203 | F    3:00-5:00pm |

Student: _____

Processed By: _____    Date: 11/16/2017

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

University of Science, Art and Technology (USAT)
4288 Youngfield Street,
Wheat Ridge, CO 80033

9590 9402 4633 8323 7357 51

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
2/-/

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

Gmail - Please note Re: I want to make my payment    https://mail.google.com/mail/u/0?ik=03de6f1749&view=pt&sear

 Gmail

Sujeil Pena <sujeilpt@gmail.com>

---

## Please Note Re: I want to make my payment

4 mensajes

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>    20 de febrero de 2019, 10:05
Para: sujeilpt@gmail.com

This is an automated response:
For students requesting a letter of graduation please note that I am
not authorized to send this unless your tuition is paid in full.
Please contact Carla Konyk in finance for more information.

Sincerely,
Mary

--

\*Mary D. Hickling / Registrar M-Z\*
\*University of Science, Arts & Technology, Montserrat\*
\*registrar2@usat.edu <registrar2@usat.edu>\*

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>    20 de febrero de 2019, 11:51
Para: sujeilpt@gmail.com

This is an automated response:
For students requesting a letter of graduation please note that I am
not authorized to send this unless your tuition is paid in full.
Please contact Carla Konyk in finance for more information.
Also,

We at USAT hereby acknowledge the recent email from ECFMG regarding
transfer credits/courses after 2018. Information told to school
officials seems to have been incorrect.

We are still committed to doing all we can to facilitate transfers of
USAT students to other recommended medical programs.
We will continue to provide information and options to help our
students move forward.
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>    25 de febrero de 2019, 16:07
Para: sujeil.pena@usat.edu

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>    25 de febrero de 2019, 16:07

Case 3:19-cv-01707-WGY    Document 152-46    Filed 07/27/23    Page 96 of 230

Para: sujeil.pena@usat.edu


Sent from my iPhone

Begin forwarded message:

**From:** "Mary Hickling - Registrar (M-Z)" <registrar2@usat edu>
**Date:** February 20, 2019 at 10:05:55 AM AST
**To:** sujeilpt@gmail com
**Subject: Please Note Re: I want to make my payment**


[El texto citado está oculto]

 Gmail

Sujeil Pena <sujeilpt@gmail.com>

## Payment Evidence

6 mensajes

**Sujeil Pena** <sujeilpt@gmail.com>                                  20 de febrero de 2019, 19:54
Para: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>, registrar2@usat.edu, o.tulp@usat.edu, drorientulp@usat.edu, admissions@usat.edu

Hi,

This is the evidence of the payment issued. It will be arriving tomorrow between 8:00 a.m. to 12:00 p.m. Attached is the last statement sent by Dr. Konyk. I appreciate your response and I hope to receive the 3 requested official transcripts and my statement in $0.00 soon.

Thank you.

Sujeil Peña

Evidence of payment:

**4 archivos adjuntos**



image1.jpeg
3567K



**image2.jpeg**
1927K



**image3.jpeg**
2547K

📎 **attachment 1.pdf**
61K

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
Para: Sujeil Pena <sujeilpt@gmail.com>

20 de febrero de 2019, 19:56

Great thank you Sujeil. I will send you 3 official diplomas tomorrow.
Mary
[El texto citado está oculto]
--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

20 de febrero de 2019, 23:51

Thank You so much!!

Sent from my iPhone
[El texto citado está oculto]

---

**carla.konyk** <carla.konyk@gmail.com>
Para: Sujeil Pena <sujeilpt@gmail.com>

21 de febrero de 2019, 10:51

Ok, Sujeil,
If you are spending the money to send the payment by express mail, then why are you also spending money to come to Miami?

f 3

2/25/2019  4:21 PM

Please explain.

Carla

Sent from my Verizon, Samsung Galaxy smartphone

[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: "carla.konyk" <carla.konyk@gmail.com>                21 de febrero de 2019, 13:14
Cc: registrar2@usat.edu, admissions@usat.edu, o.tulp@usat.edu, Carla Konyk <carla.konyk@gmail.com>,
c.konyk@usat.edu

Excuse me?

Are you questioning me in what I spend my money? Because it is what it seems! And I truly believe that it is a lack of respect.

I explained clearly in previous emails, why I urgently need my official transcript. And you made it very clear to me that if I did not have my statement up to date you would not send me my transcript. I complied with you. Now I hope you comply sending me my official transcripts and my statement with balance at $ 0.00.

Thank you.

Sujeil Peña
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: sujeil.pena@usat.edu                                25 de febrero de 2019, 16:06

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

```
========================================
              CUPEY
      369 CALLE SAN CLAUDIO FRNT
              SAN JUAN
                 PR
             00926-9998
             4284770024
02/20/2019    (800)275-8777   2:26 PM
========================================
====================-===================

Product            Sale        Final
Description         Qty         Price

PM Exp 1-Day         1         $25.50
Flat Rate Env
    (Domestic)
    (WHEAT RIDGE, CO  80033)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Date)
    (Thursday 02/21/2019 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE416959825US)
PM Exp               1          $0.00
Insurance
    (Up to $100.00 included)
Return               1          $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909402463383823735751)

Total                          $28.30

Cash                           $28.30

Includes up to $100 insurance
```

The timeliness of service to or from destinations outside the contiguous US may be affected by the limited availability of transportation.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER
(AYÚDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DÉJENOS SABER ACERCA DE SU MÁS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):
https://postalexperience.com/Pos

840-5006-0113-001-00044-64155-02

or scan this code with
your mobile device:
(o escanee este código con
su dispositivo móvil:)



Insurance coverage: The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Certain items are not insurable. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.

customers may submit a refund request by visiting USPS.com. Retail customers refund request either online at USPS.com or at retail locations. Refund requests be submitted no later than 30 days from the date of mailing. Extra Services fees must be submitted no later than 60 days from the date of mailing. Each tracking be submitted once for all applicable refunds. Refund requests for PME or PME must be combined into a single submission.

Thank you for choosing Priority Mail Express service.

Tracking: For USPS Tracking, scan the QR Code below or go to USPS.com or call



EE 416 959 825    Priority Mail Express tracking

LABEL 11-B  JULY 2018    PSN 7690-02-000-9990

```
========================================
              CUPEY
      369 CALLE SAN CLAUDIO FRNT
              SAN JUAN
                 PR
             00926-9998
             4284770024
02/20/2019    (800)275-8777   2:10 PM
========================================
==================-=====================

Product            Sale        Final
Description         Qty         Price

Dom M.O. -                     $250.00
Value
    (Serial#:25377390123)
Dom M.O. Fee                     $1.25

Total                          $251.25

Cash                           $260.00
Change                          ($8.75)
```

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER
(AYÚDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DÉJENOS SABER ACERCA DE SU MÁS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):
https://postalexperience.com/Pos

840-5006-0113-001-00044-63918-01

or scan this code with
your mobile device:
(o escanee este código con
su dispositivo móvil:)



or call (o llame al)
1-800-410-7420.

YOUR OPINION COUNTS
(SU OPINIÓN CUENTA)

Bill #:  840-50060113-1-4463918-1
Clerk:   2



**CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | University of Science Art and Technology (USAT) | KEEP THIS |
| | | | RECEIPT FOR |
| **NOT NEGOTIABLE** | Address | 4288 Youngfield Street Wheat Ridge CO 80033 | YOUR RECORDS |

| Serial Number | | Year, Month, Day | Post Office | Amount | Clerk |
| 25377390123 | | 2019-02-20 | 009260 | $250.00 | 2 |



**USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Statement from University of Science, Arts and Technology (USAT)
1 message

---

**c.konyk@usat.edu** <c.konyk@usat.edu>
To: sujeil.pena@usat.edu

Wed, Feb 20, 2019 at 4:59 AM

Dear Sujeil :

Your statement is attached. Please remit payment at your earliest convenience.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

📄 Statement1_from_USAT_Montserrat_LLC.17492.pdf
    61K

**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge. CO 80033

**Statement**

| Date |
|------|
| 2/19/2019 |

Phone #   727-252-6205     carla.konyk@gmail.com
Fax #      303-399-4106

To:

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

EIN# 46-1491367

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #854010. | -4,000.00 | 59,475.00 |
| 04/30/2018 | PMT #298090. | -400.00 | 59,075.00 |
| 05/16/2018 | PMT #720014. | -5,400.00 | 53,675.00 |
| 05/16/2018 | CREDMEM #3816. | -1,895.00 | 51,780.00 |
| | --- Graduation Charge USD -900.00 | | |
| | --- Insurance Fee. USD -995.00 | | |
| 09/25/2018 | PMT #025940. | -4,900.00 | 46,880.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 39,800.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 600.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |
| 02/17/2019 | CREDMEM #3828. | -350.00 | 250.00 |
| | --- Lab Fee Sept USD -100.00 | | |
| | --- Technology USD -250.00 | | |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | USD 250.00 |

Gmail - I want to make my payment   https://mail.google.com/mail/u/0?ik=05de9f1749&view=pt&searc

 Gmail

Sujeil Pena <sujeilpt@gmail.com>

# I want to make my payment

7 mensajes

---

**Sujeil Pena** <sujeilpt@gmail.com>                                                                19 de febrero de 2019, 12:56
Para: Carla Konyk <carla.konyk@gmail.com>, c.konyk@usat.edu, admissions@usat.edu, registrar2@usat.edu, o.tulp@usat.edu

Hi,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600. Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

*PLEASE I NEED TO KNOW:*

*1- Where do I send payment to.*
*2- The method of payment, can it be money order or certified check?*
*3- How long will it take you to send me official transcript?*
*4- Since I need 3 official transcripts, is there an additional cost for these? If so, how much so that I can include it with payment I will send?*

Can any take 5 minutes of your time and answer me this questions?


Thank you.


Sujeil Peña




📎 **attachment 1.pdf**
147K

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>                          19 de febrero de 2019, 13:06
Para: Sujeil Pena <sujeilpt@gmail.com>
Cc: Carla Konyk <carla.konyk@gmail.com>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>, Admissions Office <admissions@usat.edu>, Orien Tulp <o.tulp@usat.edu>

Hi Sujeil,
Once I get confirmation of your payment I can send you official transcripts. There is no charge for them. What address do you want them sent to?
Mary
[El texto citado está oculto]
--


*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology. Montserrat*

registrar2@usat.edu

---

**Orien Tulp** <o.tulp@usat.edu>
Para: Sujeil Pena <sujeilpt@gmail.com>

19 de febrero de 2019, 22:01

Dear Sujeil,

If there is an overpayment, USAT gives a refund.


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
www.usat.edu
Cell: 727-252-6210


On Tue, Feb 19, 2019 at 9:56 AM Sujeil Pena <sujeilpt@gmail.com> wrote:
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

20 de febrero de 2019, 10:05

Ok. I need *3 official transcript* send to:

*Urb. Venus Gardens C/Peliux #771*
*San Juan, Puerto Rico 00926*

As soon as I make the money order, I will send evidence.




Thank You!




Sujeil Peña


[El texto citado está oculto]

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>
Para: Sujeil Pena <sujeilpt@gmail.com>

20 de febrero de 2019, 11:37

Hi Sujeil,
Is this your address and should I address it to Sujeil Pena?
Thanks,
Mary
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>

20 de febrero de 2019, 11:51

Case 3:19-cv-01707-WGY   Document 152-46   Filed 07/27/23   Page 106 of 230

Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Hi,

Yes! This is my addres and you should be address to Sujeil Peña Torres.

Thank You!

Sujeil Peña

Sent from my iPhone
[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: sujeil.pena@usat.edu

25 de febrero de 2019, 16:07

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

 Gmail

## Doubt about Payment

1 mensaje

**Sujeil Pena** <sujeilpt@gmail.com>                                    19 de febrero de 2019, 7:12
Para: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>
Cc: admissions@usat.edu, registrar2@usat.edu

Dr. Konyk,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600. Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

I need to know:
1- Where do I send payment to.
2- The method of payment, can it be money order or certified check?
3- How long will it take you to send me official transcript?
4- Since I need 3 official transcripts, is there an additional cost for these? If so, how much so that I can include it with payment I will send?

I appreciate your quickly response.

Thank you.


Sujeil Peña

 **USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Invoice 2828 from USAT, Montserrat, LLC.
4 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>
To: sujeil.pena@usat.edu

Mon, Feb 18, 2019 at 4:23 AM

USAT, Montserrat, LLC.

### Invoice
2828

Amount Due: **$500.00**

Dear Sujeil Pena Torres:

Your invoice-2828 for 500.00 is attached. Please remit payment at your earliest convenience.

Thank you.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

View & Pay Invoice

---

📄 **Inv_2828_from_USAT_Montserrat_LLC._17188.pdf**
147K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>
Cc: admissions@usat.edu, registrar2@usat.edu, drorientulp@usat.edu, Orien Tulp <o.tulp@usat.edu>

Mon, Feb 18, 2019 at 11:58 AM

Dr. Konyk,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600. Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

I need to know:
1- Where do I send payment to.
2- The method of payment, can it be money order or certified check?
3- How long will it take you to send me official transcript?
4- Since I need 3 official transcripts, is there an additional cost for these? If so, how much so that I can include it with payment I will send?

I appreciate your quickly response.

Case 3:19-cv-01707-WGY   Document 152-46   Filed 07/27/23   Page 109 of 230

Thank you.


Sujeil Peña
[Quoted text hidden]

                    <Inv_2828_from_USAT_Montserrat_LLC._17188.pdf>


**Orien Tulp** <o.tulp@usat.edu>
To: Sujeil Peña Torres <sujeil.pena@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Mon, Feb 18, 2019 at 12:43 PM

Thank you for the clarification. The check may be sent to USAT, 7583 S. Sourdough Drive, Morrison, CO 80465.


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

[Quoted text hidden]


**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: Orien Tulp <o.tulp@usat.edu>

Mon, Feb 18, 2019 at 12:57 PM

Thank you,

I need to know, how long will it take you to send me official transcript?
And, since I need 3 official transcripts, is there an additional cost for these?  If so, how much so that I can include it with payment I will send?

Sujeil Peña
[Quoted text hidden]

**USAT, Montserrat, LLC.**

| USAT Administration Office |
| 4288 Youngfield Street |
| Wheat Ridge, CO 80033 |

Invoice Date
7/11/2017

Invoice #
2828

**TUITION INVOICE**

**Phone #**    727-252-6205    **Fax #**    303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

......................................................................
**PLEASE PAY**

**THIS AMOUNT**    **See Amount Below**
......................................................................

Have E-Mail? _____

Make checks payable to:    **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and
   indicate change(s) on reverse side.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**

| USAT Administration Office |
| 4288 Youngfield Street |
| Wheat Ridge, CO 80033 |

| Due Date: | Upon Receipt |

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| | *Application Fee* | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | *Matriculation Fee* | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | *Graduation Ch...* | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | *Insurance Fee* | One-Time Fee | 995.00 | 995.00 |
| | *Laboratory* | Dissection Lab   M.A.R.C. (Required) | 600.00 | 600.00 |
| | *Technology Fee.* | One-Time Fee. | 500.00 | 500.00 |
| 12 | *MD Program.* | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to graduation. Thank you.

| **Total** | USD 69,600.00 |
| **Payments/Credits** | USD -69,100.00 |
| **Balance Due** | USD 500.00 |

Billing Inqueries? Call    727-252-6205

 **Gmail**

Sujeil Pena <sujeilpt@gmail.com>

## Payment

5 mensajes

---

**Sujeil Pena** <sujeilpt@gmail.com>
Para: Carla Konyk <carla.konyk@gmail.com>, c.konyk@usat.edu, admissions@usat.edu, registrar2@usat.edu

18 de febrero de 2019, 14:37

Dr. Konyk,

According to the document I signed the laboratory fee is $500 and your invoice indicates $600. Also, the technology fee in document is $250 and your invoice indicates $500. By making those adjustments, the debt would be $250 not $500.

But I really need my transcript urgently so I will proceed to send payment.

I need to know:
1- Where do I send payment to.
2- The method of payment, can it be money order or certified check?
3- How long will it take you to send me official transcript?
4- Since I need 3 official transcripts, is there an additional cost for these? If so, how much so that I can include it with payment I will send?

I appreciate your quickly response.

Thank you.


Sujeil Peña

---

**David Huffman - Admissions (A-L)** <admissions@usat.edu>
Para: Sujeil Pena <sujeilpt@gmail.com>

19 de febrero de 2019, 13:20

Good Morning Sujeil Pena,

I can answer a couple of the questions, but not all of them, you will need to hear back from the Registrar and Finance Dept.

1) If you send it so, it arrives before March 1st it can be sent to 4288 Youngfield Street, Wheat Ridge, CO 80033. However, after that it will need to be sent to: 5400 Ward Road, Building 3 Suite 150, Arvada, CO 80002

2) Yes, you can send it as a money order or certified check. Make it out to USAT, or University of Science, Arts and Technology. Also make sure that in the notes you put that it is to pay off your balance. Please make sure that your address and name are included.

3) Registrar will have to answer this along with Finance Dept., but I do know that neither of them will move forward with your request until Finance Dept. has the money and notified Registrar to clear the release.

4) Registrar and Finance Dept. will have to answer this as I do not know what it is, but do know that there usually is a charge.

I hope that this helps and wish there was more I could do to help. Mary is also aware of the email and should be or may have already sent a response as well.
[El texto citado está oculto]
--

2/25/2019. 4:19 PM

Respectfully,

David Huffman
Director of Admissions
University of Science, Arts and Technology
admissions@usat.edu
303-371-0252  (9am to 2pm MST)

---

**Sujeil Pena** <sujeilpt@gmail.com>                                    20 de febrero de 2019, 10:08
Para: "David Huffman - Admissions (A-L)" <admissions@usat.edu>

Thank you so much for your answer and help. I appreciate that

Sent from my iPhone
[El texto citado está oculto]

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>              21 de febrero de 2019, 14:47
Para: Sujeil Pena <sujeilpt@gmail.com>

hi Sujeil,
Just FYI we receive your FEDEX packet today.
Mary

On Mon, Feb 18, 2019 at 11:37 AM Sujeil Pena <sujeilpt@gmail.com> wrote:
[El texto citado está oculto]

--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

---

**Sujeil Pena** <sujeilpt@gmail.com>                                    25 de febrero de 2019, 16:06
Para: sujeil.pena@usat.edu

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Statement**

| Date |
| --- |
| 2/14/2019 |

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #        303-399-4106

| To: |
| --- |
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | | EIN# 46-1491367 |
| --- | --- | --- |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 04/30/2018 | PMT #298090. | -400.00 | 59,075.00 |
| 05/16/2018 | PMT #720014. | -5,400.00 | 53,675.00 |
| 05/16/2018 | CREDMEM #3816. | -1,895.00 | 51,780.00 |
| | --- Graduation Charge USD -900.00 | | |
| | --- Insurance Fee. USD -995.00 | | |
| 09/25/2018 | PMT #PR CC. | -4,900.00 | 46,880.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 39,800.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 600.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |

Thank you for your payment.

