**EXHIBIT 52**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SUJEIL PEÑA-TORRES; ET ALS** | CIVIL NO. 19-1707 |
| PLAINTIFFS | |
| VS. | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO); |
| **UNIVERSITY OF SCIENCE, ARTS AND TECH a/k/a USAT a/k/a MEDICAL COLLEGE OF LONDON a/k/a MALINA MEDICAL COLLEGE a/k/a METROPOLITAN INNOVATIVE GROUP, INC. a/k/a USAT MONTSERRAT LLC; ET ALS** | FRAUDULENT INDUCEMENT; BREACH OF CONTRACT; UNJUST ENRICHMENT; TORT DAMAGES |
| | TRIAL BY JURY DEMANDED |
| DEFENDANTS | |

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is Enny M. De Jesus Urena, I am of legal age, student, single, domiciled and resident of San Juan, Puerto Rico.

2. My address is the following: 10335 W Plum Tree Cir Apt 206 Hales Corners, WI 53130.

3. In (2017), I was searching for a medical school to apply in order to continue into a career in medicine.

4. On or around (December/2017) I search for information of the University, and I requested the application requirements. I requested information to apply and  Dhamaris Frias, USAT official   sent me emails in regards of the application I had on the website.

5. Manuel Ortíz Bustillo ("Ortiz"), Yaniré Bustillo ("Bustillo") and Dhamaris Frias ("Frias") represented themselves as officials of the medical school known as University of Science, Arts and Technology ("USAT").

6. Ortíz, Bustillo and Frías represented to me that USAT was an accredited college of medicine in Puerto Rico.

7. On (02/January/2018), I received various materials regarding USAT, such as a applications and enrollment agreements. These materials made representations that USAT was an accredited college of medicine in Puerto Rico, as well as other states.

8. Based on the various materials and the representations made by Ortiz and what I saw on the  USAT website  on behalf of USAT, I understood that Orien L. Tulp ("Tulp") is the President of USAT, Carla M. Konyk ("Konyk") is the Vice-President and Director

of Administration and Finances of USAT, and Karen Baldwin ("Baldwin") is the Administrator of USAT.

9. Based on the various materials and the representations made by Ortiz on behalf of USAT, I understood that Ortiz is the Dean of the USAT College of Medicine in Puerto Rico, and that Cabrera is the Clinical Coordinator of Student Affairs of the USAT College of Medicine in Puerto Rico.

10. As such, my understanding was that Tulp, Konyk, Baldwin, Ortiz and Cabrera (jointly "USAT Officials") were all officials and representatives of USAT.

11. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT was accredited by the Educational Commission for Foreign Medical Graduates ("ECFMG") so that USAT students may be able to take the United States Medical Licensing Examinations.

12. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that being a student of USAT would allow me to take the United States Medical Licensing Examinations.

13. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT also had other satellite campuses or schools in other states in the United States, such as in Florida, Maryland and Texas.

14. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I understood that USAT had its main Administrative Office in the state of Colorado, in the United States.

15. I understood that the USAT officials have been working at USAT for some time.

16. The USAT Officials made representations that USAT's purpose was to provide me an education in medicine if I applied to be a student.

17. In consideration of providing me an education in medicine if I became a student, USAT would request payments from me.

18. The USAT Officials made representations that once the payments would be received, they would provide the education in medicine and I would be able to take the United States Medical Licensing Examinations.

19. Based on the various materials and the representations made by the USAT Officials on behalf of USAT, I was induced and made the decision to apply to USAT, thinking that I was going to be able to receive a valid medical education in Puerto Rico and will be able to apply for and take the United States Medical Licensing Examinations.

20. On (02/JANUARY/2018), I submitted all the required documents and required payments to USAT in order to apply.

21. On (08/JANUARY/2018), I received a letter from Tulp which informed me that I was admitted to the medical doctor program of USAT. The letter said it was a typical four-year program of scientific and medical education. The Letter indicated that I must pay no less than five thousand four hundred dollars ($5,490.00) per semester plus other expenses such as a Matriculation Fee, Medical Student Malpractice Insurance Fee, Anatomy Lab Fee, Technology Fee, Clinical Fee and Graduation Fee which amounted to approximately nine thousand one hundred forty-five dollars ($9,510.00).

22. Once I was admitted by USAT, USAT Officials from both Puerto Rico and Colorado came to attend the White Coat Ceremony making the representation that we were going to start a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

23. Once I was admitted by USAT, the USAT officials oriented me as to the manner of payment and the possibility of taking out a loan.

24. On (08/JANUARY/2018), the USAT officials assisted me in submitting a loan application with South East Bank ("SB") in order to pay USAT.

25. On (08/JANUARY/2018), I submitted a loan application to SB, which was accepted and they provided a personal loan to me for the sum amount of ($45,000.00).

26. On (19/February/2018), SB disbursed the personal loan and directed to the offices of USAT located in Colorado.

27. I did not receive the personal loan directly, but instead had to request USAT to deliver me certain sum amounts from the personal loan.

28. The USAT officials located in Colorado were the ones that had full control of my SB personal loan.

29. On (22/February/2018), USAT would deduct the sum amount of ($26,000 approximately) from the ($45,000).

30. From the date of my admission until September of 2018, USAT had received the sum amount of ($26,000 approximately) for providing education in medicine.

31. From the date of my admission until September of 2018, while USAT received the sum amount of ($26,000 approximately), I understood that I was receiving a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations.

32. On (21/September/2018), I was notified by the USAT Officials of the ECFMG irregularities.

33. On September 24th of 2018, the USAT Officials notified that there was gonna be a telephone conference to be held on September 26th of 2018 to discuss the ECFMG irregularities.

34. On (24 /October/2018) I received an email from USAT presenting their position regarding the recent emails of the ECFMG irregularities.

35. During September, October and November of 2018, the USAT Officials dodged and evaded questions by me and other students regarding their lack of eligibility for the United States Medical Licensing Examination.

36. During early November of 2018, the USAT Officials instructed me and the other students to not send additional information to ECFMG outside the instructions of USAT.

37. During early November of 2018, the USAT Officials instructed me and the other students to send all information regarding ECFMG to Konyk, who would then refer me and the other students to USAT's attorney.

38. During early November of 2018, the USAT Officials also tried to invite me and the other students to transfer to start again at other medical schools suggested by USAT.

39. On November 8th of 2018, Ortiz sent an e-mail regarding ECFMG's decision to find me and the other students not eligible for the United States Medical Licensing Examination. In that e-mail, Ortiz falsely represented to me and the other students that USAT was "surprised" by ECFMG's decision.

40. Subsequent to this e-mail, me and the other students demanded a physical meeting with Ortiz to discuss face to face these surprising events.

41. On November 16th, 2018, USAT Officials sent an electronic mail to some Plaintiffs invoking a meeting on that same date at around 5:30 pm.

42. However, the meeting was delayed until 10 pm, when Ortiz arrived.

43. At 10 pm, me and the other students met with Ortiz and asked him a line of questions concerning whether USAT had licensing and/or certification status in Puerto Rico and whether me and other students' finances and personal loans that was controlled by the USAT Officials in Colorado would be returned.

