October 5, 2022

To whom it may concern:

My name is Wendoly Michelle Vázquez Oliveras. I am 31 years old, student, single and resident of Santa Isabel, Puerto Rico. My address is Urb. Praderas del Sur #803 Street Caobo, Santa Isabel, Puerto Rico 00757. I studied in a medical school in Dominican Republic until September 2017. When I arrived to Puerto Rico with my family I started to search information to transfer me of school. A friend that studied with me left the medical school in Dominican Republic and transferred to USAT. I contact her to know more information about this school. She gave me the information and on September 13, 2017 I filled out the application and submitted all documents to USAT in order to apply. Later of this November, 2017 I visited USAT facilities for orientation. The secretary Damaris Frias oriented me. Also, I received various materials regarding USAT, such as a brochures, applications and enrollment agreements. These materials made representations that USAT was an accredited college of medicine in Puerto Rico, as well as other states. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Orien L. Tulp ("Tulp") is the President of USAT, Carla M. Konyk ("Konyk") is the Vice-President and Director of Administration and Finances of USAT, and Karen Baldwin ("Baldwin") is the Administrator of USAT. Based on the various materials and the representations made by Ortiz and Cabrera on behalf of USAT, I understood that Ortiz is the Dean of the USAT College of Medicine in Puerto Rico, and that Cabrera is the Clinical Coordinator of Student Affairs of the USAT College of Medicine in Puerto Rico. As such, my understanding was that Tulp, Konyk, Baldwin, Ortiz and Cabrera (jointly "USAT

continue with the application of USAT, thinking that I was going to be able to receive a valid medical education in Puerto Rico and will be able to apply for and take the United States Medical Licensing Examinations. On December 4, 2017 I was contacted by Daniela Cabrera-Pujadas and Hilda Capo for the interview and information about documents and loan. On December 18, 2017, the USAT officials assisted me in submitting a loan application with SouthEast Bank ("SB") in order to pay USAT. The interview was in December 27, 2017 (11:30am) when Manuel Bustillo, Hilda Capo and Daniela Cabrera-Pujadas represented to me that USAT was an accredited school of medicine in Puerto Rico. In December 28, 2017 I received an email with the acceptation from USAT Puerto Rico. On December 31, 2017 my loan application was accepted, and they provided a personal loan to me for the sum amount of $ 35,000.00. In January 5, 2018 I received the official admission letter from Tulp to start in January 22, 2018 and he informed me that I was admitted to the medical doctor program of USAT. The letter said it was a typical four-year program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences and 2 academic years of clinical training in hospital and clinics in various locations. The letter indicated that I must pay $5,490.00 per semester plus the following one time fees such as a Matriculation Fee ($600), Medical Student Malpractice Insurance Fee ($995.00), Anatomy Lab Fee ($600), Technology Fee ($500) and Graduation Fee ($900.00). Like I was a transfer student from another medical school they offered admission with advanced standing starting with a projected minimum of 9 semesters to graduate based on my previous education and qualifications. On February 01, 2018 SB disbursed the personal loan and directed to the offices of USAT located in Colorado.  On February 20,

2018, Colorado's office sent the first disbursement to Puerto Rico's school and on February 22, 2018 I received an email notifying me that SB disbursed the personal loan directed to the offices of USAT located in Puerto Rico and that I could get it at the USAT PR office. The USAT officials located in Colorado were the ones that had full control of my SB personal loan. This day I got my first disbursement of the amount of $11,015.00 from $17,500.00 where was deduct one semester and the insurance fee. From the date of my admission until September of 2018, USAT had received the sum amount of $35,000 for providing education in medicine. From the date of my admission until September of 2018, while USAT received the sum amount of $35,000.00 I understood that I was receiving a valid medical education in Puerto Rico and I was going to be able to apply for and take the United States Medical Licensing Examinations. On September 14, 2018 I was notified by the USAT Officials of the ECFMG irregularities. As I was of the student's council, Manuel Bustillo planned a meeting to say us this information and his plans. He had the intention that we could to tell this to the students. All the time and in the different meetings with us and other students, he said as he was resolving the situation and all is going to be ok. On November 8 of 2018, Ortiz sent an e-mail to me and the other students regarding ECFMG's decision to find me and the other students not eligible for the United States Medical Licensing Examination. In that e-mail, Ortiz falsely represented to me and the other students that USAT was "surprised" by ECFMG's decision. Ortiz called the student council making us responsible of plan a meeting with the students to tell them this information face to face. In this meeting he said us that he couldn't assist and never arrived. He made us responsible about a situation in where we were victims. However, USAT never resolved me and the other

student's situation and we were unable to take the United States Medical Licensing Examination via USAT. On January 7, 2019, I requested USAT to deliver transcripts about my medical education. From this day was a problem get my transcripts and contact them. I sent a various emails to different persons because I didn't received reply. I wanted to know the correct amount that I have to pay to obtain my official transcripts. Maestro app had an incorrect amount to pay. As I never received reply, I had to visit the Hernández Colón & Vidal LLP lawyers with the intention that they contact them. On February 22, 2019 Cesar A. Hernández Colón sent to Dr Tulp and Carla Konik an official letter requesting the correct charge associated with my studies in Puerto Rico. On May 1, 2018 I received the statement to pay of the amount of $4,000 to obtain my official transcript of my medical education in USAT. However, these transcripts of medical education from USAT were not accepted by other medical schools. On January 2019, all applications for medical schools in the US were rejected and they did not accept the USAT medical education. As a result of this ECFMG sent us an email with new rules to request the certification for the USMLE Step 1. I was affected for this policies because I was requesting in a new school and ECFMG new policy established "they accept only 1 transfer from medical school" and in my case I had 2 transfers. Because of this I had to start my medical education again. As additional information, The AES bank is charging me the loan. I had to request a deferment of it until early in 2023. Finally, on September 3, 2022 I received an email from Carla Konyk charging me the amount of $4,000.00 knowing this issue of the school and when they know wasn't accredited and closed and I never graduated of it and the transcripts were not accepted from other medical schools. In other words, I lose my time and my money.

Based on the above, USAT received a sum amount of $35,000 without providing a valid medical education in Puerto Rico. Based on the above, USAT received a sum amount of $35,000 for providing an invalid medical education that resulted in my inability to take the United States Medical Licensing Examinations. All the USAT Officials participated in the false representation that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations. USAT falsely represented to me and many other students throughout 2017 and 2018 that it would provide a valid medical education and I would be able to take the United States Medical Licensing Examinations. However, the reality is that USAT did not provide to me and the other students a valid medical education, which resulted in me being unable to take the United States Medical Licensing Examinations.

Att: Wendoly Vázquez Oliveras

10/5/22, 8:40 PM                    Correo de Universidad de Puerto Rico - University of Sciences, Arts and Technology - Application Submitted



Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

---

## University of Sciences, Arts and Technology - Application Submitted

1 mensaje

---

**donotreply@bocavox.com** <donotreply@bocavox.com>                    13 de septiembre de 2017, 13:39
Para: admissions@usat.edu, a.h@usat.edu, wendoly.vazquez1@upr.edu

Dear Vazquez Oliveras, Wendoly Michelle,

An application has been submitted for the following student.

Student: Vazquez Oliveras, Wendoly Michelle

School: University of Sciences, Arts and Technology

Thank you.

University of Sciences, Arts and Technology

318355

| CUSTOMER'S ORDER NO. | | | | | DATE 11/21/17 | |
|---|---|---|---|---|---|---|
| NAME Wendoly Vazquez Rivera | | | | | | |
| ADDRESS 787-399-7726 | | | | | | |
| CITY, STATE, ZIP Santa Isabel | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|
| 1 | 1 | Application Fee | 125 | 00 |
| 2 | | | | |
| 3 | | Cash | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| | | | 125 | 00 |
| RECEIVED BY | | | | |

A-3705
T-46240/46250 **KEEP THIS SLIP FOR REFERENCE** 01-11

10/5/22, 8:43 PM                    Correo de Universidad de Puerto Rico - Entrevista de admisión


Universidad de Puerto Rico

Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

---

## Entrevista de admisión

3 mensajes

---

**Hilda Capo** <hilda.capo@usat.edu>                                4 de diciembre de 2017, 16:16
Para: wendoly.vazquez1@upr.edu

Wendoly:

Saludos. Como parte de los requisitos de admisión a USAT-PR es completar la entrevista de admisión a la Escuela de Medicina. La entrevista es realizada por el Comite de Admisión y deberas ser puntual en la hora que se te asigne. Hemos separado la fecha del 27 de diciembre de 2017 a las 11:30am. Agradezco puedas confirmar tu disponibilidad lo antes posible.

Gracias mil,



*Lic. Hilda M. Capo Iriarte, CPL, MEd, NCC*
**Professional Counselor & Registrar**
**USAT - Puerto Rico Campus**
Tel. 787-300-2111
Fax 787-300-2049

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>            6 de diciembre de 2017, 6:49
Para: Hilda Capo <hilda.capo@usat.edu>

Saludos. Recibido alli estare graciass
[El texto citado está oculto]

---

**Hilda Capo** <hilda.capo@usat.edu>                                6 de diciembre de 2017, 8:28
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

Gracias por confirmar!

Te esperamos,
[El texto citado está oculto]

10/5/22, 8:45 PM    Correo de Universidad de Puerto Rico - USAT Interview



Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

## USAT Interview

2 mensajes

---

**Hilda Capo** <hilda.capo@usat.edu>    28 de diciembre de 2017, 16:21
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

28 de diciembre de 2017

Saludos cordiales:

Luego de haber concluido el proceso de entrevistas de candidatos a admisión a **USAT – School of Medicine** para enero 2018, nos complace informarte que has sido admitido al programa de Medicina de nuestra Institución.  Durante los próximos días recibirás la carta oficial de admisión al Programa en la cual detalla los costos a incurrir para el nuevo termino que comienza el 22 de enero de 2018.

De surgir dudas adicionales del proceso de admisión, puede comunicarse a nuestra oficina al 787-222-5779.  Finalmente, *Bienvenido a la gran familia de USAT – Puerto Rico*

*¡Enhorabuena!*



*Lic. Hilda M. Capo Iriarte, CPL, MEd, NCC*
**Professional Counselor & Registrar**
**USAT - Puerto Rico Campus**
Tel. 787-300-2111
Fax 787-300-2049

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>    31 de diciembre de 2017, 14:00
Para: Hilda Capo <hilda.capo@usat.edu>

Saludos!!! Muchas gracias por tan buena noticia. Estare llamando en la semana para algunas preguntas. Gracias y Felicidades
[El texto citado está oculto]



**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

## University of Science Arts and Technology - Application Accepted

1 mensaje

**donotreply@bocavox.com** <donotreply@bocavox.com>                     5 de enero de 2018, 15:23
Para: wendoly.vazquez1@upr.edu

Dear Student and Guardian,

It is our pleasure to inform you that your application for admission to University of Science Arts and Technology for Vazquez Oliveras, Wendoly Michelle has been approved.

We are pleased to welcome you as a member of our university, and look forward to serving you.

To log back into your account and select the courses you would like to register for, follow this link:

http://usat.edu

If you have any questions or concerns, please feel free to contact us at 1-844-256-1497 or via email at usat.infotech@gmail.com

University of Sciences, Arts and Technology



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

January 5, 2018


Re: Admission to MD Program


Dear Wendoly Vazquez:

Congratulations! On behalf of the Admissions Committee it is my pleasure to offer you a place to the MD program at the University of Science, Arts and Technology. This is typically a 4 years program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission with advanced standing starting with a projected minimum of **9 semesters** to graduate based on your previous education and qualifications.

The tuition for the MD program is currently USD $5,490.00 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995.00), Anatomy Lab fee (USD $600.00/lab), a Technology fee (USD $500.00), and a Graduation fee of (USD $900.00). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Admission Department, PO Box 364363, San Juan, Puerto Rico USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,


Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc: Dr. Konyk



# UNIVERSITY OF SCIENCE ARTS & TECHNOLOGY, MONTSERRAT
## Olveston Campus

P.O. Box 506, South Mayfield Estate Drive, Olveston,
Montserrat, British West Indies
Tel: 727-388-2687 Toll Free: 866-596-9577

U.S. Information Office: 4288 Youngfield St. Wheat Ridge, CO 80033
Local Phone: 303-371-0252, Fax: 303-371-6967/0117

http://usat.edu
Email: Last Names A-L admissions@usat.edu
Last Names M-Z admissions2@usat.edu

*Office of the Administrator*

## USAT Fee Schedule

The following information is in regards to all fees pertaining to the USAT HCP to MD programs:

| | |
|---|---|
| One-Time Application | $125.00** *Non-Refundable* |
| One-Time Matriculation | $600.00** *Non-Refundable* |
| Medical Student Malpractice Insurance | $995.00** |
| Tuition per Semester | $5,490.00   16,470 |
| Anatomy Lab Fee | $600.00 (per lab experience) |
| Technology Fee | $500.00 |
| Graduation Fee | $900.00 (first degree) |
| Additional Fee per Degree | $300.00 |

2,995

(19,465)

*{The first three on the list must be paid in order to receive an ID Badge from the University}*

The Government Matriculation fee of $600.00 must be paid before a student can begin the program and receive educational credits or attend anatomy labs.

**ALL STUDENT ACCOUNT BALANCES MUST BE PAID IN FULL BEFORE GRADUATION COMMENCEMENT**

After graduation, all students with a zero balance due will receive 2 sets of their University transcripts at no charge. No degrees or transcripts will be released if there is still a balance due. After the initial sets of transcripts, the student will be charged $25.00 per set. Transcript fees must be paid before the transcripts are sent with no exceptions.

**\*\*If you are planning to transfer and immediately begin clinical rotations these fees must be paid in full before you will be allowed to begin your clinical rotations.\*\***

Please retain a copy of this schedule for your reference.
I hereby understand and agree to the terms of the fee schedule and acknowledge reading this document and receiving a copy.

Printed Name: Wendoly Vázquez Oliveras

Signature: Wendoly Vázquez Olivee.    Date:

*Located in Beautiful Montserrat, the 'Emerald Isle of the Caribbean'.*
Registered in the USA (FL N07000011864), & Montserrat (Co Nr 17-2003) USAT has been favorably listed by
The International Medical Education Directory (USA:IMED/FAIMER), and others.
*An Equal Opportunity Employer - Excellence and Professionalism in Medical Education © 2003-2012 USAT*



# USAT MONTSERRAT

## UNIVERSITY OF SCIENCE ARTS AND TECHNOLOGY, MONTSERRAT

## OLVESTON CAMPUS, FLORIDA and COLORADO; MD TRANSITION PROGRAM

### Enrollment Agreement and Academic Regulations for the Students of University of Science, Arts and Technology, Montserrat

**Regulations approved by the Governing Body on: 01 November 2010. Updated on 25 July 2014.**

#### Mission Statement

The University of Science, Arts and Technology, Montserrat is dedicated to the advancement of the learning, knowledge and understanding of medicine, science and fine arts. To help establish the highest standards in private education and prepare our students for the challenges they'll face in this increasingly complicated world.

#### Equal Opportunities Statement

The University's Equal Opportunities statement makes clear the University's commitment to equality of opportunity in all its activities and is consistent with the aims that its Race Equality policy makes clear. The University's Equal Opportunities statement is as follows:

University of Science, Arts and Technology, Montserrat is committed in all its activities to promoting and developing equality of opportunity in all areas of its work. In order to achieve this aim, the University seeks to:

make every effort to ensure that applicants, prospective and current students, and members of faculty and staff are valued on the basis of their merits, abilities and potential without discrimination on grounds of age, sex, disability, race, color, nationality, ethnic origin, social and economic status, religious belief, sexual orientation, marital status or other distinction;

work to foster good relationships between individuals from different groups;

observe and develop the diversity of skills and talents within its student body, current faculty and staff;

build an environment based on trust and mutual respect;

undertake a plan of action to make and enforce equality procedures;

regularly monitor the effectiveness of equal opportunity policies;

communicate to students, faculty, staff and others the support of equal opportunities within University policies.

Academic Regulations
General Academic Regulations
Conduct of Students in all Programs
University Policies
Policies for Student Clinical Training

Equal Opportunity in Education

All students must submit application and supporting documents along with the required fees in order to be considered for acceptance. Upon issuance of the letter of acceptance, students are required to attend orientation for new students and agree to adhere to the Academic Regulations of the University.

Registration and matriculation of students takes place at orientation. Students must read and understand Academic Regulations of the University. The University will document reception of the regulations by requiring the student's signature of such reception and keeping the same on file. No student shall be permitted to attend classes until properly registered.