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | USD 600.00 |



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Evidence

4 messages

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Wed, Feb 13, 2019 at 11:37 PM
To: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>, drorientulp@usat.edu, admissions@usat.edu, registrar2@usat.edu, Orien Tulp <o.tulp@usat.edu>

Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**2 attachments**



**image2.jpeg**
88K



**image3.png**
316K

---

**Orien Tulp** <o.tulp@usat.edu>      Thu, Feb 14, 2019 at 12:20 AM
To: Sujeil Peña Torres <sujeil.pena@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Carla, FYI.

Preview attachment image2.jpeg



image2.jpeg
88 KB
Preview attachment image3.png

image3.png

315 KB

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

On Wed, Feb 13, 2019 at 8:37 PM Sujeii Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**Carla Konyk** <carla.konyk@gmail.com>          Thu, Feb 14, 2019 at 2:45 AM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Sujeil,
I have made a credit for the grad and ins fees. There is no charge there for the additional degree.
When you look at the statement, you can see all the charges at the top of the statement, then
all the payments you made and then credits we gave you are listed below that.
If all the payments you made are shown then you can see that they were applied to the balance.
If we gave you a credit for something, that amount is also applied to the balance and zeroes out the charge.

I'll send you the updated statement.

*Carla M. Konyk,*
*Vice President, Director of Administration*

---

**University of Science, Arts and Technology (USAT)**
*Office* **303-371-0252**
*Cell* **727-252-6205**

On Wed, Feb 13, 2019 at 8:37 PM Sujeil Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>          Thu, Feb 14, 2019 at 8:24 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

2/14/2019 University of Science Arts and Technology Mail - Statement from University of Science, Arts and Technology (USAT)

Case 3:19-cv-01707-WGY Document 152-46 Filed 07/27/23 Page 116 of 230

 U.S.A.T.
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Statement from University of Science, Arts and Technology (USAT)

5 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>                    Wed, Feb 13, 2019 at 12:39 PM
To: sujeil.pena@usat.edu

Dear Sujeil :

Your statement is attached. Please review this statement and let me know if we have missed any of your payment made.
I'll send you an invoice you can pay online, assuming all is correct.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

---

📎 **Statement1_from_USAT_Montserrat_LLC.15960.pdf**
61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                    Wed, Feb 13, 2019 at 3:41 PM
To: Carla Konyk - Director/Vice President <c.konyk@usat.edu>, Orien Tulp <drorientulp@usat.edu>, Carla Konyk
<carla.konyk@gmail.com>, "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>, "David Huffman - Admissions (A-L)"
<admissions@usat.edu>

Thanks for the statement but I need to clarify the following, I will appreciate your response in each of these questions:

1. Why am I being charged 5,490.00 (is this the tuition fee?) cause according to document I signed it states tuition fee as 4,900.00?
2. Why do you only reflect 4 payments on my behalf when I made 6 payments. The 2 payments missing are:

   Payment of $400.00 on 4/30/18

   Payment of 5,400.00 on 5/16/2018

3. Why is there a credit of 12 @ 590.00 and another one of 8 @ 4,900.00. where does the 590.00 and 4,900 come from?

I really need for you to explain this statement to me in detail. Because according to all the receipts I have and the USAT Fee Schedule document I signed with Daniela Cabrera and Dr. Manuel Bustillo on July 10. 2017 I paid everything and therefore there shouldn't be no amount due. So, I don't understand why the statement reflects an amount due of 8,295.00.

Also, the medical student malpractice insurance ($895.00), graduation fee ($900.00) and additional fee per degree ($500.00) I don't have to pay for those since I never requested graduation, nor title, nor rotations.

With this email I include once more the evidence of payments and the document of fees I signed.

Please I ask you kindly once again to clarify and adjust this statement so that it shows that I do not owe anything, and you can send me my transcript. I urgently need my official transcript. As I have said before not only my future is at stake here but also my daughter's roof and stability.

Thank you.

[Quoted text hidden]

---

**2 attachments**

**USAT FEE PICTURE.jpg**
2812K



📄 **Payments of USAT.pdf**
500K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: Me <sujeilpt@gmail.com>

Wed, Feb 13, 2019 at 4:03 PM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

**2 attachments**



**USAT FEE PICTURE.jpg**
2812K

📄 **Payments of USAT.pdf**
500K

---

**Orien Tulp** <o.tulp@usat.edu>
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Thu, Feb 14, 2019 at 12:40 AM

i believe Dr Konyk went back to your admission letter and made the adjustments.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Thu, Feb 14, 2019 at 8:24 AM

Sent from my iPhone

Begin forwarded message:

**USAT, Montserrat, LLC.**

**Statement**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Date |
| --- |
| 2/13/2019 |

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #        303-399-4106

To:

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | | | EIN# 46-1491367 |
| --- | --- | --- | --- |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 09/25/2018 | PMT #PR CC. | -4,900.00 | 54,575.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 47,495.00 |
| | --- MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 8,295.00 |
| | --- MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 8,295.00 | USD 8,295.00 |

Case 3:19-cv-01707-WGY    Document 152-46    Filed 07/27/23    Page 119 of 230



Sujeil Peña Torres <sujeil.pena@usat.edu>

This is Lifelong Learning

---

## Statement from University of Science, Arts and Technology (USAT)

2 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>                Wed, Feb 13, 2019 at 6:00 PM
To: sujeil.pena@usat.edu

Dear Sujeil:

Your statement is attached. Please remit payment at your earliest convenience.
Please look at the two credit memos sent to you so that you can see what they were for.
I can't find evidence of your payments from 4-30-18 and 5-16-18f.
Do you have a receipt or other proof you can send?


Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

---

📄 **Statement1_from_USAT_Montserrat_LLC.19436.pdf**
    61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                Wed, Feb 13, 2019 at 8:20 PM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com


Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

📄 **Statement1_from_USAT_Montserrat_LLC.19436.pdf**
    61K

---

 Gmail

**Sujeil Pena <sujeilpt@gmail.com>**

## I really appreciate your help

6 mensajes

---

**Sujeil Pena** <sujeilpt@gmail.com>                                 12 de febrero de 2019, 17:09
Para: Carla Konyk <carla.konyk@gmail.com>, carla.konyk@usat.edu, drorientulp@usat.edu

Good afternoon,

I hope you are fine. I know that you have been working hard with all the situations that USAT has been going through, and I know that this situation has affected us all. I am writing to you, because I am very worried and sad because I have sent several emails requesting my official transcription and I have not received an answer. I really need my transcript to continue studying. I have already lost a full year and I also lost this semester because all the medical schools to which I have applied have requested my official transcript. As a result of this situation, other important things have become complicated in my life. I have not been able to get a job and since I cannot present evidence that I am studying, I'm going to lose my house. I have a 12-year-old daughter who is totally dependent on me. As I wrote earlier, I know that this has also affected you, but I have no fault that USAT Puerto Rico has closed and is going through this whole situation. I really need to continue with my studies. Please do not let my life fall apart and my career be paralyzed by a transcript. In previous emails I sent you evidence that I do not owe anything and my payments are up to date. I paid everything completely with a lot of sacrifice. I have tried to stay calm, be positive and not get depressed but I cannot anymore. It's been several months since I got the news that USAT Puerto Rico was going to close and I'm still standing here without being able to do anything and everything for me gets more and more complicated. I need my official transcript to continue my career and move forward. I am 32 years old and have a daughter who depends on me. I cannot keep wasting time. I ask you to please understand my situation and send me my official transcript to Urb. Venus Gardens, C / Peliux # 771 San Juan, PR 00926. I feel desperate and very depressed with all this situation that I am going through since November. This is really hard and emotionally exhausting.

I appreciate all the help you can give me.


Sujeil Peña

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                  12 de febrero de 2019, 17:09
Para: sujeilpt@gmail.com




## No se ha encontrado la dirección

Tu mensaje no se ha entregado a **carla.konyk@usat.edu**
porque no se ha encontrado la dirección o esta no puede recibir correo.

MÁS INFORMACIÓN

La respuesta fue:

The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https //support.google.com/mail/?p=NoSuchUser 207sor2861849ybe.66 - gsmtp

Final-Recipient: rfc822; carla.konyk@usat.edu
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser 207sor2861849ybe.66 - gsmtp
Last-Attempt-Date: Tue, 12 Feb 2019 13:09:08 -0800 (PST)

---------- Mensaje reenviado ----------
From: Sujeil Pena <sujeilpt@gmail.com>
To: Carla Konyk <carla.konyk@gmail.com>, carla.konyk@usat.edu, drorientulp@usat.edu
Cc:
Bcc:
Date: Tue, 12 Feb 2019 17:09:05 -0400
Subject: I really appreciate your help
Good afternoon,

I hope you are fine. I know that you have been working hard with all the situations that USAT has been going through, and I know that this situation has affected us all. I am writing to you, because I am very worried and sad because I have sent several emails requesting my official transcription and I have not received an answer. I really need my transcript to continue studying. I have already lost a full year and I also lost this semester because all the medical schools to which I have applied have requested my official transcript. As a result of this situation, other important things have become complicated in my life. I have not been able to get a job and since I cannot present evidence that I am studying, I'm going to lose my house. I have a 12-year-old daughter who is totally dependent on me. As I wrote earlier, I know that this has also affected you, but I have no fault that USAT Puerto Rico has closed and is going through this whole situation. I really need to continue with my studies. Please do not let my life fall apart and my career be paralyzed by a transcript. In previous emails I sent you e
----- Message truncated -----

Orien Tulp <o.tulp@usat.edu>
Para: Sujeil Pena <sujeilpt@gmail.com>

12 de febrero de 2019, 20:23

Dear Sujeil,

Thank you for the email. I am saddened to learn of your story, but we are doing all we can to resolve this issue. The ECFMG isue was a shock to us, as we had no warning whatsoever. We operated for over 15 years without a single blemish or issue from the ECFMG, then were falsely accused by someone who was representing someone who was actually a student at another school, and not an active USAT student at any time.

Our new school in the Virgin Islands will be opening hopefully within days, it has been licensed for over 6 months, and we are just patiently waiting for the students to enrol and start operations there, so that the WDOMS listing can be completed. It is now pending.

WE also did not know the PR director was planning to close our school site. That caught us completely off guard. We have not heard from him since sometime in mid to late November and have been unable to locate him.

Please dont dispair, we are not going away and USAT is not closing any time soon.


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
www.usat.edu
Cell: 727-252-6210

[El texto citado está oculto]

---

Sujeil Pena <sujeilpt@gmail.com>                                                                                     13 de febrero de 2019, 12:14
Para: Orien Tulp <o.tulp@usat.edu>, Carla Konyk <carla.konyk@gmail.com>, c.konyk@usat.edu,
registrar2@usat.edu, admissions@usat.edu

Thanks for the info. I hope you can resolve your situation with the ECFMG and in the new university you do well. As you know, I am no longer a USAT student. And the only thing that I want is that you send me my official transcript. I need it as soon as possible to be able to continue my studies, not lose my house and not waste any more time. This situation has brought my daughter and me many complications on a personal, physical and emotional level. As I mentioned in the previous email, I sent evidence that my payments were always up-to-date, so I do not owe you any money. Please, I really need this transcript to continue with my studies and solve my housing. I will never recover The year and a half I have lost. I can only continue and start again, but for this I need my official transcript. Do not let my life fall apart and my career be paralyzed by a document that you can send me by mail. I joined USAT because I trusted your institution and Dr. Bustillo. I am asking you not to defraud me now when I most need your help and do not let things continue to complicate my life. If I need to pay for my transcript, I can send a money order, a check or even send the stamps. But please do not let the days go by and I still cannot solve anything because I do not have my official transcript.


I appreciate all the help you can give me and please respond this email indicating when will you send me my transcript.


Thank you.


Sujeil Peña

[El texto citado está oculto]

---

**Carla Konyk** <carla.konyk@gmail.com>                    13 de febrero de 2019, 12:45
Responder a: c.konyk@usat.edu
Para: Sujeil Pena <sujeilpt@gmail.com>

Dear Sujeil,
Thank you for your kind email.
I'have adjusted your invoice based on the credits we gave for the reduction of the cost for each semester and then for the reduction of the number of semesters.
Please if you know of any other payments that are not listed, please let me know and I will get them recorded.

Thank you.

Carla
*Carla M. Konyk,*
*Vice President, Director of Administration*

---

University of Science, Arts and Technology (USAT)
*Office* **303-371-0252**
*Cell* **727-252-6205**

[El texto citado está oculto]

---

**Sujeil Pena** <sujeilpt@gmail.com>                    25 de febrero de 2019, 16:09
Para: sujeil.pena@usat.edu

Sent from my iPhone

Begin forwarded message:

[El texto citado está oculto]

USAT, Montserrat, LLC.

# Credit Memo

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| | | | |
|---|---|---|---|
| Phone # | 727-252-6205 | carla.konyk@gmail.com | |
| Fax # | 303-399-4106 | www.usat.edu | |

| Date | Credit No. |
|---|---|
| 1/17/2019 | 3715 |

| Customer |
|---|
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

| P.O. No. | Project |
|---|---|
| | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| The student should have been charged $4,900.00 per semester. | -12 | 590.00 | -7,080.00 |

| | |
|---|---|
| Total | USD -7,080.00 |
| Invoices | USD 7,080.00 |
| **Balance Credit** | USD 0.00 |



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

# Credit Memo 3716 from University of Science, Arts and Technology (USAT)

3 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>      Wed, Feb 13, 2019 at 5:56 PM
To: sujeil.pena@usat.edu

Dear Sujeil Pena Torres :

Your credit memo is included in a separate attachment. We have reduced your account balance by the amount shown on the credit memo.

📄 **Cr_Memo_3716_from_USAT_Montserrat_LLC._19436.pdf**
   25K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Wed, Feb 13, 2019 at 8:19 PM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Cr_Memo_3716_from_USAT_Montserrat_LLC._19436.pdf**
   25K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Wed, Feb 13, 2019 at 8:19 PM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

> **From:** <c.konyk@usat.edu>
> **Date:** February 13, 2019 at 5:56:48 PM AST
> **To:** <sujeil.pena@usat.edu>
> **Subject: Credit Memo 3716 from University of Science, Arts and Technology (USAT)**
>
> Dear Sujeil Pena Torres :
>
> Your credit memo is included in a separate attachment. We have reduced your account balance by the amount shown on the credit memo.

📄 **Cr_Memo_3716_from_USAT_Montserrat_LLC._19436.pdf**
   25K

USAT, Montserrat, LLC.

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #      303-399-4106        www.usat.edu

# Credit Memo

| Date | Credit No. |
|------|-----------|
| 1/17/2019 | 3716 |

| Customer |
|----------|
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

| P.O. No. | Project |
|----------|---------|
|          |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
|             | -8  | 4,900.00 | -39,200.00 |

| | |
|---|---|
| Total | USD -39,200.00 |
| Invoices | USD 39,200.00 |
| **Balance Credit** | USD 0.00 |

2/14/2019     Universty of Science Arts and Technology Mail - USAT Admissions - Email regarding clarification about statement/balance

Case 3:19-cv-01707-WGY    Document 152-46    Filed 07/27/23    Page 127 of 230



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## USAT Admissions - Email regarding clarification about statement/balance
2 messages

---

**David Huffman - Admissions (A-L)** <admissions@usat.edu>          Wed, Feb 13, 2019 at 4:05 PM
To: sujeil.pena@usat.edu

Good Afternoon Sujeil,

I (David) received your email (in Admissions), and see that it was sent to others as well. I printed out a copy of the email along with the attachments that you provided and will give the physical documents to Carla.

It is my hope that by receiving the email from you and the physical documents from me that she will responded to your email sooner then later. Wish there was more I could do to help, but I don't have access to any of the financial records.

—

Respectfully,

David Huffman
Director of Admissions
University of Science, Arts and Technology
admissions@usat.edu
303-371-0252 (9am to 2pm MST)

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>          Wed, Feb 13, 2019 at 8:18 PM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**Sujeil Peña Torres <sujeil.pena@usat.edu>**

---

## Thanks
1 message

---

**Sujeil Peña Torres <sujeil.pena@usat.edu>**                    Wed, Feb 13, 2019 at 5:31 PM
To: admissions@usat.edu

Hello David,

I appreciate all the help you can give me. I am in a very difficult situation. That official transcript would solve many of the situations that I am going through and avoid others. I think that what is happening is very unfair because I paid everything I had to pay with a lot of sacrifice. On the other hand, that lost time does not recover. I'm against the clock.

Thank you!

Sujeil Peña

**USAT** *This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

# Evidence
4 messages

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Wed, Feb 13, 2019 at 11:37 PM
To: c.konyk@usat.edu, Carla Konyk <carla.konyk@gmail.com>, drorientulp@usat.edu, admissions@usat.edu, registrar2@usat.edu, Orien Tulp <o.tulp@usat.edu>

Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

2 attachments

**image2.jpeg**
88K

**image3.png**
316K

---

**Orien Tulp** <o.tulp@usat.edu>      Thu, Feb 14, 2019 at 12:20 AM
To: Sujeil Peña Torres <sujeil.pena@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Carla, FYI.

Preview attachment image2.jpeg


image2.jpeg
88 KB
Preview attachment image3.png


image3.png

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
www.usat.edu
Cell: 727-252-6210

On Wed, Feb 13, 2019 at 8:37 PM Sujeil Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

Carla Konyk <carla.konyk@gmail.com>                                      Thu, Feb 14, 2019 at 2:45 AM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Sujeil,
I have made a credit for the grad and ins fees. There is no charge there for the additional degree.
When you look at the statement, you can see all the charges at the top of the statement, then
all the payments you made and then credits we gave you are listed below that.
If all the payments you made are shown then you can see that they were applied to the balance.
If we gave you a credit for something, that amount is also applied to the balance and zeroes out the charge.

I'll send you the updated statement.

Carla M. Konyk,
Vice President, Director of Administration

University of Science, Arts and Technology (USAT)
Office  303-371-0252
Cell  727-252-6205

On Wed, Feb 13, 2019 at 8:37 PM Sujeil Peña Torres <sujeil.pena@usat.edu> wrote:
Here is the evidence of the two payments that yo said are missing in statement. Also, I want to know why does statement still reflects the following fees: grafuation, insurance and the additional fee per degree? Those charges do not apply to me since I didn't request these things. And I need to know where the $8,295 amount due coming from.