44. Ortiz did not answer our questions, answering them evasively and without any concrete answers.

45. Another meeting was held by Ortiz on December 18th, 2018 to try to resolve the situation.

46. Ortiz physically met me and the other students at the Mall of San Juan in December of 2018.

47. During said meeting, Ortiz admitted to me and the other students that they should not bother going to the other medical schools suggested by USAT.

48. Additionally, Ortiz admitted during the meeting that USAT lawyers advised him to not speak about USAT's activities for approximately five years.

49. When me and the other students asked what he meant about not speaking about USAT activities for approximately five years, Ortiz admitted that the USAT lawyers advised him to not testify as to anything until the statute of limitations runs out.

50. On December of 2018, I noticed that USAT Officials vacated the USAT college of medicine school in Puerto Rico.

51. USAT took me and the other students medical school documents to an unknown location.

52. On (11/December/2018), I requested USAT to deliver certain transcripts about my medical education and they did not provide the same.

53. Instead, on (31/December/2018), USAT began to send me invoices from their Colorado Office with fabricated expenses and costs, requesting me to make more payments.

54. On (July/2018), I received the transcript of my medical education from USAT.

55. However, these transcripts of medical education from USAT were not accepted by other medical schools.

56. All the applications made for the medical school in the US and other countries were rejected and did not accepted the education taken in USAT.

57. Based on the above, USAT received a sum amount of ($26,000 approximately) from my ($45,000) without providing a valid medical education in Puerto Rico.

58. Based on the above, USAT received a sum amount of ($26,000 approximately) from my (($45,000) for providing an invalid medical education that resulted in my inability to take the United States Medical Licensing Examinations.

59. All the USAT Officials participated in the false representation that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

60. USAT falsely represented to me and many other students throughout 2017 and 2018 that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations.

61. However, the reality is that USAT did not provide to me and the other students a valid medical education, which resulted in me being unable to take the United States Medical Licensing Examinations.

62. From the (20/January/2018) until (15/December/2018) USAT and the USAT officials kept repeating their false statements that they were providing a valid medical education and I would be able to take the United States Medical Licensing Examination, USAT received the sum amount of ($26,000 approximately) from my ($45,0000) covering the whole academic year.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. sec. 1746.

Dated at San Juan, PR, this 29 day of March, 2021.

_____

Enny M. De Jesus Urena

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:24 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Begin forwarded message:

From: Info Puerto Rico <infopr@usat.edu>
Date: January 3, 2018 at 1:37:38 PM AST
To: Enny De Jesus <enny.dejesus@hotmail.com>
Subject: Re: Credit card authorization Enny De Jesús

Recibido Enny. Estaremos trabajando con tus documentos pronto.

Entiendo que estás interesada en el campus de PR para Ciencias Básicas y Clínicas. Vemos que resides en los EU actualmente.

Por favor me dejas saber si tu interés es para moverte a PR a estudiar o entrar "online classes" en EU.

Saludos,

Dhamaris Frías
Office of the Associate Dean of Clinical Sciences

# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 222-5779 or 939-400-6941

www.usat.edu, www.usatpr.com

On Wed, Jan 3, 2018 at 12:16 PM, Enny De Jesus <enny.dejesus@hotmail.com> wrote:

# Recommendation for Medical School Applicant

**Applicant** _Enny M. De Jesus_      **Date** _01/04/2018_
**Relationship** _Classmate_

**Reviewer (print name and title)** _Dr. Hector I. Asencio, BS, DC_

|  | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Honesty | ✔ | | | |
| Work Quality | ✔ | | | |
| Work Consistency | ✔ | | | |
| Cooperation | ✔ | | | |
| Attitude | ✔ | | | |
| Works well with others | ✔ | | | |
| Punctuality | ✔ | | | |
| Attendance | ✔ | | | |
| Communication Skills | ✔ | | | |

Other:
| Leadership | ✔ | | | |
| Discipline | ✔ | | | |

**Comments:** Hard work, dedication and the willingness to learn and serve every human being are words that describe Enny. Ever since I met and worked with Enny in college, she is passionate of everything she do and also a visionary of how she can see herself in the future as a professional. I recommend Enny De Jesus to be part of your family not because she is a friend, but also because the health profession needs more people like her.

If you have any questions, please contact me at 787-367-2743 or send an email to hector.ivan85@hotmail.com

_01/04/2018_
Date Completed          Signature of Reviewer

## Please send directly to USAT Admissions Department
4288 Youngfield St. Wheat Ridge, CO 80033
Fax: 303-371-0117
Email: Last Names A-L admissions@usat.edu
       Last Names M-Z admissions2@usat.edu



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

January 5, 2018

Re: Admission to MD Program

Dear Enny De Jesus,

Congratulations! On behalf of the Admissions Committee it is my pleasure to offer you a place to the MD program at the University of Science, Arts and Technology. This is typically a 4 years program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission starting with a projected minimum of **12 semesters** to graduate based on your previous education and qualifications.

The tuition for the MD program is currently USD $5,490.00 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995.00), Anatomy Lab fee (USD $600.00/lab), a Technology fee (USD $500.00), and a Graduation fee of (USD $900.00).  The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Admission Department, PO Box 364363, San Juan, Puerto Rico USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc:  Dr. Konyk

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:25 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Info Puerto Rico <infopr@usat.edu>
> **Date:** January 8, 2018 at 9:09:38 AM AST
> **To:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Subject: Re: Préstamo**
>
> Buenos días Enny:
>
> Disculpa la demora. Estábamos libre en la oficina por día feriado.
>
> Debes solicitar el préstamo por el año. Aquí te sale en unos $20,000 apróximadamente.
>
> Si necesitas sobrante, no debes exceder los $50,000 mil.
>
> Saludos,
>
> Dhamaris Frías
>
> Office of the Associate Dean of Clinical Sciences
>
> # UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR
>
> PO Box 364363, San Juan, PR 00936-4363
>
> 598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
>
> Tel. (787) 222-5779 or 939-400-6941

www.usat.edu, www.usatpr.com

2018-01-05 13:03 GMT-05:00 Enny De Jesus <enny.dejesus@hotmail.com>:
  Buenas tardes,

   Estoy tratando de llenar la información del préstamo pero necesito saber si la solicitud de la cantidad de dinero se hace por un año y cuánto es lo recomendable.

  Gracias anticipadas,
  Enny De Jesús

Correo ODS02712CPC@OfficeDepot.com

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:25 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Info Puerto Rico <infopr@usat.edu>
> **Date:** January 8, 2018 at 9:09:38 AM AST
> **To:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Subject:** Re: Préstamo
>
> Buenos días Enny:
>
> Disculpa la demora. Estábamos libre en la oficina por día feriado.
>
> Debes solicitar el préstamo por el año. Aquí te sale en unos $20,000 apróximadamente.
>
> Si necesitas sobrante, no debes exceder los $50,000 mil.
>
> Saludos,
>
> Dhamaris Frías
>
> Office of the Associate Dean of Clinical Sciences

# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 222-5779 or 939-400-6941

www.usat.edu, www.usatpr.com

2018-01-05 13:03 GMT-05:00 Enny De Jesus <enny.dejesus@hotmail.com>:
  Buenas tardes,

  Estoy tratando de llenar la información del préstamo pero necesito saber si la solicitud de la cantidad de dinero se hace por un año y cuánto es lo recomendable.