All students are expected to adhere to the University's attendance policy as follows:
University of Science, Arts and Technology, Montserrat requires an attendance in all programs of 80%. All students are expected to arrive on time to all classes and examinations. Lateness may also accrue to represent possible absence at the discretion of the instructor.

Daily attendance lists will be used to track attendance. These lists shall be monitored on a monthly basis and held on file in the Administration Office and made available for inspection as necessary.

Initials:

1

Students in violation of the attendance policy shall be required to appear for the following disciplinary procedures:
1. Student shall be verbally counseled by the instructor to determine the reasons for non-attendance, lateness, etc.
2. Student shall be given a written counseling if the situation does not resolve after verbal counsel.
3. Student shall be given an academic suspension notice if the situation is still unresolved after a verbal and a written counseling.
4. Student shall be required to withdraw from the program and no longer permitted to sit examinations as a final resort after all of the former procedures have been implemented without resolution.

**International Students**
Students from other Nations will be given the appropriate documentation to prepare application for student visas. Once the necessary visa is obtained, the student will be instructed on travel and arrival arrangements into Montserrat.
Any student who has been accepted to the University is required to register and matriculate into their program no later than two weeks after their arrival is confirmed. In the event of non-arrival, the student's next of kin shall be contacted to verify the student's whereabouts. If it is determined that the student is not planning to attend the University after being given documentation to join the program the student will be issued a letter of non-acceptance and the proper authority shall he alerted to the potential fraudulent activity.

Under the authority of the Government of Montserrat, the Honorable Premier has granted The University of Science, Arts and Technology, Montserrat the authority for its constituent Colleges to award first and higher degrees. The following regulations have been made in accordance with those provisions.
(These Regulations apply to all students of the University irrespective of their program of study,)

Have completed to the satisfaction of the relevant teaching staff the program of study prescribed in the regulations for the award for which the student is registered;
Have successfully completed all parts of the examination prescribed for the award and shown a competent knowledge in the examination as a whole;
Where a degree is classified, have shown evidence of sufficient work at or above the pass mark for all classes awarded.
b. A student who has not made satisfactory arrangements to settle, in accordance with the relevant Regulations, all outstanding debts or other financial obligations to the College, or to any central body of the University of Science. Arts and Technology, Montserrat will not be:

1.) Informed of the results of any examination taken;
2.) Awarded any degree or other qualification, to include official transcripts.

**D. Withdrawal from examinations**
1.) A student who is registered for an award, has completed satisfactorily the prescribed period of study and any other conditions as given in Regulation D above, will be regarded as eligible for admission to the relevant examination of examinations unless he/she provides satisfactory evidence of illness or other good cause to the Dean of the relevant program not less than seven days before the date of the examination as published by the College, which the student is expected to sit at the discretion of the Dean of the relevant program. The student maybe permitted to be examined as if for the first time normally at the next occasion when the examination is offered. The passing grade for all examinations shall be 70% or a letter grade of "C."
2.) A student who is eligible to sit an examination and who is absent from that examination without having been permitted to withdraw according to the provisions of Regulation above, will be regarded as having attempted the examination, and will be awarded a mark of zero for that examination. Such a student may be permitted to attempt the examination again if the regulations for the award permit such reassessment and at the discretion of the relevant Dean.
3.) At the discretion of the Chairman or the relevant Dean, a student who is eligible to sit an examination who is absent from that examination without having been granted permission to withdraw according to the provisions of Regulation above, or a student who is present at the examination but unable to complete the examination, may submit, evidence of illness or other good cause which affected his/her ability to sit the examination at the required time and which he/she was unable, for reasons found acceptable to the Dean of Academic Affairs, to present in advance of the examination.
4.) Schools may define circumstances in which a student may continue to attend a course or other element of a program of study after having been permitted to withdraw from the examination-for that course or program element.
5.) The Dean of Academic Affairs of the relevant College will advise the Head of School in cases where a student who is permitted to be examined as if for the first time after having been permitted to withdraw from the examination (or the second/third time if the examination in question is itself a second/third attempt) is not considered to be eligible to sit the examination without further attendance on the program of study.

**E. Reassessment/failure**
A student who fails an examination at the first attempt may be permitted, at the discretion of the relevant Dean, to attempt the examination again on not more than two occasions. Any conditions regarding reassessment will be specified before the examination and the examination must be taken at the next occasion when the examination is offered. When such reassessment requires further attendance, the Dean of the relevant College will advise the appropriate Head of School.

**F. Illness**
Special provision for illness of other good cause is given in individual program regulations, including provisions for undergraduate programs based on course units. Where illness has affected a student's ability to sit the examination, see Regulation D above.

**G. Methods & Timing of Assessment**
The timing of examination shall be specified in individual program regulations; however, the timing on examination held for the purpose of reassessment may be determined by the relevant Dean of Academic Affairs.
Assessment methods may include the following:
Written examinations;
Practical examinations;

Initials: W.V.O                                                    2

Essays and/or reports;
Dissertations:
Written accounts of laboratory experiments or of fieldwork;
Multiple-choice questions;
Oral examinations;
Assessment of laboratory, fieldwork or clinical practice or of other aspects of a
candidate's performance during a course.

The venues for formal written examinations will be designated by the College and published in advance of the examination.

Candidates are required to present themselves at the designated venue for the examination(s) for which they are required. Candidates unable to present themselves for examination at the designated venue due to exceptional circumstances may be considered by the Dean of Academic Affairs for the relevant College for alternative arrangements. Requests for alternative venue arrangements should be submitted to the Dean of Students, with the details of the request written, signed and submitted within seven days of the date of the examination.

On application to the Dean of Students special arrangements may be made for students who are timetabled for two examinations which overlap or coincide.

Where a candidate has been granted alternative examination arrangements, the Dean of Students will determine timing of the alternate arrangements. All alternative arrangements will be scheduled for the earliest opportunity following the published examination date and in no case shall a candidate be permitted to sit an examination before the normal scheduled time.

The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

**H. Representations concerning decisions of the Board of Examiners**

Except as provided below, no decision of a properly convened and constituted Board of Examiners, acting in accordance with these and any other relevant College regulations may be modified. Representations concerning decisions of Boards of Examiners, which are based solely upon a challenge to the academic judgment embodied in any such decision will not be considered.
A Board of Examiners may, at its discretion, reconsider a decision in the following circumstances:

a) Where a candidate requests such reconsideration and provides adequate evidence which is acceptable to the Board of Examiners that the candidate's examination was adversely affected by illness or other factors which the candidate was unable, or for valid reasons unwilling, to divulge before the Board of Examiners reached its decision;

b) Where there is clear evidence produced by the candidate or any other person of administrative error or that the examination was not conducted in accordance with the Instructions/Regulations.

**I. AWARDS**
1.1      Awards of the University of Science, Arts and Technology, Montserrat conferred by University of Science and Medicine (hereinafter referred to as "the College")
1.2
A) UNDERGRADUATE DEGREES
         Bachelor of Science (BSc)
         Bachelor of Arts (BA)
         Bachelor of Medicine and Bachelor of Surgery (MBBS)
         Bachelor of Dental Surgery (BDS)
B) GRADUATE DEGREES
         Master of Science (MSc)
         Master of Arts (MA)
         Master of Public Health (MPH)
         Doctor of Public health (DPII)
         Medical Doctor (MD)
         Doctor of Dental Medicine and Surgery (DDS)
         Doctor of Philosophy (PhD)
C) OTHER
         The Faculty and Board of Directors of the University may establish other-related degrees and diplomas.

Initials: W.V.O

3

## II. General Regulations for Examinations
### A. General

A student taking an examination leading to an award conferred by the College either under its own authority or that delegated to it to confer awards of the University of Science, Arts and Technology, Montserrat, whether at a first or subsequent attempt, shall be examined in accordance with such regulations as are current when the student enrolls.

### B. Admission to Examinations

a. Annual enrollment for a program of study and its constituent courses includes registration for the relevant examinations.

b. In order to be eligible for admission to an examination, a student must complete to the satisfaction of teaching staff the prescribed period of study and satisfy any other conditions which may be prescribed by the College in the Regulations or otherwise, including making full payment of College fees or other charges and settling all outstanding financial obligations including confirming at the specified time to the School where the student is registered the details of the examination or examinations which he/she expects to sit. The passing score for all examinations shall be 70% or the letter grade of "C."

c. The use of examination answer books or other examination stationery by students for any purpose or any occasion other than participation in a recognized college examination may constitute misconduct under the College regulations and be liable to disciplinary procedures.

All students must adhere to the following USAT University Policies while enrolled in all programs:

**Behavioral Policies:** *Alcoholic Beverages, Narcotics, and Drugs* USAT does not permit the use, possession, or serving of alcoholic beverages, narcotics, or drugs in or around any college building/property or at any college sponsored event held off campus. This policy applies to all social functions or events that are held in or around college buildings. Any student or group of students who are under the influence of intoxicants and fail to conduct themselves in a reasonable manner by violating recognized standards of conduct are subject to disciplinary action and/or dismissal from the school. *Campus Disruptions and Violence* Any act of violence or intimidation, any seizing of any portion of property, or any unauthorized activity which prevents the normal operation of the college in any way by any individual or group will be considered in direct opposition to the necessary operation of the college. Action will be taken immediately, including the probability of expulsion, regardless of the number involved. Similar action will be taken against those who advocate such described activities.

**Discipline Appeal:** USAT will establish a committee composed of students, faculty, and staff to deliberate student discipline appeals. The entire appeal process is focused on fairness and "due process" for students. NOTE: All discipline appeals must be formally submitted to the College no later than 10 working days after the discipline has been imposed.

**Firearms and Fireworks:** Possession of firearms on the college campus at any time will result in immediate dismissal from the college and/or expulsion from the campus. Law enforcement officers may have firearms in their possession while on campus. Students or visitors arriving on campus with firearms in their possession must check them in at Campus Security and may pick them up when leaving campus. Campus Security must approve any exception. Possession and use of fireworks on the college campus is prohibited. Occupants of off-campus housing are subject to city, county, and state ordinances governing the use of firearms and fireworks.

**Gambling:** Gambling of all sorts is prohibited on campus. The privilege of playing card games is given on the assumption that no gambling takes place. However, if gambling does take place and is detected, this privilege will be unconditionally withdrawn.

**Harassment:** USAT is committed to maintaining a working and educational environment, which fosters appropriate and respectful conduct and communication between all persons within the college community. Conduct that is deemed inappropriate, offensive, or disrespectful toward others will not be tolerated and may be cause for suspension or expulsion from the program.

**Honesty:** Students are expected to be honest in all aspects of their college education. All work is evaluated on the assumption that the work presented is the student's own. Anything less is unacceptable. Students are subject to disciplinary action at the teacher's discretion. For student appeal, refer to Discipline Appeal. Examples of dishonest practice include but are not limited to: *Cheating* - The improper use of books, notes, other students' tests, or other aids during an examination. It is the responsibility of the student to obtain approval for the use of such aids prior to the time of the examination; otherwise, they will be considered improper. An "examination" is defined as "any testing situation in which the score will be used for credit in a course." *Plagiarism* - Submission or presentation of a student assignment as one's own in which substantial portions are paraphrased without documentation or are identical to published or unpublished material from another source (including another student's work). An assignment is defined as "any materials submitted or presented by a student for credit in a course."

**Initiations and/or Hazing:** The College does not approve of any form of hazing. Hazing is defined as any action taken or situation created intentionally to provide mental or physical discomfort or in any way to degrade the dignity of the individual student.

**Mandatory Behavioral or Medical Withdrawal:** It is the responsibility of the College to order a medical examination or behavioral evaluation if the director has reason to believe that a student has a serious medical or behavioral disability that substantially threatens or interferes with the welfare of the student, other members of the college community, or the educational process of the college. The director shall notify the student and appropriate agency (counselor, medical consultant, etc.) that such an evaluation is to be conducted. Any member of the Student Services division may initiate this process for students who are under his/her care or counseling. In this case, the student must be notified and the request submitted to the College. The student will have 24 hours before beginning the evaluation process. When appropriate, parents, guardians, or spouses will be notified of the process for the protection of the student. If the student refuses to consult with the evaluating agency, the College will, if practical, seek the help of the student's family in persuading the student to undergo the evaluation. If unsuccessful, the College will summarize the steps taken to secure the needed information and the reasons for withdrawal and then begin the withdrawal process. A copy of this order will be sent to the student. *Evaluation Conference* - The student will be provided written notice of a time and place at which the student,

Initials: W.V.9

4

the evaluating agency, and the College will confer on the final determination for mandatory withdrawal. The student has the option to have representation at this meeting, such as his/her own doctor, counselor, parents, or spouse. The director will refer to recommendations, reports, and evaluations as they relate to the case being considered.

**Power of Contract:** If it is determined that mandatory withdrawal is not appropriate, the College in consultation with other appropriate college personnel, doctor, or other resource person's) will provide a contract outlining the terms by which the student may remain enrolled at USAT. All parties involved will sign this document, including the student. If the terms of the contract are followed, the student may continue the educational process at USAT. If the terms are not followed, the College may then process the mandatory withdrawal. *Appeal* - As with other college policies, the student may appeal mandatory withdrawal through the Information Office and may have the evaluation process reopened.

**Policies for Student Clinical Training:**
1. Students must complete a total of 80 weeks of clinical training as follows: 50 weeks of core required specialties and 30 weeks of elective specialties.
2. For each week to be valid, a minimum of 12 hours per week must be documented and certified by each physician preceptor.
3. All students are required to have one Clinical Evaluation form completed and signed for each specialty in order to be given credit.
4. Any fees requested by the clinical sites related to the training shall be paid by the student directly to the designated representative of the clinical site.
5. Students shall be given a USAT Student ID Badge ONLY after paying the application, matriculation and the professional liability insurance policy fees.

**Issuance of Transcripts:**
**USAT retains the right to withhold student transcripts if the student defaults on his or her financial obligations to USAT.**

**Finality** - Decisions made by the College are final.

**Refund Policy: A pro-rated refund policy applies to all tuition payments and fees, with the exception of the application fee and the matriculation fee which are NON-Refundable. If credit card payments are refunded, a 3% processing fee may be charged to the student or applicant.**

**Smoking/Use of Tobacco:** Smoking is prohibited inside all college buildings.

**Soliciting:** any student, solicitor, agent, or salesperson operating in his/her own interests and for purposes not directly connected with college interests is not permitted to advertise on campus or participate in any college function without approval.

**Student Health Insurance:** The College does not provide health insurance for students. While it is not mandatory for students to have health insurance, it is strongly advised.

**I hereby understand and agree to the foregoing regulations and policies stated in this enrollment agreement and I acknowledge reading them and receiving a copy.**

*Student Signature:* Wendoly Vázquez Oliveras

*Printed Name:* Wendoly Vázquez Oliveras

*Date:*

Initials: W.V.O

5



**UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY**
P.O. Box 364363. San Juan PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111   Fax (787) 300-2049
www.usat.edu

*Office of the Dean & Director*

18 de enero de 2018

A TODOS LOS ESTUDIANTES
USAT PR

**COMIENZO DE CLASES**

¡Bienvenidos!

La fecha para el comienzo del próximo semestre será **lunes 22 de enero de 2018.**
Todos los estudiantes deberán presentarse a las facilidades de USAT, desde las **8:00am**.

Durante la mañana del lunes 22, recibirán el *Programa de Clases* para este semestre.
Cada estudiante debe estar en *"Good Standing"* y haber realizado los pagos
correspondientes.

Los estudiantes de nuevo ingreso deben haber realizado el pago de solicitud (*application
fee*) por $125 dólares y de matrícula (*matriculation fee*) por $600 dólares. Los pagos
pueden ser efectuados en las Oficinas Administrativas, de 8:30am a 5:00pm.

¡Les esperamos!

Cordialmente,

Dr. Manuel J. Ortiz Busillo
Decano
Escuela de Medicina

Correo de Universidad de Puerto Rico - Importante


**Universidad de Puerto Rico**

Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

## Importante
1 mensaje

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>    15 de febrero de 2018, 15:33
Para: infopr@usat.edu

Saludos. Soy la estudiante Wendoly Vazquez estoy enviando este correo en relación a unas preguntas que tengo sobre mi préstamo estudiantil. Yo quería saber la cantidad cobrada de mi primer desembolso porque quería pedir si es posible que no me cobraran todo del primer cheque y de poder ser así cual seria el procedimiento. Yo pregunto esto porque pensaba que una cierta cantidad la cobraban del primer cheque y la otra cantidad del otro cheque. También quería saber como es el proceso de los días del desembolso. Ya le había notificado a la secretaria pero como no me he podido comunicar decidí enviar un correo. Espero su ayuda y respuesta muchas gracias.