Evidence:

Sujeil Peña

Sujeil Peña Torres <sujeil.pena@usat.edu>                                 Thu, Feb 14, 2019 at 8:24 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

Case 3:19-cv-01707-WGY    Document 152-46    Filed 07/27/23    Page 131 of 230

 **U S A T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Revised Statement from University of Science, Arts and Technology (USAT)

2 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>             Sat, Jan 26, 2019 at 4:37 AM
To: sujeil.pena@usat.edu

Dear Sujeil :

Your statement is attached. Please remit payment at your earliest convenience.
Good news! I found the missing payment from Sept. 2018.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

---

📄 **Statement1_from_USAT_Montserrat_LLC.33856.pdf**
   61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>           Tue, Jan 29, 2019 at 9:47 AM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Statement1_from_USAT_Montserrat_LLC.33856.pdf**
   61K

**USAT, Montserrat, LLC.**

**Statement**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Date |
| --- |
| 1/25/2019 |

Phone #    727-252-6205    carla.konyk@gmail.com
Fax #      303-399-4106

| To: |
| --- |
| Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926 |

**Please Mail Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
| --- | --- |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | — Application Fee USD 125.00 | | |
| | — Matriculation Fee USD 600.00 | | |
| | — Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 09/25/2018 | PMT #PR CC. | -4,900.00 | 54,575.00 |
| 01/17/2019 | CREDMEM #3715. | -7,080.00 | 47,495.00 |
| | — MD Program, 12 @ USD 590.00 = -7,080.00 | | |
| 01/17/2019 | CREDMEM #3716. | -39,200.00 | 8,295.00 |
| | — MD Program, 8 @ USD 4,900.00 = -39,200.00 | | |

Thank you for your payment.

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 8,295.00 | USD 8,295.00 |

2/14/2019     Universty of Science Arts and Technology Mail - Invoice 2828 from USAT, Montserrat, LLC.

Case 3:19-cv-01707-WGY    Document 152-46     Filed 07/27/23     Page 133 of 230



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

# Invoice 2828 from USAT, Montserrat, LLC.

2 messages

c.konyk@usat.edu <c.konyk@usat.edu>
To: sujeil.pena@usat.edu

Wed, Feb 13, 2019 at 12:42 PM

USAT, Montserrat, LLC.

**Invoice**   *Due 07/11/2017*
2828

Amount Due: **$8,295.00**

Dear Sujeil Pena Torres:

Your invoice-2828 for $8,295.00 is attached. Please remit payment at your earliest convenience.

Thank you for your tuition payment - we appreciate it very much.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

View & Pay Invoice

📄 **Inv_2828_from_USAT_Montserrat_LLC._15960.pdf**
   147K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Wed, Feb 13, 2019 at 8:18 PM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Inv_2828_from_USAT_Montserrat_LLC._15960.pdf**
   147K

**USAT, Montserrat, LLC.**

| | |
|---|---|
| Invoice Date | Invoice # |
| 7/11/2017 | 2828 |

**TUITION INVOICE**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #   727-252-6205    Fax #    303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

**PLEASE PAY**

**THIS AMOUNT**

**See Amount Below**

Make checks payable to:    **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and
indicate change(s) on reverse side.

Have E-Mail? _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Graduation Ch... | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | Insurance Fee | One-Time Fee | 995.00 | 995.00 |
| | Laboratory | Dissection Lab   M.A.R.C. (Required) | 600.00 | 600.00 |
| | Technology Fee. | One-Time Fee. | 500.00 | 500.00 |
| 12 | MD Program. | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to
graduation. Thank you.

| Total | USD 69,600.00 |
|---|---|
| Payments/Credits | USD -61,305.00 |
| Balance Due | USD 8,295.00 |

Billing Inqueries? Call        727-252-6205

2/14/2019　　　　　University of Science Arts and Technology Mail - Invoice 2828 from USAT, Montserrat, LLC.

Case 3:19-cv-01707-WGY　　Document 152-46　　Filed 07/27/23　　Page 135 of 230



**USAT**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Invoice 2828 from USAT, Montserrat, LLC.
2 messages

**c.konyk@usat.edu** <c.konyk@usat.edu>　　　　　　　　　　　　　　Fri, Jan 18, 2019 at 3:21 AM
To: sujeil.pena@usat.edu

USAT Montserrat, LLC.

**Invoice** *Due:07/11/2017*　　　　　Amount Due: **$13,195.00**
2828

Dear Sujeil Pena Torres:

Thank you for your emails.
I have adjusted your invoice to change the amount per semester to $4,900.00
and then changed the amount of semesters to 4.

Your invoice-2828 for $13,195.00 is attached. Please remit payment at your
earliest convenience.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

View & Pay Invoice

📎 **Inv_2828_from_USAT_Montserrat_LLC._22932.pdf**
147K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>　　　　　　　　　　　　Fri, Jan 18, 2019 at 8:45 AM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📎 **Inv_2828_from_USAT_Montserrat_LLC._22932.pdf**
147K

**USAT, Montserrat, LLC.**

| Invoice Date | Invoice # | **TUITION INVOICE** |
|---|---|---|
| 7/11/2017 | 2828 | |

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #   727-252-6205      Fax #   303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

```
: PLEASE PAY                        ┌──────────────────────┐
:                                   │   See Amount Below    │
: THIS AMOUNT                       └──────────────────────┘
```

Have E-Mail? _____

Make checks payable to:   USAT, Montserrat, LLC.

☐ Please check box if address is incorrect or has changed, and
   indicate change(s) on reverse side.

- - - - - - - - - - - - - - - - - - PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT - - - - - - - - - - - - - -

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Graduation Ch... | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | Insurance Fee | One-Time Fee | 995.00 | 995.00 |
| | Laboratory | Dissection Lab   M.A.R.C. (Required) | 600.00 | 600.00 |
| | Technology Fee. | One-Time Fee. | 500.00 | 500.00 |
| 12 | MD Program. | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to
graduation. Thank you.

| Total | USD 69,600.00 |
|---|---|
| **Payments/Credits** | USD -56,405.00 |
| **Balance Due** | USD 13,195.00 |

Billing Inquiries? Call        727-252-6205

U.S.A.T.
This is Lifelong Learning

Sujeil Peña Torres <sujeil.pena@usat.edu>

# Statement from University of Science, Arts and Technology (USAT)

10 messages

**c.konyk@usat.edu** <c.konyk@usat.edu> Fri, Jan 18, 2019 at 3:24 AM
To: sujeil.pena@usat.edu

Dear Sujeil :

Your statement is attached. As you can see, you paid the application fee only one time.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

**Statement1_from_USAT_Montserrat_LLC.22932.pdf**
61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu> Fri, Jan 18, 2019 at 8:46 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

**Statement1_from_USAT_Montserrat_LLC.22932.pdf**
61K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu> Fri, Jan 18, 2019 at 2:52 PM
To: Carla Konyk - Director/Vice President <c.konyk@usat.edu>, Orien Tulp <drorientulp@usat.edu>, Carla Konyk <carla.konyk@gmail.com>
Cc: Karen Baldwin <karen.baldwin@usat.edu>, "David Huffman - Admissions (A-L)" <admissions@usat.edu>, USAT Lectures <lectures@usat.edu>

Mrs. Konyk,

I think you're not understanding me. I DO NOT HAVE ANY DEBT WITH ITS INSTITUTION (USAT). I paid each of the things that I was required to pay during my 4 semesters of medicine in USAT Puerto Rico. As I mentioned in the previous email, I have evidence that proof it. What you are doing is a lack of respect, ethics and fraud. You played and keeps playing with my future, which I WILL NOT ALLOW. I need my correct statement, my 2 official transcripts and drop off from the university. This is the last email I'm going to send asking for the same. If you insist on NOT DOING IT, as I mentioned in the email I sent before, I will do it through my lawyer and I will take this situation to the ultimate consequences.

Sujeil Peña
[Quoted text hidden]

Case 3:19-cv-01707-WGY Document 152-46 Filed 07/27/23 Page 138 of 230

**Carla Konyk** <carla.konyk@gmail.com>                                    Fri, Jan 18, 2019 at 2:55 PM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

*Dear Sujeil,*
*Thank you for your email.*
*If you have made payments that are not listed on the statement,*
*I want know what they are so I can correct them.*
*Please send me the receipts or other proof of payments you have.*
*I will attend to this today for you.*

*Carla Konyk*
*Carla M. Konyk,*
*Vice President, Director of Administration*

**University of Science, Arts and Technology (USAT)**
*Office* **303-371-0252**
*Cell* **727-252-6205**

[Quoted text hidden]

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                            Tue, Jan 22, 2019 at 3:50 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                            Tue, Jan 22, 2019 at 3:52 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> [Quoted text hidden]

[Quoted text hidden]

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                            Tue, Jan 22, 2019 at 3:53 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>

2/14/2019       Universty of Science Arts and Technology Mail - Statement from University of Science, Arts and Technology (USAT)

Case 3:19-cv-01707-WGY   Document 152-46   Filed 07/27/23   Page 139 of 230

[Quoted text hidden]

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>       Tue, Jan 22, 2019 at 3:53 PM
To: matosdejuan@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> [Quoted text hidden]

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>       Wed, Jan 23, 2019 at 6:31 PM
To: Carla Konyk - Director/Vice President <c.konyk@usat.edu>

Payments:

Application Fee
    $125. 00 – paid in July 7, 2017
        Approval Code of Transaction: 242533

Semester September 2017 - December 2017: $4,900.00
Anatomy Lab Fee: $250.00
Technology Fee: $250.00
Matriculation: $600.00
    Total: $6,000.00 – paid in August 2, 2017
        Approval Code of Transaction: 986866

Semester January 2018 – May 2018:
    $4,000.00: paid in January 24, 2018
        Approval Code of Transaction: 854010
    $400.00: paid in April 30, 2018
        Approval Code of Transaction: 298090

Semester May 2018 – September 2018:
    $5,400.00: paid in May 16, 2018
        $4.900.00 – Semester
        $500.00 – Semester of January 2018 – May 2018 that was owed.
        Approval Code of Transaction: 720014

Semester September 2018 – December 2018
    $4,900.00 – paid in September 25, 2018
        Approval Code of Transaction: 025940

The fees belonging to Medical Student Malpractice Insurance ($895.00), Graduation ($900.00) and Degree ($500.00), don't correspond to me to pay it. As you know, I was only 4 semesters in USAT. I paid ALL THE FEES corresponding to the time I was studying at your institution. I hope that with this breakdown you can verify the payments made and send me the two requested transcripts to the address that I wrote in the previous emails.

Sujeil Peña

2/14/2019     University of Science Arts and Technology Mail - Statement from University of Science, Arts and Technology (USAT)

Case 3:19-cv-01707-WGY   Document 152-46   Filed 07/27/23   Page 140 of 230

 Libre de virus. www.avast.com

[Quoted text hidden]

 Libre de virus. www.avast.com

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Tue, Jan 29, 2019 at 9:47 AM

Sent from my iPhone

Begin forwarded message:

> **From:** Carla Konyk <carla.konyk@gmail.com>
> **Date:** January 18, 2019 at 2:55:46 PM AST
> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> [Quoted text hidden]

[Quoted text hidden]

**USAT, Montserrat, LLC.**

**Statement**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| | Date |
|---|---|
| | 1/17/2019 |

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #        303-399-4106

| To: | |
|---|---|
| Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926 | |

**Please Mail  Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
|---|---|

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828.
--- Application Fee USD 125.00
--- Matriculation Fee USD 600.00
--- Graduation Charge USD 900.00
--- Insurance Fee USD 995.00
--- Laboratory USD 600.00
--- Technology Fee. USD 500.00
--- MD Program., 12 @ USD 5,490.00 = 65,880.00 | 69,600.00 | 69,600.00 |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 01/17/2019 | CREDMEM #3715.
--- MD Program, 12 @ USD 590.00 = -7,080.00 | -7,080.00 | 52,395.00 |
| 01/17/2019 | CREDMEM #3716.
--- MD Program, 8 @ USD 4,900.00 = -39,200.00 | -39,200.00 | 13,195.00 |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 13,195.00 | USD 13,195.00 |


USAT
This is Lifelong Learning

Sujeil Peña Torres <sujeil.pena@usat.edu>

___

## USMLE Prep Course Option

2 messages

**USAT Lectures** <lectures@usat.edu>
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Mon, Jan 14, 2019 at 4:32 PM

Dear Students,

### USMLE Prep Course; Step One and Step Two CS:

We are considering offering a USMLE Prep Course for both Step One and Step Two CS at the Puerto Rico site on February 4th through February 8th, 2019 and possibly February, 18th through February 22nd, 2019. Please reply to this email if you are interested in this course, the cost of the week-long course (not for credit) will be $895.00 per person. Students will need to make their own flights, and accommodations. Depending on the response, we may be able to offer more than one session. The minimum number of students needed for a session is ten. More details will follow as soon as ten students have been confirmed for attendance.

Thank you,
USAT Administration

___

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Tue, Jan 29, 2019 at 9:47 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



## Documents
3 messages

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                     Fri, Jan 11, 2019 at 12:16 PM
Cc: Carla Konyk <carla.konyk@gmail.com>

Good afternoon,

My name is SUJEIL MARIE PENA TORRES from USAT Puerto Rico. This is the 5th time that I request the following documents:

- 2 official credit transcripts sent to: Urb. Venus Gardens C / Peliux 771 San Juan, PR 00926

- Financial statement

- Drop off from the university

All my payments was make on date. I tried to request the documents by the Master application but it has been impossible.

I would appreciate a quick response. If I have to pay for the transcripts, please let me know how much is and where I have to send the payment.

Sujeil Peña

---

**Carla Konyk** <carla.konyk@gmail.com>                          Fri, Jan 11, 2019 at 12:26 PM
Reply-To: c.konyk@usat.edu
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Dear Sujeil,
Your invoice has been adjusted to reflect the total number
of semesters you completed. It will be sent you shortly.

Carla
*Carla M. Konyk,*
*Vice President, Director of Administration*

---

University of Science, Arts and Technology (USAT)
*Office*  303-371-0252
*Cell*  727-252-6205

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                     Sat, Jan 12, 2019 at 10:45 AM
To: Me <sujeilpt@gmail.com>, sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

Case 3:19-cv-01707-WGY Document 152-46 Filed 07/27/23 Page 144 of 230

**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Statement from University of Science, Arts and Technology (USAT)
2 messages

| | |
|---|---|
| **c.konyk@usat.edu** <c.konyk@usat.edu><br>To: sujeil.pena@usat.edu | Fri, Jan 11, 2019 at 12:25 PM |

Dear Sujeil :

Your statement is attached. Please remit payment at your earliest convenience.

Thank you for your payment - we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-252-6205

📄 **Statement1_from_USAT_Montserrat_LLC.5620.pdf**
 61K

| | |
|---|---|
| **Sujeil Peña Torres** <sujeil.pena@usat.edu><br>To: sujeilpt@live.com, Me <sujeilpt@gmail.com> | Sat, Jan 12, 2019 at 10:44 AM |

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 **Statement1_from_USAT_Montserrat_LLC.5620.pdf**
 61K

**USAT, Montserrat, LLC.**

Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Statement**

| Date |
| --- |
| 1/11/2019 |

Phone #    727-252-6205        carla.konyk@gmail.com
Fax #        303-399-4106

| To: |
| --- |
| Sujeil Pena Torres<br>Urb. Venus Gardens C. Peliux #771<br>San Juan, PR 00926 |

**Please Mail Payments to:**

**USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033**

| | EIN# 46-1491367 |
| --- | --- |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2016 | Balance forward | | 0.00 |
| 07/11/2017 | INV #2828. | 69,600.00 | 69,600.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 12 @ USD 5,490.00 = 65,880.00 | | |
| 07/11/2017 | PMT #242533. | -125.00 | 69,475.00 |
| 08/02/2017 | PMT #986866. | -6,000.00 | 63,475.00 |
| 01/24/2018 | PMT #CC PR. | -4,000.00 | 59,475.00 |
| 01/11/2019 | CREDMEM #3684. | -32,940.00 | 26,535.00 |
| | --- MD Program., 6 @ USD 5,490.00 = -32,940.00 | | |

**Thank you for your payment.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 26,535.00 | USD 26,535.00 |

Case 3:19-cv-01707-WGY     Document 152-46     Filed 07/27/23     Page 146 of 230

 **USAT**

*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Invoice 2828 from University of Science, Arts and Technology (USAT)

2 messages

---

**c.konyk@usat.edu** <c.konyk@usat.edu>          Fri, Jan 11, 2019 at 12:26 PM
To: sujeil.pena@usat.edu

USAT, Montserrat, LLC.

**Invoice**   Due:07/11/2017         Amount Due: **$26,535.00**
2828

Dear Sujeil Pena Torres :

Your invoice is attached. Please remit payment at your earliest convenience.

Thank you for your payment- we appreciate it very much.

Sincerely,

University of Science, Arts and Technology (USAT)
727-388-2687

View & Pay Invoice

---

📄 **Inv_2828_from_USAT_Montserrat_LLC._5620.pdf**
147K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>          Sat, Jan 12, 2019 at 10:45 AM
To: sujeilpt@live.com, Me <sujeilpt@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

📄 **Inv_2828_from_USAT_Montserrat_LLC._5620.pdf**
147K

---

**USAT, Montserrat, LLC.**

| | |
|---|---|
| Invoice Date | Invoice # |
| 7/11/2017 | 2828 |

**TUITION INVOICE**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

Phone #  727-252-6205     Fax #   303-399-4106

**Bill To:**

Sujeil Pena Torres
Urb. Venus Gardens C. Peliux #771
San Juan, PR 00926

```
: PLEASE PAY                         [ See Amount Below ]
: THIS AMOUNT
```

Make checks payable to:     USAT, Montserrat, LLC.

☐ Please check box if address is incorrect or has changed, and     Have E-Mail? _____
indicate change(s) on reverse side.

---- PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT ----

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Application Fee | One-time, Non-refundable Fee. | 125.00 | 125.00 |
| | Matriculation Fee | Matriculation Fee. Non-refundable one time fee. | 600.00 | 600.00 |
| | Graduation Ch... | Graduation Ceremony and Awards Dinner | 900.00 | 900.00 |
| | Insurance Fee | One-Time Fee | 995.00 | 995.00 |
| | Laboratory | Dissection Lab   M.A.R.C. (Required) | 600.00 | 600.00 |
| | Technology Fee. | One-Time Fee. | 500.00 | 500.00 |
| 12 | MD Program. | Total number of Semesters. | 5,490.00 | 65,880.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to
graduation. Thank you.

| Total | USD 69,600.00 |
|---|---|
| Payments/Credits | USD -43,065.00 |
| Balance Due | USD 26,535.00 |

Billing Inqueries? Call        727-252-6205


## U.S.A.T
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## VISITAS A OFICINAS ADMINISTRATIVAS
1 message

---

**Info Puerto Rico** <infopr@usat.edu>        Tue, Dec 11, 2018 at 8:44 PM
To: "Maria I. Alvarez" <maria.i.alvarez@usat.edu>, Georgianna Asencio <georgianna.asencio@usat.edu>, Ivanette Caraballo <ivanette.caraballo@usat.edu>, Nemesis Cardona <nemesis.cardona@usat.edu>, Leenethsy Crespo <lee.crespo@usat.edu>, Keyshla Cruz <keyshla.cruz@usat.edu>, Jose De Leon <jose.deleon@usat.edu>, Jimnellys Diaz <jimnellys.diaz@usat.edu>, Andrae Echevarria <andrae.echevarria@usat.edu>, Dempsey Garcia <dempsey.garcia@usat.edu>, Ashley Ann Gordils <ashley.gordils@usat.edu>, Dagmary Groennou <dagmary.groennou@usat.edu>, Adriana Hernandez <adriana.hernandez@usat.edu>, Hillary Manso <hillary.manso@usat.edu>, Yahaira Morales <yahaira.morales@usat.edu>, Dorimar Nazario <dorimar.nazario@usat.edu>, Nilza Negron <nilza.negron@usat.edu>, John Pablos <john.pablos@usat.edu>, Neyshkalisse Perez <neyshka.perez@usat.edu>, Vanessa Ramos <vanessa.ramos@usat.edu>, Hiroshi Rivera <hiroshi.rivera@usat.edu>, Carlos Rodriguez <carlos.rodriguez@usat.edu>, Heidi Rosas <heidi.rosas@usat.edu>, Rocio Santana <rocio.santana@usat.edu>, Elsa Santiago <elsa.santiago@usat.edu>, Saul Alvarado <saul.alvarado@usat.edu>, Jaime Arroyave <jaime.arroyave@usat.edu>, Javier Camacho <javier.camacho@usat.edu>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, Israel Ferrer <israel.ferrer@usat.edu>, Joffre Gomez <joffre.gomez@usat.edu>, Kenny Nieves <kenny.nieves@usat.edu>, Zabdiel Nieves <zabdiel.nieves@usat.edu>, Jose Nigaglioni <jose.nigaglioni@usat.edu>, Keishla Ocasio <keishla.ocasio@usat.edu>, Cesar Roman <cesar.roman@usat.edu>, Jonathan Serrano <jonathan.serrano@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, John Galarza Crespo <john.galarzacrespo@usat.edu>, "Catalina C. Jiménez Cortes" <catalina.jimenezcortes@usat.edu>, Lucero Rodriguez <lucero.rodriguez@usat.edu>, Loraima Rosado <loraima.rosado@usat.edu>, Yaima Barrabi <yaima.barrabi@usat.edu>, Daniela Cabrera <d.cabrera@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Viana Cabrera <viana.cabrera@usat.edu>, Ray Cabrera <ray.cabrera@usat.edu>, Esteban Caraballo Santos <esteban.caraballo@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Waldo Muñiz Irizarry <waldo.muniz@usat.edu>, Waldemar Muniz Quinones <waldemar.muniz@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, José Pérez <jose.perez@usat.edu>, Paola Prosper <paola.prosper@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, Mario Rojas <mario.rojas@usat.edu>, Neshenie Rodríguez <neshenie.rodriguez@usat.edu>, Lisa Torres <lisa.torres@usat.edu>, Dayna Sorrentini Carlo <dayna.sorrentini@usat.edu>, Wendoly Vazquez <wendoly.vazquez@usat.edu>, "Luis G. De Jesús III" <luis.dejesus@usat.edu>, Jesus Rosado <jesus.rosado@usat.edu>
Cc: Yanire Bustillo <prregistrar@usat.edu>

Se corrige el asunto en el email.

Buenas tardes:

Les informamos que durante las siguientes semanas las Oficinas Administrativas estarán cerradas al público.

Estamos trabajando con el reporte de notas, para que la Registradora Mary Hickling pueda tener las transcripciones de crédito oficiales a más tardar el 20 de diciembre.

De tener alguna situación relacionada con el área financiera, deberán comunicarse por correo electrónico con Carla Konyk (c.konyk@usat.edu) o llamar al 303-371-0252.

Toda solicitud de baja debe ser enviada mediante correo electrónico a David Huffman (admissions@usat.edu).

Esperamos la acostumbrada cooperación de todos y nos mantendremos en contacto via correo electrónico.

Gracias,

*Office of the Dean & Director*

---

## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112



Sujeil Peña Torres <sujeil.pena@usat.edu>

## CONVOCATORIA A REUNIÓN NO OFICIAL e INFORMAL CON EL DECANO
4 messages

**Info Puerto Rico** <infopr@usat.edu>　　　　　　　　　　　　　　Fri, Nov 16, 2018 at 11:29 AM
To: Paola Prosper <paola.prosper@usat.edu>, "Jose E. Blasco Jusino" <jose.blasco@usat.edu>, Sujeil Peña Torres <sujeil.pena@usat.edu>, Yeilinette Cintrón González <yeilinette.cintron@usat.edu>, Lenianne Ramírez <lenianne.ramirez@usat.edu>, David Pagán Maldonado <david.pagan@usat.edu>, Francheska Pabón <francheska.pabon@usat.edu>, Wendoly Vazquez <wendoly.vazquez@usat.edu>
Cc: "Dr. J Santiago" <j.santiago@usat.edu>, Yanire Bustillo <prregistrar@usat.edu>, USAT Puerto Rico <manuel.ortizbustillo@usat.edu>

Buenos días:

Luego de haber recibido información de que un grupo de estudiantes está exigiendo reunirse con la Administración en el día de hoy o de realizar algún tipo de manifestación en las facilidades y aun cuando el propio Decano desconocía sobre el tema; se tomó la decision de tomar unos 20 minutos de su cargada agenda actual para recibirles en el salón de Facultad, a las 5:30pm. Esto dependerá de que no surja cancelación de su vuelo en la tarde de hoy.

Se les instruye a que solamente se atenderá al grupo aquí convocado y no se aceptará ningún tipo de conducta inapropiada, o se dará por terminada la conversación. Cualquier tipo de manifestación adversa, afectará negativamente los resultados de estas conversaciones de tipo informal. Recordemos que toda comunicación efectiva, logra grandes éxitos.

Esperando la cooperación de todos para que se acaten las instrucciones en esta comunicación.

Cordialmente,


df on behalf of,

--
**Manuel J. Ortiz Bustillo, MD**

**Associate Dean of Clinical Sciences**



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu



**229B6C6CDCAA4FA08F4F0D90A4A1F7E9.png**
29K



Sujeil Peña Torres <sujeil.pena@usat.edu>

# Financial Statements
3 messages

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: carla.konyk@usat.edu

Thu, Nov 15, 2018 at 1:04 PM

Good afternoon Ms. Konyk. Im sending you this email asking for a statement of my payments through this whole year.

Thank you


Sujeil Peña

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: sujeil.pena@usat.edu

Thu, Nov 15, 2018 at 1:04 PM



## Address not found

Your message wasn't delivered to **carla.konyk@usat.edu** because the address couldn't be found, or is unable to receive mail.


LEARN MORE

The response was:

```
The email account that you tried to reach does not exist. Please try double-checking the recipient's email
address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser
t206sor15395432vsc.9 - gsmtp
```

Final-Recipient: rfc822; carla.konyk@usat.edu
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser t206sor15395432vsc.9 - gsmtp
Last-Attempt-Date: Thu, 15 Nov 2018 09:04:03 -0800 (PST)


---------- Forwarded message ----------
From: "Sujeil Peña Torres" <sujeil.pena@usat.edu>
To: carla.konyk@usat.edu
Cc:
Bcc:
Date: Thu, 15 Nov 2018 13:04:00 -0400
Subject: Financial Statements
Good afternoon Ms. Konyk. Im sending you this email asking for a statement of my payments through this whole year.

Thank you

Sujeil Peña

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Mon, Dec 10, 2018 at 11:49 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## RECIBOS
6 messages

---

**Info Puerto Rico** <infopr@usat.edu>                         Wed, Nov 14, 2018 at 2:41 PM
To: Sujeil Peña Torres <sujeil.pena@usat.edu>

Buenas tardes:

Según solicitado, incluyo copia de los recibos de pago que has realizado hasta el presente.

Saludos,
df

*Office of the Dean & Director*


## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu

---

2 attachments



**229B6C6CDCAA4FA08F4F0D90A4A1F7E9.png**
29K

🗐 **Peña, Sujeil - Payments.pdf**
497K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                  Wed, Nov 14, 2018 at 5:55 PM
To: Info Puerto Rico <infopr@usat.edu>

Gracias mil!

Sent from my iPhone
[Quoted text hidden]

        <Peña, Sujeil - Payments.pdf>

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                  Thu, Nov 15, 2018 at 1:04 PM
To: sujeilpt@live.com

Case 3:19-cv-01707-WGY Document 152-46 Filed 07/27/23 Page 153 of 230

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 Peña, Sujeil - Payments.pdf
497K

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Mon, Dec 10, 2018 at 11:36 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

> **From:** Sujeil Peña Torres <sujeil.pena@usat.edu>
> **Date:** November 15, 2018 at 1:04:29 PM AST
> **To:** sujeilpt@live.com
> **Subject: Fwd: RECIBOS**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Info Puerto Rico <infopr@usat.edu>
>> **Date:** November 14, 2018 at 2:41:55 PM AST
>> **To:** Sujeil Peña Torres <sujeil.pena@usat.edu>
>> **Subject: RECIBOS**
>>
>> Buenas tardes:
>>
>> Según solicitado, incluyo copia de los recibos de pago que has realizado hasta el presente.
>>
>> Saludos,
>> df
>>
>> *Office of the Dean & Director*

# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or (787) 300-2112

www.usat.edu

---

**2 attachments**

UNIVERSITY OF SCIENCE
2412 ASH ST
DENVER CO 802070000

27 11 2017                          12:26:03
Merchant ID              000000003143424
Terminal ID                        06544366
267539451885

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXXX0694
INVOICE                         2590003
Batch #                          000259
Approval Code.                   242533
Entry Method:                    Manual
Mode                             Online

SALE AMOUNT                      $125.00

CC auth form
Sujeil Pena Torry
application fee

MERCHANT COPY

```
                USAT
          4288 YOUNGFIELD ST.
         WHEAT RIDGE, CO 80033
              303-371-0252
08/02/2017                    11:22:15
MID: XXXXXXXXXXXX597    TID: XXXXX787
              CREDIT CARD
               VISA SALE
Card #                 XXXXXXXXXXXX7244
SEQ #:                              2
Batch #:                            2
Trans #:                            2
Approval Code:                 986866
TRANS ID:            287214624870482
Entry Method:                  Swiped
Mode:                          Online

SALE AMOUNT            $6000.00

X  _____
        JOSE R PENA-FIGUEROA
             THANK YOU

           MERCHANT COPY
```

Sujeil Peña Torres

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

01/24/2018                          08:48:09

CREDIT CARD

VISA SALE

Card #                    XXXXXXXXXXXX0694
SEQ #:                                  16
Batch #:                                 2
Trans #:                                16
Approval Code:                      854010
TRANS ID:                   308024529312814
Entry Method:                       Manual
Mode:                               Online
Avs Code:                                G
Card Code:                               M

# SALE AMOUNT          $4000.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

04/30/2018                    14:52:02
CREDIT CARD

VISA SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX0694 |
| SEQ #: | 3 |
| Batch #: | 2 |
| Trans #: | 3 |
| Approval Code: | 298090 |
| TRANS ID: | 588120746148338 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | G |

## SALE AMOUNT              $400.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

05/16/2018                     06:58:30

CREDIT CARD

VISA SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX0694 |
| SEQ #: | 2 |
| Batch #: | 0 |
| Trans #: | 2 |
| Approval Code: | 720014 |
| TRANS ID: | 388136461715767 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | G |

## SALE AMOUNT          $5400.00

THANK YOU

CUSTOMER COPY

```
            USAT
      4288 YOUNGFIELD ST.
     WHEAT RIDGE, CO 80033
         303-371-0252
09/25/2018              12:12:23
MID: XXXXXXXXXXXX597   TID: XXXXX787

         CREDIT CARD
          MC SALE
Card #             XXXXXXXXXXXX6812
SEQ #:                           2
Batch #:                         1
Trans #:                         2
Approval Code:              025940
TRANS ID:           MDSI01D7V0925
Entry Method:              Manual
Mode:                      Online
Avs Code:                        Y


SALE AMOUNT        $4900.00

X
       THANK YOU

      MERCHANT COPY
```

```
            USAT
      4288 YOUNGFIELD ST.
     WHEAT RIDGE, CO 80033
         303-371-0252
09/25/2018              12:12:23
         CREDIT CARD
          MC SALE
Card #             XXXXXXXXXXXX6812
SEQ #:                           2
Batch #:                         1
Trans #:                         2
Approval Code:              025940
TRANS ID:           MDSI01D7V0925
Entry Method:              Manual
Mode:                      Online
Avs Code:                        Y


SALE AMOUNT        $4900.00


          THANK YOU

        CUSTOMER COPY
```



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

---

## Ecfmg update
2 messages

---

**USAT Lectures** <lectures@usat.edu>
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Fri, Nov 2, 2018 at 2:08 PM

Dear students,

USAT has heard that some students are being asked to provide additional information to ECFMG above and beyond the affidavit. If you are one of these students we ask that you please not send them any additional information at this time. We ask you to instead please send an email to Carla Konyk at c.konyk@usat.edu with the title "ecfmg additional information". She would like to refer you to work directly with USAT's counsel individually. Our attorney will get to all of you either today or over the weekend.

Thank you,
USAT Administration
lectures@usat.edu
303.371.0252

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Mon, Dec 10, 2018 at 11:31 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## Ecfmg update
2 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>                    Fri, Nov 2, 2018 at 2:07 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear students,

USAT has heard that some students are being asked to provide additional information to ECFMG above and beyond the affidavit. If you are one of these students we ask that you please not send them any additional information at this time. We ask you to instead please send an email to Carla Konyk at c.konyk@usat.edu with the title "ecfmg additional information". She would like to refer you to work directly with USAT's counsel individually. Our attorney will get to all of you either today or over the weekend.

Thank you,
USAT Administration
University of Science Arts & Technology
lectures@usat.edu
303.371.0252

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                    Mon, Dec 10, 2018 at 11:31 AM
To: sujeilpt@live.com


Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## ECFMG 2nd Affidavit Request

2 messages

Karen Baldwin <karen.baldwin@usat.edu>                         Thu, Oct 18, 2018 at 10:39 AM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students,

USAT has become aware of the 2nd affidavit request sent by the ECFMG. We are having counsel review the document and will provide you with more information by early next week. We ask that you please await further information before submitting this 2nd affidavit. We are pleased to tell you that as of today, we have verified that several students have received email confirmations and restored access to ECFMG services, after their affidavits were reviewed.

USAT thanks you for your continued patience and understanding at this time.

USAT Administration
303.371.0252

Sujeil Peña Torres <sujeil.pena@usat.edu>                   Mon, Dec 10, 2018 at 11:26 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## USAT Conference Call Invitations

2 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>                    Mon, Sep 24, 2018 at 11:02 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students and Graduates,

USAT would like to invite you to join the first of two conference calls, one that will take place tomorrow, September 25th, from 4pm-5pm eastern time and another that will take place on September 26th, from 4pm-5pm eastern time, please see below to determine which call applies to you. During this call we hope to answer some of the questions we know you have as well as provide you with more information. We ask that if you have additional questions during the call to please email them to Carla Konyk at c.konyk@usat.edu.

We are holding this first conference call for those students that have received the affadavit from ECFMG.

We ask that those students who have not received the affidavit to please join the conference call the following day, September 26th, at 4pm eastern time in order to better accommodate all students.

Please see below for the call instructions:
Dial in number: 712.432.3900
Participant ID: 585537#

Thank you,
USAT Administration

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>                    Mon, Dec 10, 2018 at 11:16 AM
To: sujeilpt@live.com


Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## USAT Conference Call Invitations

2 messages

---

**USAT Lectures** <lectures@usat.edu>      Mon, Sep 24, 2018 at 11:02 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students and Graduates,

USAT would like to invite you to join the first of two conference calls, one that will take place tomorrow, September 25th, from 4pm-5pm eastern time and another that will take place on September 26th, from 4pm-5pm eastern time, please see below to determine which call applies to you. During this call we hope to answer some of the questions we know you have as well as provide you with more information. We ask that if you have additional questions during the call to please email them to Carla Konyk at c.konyk@usat.edu.

We are holding this first conference call for those students that have received the affadavit from ECFMG.

We ask that those students who have not received the affidavit to please join the conference call the following day, September 26th, at 4pm eastern time in order to better accommodate all students.

Please see below for the call instructions:
Dial in number: 712.432.3900
Participant ID: 585537#

Thank you,
USAT Administration

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>      Mon, Dec 10, 2018 at 11:16 AM
To: sujeilpt@live.com

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

## ECFMG - USAT update

3 messages

---

**Karen Baldwin** <karen.baldwin@usat.edu>      Tue, Sep 18, 2018 at 5:04 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Please see the message below from Dr. Tulp.

Dear Students,

USAT thanks you in advance for your patience in this matter. We are currently still researching the request from the ECFMG in regards to the affidavit. We are consulting experts in this area in order to move forward in helping you to complete the affidavit. Please trust that we are only taking this extra time because we have your best interests in mind. Please try to refrain from contacting Dr. Tulp as he is working diligently on this and is taken away from doing so by the numerous calls, emails and texts he is receiving.

It is our goal to provide you with updated information by the end of the week.

Thank you again,

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

---

**Karen Baldwin** <karen.baldwin@usat.edu>      Fri, Sep 21, 2018 at 6:11 PM
Reply-To: karen.baldwin@usat.edu
Bcc: oldgmail@usat.edu

Dear Students,

Please see the updated information in regards ECFMG from Dr. Tulp below.

Dear Students,

ECFMG is questioning our delivery of the basic sciences because some students didn't attend on Montserrat due to past volcanic activity on Montserrat. As you may know, there is a provision in the USAT license that does not require students to be on Island because of natural disasters like the volcano for safety reasons. Accordingly, many USAT lectures are delivered via a live, interactive webinar platform, a widely accepted blended instructional format which we have been using for many years without incident or comment from the ECFMG.