  Gracias anticipadas,
  Enny De Jesús

# Documentos Enny

Enny De Jesus <enny.dejesus@hotmail.com>

mar 04/09/2019 1:18 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>
> **Date:** January 9, 2019 at 6:35:17 PM AST
> **To:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Subject: Re: Grade Report**
>
> Thank you for this clarification Enny,
> I will put you on my list for an official transcript.
> Sincerely,
> Mary
>
> On Wed, Jan 9, 2019 at 3:12 PM Enny De Jesus <enny.dejesus@hotmail.com> wrote:
>> Good afternoon,
>>
>> I contacted Mrs. Konyk to confirm that I do not owe absolutely anything because I paid everything with the loan in January 2018. Therefore, there is no reason not to have the official transcript.
>>
>> Thanks,
>>
>> Enny De Jesús
>>
>> On Jan 9, 2019, at 3:53 PM, Mary Hickling - Registrar (M-Z) <registrar2@usat.edu> wrote:
>>
>>> Hello,
>>> Here is an unofficial grade report for you. Once your tuition is paid up to the date you withdrew from USAT you can receive an official transcript.
>>> Sincerely,
>>> Mary
>>>
>>> --
>>>
>>>
>>> *Mary D. Hickling / Registrar M-Z*
>>> *University of Science, Arts & Technology, Montserrat*
>>> *registrar2@usat.edu*
>>>
>>>
>>> <De Jesus, Enny.pdf>

--

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:19 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Begin forwarded message:

> **From:** "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>
> **Date:** January 9, 2019 at 6:35:17 PM AST
> **To:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Subject: Re: Grade Report**
>
> Thank you for this clarification Enny,
> I will put you on my list for an official transcript.
> Sincerely,
> Mary
>
> On Wed, Jan 9, 2019 at 3:12 PM Enny De Jesus <enny.dejesus@hotmail.com> wrote:
>> Good afternoon,
>>
>> I contacted Mrs. Konyk to confirm that I do not owe absolutely anything because I paid everything with the loan in January 2018. Therefore, there is no reason not to have the official transcript.
>>
>> Thanks,
>>
>> Enny De Jesús
>>
>> On Jan 9, 2019, at 3:53 PM, Mary Hickling - Registrar (M-Z) <registrar2@usat.edu> wrote:
>>
>>> Hello,
>>> Here is an unofficial grade report for you. Once your tuition is paid up to the date you withdrew from USAT you can receive an official transcript.
>>> Sincerely,
>>> Mary
>>>
>>> --
>>>
>>>
>>> *Mary D. Hickling / Registrar M-Z*
>>> *University of Science, Arts & Technology, Montserrat*
>>> *registrar2@usat.edu*
>>>
>>>
>>> <De Jesus, Enny.pdf>

--

Correo- ODS02712CPC@OfficeDepot.com

*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**
P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

18 de enero de 2018

A TODOS LOS ESTUDIANTES
USAT PR

**COMIENZO DE CLASES**

¡Bienvenidos!

La fecha para el comienzo del próximo semestre será **lunes 22 de enero de 2018.** Todos los estudiantes deberán presentarse a las facilidades de USAT, desde las **8:00am**.

Durante la mañana del lunes 22, recibirán el *Programa de Clases* para este semestre. Cada estudiante debe estar en *"Good Standing"* y haber realizado los pagos correspondientes.

Los estudiantes de nuevo ingreso deben haber realizado el pago de solicitud (*application fee*) por $125 dólares y de matrícula (*matriculation fee*) por $600 dólares. Los pagos pueden ser efectuados en las Oficinas Administrativas, de 8:30am a 5:00pm.

¡Les esperamos!

Cordialmente,

Dr. Manuel J. Ortiz Bustillo
Decano
Escuela de Medicina

# Documentos Enny

◯ Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:12 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Date:** April 5, 2019 at 6:50:00 PM AST
> **To:** Enny De Jesus <ENNY.DEJESUS@HOTMAIL.COM>
> **Subject:** RV: We have received and successfully processed your loan documents.

---

> **De:** Campus Door <answers@campusdoor.com>
> **Enviado:** viernes, 19 de enero de 2018 7:41:06 a.m.
> **Para:** enny.dejesus@hotmail.com
> **Asunto:** We have received and successfully processed your loan documents.

Thank you for completing and returning your loan documents.

This message is a notification to confirm that we have received your completed loan documents. The next step is for us to verify your enrollment through your school. Please note that if the verification process results in any changes to the terms of your loan, you will need to accept the revised loan terms before we can disburse any funds.

If at any time during the application process you have any questions about the status of your application, you can log into your account at www.campusdoor.com/SouthEastBank/account for answers. If you need assistance, you can also call us at 717-254-2381, Monday through Friday from 8:00 a.m. to 6:00 p.m. ET. We hope that you will think of SouthEast Bank for any future education finance needs you may have.

Sincerely,

SouthEast Bank

Please note: This message was sent as a service e-mail to facilitate the opening of the new account you requested. Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or in hard copy format.*
*Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.*

Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:14 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> From: Enny De Jesus <enny.dejesus@hotmail.com>
> Date: April 5, 2019 at 6:32:20 PM AST
> To: Enny De Jesus <enny.dejesus@hotmail.com>
> Subject: RV: You refund check

De: Carla Konyk <carla.konyk@gmail.com>
Enviado: lunes, 19 de febrero de 2018 4:26:50 a.m.
Para: enny.dejesus@hotmail.com
Asunto: You refund check

Dear Enny,
I need to know if you want me to send your check to the WI address, or
to the USAT building in Puerto Rico.

Please let me know.

Carla

*Carla M. Konyk,*
*Vice President, Director of Administration*

**University of Science, Arts and Technology (USAT)**
*Office* **303-371-0252**
*Cell* **727-252-6205**    *Fax* **303-399-4106**

318384



| | | |
|---|---|---|
| CUSTOMER'S ORDER NO. | | DATE 1/29/18 |

NAME _Enmy de Jesús_

ADDRESS _787 436-9460_

CITY, STATE, ZIP

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | 1 | Matriculation | 600.00 |
| 2 | | Credit Card | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | 600.00 |

RECEIVED BY

A-3705
T-46240/46250   **KEEP THIS SLIP FOR REFERENCE**   01-11

USAT
4288 YOUNGFIELD ST,
WHEAT RIDGE, CO 80033
303-371-0252

01/22/2018                          06:43:25
                    CREDIT CARD
                    VISA SALE

Card #                      XXXXXXXXXXXX6778
SEQ #:                                    11
Batch #:                                   2
Trans #:                                  11
Approval Code:                        003707
TRANS ID:              308022454507440
Entry Method:                        Manual
Mode:                                 Online
Tax Amount:                           $0.00
Avs Code:                                  N
Card Code:                                 M

SALE AMOUNT                      $600.00

THANK YOU

CUSTOMER COPY

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:13 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Date:** April 5, 2019 at 6:42:13 PM AST
> **To:** Enny De Jesus <ENNY.DEJESUS@HOTMAIL.COM>
> **Subject:** RV: Student Loan Final Disclosure

**De:** answers@campusdoor.com <answers@campusdoor.com>
**Enviado:** lunes, 22 de enero de 2018 1:07:53 p.m.
**Para:** enny.dejesus@hotmail.com
**Asunto:** Student Loan Final Disclosure

01/22/2018

Enny M De Jesus Urena
2435 W Lapham St
Milwaukee, WI 53204

RE: Application Identification Number 5001842212-01

Dear Enny M De Jesus Urena

Congratulations on your education loan approval!