    Libre de virus. www.avg.com

10/5/22, 8:54 PM                                    Correo de Universidad de Puerto Rico - USAT STUDENT IMPORTANT



**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

## USAT STUDENT IMPORTANT

5 mensajes

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                    17 de febrero de 2018, 17:04
Para: c.konyk@usat.edu

Hi I am new student of USAT in the campus of PR. I send this email because I study with the university loan. I still have
not received the check but I want ask, if is possible that do not take me out the full year of studies. The situation of PR is
not very well and the things are very difficult. In my case I have some situations where I need buy medical books and
other things to my studies. I requested 35,000 dollars in the loan. Also I pay the admission fees. If take the full year plus
technology fees I do not have disbursement this semester to the things that I need. I hope you can help me with this. I am
looking forward to your response. Very thanks.

 Libre de virus. www.avg.com

---

**Carla Konyk** <carla.konyk@gmail.com>                                      17 de febrero de 2018, 17:29
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

Dear Wendoly,
No, we can not allow you use the entire disbursement for your expenses.
At a minimum, we will take one semester plus the insurance fee.
You may have the rest. Please keep in mind that this money is for tuition
and some educationally related expenses. You owe over $40,000.00
to the school. You must budget yourself accordingly to be paid off at
graduation time.

Carla Konyk

*Carla M. Konyk,*
*Vice President, Director of Administration*

---

**University of Science, Arts and Technology (USAT)**
*Office* **303-371-0252**
*Cell* **727-252-6205**     *Fax* **303-399-4106**

[El texto citado está oculto]

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                    18 de febrero de 2018, 18:25
Para: Carla Konyk <carla.konyk@gmail.com>

Hi Thanks for your response. I think that is a confussion I dont want the entire disbursement to my expenses because this
money is to the school. I asked only to know if they take me the complete year plus the insurance fee. I asked this
because we have buy books and other materials to the university and for this I want know if they take me one or two
semesters only not the complete year in the first disbursement. Maybe I wrote it wrong and it was understood that way. I
am clear and thanks to have time to answer me. Thanks and have a nice day.
[El texto citado está oculto]

---

**Carla Konyk** <carla.konyk@gmail.com>                                      18 de febrero de 2018, 23:45
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

This is just the first disbursement, so we took one semester and the insurance fee.
Your check has been made to you for $11,015.00. It will be sent to the school on
Tuesday.
If you want to pay more in tuition, you can do that at any time.

Carla
[El texto citado está oculto]

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>          19 de febrero de 2018, 0:07
Para: Carla Konyk <carla.konyk@gmail.com>

Ok perfect. Thank you for the information.

---

   Libre de virus. www.avg.com

[El texto citado está oculto]



Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

## DESEMBOLSOS DE PRESTAMOS ESTUDIANTILES

1 mensaje

**Info Puerto Rico** <infopr@usat.edu>                                                        22 de febrero de 2018, 15:26
Para: Jose Arce <borinquenblackgold@gmail.com>, "Enny M. De Jesús Ureña" <enny.dejesus@usat.edu>, Edwin Aponte <edwin.aponte@usat.edu>, Fernando Hernandez Rios <fernandoj.hernandez@gmail.com>, Jorge Ernesto Condi Escala <jorge.condiescala@usat.edu>, wendoly.vazquez1@upr.edu, Xavier Domenech <xavier.domenech@usat.edu>, rdm.suarez92@gmail.com

Buenas tardes:

Les informamos que tenemos en la oficina los desembolsos de sus préstamos.

Favor pasar a recoger o indicarnos cualquier otra instrucción.

Gracias,

Dhamaris Frías
Office of the Associate Dean of Clinical Sciences



## UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY, PR

PO Box 364363, San Juan, PR 00936-4363

598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR  00919

Tel. (787) 300-2111 or 939-400-6941

www.usat.edu, www.usatpr.com



Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

## IMPORTANT URGENCY (TRANSFER)

1 mensaje

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                7 de enero de 2019, 12:32
Para: Carla Konyk <carla.konyk@gmail.com>

Hi good morning my name is Wendoly Vázquez , USAT PR student. I send this email beause I am in a transfer process and I need with urgency my official transcript. I notified this through email but I do not receive response. I withdrawed from the university with Sr. Hoffman. I need my statement to pay the pending and get my official transcript. The usat page(maestro) presents a total amount and I want to know if this is the correct amount to pay. Wait for your help Thanks. This is my email because my usat email is closed.

10/5/22, 9:05 PM                         Correo de Universidad de Puerto Rico - URGENCY IMPORTANT


**Universidad de Puerto Rico**

                                         **Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

---

## URGENCY IMPORTANT
1 mensaje

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                          8 de enero de 2019, 19:02
Para: Carla Konyk <carla.konyk@gmail.com>

Hi good morning my name is Wendoly Vázquez , USAT PR student. I send this email beause I am in a transfer
process and I need with urgency my official transcript. I notified this through email but I do not receive response. I
withdrawed from the university with Sr. Hoffman. I need my statement to pay the pending and get my official transcript.
The usat page(maestro) presents a total amount and I want to know if this is the correct amount to pay. Wait for your
help Thanks. This is my email because my usat email is closed.



**Universidad de Puerto Rico**

Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

---

## IMPORTANT URGENCY WENDOLY VAZQUEZ

4 mensajes

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                    9 de enero de 2019, 16:40
Para: registrar2@usat.edu

Hi is Wendoly Vázquez, USAT PR student. I send this email beause I am in a transfer process and I need with urgency my official transcript. I notified this through email but I do not receive response. I withdrawed from the university with Sr. Hoffman. My mom is sick and I cannot leave the country. I have a situation with her and I need solve this now. Wait for your help Thanks. This is my email because my usat email is closed.

---

**Mary Hickling - Registrar (M-Z)** <registrar2@usat.edu>                    9 de enero de 2019, 17:20
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

Hello Wendoly,
Attached is your grade report. In order to receive an official transcript you will need to pay your tuition up to the time you withdrew. Please contact Carla in finance for a statement.
Sincerely,
Mary
[El texto citado está oculto]
--


*Mary D. Hickling / Registrar M-Z*
*University of Science, Arts & Technology, Montserrat*
*registrar2@usat.edu*

---

📄 **WENDOLY VAZQUEZ GRADE REPORT .pdf**
204K

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                    11 de enero de 2019, 22:15
Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Hi mary thanks for the information. I wrote to carla konik and I do not receive any response. I need know if the amount in the usat page is the correct because I need my oficial transcript because my transfer school need it. Carla do not respond me and I am very worried for this. Wait for your response and thanks.
[El texto citado está oculto]

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                    11 de enero de 2019, 22:17
Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Other detail is that I pay the university( semesters) with the loan.
[El texto citado está oculto]



**UPR**
Universidad de Puerto Rico

Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

## IMPORTANT URGENCY
1 mensaje

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                12 de enero de 2019, 11:53
Para: Carla Konyk <carla.konyk@gmail.com>

Hi good morning my name is Wendoly Vázquez , USAT PR student. I send this email beause I am in a transfer process and I need with urgency my official transcript. I notified this through email but I do not receive response. I withdrawed from the university with Sr. Hoffman. I need my statement to pay the pending and get my official transcript. The usat page(maestro) presents a total amount and I want to know if this is the correct amount to pay. Wait for your help Thanks. This is my email because my usat email is closed.



**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

Universidad de Puerto Rico

---

# IMPORTANT

1 mensaje

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                15 de enero de 2019, 12:38
Para: "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>

Hi mary thanks for the information. I wrote to carla konik and I do not receive any response. I need know if the amount in the usat page is the correct because I need my oficial transcript. Carla do not respond me and I am very worried for this. Wait for your response and thanks. Other detail is that I pay the university with the loan.

10/5/22, 9:12 PM                                    Correo de Universidad de Puerto Rico - URGENCY


**Universidad de Puerto Rico**

Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

---

## URGENCY

1 mensaje

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                              15 de enero de 2019, 12:39
Para: Carla Konyk <carla.konyk@gmail.com>

Hi good morning my name is Wendoly Vázquez , USAT PR student. I send this email beause I am in a transfer process and I need with urgency my official transcript. I notified this through email but I do not receive response. I withdrawed from the university with Sr. Hoffman. I need my statement to pay the pending and get my official transcript. The usat page(maestro) presents a total amount and I want to know if this is the correct amount to pay. Wait for your help Thanks. This is my email because my usat email is closed.


**Universidad de Puerto Rico**

Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

---

# Important Urgency
4 mensajes

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>    15 de enero de 2019, 12:52
Para: o.tulp@usat.edu

Hi Dr Tulp my name is Wendoly Vazquez from USAT PR. I send this email because I am very worried. I withdrawed from the university with Sr Hoffmann. I am tired of send emails to Carla konik and Mary and I do not have response. I need my official transcript. I am going to pay my pending to get my official transcript. My mom is sick and my grandmother just die. I cannot travel out from the country. I have many situations and I need help with this. In what you can help me I would appreciate it. Thanks Waith for your response.

---

**Orien Tulp** <o.tulp@usat.edu>    15 de enero de 2019, 13:09
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>, "Mary Hickling - Registrar (M-Z)" <registrar2@usat.edu>, Carla Konyk - Director/Student Accounts <c.konyk@usat.edu>

Dear Wendoly,

Thank you for the email. I am so sorry to learn about your mom and grandmother. I am copying this to Mary Hickling, who attends to the transcript issues, and to Dr Konyk, who attends to the student accounts.

Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

[El texto citado está oculto]

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>    15 de enero de 2019, 16:23
Para: Orien Tulp <o.tulp@usat.edu>

Thank you very much for help me with that. Wait for the response. Nice day
[El texto citado está oculto]

---

**Orien Tulp** <o.tulp@usat.edu>    15 de enero de 2019, 16:29
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

thx
Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

[El texto citado está oculto]

10/5/22, 9:14 PM

Correo de Universidad de Puerto Rico - USAT PR



Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

## USAT PR
1 mensaje

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                              18 de enero de 2019, 18:08
Para: Carla Konyk <carla.konyk@gmail.com>

Hi I am Wendoly Vázquez continuing sending this email because I do not receive answer. I withdrawed from the university with Sr. Hoffmann. I am in a process transfer and I wrote Dr. Tulp because I have many situations and I would not travel. I need my official transcript and my statement. I need help with this. Wait for your response thanks.

UPR
Universidad de Puerto Rico

**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

# Important USAT PR

3 mensajes

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu> 18 de enero de 2019, 18:10
Para: admissions@usat.edu

Hi good afternoon my name is Wendoly Vázquez , USAT PR student. I send this email beause I am in a transfer process and I need with urgency my official transcript. I notified this through email but I do not receive response. I withdrawed from the university with Sr. Hoffman. I need my statement to pay the pending and get my official transcript. The usat page(maestro) presents a total amount and I want to know if this is the correct amount to pay. Wait for your help Thanks. I would not travel and I notified to Dr. Tulp because I have many personal situations. This is my email because my usat email is closed.

---

**David Huffman - Admissions (A-L)** <admissions@usat.edu> 23 de enero de 2019, 13:59
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

Good Morning Wendoly,

I have added you to the list of students with similar requests.

Please reach out to Dr. Konyk <c.konyk@usat.edu> for a balance due statement. Once you have a zero balance Mary Hickling the Registrar will be able to send the documents out.
We are having a meeting today and I will make sure to state your concern during the meeting.

[El texto citado está oculto]
--
Respectfully,

David Huffman
Director of Admissions
University of Science, Arts and Technology
admissions@usat.edu
303-371-0252 (9am to 2pm MST)

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu> 23 de enero de 2019, 14:37
Para: "David Huffman - Admissions (A-L)" <admissions@usat.edu>

Thank you Sr. Huffman. I send email to Mary and Dr. Konyk again because I send email to them and I have not received a response. In what you can help me in this meeting , I"ll thank you. My grandmother just died and my mother is sick and she will go to operation. I cannot travel and for this I am send emails to my statement and official transcript . Nice day and wait for your response.
[El texto citado está oculto]

**Law Offices of**
**HERNÁNDEZ COLÓN & VIDAL, LLP**
**Attorneys at Law**
1 Sol St. - P O Box 331041
Ponce, Puerto Rico  00733-1041
www.hcv-law.com

César A. Hernández Colón                                        Tel.    (787) 840-8750
Aracelis Vidal Rivera                                                   787) 840-8787
José A. Hernández Lázaro                                      Fax.    (787) 840-8741
Mariel Hernández Monagas

February 22, 2019

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
*7015 3010 0000 1311 5615*

Orien L Tulp, PhD, MD, FACN, CNS
President, University of Science Arts and Technology
Administrative and Admissions Offices
4288 Youngfield Street, Wheat Ridge, CO 80033

Dear Dr. Tulp,

Our office represents Ms. Wendoly Vazquez Olivera, (Ms. Vazquez) who enrolled in the University of Science, Arts & Technology, School of Medicine (USAT) in Puerto Rico to pursue the MD Program on January 2018.  Enclosed please find copy of the admission letter sent by you on January 2018. Ms. Vazquez approved the courses offered during the three trimesters offered by USAT in Puerto Rico during 2018.

Ms. Vazquez sent the Academic Withdrawal Form to the Office of the Registrar and is now pursuing enrollment in American University of Antigua College of Medicine. She has been advised that admission is conditioned to receiveing an official transcript of the credits and courses approved by her in USAT.

Ms Vazquez informs me that she has asked USAT's Registrar for a copy of the Statement of the charges associated with her studies at USAT and for the official transcript of the courses approved by her in USAT, but has not received any reply.

Please assist Ms. Vazquez by instructing the Registrar to send her said statement and transcript and send it directly to her at the following address:

Wendoly Vazquez Oliveras
Urbanización Praderas del Sur
803 Calle Caobo
Santa Isabel, Puerto Rico 00757

Ms. Vazquez's e-mail address is *wendoly.vazquez1@upr.edu*

Copy of this letter is being sent directly to Ms. Mary Hickling to her e-mail address: registrar2@usat.edu .

Thank you for your help on this matter.


Cordially,


CÉSAR A. HERNÁNDEZ COLÓN



# UNIVERSITY OF SCIENCE, ARTS & TECHNOLOGY

PO Box 364363, San Juan, PR 00936-4363
598 Ave. Barbosa, Esq. Calle Guayama, San Juan, PR 00919
Tel. (787) 300-2111    Fax (787) 300-2049
www.usat.edu

*Office of the Registrar*

January 5, 2018

Re: Admission to MD Program

Dear Wendoly Vazquez:

Congratulations! On behalf of the Admissions Committee it is my pleasure to offer you a place to the MD program at the University of Science, Arts and Technology. This is typically a 4 years program of scientific and medical education, which includes not less than 6 semesters of basic medical sciences refreshers and updates as well as up to 2 academic years of clinical training in hospitals and clinics in various locations. You have been offered admission with advanced standing starting with a projected minimum of **9 semesters** to graduate based on your previous education and qualifications.

The tuition for the MD program is currently USD $5,490.00 per semester plus the following one-time fees, (Government) Matriculation fee (USD $600), Medical Student Malpractice Insurance fee (USD $995.00), Anatomy Lab fee (USD $600.00/lab), a Technology fee (USD $500.00), and a Graduation fee of (USD $900.00). The University will require official transcripts or validated copies of all college, university, postgraduate courses and undergraduate studies, if not previously submitted, within 6 weeks of receiving this acceptance letter so that maximum transfer credit may be computed and authenticated. The transcripts and records should be submitted to the USAT Admission Department, PO Box 364363, San Juan, Puerto Rico USA 00936-4363. We will then house them in a secure database where permanent academic records are maintained.

We look forward to your matriculation at our University and your progression through the MD program. Congratulations again on your acceptance to the University of Science, Arts and Technology.