We will now begin offering the Basic Science portion of our program at our campus on Montserrat as early as October 1, 2018 and at our new British Virgin Islands campus as soon as January, 2019. Our University counsel will be in discussion with the ECFMG next week to allow current students and graduates to continue to take the Step Exams and proceed into the 2019 match.

It is strongly advised that you don't return the affidavit forms at this time because this situation is a gray area that still needs to be explored before we submit anything.

Thank you for your patience during this challenging time.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

Thank you,
Karen Baldwin
University of Science Arts & Technology

Case 3:19-cv-01707-WGY    Document 152-46    Filed 07/27/23    Page 166 of 230



**U.S.A.T.**
*This is Lifelong Learning*

Sujeil Peña Torres <sujeil.pena@usat.edu>

# ECFMG - USAT update

3 messages

---

**USAT Lectures** <lectures@usat.edu>       Tue, Sep 18, 2018 at 5:04 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Please see the message below from Dr. Tulp.

Dear Students,

USAT thanks you in advance for your patience in this matter. We are currently still researching the request from the ECFMG in regards to the affidavit. We are consulting experts in this area in order to move forward in helping you to complete the affidavit. Please trust that we are only taking this extra time because we have your best interests in mind. Please try to refrain from contacting Dr. Tulp as he is working diligently on this and is taken away from doing so by the numerous calls, emails and texts he is receiving.

It is our goal to provide you with updated information by the end of the week.

Thank you again,

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

---

**USAT Lectures** <lectures@usat.edu>       Fri, Sep 21, 2018 at 6:11 PM
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Dear Students,

Please see the updated information in regards ECFMG from Dr. Tulp below.

Dear Students,

ECFMG is questioning our delivery of the basic sciences because some students didn't attend on Montserrat due to past volcanic activity on Montserrat. As you may know, there is a provision in the USAT license that does not require students to be on Island because of natural disasters like the volcano for safety reasons. Accordingly, many USAT lectures are delivered via a live, interactive webinar platform, a widely accepted blended instructional format which we have been using for many years without incident or comment from the ECFMG.

We will now begin offering the Basic Science portion of our program at our campus on Montserrat as early as October 1, 2018 and at our new British Virgin Islands campus as soon as January, 2019. Our University counsel will be in discussion with the ECFMG next week to allow current students and graduates to continue to take the Step Exams and proceed into the 2019 match.

It is strongly advised that you don't return the affidavit forms at this time because this situation is a gray area that still needs to be explored before we submit anything.

Thank you for your patience during this challenging time.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*

[Quoted text hidden]

---

**Sujeil Peña Torres** <sujeil.pena@usat.edu>       Mon, Dec 10, 2018 at 11:16 AM
To: sujeilpt@live.com



Sujeil Peña Torres <sujeil.pena@usat.edu>

## Montserrat USMLE Review and Clinicals with Dr. Brown Feb 2018

2 messages

**Karen Baldwin** <karen.baldwin@usat.edu>
Reply-To: Webinars+managers@usat.edu
Bcc: Webinars@usat.edu

Mon, Jan 8, 2018 at 1:21 PM

Dear Students,

There are still a few seats left for the Montserrat Feb 2018 USMLE Step 1 Review with Dr. Brown and as well as clinical rotations. Please see below for details and let me know ASAP if you are interested in attending so we can gather the needed paperwork. If you have any questions please also let me know.

The next USMLE Prep course and clinical rotation has been set to run February 17, 2018 thru March 3, 2018. This is an opportunity for students who have completed the Review of Systems or transferred as a 3rd year medical student to experience the best of Montserrat. Students can complete 30 clinical training hours in Tropical Medicine and/or Family Medicine from 9am-12pm (M-F), then head to campus to enjoy a catered luncheon followed by USMLE Step I prep daily from 1:30pm-6:30pm (M-F) and Saturday from 9am-1pm (58 hours total). Save the evening for enjoying the local amenities that Montserrat offers as the 'Emerald Isle of the Caribbean'. By completing the 30 hours of clinicals on Montserrat you will then be eligible to receive a Diploma in International Medicine.

In order to reserve your space please contact Karen.baldwin@usat.edu by January 19, 2018. You will need to pay the course fee of $800 along with your lodging cost option in full before your space is guaranteed. Please note without making the payment by February 1st you will not be able to attend. You will need a white coat along with a current USAT Student ID and a letter from USAT for immigration in order to be allowed entry to the country.

**BSC 817. USMLE Step I preparation & review**, February 19, 2018 to March 2, 2018 [3 credits]. This course will enable the student to complete that last minute push before taking the required NBME versions 13 and above then followed by Step I. Students must bring a laptop or tablet, capable of receiving and sending information.

**Clinical Rotations: Tropical Medicine and/or Family Medicine**, February 19, 2018 to March 2, 2018. Students will participate in clinical training in a tropical environment for approximately 3-4 hours daily, in one of the various Government run clinics in Montserrat, including Glendon Hospital. For students who prefer another option you are also able to work with Dr. Brown to gain clinical research elective credits with the Harvard Data-verse Project Clerkship.

The tuition for this combined program is only $800, excluding transportation and accommodations for USAT students, $1250 for other interested parties. Off campus lodging is available from February 17, 2018 to March 3, 2018 for $400 for 2 weeks for a double occupancy room or $600 for a single room for 2 weeks (housing is shared with up to 7 other students).

Travel to Montserrat is via the VC Bird International Airport in St Johns, Antigua & Barbuda, airport code ANU. Travel to Montserrat is via a 90 minute ferry: https://discovermni.com/ferry-schedule

Travel by air (prop plane) on Fly Montserrat https://www.flymontserrat.com or
ABM Air Montserrat http://montserrat-flights.com

The Faculty for this course will be Dr. Tony Brown. We will offer High Speed Internet.

As an added bonus your passport will include the Montserrat cloverleaf stamp!

Thank you,
Karen Baldwin
University of Science Arts & Technology
karen.baldwin@usat.edu
303.371.0252

**Sujeil Peña Torres** <sujeil.pena@usat.edu>
To: sujeilpt@live.com

Mon, Dec 10, 2018 at 6:39 AM

Sent from my iPhone

Begin forwarded message:

2/14/2019                                    Correo: Sujeil - Outlook

## Fwd: USAT

Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:48 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

📎 5 archivos adjuntos (5 MB)
Brochure USAT.pdf; Brochure II USAT.pdf; Application Checklist.pdf; USAT PR Fee Schedule.pdf; Enrollment Agreement.pdf;

Sent from my iPhone

Begin forwarded message:

> **From:** Daniela Cabrera <daniela.cabrera@usat.edu>
> **Date:** July 8, 2017 at 1:35:41 PM ADT
> **To:** sujeilpt@gmail.com, sujeilpt@live.com
> **Subject: USAT**

Buenas Tardes,

Adjunto información de la escuela, fee schedule y enrollment agreement los mismos forman parte de los requisitos para aplicar.

-El fee schedule hay que firmarlo y poner la fecha en la parte de abajo.

-El enrollment agreement poner iniciales en las paginas y llenar la información en la ultima pagina.

Cualquier duda me deja saber

Welcome Aboard!!!🏴

--

Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico
University of Science, Arts and Technology (USAT)



Correo: Sujeil - Outlook

Buscar

Responder ∨    Eliminar    Archivo    No deseado ∨    Limpiar    Mover a ∨    Categorizar ∨

## Fwd: USAT LOA

SP    Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:46 AM
Usted ≫

> Peña Torres, Sujeil - LOA.pdf
> 261 KB

Sent from my iPhone

Begin forwarded message:

**From:** Daniela Cabrera <daniela.cabrera@usat.edu>
**Date:** July 12, 2017 at 7:08:56 PM ADT
**To:** sujeilpt@gmail.com
**Subject: USAT LOA**

Buena tardes Sujeil,

Muchisimas felicidades de parte del comité de admisión en ser aceptada al programa de MD de University of Science, Arts and Technology.

Sinceramente,

--

Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico

University of Science, Arts and Technology (USAT)

2/14/2019

Correo: Sujeil - Outlook

17 de septiembre de 2017

Estudiantes USAT PR

Dra. Daniela Cabrera Pujadas

Asuntos Estudiantiles & Coordinadora Ciencias Clínicas

USAT Puerto Rico

### Suspensión de Clases

Debido a las condiciones atmosféricas con el paso de la tormenta tropical y posible huracán María por nuestra isla, nuestro decano de University of Science Arts and Technology (USAT) de Puerto Rico, el Dr. Manuel José Ortiz Bustillo anuncia la suspensión de docencia en su totalidad y de servicios los administrativos que ofrecen nuestras facilidades efectivo, mañana 18 de septiembre del 2017 hasta nuevo aviso.

Se expedirá un comunicado informativo luego del paso del fenómeno atmosférico, indicando la fecha en la que se reanudará la docencia de USAT PR. Les exhortamos tomar todas las medidas de protección pertinentes para usted y los suyos.

Favor confirmar recibo de este correo.

--



Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico
University of Science, Arts and Technology (USAT)
P.O Box 364363, San Juan, PR 00936-4363
Telephone (787) 300-2111 Fax (787) 300-2049
www.usat.edu/www.usatpr.edu

--



Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico
University of Science, Arts and Technology (USAT)
P.O Box 364363, San Juan, PR 00936-4363
Telephone (787) 300-2111 Fax (787) 300-2049



2/14/2019                                        Correo: Sujeil - Outlook

**Fwd: Bienvenida**

SP  Sujeil Pena <sujeilpt@gmail.com>
    Jue 02/14/2019 11:46 AM
    Usted

Sent from my iPhone

Begin forwarded message:

**From:** Daniela Cabrera <daniela.cabrera@usat.edu>
**Date:** September 15, 2017 at 4:35:30 PM ADT
**To:** zahiraalfaro@yahoo.com, Yakeyim@gmail.com, dbji7@hotmail.com, antonio.rc104@gmail.com, Esteban Santos <ecs6193@gmail.com>, Frances Franceschi <franceschifm@yahoo.com>, usatmedicinestudent@gmail.com, Waldemar Muniz <waldemq@hotmail.com>, snegron.pagan@gmail.com, Francheska Marie Pabon Alvarado <Francheska.pabon@upr.edu>, sujeilpt@gmail.com, paola.prosper1@upr.edu, Obed Rivera <obed.j.rivera@gmail.com>, paulette.salas@upr.edu, jp15-0705@unphu.edu.do, neshenie.rodriguez@upr.edu, ycintrong@gmail.com, Lisa Mariel Torres <leiram_1712@hotmail.com>
**Subject:** Bienvenida

Bienvenidos a la gran familia de USAT Puerto Rico;

Lunes 18 de septiembre 2017 a las 8:00 AM, comenzará un nuevo termino escolar. Queremos darle una afectuosa bienvenida a todos de parte de la gran familia de USAT Puerto Rico. Esta nueva etapa de sus vidas se desarrollará al máximo en el campo de la medicina con formación integral, rigurosa y prestigiosa.

Les deseamos a todo un nuevo comienzo de clases lleno de aprendizaje y satisfacción.

Cualquier duda favor de comunicarse al 787-300-2111.

Atentamente

Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator  – Student Affairs Of Puerto Rico
University of Science, Arts and Technology (USAT)

2/14/2019                                          Correo: Sujeil - Outlook

## Fwd. Reanudacion de Clases

Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:48 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

Sent from my iPhone

Begin forwarded message:

**From:** Daniela Cabrera <daniela.cabrera@usat.edu>
**Date:** October 28, 2017 at 11:43:04 AM ADT
**To:** Carlos Perez Naveira <carlos.perez@usat.edu>, Ismael Perez Naveira <ismael.perez@usat.edu>, Alana <alana.pao@hotmail.com>, Conchita Jacobo <con.jacobo@gmail.com>, Yari C Ojeda Alvarado <yari.ojeda@upr.edu>, Jorge Rosa Fuentes <jorge.rosa@usat.edu>, Rosan Nieves Borges <rosan.nieves@usat.edu>, Eduardo Rosado Rodriguez <eduardo.rosado@usat.edu>, Ileana Rivera <ileanarivera315@gmail.com>, Natalia Rivera Ramos <natalia.rivera@usat.edu>, David <dperezagosto@gmail.com>, David Pagan Maldonado <dpaganmaldonado@yahoo.com>, Giselle Perez <gmpc038@gmail.com>, a.paganlugo@gmail.com, ruendy615@hotmail.com, Dayna Sorrentini <dayna.sorrentini@gmail.com>, Eliz Marie Fuentes <elizmarie_22@hotmail.com>, Zahira Alfaro <zahiraalfaro@yahoo.com>, Yaima Barrabi <Yakeyim@gmail.com>, Carlos Gonzalez <carlosandres12@ymail.com>, dbji7@hotmail.com, Ray Cabrera <antonio.rc104@gmail.com>, Esteban Santos <ecs6193@gmail.com>, Francheska Marie Pabon Alvarado <francheska.pabon@upr.edu>, Frances Franceschi <franceschifm@yahoo.com>, Waldemar Muniz <waldemq@hotmail.com>, usatmedicinestudent@gmail.com, Sarah Negrón <snegron.pagan@gmail.com>, Sujeil Pena <sujeilpt@gmail.com>, paola.prosper1@upr.edu, Paulette M Salas Rodriguez <paulette.salas@upr.edu>, JOSE PEREZ CAMACHO <jp15-0705@unphu.edu.do>, Neshenie Rodriguez Arce <neshenie.rodriguez@upr.edu>, Yeilinette Cintron <ycintrong@gmail.com>, Lisa Mariel Torres <leiram_1712@hotmail.com>, platanitoverde_14@hotmail.com, Manuel Ortiz Bustillo <manuel.ortizbustillo@usat.edu>, Hilda Capo <h.capo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, Jose Blasco <jose.e.blasco@gmail.com>, Alice Martínez <alicemartinez.ar@gmail.com>
**Subject: Reanudacion de Clases**

Buenos dias,

Por este medio deseo notificar la reanudacion de clases el proximo 1 de noviembre del 2017, apartir de las 9:00 am. Para mas informacion favor verificar documento adjunto.

Favor, de tener alguna situacion que los impida asistir agradeceremos que se nos informen.

Gracias,

--



Dr. Daniela A. Cabrera Pujadas

2/14/2019



Fwd: Reanudacion de clases

Sujeil Pena <sujeilpt@gmail.com>
Jue 02/14/2019 11:47 AM
Para: sujeilpt@live.com <sujeilpt@live.com>

1 archivos adjuntos (186 KB)
comunicado.pdf;

Sent from my iPhone

Begin forwarded message:

**From:** Daniela Cabrera <daniela.cabrera@usat.edu>
**Date:** October 12, 2017 at 10:44:04 PM ADT
**To:** Carlos Perez Naveira <carlos.perez@usat.edu>, Ismael Perez Naveira <ismael.perez@usat.edu>, Conchita Jacobo <con.jacobo@gmail.com>, yari.ojeda@upr.edu, Jorge Rosa Fuentes <jorge.rosa@usat.edu>, Rosan Nieves Borges <rosan.nieves@usat.edu>, Eduardo Rosado Rodriguez <eduardo.rosado@usat.edu>, Ileana Rivera <ileanarivera315@gmail.com>, Natalia Rivera Ramos <natalia.rivera@usat.edu>, David Perez <dperezagosto@gmail.com>, alana.pao@hotmail.com, Giselle Perez <gmpc038@gmail.com>, a.paganlugo@gmail.com, ruendy615@hotmail.com, Dayna Sorrentini <dayna.sorrentini@gmail.com>, Manuel Ortiz Bustillo <manuel.ortizbustillo@usat.edu>, Hilda Capo <h.capo@usat.edu>, Info Puerto Rico <infopr@usat.edu>, David Pagan Maldonado <dpaganmaldonado@yahoo.com>, carlosandres12@ymail.com, Eliz Marie Fuentes <elizmarie_22@hotmail.com>, Zahira Alfaro <zahiraalfaro@yahoo.com>, Yaima Barrabi <yakeyim@gmail.com>, dbji7@hotmail.com, Ray Cabrera <antonio.rc104@gmail.com>, Esteban Santos <ecs6193@gmail.com>, Frances Franceschi <franceschifm@yahoo.com>, usatmedicinestudent@gmail.com, Waldemar Muniz <waldemq@hotmail.com>, Sarah Negrón <snegron.pagan@gmail.com>, Francheska Marie Pabon Alvarado <francheska.pabon@upr.edu>, sujeilpt@gmail.com, paola.prosper1@upr.edu, Paulette M Salas Rodriguez <paulette.salas@upr.edu>, JOSE PEREZ CAMACHO <jp15-0705@unphu.edu.do>, neshenie.rodriguez@upr.edu, Yeilinette Cintron <ycintrong@gmail.com>, Lisa Mariel Torres <leiram_1712@hotmail.com>, platanitoverde_14@hotmail.com
**Subject: Re: Reanudacion de clases**

Cancelacion de reanudacion de clases hasta nuevo aviso.
-Documento adjunto

Dr. Daniela A. Cabrera

On Mon, Oct 9, 2017 at 1:38 PM -0400, "Daniela Cabrera" <daniela.cabrera@usat.edu> wrote:

9 de octubre de 2017

A Todos los Estudiantes

2/14/2019                                        Correo: Sujeil - Outlook

USAT PR

## REANUDACIÓN DE CLASES

Luego de la suspensión de clases debido al paso del Huracán María por la Isla, queremos notificarles que reanudaremos operaciones el próximo 16 de octubre de 2017, a las 8:30am. Esto aplica tanto a los estudiantes regulares como a los estudiantes del repaso conducente al USMLE.

Ese mismo día estaremos entregando un nuevo horario especial, que surge como consecuencia del atraso provocado por el huracán.

De tener alguna situación especial que impida poder comenzar para esta fecha, agradeceremos se comuniquen por correo electrónico o cualquier otro medio que les sea posible.

Esperamos que se encuentren bien y que podamos contar con la participación de todos ustedes.

Cordialmente,



Dr. Daniela A. Cabrera Pujadas

Clinical Coordinator- Student Affairs Of Puerto Rico
University of Science, Arts and Technology (USAT)
P.O Box 364363, San Juan, PR 00936-4363
Telephone (787) 300-2111 Fax (787) 300-2049
www.usat.edu/www.usatpr.edu

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professinoal (HCP) to Medical Doctor (MD) bridge program. We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

Our educational philosophy is founded on well-established traditional, and "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise.

USAT was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became IMED listed the same year. We Are now the fastest growing School in the Caricom, and possess the largest HCP to MD bridge program. We are listed by the ECFMG in the top 100 MD schools worldwide in 2013.