We have created a Final Disclosure which sets forth the final terms of your loan and saved it to your account and, if applicable, your cosigner's account. Please carefully review this disclosure because it sets forth the final terms of your loan. Note that if you or your cosigner, if applicable, requested any reduction in your loan amount, it will be reflected in the Final Disclosure.

Unless you or your cosigner, if applicable, contact us to cancel the loan by the date set forth on the first page of the Final Disclosure, we will disburse your loan funds to your school as set forth below:

| Disbursement Date | Disbursement Amount |
|---|---|
| 2/1/2018 | $22,500.00 |

| 5/1/2018 | $22,500.00 |
|----------|-----------|

If you have any questions regarding this notice, please contact:

- SouthEast Bank
- 1415 Ritner Highway
- Carlisle, PA 17013
- 717-254-2381

We're available to assist you any time Monday through Friday from 8:00 a.m. to 6:00 p.m. ET. For your convenience, you may e-mail us at answers@campusdoor.com. If you e-mail us, be sure to include your telephone number and the best time for us to reach you.

Sincerely,

SouthEast Bank

Please note: This message was sent as a service e-mail to facilitate the opening of the new account you requested. Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.

FDCLB

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or in hard copy format.*
*Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

January 26, 2018

## CERTIFICATION

This is to certify that ***Enny De Jesus,*** is currently enrolled at the University of Science, Arts and Technology, Puerto Rico Extension. Enny is a student in good standing in the MD program at our Institution.   I certify that the information of the student is correct to the best of my knowledge.

Please feel free to contact our Administrative office with any questions you may have regarding this student at 787-300-2111 or by email at hilda.capo@usat.edu .

Sincerely,

Hilda M. Capó-Iriarte
Registrar

The University of Science, Arts & Technology does not discriminate on the basis of race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in it's programs, activities or employment practices.

# Documentos Enny

Enny De Jesus <enny.dejesus@hotmail.com>

mar 04/09/2019 1:13 p.m.

Para: ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Date:** April 5, 2019 at 6:33:53 PM AST
> **To:** Enny De Jesus <ENNY.DEJESUS@HOTMAIL.COM>
> **Subject:** RV: Important Student Loan Disbursement Information

**De:** answers@campusdoor.com <answers@campusdoor.com>
**Enviado:** martes, 30 de enero de 2018 1:16:00 p.m.
**Para:** enny.dejesus@hotmail.com
**Asunto:** Important Student Loan Disbursement Information

Thank you for selecting SouthEast Bank to assist with your education finance needs.

This message is a notification to inform you that your loan funds are scheduled for disbursement and will arrive at your school soon.

If you have any questions about your application, you can log into your account at www.campusdoor.com/SouthEastBank/account for answers. We hope that you will think of SouthEast Bank for any future education finance needs you may have.

Sincerely,

SouthEast Bank

Please note: This message was sent as a service e-mail to facilitate the opening of the new account you requested. Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or in hard copy format.*
*Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.*

ODS02712CPC@OfficeDepot.com

# Fwd: Documentos Enny

Enny De Jesus <enny.dejesus@hotmail.com>

mar 04/09/2019 1:35 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
> **Date:** April 9, 2019 at 12:35:31 PM AST
> **To:** enny.dejesus@hotmail.com
> **Subject: Documentos Enny**

---------- Forwarded message ----------
From: **Info Puerto Rico** <infopr@usat.edu>
Date: Thursday, February 22, 2018
Subject: DESEMBOLSOS DE PRESTAMOS ESTUDIANTILES
To: Jose Arce <borinquenblackgold@gmail.com>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, Fernando Hernandez Rios <fernandoj.hernandez@gmail.com>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, wendoly.vazquez1@upr.edu, Xavier Domenech <xavier.domenech@usat.edu>, rdm.suarez92@gmail.com

Buenas tardes:

Les informamos que tenemos en la oficina los desembolsos de sus préstamos.

Favor pasar a recoger o indicarnos cualquier otra instrucción.

Gracias,

Dhamaris Frías
**Office of the Associate Dean of Clinical Sciences**

**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR**

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919

Tel. (787) 300-2111 or 939-400-6941

www.usat.edu, www.usatpr.com

# Reunion Student Loan Finance Corporation

105 First Avenue Southwest
Aberdeen, SD 57401-4104

## SECTION 1: BORROWER INFORMATION

Name Enny De Jesus

Account Number ____

Address C/ Julia AN1 URB. Villa Rica

City/State/Zip Bayamón, P.R. 00959

Phone (787) 436-9460

Email enny.dejesus@hotmail.com

## SECTION 2: DEFERMENT REQUEST (Notice: Please See Reverse Side for Important Information)

☐ I meet the qualifications for the deferment checked below and request that RSLFC defer repayment of my loan(s) while I am enrolled or engaged in:
   ☐ a full-time course in a GRADUATE FELLOWSHIP program.
   ☐ an eligible school AT LEAST HALF-TIME as determined by your school.
   ☐ an INTERNSHIP/RESIDENCY program at an institution of higher education, hospital, or health care facility.

## SECTION 3: BORROWER UNDERSTANDINGS AND CERTIFICATIONS

☐ I understand that:
   (1) I am not required to make payments of loan principal during my deferment unless my program, as stated on my promissory note, specifies that I do.
   (2) Interest will be charged on my loan(s). I have the option of making payments on my loan(s) during my deferment.
   (3) My deferment will begin on the date the condition that qualifies me for a deferment began, as certified by the authorized official who completes Section 4 of this form.
   (4) My deferment will end on the earlier of the date that I no longer meet the condition that qualifies me for the deferment, or the ending date of that condition as certified by the authorized official.
   (5) If my deferment does not cover all of my past due payments, RSLFC may grant me a forbearance for all outstanding payments.
   (6) RSLFC may grant an administrative forbearance on my loans for up to 60 days, if necessary, for the collection and processing of documentation related to my deferment request.
   (7) Interest that accrues during the deferment will be capitalized at the end of the deferment.

☐ I certify that: (1) The information I provided in Sections 1 and 2 above is true and correct. (2) I will provide additional documentation to RSLFC as required; to support my eligibility for this deferment. (3) I will notify RSLFC immediately when the condition(s) that qualified me for the deferment ends. (4) I have read, understand and meet the eligibility criteria of the deferment for which I have applied.

Borrower's Signature _____    Date 03/27/2018

## SECTION 4: AUTHORIZED OFFICIAL'S CERTIFICATION Note: As an alternative to completing this section, the school may attach its own enrollment certification report listing the required information.