Kindest Regards,

Orien L. Tulp, Ph.D., M.D., F.A.C.N., C.N.S.
Professor and President
University of Science Arts and Technology
MONTSERRAT
Cc: Dr. Konyk

**Bufete de**
**HERNÁNDEZ COLÓN & VIDAL, S. R. L.**
Abogados Notarios
Calle Sol Núm. 1 —Ponce, PR 00731
PO Box 331041 — Ponce, PR 00733-1041
www.hcv-law.com

SAN JUAN PR 009

26 FEB 2019 PM 2

02 1P        $000.47⁰
0000725216   FEB 22 2019
MAILED FROM ZIP CODE 00730

Wendoly Vazquez Oliveras
Urb. Praderas del Sur
803 Calle Caobo
Santa Isabel PR 00757

00757#2065

Correo de Universidad de Puerto Rico - IMPORTANT USAT PR



**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

Universidad de Puerto Rico

---

## IMPORTANT USAT PR

3 mensajes

---

**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**                    15 de mayo de 2019, 17:45
Para: registrar.asst@usat.edu

Hi good morning my name is Wendoly Vázquez , USAT PR student. I send this email beause I am in a transfer
process and I need with urgency my official transcript. I notified this through email but I do not receive response. I
need my statement to pay the pending and get my official transcript. I am sending this email because I need to solve
this emergency which is my official transcription. I am desperate to solve this situation, because I don't receive any
answer. I hope you can help me please, I've been very patient in the last four months trying to get answer. I need my
statement to pay you, I had loan. I need my official transcription to make a successful registration for the USMLE step
1. Please help me.

---

**Nicole Perez - Registrar <registrar.asst@usat.edu>**                    16 de mayo de 2019, 11:31
Para: Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>
Cc: Ada H <ada.h@usat.edu>

Hello Wendoly,

Please know I have received your request for your diploma and transcripts.  Ada and I are working very
hard to get documents out. Please be patient and do not hesitate to contact me if you have any questions or
concerns.

In addition, please contact our finance department at c.konyk@usat.edu to ensure your balance is zero, as
we cannot release any documents until we are given confirmation.

Thank you,
Nicole Perez / Registrar
University of Science, Arts & Technology
Registrar.asst@usat.edu

[El texto citado está oculto]

---

**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**                    16 de mayo de 2019, 15:02
Para: Nicole Perez - Registrar <registrar.asst@usat.edu>

Thanks for your answer and for the information. The problem is I have been trying to contact Mrs. Konik but I don't
receive any answer. I hope you can help me please, I've been very patient in the last fourth months but I need my
statement to pay and with the official transcription make the registration for the USMLE step 1.
[El texto citado está oculto]

**USAT, Montserrat, LLC.**

USAT Administration Office
5400 Ward Road, Building
3-150
Arvada, CO 80002

| Invoice Date | Invoice # |
|---|---|
| 5/1/2018 | 3297 |

**TUITION INVOICE**

**Phone #**    727-252-6205    **Fax #**    303-399-4106

**Bill To:**

Wendoly Vazquez
Urb. Praderas del Sur 803
Calle Caobo
Santa Isabel, PR 00757

:.......................................................:
: **PLEASE PAY**     [ See Amount Below ]
: **THIS AMOUNT**
:.......................................................:

Make checks payable to:    **USAT, Montserrat, LLC.**

☐ Please check box if address is incorrect or has changed, and
indicate change(s) on reverse side.

Have E-Mail? _____

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**USAT, Montserrat, LLC.**
USAT Administration Office
5400 Ward Road, Building 3-150
Arvada, CO 80002

| Due Date: | Upon Receipt |
|---|---|

**Please Pay Amount Below**

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | *Tuition* | Semester Tuition added back after Loan Proceeds Refund | 10,415.00 | 10,415.00 |

**We are proud to have you as our student.**
**Please remember that all tuition accounts must be paid in full prior to**
**graduation. Thank you.**

| Total | USD 10,415.00 |
|---|---|
| **Payments/Credits** | USD -6,415.00 |
| **Balance Due** | USD 4,000.00 |

**Billing Inqueries? Call**    727-252-6205

**STUDENTS LAST NAME, SECOND LAST NAME & MIDDLE NAME**

VAZQUEZ OLIVERAS, WENDOLY



# USAT
## SCHOOL OF MEDICINE

**GRADE REPORT**
TERM: JAN. 2018 - DEC 2018

598 Ave. Barbosa Esq. Guayama
San Juan, PR 00919
Tel: (787) 300-2111

| | COURSE | GRADE | CRD |
|---|---|---|---|
| HBS 600 | HUMAN BODY STRUCTURE | T | 14.00 |
| | Gross Anatomy Anatomy Dis. | T | |
| | Medical Embryology | 91 | |
| | Histology | T | |
| | Neuroanatomy | T | |
| | Medical Imaging | 80 | |
| GPS 600 | GENERAL PRINCIPLES I | T | 9.00 |
| | Molecular Biology | T | |
| | Intr. to Physiology | T | |
| | Intr. to Pharmacology | T | |
| | Intr. to Microbiology | T | |
| | Medical Genetics | T21 | |
| TTS 600 | Test Taking Strategies I | PASS | 0.50 |
| PHY 600 | Medical Physiology | T | 6.00 |
| PHA 600 | Pharmacology | T | 6.00 |
| GPS 601 | GENERAL PRINCIPLES II | B | 11.00 |
| | Microbiology & Immunology | 80 | |
| | General Pathology | 89 | |
| | Biochemistry | 85 | |
| TTS 601 | Test Taking Strategies II | PASS | 0.50 |
| ACN 600 | ADVANCED CLINIC NUTRITION | 85 | 3.00 |
| ORG 600 | ORGAN SYSTEMS I | 90 | 9.00 |
| PHS 601 | Public Health Sciences | 92 | 4.00 |
| | Biostatistics | | |
| | Epidemiology | | |
| | Well Patient & Preventive Med. | | |
| | Healthcare Delivery | | |
| | Quality & Safety | | |
| CSK 600 | Clinical Skills I | 93 | 2.00 |
| ORG 601 | ORGAN SYSTEMS II | 70 | 9.00 |
| ORG 602 | ORGAN SYSTEMS III | 85 | 9.00 |
| PHS 600 | Medical Ethics | 80 | 2.00 |
| BHS 600 | Psychology | 90 | 3.00 |
| BHS 601 | Psychopathology | 95 | 4.00 |
| ICM 600 | INTRO TO CLINICAL | PASS | 12.00 |

**OUTSTANDING ACTIVITIES AND ACHIEVEMENTS**

ENTRY:          JAN 2018
GRADUATION: 2020
TRANSFER:     UCNE

| AT THE END OF | |
|---|---|
| GPA | |
| NUMBER OF CREDITS EARNED | |
| ELECTIVES: | |
| | |
| | |
| OTHER | |

OFFICIAL CERTIFYING THIS REPORT

NOTE: "This is an official transcript"

DATE:     December 14, 2018

**USAT, Montserrat LLC**

5400 Ward Road
Building 3-220
Arvada, CO 80002

| | | |
|---|---|---|
| Phone # | 727-252-6205 | c.konyk@usat.edu |
| Fax # | 303-371-0117 | |

**Tuition Statement**

| Date |
|---|
| 9/3/2022 |

| To: |
|---|
| Wendoly Vazquez |
| Urb. Praderas del Sur 803 |
| Calle Caobo |
| Santa Isabel, PR 00757 |

**Please Mail  Payments to:**

**USAT US Information Office
5400 Ward Road
Building 3-150
Arvada, CO 80002**

| | |
|---|---|
| | EIN# 46-1491367 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2015 | Balance forward | | 0.00 |
| 11/21/2017 | INV #3008. Due 11/21/2017. | 42,150.00 | 42,150.00 |
| | --- Application Fee USD 125.00 | | |
| | --- Matriculation Fee USD 600.00 | | |
| | --- Graduation Charge USD 900.00 | | |
| | --- Insurance Fee USD 995.00 | | |
| | --- Laboratory USD 600.00 | | |
| | --- Technology Fee. USD 500.00 | | |
| | --- MD Program., 7 @ USD 5,490.00 = 38,430.00 | | |
| 11/21/2017 | PMT #23840294218. | -125.00 | 42,025.00 |
| 02/17/2018 | PMT #Loan Proceeds. | -17,500.00 | 24,525.00 |
| 02/17/2018 | INV #3118. Due 02/17/2018. | 11,015.00 | 35,540.00 |
| | --- Tuition USD 11,015.00 | | |
| 05/01/2018 | PMT #Loan Proceeds. | -17,500.00 | 18,040.00 |
| 05/01/2018 | INV #3297. Due 05/01/2018. | 10,415.00 | 28,455.00 |
| | --- Tuition USD 10,415.00 | | |
| 02/28/2019 | CREDMEM #3867. | -23,855.00 | 4,600.00 |
| | --- MD Program., 4 @ USD 5,490.00 = -21,960.00 | | |
| | --- Insurance Fee. USD -995.00 | | |
| | --- Graduation Charge USD -900.00 | | |
| 02/28/2019 | CREDMEM #3868. | -600.00 | 4,000.00 |
| | --- Laboratory USD -600.00 | | |

**Please remember that no official transcripts or other documents will be released until the outstanding balance is paid in full. Credit card transactions will incur a 2.75% surcharge.**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 | USD 4,000.00 |

10/5/22, 9:30 PM                    Correo de Universidad de Puerto Rico – Statement from USAT, Montserrat LLC



Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

---

## Statement from USAT, Montserrat LLC
2 mensajes

---

**c.konyk@usat.edu** <c.konyk@usat.edu>                                        3 de septiembre de 2022, 12:46
Para: wendoly.vazquez1@upr.edu

Dear Wendoly:

Your statement is attached. Please remit payment.
Wire transfer instructions are attached. Please be advised that credit card transactions will incur a 2.75% surcharge. This charge does not apply to debit card or E-check transactions.

Thank you.

Sincerely,
USAT, Montserrat LLC

727-252-6205
www.usat.edu Wendoly

---

**4 adjuntos**

📄 **Statement1_from_USAT_Montserrat_LLC1536.pdf**
59K

📄 **2022 CC Auth. USAT Fillable Form.pdf**
187K

📄 **USAT Transcript Request Fillable Form.pdf**
130K

📄 **Wire Transfer Instructions for Students.pdf**
225K

---

**Wendoly M Vazquez Oliveras** <wendoly.vazquez1@upr.edu>                    4 de octubre de 2022, 20:05
Para: moli9764@gmail.com

[El texto citado está oculto]

---

**4 adjuntos**

📄 **Statement1_from_USAT_Montserrat_LLC1536.pdf**
59K

📄 **2022 CC Auth. USAT Fillable Form.pdf**
187K

📄 **USAT Transcript Request Fillable Form.pdf**
130K

📄 **Wire Transfer Instructions for Students.pdf**
225K



Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

## Additional Information Needed

1 mensaje

**CampusDoor** <answers@campusdoor.com>    18 de diciembre de 2017, 20:47
Para: wendoly.vazquez1@upr.edu



Thank you for your recent student loan application with SouthEast Bank.

This message is a notification to confirm that we have received your completed application and that it has been conditionally approved. Once you or your cosigner (if applicable) accept the terms of your loan as set forth in the Approval Disclosure (which you may have already done online) you will be prompted to sign, date and return your credit agreement and any requested supporting documentation.

If at any time during the application process you have any questions about the status of your application, you can log into your account at www.campusdoor.com/SouthEastBank/account for answers. If you need assistance, you can also call us at 717-254-2381, Monday through Friday from 8:00 a.m. to 6:00 p.m. ET. We hope that you will think of SouthEast Bank for any future education finance needs you may have.

Sincerely,

SouthEast Bank

Please note: This message was sent as a service e-mail to facilitate the opening of the new account you requested. Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or in hard copy format.*
*Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.*



**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

Universidad de Puerto Rico

---

# YOUR ACTION REQUIRED – Revised Student Loan Approval Disclosure

1 mensaje

---

**answers@campusdoor.com** <answers@campusdoor.com>                    29 de diciembre de 2017, 16:44
Para: wendoly.vazquez1@upr.edu



12/29/2017

Wendoly M Vazquez Oliveras
Urb. Praderas Del Sur #803 Calle Caobo
Santa Isabel, PR 00757

RE: Application Identification Number 5001832499-01

Dear Wendoly M Vazquez Oliveras

There has been a change to the terms of your conditionally approved loan request. You must <u>ACT NOW</u> to ensure your funds are ready for disbursement. Based on the change to your loan request, we have created a revised Approval Disclosure which reflects the new terms of your conditionally approved loan offer and saved it to your online account.

<u>NEXT STEPS</u>

In order to continue processing your loan, you need to review these terms by logging in to your account at www.campusdoor.com/SouthEastBank/account then accept the terms before the date set forth in your disclosure either in your online account or by calling us at 717-254-2381.

Once you accept these revised loan terms we will provide you with a Final Disclosure and then disburse your funds.

If you have any questions regarding this notice, please contact:

- SouthEast Bank
- 1415 Ritner Highway
- Carlisle, PA 17013
- 717-254-2381

We're available to assist you, Monday through Friday from 8:00 a.m. to 6:00 p.m. ET.

Sincerely,

SouthEast Bank

Please note: This message was sent as a service e-mail to facilitate the opening of the new account you requested. Email is not a secure method of communication because it may be intercepted by third parties. Please do not include any sensitive or private information in your email correspondence directed to CampusDoor.

ADRCLB

*This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the*

10/5/22, 9:40 PM                        Correo de Universidad de Puerto Rico – Student Loan Final Disclosure



**UPR**
Universidad de Puerto Rico

Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>

---

## Student Loan Final Disclosure
1 mensaje

---

**answers@campusdoor.com** <answers@campusdoor.com>                    31 de diciembre de 2017, 14:16
Para: wendoly.vazquez1@upr.edu



12/31/2017

Wendoly M Vazquez Oliveras
Urb. Praderas Del Sur #803 Calle Caobo
Santa Isabel, PR 00757

RE: Application Identification Number 5001832499-01

Dear Wendoly M Vazquez Oliveras

Congratulations on your education loan approval!

We have created a Final Disclosure which sets forth the final terms of your loan and saved it to your account and, if applicable, your cosigner's account. Please carefully review this disclosure because it sets forth the final terms of your loan. Note that if you or your cosigner, if applicable, requested any reduction in your loan amount, it will be reflected in the Final Disclosure.

Unless you or your cosigner, if applicable, contact us to cancel the loan by the date set forth on the first page of the Final Disclosure, we will disburse your loan funds to your school as set forth below:

| Disbursement Date | Disbursement Amount |
|---|---|
| 2/1/2018 | $17,500.00 |
| 5/1/2018 | $17,500.00 |

If you have any questions regarding this notice, please contact:

- SouthEast Bank
- 1415 Ritner Highway
- Carlisle, PA 17013
- 717-254-2381

We're available to assist you any time Monday through Friday from 8:00 a.m. to 6:00 p.m. ET. For your convenience, you may e-mail us at answers@campusdoor.com. If you e-mail us, be sure to include your telephone number and the best time for us to reach you.

Sincerely,

SouthEast Bank

10/5/22, 9:42 PM                Correo de Universidad de Puerto Rico - Wendoly, Your Loans are Transferring to American Education Services!



**UPR**
Universidad de Puerto Rico

**Wendoly M Vazquez Oliveras <wendoly.vazquez1@upr.edu>**

## Wendoly, Your Loans are Transferring to American Education Services!
1 mensaje

**American Education Services** <reply@info.aessuccess.org>                14 de junio de 2019, 15:08
Para: WENDOLY.VAZQUEZ1@upr.edu

We are pleased to announce that your lender, Southeast Bank, has selected American
Education Services (AES) as the new servicer of your private student loans. The transfer of your
loan(s) from your current servicer, Launch Servicing, to AES is expected to be completed by
06/04/2019.

What does this mean for you?

- If you already sent a payment to Launch Servicing for payments due after the servicing
  transfer, no need to worry. Launch Servicing will forward the payment to us and we will
  apply it effective the date they originally received it.
- If Launch Servicing automatically withdrew your payments from your bank account, we
  will set you up on *Direct Debit*, our automated payment service. However, to ensure no
  future interruption to this service, we ask that you complete an AES *Direct Debit*
  Agreement within 90 days of the transfer, which will be provided with your official AES
  welcome communication.
- If your automatic payment withdrawal date (monthly due date) falls during the time your
  loan(s) transfer from your current servicer to AES, AES will withdraw your payment when
  the transfer is finalized. As a result, the initial automatic withdrawal may not occur on
  your normal monthly withdrawal date. However, this will have no negative impact on your
  account.
- If you intend to make payments by U.S. mail, begin sending your payments to our
  payment center:
      American Education Services
      P.O. Box 65093
      Baltimore, MD 21264-5093
- If you utilize a bill payer service, please be sure to provide them with our payment center
  address listed above.
- AES utilizes payment due dates of the 1st through the 28th of each month. If your due
  date falls after the 28th, please be aware that AES will modify your due date so it will fall
  on the 28th of the month. Please contact AES if you are interested in a due date change.