## Contact Details and Admissions:

Dr. Manuel Jose Ortiz Bustillo

Dean of Clinical Sciences

And Student Affairs

**Puerto Rico Information Office:**

**University of Science, Arts**

**& Technology,**

**College of Medicine**

P.O. Box 364363

San Juan, PR 00936-4363

Telephone:

787-450-5845

787-679-1583



Email:

[manuel.ortizbustillo@Usat.edu](mailto:manuel.ortizbustillo@Usat.edu)

University of Science, Arts

& Technology,

College of Medicine

---

Start, Continue or Finish Your Professional Journey at U.S.A.T.!





## Application Checklist

- Apply online at:

  https://usat.maestrosis.com/FECreateAccount.aspx

- Background Check

- Resume

- Letter of Recommendation #1 and #2

- Enrollment Agreement

- Fee Schedule

- Official Transcripts from previous schools (can accept unofficial for acceptance review bet we will need officials within the first 6 weeks after starting the program)

***Please note that without all the items above submitted applications will not be reviewed for acceptance,



## MD Program Curriculum

**Semester I** 20 Credits: Includes Gross Anatomy lecture, Functional Anatomy Lab, Medical Embryology, Histology, Introduction to Human Nutrition, Medical Physics, and Free Elective.

**Semester II** min 20 Credits: Includes Medical Physiology I, Medical Biochemistry I, Intro Cell Biology, Medical Imaging I, Neurosciences, Medical Biostatistics for the USMLE, and free elective

**Semester III** min 20 Credits: Includes Advanced Physiology & Pathophysiology, Microbiology I, II, Pharmacology

**Semester IV** min 18 credits: Includes additional modules in microbiology & Infectious Diseases, Pathology & Pathophysiology, Pharmacology II and III, Medical Ethics, Physical Diagnosis, Basic Cardiac Life Support [BCLS], and free electives as desired

**Semester V** min 12 credits: Includes Introduction to Clinical Medicine, Advanced Cardiac Life Support, Epidemiology, Public Health, & Preventive Medicine, Toxicology & Medical Practice, and free electives as desired.

**Semester VI** min 12 credits: Intensive Basic Sciences Preparatory Course

**Core Clinical Specialties**: 50 weeks in duration, may be completed in any sequence. The designated specialty or substantial equivalent, and may be completed in any hospital or clinical environment approved by USAT.
General Medicine / Family Medicine, minimum 4 weeks
Internal Medicine, minimum 12 weeks
General Surgery, minimum 12 weeks
Emergency Medicine or Urgent Care, minimum 4 weeks
Obstetrics & Gynecology, minimum 6 weeks
Pediatrics, minimum 6 weeks
General Psychiatry, minimum 6 weeks

**Elective Clinical Specialties**: 30 weeks minimum.
Note: Clinical Electives may be completed in virtually any area of medicine as practiced by physicians [MD or DO] physicians.
Recommended Clinical Electives: [recommended 2 to 4 weeks each, minimum 30 weeks total
Dermatology, 4 weeks
Cardiology, 4 weeks
Radiology, 2 to 4 weeks
Orthopedics, 2 to 4 weeks
Ophthalmology, ENT, 2 to 4 weeks

Free Electives, any additional clinical specialties including but not limited to Pathology, Hematology & Oncology, Rheumatology, Tropical Medicine, Physical Medicine, Acupuncture & Pain Management, Clinical Nutrition, Allergy & Infectious Diseases, Integrative Medicine, Plastic & Reconstructive Surgery.



## Our Accreditations

Accreditation Service for International Schools, Colleges, and Universities (ASIC)

USAT is included in the International Medical Education Directory (IMED)

The Foundation for Advancement of International Medical Education and Research (FAIMER - IMED)

Educational Commission for Foreign Medical Graduates (ECFMG)

AAHEA (American Association for Higher Education and Accreditation)

The World Federation for Medical Education (WFME) CAPER Listing





## Examinations Rankings

Graduates are qualified to Do the application for the USA Medical Licensing Examination

Graduates are qualified to make application to residency training programs in the USA & Abroad

Pass Rate At First Attempt Usmle Step I: 93%*
Pass Rate On Usmle Step I CK (First Attempt): 98%
Pass Rate On Usmle Step II CS (First Attempt) 99%*



# University of Science Arts and Technology

## College of Medicine

## Puerto Rico

## Join Our Family

Ave. Barbosa, San Juan, PR

(787) 450-5845/ (787) 679-1583

www USAT edu

# Our Standards

We believe in the pursuit of excellence in education, research, patient care, community service with integrity, ethical behavior and respect for everyone. We value humanism and compassion for all people without distinction of age, race, sex, national origin, belief, or ethnicity. We are committed to working cooperatively and collaboratively with our students, teachers, staff, and community who make invaluable contributions to our institution and the development of our mission and vision every single day of their lives





## Start, Continue or Finish Your Professional Journey at U.S.A.T !

### Mission

To provide Medical Graduate study programs presented in a humanistic manner that embraces high standards of excellence and professionalism. We believe these attributes are necessary to train the "Leaders of Tomorrow"

### Vision

Our educational philosophy is founded on well-established traditional, & "time proven", academia pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise

Our prestigious, accredited U.S.A.T. was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We Are now the fastest growing School in the Caribbean Community (CARICOM), and possess the largest Healthcare Professional (HCP) to Medical Doctor (MD) bridge program.

We are listed by the Educational Commission for Foreign Medical Graduates (ECFMG) in the top 100 MD schools worldwide in 2013. We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**
P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

**PLANNING FOR SPECIAL SEMESTER POST-HURACAIN**
**BRIEF GUIDLINE & POLICIES FOR CLASSES**

**PLANNING FOR SPECIAL SEMESTER POST-HURACAIN**
**BRIEF GUIDLINE & POLICIES FOR CLASSES**

- The bibliography in **bold** is the most relevant of each topic.
- **1st and 2nd year students** should have one of the recommended question-banks as practice material (preferably USMLE RX STEP 1). The rest can be used as ancillary or reference material resources.
- **3rd year students** should have one of the recommended question-banks as practice material (preferably UWORLD USMLE STEP 1).

**EVALUATION METHODS**

- Method of evaluation consists of paper, or computer-based multiple-choice questions (MCQ) tests, based in a 0-100 score scale.

- Some other methods of evaluation might be used as assessment tools as needed, such as:

  1. **Written reflections** about topics, presentations, class discussions are an excellent way for students to process what they are learning. It is also a good way for the instructor to learn more about what the students are thinking.
  2. **Assignments** such as worksheets from the text, sharing a sample page of notes, or creating a schedule enable the student to practice skills introduced in class, and demonstrate how these skills are relevant to academic success.
  3. **Oral Presentation**(s) Many students fear public speaking. The collaborative, safe UNV 101 classroom creates an environment for students to begin practicing this important skill in a less threatening setting.
  4. **Analysis** of assigned teaching video(s).

- If available, students might receive at any time during the semester a standardized, computer-based assessment, administered by the NBME (National Board of Medical Examiners).

- The **final score** of every course will be proportional to the performance of the student on each individual test.

**CLASS' DYNAMICS**

- Student must **revise/read and reflect** on the material before and after the discussion of the respective lesson.
- Student may ask **questions** during classes as time permits; or might use the office hours of the instructor for this matter.
- **Tutoring** services might be requested by students when small groups struggle with certain topic. These services will have to be requested in advanced to the office of the Counselor.

- **Attendance** is mandatory, student must have at least 80% of attendance to be eligible for course promotion.

2

- **Missed/late assignments** undermine the final grade of the corresponding courses.

## ACADEMIC HONESTY

- Academic dishonesty on any major assignment could result in a failing grade for the entire course.

- Academic dishonesty on any other assignment could result in a substantial reduction of the course grade, or if the situation is substantial or repeated, a failing grade for the course.

- Academic dishonesty includes:

    1. Using/taking, paraphrasing, or re-writing someone else's work, and submitting it for credit under your own name;
    2. Submitting the same work for more than one course without both professors' approval;
    3. Allowing someone else to write any part of an assignment for you.
    4. Any irregular behavior during exams.

- Students should maintain an environment that fosters open discussion of appropriate topics in an inviting atmosphere, being responsible for being respectful and courteous in class discussion and in writing, including your email messages. Showing **respect** is the right thing to do.

- Avoid unnecessary **distractors** through inappropriate use of electronic devices, or other situations.

- Student have the right to receive a mid-term performance, either via electronic, or printed.

- **Counselling** services are available to students that do not demonstrate positive academic performance on any course, the department will offer learning strategies and options that might fit better for them.

- In the case of **unethical or disrespectful situations**, students might appeal to the committee of ethics and discipline to processes any complaint.

- In the case of the existence of any **blog** for students-professor interaction, the student must be responsible to participate on it, as required.

- The students' participation on any **Voluntary/Community services or activities** pertaining to USAT will be taking in consideration as extracurricular work for the student; and will be excused of any academic activity for this time.

3

**HISTOLOGY**

| | | |
|---|---|---|
| **UNIT I** | Cell structure and generalities | |
| **UNIT II** | Epithelium | |
| **UNIT III** | Connective tissue | |
| **UNIT IV** | Cartilage | |
| **UNIT V** | Bone | |
| **UNIT VI** | Adipose tissue | |
| **UNIT VII** | Muscle | |
| **UNIT VIII** | Nervous tissue | |
| **UNIT IX** | Cardiovascular system and blood | 1st Exam |
| **UNIT X** | Thyms, lymph nodes and spleen | |
| **UNIT XI** | Gastrointestinal system | |
| **UNIT XII** | Respiratory system | |
| **UNIT XIII** | Urinary system | |
| **UNIT XIV** | Endocrine system | |
| **UNIT XV** | Male & Female reproductive system | |
| **UNIT XVI** | Skin | |
| **UNIT XVII** | Eye and Ear | 2nd Exam |

## CONTENT

- **Cell structure and generalities:** nucleus, organelles, and cell membranes Epithelium **Connective tissue**
    - Generalities: ground substance, fibers, cells, blood vessels and nerves, clinical Considerations.
    - Cartilage: chondrogenesis and hormonal influence
    - Bone: osteogenesis, bone repair, hormonal influence, cartilage and bone comparisons, clinical considerations of bone and joints.

- **Muscle**
    - Adipose tissue
    - Cardiac muscle
    - Smooth muscle
    - Comparison and contrast

4

- **Nervous tissue**
  - The neuron
  - Neuroglial cells
  - The blood-brain barrier
  - Nerve degeneration and regeneration
  - Clinical correlation

**Bibliography:**

- DiFiore's Atlas of Histology with Functional Correlations



- BRS Cell Biology and Histology (Board Review Series) Sixth Edition



**EMBRYOLOGY**

| | | |
|---|---|---|
| UNIT I | Pre-fertilization | |
| UNIT II | Week 1 | |
| UNIT III | Week 2 | 1ST EXAM |
| UNIT IV | Week 3-8 (embryonic period) | |
| UNIT V | Placenta, amniotic fluid, and umbilical cord | |
| UNIT VI | Body cavities | |
| UNIT VII | Skeletal system | |
| UNIT VIII | Muscle | 2ND EXAM |
| UNIT IX | Integumentary system | |

## CONTENT

- **Pre-fertilization events:** gametes, meiosis, female gametogenesis, hormonal control of the female reproductive cycle, male gametogenesis, clinical correlates.
  - **Week 1:** fertilization, cleavage, blastocyst formation, implantation, clinical considerations.
  - **Week 2:** embryoblast, throphoblast, extraembryonic mesoderm, clinical correlate.
  - **Week 3-8** (embryonic period): gastrulation, teratology (infectious agents, category X drugs, category D drugs and teratogens, chemical agents, recreational drugs, ionizing radiation, clinical correlates.

- **Placenta, amniotic fluid, and umbilical cord:** vasculogenesis and blood vessel formation, **hematopoiesis, fetal circulation.**
- **Body cavities:** formation of the intraembryonic coelom, partitioning of the intraembryonic coelom, positional changes of the diaphragm, clinical correlations.
- **Skeletal system:** skull, vertebral column, ribs, sternum, bones of the limbs and limb girdles.
- **Muscle**: skeletal, cardiac and smooth muscle.
- **Integumentary system**: skin, hair and nails, mammary glands, sweat glands, and sebaceous glands.

6

**Bibliography**

- Langman's Medical Embryology 13th Edition



- High-Yield Embryology (High-Yield Series) Fifth Edition



7

**GROSS ANATOMY**

| UNIT I | Introduction to medical anatomy | |
|---|---|---|
| UNIT II | Head and neck | 1ST EXAM |
| UNIT III | Thorax | |
| UNIT IV | Abdomen, pelvis and perineum | |
| UNIT V | Back and generalities of the nervous system | |
| UNIT VI | Upper limb | 2ND EXAM |
| UNIT VII | Lower limb | |

**CONTENT**

**INTRODUCTION TO MEDICAL ANATOMY**
- o General aspect and basic terminology for anatomical description
- o General approach to study anatomy and medical imaging.

- **Head and Neck**
  - o Embryologic development of the head and neck
  - o Histology of special senses
  - o Skull and clinical aspect
    - Face and muscle of facial expression
    - Muscles, joints, and ligaments
    - Ear
    - Eye
    - Salivary glands
    - Vascularization & innervation
    - Cervical column and cervical muscles
    - Digestive and respiratory system in cranial and cervical region

- **Radiologic applications**
  - Practices cases approach

- **Thorax**
  - o Musculoskeletal components and embryologic development of the thoracic cavity
  - o Breast: embryology, histology, and gross anatomy.
  - o Surface anatomy: (topographic and regional clinical aspects)
  - o Mediastinum:

- **Cardiovascular system and blood histology**
  - Heart and blood vessels: embryology, heart layers, cardiac myocytes, Purkinje myocytes, conduction system, parasympathetic regulation of the heart rate, tunics of the blood vessels, types of blood vessels, functions of endothelium, blood flow and types of circulations.
  - Blood: plasma, red blood cells, hemoglobin, blood gas exchange, white blood cells, platelets, hemostasis, red bone marrow.

- ▪ Thymus: general features, thymic cortex, thymic medulla, T cell lyphopoiesis, types of mature T cells, blood-thymus barrier, clinical considerations.
  - ▪ Lymph node: general considerations, outer cortex, inner cortex, medulla, flow of lymph, flow of blood, b cell lymphopoiesis, clinical considerations.
  - ▪ Spleen: general features, white pulp, marginal zone, red pulp, blood flow, clinical considerations, hypersensitivity reactions.

- **Respiratory system**
  - ▪ Lungs: embryology, histology, and gross anatomy
- **Radiologic applications**
  - ▪ Practices cases approach

- **Abdomen, Pelvis and Perineum**
  - o Abdominal wall and abdominal cavity: embryology and gross anatomy
  - o Gastrointestinal System histology
    - ▪ Stomach: general features, gastric mucosa, gastric glands, clinical considerations. Small intestine: general features, intestinal mucosa, intestinal glands (crypts of lieberkuhn), gut-associated lymphatic tissue, clinical considerations.
    - ▪ Large intestine: generalities, large intestinal mucosa, intestinal glands, gut-associated lymphatic tissue, anal canal, clinical considerations.
    - ▪ Liver and gall bladder: hepatocytes, kuffer cells, hepatic stellate cells, classic liver lobule, liver acinus, repair, clinical correlations.
  - o Surface anatomy: (clinical important topographic aspects)
  - o Inguinal region, inguinal canal and content, and testicular descent
  - o Posterior abdominal wall, vascularization and innervation
  - o Embryologic development of the digestive apparatus and peritoneal cavity: primitive gut tube, pyloric stenosis, hypertrophic biliary atresia, annular pancreas, duodenal atresia, omphalocele, ileal (Meckel) diverticulum, vitelline fistula, malrotation of midgut, colonic aganglionosis (Hirschprung disease).
  - o Abdominal content: gastrointestinal tract and accessory organs (structure, vascularization, venous drainage, lymph drainage, clinical aspects).
  - o Embryologic development of the genitourinary system
  - o Urinary apparatus: structure, vascularization and innervation
  - o Reproductive apparatus and perineum

- **Radiologic applications**
  - ▪ Practices cases approach

- **Back and Generalities of the Nervous System**
  - o Vertebral column and peripheral nervous system: embryology, histology, and gross anatomy.
  - o Clinical applications and radiologic aspects

- **Upper Limb**
  - o Musculoskeletal anatomy: embryology, histology, and gross anatomy
  - o Blood supply
  - o Venous and lymphatic drainage
  - o Brachial plexus and upper limb innervation

9

- o Clinical importance of shoulder, elbow and wrist
- o Radiologic applications
- o Practices cases approach

- **Lower Limb**
  - o Musculoskeletal anatomy: embryology, histology, and gross anatomy.
  - o Blood supply
  - o Venous and lymphatic drainage
  - o Lumbosacral plexus and lower limb innervation
  - o Clinical importance of Hip, knee and ankle region
  - o Radiologic applications
  - o Practices cases approach

**Bibliography**

- Clinically Oriented Anatomy: Amazon.co.uk: Keith L. Moore, Anne M. R. Agur, Arthur F. Dalley



- BRS Gross Anatomy (Board Review Series) 7th Edition



- Netter's Atlas of Human Anatomy 6th Edition



**NEUROANATOMY**

| | | |
|---|---|---|
| UNIT I | Nervous system generalities & development | |
| UNIT II | Peripheral nervous system | |
| UNIT III | Ventricular system | |
| UNIT IV | The spinal cord | |
| UNIT V | The brainstem | 1ST |
| UNIT VI | The cerebellum | EXAM |
| UNIT VII | Visual pathway | |
| UNIT VIII | Diencephalon | |
| UNIT IX | Basal ganglia | |
| UNIT X | Cerebral cortex | 2ND |
| UNIT XI | The limbic system | EXAM |

<u>**CONTENT**</u>

- **Peripheral nervous system**
  - general organization, embryology, histology, and gross anatomy of the autonomic nervous system, peripheral nerves, clinical correlations.

- **Central nervous system generalities**
  - General division and development, cellular elements, clinical correlations.

- **Ventricular system**
    - Cephalospinal fluid distribution, secretion, and circulation, blood-brain barrier and blood-cephalospinal fluid barrier

- **The spinal cord**
    - Generalities, structure, neural systems, blood supply, clinical correlations.

- **The brain-stem**
    - Generalities, structure, cranial nerves, neural systems, medulla, pons, midbrain, components of the ear, auditory, and vestibular systems, horizontal conjugate gate, blood supply to the brain stem, brain stem lesions, reticular formation.

- **The cerebellum**
    - General features, cerebellar cytoarchitecture, circuitry, clinical correlate.