☐ I certify, to the best of my knowledge and belief, the borrower named above: (check the appropriate box)
   ■ is/was enrolled as at least half time student; ☐ is/was engaged in a graduate fellowship program; ☐ is/was engaged in an internship/residency program as indicated in section 2.

During the academic period from 01-22-2018 to 12-17-2022 and is reasonably expected to complete his/her requirements on | 12-17-2022

Name Univ. of Science, Arts & Technology, USAT

OPE-ID 04206900

Address 4288 Youngfield St

City, State, Zip Wheat Ridge, CO 80033

Name/Title of Authorized Official Manuel J. Ortiz Bustillo, Dean

Telephone ( ) 3033710252

Authorized Official's Signature _____

Date 03/27/2018

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This is communication from a debt collector.

Effective 7.1.17

## SECTION 5:  INSTRUCTIONS FOR COMPLETING THE FORM

- Type or print using dark ink.  Report dates as month/day/year (MM/DD/YYYY).  For example, 'January 31, 2017' should be '01/31/2017'.  An authorized official must either complete Section 4 or you may attach a certification that provides the required information in Section 4.
- **Return the completed form and any required documentation to the address shown in Section 7.**

## SECTION 6:  DEFINITIONS

- **Capitalization** is the addition of unpaid interest to the principal balance of a loan.  The principal balance of a loan increases when payments are postponed during periods of deferment/forbearance and unpaid interest is capitalized.  As a result, more interest may accrue over the life of the loan, the monthly payment amount may be higher, or more payments may be required.  The chart below provides estimates for a $15,000 loan balance at 6.5% interest rate and a 15 year term.  This depicts monthly payments due following a 12 month deferment/forbearance.  It compares the effects of paying the interest as it accrues to capitalizing the interest at the end of the deferment/forbearance.  The actual loan interest cost will depend on the interest rate, length of the deferment/forbearance and frequency of capitalization.  Paying interest during the period of deferment/forbearance reduces or eliminates the interest from being capitalized and increasing the monthly payment.

| Treatment of Interest Accrued | Loan Amount | Capitalized Interest 12 Months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $15,000.00 | $0.00 | $15,000.00 | $136.21 | 178 | $23,859.49* | $8,859.49 |
| Interest is capitalized at the end of deferment or forbearance | $15,000.00 | $970.95 | $15,970.95 | $145.03 | 178 | $24,374.47 | $9,374.47 |

*Total amount repaid includes $970.95 of interest paid during the 12-month period of deferment/forbearance.

- **Deferment or Forbearance** means permitting the temporary cessation of payments, allowing an extension of time for making payments or temporarily accepting smaller payments than previously scheduled.  The borrower is responsible for paying the interest that accrues on the loan(s) during deferment /forbearance.  If you do not pay the interest that accrues, the interest may be capitalized.

## SECTION 7:  CONTACT INFORMATION

Return the completed deferment/forbearance request and any completed documentation to:

Reunion Student Loan Finance Corporation
105 First Avenue Southwest
Aberdeen, SD 57401-4101

If you need help filling out this form or have any questions about your account, please contact Reunion Student Loan Finance Corporation:

- Phone: (800) 592-1270
- Email:  service@slfc.com
- Online: www.slfc.com

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This is communication from a debt collector.

Effective 7.1.17

Correo ODS02712CPC@OfficeDepot.com

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:19 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>
> **Date:** March 27, 2019 at 3:19:42 PM AST
> **To:** Enny De Jesus <enny.dejesus@hotmail.com>
> **Subject:** Re: Official transcript
>
> Thank you Enny,
> I have also just emailed Carla and will prepare your transcript for when I get confirmation from her.
> Thanks,
> Mary
>
> On Wed, Mar 27, 2019 at 11:20 AM Enny De Jesus <enny.dejesus@hotmail.com> wrote:
>> Good afternoon,
>>
>> I had a conversation by phone with Mrs. Konyk y she told me that there was an error with the balance. I sent her an email with the confirmation that she asked and requesting a written confirmation of what we spoke on the phone the soonest possible but and I haven't had an answer . I'm gonna be sending her another email because time keeps passing and also the opportunities are closing on me. Here I attached the email that I send to Mrs.Konyk.Is there any form that you could help me?
>>
>> Thanks,
>>
>> Enny De Jesús
>
> --
>
>
> *Mary D. Hickling / Registrar M-Z*
> *University of Science, Arts & Technology, Montserrat*
> *registrar2@usat.edu*



3/28/2018

Enny M De Jesus Urena
AN1 Calle Julia
Bayamon, PR 00959-4912

## IN-SCHOOL VERIFICATION FORM

Borrower Acct No.: ,

This form is to certify that the above referenced student is currently enrolled in school. The following information must be completed by an authorized financial aid or College/University representative:

College or University name: University of Science, Arts & Technology, USAT

Semester start date: 01/22/2017

Semester end date: 12/17/2022

Current credit hours: 24 credit hours

    ☒ Full Time            ☐ Half Time

Anticipated graduation date: 12/17/2022

Authorized Representative: Manuel J. Ortiz-Bustillo, MD / Dean & Dir. School of Medicine

Printed Name

                                         03/28/2018

Signature                           Date

Please return this form to ReliaMax Surety by mail at:

      P.O. Box 91603
      Sioux Falls, SD  57109-1603

Or by fax to:   605-271-1940 or email: preclaims@reliamax.com

Cordially,

Shaun Hubbard
Account Representative

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:17 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> From: enny.dejesus@hotmail.com
> Date: April 6, 2019 at 8:25:07 AM AST
> To: carla.konyk@gmail.com
> Subject: Statement

Good Morning,

I write again requesting the statement at zero since I paid with loans in January 2018 all year. Mrs. Hickling tells me that without that document can not send me the official transcript.

Thanks,

Enny De Jesús

# Documentos enny

Enny De Jesus <enny.dejesus@hotmail.com>

mar 04/09/2019 1:29 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
> **Date:** April 9, 2019 at 12:27:59 PM AST
> **To:** enny.dejesus@hotmail.com
> **Subject: Fwd: Información**

---------- Forwarded message ---------
From: **Enny M. De Jesús Ureña** <enny.dejesus@usat.edu>
Date: Fri, Dec 28, 2018 at 5:45 PM
Subject: Información
To: Yanire Bustillo <yanire.bustillo@usat.edu>

Saludos,

Recibimos un email notificándonos sobre la transferencia automática a otra universidad y las instrucciones para no aceptar la transferencia mediante la plataforma maestrosis. Al entrar al mismo aparezco como estudiante inactiva y con una deuda de 2,515 dólares de malpractice, matrícula y el laboratorio de anatomía. Todo lo anterior fue cobrado por ustedes en enero 2018, al igual que el resto de los cuatrimestres. Necesito saber con carácter de urgencia que procede, porque esa de deuda no es real. De igual forma, necesito obtener información sobre el proceso de baja, porque en la plataforma no sale ningún tipo de documento.