Once your loan servicing transfer is complete, we will send you information about the resources
and services we offer in your official welcome communications. We look forward to providing
you with the highest level of quality customer service. If you have any questions during this
transition, contact us at 800-233-0557. Our hours of operation are Monday through Friday 7:30
AM to 9:00 PM (ET).

**Who is AES:**

Private Student Loan Online Account





| Loan Status | Loan Documents | Disbursements | Authorizations |

**Application Summary**

My Account Main

Update My Information

Log out

**Welcome: Vazquez Oliveras, Wendoly**

| | | | |
|---|---|---|---|
| **Application ID:** | 5001832499-01 | **Amount:** | $35,000.00 |
| **Date:** | 12/26/2017 | **Enrolled:** | 1/9/2018-5/5/2018 |
| **School:** | University of Science, Arts and Technology - 999984 | **Loan Program:** | EdMed Loan Program |
| **School Branch:** | University of Science, Arts and Technology - College of Medicine - 01 | | |
| **Borrower:** | Wendoly M. Vazquez Oliveras | | |
| **Cosigner(s):** | Luis A. Rodriguez | | |
| **Application Status:** | Loan Approved-Fully Disbursed | | |

| Step 1: Submit Application | Step 2: Offer Acceptance | Step 3: Loan Documentation | Step 4: Enrollment Certification | Step 5 Revised Offer Acceptance | Step 6 Final Disclosure Receipt | Step 7: Portfolly Disbursed | Step 8: Fully Disbursed |

Your loans funds have been disbursed. Please allow your school a few days to receive and process the funds to their system. For repayment information you can visit the loan servicer's website at .

©2022 Campus Door Holdings Inc. All loans are subject to credit approval. Lender is SouthEast Bank. Loan Processor is CampusDoor.

Private Student Loan Online Account





| Loan Status | Loan Documents | Disbursements | Authorizations |
|---|---|---|---|

My Account Main

Update My information

Log out

Welcome: **Vazquez Oliveras, Wendoly**

**Application Summary**

| | | | |
|---|---|---|---|
| **Application ID:** | 5001832499-01 | **Amount:** | $35,000.00 |
| **Date:** | 12/26/2017 | **Enrolled:** | 1/9/2018-5/5/2018 |
| **School:** | University of Science, Arts and Technology - 999984 | **Loan Program:** EdMed Loan Program | |
| **School Branch:** | University of Science, Arts and Technology - College of Medicine - 01 | | |
| **Borrower:** | Wendoly M. Vazquez Oliveras | | |
| **Cosigner(s):** | Luis A. Rodriguez | | |
| **Application Status:** | Loan Approved-Fully Disbursed | | |

| **Disbursement:** | 1 | **Status:** | Disbursed | **Batch:** | 11299 |
|---|---|---|---|---|---|
| **Actual Disbursement Date:** | | 2/1/2018 | | | |
| **Actual Disbursement Amount:** | | $17,500.00 | | | |

| **Disbursement:** | 2 | **Status:** | Disbursed | **Batch:** | 12373 |
|---|---|---|---|---|---|
| **Actual Disbursement Date:** | | 5/1/2018 | | | |
| **Actual Disbursement Amount:** | | $17,500.00 | | | |

©2022 Campus Door Holdings Inc. All loans are subject to credit approval. Lender is SouthEast Bank. Loan Processor is CampusDoor.

**EdMed Loan Program
Approval Disclosure**

ACCOUNT NUMBER: 5001832499-01
Date: 12/26/2017

**BORROWER:**

Wendoly M
Vazquez Oliveras
Urb. Praderas Del
Sur #803 Calle
Caobo
Santa Isabel , PR
00757

**COSIGNER:**

Luis A Rodriguez
Bo Quebrada Del
Agua 201 Calle 11
Ponce , PR
00731

**CREDITOR:**

SouthEast Bank
1415 Ritner Hwy
Carlisle , PA
17013

*Page 1 of 2*

## Loan Rates & Estimated Total Costs

| Total Loan Amount | Interest Rate | Finance Charge | Total of Payments |
|---|---|---|---|
| $ 35,962.50 | 8.280 % | $ 70,148.80 | $ 105,148.80 |
| The total amount you are borrowing. | Your current interest rate. | The estimated dollar amount the credit will cost you. | The estimated amount you will have paid when you have made all payments. |

## ITEMIZATION OF AMOUNT FINANCED

| Amount paid to you | $ 0.00 |
|---|---|
| Amount paid to others on your behalf.<br>• University of Science, Arts and Technology | +<br>$ 35,000.00 |
| Amount Financed (total amount provided) | =<br>$ 35,000.00 |
| Initial finance charges (total)<br>• Orig Fee<br>$ 962.50 | +<br>$ 962.50 |
| Total Loan Amount | =<br>$ 35,962.50 |

## ABOUT YOUR INTEREST RATE

- **Your rate is variable.** This means that your actual rate varies with the market and could be lower or higher than the rate on this form. The variable rate is based upon the Three-Month LIBOR Index (as published in the Wall Street Journal). For more information on this rate, see Reference Notes.

- Although your rate will vary, **it will never exceed 18.000 %** (the maximum allowable for this loan).

- Your **Annual Percentage Rate (APR) is 7.936 %.** The APR is typically different than the Interest Rate since it considers fees and reflects the cost of your loan as a yearly rate. For more information about the APR, see Reference Notes.

## FEES

- **Origination Fee Charges:** 2.750 %
- **Late charge:** 5.000% of the past due amount or $50.00, whichever is less.
- **Collection and Default Charges:** In the event of a default, the borrower may incur additional collection charges as permitted under applicable law.
- **Returned Check Fee:** $15

## Estimated Repayment Schedule & Terms

| 240 MONTHS | MONTHLY PAYMENTS | | The estimated Total of Payments at the Maximum Rate of interest would be |
|---|---|---|---|
| | at 8.280 %<br>the current interest rate of your loan | at 18.000 %<br>the maximum interest rate possible for your loan | |
| 01/09/2018 - 03/05/2023<br>Deferment period | No payment required<br>($ 15,342.98 in interest will accrue during this time) | No payment required<br>(Interest will accrue during this time) | |
| 03/06/2023 - 02/06/2043<br>240 monthly payments | $ 438.12 | $ 1,069.77 | $256,744.80 |

SEE BACK OF PAGE

## Federal Loan Alternatives

| Loan Program | Current Interest Rates by Program Type |
|---|---|
| PERKINS<br>for Students | 5.000 % fixed |
| STAFFORD<br>for Students | 4.450 % fixed   Undergraduate subsidized &<br>unsubsidized |
| | 6.000 % fixed   Graduate |
| PLUS<br>for Parents and<br>Graduate/<br>Professional<br>Students | 7.000 % fixed |

**You may qualify for Federal education loans.**
For additional information, **contact your school's financial aid office or the Department of Education at:**

www.federalstudentaid.ed.gov

## Next Steps & Terms of Acceptance

**This offer is good until:**

01/28/2018

1. **Find Out About Other Loan Options.**
   Contact your school's financial aid office for more information.
2. **You Have Until 01/28/2018  to Accept this Offer.**
   The terms of this offer will not change except as permitted by law and the variable interest rate may change based on the market.

To accept the terms of this loan click ACCEPT below (if applicable) or contact us at 717-254-2381. You can also log into our secure website at http://www.campusdoor.com/SouthEastBank/Account/ and select the following application ID: 5001832499-01and follow the instructions to accept your terms.

## REFERENCE NOTES

**Variable Interest Rate**

- The Variable Interest Rate is based upon the Three-month LIBOR index plus a margin of 6.950% and is adjusted quarterly.
- The rate will not increase more than once a quarter but there is no limit on the amount that the rate could increase at one time. Your rate will never exceed 18.000%.
- The Interest Rate may be higher or lower than your Annual Percentage Rate (APR) because the APR considers certain fees you pay to obtain this loan and the Interest Rate.
- If the Interest Rate increases your monthly payments will be higher.

**Bankruptcy Limitations**

- If you file for bankruptcy, you may still be required to pay back this loan.

**Repayment Options:**

- You have elected to fully defer payments while you are in school. You can also choose to make full payments of principal and interest while you are in school. More information about repayment deferral or forbearance options is available in your Credit Agreement

**Prepayments**

- If you choose to prepay your principal at any time, you will not be charged a prepayment penalty.

See your Credit Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

THIS IS A COPY

www.docusign.net

# CHECKLIST

To continue processing your loan we need the following additional documentation:

## STUDENT BORROWER

### Loan Documentation

- Signed Credit Agreement via electronic signature ☐ Received ☐ Approved

- Signed Self Certification Form ☐ Received ☐ Approved

### Identity Verification Documents

- Copy of Valid, unexpired federal or state government issued photo identification (photo ID or Driver's License) ☑ Received ☑ Approved

- Copy of Social Security Card ☑ Received ☑ Approved

## COSIGNER

### Loan Documentation
- Signed Credit Agreement via electronic signature ☑ Received ☐ Approved

### Identity Verification Documents
- Copy of Valid, unexpired federal or state government issued photo identification (photo ID or Driver's License) ☐ Received ☐ Approved

- Copy of Social Security Card ☐ Received ☐ Approved

### RETURN BY ANY OF THE FOLLOWING METHODS:

| | |
|---|---|
| Upload: | www.campusdoor.com SouthEastBank Account |
| Fax: | 717-241-3188 |
| Email*: | additionalinformation@campusdoor.com |
| Mail: | SouthEast Bank, 1415 Ritner Highway, Carlisle PA 17013 |

**The quicker we get your documentation, the faster we can disburse your funds.**
**If you have any questions, please contact us at 717-254-2381**
**Monday through Friday from 8:00 a.m. to 6:00 p.m. ET.**
*Email transmissions may not be secure and is therefore not encouraged. Please ensure to properly protect or encrypt any personal information you elect to provide via email.*

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**
The Authoritative Copy of this record is held at www.docusign.net

# SouthEast Bank Private Loan Credit Agreement

| Loan Date | Account ID | Loan Number |
|---|---|---|
| 12/26/2017 | XXXX832499-01 | 358 |

| **Lender:** | SouthEast Bank | **School:** | University of Science, Arts and Technology |
|---|---|---|---|

**Student Borrower:** Wendoly M Vazquez Oliveras
Urb. Praderas Del Sur #803 Calle Caobo
Santa Isabel, PR 00757

**Lender:** SouthEast Bank    12700 Kingston Pike
Knoxville, TN 37934

**Cosigner:**

Luis A Rodriguez
Bo Quebrada Del Agua 201 Calle 11
Ponce, PR 00731

**Servicer:** ReliaMax Lending Services    PO Box 91910
Sioux Falls, SD 57109-1910

*(No alterations, scratch outs or white-outs will be accepted on this form.)*

## 1. DEFINITIONS.
In this Private Loan Credit Agreement (the "Agreement"), the words "I", "me", "mine", "my", mean each person who signs this Agreement as Borrower or as Cosigner, jointly and severally unless the applicable language specifically refers to only one or the other or specifies a different meaning.

"Application" means the application for a Loan submitted by me for this Loan (as applicable).

"Business Days" are Monday through Friday, excluding days when a bank in the State of Tennessee is required or permitted to be closed.

"Capitalized Interest" or "Capitalized" means any interest unpaid as of the date the loan enters repayment and at the conclusion of a deferment or forbearance will be capitalized (added to the principal balance). Interest then begins accruing on the increased principal balance.

"Current Index" means the Three-Month London Interbank Offered Rate (LIBOR) referred to as "3 Month LIBOR" as published on The Wall Street Journal's website (or any generally recognized successor method or means of publication) (See Section 9 below for specific information regarding the Index for this Credit Agreement.)

"Deferment/Forbearance" means under certain circumstances, you may be eligible to receive a deferment or forbearance that allows you to temporarily postpone or reduce your loan payments.

"Disbursement Date" means the date on any Loan check or any date the Lender electronically transmits funds to the Eligible Institution.

"Disclosure Statement" means any Application and Solicitation Disclosure, Approval Disclosure and/or Final Disclosure pursuant to the Federal Truth in Lending Act collectively that may be provided separately from this Agreement. The Approval Disclosure and the Final Disclosure are incorporated by reference into this Agreement. In the event of any conflict between the terms of the Final Disclosure and this Agreement, the Final Disclosure shall govern.

"Eligible Institution" means the entity set forth above as "School".

"Interim In-School Deferred Period" means the time period beginning with the first Disbursement Date, continuing while the Student is attending the Eligible Institution on at least a half-time basis, and ending six (6) months after: (i) the

Student's withdrawal or dismissal from the Eligible Institution; (ii) the Student is no longer attending the Eligible Institution on at least a half-time basis; or (iii) the Student graduates from the Eligible Institution and the student does not enroll in an Internship/Residency program within the six months. If the student enrolls in an Internship/Residency program within six (6) months of graduating from the Eligible Institution, the loan will enter repayment thirty-six (36) months after graduating from the Eligible Institution.

"Lender", "you" and "your" mean SouthEast Bank, or any subsequent holder of this Agreement, and also any agent or servicer acting on behalf of Lender and any guarantors/insurers or any subsequent holder of this Agreement, unless the applicable language specifies a different meaning.

"Loan" means any and all loan advances made by the Lender under the terms and conditions of this Agreement.

"Loan Date" means the date set forth as 'Disbursement Date".

"Loan Origination Fee" means a fee assessed by the Lender for processing a new Loan application. The Loan Origination Fee for this loan is 2.75%.

"Loan Period" means the time period specified by the Eligible Institution regardless of whether a different period was specified by me in the Application. This represents the corresponding academic period for which I am requesting the loan. The Loan Period cannot exceed 12 months.

"Margin" means 6.95%.

"Principal Sum" or "Principal Balance" means the loan amount you borrowed plus any capitalized interest.

"Repayment Period" means (i) if Total Deferred is elected for the repayment option during the Interim In-School Deferred Period, the time period beginning after the Interim In-School Deferred Period ends, or (ii) if immediate repayment of principal and interest is elected for the repayment option, the time period beginning within fifty (50) days after the first Disbursement Date and in each case, ending when the Loan is required to be paid in full. The Repayment Period will not exceed twenty (20) years.

## 2. AGREEMENT TO PAY.

To the extent advanced, I agree to pay, to the order of Lender, the principal sum which is the amount disbursed by the Lender and received by the Eligible Institution plus any Loan Fee I owe under Section 8 below ("Origination Loan

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**

The Authoritative Copy of this record is held at www.docusign.net

Fee"). The Principal Sum will not exceed the lesser of the amount requested by me or the amount approved by the Eligible Institution. I also agree to pay accrued interest as described in Section 9 below (see also Section 10); and all other charges, fees and costs that become due as required in this Agreement. In the event of default, I also promise to pay reasonable attorney's fees, and reasonable collection agency commissions, fees and costs, court and other collection costs, to the extent permitted by law. I understand that I will be liable to pay all of these amounts, in full, even if another person also signs this Agreement.

## 3. APPROVAL AND CANCELLATION OF AGREEMENT.

I understand that when you accept my signed Agreement, you are not agreeing to lend me money and I am not bound by the terms and conditions set forth in this Agreement, and there is no such agreement until the Disbursement Date and you have funded the Loan. If you decide to make a Loan to me, I hereby authorize you at your option and on my behalf to transfer the Loan funds electronically or via check to the Eligible Institution identified on this credit agreement. You have the right not to make the Loan or not make a disbursement on the Loan, as permitted by applicable law. Further, you have the right to lend an amount different from the amount requested in my Application based upon information received from the Eligible Institution. I agree to accept an amount less than the amount I requested on the Application and to repay the entire Loan amount that you actually lend to me based upon information from the Eligible Institution.

**Approval:** I understand that I am not legally obligated to repay any amounts owed under this Agreement until such amounts are disbursed by the Lender. I understand that I am signing this Agreement before this Loan has been fully approved by the Lender because the Lender has not yet received all required information and the Lender has not yet received certifications from the Eligible Institution. Once all information is obtained by the Lender and the Loan is fully approved, the Lender will provide me with the appropriate Disclosure(s) showing the principal amount that has been approved and other important information.