- **Visual pathway**
    - Eyeball and optic nerve, lesions of the visual pathways, visual reflexes, clinical correlations.

- **Diencephalon**
    - Thalamus, hypothalamus, epithalamus, clinical correlations.

- **Basal ganglia**
    - General features (direct and indirect basal ganglia pathway), clinical correlations.

- **Cerebral cortex**
    - Generalities, language and dominant hemisphere, blood supply, functional features and clinical aspects of individual lobes, clinical aspects.

- **The limbic system**
    - Generalities, olfactory system, the papez circuit, clinical correlations.

12

**Bibliography**

- Clinical Neuroanatomy (Clinical Neuroanatomy for Medical Students (Snell)): Amazon.co.uk: Richard S. Snell



- BRS Neuroanatomy (Board Review Series) Fifth Edition, Kindle Edition



13

- High-Yield Neuroanatomy Author(s): Douglas J. Gould PhD, Jennifer K. Brueckner-Collins PhD, James D. Fix



**MEDICAL IMAGING**

<u>**CONTENT**</u>

- **Introduction to Medical Imaging:** radiologic anatomy

*Note: the aspects concerning to medical imaging are Integrated within Neuroanatomy and Gross Anatomy section*

**Bibliography**

- Clinical Radiology Made Ridiculously Simple / Edition 2 by Hugue Ouellette, Patrice Tetreault



14

**MOLECULAR BIOLOGY**

| | | |
|---|---|---|
| UNIT I | Molecular biology generalities | |
| UNIT II | DNA, RNA, and Proteins | |
| UNIT III | Gene expression and its regulation | 1ST |
| UNIT IV | Cell Cycle & Regulation | EXAM |
| UNIT V | Receptors and 2nd messenger pathways | |
| UNIT VI | Molecular biology of cancer | |
| | Laboratory techniques & Transgenic | 2ND |
| UNIT VII | organisms | EXAM |

## CONTENT

- **Introduction to macromolecules**

  - Gene expression: DNA structure, replication, exchange, and epigenetics (eg, imprinting, X- activation, DNA methylation)
  - Gene expression: transcription
  - Gene expression: translation, post-translational processing, modifications, and disposition of proteins (degradation), including protein/glycoprotein synthesis, intra-extracellular sorting, and processes/functions related to Golgi complex and rough endoplasmic reticulum
  - Structure and function of proteins and enzymes (eg, enzyme kinetics and structural/regulatory proteins)

**Bibliography**

- High-Yield Cell and Molecular Biology (High-Yield Series) Third Edition



15

- BRS Biochemistry, Molecular Biology, and Genetics (Board Review Series)



**MEDICAL GENETICS**

| UNIT I | General terms and definitions | 1ST EXAM |
|--------|------------------------------|----------|
| UNIT II | Modes of inheritance and representative diseases | |
| UNIT III | Population genetic and Hardy-Weinberg genetics | |
| UNIT IV | Cytogenetics | |
| UNIT V | Viral and bacterial genetics | 2ND EXAM |
| UNIT VI | Gene therapy | |

**CONTENT**

- **Principles of pedigree analysis**
  - o Inheritance patterns
  - o occurrence and recurrence risk determination

- **Population genetics:** Hardy-Weinberg law, founder effects, mutation-selection equilibrium Principles of gene therapy
- **Genetic testing and counseling**
- **Genetic mechanisms (eg, penetrance, genetic heterogeneity)**
- **Cytogenetics, and medically important genetic conditions**

16

**Bibliography**

- BRS Biochemistry, Molecular Biology, and Genetics (Board Review Series)



- Human Genetics: From Molecules to Medicine, Author(s): Christian P. Schaaf MD, Johannes Zschocke MD, PhD, Lorraine Potocki MD



**TEST TAKING STRATEGIES I**

**GENERAL DESCRIPTION**

In this course, the for students will learn study skills and test taking strategies that will provide them with the necessary skills to be successful in college. Topics for the course will include but are not limited to: note taking strategies, learning styles, study strategies, resource usage/research skills, stress management/test anxiety, test taking strategies, and textbook usage.

**GENERAL OBJECTIVES**

- Determine individual's learning style as a study/test strategy.
- Describe the use of various study strategies to improve time spent in class and for test preparation.
- Assess comprehension and reading skills, and ability to identify main ideas.
- Demonstrate the of critical thinking and appropriate test taking strategies consisting of various
- question types (multiple choice, essay, short answer, true/false, etc.).
- Assess the ability to understand and communicate appropriately with diverse groups
- of people in diverse situations.
- Demonstrate the different types of items classically shown in the USMLE, and updates in the format.
- Efficient approach for USMLE question and time management issues.
- Dissection different USMLE-style question.

**CONTENT**

- Learning style as a study/test strategy.
- Study strategies to improve time spent in class and for test preparation.
- Comprehension and reading skills.
- Multiple choice.
- True/false questions.
- Other type of questions.
- Vignette format, identifying clues and distractors
- Classic items shown in the USMLE.
- USMLE question's approach and time management issues.

**MEDICAL PHYSIOLOGY**

| | | |
|---|---|---|
| UNIT I | Cell physiology | |
| UNIT II | Autonomic nervous system | |
| UNIT III | Neurophysiology | |
| UNIT IV | Cardiovascular physiology | 1ST |
| UNIT V | Respiratory physiology | EXAM |
| UNIT VI | Renal & acid-base physiology | |
| UNIT VII | Endocrine physiology | |
| UNIT VIII | Gastrointestinal physiology | 2ND |
| UNIT IX | Reproductive physiology | EXAM |

## CONTENT

**Introduction to physiology**

- Generalities (homeostasis)
- Cell physiology & membrane physiology
- Excitable tissue, action potential, muscle contraction, and neuromuscular junction

**Neurophysiology**

- Nervous system organization
- Autonomic nervous system
- General characteristic of the sensorial and motor systems
- Sensorial systems
- Pain and somatosensorial systems
- Vision
- Audition
- Vestibular system
- Olfactory system
- Gustatory system
- Motor systems
- Superior functions of the nervous system
- Cephalospinal fluid

**Cardiovascular physiology**

- Cardiovascular system circuit
- Hemodynamics
- Cardiac electrophysiology
- Cardiac muscle contraction
- Cardiac cycle
- Venous return and cardiac output relationships
- Blood pressure regulation

19

- Microcirculation
- Special circulations
- Thermoregulation
- Integrating functions of the cardiovascular system

**Respiratory physiology**

- Structure of the respiratory system
- Pulmonary volume and capacities
- Ventilation mechanics
- Gas exchange
- Oxygen transport
- Carbon monoxide transport
- Ventilation/Perfusion relationship
- Regulation and control of respiration
- Integrating functions
- Hypoxemia and hypoxia

**Renal and acid-base physiology**

- Anatomy and blood supply
- Body compartments
- Renal clearing
- Renal blood flow
- Glomerular filtration
- Reabsorption and secretion
- Terminology associated to nephron
- Sodium equilibrium
- Potassium equilibrium
- Phosphate, calcium, and magnesium equilibrium
- Concentration and dilution of urine
- Ph of body fluids
- Organic acids production
- Neutralization
- Kidney and its role in acid-base regulation
- Acid-base disturbances

**Gastrointestinal physiology**

- Structure and organization
- Innervation
- Gastrointestinal peptides
- Motility
- Secretion
- Digestion and absorption
- Hydroelectric intestinal transport
- Liver physiology

**Endocrine physiology**

- Hormonal synthesis
- Regulation of hormonal secretion
- Second messenger systems and mechanism of action of hormones
- Hypothalamus-pituitary relationship
- Anterior pituitary gland
- Posterior pituitary gland
- Thyroid hormones
- Medulla and adrenal cortex
- Endocrine pancreas
- Calcium and phosphate regulation

**Reproductive physiology**

- Sexual differentiation
- Puberty
- Male reproductive physiology
- Female reproductive physiology

**Bibliography**

- Physiology, 6th Edition Author: Linda S. Costanzo



- BRS Physiology / Edition 6 by Linda S. Costanzo



21

**PHARMACOLOGY**

<u>**CONTENT**</u>

**Introduction to Pharmacology**

- Pharmacokinetics: absorption, distribution, metabolism, excretion, dosage intervals
- Mechanisms of drug action, structure-activity relationships (eg, anticancer drugs)
- Concentration and dose-effect relationships (eg, efficacy, potency), types of agonists (eg, full, partial, inverse) and antagonists and their actions
    - Individual factors altering pharmacokinetics and pharmacodynamics (eg, age, gender, disease, tolerance, compliance, body weight, metabolic proficiency, pharmacogenetics)
- Mechanisms of drug adverse effects, overdosage, toxicology
- Mechanisms of drug interactions
    - Signal transduction, including structure/function of all components of signal transduction pathways such as receptors, ligands (eg, general principles of nitric oxide, autocrine and paracrine signaling)

**Drugs affecting the autonomic nervous system**

- **The autonomic nervous system:** introduction to nervous system, chemical signaling between cells, second messenger systems in intracellular response.
- **Cholinergic agonists:** overview, the cholinergic neuron, cholinergic receptors, direct-acting cholinergic agonists, indirect-acting cholinergic agonists (reversible acetylcholinesterase inhibitor), indirect-acting cholinergic agonists (irreversible anticholinesterase), toxicology of acetylcholinesterase inhibitors.
- **Cholinergic antagonists:** overview, antimuscarinic agents, ganglionic blockers, neuromuscular-blocking drugs.
- **Adrenergic agonists:** overview, the adrenergic neuron, direct-acting adrenergic agonists, indirect-acting adrenergic agonists, mixed-action adrenergic agonists.
- **Adrenergic antagonist:** overview, alfa-adrenergic locking agents, beta-adrenergic blocking agents, drugs affecting neurotransmitter release or uptake.
- **Drugs affecting the central nervous system**
- Neurodegenerative diseases: overview, neurotransmission in the CNS, synaptic potential, drugs used in Parkinson disease, drugs used for Alzheimer disease, drugs used in multiple sclerosis, drugs used in amyotrophic lateral sclerosis.
- Anxiolytic and hypnotic drugs: benzodiazepines, benzodiazepine antagonsts, other anxiolytics agents, barbiturates, other hypnotic agents.
    - CNS stimulation: psychomotor stimulants, hallucinogens.
- Anesthetics: patient's factors in selection of anesthesia, stages and depth of anesthesia, inhalation of anesthesia, intravenous anesthetics, paralytics/neuromuscular blockers, local anesthetics.
- Opioids: opioid receptors, strong agonists, moderate/low agonists, mixed agonist-antagonists and partial agonists, other analgesics, antagonists.

22

**Drugs affecting the cardiovascular system**

- Heart failure: generalities and physiology of muscle contraction, inhibitors of the renin-angiotensin system, beta-blockers, diuretics, direct vasodilators, inotropic agents, aldosterone antagonists, other therapies.
- Antiarrhythmics: physiology cardiac conduction system and introduction to arrhythmia, class I drugs, class II drugs, class III drugs, class IV drugs, other antiarrhythmic drugs.
- Antianginal: myocardial oxygen consumption and its determinants, types of angina, organic nitrates, beta-adrenergic blockers, calcium channel blockers, sodium-channel blocker.
- Antihypertensive: overview of blood pressure regulation, hypertension etiologies, treatment strategies, diuretics, beta-adrenoreceptors-blocking agents, ACE inhibitors, angiotensin II receptor blockers, renin inhibitor, calcium-channel blockers, alfa-adrenergic-blocking agents, alfa/beta-adrenoreceptor-blocking agents, centrally acting adrenergic drugs, vasodilators, hypertensive emergency, resistant hypertension, special populations, combination therapy.
- Blood drugs: overview of coagulation system, thrombus vs embolus, platelet response to vascular injury, platelets aggregation inhibitors, anticoagulation, thrombolytic drugs, drugs used o treat bleeding, agents used to treat anemia, agents used to treat sickle cell disease.
- Hyperlipidemias: overview of lipid metabolism, treatment goals, drugs that lower the serum lipoprotein concentration (HMG-COA reductase, niacin, fibrates, bile acid-binding resins, others), combination therapy.
- Diuretics: overview, normal regulation of fluid and electrolytes by kidneys, kidney functions in disease, thiazides and related agents, loop or high-ceiling diuretics, potassium-sparing diuretics, carbonic anhydrase inhibitors, osmotic diuretics.

**Drugs affecting the endocrine system**

- **Pituitary:** overview, hypothalamic and anterior pituitary hormones, hormones of the posterior pituitary.
- **Thyroid:** overview of thyroid hormones synthesis, treatment of hyperthyroidism and thyroid storm, treatment of hypothyroidism.
- **Insulin and other glucose-lowering drugs:** diabetes mellitus, insulin and its analogs, insulin preparations and treatment, synthetic amylin analog, oral agents (insulin secretagogues , insulin sensitizers, and alfa-glucosidase inhibitors, incretin mimetics.
- **Estrogens and androgens:** overview, estrogens, selective estrogen-receptor modulators, progestogens, contraceptives, androgens.
- **Adrenal hormones:** adrenocorticoseroids, inhibitors of adrenocorticoid biosynthesis or function.

**Drugs affecting the respiratory system:**

- **First-line drugs used to treat asthma:** goals of therapy, reducing impairment, reducing risk, role of inflammation in asthma, role of phenotype in asthma, adrenergic agonists (short and long-acting), corticosteroids.
- **Alternative drugs used to treat asthma:** leukotriene antagonists, cromolyn, cholinergic anagonists, theophylline, omalizumab.
- **Drugs used to treat chronic obstructive pulmonary disease**
- **Drugs used to treat allergic rhinitis:** antihistamines (H1-receptor blockers, alfa-adrenergic agonists, corticosteroids, cromolyn, leukotriene antagonists.
- **Drugs used to treat cough**

23

**Drugs affecting the gastrointestinal system and antiemetic drugs**

- **Drugs used to treat peptic ulcer disease and gastrointestinal reflux disease:** H. pylori therapy, H2-blockers, protomp pump inhibitors, prostaglandin analog, antacid, mucosal protective agents.
- **Drugs used to control chemotherapy-induced emesis:** mechanism that trigger vomiting, phenothiazines, 5-HT3 receptor blockers, substituted benzamides, butyrophenones, benzodiazepines, corticosteroids, substance P/neurokinin-1 receptor blocker.
- **Antidiarrheal:** antimotility agents, adsorbents, agents that modify fluid and electrolyte transport.
- **Laxatives:** irritants and stimulants, bulk laxatives, saline and osmotic laxatives, stool softeners, lubricant laxatives, chloride channel activators.

**Drugs used to treat erectile dysfunction**

- PDE-5-inhibitors

**Drugs used to treat osteoporosis**

- Bisphosphonates
- Selective estrogen-receptor modulators
- Calcitonin
- Teriparatide
- Denosumab

**Drugs used to treat obesity**

- Anorexiants
- Lipase inhibitors

**Anti-inflammatory drugs and autacoids**

- **Anti-inflammatory drugs:** arachidonic acid and its derivatives (functions and synthesis, COX), nonsteroidal anti-inflammatory drugs, acetaminophen, disease-modifying antirheumatic agents, biologic therapies in rheumatoid arthritis, drugs employed in the treatment of gout.
- **Autacoids and autacoid antagonists:** prostaglandins, histamine, H1 antihistamines, histamine H2-receptor blockers, drugs used to treat migraine headache.

**Toxicology:**

- **Toxic action of chemicals:** common target tissues, nonselective actions, selective actions, immediate and delayed actions.
- **Occupational and environmental toxins:** halogenated hydrocarbons, aromatic hydrocarbons, alcohols, pesticides, rodenticides, heavy metals, gases and inhaled particles.
- **Antidotes:** pharmacologic antagonization of toxic actions, removal of toxicant-medated oxidative stress, chelation.
- **Designer and street drugs:** methylenedioxymethamphetamines (NMDA), gamma-hydroxybutyric acid (GHB).

24

**Bibliography**

- Lippincott Illustrated Reviews: Pharmacology 6th edition (Lippincott Illustrated Reviews Series) 6th Edition

- Basic and Clinical Pharmacology 13 E: Edition 13 E, by Bertram G. Katzung Anthony J. Trevor





## GENERAL PATHOLOGY

### CONTENT

**Adaptive cell responses and cellular homeostasis (eg, hypertrophy)**

- Mechanisms of injury and necrosis, including pathologic processes (eg, liquefactive necrosis, free radical formation)

**Apoptosis**

- Cell cycle and cell cycle regulation (eg, mitosis)
- Mechanisms of dysregulation cell biology of cancer (eg, role of p53, proto-oncogenes)
- General principles of invasion and metastasis, including cancer staging
- Cell/tissue structure, regulation, and function, including cytoskeleton, organelles, glycolipids, channels, gap junctions, extracellular matrix, and receptors

**Acute inflammatory responses** (patterns of response) acute inflammation and mediator systems (eg, histamine, prostaglandins, bradykinins, eosinophilic basic protein, nitric oxide),

- Vascular response to injury, including mediators
- Principles of cell adherence and migration (eg, ECAMs, selectins, leukocytic diapedesis, and rolling)
- Microbicidal mechanisms and tissue injury (eg, defensins)
- Clinical manifestations (eg, pain, fever, leukocytosis, leukemoid reaction, chills)

**Chronic inflammatory responses** (eg, tumor necrosis factor)

25

- Reparative processes wound healing, repair: thrombosis, granulation tissue, angiogenesis, fibrosis, scar/keloid formation regenerative process

**Bibliography**

- Robbins & Cotran Pathologic Basis of Disease, 9th Edition, Authors: Vinay Kumar & Abul K. Abbas & Jon C. Aster



- Rapid Review Pathology, 4th Edition with STUDENT CONSULT Online Access, Author: Edward F. Goljan



**MICROBIOLOGY & IMMUNOLOGY**

**Microbial identification and classification, including principles, microorganism identification, and non-immunologic laboratory diagnosis**

- **Bacteria** structure (eg, cell walls, composition, appendages, virulence factors, extracellular products, toxins, mechanism of action of toxins)
  - processes, replication, and genetics (eg, metabolism, growth, and regulation) oncogenesis
  - antibacterial agents (eg, mechanisms of action on organism, toxicity to humans, and mechanisms of resistance)
- **Viruses** structure (eg, physical and chemical properties, virulence factors)
  - processes, replication, and genetics (eg, life cycles, location of virus in latent infection) oncogenesis
  - antiviral agents (eg, mechanisms of action on virus, toxicity to humans, and mechanisms of resistance)
- **Fungi** structure (eg, cell wall, composition, appendages, virulence factors, extracellular products, toxins, mechanisms of action of toxins)
  - processes, replication, and genetics (eg, asexual vs. sexual, metabolism, growth) antifungal agents (eg, mechanisms of action on fungus, toxicity to humans, and mechanisms of resistance)
- **Parasites** structure (eg, appendages, macroscopic features, and virulence factors) processes, replication, and genetics (eg, life cycles, metabolism, and growth) oncogenesis
  - antiparasitic agents (eg, mechanisms of action on parasite, toxicity to humans, and mechanisms of resistance) Prions