Gracias

# Fwd: Statement

Enny De Jesus <enny.dejesus@hotmail.com>

mar 04/09/2019 1:47 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> From: Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
> Date: April 9, 2019 at 12:46:52 PM AST
> To: enny.dejesus@hotmail.com
> Subject: Fwd: Statement

---------- Forwarded message ----------
From: Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
Date: Wednesday, March 27, 2019
Subject: Statement
To: Carla Konyk - Director/Vice President <c.konyk@usat.edu>

Greetings,
In January 2 of 2019 I spoke with you to clarify my financial situation with the University in regards a balance that I received. I told you that there was an error because I paid off all my balances in January 2018 with the loan. I was told I was gonna received my stamens with 0 balance that day . I haven't gotten a response and without that statement Mrs. Hickling is telling me that I could not get my official transcripts. There's has pass 3 months without the transcripts door are still closing on me. I hope I can get an answer soon.

Thank You,

Enny De Jesús

On Thursday, January 10, 2019, Enny M. De Jesús Ureña <enny.dejesus@usat.edu> wrote:

---------- Forwarded message ----------
From: Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
Date: Wednesday, January 2, 2019
Subject: Invoice 3313 from USAT, Montserrat, LLC.
To: "c.konyk@usat.edu" <c.konyk@usat.edu>

Hello

My name is Enny De Jesus just writing you to confirm what we just spoke on the phone about my balance being $0.00 , an awaiting for the loan statement and my follow up for Mary for my official transcripts and my withdrawn for the university.

Thanks,

Enny De Jesús
On Monday, December 31, 2018, <c.konyk@usat.edu> wrote:

USAT, Montserrat, LLC.

**Invoice** *Due:08/15/2018*
*3313*

Amount Due: **$12,380.00**

Dear Enny De Jesus Urena:

Your invoice-3313 for 12,380.00 is attached. Please remit payment at your earliest convenience.

Thank you for your tuition payment - we appreciate it very much.

Sincerely,
USAT, Montserrat, LLC.

727-252-6205
www.usat.edu

View & Pay Invoice

# Fwd: Official transcript

Enny De Jesus <enny.dejesus@hotmail.com>

mar 04/09/2019 1:47 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
> **Date:** April 9, 2019 at 12:47:24 PM AST
> **To:** enny.dejesus@hotmail.com
> **Subject:** Fwd: Official transcript

---------- Forwarded message ----------
**From:** **Enny M. De Jesús Ureña** <enny.dejesus@usat.edu>
**Date:** Tuesday, December 11, 2018
**Subject:** Official transcript
**To:** "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Good afternoon

My name is Enny M. De Jesús Ureña, current student of USAT Puerto Rico. I've taken three quarters since January 2018 with USAT including the current one. I request an official credit transcript including the current courses, whose classes end on December 15. If you need any information, please contact me.

(787) 436-9460 / enny.dejesus@usat.edu

Thanks,

Enny De Jesús Ureña

Correo-ODS02712CPC@OfficeDepot.com

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:28 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
> **Date:** April 9, 2019 at 12:25:30 PM AST
> **To:** enny.dejesus@hotmail.com
> **Subject:** Fwd: Transfer

---------- Forwarded message ---------
**From:** **Enny M. De Jesús Ureña** <enny.dejesus@usat.edu>
**Date:** Sun, Dec 30, 2018 at 10:32 AM
**Subject:** Transfer
**To:** USAT Lectures <lectures@usat.edu>

Good afternoon,

My name is Enny De Jesús Ureña from USAT Puerto Rico, I do not want to transfer another school, I want to withdraw from USAT. Yesterday I tried to stop the process through maestrosis website but was not successful. When I logged in to the Website I saw a balance which is not possible because I paid everything on January 2018.

Thanks

Enny De Jesús

# Documentos enny

Enny De Jesus <enny.dejesus@hotmail.com>

mar 04/09/2019 1:29 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

> **From:** Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
> **Date:** April 9, 2019 at 12:27:59 PM AST
> **To:** enny.dejesus@hotmail.com
> **Subject:** Fwd: Información

---------- Forwarded message ---------
**From:** Enny M. De Jesús Ureña <enny.dejesus@usat.edu>
Date: Fri, Dec 28, 2018 at 5:45 PM
Subject: Información
To: Yanire Bustillo <yanire.bustillo@usat.edu>

Saludos,

Recibimos un email notificándonos sobre la transferencia automática a otra universidad y las instrucciones para no aceptar la transferencia mediante la plataforma maestrosis. Al entrar al mismo aparezco como estudiante inactiva y con una deuda de 2,515 dólares de malpractice, matrícula y el laboratorio de anatomía. Todo lo anterior fue cobrado por ustedes en enero 2018, al igual que el resto de los cuatrimestres. Necesito saber con carácter de urgencia que procede, porque esa de deuda no es real. De igual forma, necesito obtener información sobre el proceso de baja, porque en la plataforma no sale ningún tipo de documento.

Gracias

# Documentos Enny

Enny De Jesus<enny.dejesus@hotmail.com>

mar 04/09/2019 1:15 p.m.

Para:ODS02712CPC <ODS02712CPC@OfficeDepot.com>;

Sent from my iPhone

Begin forwarded message:

**From:** Enny De Jesus <enny.dejesus@hotmail.com>
**Date:** April 5, 2019 at 6:30:10 PM AST
**To:** Enny De Jesus <ENNY.DEJESUS@HOTMAIL.COM>
**Subject:** RV: Important Student Loan Disbursement Information

---

**De:** answers@campusdoor.com <answers@campusdoor.com>
**Enviado:** viernes, 27 de abril de 2018 12:32:44 p.m.
**Para:** enny.dejesus@hotmail.com
**Asunto:** Important Student Loan Disbursement Information

Thank you for selecting SouthEast Bank to assist with your education finance needs.

This message is a notification to inform you that your loan funds are scheduled for disbursement and will arrive at your school soon.

If you have any questions about your application, you can log into your account at www.campusdoor.com/SouthEastBank/account for answers. We hope that you will think of SouthEast Bank for any future education finance needs you may have.

Sincerely,

SouthEast Bank

Please note: This message was sent as a service e-mail to facilitate the opening of the new account you requested. Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or in hard copy format.*
*Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.*

**USAT, Montserrat, LLC.**

| | Invoice Date | Invoice # | **TUITION INVOICE** |
|---|---|---|---|
| | 5/17/2018 | 3313 | |

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

**Phone #**   727-252-6205     **Fax #**   303-399-4106

**Bill To:**

Enny De Jesus Urena
2435 NW Lapham St
Milwaukee, WI 53204

:**PLEASE PAY**

:**THIS AMOUNT**          See Amount Below

Make checks payable to:   **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and
indicate change(s) on reverse side.

Have E-Mail? _____

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —
PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**

USAT Administration Office
4288 Youngfield Street
Wheat Ridge, CO 80033

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | *Tuition* | Semester Tuition added back after Loan Proceeds Refund. | 17,010.00 | 17,010.00 |

We are proud to have you as our student.
Please remember that all tuition accounts must be paid in full prior to
graduation. Thank you.

| **Total** | USD 17,010.00 |
|---|---|
| **Payments/Credits** | USD -4,630.00 |
| **Balance Due** | USD 12,380.00 |

**Billing Inqueries? Call**        727-252-6205



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*General Student Council*

July, 2018

University of Science, Arts & Technology
General Student Council
PO Box 364363
San Juan, P.R. 00936-4363

Greetings from All of Us:

A new opportunity for medicine students has arrived to Puerto Rico. The University of Science, Arts & Technology in Monserrat (USAT) has opened a new satellite in San Juan, and we are pleased to represent the first General Student Council (GSC) established for USAT PR extension.