**Cancellation:** If I do accept the Loan offer, Lender will provide me with a Final Disclosure. The Final Disclosure will be sent to me before any advances on the Loan are disbursed to the Eligible Institution. **If I am not satisfied with the terms and conditions of my Loan as approved by the Lender, I may cancel this Agreement and all Loan disbursements by the deadline for cancellation set forth in my Final Disclosure.** To cancel this Agreement, I must give you notice of cancellation using the methods set forth in the Final Disclosure, together with any verification of identity and/or of authorization that you may require, by no later than the deadline for cancellation set forth in my Final Disclosure. If I cancel this Agreement and the Loan during the cancellation period identified in the Final Disclosure, no advances will be disbursed to the Eligible Institution and the Loan will be cancelled. However, cancellation of this Agreement will not affect the continuing validity of Section 19 below ("Arbitration Agreement"). I acknowledge that the Lender may cancel my Loan at any time in accordance with applicable law.

## 4. LOAN PURPOSE.

I certify to Lender that the proceeds of the Loan will be used only to pay for qualified higher education expenses, as described in Section 221(d)(2) of the Internal Revenue Code of 1986 (as amended), 26 U.S.C. Section 221(d)(2), ("Qualified Higher Education Expenses") relating to my enrollment and attendance at the Eligible Institution on at least a half-time basis during the Loan Period, as approved by the Eligible Institution and/or Lender, as applicable. Moreover, I agree to return to the Lender any Loan proceeds not attributable to such expenses.

## 5. DISBURSEMENTS.

I authorize you, at your option, to disburse Loan funds in whole or in part (a) electronically to the Eligible Institution, to be applied to the Student's account, or (b) by check made jointly payable to me and the Eligible Institution, that is mailed to the Eligible Institution (at your discretion). I understand that disbursements to the Eligible Institution may be made in stages, as tuition and other applicable Qualified Education Expenses become due and payable.

## 6. STOPPING DISBURSEMENTS.

EDMED 06012016 10453655

I may ask you to stop making disbursements. To stop a disbursement, and any further disbursements, you must receive my request via electronic mail, or in writing, together with any verification of identity and/or of authorization that you may require, by no later than the deadline for cancellation set forth in my Final Disclosure. You may stop a disbursement, and any further disbursements, if any Loan check is not endorsed, deposited and cleared within ninety (90) days, if I am in default at any time (see Section 11), or if you learn that I am no longer attending the Eligible Institution on at least a half-time basis. I will be liable to repay all disbursements made under this Agreement, even if you or I stop subsequent disbursements.

## 7. RETURNING FUNDS.

If all or any part of the Loan funds disbursed on any Disbursement Date are returned to you directly by the Eligible Institution, or if a Loan check is not endorsed, deposited and cleared within ninety (90) days of that Disbursement Date, Lender will charge no interest and will not assess any Loan Fee with respect to the funds returned or with respect to the funds represented by the uncashed Loan check.

## 8. LOAN ORIGINATION FEE.

I will pay you a Loan Origination Fee at the time each disbursement in made on my behalf to the Eligible Institution under this Loan. The dollar amount of any Loan Origination Fee will be determined as a percentage of the Principal Sum. The Loan Origination Fee I will pay will be shown within the Itemization of Amount Financed on my Disclosure Statement and added to the principal balance of my loan and deducted from the loan proceeds when such loan proceeds are disbursed. To the extent permitted by law, and unless I timely cancel a disbursement I will not be entitled to a refund of any Loan Origination Fee relating to that disbursement. The Loan Origination Fee is fully earned by Lender when it is assessed (subject to Section 7 above)

## 9. INTEREST.

**Accrual.** Beginning on the first Disbursement Date, interest will be calculated at the Variable Rate (see "Variable Rate" below) and charged on the Principal Sum, and on any unpaid interest later added to the Principal Sum as set forth herein. Interest will be calculated at the Variable Rate and charged on the "Principal Sum" of this Agreement until all amounts are paid in full. Interest will be calculated on a daily simple interest basis. The daily interest rate will be equal to the annual interest rate in effect on that day, divided by the average number of days in a calendar year (365.25). Interest accrues on the unpaid principal balance of the Loan (including any Loan Fee) from the Disbursement Date until the date the Loan is repaid in full (subject to Section 7 above).

**Capitalization of Interest.** Upon entering the Repayment Period of the loan, any outstanding accrued interest shall be "capitalized" and added to the unpaid principal of the loan. Such capitalized interest shall be subject to the same interest accrual as the principal sum.

The Lender, at its discretion, may allow a deferment or forbearance of payments on the loan. In such an event, any interest that has accrued during such periods shall also be capitalized at the end of the deferment or forbearance period and added to the outstanding principal balance of the loan.

**Variable Rate:** The Variable Rate is equal to the Current Index, plus a margin of 6.95% as calculated according to the loan program rules and as disclosed to me on my Disclosure Statement. The Variable Rate may change quarterly on the first day of each January, April, July and October (the "Change Date(s))" if the Current Index changes. Any increase will take the form of higher payment amounts, any decrease will take the form of lower payment amounts, unless my monthly payment amount is less than $100.00 (principal and interest) or the unpaid balance (whichever is less) which will result in my loan being paid off in a repayment period of less than originally disclosed.

**Current Index:** The "Current Index" for any calendar quarter beginning on a Change Date (or for any shorter period beginning on the Disbursement Date and ending on the first Change Date) is the three-month London Interbank Offered Rate ("LIBOR") published in the "Money Rates" section of The Wall Street Journal on the 20th day of the month preceding the applicable Change Date as applied according to the following rules (or on any successor or

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**

The Authoritative Copy of this record is held at www.docusign.net

substitute page of a successor available source providing such quotations). You will use the three-month LIBOR as published without regard to the two-day delayed effective date. If the 20th day of the month is not a business day, you will use the preceding business day to determine the Current Index. For purposes of this Paragraph "business day" means any day the banks in New York and London are open for the transaction of business. You may round the current Index higher to two decimal places. For example, 6.68751% may be rounded to 6.69%. (This is an example and may not reflect the actual LIBOR.) LIBOR is the British Banker's Association average of interbank offered rates for dollar deposits in the London market based on quotations at 16 major banks. LIBOR is only a pricing index and is not necessarily the lowest interest rate index used by you or any other lender. If LIBOR is no longer available, you will choose a comparable index.

In no event will the amount of interest due or any payment or fee in the nature of interest payable by me under this Agreement exceed the lesser of eighteen percent (18%) per year or the maximum rate of interest allowed by applicable law, as amended from time to time. If any interest is charged or received by you in excess of that amount, the excess sum will be credited as a payment of principal, unless I notify you, in writing, that I elect to have the sum returned to me. Interest shall be computed on the basis of a 365.25 day year.

**Variable Rate Changes:** You will notify me of any changes in the Interest Rate as required by law. A change in the rate may cause the amount of the final payment to change or may cause the amount of the monthly payment to increase or decrease.

**Interest After Default:** If I default (see Section 11), and/or if Lender obtains a judgment against me on this Agreement, interest will continue to accrue on all amounts I owe under this Agreement at the Variable Rate applicable to this Loan before default and before judgment. The interest rate will continue to be adjusted quarterly as described above, before and after default and before and after judgment.

**10. REPAYMENT.**

If I elected Total Deferred – During the Interim In-school Deferred Period, if any, you may send the Borrower statements (showing the total of my loan disbursements and the interest that accrues on my loan). Statements will be sent to the address shown on your records. I am not required to make payments during the Interim In-school Deferred Period, however it is in my best interest to make payments during this time period. You will add any interest that I do not pay during the Interim In-school Deferred Period to the principal balance, as described in section 9.

If I elected the "Immediate Principal and Interest Repayment" option, I will make monthly payments of principal and accrued interest during the In-School Period and my first payment will be due within fifty (50) days after the first disbursement of my Loan. If I fail to make the full payment due, and I have not graduated or not ceased to be enrolled at least half-time; my loan will convert to "Interim In-School Deferred."

**Repayment Options:** During the Repayment Period, alternative or graduated repayment options may be available upon request. If I desire an alternative repayment option, I will contact my servicer upon receipt of my "Welcome Letter" with the payment option I prefer.

**Repayment Schedule:** I will make consecutive monthly payments of principal and accrued interest during the Repayment Period until all amounts I owe in connection with this Loan are paid in full. However, I agree that my scheduled monthly payments of principal and interest will not be less than $100 which may result in a repayment term of less than twenty (20) years.

**Monthly Statements:** During the Repayment Period I will receive monthly statements for the repayment of my Loan. Failure to receive a monthly statement does not relieve me from my obligation to make all payments as required by the terms of this Agreement (as those payments may be changed by Lender to reflect interest rate changes).

**Revised Payment of Principal and Interest:** If my Variable Rate changes, as provided in Section 9 above, Lender may change the monthly payment of principal and interest I am required to pay, so that the payments will allow me to repay the unpaid balance of principal, interest and other charges due over the remaining term of the Repayment Period at the new interest rate. If

Lender does this, the change in the monthly payment amount will be provided on my monthly statement.

**Application of Payments:** Payments will be applied first to Return payment fees if applicable, then to accrued interest, then to principal up to the monthly payment amount, then to late fees. I understand that all accrued interest must be paid before the principal balance can be reduced.

**Prepayment:** I may, at my option, prepay all or any part of the principal, interest and other charges at any time before payment is due (whether during the In-School Interim Deferred Period or the Repayment Period) without penalty. Because of the way interest is calculated, I will not receive any interest refund or rebate if I prepay in full. Because the Loan Origination Fee is earned when assessed, I will not receive a rebate of any portion of the Loan Origination Fee if I prepay my Loan in full after it has been disbursed **(subject to Section 7 above).**

Prepayment of more than the monthly installment amount due under this Agreement will be applied to future monthly payments but no more than three months into the future, unless I clearly direct in writing submitted with such prepayment that I do not want such funds applied toward future monthly payments. If I instruct you to not apply a prepayment to future monthly payments, the prepayment will not reduce the amount of my required monthly payment until Lender recalculates the Repayment Schedule due to interest rate changes, and will not excuse me from having to make all previously scheduled future monthly payments on their due dates. However, prepayment of more than the monthly installment amount due under this Agreement may reduce the number of payments I must make and/or the amount of my future payments.

**Late Payments, Partial Payments, and "Payment in Full":** To the extent permitted by applicable law, Lender may accept late payments, partial payments or payments marked "Payment in Full" or having similar language, without waiving any of its rights under this Agreement or under applicable law, notwithstanding any act, omission or thing which might operate as a legal or equitable discharge.

**Late Charges:** If you do not receive a payment by its due date, my Loan may be in default (see Section 11). In addition, I will pay a late charge if you do not receive any part of a monthly payment within fifteen (15) days after it becomes due. The late charge will be $50 or 5% of the unpaid amount of the payment, whichever is less.

**Returned Check Charges:** I agree to pay a Returned Check Charge of $15 for any check or other instrument you receive as payment of amounts due under this Agreement, that is dishonored for any reason, or if any bank returns any other payments to you (including electronic payments) unpaid. This fee is in addition to any fee that my bank may also charge me, and is in addition to the late charge described above.

**Amount Owing at the End of the Repayment Period:** Since interest accrues daily upon the unpaid principal balance of my Loan (including capitalized interest), if I make payments after my payment due dates, I may owe additional interest and late charges at the end of the Repayment Period. In such cases, my last monthly payment shall be the amount necessary to repay my Loan in full, including the outstanding principal balance, all accrued and unpaid interest, and all other charges, fees and costs that are due under the terms of this Agreement.

**Payment Due Despite Withdrawal from the Eligible Institution, Death or Disability:** I understand that I have to repay this Loan in full, even if I withdraw or am dismissed from the Eligible Institution without graduating or completion, even if such failure is caused by the Eligible Institution ceasing to provide education services. If I die, the terms of this Agreement will be binding on my estate, which will be liable for my unpaid indebtedness. I also understand that if I become totally and permanently disabled, my unpaid indebtedness on this Loan shall not be canceled.

**11. DEFAULT.** To the extent permitted by applicable law, my Loan will be in default if any of the following occurs: (a) A monthly payment is not received on or before its due date; (b) I break any promise made in this Agreement; (c) Lender discovers any false or misleading statement in any information I have given Lender in connection with this Agreement or the Application for this Loan; (d) I fail to use the proceeds of this Loan solely for Qualified Higher Education Expenses; (e) I make an assignment for the

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**

The Authoritative Copy of this record is held at www.docusign.net

benefit of creditors or have voluntary or involuntary bankruptcy proceedings instituted by or against me; (f) I am adjudicated incompetent; (g) I fail to notify you of any change in my name, address, telephone number, or school enrollment status within 10 days after a change occurs; (h) I allow another person to forge my signature on any document.

**12. LENDER'S REMEDIES AFTER DEFAULT.** If a default occurs, then after any applicable notice and right to cure default that is required by applicable law (see Section 13), Lender may declare the entire balance of principal, interest and other charges owed under this Loan immediately due and payable, in full, without further notice to me. Lender may then take action to collect the entire Loan balance, including (without limitation): (a) bringing a lawsuit against me and obtaining a judgment against me and/or (b) referring my Loan to a third party (such as a collection agency) for further collection efforts. To the extent permitted by applicable law, I agree to pay any reasonable collection agency commissions, fee and charges, reasonable attorneys' fees and actual court costs (including fees and costs in bankruptcy court and in appellate courts), and any other costs of collection incurred by Lender as the result of a default. If I default, then after any applicable waiting periods or notices required by applicable law, and as permitted by applicable law, Lender may also disclose information about my default to one or more national consumer credit reporting agencies, which may adversely affect my ability to obtain other credit. To maintain a good credit rating, it is to my advantage to meet my obligations under this Agreement.

**13. NOTICES.** I must immediately notify you in writing (within 30 days) after any of the following occurs: (a) a change in my mailing address (including my electronic mail address, if I have agreed to receive notices and other communications electronically from you) and/or my name; (b) I cease to be enrolled on at least a half-time basis at an Eligible Institution; or (c) I graduate from the Eligible Institution. Any notice I send you will be sent to the address you have most recently provided me for that purpose. If you have not provided any address to me, notices may be sent to the address shown on my monthly statements.

Except as otherwise provided by applicable law, any notice you are required to give me will be effective when mailed by first class mail to the latest address you have for me. Alternatively, if I have agreed to receive notices and other communications electronically, such notice will be effective when transmitted electronically to the latest electronic mail address you have for me. To the extent permitted by applicable law, any notice you send to any one of us will be considered sent to all of us.

**14. GOVERNING LAW; UNSECURED AGREEMENT; INVALID PROVISIONS; WAIVERS; EXTENSION, RENEWAL, OR RELEASE; ASSIGNMENT; CHANGES TO AGREEMENT.**

**Governing Law:** I understand and agree that Lender is headquartered in Tennessee and the Loan will be disbursed by Lender from Tennessee through a third-party agent. Consequently, the provisions of this Agreement (except for Section 19) will be governed by federal law and (to the extent not preempted by federal law) the laws of the State of Tennessee, without regard to conflict of law rules. Section 19 (Arbitration Agreement) is governed by the Federal Arbitration Act, and not by any state law concerning arbitration.

**Unsecured Agreement:** Lender waives any right it may have under any other document to claim a security interest in property to secure this Agreement. This Agreement is unsecured.

**Invalid Provisions:** If any provision of this Agreement is held invalid or unenforceable in arbitration under Section 19 or by a court having jurisdiction, the remaining provisions of this Agreement shall not be affected, and this Agreement shall be construed as if such invalid or unenforceable provisions had not been included in this Agreement. However, Section 19 (Arbitration Agreement) shall be null and void if the "Class action waiver" paragraph in Section 19 is held to be invalid or unenforceable, as described more fully in Section 19 below.

**Waivers:** Unless prohibited by applicable law, I waive my rights to require you to demand payment of amounts due (known as "presentment"), to give notice that amounts due have not been paid (known as "notice of dishonor"), to obtain an official certification of non-payment (known as "protest"), and, to the extent permitted by applicable law, to give any other notices or demands in connection with this Agreement.

You may delay, fail to exercise, or waive any of your rights on any occasion without losing your entitlement to exercise any and all of your rights on any future occasion.

**YOU AND I EACH WAIVE THE RIGHT TO A JURY TRIAL CONCERNING ANY CLAIM OR DISPUTE RELATING TO OR ARISING FROM THE APPLICATION, ANY DISCLOSURE STATEMENT, THIS AGREEMENT, OR THE LOAN (REGARDLESS OF WHETHER THE CLAIM OR DISPUTE IS WITHIN THE SCOPE OF THE ARBITRATION AGREEMENT AND REGARDLESS OF WHETHER I OPT OUT OF THE ARBITRATION AGREEMENT).**

**Extension, Renewal or Release:** You may extend or renew this Agreement at your discretion and you may release any one of us without affecting or releasing any of the rest of us.