**IMMUNOLOGY**

**Development of cells of the adaptive immune response, including positive and negative selection during immune development**

- **Structure, production, and function** granulocytes, natural killer cells, macrophages, mast cells, dendritic cells, cell receptors (eg, complement receptors and toll-like receptors), cytokines, chemokines
  - T lymphocytes, including T-lymphocyte receptors, accessory molecules (eg, CD3, CD4, CD8, B7), cell activation and proliferation, cytotoxic T lymphocytes, and memory T lymphocytes
  - B lymphocytes and plasma cells, including B-lymphocyte receptors, immunoglobulins, cell activation and proliferation, including development of antibodies and memory B lymphocytes
  - Host defense mechanisms, host barriers to infection, mucosal immunity (eg, gut-associated lymphoid tissue and bronchus-associated lymphoid tissue),
  - Anatomical locations of T and B lymphocytes

- **Cellular basis of the immune response and immunologic mediators**

  - Antigen processing and presentation in the context of MHC I and MHC II molecules (eg, TAP, beta-2 microglobulin), intracellular pathways, mechanisms by which MHC is expressed on the surface; including distribution of MHC I and MHC II on different cells, mechanisms of MHC I and MHC II deficiencies, and the genetics of MHC
  - Regulation of the adaptive immune response (eg, peripheral tolerance, anergy, regulatory T lymphocytes, termination of immune response, and B-T lymphocyte interactions)
  - Activation, function, and molecular biology of complement (eg, anaphylatoxins) functional and molecular biology of cytokines (eg, IL 1-15)

- **Basis of immunologic diagnostics (eg, antigen-antibody reactions used for diagnostic purposes, ELISA, immunoblotting, antigen-antibody changes over time, ABO typing)**

**Principles of immunologic protection**

- Vaccine production and mechanisms of vaccine action biologically active antibodies (eg, monoclonal antibodies, polyclonal antibodies including IVIG, VZIG, rabies immunoglobulin)

- **Disorders associated with immunodeficiency deficiency primarily of humoral immunity:** common variable immunodeficiency; hyper IgM syndrome; hypogammaglobulinemia/agammaglobulinemia, X-linked

  - (Bruton); selective immunodeficiency (eg, IgA, IgM, IgE) deficiency/dysfunction primarily of cell-mediated immunity: adenosine deaminase deficiency; DiGeorge syndrome; severe combined immunodeficiency disease

  - (SCID); Wiskott-Aldrich syndrome; granulomatosis; allergic reactions/skin complement deficiency: alternative pathway component deficiency (C2, C3b, C3bB, C36B6); classical pathway component deficiency (C1q, C1r, C1-C5); terminal component deficiency (C5b-C9; terminal complement complex); C1 esterase inhibitor deficiency, hereditary angioedema; mannose-binding lectin (MBL) deficiency; membrane attack complex deficiency

- **Deficiency of phagocytic cells and natural killer cells:** Chediak-Higashi disease; chronic granulomatous disease and other disorders of phagocytosis; leukocyte adhesion deficiency

  - **HIV/AIDS:** HIV1 and HIV2; AIDS; AIDS complications (eg, neuropathy, dementia, renal insufficiency); immunology of AIDS; immune reconstitution syndrome (IRS);  econdary infections; noninfectious complications

- **Immunologically mediated disorders hypersensitivity reactions:** type 1, 2, 3, including anaphylaxis; type 4; drug reactions; serum sickness

28

- **Transplantation:** rejection; graft-vs-host disease

- **Adverse effects of drugs on the immune system:** Jarisch-Herxheimer reaction; drugs affecting the immune system (eg, prednisone, azathioprine, cyclosporine, methotrexate, monoclonal antibody drugs [eg, abciximab, adalimumab; bevacizumab, infliximab, omalizumab, rituximab]); vaccine adverse effects

**Bibliography**

- Basic Medical Microbiology, 1st Edition, Author: Patrick R. Murray



- Review of Medical Microbiology and Immunology, Twelfth Edition (Lange Medical Books), Author: Warren Levinson



- Kaplan Medical, USMLE Step 1 Lecture Notes 2016: Immunology and Microbiology



**BIOCHEMESTRY: METABOLISM AND NUTRITION**

<u>**CONTENT**</u>

- **Fuel metabolism and nutrition: basic principles**
  - o Metabolic fuel and dietary components
  - o The fed or absorptive state
  - o Fasting state
  - o Prolonged fasting (starvation)
- **Basic aspects of biochemistry: organic chemistry, acid-base chemistry, amino acids, protein structure and function, and enzyme kinetics**
- **Brief review of organic chemistry**
  - o Acids, bases, and buffers
  - o Amino acids and peptide bonds
  - o Protein structure
  - o Enzymes
- **Generation of ATP from metabolic feuls and oxygen toxicity**
  - o  Bioenergetics
  - o Properties of adenosine triphosphate
  - o Electron carriers and vitamins
  - o TCA cycle
  - o Electron transport chain and oxidative phosphorylation
  - o Oxygen toxicity and free-radical injury

- **Carbohydrates metabolism**
  - Carbohydrate structure
  - Proteoglycans, glycoproteins, and glycolipids
  - Digestion of carbohydrates
  - Glycogen structure and metabolism
  - Glycolysis
  - Gluconeogenesis
  - Fructose and galactose metabolism
  - Pentose phosphate pathway
  - Maintenance of blood glucose levels
- **Lipids**
  - Lipid structure
  - Membranes
  - Digestion of dietary triacylglycerol
  - Fatty acid and triacylglycerol synthesis
  - Formation triacylglycerol stores in adipose tissue
  - Cholesterol and bile salt metabolism
  - Blood lipoproteins
  - Fates of adipose triacylglycerols
  - Fatty acid oxidation
  - Ketone body synthesis and utilization
  - Phospholipid and sphingolipid metabolism
  - Metabolism if the eicosanoids
  - Ethanol metabolism
- **Nitrogen metabolism-amino acids, purines, pyrimidines, and products derived from amino acids**
  - Protein digestion and amino acid absorption
  - Addition and removal of amino acid nitrogen
  - Urea cycle
  - Synthesis and degradation of amino acids
  - Interrelationships of various tissues in amino acid metabolism
  - Tetrahydrofolate, vitamin B12, and S-Adenosylmethionine
  - Special products derived from amino acids
- **Molecular endocrinology and an overview of tissue metabolism**
  - Synthesis of hormones
  - General mechanisms of hormone action
  - Regulation of hormone levels
  - Actions of specific hormones
  - Biochemical function of tissues

31

**Bibliography**

- BRS Biochemistry, Molecular Biology, and Genetics (Board Review Series)

- Harper's Illustrated Biochemistry, 30e, Victor W. Rodwell, David A. Bender, Kathleen M. Botham, Peter J. Kennelly, P. Anthony Weil





## TEST TAKING STRATEGIES II

### GENERAL DESCRIPTION

In this course, the for students will learn study skills and test taking strategies that will provide them with the necessary skills to be successful in college. Topics for the course will include but are not limited to: note taking strategies, learning styles, study strategies, resource usage/research skills, stress management/test anxiety, test taking strategies, and textbook usage.

### GENERAL OBJECTIVES

- Determine of individual's learning style as a study/test strategy.
- Describe the use of various study strategies to improve time spent in class and for test preparation.
- Assess comprehension and reading skills, and ability to identify main ideas.
- Demonstrate the of critical thinking and appropriate test taking strategies consisting of various
- question types (multiple choice, essay, short answer, true/false, etc.).
- Assess the ability to understand and communicate appropriately with diverse groups
- of people in diverse situations.
- Demonstrate the different types of items classically shown in the USMLE, and updates in the format.

32

- Efficient approach for USMLE question and time management issues.
- Dissection different USMLE-style question.

### CONTENT

- **Learning style as a study/test strategy.**
- **Study strategies to improve time spent in class and for test preparation.**
- **Comprehension and reading skills.**
- **Multiple choice.**
- **True/false questions.**
- **Other type of questions.**
- **Vignette format, identifying clues and distractors**
- **Classic items shown in the USMLE.**
- **USMLE question's approach and time management issues.**

### GENERAL PSYCHOLOGY

### CONTENT

- **Child development**
    - Infancy: birth to 15 months
    - The toddler years: 15 months to 2 ½ years
    - The preschooler: 3 to 6 years
    - School age: 7 to 11 years
- **Adolescence and adulthood**
    - Adolescence: 11 to 20 years
    - Early adulthood: 20 to 40 years
    - Middle adulthood: 40 to 60 years
- **Aging, death, and bereavement**
    - Aging
    - Dying, death, and bereavement
- **Psychoanalytic theory**
    - Unconscious mental processes
    - Psychoanalysis and related therapies
    - Defense mechanisms
- **Learning theory and behavioral medicine**
    - Classical conditioning
    - Operant conditioning
    - Applications of behavioral techniques to medicine
- **Sleep**
    - The awake state and the normal sleep state
    - Sleep disorders
- **Suicide**
    - Epidemiology
    - Suicidal behavior
    - Risk factors

- **Tests to determine psychological and biological functioning**
  - Psychological tests
  - Intelligence tests
  - Personality tests
  - Neuropsychological tests
  - Psychological evaluation of the patient with psychiatric symptoms
  - Biological evaluation of the patient with psychiatric symptoms
- **Sexuality**
  - Sexual development
  - The biology of sexuality in adulthood
  - Sexual dysfunction and paraphilias
  - Special issues in sexuality: illness, injury, pregnancy, and aging
  - Drugs and sexuality
- **Aggression and abuse**
  - Aggression
  - Abuse and neglet of children and the elderly
  - Physical and sexual abuse and domestic of domestic partners
  - Sexual aggression: rape and related crimes
- **The physician-patient relationship**
  - Communicating with patients
  - The ill patient
  - Compliance
  - Stress and illness
  - Special patient populations

**Bibliography**

- BRS Behavioral Science (Board Review Series) Seventh Edition, by Barbara Fadem PhD (Author)



- Diagnostic and Statistical Manual of Mental Disorders, fifth edition (DSM-5), American **Psychiatric Association**



34

**MISCELLANEOUS RESOURCES**

- First Aid for the USMLE Step 1 2017; Paperback; Author - Tao Le



- First Aid Q&A for the USMLE Step 1, Third Edition: Edition 3, Tao Le James Feinstein 3 February 2012, McGraw Hill Professional



**PRACTICE-QUESTION MATERIAL**

USMLE RX FOR THE STEP 1



More than just a question bank. Unique and thorough explanations help you master difficult concepts. The only Step 1 question bank developed by the authors of *First Aid for the USMLE Step 1*.

- 2,200+ high-yield Step 1 questions
- Free Self-Assessment exams
- Customize tests by difficulty level
- Predictive of actual USMLE performance
- LINK: http://www2.usmle-rx.com

UWORLD USMLE STEP 1



- Over **2400** exceptionally well-written multiple-choice questions
- Questions are conceptual, focus on high-yield topics, and require multistep critical thinking
- Detailed explanations with vivid illustrations and charts that are easy to understand and remember
- Content was created by the most knowledgeable and dedicated practicing physicians
- Board-simulated software interface for the feel of an actual exam
- Compare performance scores with other UWorld users and identify areas for improvement
- Use the way you want - desktop/tablet/mobile - all are synced to a central database
- LINK: https://www.uworld.com/step1/step1_qbank.aspx

1

UNIVERSITY OF SCIENCE
3442 ASH ST
DENVER, CO 802070000

07 11 2017
Merchant ID                         12:26:03
Terminal ID:              000000003143424
267539451885                       06544366

CREDIT CARD

VISA SALE

CARD =                    XXXXXXXXXXXXX0694
INVOICE                            2590003
Batch =:                            000259
Approval Code:                      242533
Entry Method:                        Manual
Mode:                                Online

SALE AMOUNT                         $125.00

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if Credit Voucher)

x CC auth form
Sujeil Pena Torre
application fee

MERCHANT COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252
08/02/2017                      11:22:15
MID: XXXXXXXXXXX597      TID: XXXXX787

CREDIT CARD
VISA SALE

Card #                 XXXXXXXXXXXX7244
SEQ #:                              2
Batch #:                            2
Trans #:                            2
Approval Code:                 986866
TRANS ID:              287214624870482
Entry Method:                  Swiped
Mode:                          Online

SALE AMOUNT            $6000.00

X _____
JOSE R PENA-FIGUEROA
THANK YOU

MERCHANT COPY

Sujeil Peña Toures

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

01/24/2018                        08:48:09

CREDIT CARD

VISA SALE

Card #                   XXXXXXXXXXXXX0694
SEQ #:                                 16
Batch #:                                2
Trans #:                               16
Approval Code:                     854010
TRANS ID:                 308024529312814
Entry Method:                      Manual
Mode:                              Online
Avs Code:                               G
Card Code:                              M


SALE AMOUNT              $4000.00


THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

04/30/2018                         14:52:02

CREDIT CARD

VISA SALE

Card #                    XXXXXXXXXXXX0694
SEQ #:                                   3
Batch #:                                 2
Trans #:                                 3
Approval Code:                      298090
TRANS ID:                 588120746148338
Entry Method:                       Manual
Mode:                               Online
Avs Code:                                G

SALE AMOUNT                        $400.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

05/16/2018                          06:58:30
CREDIT CARD
VISA SALE

Card #                     XXXXXXXXXXXX0694
SEQ #:                                    2
Batch #:                                  0
Trans #:                                  2
Approval Code:                       720014
TRANS ID:                   388136461715767
Entry Method:                        Manual
Mode:                                Online
Avs Code:                                 G

## SALE AMOUNT            $5400.00

THANK YOU

CUSTOMER COPY

```
              USAT
        4288 YOUNGFIELD ST.
       WHEAT RIDGE, CO 80033
           303-371-0252
09/25/2018                  12:12:23
MID: XXXXXXXXXXXX597    TID: XXXXX787
           CREDIT CARD
            MC SALE

Card #              XXXXXXXXXXXX6812
SEQ #:                              2
Batch #:                            1
Trans #:                            2
Approval Code:                 025940
TRANS ID:              MDSI01D7V0925
Entry Method:                  Manual
Mode:                          Online
Avs Code:                           Y


SALE AMOUNT            $4900.00

X _____
            THANK YOU


         MERCHANT COPY
```

```
              USAT
        4288 YOUNGFIELD ST.
       WHEAT RIDGE, CO 80033
           303-371-0252
09/25/2018                  12:12:23
           CREDIT CARD
            MC SALE

Card #              XXXXXXXXXXXX6812
SEQ #:                              2
Batch #:                            1
Trans #:                            2
Approval Code:                 025940
TRANS ID:              MDSI01D7V0925
Entry Method:                  Manual
Mode:                          Online
Avs Code:                           Y


SALE AMOUNT            $4900.00

           THANK YOU

         CUSTOMER COPY
```

UNIVERSITY OF SCIENCE
3442 ASH ST
DENVER, CO 802070000

07 11 2017                           12:26:03
Merchant ID                  000000003143424
Terminal ID:                        06544366
267539451885

CREDIT CARD

VISA SALE

CARD =                    XXXXXXXXXXXX0694
INVOICE                           2590003
Batch #:                           000259
Approval Code:                     242533
Entry Method:                      Manual
Mode:                              Online

SALE AMOUNT                        $125.00

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if Credit Voucher)

x CC auth form
Sujeil Pena Torres
application fee

MERCHANT COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

08/02/2017                    11:22:15
MID: XXXXXXXXXXXX597    TID: XXXXX787

CREDIT CARD

VISA SALE

Card #                    XXXXXXXXXXXX7244
SEQ #:                              2
Batch #:                           2
Trans #:                           2
Approval Code:                986866
TRANS ID:            287214624870482
Entry Method:               Swiped
Mode:                        Online

**SALE AMOUNT            $6000.00**

X _____
JOSE R PENA-FIGUEROA

THANK YOU

MERCHANT COPY

Sujeil Peña Toures

```
                    USAT
              4288 YOUNGFIELD ST.
             WHEAT RIDGE, CO 80033
                 303-371-0252
 01/24/2018                      08:48:09
                  CREDIT CARD

                   VISA SALE

 Card #                  XXXXXXXXXXXX0694
 SEQ #:                                16
 Batch #:                               2
 Trans #:                              16
 Approval Code:                    854010
 TRANS ID:                308024529312814
 Entry Method:                     Manual
 Mode:                             Online
 Avs Code:                              G
 Card Code:                             M


 SALE AMOUNT              $4000.00


                   THANK YOU

                 CUSTOMER COPY
```

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

04/30/2018                          14:52:02
CREDIT CARD

VISA SALE

Card #                    XXXXXXXXXXXX0694
SEQ #:                                   3
Batch #:                                 2
Trans #:                                 3
Approval Code:                      298090
TRANS ID:               588120746148338
Entry Method:                       Manual
Mode:                               Online
Avs Code:                                G

## SALE AMOUNT              $400.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252

05/16/2018                        06:58:30

CREDIT CARD

VISA SALE

Card #                  XXXXXXXXXXXX0694
SEQ #:                                 2
Batch #:                               0
Trans #:                               2
Approval Code:                    720014
TRANS ID:                388136461715767
Entry Method:                     Manual
Mode:                             Online
Avs Code:                              G

## SALE AMOUNT          $5400.00

THANK YOU

CUSTOMER COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252
09/25/2018                    12:12:23
MID: XXXXXXXXXXX597    TID: XXXXX787

CREDIT CARD

MC SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX6812 |
| SEQ #: | 2 |
| Batch #: | 1 |
| Trans #: | 2 |
| Approval Code: | 025940 |
| TRANS ID: | MDSI01D7V0925 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | Y |

SALE AMOUNT              $4900.00

X _____

THANK YOU

MERCHANT COPY

USAT
4288 YOUNGFIELD ST.
WHEAT RIDGE, CO 80033
303-371-0252
09/25/2018                    12:12:23

CREDIT CARD

MC SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX6812 |
| SEQ #: | 2 |
| Batch #: | 1 |
| Trans #: | 2 |
| Approval Code: | 025940 |
| TRANS ID: | MDSI01D7V0925 |
| Entry Method: | Manual |
| Mode: | Online |
| Avs Code: | Y |

SALE AMOUNT              $4900.00

THANK YOU

CUSTOMER COPY