The Council will be performing many activities to collect funds and help improve the medical school in many aspects. Your support is crucial to help us continue growing and to become great health professionals in the future. If you can contribute with money donations or items for activities that would allow us to fulfill our objectives with the school, it will be greatly appreciated.

Here are the ways to donate:
- Call us at 787-306-9661, David Pagán (Treasurer)
- Contact us online at studentcouncil.pr@usat.edu
- Send a check to the address mentioned above

Thank you in advance for your contribution.

Sincerely,

Dayna Sorrentini
President
USAT GSC

**NOTE: FOR MORE INFORMATION REGARDING FUTURE ACTIVITIES OF THE STUDENT COUNCIL, PLEASE PROVIDE US WITH AN EMAIL ADDRESS OR CONTACT INFORMATION.**

*The University of Science, Arts & Technology does not discriminate based on race, creed, color, sex, sexual orientation, gender identity, national origin, disability or religion in its programs, activities or employment practices.*



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: Enny De Jesus Ureña                    Student ID:1805
Sept- Dec 2018 Third Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | | | | PHS | | |
| 9:00-10:00am | | | | II | | |
| 10:00-11:00am | | | | II | | |
| 11:00-12:00md | | | | II | | |
| 12:00-1:00pm | | | | | | |
| 1:00-2:00pm | | | Organ Sys II | | | |
| 2:00-3:00pm | | | II | | | |
| 3:00-4:00pm | Organ Sys II | | II | | | |
| 4:00-5:00pm | II | | II | | | |
| 5:00-6:00pm | | | II | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME |
|---|---|---|---|---|
| ORG 601 | 001 | Organ System II | 204 | M  3:00-5:00pm |
| PHS 600 | 001 | Public Health Science | 206 | K  8:00am-12:00pm |
| ORG 601 | 001 | Organ System II | 204 | W  1:00-6:00pm |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Student: _____              Date: _____

Date: _____



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

## REGISTRATION

Student Name: De Jesús Ureña, Enny                    Student ID: <u>PR-01-18-1005</u>
Jan-Apr. 2018  First Term

| Hour | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| 8:00-9:00am | | Genetics | | | | |
| 9:00-10:00am | | Genetics | | | | |
| 10:00-11:00am | | Genetics | | | | |
| 11:00-12:00md | | Gen. Pathology | *Lunch* | | | |
| 12:00-1:00pm | | Gen. Pathology | Med. Imaging | | | |
| 1:00-2:00pm | | *Lunch* | Med. Imaging | Intro. Pharm | | |
| 2:00-3:00pm | | TTS-I | | Intro. Pharm | | |
| 3:00-4:00pm | | | | Intro. Physio | | |
| 4:00-5:00pm | Psychology | | | Intro. Physio | | |
| 5:00-6:00pm | Psychology | | | | | |
| 6:00-7:00pm | Psychology | | | | | |
| 7:00-8:00pm | Psychology | | | | | |

| COURSE # | SEC # | COURSE TITLE | RM # | DAY/TIME | |
|---|---|---|---|---|---|
| BHS 511 | 001 | Psychology | 203 | M | 4:00-8:00pm |
| GPS 507 | 001 | General Principles II (Pathology) | 205 | K | 11:00-1:00pm |
| BSC 501 | 001 | Human Body Structure – (Medical Img) | 204 | W | 12:00-2:00pm |
| GPS 502 | 001 | General Principles I – (Intro. to Pharmacology) | 205 | T | 1:00-3:00pm |
| GPS 502 | 001 | General Principles I – (Intro. to Physiology) | 205 | T | 3:00- 5:00pm |
| CSC 503 | 001 | Clinical Test Taking Strategies | 204 | K | 2:00-3:00pm |
| GPS 502 | 001 | General Principles I – (Genetics) | 204 | K | 8:00-11:00am |

Student: _____

Processed By: _____    Date: 1/22/18

**UNIVERSITIES OF SCIENCES, ARTS & TECHNOLOGY (USAT-PR)**

**Score Report: On behalf of The Office of the Registrar and the Basic Sciences Department.**

Examinee: Enny De Jesus

Course: PHS

Type of exam: First exam.

Total Value 40%

**Total Score: 38/40**

Note: This score report is provided for the use of the examinee. The number of items* of the exam have been revised by faculty, and it is the final (adjusted) score for this specific examination.

*All the items of this exam have been selected according to the course syllabus, or as specified by the instructor to the Standardized Exams Department.

## UNIVERSITIES OF SCIENCES, ARTS & TECHNOLOGY (USAT-PR)

**Score Report: On behalf of The Office of the Registrar and the Basic Sciences Department.**

**Examinee:** Enny De Jesus

**Course:** Organ System I

**Type of exam:** Final Exam

**Value 20%**

**Score:** 16/20

*Note: This score report is provided for the use of the examinee. The number of items\* of the exam have been revised by faculty, and it is the final (adjusted) score for this specific examination.*

*\*All the items of this exam have been selected according to the course syllabus, or as specified by the instructor to the Standardized Exams Department.*

**UNIVERSITIES OF SCIENCES, ARTS & TECHNOLOGY (USAT-PR)**

**Score Report: On behalf of The Office of the Registrar and the Basic Sciences Department.**

Examinee: Enny De Jesus

Course: Organ System II LAB, Dra Indira Barbosa

Type of exam: First exam.

Test Score: 40%

**Total Score: 40 /40**

Note: This score report is provided for the use of the examinee. The number of items* of the exam have been revised by faculty, and it is the final (adjusted) score for this specific examination.

*All the items of this exam have been selected according to the course syllabus, or as specified by the instructor to the Standardized Exams Department.

Case 3:19-cv-01707-WGY    Document 152-53    Filed 07/27/23    Page 49 of 51

**STUDENT'S LAST NAME, SECOND LAST NAME & MIDDLE NAME**

DE JESUS UREÑA, ENNY



# USAT
## SCHOOL OF MEDICINE

**598 Ave. Barbosa Esq. Guayama**
**San Juan, PR 00919**
**Tel: (787) 300-2111**

## GRADE REPORT
**TERM: JAN. 2018 - MAY 2018**

| | COURSE | INSTRUCTOR | GRADE | CRD |
|---|---|---|---|---|
| BSC 501 | HUMAN BODY STRUCTURE | | | 16.00 |
| | Gross Anatomy Anatomy Dis. | | | |
| | Medical Embryology | | | |
| | Histology | | | |
| | Neuroanatomy | | | |
| | Medical Imaging | O. CARO | 95 | |
| GPS 502 | GENERAL PRINCIPLES I | | | 8.00 |
| | Molecular Biology | | | |
| | Intr. to Physiology | J. QUINONES | 80 | |
| | Intr. to Pharmacology | J. QUINONES | 87 | |
| | Intr. to Microbiology | | | |
| | Medical Genetics | O. CARO | 88 | |
| CSC 503 | Test Taking Strategies I | | | 2.00 |
| BSC 504 | Medical Physiology | | | 8.00 |
| BSC 506 | Pharmacology | | | 6.00 |
| GPS 507 | GENERAL PRINCIPLES II | | | 12.00 |
| | Microbiology & Immunology | | | |
| | General Pathology | O. CARO | 86 | |
| | Biochemistry | | | |
| CSC 508 | Test Taking Strategies II | | | 2.00 |
| | | | | |
| ORG 509 | ORGAN SYSTEMS I | | | 18.00 |
| BHS 510 | Public Health Sciences | | | |
| | Biostatistics | | | |
| | Epidemiology | | | |
| | Well Patient & Preventive Med. | | | |
| | Healthcare Delivery | | | |
| | Quality & Safety | | | |
| CSC 512 | Clinical Skills I | | | 2.00 |
| ORG 513 | ORGAN SYSTEMS II | | | 18.00 |
| BHS 514 | Medical Ethics | | | |
| BHS 511 | Psychology | R. VELEZ | 94 | 4.00 |