**Assignment:** I may not assign this Agreement or any of its benefits or obligations. You have the right to assign your rights and duties under this Agreement without my consent and without notice to me. If this Agreement is sold or otherwise transferred, my rights under the law or under this Agreement are in no way altered or impaired.

**Changes to Agreement:** Except as otherwise indicated in this Agreement, no term or provision of this Agreement may be changed unless agreed to in writing by both Lender and me.

**Savings Clause:** If a law which applies to this Agreement and which sets maximum Interest or finance charges is finally interpreted so that the Interest or other charges collected or to be collected in connection with this Agreement exceeds the permitted limits, then: (a) any such charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. You may choose to make this refund by reducing the Principal I owe under this Agreement or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial prepayment.

**No Accord and Satisfaction:** A restrictive endorsement on any payment item (such as "paid in full") will not be considered an accord and satisfaction of what I owe under this Agreement. If I dispute any amount owed you, I must write to ReliaMax Lending Services, PO BOX 91910, Sioux Falls, SD 57109-1910, or such other address provided by you to me for correspondence.

**Bankruptcy:** If I file for bankruptcy I may still be required to pay the amount due under this Agreement.

**Set-Off:** Whenever my Loan is in default (and regardless of whether you have declared the entire Loan balance to be immediately due and payable, in full), you may apply any funds of mine in your possession or control against amounts owed under this Loan without any notice.

**General:** Section and paragraph headings and captions in this Agreement are for convenience and reference purposes only, and are not intended to limit the meaning of any provision of this Agreement. Whenever applicable in this Agreement, the use of the singular includes the plural and use of the plural includes the singular.

**Signatures:** I agree that if I sign this Agreement and transmit such signed Agreement to you via facsimile, electronically transmitted portable document format, or via electronic signature and submission, such transmission shall be treated in all manner and respects as an original signature (or counterpart thereof) and shall be considered to have the same binding legal effects as if it were the original signed version thereof delivered in person. I agree not to raise the use of a facsimile machine, electronic transmission in portable document format, or electronic signature and submission to deliver a signature or the fact that any signature was transmitted or communicated through the use of facsimile machine, electronic transmission in portable document format or electronic signature and submission as a defense to enforceability of this Agreement and I forever waive any such defense.

**15. PRIVACY MATTERS.**

**Communicating with Me:** To the extent permitted by applicable law, and without limiting any other rights you may have, I expressly consent and authorize you, your affiliates or agents, and Lender, and its affiliates or agents, and any subsequent holder or servicer of my Loan to communicate with me, in

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

THIS IS A COPY

The Authoritative Copy of this record is held at www.docusign.net

connection with the application or my Loan, and in connection with all other current or future loans, using any phone number or email address that I provided in the application, or using any phone number or email address that I provide in the future. You, your affiliates or agents, and Lender, and its affiliates or agents, and any subsequent holder or servicer of my Loan, to the extent permitted by governing law, may communicate with me, using any current or future means of communication, including, but not limited to, automated telephone dialing equipment, artificial or pre-recorded voice messages, SMS text messages, email directed to me at a mobile telephone service, or email otherwise directed to me. I AUTHORIZE THE USE OF SUCH MEANS OF COMMUNICATION EVEN IF I WILL INCUR COSTS TO RECEIVE SUCH PHONE MESSAGES, TEXT MESSAGES, OR EMAILS.

**Updating Information:** I agree to give you updated financial, enrollment status, contact, mailing and other information about me, and updated information about the Student, any time required under this Agreement or any time you reasonably request.

**The Eligible Institution:** To the extent permitted by applicable law, I authorize that you may provide a copy of any application, this Agreement, or any other document or information regarding my Loan request to, and may report my payment history to, the Eligible Institution.

**Receipt of and Reporting of Credit Information:** I authorize you to investigate my creditworthiness and to receive credit information about me (and my spouse if I live in a community property state) from others, including other lenders, consumer credit reporting agencies, and educational loan information clearinghouses. You may also furnish information about my Loan, including but not limited to, late payments, missed payments or other defaults on my account, to credit reporting agencies and other persons who may legally receive such information. A negative credit report reflecting on my credit record may be submitted to a credit reporting agency if I fail to fulfill the terms of my Loan obligations.

**Communications Regarding Loan and Release of Loan Information:** To the extent permitted by applicable law, I authorize you and the Eligible Institution to communicate with each other, and to release information pertinent to this Loan to each other and (unless I submit written directions otherwise) to members of my immediate family, including my spouse. I further authorize any lender or holder of any of my outstanding educational loans to release any information on any of my outstanding educational loans to any other lender or holder of any of my other educational loans. I authorize the Eligible Institution to release to you, your servicer or your agents any requested information pertinent to this Loan including (but not limited to) enrollment status, prior loan history and your current telephone number and address.

**Communications Regarding the Loan Certification and Disbursement Process:** To the extent permitted by applicable law, I authorize you and the Eligible Institution to communicate with any third-party service provider utilized by you to facilitate the certification of my Loan request by the Eligible Institution or to facilitate the process of disbursing my loan funds to the Eligible Institution.

**Inquiries to Learn Current Address and Telephone Number:** I authorize you to release information and make inquiries to the individuals listed as references on the Application for the purpose of learning my current address and telephone number.

**Social Security Number:** You and the Eligible Institution may verify my Social Security number with the Social Security Administration (SSA). If the number on my Loan records is incorrect or missing, then I authorize the SSA to disclose my correct Social Security number to you and the Eligible Institution.

**Department of Education Information:** I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to you.

**16. STATE AND LOCAL TAXES AND FEES** (if applicable): I understand that I am responsible for payment of any and all taxes and/or fees imposed by any state or local government authority arising as a result of the indebtedness evidenced by this Agreement.

**17. STATE LAW NOTICES.** I understand that the following notices are required by or necessary under state law and that these notices may not describe all of the rights that I have under state and federal law. Unless otherwise indicated, each notice applies to borrowers and/or cosigners who live in the indicated state on the date that they submitted the application and to borrowers and/or cosigners who are residents of the state.

**ALABAMA RESIDENTS:** (For purposes of the following notice, the word "you" refers to the Student Borrower and the Cosigner, not the Lender): CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

**CALIFORNIA RESIDENTS ONLY:** I have the right to prohibit the use of information contained in my credit file in connection with transactions not initiated by me. I may exercise this right by notifying the consumer credit reporting agency. A married applicant may apply for a separate account. If you take any adverse action as defined by Section 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, I have the right to obtain within 60 days a free copy of my consumer credit report from the consumer reporting agency who furnished you my consumer credit report and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. I have the right as described by Section 1785.16 of the California Civil Code to dispute the accuracy or completeness of any information in a consumer credit report furnished by the consumer credit reporting agency.

**CALIFORNIA AND UTAH RESIDENTS:** As required by California and Utah law, I am hereby notified that a negative credit report reflecting on my credit record may be submitted to a credit reporting agency if I fail to fulfill the terms of my credit obligations.

**IOWA RESIDENTS ONLY:** If you are an Iowa resident and your amount financed is Twenty-Five Thousand Dollars ($25,000) or less, this is a consumer credit transaction.

**IOWA KANSAS AND NEBRASKA RESIDENTS ONLY: (For purposes of the following notice, the word "you" refers to the Student Borrower, not the Lender): NOTICE TO CONSUMER. This is a consumer credit transaction. 1. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THIS CREDIT AGREEMENT. 2. YOU ARE ENTITLED TO A COPY OF THIS CREDIT AGREEMENT. 3. YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY AND MAY BE ENTITLED TO A REFUND OF UNEARNED CHARGES IN ACCORDANCE WITH LAW.**

**MARYLAND RESIDENTS ONLY:** Lender and I have agreed that this Credit Agreement is governed by federal law and the laws of Tennessee without regard to conflict of laws rules; if any court should nevertheless determine that this Credit Agreement is subject to Maryland laws concerning credit, then only to the extent that Maryland law applies, Lender and I agree and elect that this loan is made under and governed by Subtitle 10, Credit Grantor Closed End Credit Provisions, of Title 12 of the Commercial Law Article of the Annotated Code of Maryland, except as preempted by federal law.

**MASSACHUSETTS RESIDENTS ONLY:** Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

**MISSOURI RESIDENTS ONLY: ORAL AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR FORBEAR FROM ENFORCING REPAYMENT OF DEBT INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE. TO PROTECT ME AND YOU (THE LENDER) FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.**

**NEBRASKA RESIDENTS:** A credit agreement must be in writing to be enforceable under Nebraska law. To protect you (Borrower(s)) and us (Lender) from any misunderstandings or disappointments, any contract, promise, undertaking, or offer to forbear repayment of money or to make any

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**

The Authoritative Copy of this record is held at www.docusign.net

other financial accommodation in connection with this loan of money or grant or extension of credit, or any amendment of, cancellation of, waiver of, or substitution for any or all of the terms or provisions of any instrument or document executed in connection with this loan of money or grant or extension of credit, or any amendment of, cancellation of, waiver of, or substitution for any or all of the terms or provisions of any instrument or document executed in connection with this loan of money or grant or extension of credit, must be in writing to be effective.

**NEVADA RESIDENTS ONLY:** This is a loan for study.

**NEW JERSEY RESIDENTS ONLY:** The section headings of the Agreement are a table of contents and not contract terms. Portions of this Agreement with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Agreement, acts or practices (i) by you which are or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may or will be taken by you unless prohibited by "applicable law" are permitted by New Jersey law.

**NEW YORK, RHODE ISLAND and VERMONT RESIDENTS:** I understand and agree that you may obtain a consumer credit report in connection with this application and in connection with any updates, renewals or extensions of any credit as a result of this application. If I ask, I will be informed whether or not such a report was obtained and, if so, the name and address of the agency that furnished the report. I also understand and agree that you may obtain a consumer credit report in connection with the review or collection of any loan made to me as a result of this application or for other legitimate purposes related to such loans.

**NEW YORK RESIDENTS ONLY:** If any debt incurred on the account is ever in default, that fact may become a part of my credit record.

**OHIO RESIDENTS ONLY:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**OKLAHOMA RESIDENTS ONLY:** If I am in default and only if the total amount disbursed under this Note is greater than $3,600 (or any higher dollar amount established by law for the payment of such fees), I agree to pay the Lender's attorney's fees and court costs up to 15% of the unpaid debt.

**SOUTH DAKOTA RESIDENTS ONLY:** Any improprieties in making the loan or in loan practices may be referred to Division of Banking, South Dakota Department of Labor and Regulation, 1601 N. Harrison Avenue, Suite 1, Pierre, SD 57501, Phone: 605.773.3421, Fax: 866.326.7504 ReliaMax Lending Services, LLC originates and services loans for lenders and is licensed by the South Dakota Division of Banking. If you have questions, concerns or disagree with a determination, you can contact the Division of Banking at: 1601 N. Harrison Avenue, Suite 1, Pierre, SD, 57501 or (605)773-3421.

**TEXAS RESIDENTS ONLY: Lender does not have to give me notice that Lender is demanding or intends to demand immediate payment of all that I owe.**

**UTAH RESIDENTS ONLY:** This Agreement is the final expression of the agreement between me and you and it may not be contradicted by evidence of an alleged oral agreement.

**VERMONT RESIDENTS ONLY:** BY SIGNING THIS CREDIT AGREEMENT, YOU CONSENT TO THE LENDER OBTAINING YOUR CONSUMER REPORT FROM A CONSUMER REPORTING AGENCY IN CONNECTION WITH THE TRANSACTION OR EXTENSION OF CREDIT FOR PURPOSES OF REVIEWING YOUR LOAN ACCOUNT, FOR THE PURPOSE OF TAKING COLLECTION ACTION ON YOUR LOAN ACCOUNT, OR FOR OTHER LEGITIMATE PURPOSES ASSOCIATED WITH YOUR LOAN ACCOUNT.

**WISCONSIN RESIDENTS ONLY:**
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE PRECEDING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS CREDIT AGREEMENT AND MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

**WISCONSIN RESIDENTS ONLY:** If I am a married Wisconsin resident: (1) My signature confirms that this loan obligation is being incurred in the interest of my marriage or family. (2) No provision of any marital property agreement, unilateral statement under §766.59 of the Wisconsin Statutes or court decree under §766.70 adversely affects your interest unless, prior to the time that the loan is approved, you are furnished with a copy of the marital property agreement, statement, or decree or have actual knowledge of the adverse provision. (3) My spouse has actual knowledge that this credit is being extended to me and has waived the requirements of §766.56(3)(b) of the Wisconsin Statutes, as acknowledged by his or her signature on the Notice to Married Wisconsin Residents that I receive with this Agreement.

**18. FEDERAL LAW NOTICES.**

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government report the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for me: When I apply for a student loan, you will ask for my name, address, date of birth and other information that will allow you to identify me. You may also ask to see my driver's license or other identifying documents.

**REPORTING INFORMATION TO A CREDIT BUREAU:**

**NOTICE: The Lender may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in the borrower's credit report.**

**HOLDER NOTICE:** I understand that the following notice is only applicable to loans issued to finance attendance at for-profit educational institutions or institutions otherwise subject to the FTC Holder Rule under 16 CFR 433.2.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**NOTICE TO COSIGNER, if any: (In this Notice to Cosigner, "you" and "your" mean any Cosigner signing this Agreement.)**

You are being asked to guarantee this debt. Think carefully before you do. If the Borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of this debt if the Borrower does not pay. You may also have to pay late charges, which increases this amount.

The Lender can collect this debt from you without first trying to collect from the Borrower. The Lender can use the same collection methods against you that can be used against the Borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become part of *your* credit record.

This notice is not the contract that makes you liable for the debt.

**19. ARBITRATION AGREEMENT. – Please read carefully.**

To the extent permitted under federal law, you and I agree that either party may elect to arbitrate – and require the other party to arbitrate – any Claim under the following terms and conditions. This Arbitration Agreement is part of the Agreement.

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**

The Authoritative Copy of this record is held at www.docusign.net

1. This Arbitration provision will apply to my credit agreement, unless: (A) I notify you in writing that I reject the Arbitration provisions within sixty (60) days of signing my credit agreement: (B) I am a covered borrower as defined by the Military Lending Act, 10. U.S.C. §987; or (C) I am afforded statutory protections that prohibit submission of a dispute to arbitration. RIGHT TO REJECT: I MAY REJECT THIS Arbitration Agreement by mailing a signed rejection notice to ATTN: Arbitration Agreement Rejections, 1415 Ritner Highway, Carlisle, PA 17013. Any Rejection Notice must include my name, address, telephone number and loan or account number.

2. IMPORTANT WAIVERS: If you or I elect to arbitrate a Claim, you and I both waive the right to: (1) have a court or jury decide the Claim; (2) PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION, WHETHER AS A CLASS REPRESENTATIVE, CLASS MEMBER OR OTHERWISE; (3) ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; OR (4) JOIN OR CONSOLIDATE CLAIM(S) WITH CLAIMS INVOLVING ANY OTHER PERSON IN COURT OR IN ARBITRATION. The arbitrator shall have no authority to conduct any arbitration inconsistent with the Class Action and Multi-Party Waivers.

3. DEFINITIONS: In this Arbitration Agreement, the following definitions will apply:

"I," "me" and "my" means the Borrower on this Agreement; the Student on whose behalf the proceeds of the Agreement have been advanced; the cosigner on this Agreement; and the heirs, executors and assigns of all the foregoing. "You," "your" and "yours" mean the Lender; any other subsequent holder of this Agreement; SouthEast Bank; all of their parents, wholly or majority owned subsidiaries and affiliates; any predecessors, successors and assigns of these entities; and all officers, directors, employees, agents and representatives thereof. These terms also include any party named as a co-defendant with you in a Claim asserted by me, such as investors or potential investors, credit bureaus, credit insurance companies, closing agents, escrow agents, insurance agents, loan originators, rating agencies, loan servicers, debt collectors, loan guarantors, performance bond trustees, tuition recovery funds, the Eligible Institution, and any of the Eligible Institution's financial aid offices or officers. "Claimant" means the party who first asserts a Claim in a lawsuit or arbitration proceeding. "Administrator" means, as applicable, the American Arbitration Association, 335 Madison Avenue, New York, NY 10017, www.adr.org (800) 778-7879 or any other party that you and I agree in writing, provided that the Administrator must not have in place a formal or informal policy that is inconsistent with and purports to override the terms of this Arbitration Agreement.