**OUTSTANDING ACTIVITIES AND ACHIEVEMENTS**

| ENTRY: | JAN 2018 |
|---|---|
| GRADUATION: | |
| TRANSFER: | UHSA |

| AT THE END OF | | |
|---|---|---|
| GPA | | 3.2900 |

| NUMBER OF CREDITS EARNED | |
|---|---|
| ELECTIVES: | |
| | |
| | |
| | |
| | |
| OTHER | |

NOTE: **This is not an official Transcript

OFFICIAL CERTIFYING THIS REPORT

*Lic. Hilda M. Caps-Iriarte*

DATE:    June 7, 2018

STUDENT'S LAST NAME, SECOND LAST NAME & MIDDLE NAME

DE JESUS UREÑA, ENNY



**USAT**

**SCHOOL OF MEDICINE**

**GRADE REPORT**

TERM: JAN. 2018 -DEC 2018

598 Ave. Barbosa Esq. Guayama

San Juan, PR 00919

Tel: (787) 300-2111

| | COURSE | GRADE | CRD |
|---|---|---|---|
| HBS 600 | HUMAN BODY STRUCTURE | T | 14.00 |
| | Gross Anatomy Anatomy Dis. | T | |
| | Medical Embryology | T | |
| | Histology | T | |
| | Neuroanatomy | T | |
| | Medical Imaging | 95 | |
| GPS 600 | GENERAL PRINCIPLES I | B | 9.00 |
| | Molecular Biology | T | |
| | Intr. to Physiology | 80 | |
| | Intr. to Pharmacology | 87 | |
| | Intr. to Microbiology | 85 | |
| | Medical Genetics | 88 | |
| TTS 600 | Test Taking Strategies I | PASS | 0.50 |
| PHY 600 | Medical Physiology | 100 | 6.00 |
| PHA 600 | Pharmacology | 93 | 6.00 |
| GPS 600 | GENERAL PRINCIPLES II | B | 11.00 |
| | Microbiology & Immunology | 90 | |
| | General Pathology | 86 | |
| | Biochemistry | T | |
| TTS 601 | Test Taking Strategies II | PASS | 0.50 |
| | | | |
| ORG 600 | ORGAN SYSTEMS I | 91 | 9.00 |
| PHS 601 | Public Health Sciences | 98 | 4.00 |
| | Biostatistics | | |
| | Epidemiology | | |
| | Well Patient & Preventive Med. | | |
| | Healthcare Delivery | | |
| | Quality & Safety | | |
| CSK 600 | Clinical Skills I | 90 | 2.50 |
| ORG 601 | ORGAN SYSTEMS II | 95 | 9.00 |
| PHS 600 | Medical Ethics | 88 | 2.00 |
| BHS 600 | Psychology | 94 | 3.00 |

**OUTSTANDING ACTIVITIES AND ACHIEVEMENTS**

| ENTRY: | JAN 2018 |
|---|---|
| GRADUATION: | 2021 |
| TRANSFER: | UHSA |

| AT THE END OF | |
|---|---|
| GPA | |
| NUMBER OF CREDITS EARNED | |
| ELECTIVES: | |
| | |
| | |
| | |
| | |
| OTHER | |

OFFICIAL CERTIFYING THIS REPORT

Registrar

NOTE: **This is an unofficial Transcript

DATE:    December 17, 2018

**STUDENT'S LAST NAME, SECOND LAST NAME & MIDDLE NAME**

DE JESUS UREÑA, ENNY

# USAT
## SCHOOL OF MEDICINE

**GRADE REPORT**
TERM: JAN. 2018 -AUG 2018

598 Ave. Barbosa Esq. Guayama
San Juan, PR 00919
Tel: (787) 300-2111



| | COURSE | INSTRUCTOR | GRADE | CRD |
|---|---|---|---|---|
| HBS 600 | HUMAN BODY STRUCTURE | | | 14.00 |
| | Gross Anatomy Anatomy Dis. | | | |
| | Medical Embryology | | | |
| | Histology | | | |
| | Neuroanatomy | | | |
| | Medical Imaging | O. CARO | 95 | |
| GPS 600 | GENERAL PRINCIPLES I | | | 9.00 |
| | Molecular Biology | | | |
| | Intr. to Physiology | J. QUINONES | 80 | |
| | Intr. to Pharmacology | J. QUINONES | 87 | |
| | Intr. to Microbiology | | | |
| | Medical Genetics | O. CARO | 88 | |
| TTS 600 | Test Taking Strategies I | | | 0.50 |
| PHY 600 | Medical Physiology | | 100 | 6.00 |
| PHA 600 | Pharmacology | J.QUINONES | 93 | 6.00 |
| GPS 600 | GENERAL PRINCIPLES II | | | 11.00 |
| | Microbiology & Immunology | M.FERNANDEZ | 90 | |
| | General Pathology | O. CARO | 86 | |
| | Biochemistry | | | |
| TTS 601 | Test Taking Strategies II | | | 0.50 |
| | | | | |
| ORG 600 | ORGAN SYSTEMS I | | 91 | 9.00 |
| PHS 601 | Public Health Sciences | | | |
| | Biostatistics | | | |
| | Epidemiology | | | |
| | Well Patient & Preventive Med. | | | |
| | Healthcare Delivery | | | |
| | Quality & Safety | | | |
| CSK 600 | Clinical Skills I | | | 2.50 |
| ORG 601 | ORGAN SYSTEMS II | | | 9.00 |
| PHS 600 | Medical Ethics | | | |
| BHS 600 | Psychology | R. VELEZ | 94 | 3.00 |

**OUTSTANDING ACTIVITIES AND ACHIEVEMENTS**

| ENTRY: | JAN 2018 |
|---|---|
| GRADUATION: | |
| TRANSFER: | UHSA |

| AT THE END OF | |
|---|---|
| GPA | 3.2900 |
| | |
| NUMBER OF CREDITS EARNED | |
| ELECTIVES: | |
| | |
| | |
| OTHER | |
| | |

NOTE: **This is not an official Transcript

I, OFFICIAL CERTIFYING THIS REPORT
Registrar
DATE     August 31, 2018