4. "CLAIM" means any legal claim, dispute or controversy between you and me that arises from or relates in any way to this Agreement, including any dispute arising before the date of this Arbitration Agreement and any dispute relating to: (1) the imposition or collection of principal, interest, attorney's fees, collection costs or other fees or charges relating to this Agreement; (2) other provisions of this Agreement; (3) any application, disclosure or other document relating in any way to this Agreement or the transactions evidenced by this Agreement; (4) any insurance or other service or product offered or made available by or through you in connection with this Agreement, and any associated fees or charges; (5) your methods of soliciting my business; and (6) any documents, instruments, advertising or promotional materials that contain information about this Agreement or any associated insurance or other service or product. This includes, without limitation, disputes concerning the validity, enforceability, arbitrability or scope of this Arbitration Agreement or this Agreement; disputes involving alleged fraud or misrepresentation, breach of contract or fiduciary duty, negligence or other torts, or violation of statute, regulation or common law. It includes disputes involving requests for injunctions, other equitable relief or declaratory relief. However, "Claim" does not include any individual action brought by me in small claims court or my state's equivalent court, unless such action is transferred, removed or appealed to a different court. Also, "Claim" does not include any challenge to the validity and effect of the Class Action and Multi-Party Waivers, which must be decided by a court.

If there is an Arbitration Agreement in place (a "Prior Arbitration Agreement") governing a prior Agreement to you (a "Prior Agreement"), "Claim" also includes disputes relating to the Prior Agreement. If I do not reject this Arbitration Agreement, any such Claim will be governed by this Arbitration Agreement rather than the Prior Arbitration Agreement. If I reject this Arbitration Agreement, the Claim will be governed by the Prior Arbitration Agreement, provided that, if I never had the chance to reject the Prior Arbitration Agreement and no demand for arbitration has been previously made, my rejection of this Arbitration Agreement will also serve as my rejection of the Prior Arbitration Agreement.

5. STARTING ARBITRATION: To initiate arbitration, you or I must give written notice of an election to arbitrate. This notice may be given after a lawsuit has been filed and may be given in papers or motions in the lawsuit. If such a notice is given, the Claim shall be resolved by arbitration under this Arbitration Agreement and the applicable rules of the Administrator then in effect. The arbitrator(s) will be selected under the Administrator's rules, except that the arbitrator(s) must be a lawyer with at least ten years of experience or a retired judge, unless you and I agree otherwise.

6. LOCATION AND COSTS: You will consider (and generally honor) any good faith request to bear the fees charged by the Administrator and the arbitrator. Each party must normally pay the expense of that party's attorneys, experts and witnesses, regardless of which party prevails in the arbitration, unless otherwise determined by the arbitrator(s).

7. DISCOVERY; GETTING INFORMATION: Either party may obtain from the other party prior to the hearing any information available under the Administrator's rules or any relevant information the arbitrator determines should in fairness be made available.

8. EFFECT OF ARBITRATION AWARD: Any state or federal court with jurisdiction and venue may enter an order enforcing this Arbitration Agreement, enter judgment upon the arbitrator's award and/or take any action authorized under the Federal Arbitration Act, 9 U.S.C. §§1 et seq. (the "FAA"). For any arbitration-related proceedings in which courts are authorized to take actions under the FAA, each party hereto expressly consents to the non-exclusive jurisdiction and venue of any state court of general jurisdiction or any state court of equity that is reasonably convenient to me, *provided* that the parties to any such judicial proceeding shall have the right to initiate such proceeding in federal court or remove the proceeding to federal court if authorized to do so by applicable federal law. The arbitrator's award will be final and binding, except for any appeal right under the FAA. Any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider *de novo* any aspect of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Except as provided in Paragraph 6 above, the appealing party will pay the Administrator's and arbitrator's costs of the appeal.

9. GOVERNING LAW: This Arbitration Agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA, and not by any state law concerning arbitration. The arbitrator shall follow applicable substantive law to the extent consistent with the FAA, applicable statutes of limitation and applicable privilege rules, and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (subject to constitutional limits that would apply in court), declaratory, injunctive and other equitable relief, and attorneys' fees and costs. Upon the timely request of either party, the arbitrator shall write a brief explanation of the basis of his or her award. The arbitrator will follow rules of procedure and evidence consistent with the FAA, this Arbitration Agreement and the Administrator's rules.

10. SURVIVAL, SEVERABILITY, PRIMACY: This Arbitration Agreement shall survive my full payment of the Agreement; your sale or transfer of the Agreement; any legal proceeding to collect a debt owed by me to you; any bankruptcy or insolvency; any forbearance or modification granted pursuant to the Agreement; any cancellation, or request for cancellation, of the Agreement or any or all disbursements under the Agreement; and any change in the School enrollment status of the Student. If any portion of this Arbitration Agreement cannot be enforced, the rest of the Arbitration Agreement will continue to apply,

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**

The Authoritative Copy of this record is held at www.docusign.net

provided that the entire Arbitration Agreement (other than this sentence) shall be null and void with respect to any Claim asserted on a class, representative or multi-party basis if the Class Action and Multi-Party Waivers are held to be invalid, subject to any right to appeal such holding. In the event of any conflict or inconsistency between this Arbitration Agreement and the Administrator's rules or the Agreement, this Arbitration Agreement will govern.

11. **NOTICE OF CLAIM; RIGHT TO RESOLVE; SPECIAL PAYMENT:** Prior to initiating, joining or participating in any judicial or arbitration proceeding, whether individually, as a class representative or participant or otherwise, regarding any Claim, the Claimant shall give the other party written notice of the Claim (a "Claim Notice") and a reasonable opportunity, not less than 30 days to resolve the Claim. Any Claim Notice I send must include my name, address, telephone number and loan or account number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. I may only submit a Claim Notice on my own behalf and not on behalf of any other party. The Claimant must reasonably cooperate in providing any information about the Claim that the other party reasonably requests.

**CAUTION: IT IS IMPORTANT THAT EACH THE BORROWER AND COSIGNER THOROUGHLY READS THIS AGREEMENT BEFORE SIGNING BELOW.** This Agreement contains all of the terms and conditions that apply to the Loan. This Agreement completely replaces any earlier understandings or communications any Borrower or Cosigner may have had with Lender, the Eligible Institution, or any other party about the Loan.

Before signing this Agreement, I, have read, understood and agree to all the provisions of this Agreement, including without limitation Section 19 (Arbitration Agreement). I and each of us agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement. Furthermore, I and each of us understand that consummation of this transaction does not occur upon the signing of this Agreement, but rather upon the disbursement of funds by the Lender as set forth in Section 3 above, meaning that my obligations under this Agreement only arise once such funds are disbursed. I agree that any and all proceeds of this Loan will be used solely for educational purposes as set forth in Section 4 above.

Prior to signing this Agreement, I have read and understood all the provisions of this Agreement. I agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement.

**CAUTION: IT IS IMPORTANT THAT EACH BORROWER AND COSIGNER THOROUGHLY READS THIS AGREEMENT AND ENSURE THAT THERE ARE NO BLANK SPACES CONTAINED IN THE NOTE BEFORE SIGNING BELOW.**
STUDENT BORROWER SIGNATURE & DATE

| Wendoly M Vazquez Oliveras<br>—DocuSigned by:<br>X *Wendoly M Vazquez Oliveras*<br>—853BECCD310544F... | Date (mm/dd/yyyy)<br><br>12/26/2017 |
|---|---|

**ARIZONA RESIDENTS ONLY:** For purposes of this notice, the words "you" and "your" refer to the Cosigner: Marital Community Property Joinder: If you are a married Arizona resident your signature confirms that this loan obligation is being incurred in the interest of your marriage or family and that you will properly notify your spouse and join him or her to this loan obligation in accordance with Ariz. Rev. Stat. § 25-214 or other applicable law. You further affirm that no provision of any marital property agreement or court decree adversely affects your interest in this loan obligation

**VERMONT RESIDENTS ONLY:** For purposes of this notice, the word "you" and "your" refer to the Cosigner(s). NOTICE TO COSIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.

**SPECIAL NOTICE FOR RESIDENTS OF GEORGIA:** By signing as Cosigner, you waive any right to require the Lender to commence an action against the Student Borrower as provided in the Official Code of Georgia Annotated §10-7-24.

**SPECIAL NOTICE FOR RESIDENTS OF NORTH CAROLINA:** By signing as Cosigner, I waive any right I have to require the Lender to proceed in accordance with the provisions of North Carolina General Statutes §26-7 through §26-9 and acknowledge that the Lender may proceed against me without first proceeding against the Student Borrower.

Prior to signing this Agreement below, I have read and understood all the provisions of this Agreement (including without limitation Sections 17 and 19 and the Notice to Cosigner). I agree to the terms of this Agreement and acknowledge receiving a completed copy of this Agreement.

COSIGNER SIGNATURE & DATE

| Luis A Rodriguez<br><br>X | Date (mm/dd/yyyy) |
|---|---|

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**
The Authoritative Copy of this record is held at www.docusign.net



# Private Education Loan
# Applicant Self-Certification

This space for lender use only

OMB No. 1845-0101
Form Approved
Exp. Date 07-31-2019

**Important:** Pursuant to Section 155 of the Higher Education Act of 1965, as amended, (HEA) and to satisfy the requirements of Section 128(e)(3) of the Truth in Lending Act, a lender must obtain a self-certification signed by the applicant before disbursing a private education loan. The school is required on request to provide this form or the required information only for students admitted or enrolled at the school. Throughout this Applicant Self-Certification, "you" and "your" refer to the applicant who is applying for the loan. The applicant and the student may be the same person.

**Instructions:** Before signing, carefully read the entire form, including the definitions and other information on the following page. Submit the signed form to your lender.

## SECTION 1: NOTICES TO APPLICANT

- Free or lower-cost Title IV federal, state, or school student financial aid may be available in place of, or in addition to, a private education loan. To apply for Title IV federal grants, loans and work-study, submit a Free Application for Federal Student Aid (FAFSA) available at www.fafsa.ed.gov, or by calling 1-800-4-FED-AID, or from the school's financial aid office.
- A private education loan may reduce eligibility for free or lower-cost federal, state, or school student financial aid.
- You are strongly encouraged to pursue the availability of free or lower-cost financial aid with the school's financial aid office.
- The financial information required to complete this form can be obtained from the school's financial aid office. If the lender has provided this information, you should contact your school's financial aid office to verify this information and to discuss your financing options.

## SECTION 2: COST OF ATTENDANCE AND ESTIMATED FINANCIAL ASSISTANCE

If information is not already entered below, obtain the needed information from the school's financial aid office and enter it on the appropriate line. Sign and date where indicated. See Section 5 for definitions of financial aid terms.

A. Student's cost of attendance for the period of enrollment covered by the loan     $ 60,000.00

B. Estimated financial assistance for the period of enrollment covered by the loan     $ .00

C. Difference between amounts A and B     $ 60,000.00

    **WARNING:** If you borrow more than the amount on line C, you risk reducing your eligibility for free or lower-cost federal, state, or school financial aid.

## SECTION 3: APPLICANT INFORMATION

Enter or correct the information below.

Full Name and Address of School   University of Science, Arts and Technology - College of Medicine   3450 Ash St         Denver     CO   80207

Applicant Name (last, first, MI)   Vazquez Oliveras, Wendoly M        Date of Birth (mm/dd/yyyy)   09/10/1991 /

Permanent Street Address   Urb. Praderas Del Sur #803 Calle Caobo

City, State, Zip Code   Santa Isabel, PR 00757

Area Code / Telephone Number   Home (    )   (787) 322-7726       Other (    )

E-mail Address   wendoly.vazquez1@upr.edu

Period of Enrollment Covered by the Loan (mm/dd/yyyy)   From   01/09/2018 /     to   05/05/2018 /

If the student is **not** the applicant, provide the student's name and date of birth.

Student Name (last, first, MI) _____     Student Date of Birth (mm/dd/yyyy) ___/___/___

## SECTION 4: APPLICANT SIGNATURE

I certify that I have read and understood the notices in Section 1 and, that to the best of my knowledge, the information provided on this form is true and correct.

Signature of Applicant   *Wendoly M Vazquez Oliveras*      Date (mm/dd/yyyy)   12/26/2017

DocuSigned by:
853BECCD310544F...

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**
The Authoritative Copy of this record is held at www.docusign.net

---

**SECTION 5: DEFINITIONS**

---

**Cost of attendance** is an estimate of tuition and fees, room and board, transportation, and other costs for the period of enrollment covered by the loan, as determined by the school. A student's cost of attendance may be obtained from the school's financial aid office.

**Estimated financial assistance** is all federal, state, institutional (school), private, and other sources of assistance used in determining eligibility for most Title IV student financial aid, including amounts of financial assistance used to replace the expected family contribution. The student's estimated financial assistance is determined by the school and may be obtained from the school's financial aid office.

A **lender** is a private education lender as defined in Section 140 of the Truth in Lending Act and any other person engaged in the business of securing, making, or extending private education loans on behalf of the lender.

A **period of enrollment** is the academic year, academic term (such as semester, trimester, or quarter), or the number of weeks of instructional time for which the applicant is requesting the loan.

A **private education loan** is a loan provided by a private education lender that is not a Title IV loan and that is issued expressly for postsecondary education expenses, regardless of whether the loan is provided through the school that the student attends or directly to the borrower from the private education lender. A private education loan does not include **(1)** An extension of credit under an open-end consumer credit plan, a reverse mortgage transaction, a residential mortgage transaction, or any other loan that is secured by real property or a dwelling; or **(2)** An extension of credit in which the school is the lender if the term of the extension of credit is 90 days or less or an interest rate will not be applied to the credit balance and the term of the extension of credit is one year or less, even if the credit is payable in more than four installments.

**Title IV student financial aid** includes the Federal Pell Grant Program, the Federal Supplemental Educational Opportunity Grant (FSEOG) Program, the Federal Work-Study (FWS) Program, the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Perkins Loan Program, and the Teacher Education Assistance for College and Higher Education (TEACH) Grant Program. To apply for Title IV federal grants, loans, and work-study, submit a Free Application for Federal Student Aid (FAFSA), which is available at www.fafsa.gov, by calling 1-800-4-FED-AID, or from the school's financial aid office.

---

**SECTION 6: PAPERWORK REDUCTION NOTICE**

---

**Paperwork Reduction Notice**: According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0101. The time required to complete this information collection is estimated to average 0.25 hours (15 minutes) per response, including the time to review instructions, search existing data resources, gather and maintain the data needed and complete and review the information collection.

*If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to:* U.S. Department of Education, Washington, DC 20202-4651

*If you have any comments or concerns regarding the status of your individual submission of this form, contact your lender.*

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**
The Authoritative Copy of this record is held at www.docusign.net

Rev. 04/2015

## FACTS    WHAT DOES SOUTHEAST BANK DO WITH YOUR PERSONAL INFORMATION?

| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and Income<br>• Account Balances and Payment History<br>• Credit Scores and Credit History |
|---|---|

| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons SouthEast Bank chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does SouthEast Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For our nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | • Call toll-free 1-844-732-2657 (1-844-SEBANKS) - our menu will prompt you through your choice(s)<br>• Visit your local branch<br>• Mail a letter to the following address requesting to opt out:<br>SouthEast Bank-Privacy Opt Out<br>12700 Kingston Pike<br>Farragut, TN 37934<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. |
|---|---|

| **Questions?** | Call toll-free 1-844-732-2657 (1-844-SEBANKS) or go to www.southeastbank.com |
|---|---|

DocuSign Envelope ID: CBEB0F82-AF35-4012-8C56-E8C145DEA38C

**THIS IS A COPY**
The Authoritative Copy of this record is held at www.docusign.net

## PAGE 2

### Who We Are

| | |
|---|---|
| **Who is providing this notice?** | This notice is provided by SouthEast Bank. |

### What we do

| | |
|---|---|
| **How does SouthEast Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| **How does SouthEast Bank collect my personal information?** | We collect your personal information, for example, when you<br><br>• Open an account    • Apply for a loan<br>• Deposit money    • Use your credit or debit card<br>• Pay your bills<br><br>We also collect your personal information from others; such as, credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choice will apply to everyone on your account. |

### Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>*Our affiliates include:*<br><br>• *Financial companies such as: Educational Services of America, Inc. (Edsouth Services), Southeast Bancorp, and SouthEast Wealth Management.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *SouthEast Bank does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• *Our joint marketing partners include credit card companies and insurance companies.* |